**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCALE BIOSCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br> Defendant, <br><br> and, <br><br> ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Nominal Defendant. | C.A No. 22-1597-CJB |
| PARSE BIOSCIENCES, INC., <br><br> and <br><br> UNIVERSITY OF WASHINGTON, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> Counterclaim Defendant. | |

**STIPULATION AND PROPOSED ORDER TO REALIGN
<u>ROCHE SEQUENCING SOLUTIONS, INC. AS A PLAINTIFF</u>**

Plaintiff and Counterclaim Defendant Scale Biosciences, Inc. ("ScaleBio") and Nominal

Defendant Roche Sequencing Solutions, Inc. ("RSS") hereby stipulate and agree as follows:

WHEREAS, on December 14, 2022, ScaleBio filed a Complaint ("the Complaint")

against Parse Biosciences, Inc. ("Parse") in the above-captioned case ("the Action");

WHEREAS, the Complaint named RSS as a nominal Defendant; and

1

WHEREAS, ScaleBio and RSS have agreed to realign RSS as a Plaintiff;

NOW, THEREFORE, it is stipulated by and between ScaleBio and RSS, subject to the Court's approval, that RSS shall be a named Plaintiff in this action and that the caption of the Action shall be changed to:

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCALE BIOSCIENCES, INC., <br><br> and <br><br> ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 22-1597-CJB |
| PARSE BIOSCIENCES, INC., <br><br> and <br><br> UNIVERSITY OF WASHINGTON, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> Counterclaim Defendant. | |

It is further stipulated that Roche joins the Complaint filed by ScaleBio against Parse and will not file an answer to it.

2

| | |
|---|---|
| OF COUNSEL:<br><br>Stephen S. Rabinowitz<br>srabinowitz@wolfgreenfield.com<br>WOLF, GREENFIELD & SACKS, P.C.<br>605 Third Avenue<br>New York, NY 10158<br>212.697.7890<br><br>Chelsea A. Loughran<br>cloughran@wolfgreenfield.com<br>Stuart V.C. Duncan Smith<br>sduncansmith@wolfgreenfield.com<br>Emma L. Frank<br>efrank@wolfgreenfield.com<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>617.646.8000<br><br>Robert J. Gunther, Jr.<br>WILMER CUTLER PICKERING HALE & DORR, LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8830<br><br>Madeleine C. Laupheimer<br>WILMER CUTLER PICKERING HALE & DORR, LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6107<br><br>Dated: May 3, 2023 | /s/ Kelly E. Farnan<br>Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>302.651.7700 Phone<br>302.651.7701 Fax<br>farnan@rlf.com<br>metzler@rlf.com<br><br>*Counsel for Scale Biosciences, Inc. and Roche Sequencing Solutions, Inc.* |

SO ORDERED, this __ day of _____, 2023.

_____
United States Magistrate Judge

3

RLF1 28935326v.1