IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC., <br> and <br> ROCHE SEQUENCING SOLUTIONS, INC., <br> Plaintiffs, <br> v. <br> PARSE BIOSCIENCES, INC., <br> Defendant. <br><br> PARSE BIOSCIENCES, INC., <br> and <br> UNIVERSITY OF WASHINGTON, <br> Counterclaim Plaintiffs, <br> v. <br> SCALE BIOSCIENCES, INC., <br> Counterclaim Defendant. | C.A. No. 22-1597-CJB |

**STIPULATION AND PROPOSED ORDER**
**REGARDING CLAIM CONSTRUCTION BRIEFING**

WHEREAS, the Court conducted a Status Telephone Conference on September 18, 2023 ("Conference") regarding the upcoming December 15, 2023 *Markman* hearing and related claim construction briefing; and

WHEREAS, the Court has indicated that it wishes to receive no more than 80 pages of briefing on claim construction regarding 10 terms in total across both Plaintiffs' and Counterclaim Plaintiffs' asserted patents for the upcoming *Markman* hearing;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, further to the instructions of the Court during the Conference, and in accordance with the associated Minute Entry:

1.     Paragraph 13 of the Amended Scheduling Order (D.I. 52) is amended to provide in relevant part:  "Plaintiffs and Counterclaim-Plaintiffs shall serve, but not file, their opening briefs on claim construction as to the designated terms in their respective asserted patents, not to exceed 17 pages for Plaintiffs' opening brief and 10 pages for Counterclaim-Plaintiffs' opening brief, on or before September 29, 2023.  Defendant and Counterclaim-Defendant shall serve, but not file, their answering claim construction briefs as to the designated terms in the patents asserted against them, not to exceed 17 pages for Defendant's answering brief and 10 pages for Counterclaim-Defendant's answering brief, on or before October 13, 2023.  Plaintiffs and Counterclaim-Plaintiffs shall serve, but not file, their reply briefs as to the designated terms in their respective asserted patents, not to exceed 7 pages for Plaintiffs' reply brief and 6 pages for Counterclaim-Plaintiffs' reply brief, on or before October 27, 2023.  Defendant and Counterclaim-Defendant shall serve, but not file, their sur-reply briefs as to the designated terms in the patents asserted against them, not to exceed 7 pages for Defendant's sur-reply brief and 6 pages for Counterclaim-Defendant's sur-reply brief, on or before November 10, 2023.  No later than November 17, 2023, the parties shall file a Joint Claim Construction Brief."

2.     The parties shall provide the Court with briefing for the initial *Markman* hearing on six terms from Plaintiffs' asserted patents—"unique binding agent (UBA)," "target molecules," "assayable polymer subunit (APS)," "uniquely labeling target molecules," "coupling," and "cell origination barcode[s]/cell originating barcode[s] (COB)/cell or organelle origination barcode"—and four terms from Counterclaim-Plaintiffs' asserted patents—"a method of [] cell-specifically labeling RNA molecules within a plurality of cells," "coupling," "barcode sequence," and "primer."

DATED: September 22, 2023

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| */s/ Sara M. Metzler* | */s/ Karen L. Pascale* |
| Kelly E. Farnan (#4395) | Karen L. Pascale (#2903) |
| Sara M. Metzler (#6509) | Robert M. Vrana (#5666) |
| One Rodney Square | Rodney Square |
| 920 North King Street | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 651-7700 | Telephone: (302) 571-6600 |
| farnan@rlf.com | kpascale@ycst.com |
| metzler@rlf.com | rvrana@ycst.com |
| *Attorneys for Plaintiff and Counterclaim Defendant, Scale Biosciences, Inc., and Plaintiff, Roche Sequencing Solutions, Inc.* | *Attorneys for Defendant and Counterclaim Plaintiff Parse Biosciences, Inc., and Counterclaim Plaintiff University of Washington* |

SO ORDERED this _____ day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE