IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC.,<br><br>and<br><br>ROCHE SEQUENCING SOLUTIONS, INC.,<br><br>Plaintiffs,<br>v.<br><br>PARSE BIOSCIENCES, INC.<br><br>Defendant.<br><br>PARSE BIOSCIENCES, INC.,<br><br>and<br><br>UNIVERSITY OF WASHINGTON,<br><br>Counterclaim Plaintiffs,<br>v.<br><br>SCALE BIOSCIENCES, INC.,<br><br>Counterclaim Defendant. | Civil Action No. 1:22-CV-01597-CJB |

**STIPULATION REGARDING NON-INFRINGEMENT
OF CERTAIN SCALEBIO PRODUCTS AND TECHNOLOGIES**

Plaintiff and Counterclaim Defendant Scale Biosciences, Inc. ("ScaleBio") and Defendant and Counterclaim Plaintiff Parse Biosciences, Inc. ("Parse") and Counterclaim Plaintiff University of Washington ("UW") enter into this stipulation to conserve judicial economy, reduce the costs and burdens of litigation on the parties, and simplify the issues that would otherwise require resolution with a dispositive motion or trial.

1

WHEREAS, Parse and UW assert that ScaleBio infringes certain claims of U.S. Patent No. 10,900,065, U.S. Patent No. 11,168,355, and U.S. Patent No. 11,427,856 (collectively, the "Asserted Parse Patents") (D.I. 71, ¶¶ 42–88 (Counts I–III));

WHEREAS, ScaleBio seeks a declaratory judgment that it does not infringe any of the claims of the Asserted Parse Patents (D.I. 87, ¶¶ 8–13 (First Counterclaim), 21–26 (Third Counterclaim), 34–39 (Fifth Counterclaim));

WHEREAS, Parse and UW's August 9, 2024 Final Supplemental Identification of All Accused Products identified the "ScaleBio Single-Cell High Throughput RNA Kit (also called 'ScaleBio Single-Cell HT RNA-seq')" and "Artesian Single Cell RNA Product" as accused ScaleBio products that purportedly infringed the Asserted Parse Patents;

WHEREAS, Parse and UW's August 28, 2024 Final Infringement Contentions set forth allegations as to why the "ScaleBio HT RNA" Products and Services purportedly infringe the Asserted Parse Patents;

WHEREAS, the terms "ScaleBio Single-Cell High Throughput RNA Kit," "ScaleBio Single-Cell HT RNA-seq," "ScaleBio Single-Cell HT RNA-seq," "ScaleBio HT RNA," and "Artesian Single Cell RNA Product"—together with "HT RNA" and "Quantum Scale"—are internal ScaleBio designations for the same in-development products, which use variations of a technology that the parties refer to herein as ScaleBio's "High Throughput Assay";

WHEREAS, prior to the parties' deadline to exchange final infringement contentions, discovery provided by ScaleBio contained documents relating to the High Throughput Assay and the in-development ScaleBio products that use the High Throughput Assay (*see, e.g.*, SCALEBIO0279971; SCALEBIO0280029; SCALEBIO0339478; SCALEBIO0339496), and

Parse and UW identified the allegedly infringing features of ScaleBio's High Throughput Assay in their August 28, 2024 Final Infringement Contentions;

WHEREAS, on August 28, 2024, in correspondence between counsel for ScaleBio and counsel for Parse and UW regarding Parse and UW's request for discovery related to the High Throughput Assay, counsel for ScaleBio stated: (1) "the [ScaleBio product that use the High Throughput Assay] is still in basic alpha testing and no kits have been sold or offered for sale"; (2) ScaleBio had "already produced technical documents regarding the [product that uses the High Throughput Assay], including SCALEBIO0339496"; (3) ScaleBio would "produce the agreements related to the alpha testing of the [product that use the High Throughput Assay] and documents related to the shipment of the kits to alpha tests later this week or early next week"; and (4) ScaleBio is not "agreeing to any further bulk ESI collection and review given that fact discovery has now closed, and the parties already considered the issue of products released during the pendency of the litigation when agreeing to the ESI cut-off date of May 31, 2023";

WHEREAS, on August 30, 2024, ScaleBio provided the additional discovery mentioned in its August 28, 2024 correspondence (*e.g.*, SCALEBIO0339646; SCALEBIO0339650; SCALEBIO0339657; SCALEBIO0339688) and additional technical information about the High Throughput Assay (*e.g.*, SCALEBIO0339670).

