IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC., <br><br> and <br><br> ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br> Defendant. | Civil Action No.  1:22-CV-01597-CJB |
| PARSE BIOSCIENCES, INC., <br><br> and <br><br> UNIVERSITY OF WASHINGTON, <br><br> Counterclaim Plaintiffs, <br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> Counterclaim Defendant. | |

**SCALE BIOSCIENCES, INC.'S MOTION FOR SUMMARY
JUDGMENT OF INFRINGEMENT OF U.S. PATENT NO. 11,634,752**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Scale Biosciences, Inc. ("ScaleBio") hereby moves the Court to grant summary judgment in favor of Plaintiffs on Plaintiffs' claim of infringement of U.S Patent No. 11,634,752 ("the '752 Patent") by Defendant Parse Biosciences, Inc. ("Parse") and Parse's defense of non-infringement of the '752 Patent. First Supplemental Complaint (D.I. 70), Count X; Parse's Answer to the First Supplemental Complaint (D.I. 71), Second Defense.  The grounds for this motion are set forth in ScaleBio's Opening Brief in Support of its Summary Judgment and *Daubert* Motions, ScaleBio's Concise

1

Statement of Undisputed Facts in Support of its Motion for Summary Judgment of Infringement of Patent No. 11,634,752, the declarations of Dr. Peter Sims ("Sims Dec."), and attorney Emma Frank ("Frank Dec."), together with accompanying exhibits, all of which are filed herewith and incorporated herein by reference.

|  |  |
|---|---|
| OF COUNSEL: | /s/ Sara M. Metzler<br>Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509) |
| Stephen S. Rabinowitz<br>srabinowitz@wolfgreenfield.com<br>WOLF, GREENFIELD, & SACKS, P.C.<br>605 Third Avenue<br>New York, NY 10158<br>212.697.7890 | RICHARDS, LAYTON, & FINGER, P.A.<br>920 North King Street<br>One Rodney Square<br>Wilmington, DE 19801<br>302-6517700<br>farnan@rlf.com<br>metzler@rlf.com |
| Chelsea A. Loughran<br>cloughran@wolfgreenfield.com<br>Stuart V.C. Duncan Smith<br>sduncansmith@wolfgreenfield.com<br>Emma L. Frank<br>efrank@wolfgreenfield.com<br>Arden E. Bonzo<br>abonzo@wolfgreenfield.com<br>WOLF, GREENFIELD, & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>617.646.8000 | *Counsel for Plaintiff Scale Biosciences, Inc.*<br><br>Dated: February 24, 2025 |