IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC., <br><br> and <br><br> ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br> Defendant. <br><br> PARSE BIOSCIENCES, INC., <br><br> and <br><br> UNIVERSITY OF WASHINGTON, <br><br> Counterclaim Plaintiffs, <br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> Counterclaim Defendant. | Civil Action No. 1:22-CV-01597-CJB |

**[PROPOSED] ORDER**

WHEREAS, the Court having considered Plaintiff and Counterclaim Defendant Scale Biosciences, Inc.'s ("ScaleBio") Motion for Summary Judgment of Infringement of Patent No. 11,634,752;

IT IS HEREBY ORDERED this _____ day of _____, 2025, as follows:

1. ScaleBio's Motion for Summary Judgment of Infringement of Patent No. 11,634,752 is GRANTED.

2. Defendant Parse Biosciences, Inc. infringes claims 1, 2, 6, and 7 of U.S. Patent No. 11,634,752.

1

                                                                                                                                               _____
                                                                                                                                               UNITED STATES MAGISTRATE JUDGE