IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC.,<br><br>and<br><br>ROCHE SEQUENCING SOLUTIONS, INC.,<br><br>    Plaintiffs,<br>v.<br><br>PARSE BIOSCIENCES, INC.,<br><br>    Defendant.<br><br>PARSE BIOSCIENCES, INC.,<br><br>and<br><br>UNIVERSITY OF WASHINGTON,<br><br>    Counterclaim Plaintiffs<br>v.<br><br>SCALE BIOSCIENCES, INC.,<br><br>    Counterclaim Defendant. | Civil Action No. 1:22-CV-01597-CJB |

**SCALE BIOSCIENCES, INC.'S MOTION FOR SUMMARY
JUDGMENT REGARDING VALIDITY OF U.S. PATENT NO. 11,634,752**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Scale Biosciences, Inc. ("ScaleBio") hereby moves the Court to grant summary judgment in favor of Plaintiffs on Defendant Parse Biosciences, Inc.'s ("Parse") defense of invalidity of U.S. Patent No. 11,634,752 ("the '752 Patent"). Parse Biosciences, Inc.'s Answer to the First Supplemental Complaint (D.I. 71), First Defense. The grounds for this motion are set forth in ScaleBio's Opening Brief in Support of its Summary Judgment and *Daubert* Motions, ScaleBio's Concise Statement of Undisputed Facts in Support of its Motion for Summary Judgment Regarding

1

Validity of U.S. Patent No. 11,634,752, the declarations of Dr. Peter Sims ("Sims Dec."), and attorney Emma Frank ("Frank Dec."), together with accompanying exhibits, all of which are filed herewith and incorporated herein by reference.

| | |
|---|---|
| OF COUNSEL:<br><br>Stephen S. Rabinowitz<br>srabinowitz@wolfgreenfield.com<br>WOLF, GREENFIELD, & SACKS, P.C.<br>605 Third Avenue<br>New York, NY 10158<br>212.697.7890<br><br>Chelsea A. Loughran<br>cloughran@wolfgreenfield.com<br>Stuart V.C. Duncan Smith<br>sduncansmith@wolfgreenfield.com<br>Emma L. Frank<br>efrank@wolfgreenfield.com<br>Arden E. Bonzo<br>abonzo@wolfgreenfield.com<br>WOLF, GREENFIELD, & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>617.646.8000 | */s/ Sara M. Metzler*<br>Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>RICHARDS, LAYTON, & FINGER, P.A.<br>920 North King Street<br>One Rodney Square<br>Wilmington, DE 19801<br>302-651-7700<br>farnan@rlf.com<br>metzler@rlf.com<br><br>*Counsel for Plaintiff Scale Biosciences, Inc.*<br><br>Dated: February 24, 2025 |