IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC., <br><br> and <br><br> ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br> Defendant. <br> PARSE BIOSCIENCES, INC., <br><br> and <br><br> UNIVERSITY OF WASHINGTON, <br><br> Counterclaim Plaintiffs, <br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> Counterclaim Defendant. | Civil Action No. 1:22-CV-01597-CJB |

**[PROPOSED] ORDER**

WHEREAS, the Court having considered Plaintiff and Counterclaim Defendant Scale Biosciences, Inc.'s ("ScaleBio") Motion for Summary Judgment Regarding Validity of U.S. Patent No. 11,634,752;

IT IS HEREBY ORDERED this _____ day of _____, 2025, as follows:

1. ScaleBio's Motion for Summary Judgment Regarding Validity of Patent No. 11,634,752 is GRANTED.

2. Claims 1, 2, 6-11, and 14 of the U.S. Patent No. 11,634,752 are not invalid for anticipation, lack of written description, or lack of enablement.

2

_____
UNITED STATES MAGISTRATE JUDGE

Case 1:22-cv-01597-CJB   Document 298-1   Filed 02/24/25   Page 2 of 2 PageID #: 14072