IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC., <br><br> and <br><br> ROCHE SEQUENCING SOLUTIONS, INC., <br><br>　　　　Plaintiffs, <br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br>　　　　Defendant. <br><br> PARSE BIOSCIENCES, INC., <br><br> and <br><br> UNIVERSITY OF WASHINGTON, <br><br>　　　　Counterclaim Plaintiffs <br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br>　　　　Counterclaim Defendant. | Civil Action No.  1:22-CV-01597-CJB |

**PLAINTIFF SCALE BIOSCIENCES, INC.'S CONCISE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT REGARDING VALIDITY OF U.S. PATENT NO. 11,634,752**

Pursuant to paragraph 17(c) of the Amended Scheduling Order (D.I. 52), Plaintiff Scale Biosciences, Inc. ("ScaleBio") hereby provides the following Concise Statement of Undisputed Facts in Support of its Motion for Summary Judgment Regarding Validity of U.S. Patent No. 11,634,752, filed herewith.  All cited exhibits are identified in the declarations of Dr. Peter Sims ("Sims Dec.") and attorney Emma Frank ("Frank Dec."), also filed herewith.

1

B1. Parse has challenged claims 1-3, 6-11 and 14 of the ''752 Patent (the "Asserted '752 Claims") as anticipated by three patent applications that that were published in 2009 or earlier: (i) US 2006/0177833 A1 by Brenner, published August 10, 2006 ("Brenner") (Ex. 15); (ii) US 2009/0264300 A1 by Franch et al., published Oct. 22, 2009 ("Franch") (Ex. 16); and US 2006/0099592 A1 by Freskgard et al., published May 11, 2006 ("Freskgard") (Ex. 17).

B2. Brenner discloses "split-pool barcoding of genomes from different individuals where the genomic fragments, e.g., target molecules, *from one individual* received the same set of tags." Ex. 11 (Pachter Reply Rep.) ¶ 247 (emphasis added).

B3. The tags of Brenner do not distinguish between nucleic acids from one cell and nucleic acids from another cell from the same individual. Ex. 18 (Pachter Depo. Tr.) 65:7-18; 66:14-22; 67:1-6.

B4. Brenner does not disclose tags (oligonucleotides) that provide a code that indicates the cell or organelle of origin. Ex. 13 (Sims Reb. Rep.) ¶¶ 665-667 & 675.

B5. Brenner expressly states: "each *individual* is associated with a single unique oligonucleotide tag." Ex. 15 (Brenner) ¶ [007] (emphasis added).

B6. Franch discloses "split-and-mix synthesis of different molecules each linked to a single-stranded identifier oligonucleotide comprising a plurality of *tags identifying the molecule*." Ex. 9 (Pachter Op. Rep.) ¶ 340 (quoting Franch ¶ [0002]).

B7. The terms "split-and-mix" and "split-pool" are interchangeable in the context of Franch. *See* Ex. 11 (Pachter Reply Rep.) ¶ 203 (describing Franch as disclosing "split-pool barcoding").

B8. Franch generates "barcoded small molecules [that] can be screened against targets, which can include cell-surface molecules." Ex. 11 (Pachter Reply Rep.) ¶ 203.

2

B9. The barcode of Franch identifies "the small molecule that has been synthesized," Ex. 18 (Pachter Depo. Tr.) 112:11-13.

B10. Franch's barcoded compounds "do not originate in cells, even though they may later be used to screen cells after they have been synthesized." Ex. 18 (Pachter Depo. Tr.) 116:19-117:5; 113:16-20.

B11. Freskgard discloses "split-pool barcoding [of] small molecules" and that "those barcoded small molecules can be screened against targets, which can include target molecules in or on cells." Ex. 11 (Pachter Reply Rep.) ¶ 224.

B12. The barcoded small molecules of Freskgard do not originate in cells, Ex. 18 (Pachter Depo. Tr.) 130:8-13, and do not originate in cell organelles. *Id.*, 131:22-17; 131:18-132:7.

