IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC., <br><br> and <br><br> ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br> Defendant. <br><br> PARSE BIOSCIENCES, INC., <br><br> and <br><br> UNIVERSITY OF WASHINGTON, <br><br> Counterclaim Plaintiffs <br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> Counterclaim Defendant. | Civil Action No. 1:22-CV-01597-CJB |

**SCALE BIOSCIENCES, INC.'S MOTION FOR SUMMARY
JUDGMENT OF NON-INFRINGEMENT OF THE ASSERTED PARSE CLAIMS**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Scale Biosciences, Inc. ("ScaleBio") hereby moves the Court to grant summary judgment in favor of ScaleBio on Counterclaim Plaintiffs Parse Biosciences, Inc.'s ("Parse") and University of Washington's claims of infringement of U.S. Patent No. 10,900,065, U.S. Patent No. 11,168,355, and U.S. Patent No. 11,427,856 ("the Asserted Parse Patents"), ScaleBio's defense of non-infringement of the Asserted Parse Patents, and ScaleBio's counterclaims of non-infringement of the Asserted Parse Patents. Second Amended Patent Counterclaims of Parse Biosciences, Inc. and the

1

University of Washington (D.I. 71), Counts I-III; Plaintiff and Counterclaim Defendant Scale Biosciences, Inc.'s Answer and Counterclaims to Second Amended Patent Counterclaims of Counterclaimants Parse Biosciences, Inc. and University of Washington and Tort Counterclaims of Parse Biosciences, Inc. (D.I. 87), First Defense, First Counterclaim, Third Counterclaim, Fifth Counterclaim.  The grounds for this motion are set forth in ScaleBio's Opening Brief in Support of its Summary Judgment and *Daubert* Motions, ScaleBio's Concise Statement of Undisputed Facts in Support of its Motion for Summary Judgment of Non-Infringement of the Asserted Parse Claims, the declarations of Dr. Alex Shalek ("Shalek Dec."), and attorney Emma Frank ("Frank Dec."), together with accompanying exhibits, all of which are filed herewith and incorporated herein by reference.

| | |
|---|---|
| | */s/ Sara M. Metzler* |
| OF COUNSEL: | Kelly E. Farnan (#4395) |
| | Sara M. Metzler (#6509) |
| Stephen S. Rabinowitz | RICHARDS, LAYTON, & FINGER, P.A. |
| srabinowitz@wolfgreenfield.com | 920 North King Street |
| WOLF, GREENFIELD, & SACKS, P.C. | One Rodney Square |
| 605 Third Avenue | Wilmington, DE 19801 |
| New York, NY 10158 | 302-651-7700 |
| 212.697.7890 | farnan@rlf.com |
| | metzler@rlf.com |
| Chelsea A. Loughran | |
| cloughran@wolfgreenfield.com | *Counsel for Plaintiff Scale Biosciences, Inc.* |
| Stuart V.C. Duncan Smith | |
| sduncansmith@wolfgreenfield.com | Dated: February 24, 2025 |
| Emma L. Frank | |
| efrank@wolfgreenfield.com | |
| Arden E. Bonzo | |
| abonzo@wolfgreenfield.com | |
| WOLF, GREENFIELD, & SACKS, P.C. | |
| 600 Atlantic Avenue | |
| Boston, MA 02210 | |
| 617.646.8000 | |