IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC., <br><br> and <br><br> ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br> Defendant. <br> PARSE BIOSCIENCES, INC., <br><br> and <br><br> UNIVERSITY OF WASHINGTON, <br><br> Counterclaim Plaintiffs, <br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> Counterclaim Defendant. | Civil Action No.  1:22-CV-01597-CJB |

**PLAINTIFF SCALE BIOSCIENCES, INC.'S CONCISE STATEMENT
OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY
JUDGMENT OF NON-INFRINGEMENT OF THE ASSERTED PARSE CLAIMS**

Pursuant to paragraph 17(c) of the Amended Scheduling Order (D.I. 52), Plaintiff Scale Biosciences, Inc. ("ScaleBio") hereby provides the following Concise Statement of Undisputed Facts in Support of its Motion for Summary Judgment of Non-Infringement of the Asserted Parse Claims, filed herewith.  All cited exhibits are identified in the declarations of Dr. Alex Shalek ("Shalek Dec.") and attorney Emma Frank ("Frank Dec."), also filed herewith.

I.  **The Asserted Parse Claims**

C1.  Counterclaim Plaintiffs Parse Biosciences, Inc. and the University of Washington (collectively, "Parse") allege that ScaleBio infringes claims 1, 5, 12, 17, 20, and 24 of U.S. Patent No. 10,900,065, claims 1, 5, 6, 14, and 22 of U.S. Patent No. 11,168,355, and claims 1, 5, 6, 7, 14, and 22 of U.S. Patent No. 11,427,856 (i.e., the "Asserted Parse Claims" in the "Asserted Parse Patents").  Counterclaims (D.I. 71) at 39-66 (Counts I-III).

C2.  The disclosures of the specifications of the Asserted Parse Patents are substantively identical.  *See* Ex. 5 ('065 Patent); Ex. 6 ('355 Patent); Ex. 7 ('856 Patent).

C3.  Claim 1 of the application that issued as the '065 Patent originally recited:

> 1.  A method of uniquely labeling molecules within a plurality of cells, the method comprising:
>
> (h)  coupling the molecules within each of the at least two secondary aliquots with the provided secondary nucleic acid tags.

Ex. 20 ('065 FH) at PARSE0000075 (original claim 1).

C4.  The original claims were rejected.  Ex. 20 ('065 FH) at PARSE0000204-18.

C5.  The applicant amended original claim 1, as illustrated below in part, where:

> 1.  (Currently Amended) A method of uniquely labeling <u>nucleic acid</u> molecules within a plurality of cells, the method comprising:
>
> [[(h)]]<u>(i)</u>  coupling the <u>primary nucleic acid-tagged cDNA</u> molecules <u>of (e)</u> ~~within~~ <u>from</u> each of the ~~at least two~~ <u>plurality of</u> secondary aliquots with the provided secondary nucleic acid tags <u>of (h), thereby tagging the primary nucleic acid-tagged cDNA molecules with the secondary nucleic acid tags and producing secondary nucleic acid-tagged cDNA molecules, and wherein the secondary nucleic acid-tagged cDNA molecules of the first secondary aliquot are tagged with a different secondary nucleic acid tag than the secondary nucleic acid-tagged cDNA molecules of the second secondary aliquot</u>.

Ex. 20 ('065 FH) at PARSE0000229-30 (bracketed/stricken text removed, underlines added)

1

C6. The amended claims were rejected. Ex. 20 ('065 FH) at PARSE0000812-35, PARSE0000925-41.

C7. The applicant then further amended claim 1, as illustrated below in part:

> 1. (Currently amended) A method of ~~uniquely~~ cell-specifically labeling ~~nucleic acid~~ RNA molecules within a plurality of cells, the method comprising:
> (i) coupling the provided secondary nucleic acid tags of (h) to the primary nucleic acid-tagged cDNA molecules of (e) ~~from each of the plurality of secondary aliquots with the provided secondary nucleic acid tags of (h)~~, thereby tagging the primary nucleic acid-tagged cDNA molecules with the secondary nucleic acid tags and producing secondary nucleic acid-tagged cDNA molecules, ~~and wherein~~ whereby the secondary nucleic acid-tagged cDNA molecules of the first secondary aliquot are tagged with a different secondary nucleic acid tag than the secondary nucleic acid-tagged cDNA molecules of the second secondary aliquot.

Ex. 20 ('065 FH) at PARSE0000954-55 (bracketed/stricken text removed, underlines added).

C8. With that August 2, 2020 amendment, the applicant "clearly and repeatedly stated that the cell-specific labels described in the patent's claims were 'the product of multiple rounds of appending well-specific tags to cDNAs within each cell … and emphasized that such tagging occurs with regard to 'intact cells' or 'unlysed cells.'" Oral Order on Claim Construction (D.I. 241); Ex. 20 ('065 FH) at PARSE0000964-70.

