IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC., <br><br> and <br><br> ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br> Defendant. <br><br> PARSE BIOSCIENCES, INC., <br><br> and <br><br> UNIVERSITY OF WASHINGTON, <br><br> Counterclaim Plaintiffs, <br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> Counterclaim Defendant. | Civil Action No. 1:22-CV-01597-CJB |

**[PROPOSED] ORDER**

WHEREAS, the Court having considered Plaintiff and Counterclaim Defendant Scale Biosciences, Inc.'s ("ScaleBio") Motion for Summary Judgment Regarding Invalidity of the Challenged Parse Claims;

IT IS HEREBY ORDERED this _____ day of _____, 2025, as follows:

1. ScaleBio's Motion for Summary Judgment Regarding Invalidity of the Challenged Parse Claims is GRANTED.

1

2. Claims 1, 5, 9, 12, 17, 20, 23, 24, and 25 of U.S Patent No. 10,900,065 are invalid; claims 1, 5, 6, 14, 19, 22, 25, and 26 of U.S. Patent No. 11,168,355 are invalid; and claims 1, 5, 6, 7, 14, 19, 22, 25, and 26 of U.S. Patent No. 11,427,856 are invalid.

_____
UNITED STATES MAGISTRATE JUDGE