IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC. and ROCHE SEQUENCING SOLUTIONS, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PARSE BIOSCIENCES, INC.,<br><br>*Defendant*,<br><br>PARSE BIOSCIENCES, INC. and UNIVERSITY OF WASHINGTON,<br><br>*Counterclaim-Plaintiffs*,<br><br>v.<br><br>SCALE BIOSCIENCES, INC.,<br><br>*Counterclaim-Defendant*. | Civil Action No. 1:22-cv-01597-CJB |

**PARSE BIOSCIENCES, INC.'S MOTION FOR SUMMARY JUDGMENT #1:
THE ASSERTED CLAIMS OF THE '442, '752, AND '256 PATENTS ARE INVALID FOR
LACK OF WRITTEN DESCRIPTION AND ENABLEMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendant and Counterclaim-Plaintiff Parse Biosciences, Inc. ("Parse") respectfully moves this Court for an order granting summary judgment of invalidity of claim 11 of U.S. Patent No. 10,626,442, claims 1, 2, 5, and 6 of U.S. Patent No. 10,982,256, and claims 1, 2, 6-11, and 14 of U.S. Patent No. 11,634,752 for lack of written description and lack of enablement. The grounds for this motion are set forth in the accompanying brief, corresponding concise statement of undisputed facts, Declaration of Brady P. Gleason, associated exhibits, and other submissions, filed concurrently with this motion.

WHEREFORE, Parse respectfully requests that this Court grant this motion and enter an order substantially in the form attached hereto; and for such other relief as the Court deems just and proper.

1

| | |
|---|---|
| DATED: February 24, 2025<br><br>*Of Counsel:*<br><br>Byron L. Pickard<br>R. Wilson Powers III, Ph.D.<br>Chandrika Vira<br>Christopher M. Gallo<br>Brady P. Gleason<br>Louis P. Panzica, Jr.<br>David Y. Wang<br>Ryan N. Kaiser<br>Cristen A. Corry<br>**STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.**<br>1101 K Street, NW, 10th Floor<br>Washington, DC 20005<br>(202) 371-2600<br>bpickard@sternekessler.com<br>tpowers@sternekessler.com<br>cvira@sternekessler.com<br>cgallo@sternekessler.com<br>bgleason@sternekessler.com<br>lpanzica@sternekessler.com<br>dwang@sternekessler.com<br>rkaiser@sternekessler.com<br>ccorry@sternekessler.com | **YOUNG CONAWAY STARGATT & TAYLOR LLP**<br><br>*/s/ Karen L. Pascale*<br><br>Karen L. Pascale (#2903)<br>Robert M. Vrana (# 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>kpascale@ycst.com<br>rvrana@ycst.com<br><br>***Attorneys for Defendant/Counterclaim-Plaintiff Parse Biosciences, Inc. and Counterclaim-Plaintiff University of Washington*** |

2