**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCALE BIOSCIENCES, INC. and ROCHE SEQUENCING SOLUTIONS, INC., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 1:22-cv-01597-CJB |
| PARSE BIOSCIENCES, INC., | |
| *Defendant*, | |
| PARSE BIOSCIENCES, INC. and UNIVERSITY OF WASHINGTON, | |
| *Counterclaim-Plaintiffs*, | |
| v. | |
| SCALE BIOSCIENCES, INC., | |
| *Counterclaim-Defendant*. | |

**[PROPOSED] ORDER GRANTING PARSE BIOSCIENCES, INC.'S MOTION FOR
SUMMARY JUDGMENT #2:
THE ASSERTED CLAIMS ARE INVALID UNDER § 112 FOR FAILING TO
CLAIM ESSENTIAL FEATURES**

At Wilmington this _____ day of _____, 20___, having considered

Parse's Motion for Summary Judgement #2: the Asserted Claims are Invalid Under § 112 for

Failing to Claim Essential Features,

IT IS HEREBY ORDERED that the motion is **GRANTED**.


_____
The Honorable Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE

1

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on February 24, 2025, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by electronic mail:

---

*Attorneys for Plaintiff and Counterclaim Defendant, Scale Biosciences, Inc., and Plaintiff, Roche Sequencing Solutions, Inc.:*

Kelly E. Farnan                                        *farnan@rlf.com*
Sara M. Metzler                                       *metzler@rlf.com*
**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Attorneys for Plaintiff and Counterclaim Defendant, Scale Biosciences, Inc.:*

**WOLF, GREENFIELD & SACKS, P.C.** : **wgs-scalebiosciencesv.parse@wolfgreenfield.com**

Stephen S. Rabinowitz                    *srabinowitz@wolfgreenfield.com*
605 Third Avenue
New York, NY 10158

Chelsea A. Loughran                      *cloughran@wolfgreenfield.com*
Emma L. Frank                                   *efrank@wolfgreenfield.com*
Stuart V. C. Duncan Smith           *sduncansmith@wolfgreenfield.com*
Arden Bonzo                              *arden.bonzo@wolfgreenfield.com*
600 Atlantic Avenue
Boston, MA 02210

*Attorneys for Plaintiff, Roche Sequencing Solutions, Inc.:*

**WILMERHALE**                          **WHRSS-ScaleLit@wilmerhale.com**

Robert J. Gunther                        *Robert.Gunther@wilmerhale.com*
Barish Ozdamar Ph.D.                  *Barish.Ozdamar@wilmerhale.com*
Christopher R. Noyes                 *Christopher.Noyes@wilmerhale.com*
7 World Trade Center
250 Greenwich Street
New York, NY 10007

(Continued . . . .)

Madeleine C. Laupheimer        *Madeleine.Laupheimer@wilmerhale.com*
Kate Saxton                    *Kate.Saxton@wilmerhale.com*
60 State Street
Boston, MA 02109

February 24, 2025

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903) [kpascale@ycst.com]
Robert M. Vrana (#5666) [rvrana@ycst.com]
Rodney Square
1000 North King Street
Wilmington, DE  19801
Telephone: (302) 571-6600

*Attorneys for Parse Biosciences, Inc.
and University of Washington*

2