IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC. and ROCHE SEQUENCING SOLUTIONS, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PARSE BIOSCIENCES, INC.,<br><br>*Defendant*,<br><br>PARSE BIOSCIENCES, INC. and UNIVERSITY OF WASHINGTON,<br><br>*Counterclaim-Plaintiffs*,<br><br>v.<br><br>SCALE BIOSCIENCES, INC.,<br><br>*Counterclaim-Defendant*. | Civil Action No. 1:22-cv-01597-CJB |

**[PROPOSED] ORDER GRANTING PARSE BIOSCIENCES, INC.'S MOTION FOR SUMMARY JUDGMENT #3:
PARSE DOES NOT LITERALLY INFRINGE THE '442, '256, OR '752 PATENTS**

At Wilmington this _____ day of _____, 20___, having considered Parse's Motion for Summary Judgement #3: Parse Does Not Literally Infringe the '442, '256, or '752 Patents,

IT IS HEREBY ORDERED that the motion is **GRANTED**.

_____
The Honorable Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE

1

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on February 24, 2025, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by electronic mail:

*Attorneys for Plaintiff and Counterclaim Defendant, Scale Biosciences, Inc., and Plaintiff, Roche Sequencing Solutions, Inc.:*

| | |
|---|---|
| Kelly E. Farnan | *farnan@rlf.com* |
| Sara M. Metzler | *metzler@rlf.com* |

**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Attorneys for Plaintiff and Counterclaim Defendant, Scale Biosciences, Inc.:*

**WOLF, GREENFIELD & SACKS, P.C.** : **wgs-scalebiosciencesv.parse@wolfgreenfield.com**

| | |
|---|---|
| Stephen S. Rabinowitz | *srabinowitz@wolfgreenfield.com* |

605 Third Avenue
New York, NY 10158

| | |
|---|---|
| Chelsea A. Loughran | *cloughran@wolfgreenfield.com* |
| Emma L. Frank | *efrank@wolfgreenfield.com* |
| Stuart V. C. Duncan Smith | *sduncansmith@wolfgreenfield.com* |
| Arden Bonzo | *arden.bonzo@wolfgreenfield.com* |

600 Atlantic Avenue
Boston, MA 02210

*Attorneys for Plaintiff, Roche Sequencing Solutions, Inc.:*

**WILMERHALE**             **WHRSS-ScaleLit@wilmerhale.com**

| | |
|---|---|
| Robert J. Gunther | *Robert.Gunther@wilmerhale.com* |
| Barish Ozdamar Ph.D. | *Barish.Ozdamar@wilmerhale.com* |
| Christopher R. Noyes | *Christopher.Noyes@wilmerhale.com* |

7 World Trade Center
250 Greenwich Street
New York, NY 10007

(Continued . . . .)

2

| | |
|---|---|
| Madeleine C. Laupheimer | *Madeleine.Laupheimer@wilmerhale.com* |
| Kate Saxton | *Kate.Saxton@wilmerhale.com* |
| 60 State Street | |
| Boston, MA 02109 | |

February 24, 2025

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903) [kpascale@ycst.com]
Robert M. Vrana (#5666) [rvrana@ycst.com]
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600

*Attorneys for Parse Biosciences, Inc.
and University of Washington*