IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC. and ROCHE SEQUENCING SOLUTIONS, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PARSE BIOSCIENCES, INC.,<br><br>*Defendant*,<br>PARSE BIOSCIENCES, INC. and UNIVERSITY OF WASHINGTON,<br><br>*Counterclaim-Plaintiffs*,<br><br>v.<br><br>SCALE BIOSCIENCES, INC.,<br><br>*Counterclaim-Defendant*. | Civil Action No. 1:22-cv-01597-CJB |

**PARSE BIOSCIENCES, INC.'S MOTION FOR SUMMARY JUDGMENT #4:
PARSE'S ACCUSED PRODUCTS, WHEN USED FOR NUCLEI,
DO NOT INFRINGE THE '442, '256, OR '341 PATENTS**

Pursuant to Federal Rule of Civil Procedure 56, Defendant and Counterclaim-Plaintiff Parse Biosciences, Inc. ("Parse") respectfully moves this Court for an order granting summary judgment for Parse that Parse's accused products, when used for nuclei, do not infringe claim 11 of U.S. Patent No. 10,626,442, claims 1, 2, 5, and 6 of U.S. Patent No. 10,982,256, and claim 13 of U.S. Patent No. 11,512,341. The grounds for this motion are set forth in the accompanying brief, corresponding concise statement of undisputed facts, Declaration of Brady P. Gleason, associated exhibits, and other submissions, filed concurrently with this motion.

WHEREFORE, Parse respectfully requests that this Court grant this motion and enter an order substantially in the form attached hereto; and for such other relief as the Court deems just and proper.

1

<table>
<tr><td>

DATED:  February 24, 2025

*Of Counsel:*

Byron L. Pickard
R. Wilson Powers III, Ph.D.
Chandrika Vira
Christopher M. Gallo
Brady P. Gleason
Louis P. Panzica, Jr.
David Y. Wang
Ryan N. Kaiser
Cristen A. Corry
**STERNE, KESSLER, GOLDSTEIN
   & FOX, P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600
bpickard@sternekessler.com
tpowers@sternekessler.com
cvira@sternekessler.com
cgallo@sternekessler.com
bgleason@sternekessler.com
lpanzica@sternekessler.com
dwang@sternekessler.com
rkaiser@sternekessler.com
ccorry@sternekessler.com

</td><td>

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903)
Robert M. Vrana (# 5666)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

***Attorneys for Defendant/Counterclaim-Plaintiff Parse Biosciences, Inc. and Counterclaim-Plaintiff University of Washington***

</td></tr>
</table>

2