# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC. and ROCHE SEQUENCING SOLUTIONS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br> *Defendant,* | Civil Action No. 1:22-cv-01597-CJB <br><br>  <br><br> **REDACTED VERSION** <br> **Filed: March 12, 2025** |
| PARSE BIOSCIENCES, INC. and UNIVERSITY OF WASHINGTON, <br><br> *Counterclaim-Plaintiffs,* <br><br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> *Counterclaim-Defendant.* | |

**PARSE'S CONCISE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT #2: THE ASSERTED CLAIMS ARE INVALID UNDER § 112 FOR FAILING TO CLAIM ESSENTIAL FEATURES**

*Of Counsel:*

Byron L. Pickard
R. Wilson Powers III, Ph.D.
Chandrika Vira
Christopher M. Gallo
Brady P. Gleason
David Y. Wang
Louis P. Panzica, Jr.
Ryan N. Kaiser
Cristen A. Corry
**STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600

**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Karen L. Pascale (#2903)
Robert M. Vrana (# 5666)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

*Attorneys for Defendant/Counterclaim-Plaintiff Parse Biosciences, Inc. and Counterclaim-Plaintiff University of Washington*

February 24, 2025

1.      The contents of U.S. Patent No. 10,626,442, including a full recitation of its specification and claims, are shown in Ex. 1. Gleason Decl. ¶ 3.

2.      Scale asserts that Parse infringes claim 11 of the '442 patent. D.I. 291; Ex. 32.

3.      The contents of U.S. Patent No. 10,982,256, including a full recitation of its specification and claims, are shown in Ex. 2. Gleason Decl. ¶ 4.

4.      Scale asserts that Parse infringes claims 1, 2, 5, and 6 of the '256 patent. D.I. 291; Ex. 32.

5.      The contents of U.S. Patent No. 11,512,341, including a full recitation of its specification and claims, are shown in Ex. 3. Gleason Decl. ¶ 5.

6.      Scale asserts that Parse infringes claim 13 of the '341 patent. D.I. 291; Ex. 32.

7.      The contents of U.S. Patent No. 11,634,752, including a full recitation of its specification and claims, are shown in Ex. 4. Gleason Decl. ¶ 6.

8.      Scale asserts that Parse infringes claims 1, 2, 6-11, and 14 of the '752 patent. D.I. 291; Ex. 32.

9.      According to the '442 patent's specification: "The present invention provides methods for detection and quantification of target molecules in biomolecular samples. In particular, the invention provides UBAs that are capable of binding individual target molecules. The invention also provides the use of ESBs and COBs (See FIG. 2). Through the ESBs' and COBs' codes, the binding of the UBAs to target molecules results in the identification of the target molecules in single cells." Ex. 1, 34:33-40.

10.     UBAs are molecules or assemblies that are designed to bind with at least one target molecule, at least one target molecule surrogate, or both. Ex. 1, 17:18–20.

11.     ESBs are molecules or assemblies that are designed to bind with at least one UBA or part of an UBA. Ex. 1, 20:29–33.

1

12.    Each ESB comprises a unique code that can be associated to a specific target molecule.

Ex. 1, 16:49-50.

13.    Each COB provides a unique code that can be associated to a specific cell of origin. Ex.

1, 16:51-52; 21:21–22.

14.    In some embodiments, the ESB/COB complex represents a quantum of information that

represents the target molecule and the cell of origin. Ex. 1, 34:40–42; Ex. 1, Fig. 1.

15.    Scale's asserted patents provide methods for labeling target molecules. Ex. 10, ¶ 22.

16.    To describe its methods for label target molecules, Scale's asserted patents coin several

terms to describe general concepts that are applied in many of the examples of those methods.

Ex. 10, ¶ 22; Ex. 13, ¶ 60

17.    Fig. 2 of the '442 patent illustrates some of the terms Scale's asserted patents coined to

describe general concepts that are applied in many of its methods for labeling target molecules.

Ex. 10, ¶ 22; Ex. 13, ¶ 60; Ex. 1, Fig. 2.