WHEREAS, on September 5, 2024, the Court issued an order construing the term "[a] method of cell-specifically labeling RNA molecules within a plurality of cells" recited in each of the Asserted Parse Patents to mean "[a] method of generating labels that identify the cell of origin of RNA molecules, where the cell-specific labels are the product of multiple rounds of appending well-specific tags to cDNAs within intact cells" (D.I. 241);

WHEREAS, the parties understand that the Court construed the preambles of the claims of the Asserted Parse Patents containing the term "[a] method of cell-specifically labeling RNA molecules within a plurality of cells" to be limiting;

WHEREAS, on September 12, 2024, in correspondence between counsel for ScaleBio and counsel for Parse and UW regarding Parse and UW's request for discovery related to the High Throughput Assay, counsel for ScaleBio stated: (1) "Parse has already received a complete technical description of the [product that uses the High Throughput] assay as it presently exists"; (2) "the [High Throughput Assay] is still in development and the protocols are very much in flux as the product proceeds through testing"; (3) ScaleBio was "endeavoring to identify the documents you inquired about" and "will produce any additional protocols, to the extent they exist, and some limited additional [High Throughput Assay] product summaries by the end of next week"; and (4) "ScaleBio does not agree to any further bulk ESI collection regarding the [product that uses the High Throughput], which was only accused of infringement after the close of fact discovery and after the parties' agreed-upon cutoff date for document collection";

WHEREAS, on September 16 and 27, 2024, ScaleBio provided additional discovery mentioned in its September 12, 2024 correspondence (*e.g.*, SCALEBIO0339692; SCALEBIO0339714; SCALEBIO0339760; SCALEBIO0339780), which included a poster presentation showing use of the High Throughput Assay for research (*i.e.*, SCALEBIO0339779) and a draft protocol that is representative of ScaleBio's High Throughput Assay and the operation of any product or technology that embodies ScaleBio's High Throughput Assay (*i.e.*, SCALEBIO0339724, which is referred to herein as "the High Throughput Assay Protocol");

4

WHEREAS, on October 23, 2024, counsel for ScaleBio requested that Parse and UW "confirm that [Parse and UW] no longer assert that use of ScaleBio's [High Throughput Assay] Products and Services infringe the Asserted Parse Patents"; and

WHEREAS, on October 28, 2024, counsel for Parse and UW stated in correspondence with counsel for ScaleBio that Parse and UW are "no longer accusing ScaleBio's Single-Cell HT RNA-seq and Artesian Single Cell RNA Products of infringement in this case";

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1. Making, using, offering to sell, and/or selling within the United States, and/or importing into the United States, any product or technology that embodies ScaleBio's High Throughput Assay, as that assay is described in the High Throughput Assay Protocol, does not infringe any claim of the Asserted Parse Patents as currently construed by the Court.

2. Parse and UW's claims alleging that the Asserted Parse Patents are infringed by making, using, offering to sell, and/or selling within the United States, and/or importing into the United States, any product or technology that embodies ScaleBio's High Throughput Assay, as that assay is described in the High Throughput Assay Protocol, are hereby dismissed with prejudice.

3. For clarity and the avoidance of doubt, this Stipulation does not relate to, dismiss, or in any way affect any claims, counterclaims, or affirmative defenses pending between the Parties relating to any product or technology accused of infringing any of the patents asserted in this matter other than Parse and UW's claims alleging that the Asserted Parse Patents are infringed by making, using, offering to sell, and/or selling within the United States, and/or importing into the United States, any product or technology that embodies ScaleBio's High Throughput Assay, as that assay is described in the High Throughput Assay Protocol.

4.      For clarity and the avoidance of doubt, this Stipulation does not prohibit Parse and UW from accusing of infringement any product or technology that embodies ScaleBio's High Throughput Assay if: (i) said product or technology embodies a version of ScaleBio's High Throughput Assay that is different from the assay described in the High Throughput Assay Protocol in a way that is material to the issue of infringement; or (ii) there is a change or modification to the present court-ordered construction of the claim term "[a] method of cell-specifically labeling RNA molecules within a plurality of cells" (D.I. 241), including but not limited to the adoption or recitation of a different claim construction by a court of review or upon reconsideration by this Court, that is material to the issue of infringement.

*/s/ Sara M. Metzler*
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
RICHARDS, LAYTON, & FINGER, P.A.
920 North King Street
One Rodney Square
Wilmington, DE 19801
302.651.7700
farnan@rlf.com
metzler@rlf.com

*Counsel for Scale Biosciences, Inc.*

Dated: February 13, 2025

*/s/ Karen L. Pascale*
Karen L. Pascale (#2903)
Robert M. Vrana (# 5666)
YOUNG CONAWAY STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

*Counsel for Parse Biosciences, Inc. and University of Washington*

SO ORDERED this _____ day of _____, 2025.

_____
UNITED STATES MAGISTRATE JUDGE