B13. Because Freskgard does not barcode molecules that are "in or on cells or cell organelles" there is no "cell or organelle of origin" to identify. Ex. 13 (Sims Reb. Rep.) ¶ 651.

B14. Nolan 2012 provides a supporting written description for the preamble of claim 1 of the '752 Patent. Ex. 13 (Sims Reb. Rep.) ¶¶ 483-485; Ex. 49 (Nolan 2012) ¶¶ [0014], [0015], [0016], [00250].

B15. Nolan 2012 provides a supporting written description for element (i) of claim 1 of the '752 Patent. Ex. 13 (Sims Reb. Rep.) ¶¶ 486-489; Ex. 49 (Nolan 2012) ¶¶ [0014], [0015], [0016], [0017], [0021], [0025], [00114] & Fig. 7.

B16. Nolan 2012 provides a supporting written description for element (ii) of claim 1 of the '752 Patent. Ex. 13 (Sims Reb. Rep.) ¶¶ 490-491; Ex. 49 (Nolan 2012) ¶¶ [0013], [0017], [00112] & Fig. 7.

3

B17. Nolan 2012 provides a supporting written description for the wherein limitation of claim 1 of the '752 Patent. Ex. 13 (Sims Reb. Rep.) ¶¶ 492-493; Ex. 49 (Nolan 2012) ¶¶ [0010], [0014], [0017], [00112] & Figs. 7 & 8.

B18. Nolan 2012 provides a supporting written description for claims 2 and 9 of the '752 Patent. Ex. 13 (Sims Reb. Rep.) ¶¶ 505-507 & 526-528; Ex. 49 (Nolan 2012) ¶¶ [00111], [00164], [00212] & Fig. 4.

B19. Nolan 2012 provides a supporting written description for claim 6 of the '752 Patent. Ex. 13 (Sims Reb. Rep.) ¶¶ 511-513; Ex. 49 (Nolan 2012) ¶¶ [00115], [00272], [00278].

B20. Nolan 2012 provides a supporting written description for claim 7 of the '752 Patent. Ex. 13 (Sims Reb. Rep.) ¶¶ 514-516; Ex. 49 (Nolan 2012) ¶¶ [00103], [00104].

B21. Nolan 2012 provides a supporting written description for claim 8 of the '752 Patent. Ex. 13 (Sims Reb. Rep.) ¶¶ 517-525; Ex. 49 (Nolan 2012) ¶¶ [0010], [0013], [0014], [0015], [0016], [0017], [0021], [0025], [00114], [00115], [00250], [00272], [00278], [00112] & Figs. 7 & 8.

B22. Nolan 2012 provides a supporting written description for claim 10 of the '752 Patent. Ex. 13 (Sims Reb. Rep.) ¶¶ 529-531; Ex. 49 (Nolan 2012) ¶¶ [0010], [0014], [0017], [00112] & Figs.7& 8.

B23. Nolan 2012 provides a supporting written description for claim 11 of the '752 Patent. Ex. 13 (Sims Reb. Rep.) ¶¶ 532-534; Ex. 49 (Nolan 2012) ¶¶ [00276], [00282].

B24. Nolan 2012 provides a supporting written description for claim 14 of the '752 Patent. Ex. 13 (Sims Reb. Rep.) ¶¶ 535-537; Ex. 49 (Nolan 2012) ¶¶ [0014], [0015], [0016], [0017].

B25. As of January 31, 2012, the design and synthesis of oligonucleotides was a well-known laboratory technique. Ex. 13 (Sims Reb. Rep.) ¶¶ 267-268.

B26. Nolan 2012 explains how to make oligonucleotides of desired sequence using a commercial DNA Synthesizer. Ex. 13 (Sims Reb. Rep.) ¶¶ 267-268.

B27. As of January 31, 2012, a POSA would be familiar with multi-well plates as a common piece of laboratory equipment. Ex. 13 (Sims Reb. Rep.) ¶¶ 274-275.

B28. As of January 31, 2012, a POSA would have known how to make oligonucleotides that include a random sequence between the 3' and 5' end sequences as an aspect of established techniques of oligonucleotide design and synthesis. Ex. 13 (Sims Reb. Rep.) ¶¶ 276-277.