C9. On December 3, 2020, the USPTO allowed independent claim 1, as amended on August 4, 2020, which issued as independent claim 1 of the '065 Patent. Ex. 20 ('065 FH) at PARSE0000989-95; Ex. 5 ('065 Patent) at 29:44-31:3.

C10. On September 5, 2024, the Court construed the preamble of claim 1 in each of the Asserted Parse Patents as requiring "[a] method of generating labels that identify the cell of origin of RNA molecules, where the cell-specific labels are the product of multiple rounds of appending well-specific tags to cDNAs within intact cells." Oral Order on Claim Construction

(D.I. 241); *see* Stipulation (D.I. 294-1) at 4 ("[T]he parties understand that the Court construed the preambles of the claims of the Asserted Parse Patents … to be limiting.").

   C11. The parties agreed that step (i) of claim 1 in each of the Asserted Parse Patents means "coupling the secondary nucleic acid tags that were provided in step (h) to the primary nucleic acid-tagged cDNA molecules that were produced in step (e)." Amended Joint Claim Construction Chart (D.I. 108-1) at 15.

## II. The Accused ScaleBio Products

   C12. Parse alleges that the use of various versions of the following products and services infringe one or more of the Asserted Parse Claims: ScaleBio's Single Cell RNA Sequencing Kits, ScaleBio's CRISPR Guide Enrichment Kits, ScaleBio's Extended Throughput Kits, ScaleBio's Single-Cell Sequencing Services, ScaleBio's ScalePlex Fixation Kit, ScaleBio's Sample Fixation Kit, and ScaleBio Seq Suite Data Analysis ("Accused ScaleBio Products"). Ex. 22 (Satija Op. Rep.) ¶¶ 36-38; *see* Counterclaims (D.I. 71) at 39-66 (Counts I-III).

   C13. Use of the Accused ScaleBio Products involves a 3-level combinatorial indexing workflow with a fixation step and then three "Split" steps, as illustrated in the graphic below:



Ex. 21 (ScaleBio Manual) at SCALEBIO0160909; Ex. 22 (Satija Op. Rep.) ¶¶ 45, 83, 85, 93, 96, 101, 105, 113, 117, 167, 384, 601; Shalek Dec. ¶¶ 16-17.

   C14. The graphic above illustrates the four main steps of the ScaleBio workflow: a fixation step followed by three "Split" steps that each includes an "Indexed" reaction. Each

arrow between the steps represents a combining step where cells are pooled before moving to the next "Split" step.  Ex. 21 (ScaleBio Manual) at SCALEBIO0160909; Ex. 22 (Satija Op. Rep.) ¶ 46; Shalek Dec. ¶ 18.

### A. Fixation

C15.   During the fixation step, cells are fixed and permeabilized to enable reagents to enter the cell, allowing each cell to serve as a reaction compartment for subsequent steps.  Ex. 21 (ScaleBio Manual) at SCALEBIO0160908, SCALEBIO0160910; Ex. 22 (Satija Op. Rep.) ¶¶ 46, 49-52; Shalek Dec. ¶ 19.

### B. Split 1

C16.   During the "Split 1" step, the cells are divided into individual aliquots across a 96-well plate, where a reverse transcription reaction generates cDNA using a reverse transcription oligo primer ("RT oligo") that comprises a reverse transcription barcode ("RT Barcode").  Ex. 21 (ScaleBio Manual) at SCALEBIO0160910, SCALEBIO0160913-16; Ex. 22 (Satija Op. Rep.) ¶¶ 46, 53-54, 187, 403, 621; Shalek Dec. ¶ 20.

C17.   Reverse transcription synthesizes a sequence of DNA that is complementary to the RNA sequence.  Nucleic acids, including DNA and RNA, are biopolymers, and are linear chains of individual building blocks known as "nucleotides."  The result of reverse transcription is a DNA molecule that is called "complementary DNA" (cDNA).  Ex. 21 (ScaleBio Manual) at SCALEBIO0160910; Ex. 23 (Satija Reb. Rep.) ¶ 43, 44, 60; Ex. 25 (Kornberg) at 4 ("The two kinds of nucleic acid—the ribonucleic acids, RNA, and the deoxyribonucleic acids, DNA—are polymers of nucleotides."); Ex. 26 (Darnell 1990) at 66 ("Cells have two closely related information-carrying molecules: deoxyribonucleic acid (DNA) and ribonucleic acid (RNA). … DNA and RNA are linear polymers."), 44 (Figure 2-1: "Nucleic acids, also linear biopolymers, are formed from four monomers termed nucleotides….") ; Ex. 28 (Alberts) at 70 ("The nucleic

acids (DNA and RNA) … are all polymers…."), 100 ("Nucleotides are the subunits of the nucleic acids."); Shalek Dec. ¶¶ 21, 59.

C18.   Once cells have been distributed into wells, the RT oligo reverse transcription primers enter through the permeabilized membranes and are directly exposed to the cell's RNA transcripts.  The poly-T sequence of an RT oligo hybridizes to a poly-A sequence of an RNA transcript.  During reverse transcription, the hybridized RT oligo sequence is extended with nucleotides that are complementary to the RNA sequence.  Ex. 21 (ScaleBio Manual) at SCALEBIO0160910; Ex. 22 (Satija Op. Rep.) ¶ 60; Shalek Dec. ¶ 22.