18.    Fig. 2 of the '442 patent depicts an UBA. Ex. 1, Fig. 2.

19.    Fig. 2 of the '442 patent depicts an ESB. Ex. 1, Fig. 2.

20.    Fig. 2 of the '442 patent depicts a COB. Ex. 1, Fig. 2.

21.    Fig. 2 of the '442 patent depicts an APS. Ex. 1, Fig. 2.

22.    The term "UBA" is not a technical term of art. Ex. 13, ¶¶ 158, 208, 244.

23.    A POSA would understand the term UBA as shorthand terminology used to identify the

concepts that the term encompasses. Ex. 13, ¶¶ 158, 208, 244.

24.    The term "ESB" is not a technical term of art. Ex. 13, ¶¶ 158, 208.

25.    A POSA would understand the term ESB as shorthand terminology used to identify the

concepts that the term encompasses. Ex. 13, ¶¶ 158, 208.

**26.**     Scale's specification does not disclose any embodiments of labeling a given target

molecule without using both an UBA and an ESB. Ex. 19, ¶ 90–91, 113–114, 128, 133, 268.


DATED:  February 24, 2025

*Of Counsel:*

Byron L. Pickard
R. Wilson Powers III, Ph.D.
Chandrika Vira
Christopher M. Gallo
Brady P. Gleason
Louis P. Panzica, Jr.
David Y. Wang
Ryan N. Kaiser
Cristen A. Corry
**STERNE, KESSLER, GOLDSTEIN
   & FOX, P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600
bpickard@sternekessler.com
tpowers@sternekessler.com
cvira@sternekessler.com
cgallo@sternekessler.com
bgleason@sternekessler.com
lpanzica@sternekessler.com
dwang@sternekessler.com
rkaiser@sternekessler.com
ccorry@sternekessler.com

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903)
Robert M. Vrana (# 5666)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

***Attorneys for Defendant/Counterclaim-
Plaintiff Parse Biosciences, Inc. and
Counterclaim-Plaintiff University of
Washington***

3

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on February 24, 2025, I caused to be electronically filed a true and correct copy of the foregoing sealed document with the Clerk of the Court using CM/ECF, and in addition caused true and correct copies of the foregoing sealed document to be served upon the following counsel of record by electronic mail:

---

***Attorneys for Plaintiff, Scale Biosciences, Inc.***
***and Nominal Defendant, Roche Sequencing Solutions, Inc.:***

Kelly E. Farnan                                    *farnan@rlf.com*
Sara M. Metzler                                    *metzler@rlf.com*
**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801

***Attorneys for Plaintiff, Scale Biosciences, Inc.:***

**WOLF, GREENFIELD & SACKS, P.C.** : **wgs-scalebiosciencesv.parse@wolfgreenfield.com**

Stephen S. Rabinowitz                             *srabinowitz@wolfgreenfield.com*
605 Third Avenue
New York, NY 10158

Chelsea A. Loughran                               *cloughran@wolfgreenfield.com*
Emma L. Frank                                     *efrank@wolfgreenfield.com*
Stuart V. C. Duncan Smith                         *sduncansmith@wolfgreenfield.com*
Arden Bonzo                                       *arden.bonzo@wolfgreenfield.com*
600 Atlantic Avenue
Boston, MA 02210

***Attorneys for Nominal Defendant, Roche Sequencing Solutions, Inc.:***

**WILMERHALE**                              **WHRSS-ScaleLit@wilmerhale.com**

Robert J. Gunther                                 *Robert.Gunther@wilmerhale.com*
Barish Ozdamar Ph.D.                              *Barish.Ozdamar@wilmerhale.com*
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Madeleine C. Laupheimer                           *Madeleine.Laupheimer@wilmerhale.com*
Kate Saxton                                       *Kate.Saxton@wilmerhale.com*
60 State Street
Boston, MA 02109

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

February 24, 2025                    /s/ *Karen L. Pascale*

Karen L. Pascale (#2903) [kpascale@ycst.com]
Robert M. Vrana (#5666) [rvrana@ycst.com]
Rodney Square
1000 North King Street
Wilmington, DE  19801
Telephone: (302) 571-6600

*Attorneys for Parse Biosciences, Inc.*
*and University of Washington*

2