B29. As of January 31, 2012, a POSA would have known how to make oligonucleotides with an affinity tag as an aspect of established techniques of oligonucleotide design and synthesis. Ex. 13 (Sims Reb. Rep.) ¶¶ 278-279.

B30. As of January 31, 2012, hybridization of oligonucleotides was a well-known technique. Ex. 13 (Sims Reb. Rep) ¶ 288.

B31. As of January 31, 2012, making more than 10 oligonucleotides would have been within the knowledge of a POSA. Ex. 13 (Sims Reb. Rep.) ¶ 290.

B32. The '752 Patent issued from Application No. 17/951,003, filed on September 22, 2022 as a continuation of Application No. 17/870,641. Ex. 54 ('752 FH) at SCALEBIO0013232; Ex. 4 ('752 Patent) (cover page).

B33. Application No. 17/870,641 was filed on July 21, 2022 as a continuation of Application No. 16/795,203 and issued on November 29, 2022 as the '341 Patent. Ex. 52 ('341 FH) at SCALEBIO0006058; Ex. 3 ('341 Patent) (cover page).

B34. Application No. 16/795,203 was filed on February 19, 2020 as a continuation of Application No. 16/147,250 and was abandoned on July 26, 2022 by failure to respond to an Office Action mailed on April 26, 2022. Ex. 53 ('203 FH) at SCALEBIO0010953, SCALEBIO0011065-66, SCALEBIO0011083-84.

B35. Application No. 16/147,250 was filed on September 28, 2018 as a continuation of Application No. 13/981,711 and issued on April 20, 2021 as the '256 Patent. Ex. 51 ('256 FH) at SCALEBIO0000145; Ex. 2 ('256 Patent) (cover page).

B36. Application No. 13/981,711 was filed on April 15, 2016 as the U.S. national phase of PCT/US2012/023411 and issued on December 4, 2018 as U.S. Patent No. 10,144,950. Ex. 55 ('950 FH) at SCALEBIO0010795; Ex. 43 ('950 Patent) (cover page).

B37. PCT/US2012/023411 was filed on January 31, 2012 and was published as International Publication No. WO 2012/106385 A2 ("Nolan 2012'). Ex. 50 ('411 PCT FH) at SCALEBIO0011464, SCALEBIO0011501; Ex. 49 (Nolan 2012) (cover page).

B38. Each of the patents and applications identified in B32-B37 names a common inventor, Garry P. Nolan. Ex. 54 ('752 FH) at SCALEBIO0013232; Ex. 52 ('341 FH) at SCALEBIO0006058; Ex. 53 ('203 FH) at SCALEBIO0010953; Ex. 51 ('256 FH) at SCALEBIO0000145; Ex. 55 ('950 FH) at SCALEBIO0010795; Ex. 49 (Nolan 2012).

B39. The patents and applications identified in B32-37 have identical disclosures. Ex. 13 (Sims Reb. Rep.) ¶ 296.

B40. The Seelig Application was published on May 19, 2016 and has an asserted priority date no earlier than November 14, 2014. Ex. 19 (Seelig. App.) (cover page).

OF COUNSEL:

Stephen S. Rabinowitz
srabinowitz@wolfgreenfield.com
WOLF, GREENFIELD, & SACKS, P.C.
605 Third Avenue
New York, NY 10158
212.697.7890

Chelsea A. Loughran
cloughran@wolfgreenfield.com
Stuart V.C. Duncan Smith
sduncansmith@wolfgreenfield.com
Emma L. Frank
efrank@wolfgreenfield.com
Arden E. Bonzo
abonzo@wolfgreenfield.com
WOLF, GREENFIELD, & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000

*/s/ Sara M. Metzler*
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
RICHARDS, LAYTON, & FINGER, P.A.
920 North King Street
One Rodney Square
Wilmington, DE 19801
302-651-7700
farnan@rlf.com
metzler@rlf.com

*Counsel for Plaintiff Scale Biosciences, Inc.*

Dated: February 24, 2025