C19.   Reverse transcription extends RT oligos in a template-dependent manner using a polymerase.  The RT oligo primer hybridizes to the poly-A sequence of an RNA transcript.  Reverse transcription uses a polymerase enzyme called reverse transcriptase.  Reverse transcriptase has RNA-dependent DNA polymerase activity, meaning that it can synthesize DNA that is complementary to the existing RNA ("cDNA").  The enzyme will use its DNA polymerase activity to synthesize cDNA by adding nucleotide bases, one at a time, to the 3' end of the RT oligo that are complementary to the RNA nucleotide sequence.  Ex. 21 (ScaleBio Manual) at SCALEBIO0160910; Ex. 22 (Satija Op. Rep.) ¶¶ 188, 200, 201, 404, 416, 417, 622, 634, 635; Shalek Dec. ¶ 23.

C20.   After the "Split 1" step, the cells from each well are collected and pooled into a single suspension.  Ex. 21 (ScaleBio Manual) at SCALEBIO0160910, SCALEBIO0160916-17; Ex. 22 (Satija Op. Rep.) ¶ 62; Shalek Dec. ¶ 24.

### C.   Split 2

C21.   During the "Split 2" step, the pooled cells are randomly divided across a 384-well plate, where the cDNA is ligated to a ligation adaptor ("Ligation oligo") that comprises a

barcode ("Ligation Barcode"). Ex. 21 (ScaleBio Manual) at SCALEBIO0160910-11, SCALEBIO0160918-20; Ex. 22 (Satija Op. Rep.) ¶¶ 46, 63-70; Shalek Dec. ¶ 25.

C22. After the "Split 2" step, the cells are pooled into a single suspension. Ex. 21 (ScaleBio Manual) at SCALEBIO0160910-11, SCALEBIO0160920-21; Ex. 22 (Satija Op. Rep.) ¶ 71; Shalek Dec. ¶ 26.

**D.     Split 3**

C23. During the "Split 3" step, the cells are randomly divided across a 96-well plate, in which Second Strand Synthesis occurs, the cells are lysed, a Tagmentation reaction occurs, and then an Indexed PCR reaction occurs. Ex. 21 (ScaleBio Manual) at SCALEBIO0160910-11, SCALEBIO0160922-28; Ex. 22 (Satija Op. Rep.) ¶¶ 46, 72-73, 76; Shalek Dec. ¶ 27.

C24. Once cells have been distributed into wells, and a Second Strand Synthesis reaction has occurred, the cells are then lysed, which breaks down the cell membrane to release the cDNA molecules from the cells. Ex. 21 (ScaleBio Manual) at SCALEBIO0160910-11, SCALEBIO0160923-24; Ex. 22 (Satija Op. Rep.) ¶¶ 74-76; Shalek Dec. ¶ 28.

C25. Following cell lysis, the cDNA molecules in solution are subjected to the Tagmentation reaction, which simultaneously fragments the cDNA molecules (i.e., removes a portion of the original cDNA molecules) and attaches additional DNA sequences (i.e., adds new DNA sequences to the fragment of the cDNA molecules) using a transposase enzyme. Ex. 21 (ScaleBio Manual) at SCALEBIO0160910-11, SCALEBIO0160925-26; Ex. 22 (Satija Op. Rep.) ¶ 77; Shalek Dec. ¶ 29.

C26. Following cell lysis and the Tagmentation reaction, the Indexed PCR amplification reaction occurs using PCR primers that comprise a barcode ("PCR Barcode"). Ex. 21 (ScaleBio Manual) at SCALEBIO0160911-12, SCALEBIO0160927-28; Ex. 22 (Satija Op. Rep.) ¶¶ 78-79; Shalek Dec. ¶ 30.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Stephen S. Rabinowitz<br>srabinowitz@wolfgreenfield.com<br>WOLF, GREENFIELD, & SACKS, P.C.<br>605 Third Avenue<br>New York, NY 10158<br>212.697.7890<br><br>Chelsea A. Loughran<br>cloughran@wolfgreenfield.com<br>Stuart V.C. Duncan Smith<br>sduncansmith@wolfgreenfield.com<br>Emma L. Frank<br>efrank@wolfgreenfield.com<br>Arden E. Bonzo<br>abonzo@wolfgreenfield.com<br>WOLF, GREENFIELD, & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>617.646.8000 | */s/ Sara M. Metzler*<br>Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>RICHARDS, LAYTON, & FINGER, P.A.<br>920 North King Street<br>One Rodney Square<br>Wilmington, DE 19801<br>302-651-7700<br>farnan@rlf.com<br>metzler@rlf.com<br><br>*Counsel for Plaintiff Scale Biosciences, Inc.*<br><br>Dated: February 24, 2025 |