## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC., | |
| and | |
| ROCHE SEQUENCING SOLUTIONS, INC., | Civil Action No.  1:22-CV-01597-CJB |
| Plaintiffs, | **REDACTED** |
| v. | **PUBLIC VERSION** |
| PARSE BIOSCIENCES, INC. | |
| Defendant. | |
| PARSE BIOSCIENCES, INC., | |
| and | |
| UNIVERSITY OF WASHINGTON, | |
| Counterclaim Plaintiffs, | |
| v. | |
| SCALE BIOSCIENCES, INC., | |
| Counterclaim Defendant. | |

**MARCH 24, 2025**
**SECOND DECLARATION OF PETER A. SIMS, PH.D.**
**<u>REGARDING THE ASSERTED SCALEBIO CLAIMS</u>**

## TABLE OF CONTENTS

I.      INTRODUCTION ................................................................................................ 1

II.     CLAIM CONSTRUCTION ................................................................................ 2

    A.    Claims 1, 2, 6-11, and 14 of the '752 Patent ........................................... 2

    B.    Claim 11 of the '442 Patent ..................................................................... 5

    C.    Claims 1, 2, 5, and 6 of the '256 Patent ..................................................11

III.    WRITTEN DESCRIPTION & ENABLEMENT ............................................. 13

    A.    Claims 1, 2, 6-11, and 14 of the '752 Patent ......................................... 14

    B.    Claim 11 of the '442 Patent, and Claims 1, 2, 5, and 6 of the '256 Patent ................ 18

        1.    Knowledge in the Art of Hybridization of Nucleic Acids...................................19

        2.    Disclosure in the Specification of the Common Features of Nucleic Acids Suitable for Claims Involving Hybridization of Nucleic Acids ..............25

        3.    Hybridization of Nucleic Acid Aptamers to Nucleic Acid Targets ....................32

        4.    Ligation of Nucleic Acids ..................................................................34

IV.     DESIGNING A UBA SPECIFIC FOR A TARGET ........................................ 36

V.      CROSS-REACTING ANTIBODIES ............................................................... 38

VI.     CONCLUSION AND SIGNATURE ............................................................... 39

## I.    INTRODUCTION

1.    My name is Peter A. Sims. I have been retained by Plaintiff Scale Biosciences, Inc. ("ScaleBio") as an expert in the matter of *Scale Biosciences, Inc. v. Parse Biosciences, Inc.*, Civil Action No. 1:22-CV-01597-CJB.  I provided a declaration in connection with this matter on February 24, 2025.

2.    Exhibit A (Sims Op. Rep.) contains a true and correct copy of excerpts from my "October 10, 2024 Opening Expert Report of Peter A. Sims, Ph.D. Regarding Infringement of the Asserted ScaleBio Claims," which I provided in this case.

3.    Exhibit B (Sims Reb. Rep.) contains a true and correct copy of excerpts from my "November 12, 2024 Rebuttal Expert Report of Peter A. Sims, Ph.D. Regarding Validity of the Asserted ScaleBio Claims," which I provided in this case.

4.    I previously submitted as Exhibit 14 (Sims Reply Rep.) a true and correct copy of excerpts from my "December 13, 2024 Reply Expert Report of Peter A. Sims, Ph.D. Regarding Infringement of the Asserted ScaleBio Claims," which I provided in this case.

5.    I incorporate by reference these excerpted portions of my expert reports into this declaration as if set forth herein.

6.    If asked about those matters by the Court or by ScaleBio's attorneys, I would testify in court regarding the matters stated in this declaration, including the material incorporated from my expert reports.

7.    In this declaration, I provide additional opinions about the art-recognized meaning to a POSA in 2011-2012 of certain technical terms used in the claims and about related scientific facts, which I understand may be relevant to issues of claim construction.  Further, I reiterate and clarify several of my opinions from my reports in response to issues that emerged after those reports were served.

8.    My opinions in this declaration are based on my experience, skill, and expertise, as well as the evidence cited in this declaration or in my expert reports submitted in this case.

9.    This declaration sets forth my opinions and was prepared with assistance from counsel for ScaleBio.  Some of the text in this declaration was drafted by counsel for ScaleBio, but the opinions set forth in this declaration are my own.

## II.    CLAIM CONSTRUCTION

10.    My understanding of the legal standards for claim construction is set forth in my "November 12, 2024 Rebuttal Expert Report of Peter A. Sims, Ph.D. Regarding Validity of the Asserted ScaleBio Claims."  *E.g.*, Ex. B (Sims Reb. Rep.) ¶¶ 91-101.  I understand that all claims terms other than those construed by the Court or subject to an agreed construction shall be interpreted in accordance with their ordinary meaning as understood by a POSA.  I do not offer an opinion about the construction of the claims, which I understand is a legal issue for the Court.

### A.    Claims 1, 2, 6-11, and 14 of the '752 Patent

11.    I understand that Parse is challenging claims 1, 2, 6-11, and 14 of the '752 Patent. *See* Ex. B (Sims Reb. Rep.) ¶¶ 77-78.  Those claims are reproduced below:

1. A kit for split-pool barcoding target molecules that are in or on cells or cell organelles, comprising:

(i) at least two sets of assayable polymer subunit (APS) oligonucleotides, wherein each set comprises at least 10 APS oligonucleotides that each comprise: a 5′ end sequence that is common to the APS oligonucleotides in the set, a 3′ end sequence that is common to the APS oligonucleotides in the set, and an internal sequence that distinguishes the APS oligonucleotides in the set from one another, and

(ii) one or more linking oligonucleotides, wherein a linking oligonucleotide is complementary to the 5′ end sequence of the APS oligonucleotides of one set and the 3′ end sequence of the APS oligonucleotides of another set,

wherein the APS oligonucleotides from different sets are configured to link together in an ordered fashion in the presence of the one or more linking

oligonucleotides to form all or part of a cell or organelle origination barcode.

2. The kit of claim 1, wherein the different APS oligonucleotides of a set are in different wells of a multi-well plate.

6. The kit of claim 1, wherein the APS oligonucleotides of at least one of the sets of APS oligonucleotides additionally comprise a random sequence between the 5′ end sequence and the 3′ end sequence.

7. The kit of claim 1, wherein the APS oligonucleotides of at least one of the sets of APS oligonucleotides additionally comprise an affinity tag.

8. The kit of claim 1, wherein the kit comprises:

(a) a first set of at least 10 APS oligonucleotides that are in separate containers, each comprising: (i) a 5′ end sequence that is common to the APS oligonucleotides in the first set; (ii) an internal sequence that distinguishes the APS oligonucleotides in the first set from one another; and (iii) a 3′ end sequence that is common to the APS oligonucleotides in the first set;

(b) a second set of at least 10 APS oligonucleotides that are in separate containers, each comprising: (i) a 5′ end sequence that is common to the APS oligonucleotides in the second set; (ii) an internal sequence that distinguishes the APS oligonucleotides in the second set from one another; and (iii) a 3′ end sequence that is common to the APS oligonucleotides in the second set; and

(c) a first linking oligonucleotide that comprises: (i) a first sequence that is complementary to the 5′ end sequence of the APS oligonucleotides of (a); and (ii) a second sequence that is adjacent to the first sequence and complementary to the 3′ end sequence of APS oligonucleotides of (b); wherein the first linking oligonucleotide is configured to bring the 5′ end [of] an APS oligonucleotide of (a) into ligatable proximity with the 3′ end of an APS oligonucleotide of (b).

9. The kit of claim 8, wherein the separate containers are wells in a multi-well plate.

10. The kit of claim 8, wherein the APS oligonucleotides of (a) or (b) are hybridized to the first linking oligonucleotide.

11. The kit of claim 8, wherein the first linking oligonucleotide of (c): (iii) does not comprise a sequence that is complementary to any of the internal sequences of the APS oligonucleotides of (a) and (b).

3

14. The kit of claim 8, wherein the first set of APS oligonucleotides of (a) comprises more than 20 APS oligonucleotides and the second set of APS oligonucleotides of (b) comprises more than 20 APS oligonucleotides.

Ex. 4 ('752 Patent) at 57:50-59:4; *see also id.* at SCALEBIO0013078 (correcting column 58, line 49).

12.     I see that these claims use the word "comprising" in the transition from the preamble to the recited elements.  For example, claim 1 recites in the preamble "[a] kit for split-pool barcoding target molecules that are in or on cells or cell organelles," followed by the transition "comprising," and then the rest of the claims.  I understand that the word "comprising" in the transition after the preamble generally indicates that subsequent recited elements are required, but an infringing kit may include any other features that are not expressly excluded.  Again, I understand that this is a legal question on which I do not offer an opinion.

13.     However, I have been asked to address the art-recognized meaning to a POSA in 2011-2012 of certain technical terms that are used in the challenged claims of the '752 Patent, including whether anything in the recited elements of those claims refers to an antibody or aptamer.  I conclude that none of the recited elements in those claims refers to an antibody or an aptamer.  The claims refer to APS oligonucleotides and linking oligonucleotides, but that term does not have any technical meaning that calls for an antibody or aptamer.  I can see that claim 5 of the '752 Patent recites: "The kit of claim 1, wherein the APS oligonucleotides of at least one of the sets of APS oligonucleotides comprise a unique binding agent (UBA)."  Ex. 4 ('752 Patent) at 58:13-16.  And I am aware that the specification says that a UBA can be an antibody or aptamer. *E.g.*, Ex. 4 ('752 Patent) at 18:5, 19:25.  However, nothing in claim 1 or the other challenged claims of the '752 Patent states that an APS oligonucleotide must be a UBA, antibody, or aptamer.  And further, I understand that Parse is not challenging claim 5, and nothing in the challenged claims calls for an antibody or aptamer.

4

14.    My conclusion is consistent with my understanding of the claims, as stated in paragraph 12 above, which is that the claims encompass kits that include the recited elements and may include other features.  For example, claim 1 may cover a kit with APSs that comprise a UBA, as cited in claim 5, but none of the technical terms recited in claim 1 calls for APSs to comprise an antibody or aptamer.  The same is true for the other challenged claims (i.e., 2, 6-11, and 14) of the '752 Patent.

**B.    Claim 11 of the '442 Patent**

15.    I understand that Parse is challenging claim 11 of the '442 Patent.  *See* Ex. B (Sims Reb. Rep.) ¶¶ 77-78.  Claim 11 depends from claim 9, which depends from claim 1, all of which are reproduced below:

> 1. A method of uniquely labeling target molecules within a plurality of cells, the method comprising:
>
> (a) coupling a common linker sequence to target molecules within the plurality of cells;
>
> (b) dividing the plurality of cells into at least two primary reaction volumes, the at least two primary reaction volumes comprising a first primary reaction volume and a second primary reaction volume;
>
> (c) providing primary nucleic acid tags to the at least two primary reaction volumes, wherein the primary nucleic acid tags provided to the first reaction volume are different from the primary nucleic acid tags provided to a second reaction volume;
>
> (d) coupling the common linker sequences within each of the at least two primary reaction volumes with the provided primary nucleic acid tags;
>
> (e) pooling the at least two primary reaction volumes;
>
> (f) splitting the combined primary reaction volumes into at least two secondary reaction volumes, the at least two secondary reaction volumes comprising a first secondary reaction volume and a second secondary reaction volume;
>
> (g) providing secondary nucleic acid tags to each of the at least two secondary reaction volumes, wherein the secondary nucleic acid tags

5

provided to the first secondary reaction volume are different from the secondary nucleic acid tags provided to the second reaction volume; and

(h) coupling the target molecules within each of the at least two secondary reaction volumes with the provided secondary nucleic acid tags.

9. The method of claim 1, wherein the target molecules are selected from at least one of RNA, cDNA, DNA, protein, peptide, and antigen.

11. The method of claim 9, wherein the target molecules are RNA and wherein step (a) comprises hybridizing the common linker to the RNA.

Ex. 1 ('442 Patent) at 57:62-58:64.

16.     I see that these claims also use the word "comprising" in the transition between the preamble to the recited elements.  For example, claim 1 recites "[a] method of uniquely labeling target molecules within a plurality of cells," followed by the transition "the method comprising," and then sets forth method steps.  I understand that the word "comprising" in the transition after the preamble indicates that subsequently recited elements are required, but an infringing method may include any other features that are not expressly excluded.  Again, I understand that this is a legal question on which I do not offer an opinion.

17.     However, I have been asked to address the art-recognized meaning to a POSA in 2011-2012 of certain technical terms that are used in claim 11 of the '442 Patent, including whether anything in the recited elements of those claims refers to an antibody or aptamer.  I understand that claim 9 limits claim 1, and both are further limited by claim 11.  Claim 1 recites "(a) coupling a common linker sequence to target molecules within the plurality of cells."  Claim 9 limits the "target molecules" to being "selected from at least one of RNA, cDNA, DNA, protein, peptide, and antigen."  And then claim 11 further limits the target molecules to "RNA," and requires that "step (a) comprises hybridizing the common linker to the RNA."  I address the art-accepted meaning to a POSA in 2011-2012 of "hybridizing the common linker to the RNA" in the context of these claims and the specification.

6

18.     The term "hybridization" had a well-established meaning in molecular biology by 2011-2012.  Hybridization is the selective physical association of two nucleic acids with each other (also called "annealing") based on the complementarity of at least part of their nucleotide sequences.  Nucleotides are complementary to each other if they satisfy the base-pairing rules discovered by Watson and Crick: Adenine (A) pairs with Thymine (T, in DNA) or Uracil (U, in RNA), and Guanine (G) pairs with Cytosine (C).  *E.g.*, Ex. E (Darnell 1990) at 68-69 ("The modern era of molecular biology began in 1953, when James D. Watson and Francis H. G Crick elucidated the double-helical structure of DNA…."), Fig. 2-35 (showing the base-pairing rules). Sequences within nucleic acids are complementary if their nucleotides match up in accordance with the Watson-Crick base-pairing rules.  Hybridization between complementary sequences was well known in the art as of 2011-2012, as illustrated by the following sources:

    a.   James Darnell et al., Molecular Cell Biology (1986) ("Darnell 1986," Ex. D) is a
         widely-known and well-regarded textbook.  Darnell 1986 includes the following
         description of hybridization:



Ex. D (Darnell 1986) at 237; *see also* Ex. E (Darnell 1990) at 202-203 (similar).

b.  Benjamin Lewin, Genes IV (4th 1990) ("Lewin," Ex. F) is a widely-known and
well-regarded textbook.  Lewin includes the following description of
hybridization:

> Renaturation describes the reaction between two complementary sequences that were separated by denaturation. However, the technique can be extended to allow any two complementary nucleic acid sequences to **anneal** with each other to form a duplex structure. The reaction is generally described as **hybridization** when nucleic acids from different sources are involved, as in the case when one preparation consists of DNA and the other consists of RNA. *The ability of two nucleic acid preparations to hybridize constitutes a precise test for their complementarity since only complementary sequences can form a duplex structure.*

Ex. F (Lewin) at 77.

c.  DNA Replication by Arthur Kornberg (1980) ("Kornberg 1980," Ex. G) includes
the following description of hybridization:

> **Hybridization.**  The reannealing of nucleic acids to identify sequences of interest is widely used. Hybridization takes advantage of the ability of a single-stranded DNA or RNA molecule to find its complement, even in the presence of large amounts of unrelated DNA. In the commonly used Southern blot technique,[27] total cellular DNA is immobilized on a support (such as nitrocellulose paper) and is then incubated with a radiolabeled nucleic acid (DNA or RNA) "probe" fragment under conditions that promote reannealing. The radiolabeled probe combines with its complement, forming a hybrid duplex that identifies the band on a gel, or the lysed colony on a petri plate, that contains the sequence of interest.

Ex. G (Kornberg 1980) at 15-16.  Arthur Kornberg received the Nobel Prize in
Physiology or Medicine in 1959 for his contributions to elucidating mechanisms
in the biological synthesis of RNA and DNA.  His treatise, DNA Replication, is
regarded as authoritative in the field of molecular biology.  Arthur Kornberg –

Facts, NobelPrize.org, *available at*

https://www.nobelprize.org/prizes/medicine/1959/kornberg/facts/.

d. Bruce Alberts et al., Molecular Biology of the Cell (6th ed. 2015) ("Alberts" Ex.
H) is a widely-known and well-regarded textbook. Alberts defines
"hybridization" as the following: "In molecular biology, the process whereby two
complementary nucleic acid strands form a base-paired duplex DNA-DNA, DNA-
RNA, or RNA-RNA molecule. Forms the basis of a powerful technique for
detecting specific nucleotide sequences." Ex. H (Alberts) at G:15. It was
published in 2015, but the material cited from it in this declaration predates that
date by at least several years, as illustrated by the other sources cited.

19.     The use of the term "hybridization" in the specification of the '442 Patent is
consistent with its art-recognized meaning. *E.g.*, Ex. 1 ('442 Patent) at 13:59-62 ("The term
'nucleic acid' refers to a nucleotide polymer, and unless otherwise limited, includes known
analogs of natural nucleotides that can function in a similar manner (e.g., hybridize) to naturally
occurring nucleotides."), 15:3-21 ("A nucleic acid 'probe' is an oligonucleotide capable of
binding to a target nucleic acid of complementary sequence through one or more types of
chemical bonds, generally through complementary base pairing, usually through hydrogen bond
formation, thus forming a duplex structure. The probe binds or hybridizes to a 'probe binding
site.'").

20.     Because claim 11 recites that "step (a) comprises hybridizing the common linker
to the RNA," a POSA would understand that the common linker must be a nucleic acid. As
discussed above, hybridization is an association between nucleic acids. Target RNA molecules

9

are nucleic acids.  Thus, for the common linker to hybridize to the target RNA molecules, the common linker must also be a nucleic acid.

21.    The specification explains that a UBA can be an antibody.  *E.g.*, Ex. 1 ('442 Patent) at 17:66.  However, an antibody is not a nucleic acid and, consequently, binding of an antibody to a target molecule (even a nucleic acid target molecule like RNA) is not hybridization.  *Compare* Ex. H (Alberts) at G:2 (explaining that an antibody "[b]inds" to target molecules), *with id.* at G:15 (explain that "hybridization" occurs between "two complementary nucleic acid strands").  The specification explains that antibodies could be attached to a nucleotide linker.  *E.g.*, Ex. 1 ('442 Patent) at 18:60-19:17.  Even so, the reference to hybridization in claim 11 of the '442 Patent would not encompass binding between RNA target molecules and the antibody component, but would refer to the nucleic acid linker being hybridized to the RNA.  In that situation, the antibody would neither participate in nor be required for that hybridization between the linker and the RNA.  For those reasons, reciting a common linker hybridizing to target RNA molecules does not recite or require an antibody.

22.    The specification explains that a UBA can be an aptamer.  *E.g.*, Ex. 1 ('442 Patent) at 19:18.  However, the specification explains that there exist both "nucleic acid aptamers (i.e., single-stranded DNA molecules or single-stranded RNA molecules) and peptide aptamers." Ex. 1 ('442 Patent) at 19:18-21.  Aptamers that can hybridize to target RNA molecules are nucleic acids themselves.  Ex. H (Alberts) at G:15 (explain that "hybridization" occurs between "two complementary nucleic acid strands").  But as with antibodies, peptide aptamers are not nucleic acids and so do not hybridize to target nucleic acids like RNA molecules.  *Id.*  That means the art-accepted meaning of "hybridizing the common linker to the RNA" does not refer to either antibodies or peptide aptamers.  Consequently, to the extent that "hybridizing the

10

common linker to the RNA" includes using an aptamer, that aptamer must be a nucleic acid

aptamer and not a peptide aptamer.

**C.    Claims 1, 2, 5, and 6 of the '256 Patent**

23.    I understand that Parse is challenging claims 1, 2, 5, and 6 of the '256 Patent.  *See*

Ex. B (Sims Reb. Rep.) ¶¶ 77-78.

> 1. A method for identifying whether a plurality of nucleic acid targets is present in
> a plurality of cells comprising:
>
>> a) binding to the nucleic acid targets in the plurality of cells a plurality of
>> unique binding agent (UBA) nucleic acid tags;
>>
>> b) extending the UBAs bound to the targets, and
>>
>> c) assembling cell originating barcodes (COB) on the extended UBAs by
>> subsequently adding multiple assayable polymer subunit (APS)
>> oligonu[cl]eotides to each of the extended UBAs in the plurality of cells in
>> an ordered manner during successive rounds of split pool synthesis
>>
>> wherein the APS oligonu[cl]eotides in each round anneal to the APS from a
>> previous round and are covalently linked to the adjacently annealed APS to
>> create unique codes that represent the identities of individual cells in which
>> the tags are bound, and wherein the method does not include a step of
>> isolating each cell in the plurality of cells.
>
> 2. The method of claim 1, wherein the unique code comprises UBA and COB
> wherein COB consists of multiple APSs.
>
> 5. The method of claim 1, wherein the APS oligonu[cl]eotides in each round anneal
> to the APS oligonu[cl]eotide from the prior round via a shared region of
> complementarity.
>
> 6. The method of claim 1, wherein the APS oligonu[cl]eotides in each round are
> linked to the APS oligonu[cl]eotide from the prior by ligation.

Ex. 2 ('256 Patent) at 58:10-41; *see also id.* at SCALEBIO0011177 (correcting

"oligonudeotides" to "oligonucleotides").

24.    I see that these claims also use the word "comprising" in the transition between

the preamble to the recited elements.  For example, claim 1 recites "[a] method for identifying

whether a plurality of nucleic acid targets is present in a plurality of cells," followed by the

transition "comprising," and then the method steps.  I understand that the word "comprising" in the transition after the preamble generally indicates that subsequent recited elements are required, but an infringing method may include any other features that are not expressly excluded.  Again, I understand that this is a legal question on which I do not offer an opinion.

25.    However, I have been asked to address the art-recognized meaning to a POSA in 2011-2012 of certain technical terms that are used in claims 1, 2, 5, and 6 of the '256 Patent, including whether anything in those recited elements refers to an antibody or aptamer.  The express language of claim 1 refers in step (a) to "nucleic acid targets" and to "unique binding agent (UBA) nucleic acid tags."  Based on this language, I understand that for the challenged claims of the '256 Patent, both the target molecules and the UBAs must be nucleic acids.  Nothing in the dependent claims changes that conclusion.

26.    I understand that the Court has construed the terms "unique binding agent" or "UBA" to mean "a molecule or assembly that is designed to bind with at least one target molecule, at least one target molecule surrogate, or both."  D.I. 118.  And I understand that the Court has construed the term "target molecules" to mean at least "molecules of interest … that are being detected or quantified." D.I. 119. The specification includes the following additional descriptions that are applicable to nucleic acid UBAs:

> UBAs are molecules or assemblies that are designed to bind with at least one target molecule, at least one target molecule surrogate, or both; and can, under appropriate conditions, form a molecular complex comprising the UBA and the target molecule. …

> UBAs comprise at least one reaction portion that allow them to bind to or interact with at least one target molecule, at least one part of at least one target molecule, at least one target molecule surrogate, at least part of a target molecule surrogate, or combinations thereof; typically in a sequence-specific, a confirmation-specific manner, or both; for example but not limited to antigen-antibody binding, aptamer-target binding, and the like. …

12

> In some embodiments, the UBA is a nucleic acid sequence, e.g. an antisense DNA for a target mRNA. The nucleic acid sequence is preferably at least 15 nucleotides in length, and more preferably is at least 20 nucleotides in length.

Ex. 2 ('256 Patent) at 17:28-60, 20:26-30.

27.    In light of the Court's construction and the specification, including those descriptions of nucleic acid UBAs, a POSA would understand that binding such nucleic acid UBAs to nucleic acid targets includes hybridization. As discussed in paragraph 18 above, the specification's use of the term hybridization is consistent with its art-accepted meaning, which is the selective physical association of two nucleic acids with each other based on the complementarity of at least part of their nucleotide sequences. Accordingly, I conclude that the art-accepted meaning of the reference in the challenged claims of the '256 Patent to "binding to the nucleic acid targets in the plurality of cells a plurality of unique binding agent (UBA) nucleic acid tags" in step (a) includes hybridization of those nucleic acids.

28.    As discussed in paragraph 21 above, the specification explains that a UBA can be an antibody. As discussed in paragraph 22 above, the specification explains that a UBA can be an aptamer. But the claim language here requires a nucleic acid UBA, the art-accepted meaning of which does not include a UBA that is either an antibody or a peptide aptamer. Consequently, to the extent that "binding to the nucleic acid targets in the plurality of cells a plurality of unique binding agent (UBA) nucleic acid tags" includes using an aptamer, that aptamer would need to be a nucleic acid aptamer and not a peptide aptamer.

## III.    WRITTEN DESCRIPTION & ENABLEMENT

29.    My understanding of the legal standards for written description and enablement is set forth in my "November 12, 2024 Rebuttal Expert Report of Peter A. Sims, Ph.D. Regarding Validity of the Asserted ScaleBio Claims." *E.g.*, Ex. B (Sims Reb. Rep.) ¶¶ 103-112 (enablement), 298-302 (written description). I understand that the written description and

enablement requirements concern whether the claimed invention is disclosed and enabled by the specification. I understand that the written description and enablement requirements do not require a nucleotide-by-nucleotide recitation of the entire genus of claimed genetic material and, instead, can be met by disclosure of the common features of the genus of genetic material. I applied that understanding in my analysis below.

### A.    Claims 1, 2, 6-11, and 14 of the '752 Patent

30.    I previously addressed the written description and enablement of claims 1, 2, 6-11, and 14 of the '752 Patent in my "November 12, 2024 Rebuttal Expert Report of Peter A. Sims, Ph.D. Regarding Validity of the Asserted ScaleBio Claims." *E.g.*, Ex. B (Sims Reb. Rep.) ¶¶ 263-290 (enablement), 481-537 (written description). In this subpart, I summarize the written description and enablement related to those claims.

31.    The specification explains that the kits can include just APS oligonucleotides and linker oligonucleotides, with or without a UBA or ESB. For example, the specification provides the following disclosures under the heading "Kits":

> The invention further provides kits comprising *one or more components of the invention*. The kits can comprise, for example, one or more UBAs, one or more ESBs, and/*or one or more APSs*. The kits can be used for any purpose apparent to those of skill in the art, including those described above. …

> The *kits can comprise other reagents such as linker oligos* and bridging oligos.

> The *kits can include other reagents as well, for example*, buffers for performing hybridization reactions, *linkers*, restriction endonucleases, and DNA I ligases.

*Id.* at 50:11-16, 50:39-44. A POSA would understand from these disclosures that kits can optionally, but need not, include UBAs, ESBs, or both UBAs and ESBs.

32.    The specification discloses that APSs "can comprise a unique subcode sequence that is different from the rest of the APSs in that round," where the "subcode may comprise a

unique nucleotide sequence." *Id.* at 26:18-21. The specification discloses that the APSs and linkers hybridize via complementary sequences that their ends:

> In some embodiments, the APSs are stitched together and/or to a CL using an annealing primer (FIGS. 7 and 8). The annealing primer may comprise a first complementary region to the CL or an APS added during the previous round of a stepwise synthesis. The annealing primer may also comprise a second complementary region to the APS being added during a current round. Thus, the annealing primer can hybridize to two oligonucleotide subunits of subsequent rounds stitching them together. In some embodiments, the first complementary regions of annealing primers of each round are different from the first complementary regions of annealing primers of other rounds (FIG. 7). In some embodiments, the second complementary regions of annealing primers of each round are different from the second complementary regions of annealing primers of other rounds. In some embodiments, the first or second complementary regions of annealing primers of different rounds are shared between rounds (FIG. 8).

*Id.* at 25:48-65.



*Id.* at Fig. 7.

33.    A POSA would have known from the disclosure of the specification and figures how to design the oligonucleotides in these kits. The design is a straightforward application of the Watson-Crick base-pairing rules to provide oligonucleotides that include complementary nucleic acid sequences that can hybridize to each other. As discussed in paragraph 18 above, nucleic acid hybridization was well-known in the art to POSA, and was a matter of textbook

biology known to a POSA, and even to those with considerably less skill and knowledge in the art.  The specification gives all the structural information required to design the oligonucleotides in the kits, including the number and locations of the complementary regions and the location of differentiating subcode sequences.  Picking the precise sequences to be used would be a simple and routine matter for a POSA.

34.    A POSA would have known from the specification how to synthesize the oligonucleotides in these kits.  The specification discloses known techniques for synthesizing oligonucleotides like the APSs and linkers.  *E.g.*, *id.* at 50:60-64 ("Oligonucleotides can be synthesized according to standard techniques known in the art. For instance, oligonucleotides can be synthesized on a 394A DNA Synthesizer (Applied Biosystems Division of Perkin-Elmer Corp., Foster City, Calif.).").  Practically speaking, a POSA would likely just order the oligonucleotide sequences from a commercial vendor, of which there were many.  Ordering such oligonucleotides was just a matter of giving the vendor the sequence and the amount of nucleic acid desired, and the oligonucleotide would arrive in the mail within a few days.

35.    The specification discloses and depicts methods of using such sets of nucleotides. For example, the specification includes Figure 4 below:





*Id.* at Fig. 4.  And the specification describes Figure 4 as follows:

FIG. 4 is Step 2 shows the start of the split pool synthesis. In this example, the cell population is split into 20 tubes. Cell populations can be split into wells, bead or any suitable surfaces known in the art. In Step 3 an APS unit is added to each tube. The APS binds the UBA/ESB complex via the complementary CLs in the APS and the ESB. In Step 4, each cell in a given tube now has appended to each UBA-ESB pair the same subunit as defined by the tube contents (one of 1-20 APS in this example). Each split population from Step 3 now has a DAPS "tag" polymer subunit added to all DBAAs in that cell. In Step 5, the cells from the 20 tubes are pulled into one tube. 1/20 of the cells have the same APS subunit. In Step 6, steps 2-4 are repeated to add a second APS to the prior APS. In this example, cells in one tube will have a mixture of cells all of which have the APS subunit from the round 2 and one of the 20 APSs used in round 1 in a statistically equal distribution. Thus, in round two within each individual tube mixture all polymers are extended by the addition of the same APS. The process is repeated as needed. The epitope/barcode along with linked cell origin signature is read by any methods known in the art including the ones described herein.

*Id.* at 36:24-46.

### B.    Claim 11 of the '442 Patent, and Claims 1, 2, 5, and 6 of the '256 Patent

36.    I previously addressed the written description and enablement of claim 11 of the '442 Patent in my "November 12, 2024 Rebuttal Expert Report of Peter A. Sims, Ph.D. Regarding Validity of the Asserted ScaleBio Claims." *E.g.*, Ex. B (Sims Reb. Rep.) ¶¶ 113-180 (enablement of the '422 Patent), 237-262 (enablement of the '256 Patent), 303-375 (written description of the '422 Patent), 435-480 (written description of the '256 Patent).

37.    In the subparts below, I summarize the written description and enablement related to step (a) of claim 11 of the '442 Patent (i.e., "(a) coupling a common linker sequence to target molecules within the plurality of cells … wherein step (a) comprises hybridizing the common linker to the RNA") and step a) of claim 1 of the '256 Patent (i.e., "a) binding to the nucleic acid targets in the plurality of cells a plurality of unique binding agent (UBA) nucleic acid tags").  As discussed in Parts II.B and II.C above, both those steps of the challenged claims recite hybridization or otherwise call for nucleic acids rather than an antibody or aptamer.

18

### 1.    Knowledge in the Art of Hybridization of Nucleic Acids

38.    The structure of nucleic acids that will hybridize to each other is (and was long before 2011-2012) among the most well-known, well-characterized, and well-understood structure-function correlations in molecular biology.  As discussed in paragraph 18 above, hybridization was well-understood in the art to refer to the selective physical association of two nucleic acids with each other based on the complementarity of at least part of their nucleotide sequences.  Further, the structural features needed for complementary nucleic acids to hybridize were also well-known: they must be single-stranded polymers of nucleotides.  The Watson-Crick base-pairing rules enabled a person of ordinary skill in molecular biology to predict and visualize the sequence of nucleic acid binding regions that would hybridize to any desired nucleic acid target sequence under appropriate conditions and software was publicly available to assist with this.  Moreover, the appropriate conditions (e.g., temperature, pH, ionic strength, buffer composition) to achieve hybridization between nucleotides of a given length and sequence were also known and predictable.  As illustrated by the sources cited below, the conditions under which nucleic acids of given composition will hybridize to one another were predictable and did not require trial and error experimentation except for purposes of optimization.

39.    Darnell 1986 explains the conditions that allow nucleic acids to separate and hybridize (anneal):

19

**Hybridization of Two Nucleic Acid Strands Can Be Detected in Several Ways**

Under the conditions of temperature and ion concentration found in cells, DNA is maintained as a duplex (two-stranded) structure by the many hydrogen bonds of the A-T and G-C base pairs. The two strands of the duplexes can be *melted* (separated) by heating them (usually in a dilute salt solution—e.g., 0.01 M NaCl) or by raising the pH to higher than 11. If the temperature is then lowered and the concentration of ions in the solution is raised, or if the pH is lowered, the single strands will *anneal,* or reassociate, to reconstitute duplexes (provided that their concentration in the solution is high enough). Only complementary strands reassociate, and the extent of their reassociation is virtually unaffected by the presence of noncomplementary strands. This specific reassociation is termed *molecular hybridization;* it can take place between complementary strands of either DNA or RNA, or between an RNA strand and a DNA strand (Figure 7-12).

Ex. D (Darnell 1986) at 237; *see also* Ex. E (Darnell 1990) at 202-203 (similar).  Darnell 1986 also illustrates the single-stranded structure that permits nucleic acid hybridization:



Figure 7-12 Molecular hybridization, or reassociation of the complementary strands of a nucleic acid. Suppose that in a mixture of nucleic acids in solution, *a* and *a'* are complementary strands, *b* and *b'* are complementary strands with different sequences from *a* and *a'*, and *c* has yet a third distinct sequence. Under certain conditions, the duplexes will melt or separate into single strands. After an appropriate change in conditions, they will reassociate: *a* will find *a'*, *b* will find *b'*, and *c* will remain single-stranded. Thus the presence of noncomplementary chains does not affect the rate of recombination of complementary ones.

Ex. D (Darnell 1986) at 237; Ex. E (Darnell 1990) at 203 (similar).

40.    Kornberg 1980 explains that "[h]ybridization conditions" can be controlled such that a POSA would know how complementary the two sequences must be to hybridize:

Hybridization conditions can be adjusted to different "stringencies" in order to change the proportion of complementarity in the nucleotide sequences required for efficient pairing. Relaxed conditions would be used to identify a human gene from a distantly related yeast probe, whereas the most demanding hybridization environment is required in order to distinguish cells carrying alleles of a gene differing by a single nucleotide.

Ex. G (Kornberg 1980) at 15-16.  And Kornberg explained that the conditions for hybridization are so well understood that they are specified with mathematical precision.

Adherence to the principles of melting and reannealing is essential in generating the varying sensitivities for refined discriminations. Specific annealing is generally achieved at temperatures 12° below the $T_m$, which in turn depends on the GC percentage, the number of mismatches, and the solution conditions. For a perfectly base-paired fragment, at 0.2 M Na⁺, the $T_m$ can be calculated[28] as follows:

$$T_m = 69.3 + 0.41 \ [(G + C)\%]$$

This value is lowered by about 1° for every 1% to 1.5% difference in the sequence between the two hybridizing strands.[29] Ionic strength and formamide concentration are the two solution components most commonly used to vary the $T_m$. Higher salt concentrations stabilize the duplex, thus raising the $T_m$. In monovalent salt solutions below 0.3 M,[30]

$$\Delta T_m = T_{m2} - T_{m1} = 18.5 \ \log_{10} \frac{\mu_1}{\mu_2}$$

where $\mu_1$ and $\mu_2$ represent the molarities of the solutions. The $T_m$ of duplex DNA is lowered by 0.7° for every 1% increase in the formamide concentration.[31]

*Id.*

41.    Lewin illustrates that the single-stranded structure of nucleic acids that are able to hybridize:



Figure 5.2
Denatured single strands of DNA can renature to give the duplex form.

22

Ex. F (Lewin) at 77.  And Lewin has a similar description that illustrates the mathematical precision with which hybridization was understood, which included consideration of the proportion of C-G base-pairing versus A-T base-pairing:



Box 5.1
$T_m$ Is Determined by the Base Composition of DNA and the Conditions of Denaturation

$T_m$ depends on the proportion of G·C base pairs. Because each G·C base pair has three hydrogen bonds, it is more stable than an A·T base pair, which has only two hydrogen bonds. The more G·C base pairs are contained in a DNA, the greater the energy that is needed to separate the two strands.

The dependence of $T_m$ on base composition is linear, increasing ~0.4°C for every percent increase in G·C content. So a DNA that is 40% G·C (a value typical of mammalian genomes) denatures with a $T_m$ of about 87°C under the usual conditions, whereas a DNA that is 60% G·C has a $T_m$ of ~95°C under the same conditions.

A major effect on $T_m$ is exerted by the ionic strength of the solution. The $T_m$ increases 16.6°C for every tenfold increase in monovalent cation concentration. The most commonly used condition for handling DNA in vitro is to use 0.12 M phosphate buffer, which provides a monovalent $Na^+$ concentration of 0.18 M, and a $T_m$ of ~90°C.

The $T_m$ can be lowered by performing the reaction in the presence of reagents, such as formamide, that destabilize hydrogen bonds. This allows the $T_m$ to be reduced to as low as 40°C, with the advantage that the DNA does not suffer damage (such as strand breakage) that can result from exposure to high temperatures.

Ex. F (Lewin) at 76.

23

42.    Alberts includes the following description of the conditions when nucleic acids

will hybridize:

## Hybridization Provides a Powerful, But Simple Way to Detect Specific Nucleotide Sequences

Under normal conditions, the two strands of a DNA double helix are held together by hydrogen bonds between the complementary base pairs (see Figure 4–3). But these relatively weak, noncovalent bonds can be fairly easily broken. Such *DNA denaturation* will release the two strands from each other, but does not break the covalent bonds that link together the nucleotides within each strand. Perhaps the simplest way to achieve this separation involves heating the DNA to around 90°C. When the conditions are reversed—by slowly lowering the temperature—the complementary strands will readily come back together to re-form a double helix. This hybridization, or *DNA renaturation*, is driven by the re-formation of the hydrogen bonds between complementary base pairs (Figure 8–33). We saw in Chapter 5 that DNA hybridization underlies the crucial process of homologous recombination (see Figure 5–47).

This fundamental capacity of a single-stranded nucleic acid molecule, either DNA or RNA, to form a double helix with a single-stranded molecule of a complementary sequence provides a powerful and sensitive technique for detecting specific nucleotide sequences. Today, one simply designs a short, single-stranded DNA molecule (often called a *DNA probe*) that is complementary to the nucleotide sequence of interest. Because the nucleotide sequences of so many genomes are known—and are stored in publicly accessible databases—designing a probe to hybridize anywhere in a genome is straightforward. Probes are single-stranded, typically 30 nucleotides in length, and are usually synthesized chemically by a commercial service for pennies per nucleotide. A DNA sequence of 30 nucleotides will occur by chance only once every $1 \times 10^{18}$ nucleotides ($4^{30}$); so, even in the human genome of $3 \times 10^9$ nucleotide pairs, a DNA probe designed to match a particular 30-nucleotide sequence will be highly unlikely to hybridize—by chance—anywhere else on the genome. This, of course, presumes that the sequence complementary to the probe does not occur multiple times in the genome, a condition that can be checked beforehand by scanning the genomic sequence *in silico* (using a computer) and designing probes that match only one spot. The hybridization conditions can be set so that even a single mismatch will prevent hybridization to "near-miss" sequences. The exquisite specificity of nucleic acid hybridization can be easily appreciated by the *in situ* (Latin for "in place") *hybridization* experiment shown in Figure 8–34. As we will see throughout this chapter, nucleic acid

hybridization has many uses in modern cell and molecular biology; one of the most powerful is in the cloning of DNA by the polymerase chain reaction, as we next discuss.

Ex. H (Alberts) at 472.

43.     As shown by these references illustrate that the structural and environmental requirements for hybridization were well-known, predictable, and did not require experimentation to employ, except for purposes of optimization.

### 2.    Disclosure in the Specification of the Common Features of Nucleic Acids Suitable for Claims Involving Hybridization of Nucleic Acids

44.     The specification also explains these common structural features that allow "common linker sequence[s]" (i.e., as recited in claim 1 of the '442 patent) and nucleic acid UBAs (i.e., as recited in claim 1 of the '256 Patent) to hybridize to nucleic acid targets.

45.     The specification explains that UBAs can be nucleic acids. *E.g.*, Ex. 1 ('442 Patent) at 20:16-17 ("In some embodiments, the UBA is a nucleic acid sequence, e.g. an antisense DNA for a target mRNA.").  And those nucleic acid UBAs can include a "linker oligo" (i.e., "common linker oligo" or sequence).  *E.g.*, Ex. 1 ('442 Patent) at 17:51-53 ("In certain embodiments, the UBAs comprise an identity portion or at least part of an identity portion, for example, an ESB, a COB, an ESB and/or a linker oligo."), 21:26-31, 24:62-66 ("The COB can be attached to the UBA via a common linker (CL). The CL can also be part of an oligonucleotide."), 35:29-39.  In the context of nucleic acids, the term "oligo" refers to an oligonucleotide, which is a nucleic acid with a relatively short sequence of nucleotides.[1]

46.     The specification explains that nucleic acids, including UBAs and common linker sequences, "hybridize" to "naturally occurring nucleotides."  *E.g.*, Ex. 1 ('442 Patent) at 13:59-62 ("The term "nucleic acid" refers to a nucleotide polymer, and unless otherwise limited, includes known analogs of natural nucleotides that can function in a similar manner (e.g., hybridize) to naturally occurring nucleotides.").  This hybridization is possible in UBAs because

---

[1] *E.g.*, What is an Oligo?, ThermoFisher Scientific (2019), *available at* https://www.thermofisher.com/blog/behindthebench/what-is-an-oligo/.

of their "reaction portion that allow[s] them to bind to or interact with at least one target molecule … in a sequence-specific … manner."  *E.g.*, Ex. 1 ('442 Patent) at 17:43-50 ("UBAs comprise at least one reaction portion that allow them to bind to or interact with at least one target molecule, at least one part of at least one target molecule, at least one target molecule surrogate, at least part of a target molecule surrogate, or combinations thereof; typically in a sequence-specific, a conformation-specific manner, or both; for example but not limited to antigen-antibody binding, aptamer-target binding, and the like."); *see also id.* at 35:8-15 (similar).  Thus, for example, a nucleic acid UBA can be "an antisense DNA for a target mRNA," which refers to DNA that is complementary to mRNA and so can bind to the mRNA.  *E.g.*, Ex. 1 ('442 Patent) at 20:16-25; *see id.* at 36:8-9 ("In some embodiments, the UBA could be an antisense DNA for a target mRNA in a fixed cell.").[2]

47.    The specification explains that such nucleic acids are "probes."  *E.g.*, Ex. 1 ('442 Patent) at 13:63-14:16 (defining nucleic acid to include "probes"), 47:42-45 ("In some embodiments, the UBAs, e.g., oligonucleotide probe, have substantially the same length so that they hybridize to target nucleotide sequences at substantially similar hybridization conditions."); *see also id.* at 8:21, 8:41, 10:37, 10:41-42, 34:64, 35:20-27 (all referring to "UBA probe").  And the specification describes the structure and corresponding function of such nucleic acid probes:

> A nucleic acid "probe" is an oligonucleotide capable of binding to a target nucleic acid of complementary sequence through one or more types of chemical bonds, generally through complementary base pairing, usually through hydrogen bond formation, thus forming a duplex structure. The probe binds or hybridizes to a "probe binding site." … Probes can vary significantly in size. Generally, probes are

[2] *See, e.g.*, antisense DNA, NIH National Cancer Institute, NCI Dictionary of Cancer Terms, *available at* https://www.cancer.gov/publications/dictionaries/cancer-terms/def/antisense-dna (defining "antisense DNA" as "Small pieces of DNA that can bind to specific molecules of RNA and block the cell's ability to use the RNA to make a protein or work in other ways. Antisense DNA may be used to block the production of proteins needed for cell growth. It is being studied in the treatment of many types of cancer.").

at least 7 to 15 nucleotides in length. Other probes are at least 20, 30, or 40 nucleotides long. Still other probes are somewhat longer, being at least 50, 60, 70, 80, or 90 nucleotides long. Yet other probes are longer still, and are at least 100, 150, 200 or more nucleotides long. Probes can also be of any length that is within any range bounded by any of the above values (e.g., 15-20 nucleotides in length).

*E.g.*, Ex. 1 ('442 Patent) at 15:3-21.

48.    The specification's use of "hybridize" and related terms immediately conveys to a POSA the structural requirements for hybridization that I discuss above. Moreover, the specification gives many examples of nucleic acid hybridization. For example, the specification gives an example where "the UBA is a nucleic acid sequence, e.g. an antisense DNA for a target mRNA." *E.g.*, Ex. 1 ('442 Patent) at 20:16-25. A POSA would recognize that the term "antisense" refers to a DNA that is complementary to the target mRNA according to the Watson-Crick rules *E.g.*, Ex. 1 ('442 Patent) at 15:3-8 ("A nucleic acid 'probe' is an oligonucleotide capable of binding to a target nucleic acid of complementary sequence through one or more types of chemical bonds, generally through complementary base pairing, usually through hydrogen bond formation, thus forming a duplex structure. The probe binds or hybridizes to a 'probe binding site.'").

49.    Another example in the specification is targeting mRNA with a poly-T nucleic acid sequence that is complementary to the poly-A tail of mRNAs. mRNA is a type of RNA and so an example nucleic acid target within the scope of both the '442 and '256 Patents. *E.g.*, Ex. 1 ('442 Patent) at 13:63-14:16 (defining "nucleic acid" as including "mRNA"). Targeting mRNA with a poly-T nucleic acid sequence that is complementary to the poly-A tail on mRNAs was well-known in the art:

50.    Darnell 1990 explains that mRNA can be targeted for reverse transcription using a poly-T sequence that is complementary to the poly-A tail on mRNA. Ex. E (Darnell 1990) at 215 ("The enzyme reverse transcriptase (found in retroviruses; see Figure 5-39) is used to make

cDNA clones of the reticulocyte mRNAs. Like the DNA polymerases in cells, this enzyme can build a complementary nucleic acid strand on a template, but only by adding nucleotides to a primer. Thus, before the reverse transcriptase can do its work, a short primer strand must be hybridized to the nucleotides near the 3' ends of the mRNAs. Fortunately, a single oligonucleotide primer—a string of thymidylate residues (poly T)—serves for most eukaryotic mRNAs, which end in a string of 50- 250 adenylate residues (poly A)."), 216 (illustrating reverse transcription using a poly-T sequence that is complementary to the poly-A tail on mRNA).

51.    T. Maniatis et al., Molecular Cloning, A Laboratory Manual (1982) ("Maniatis," Ex. I) is a widely-known and well-regarded laboratory manual of techniques used for molecular cloning.  Any POSA would have likely referred to or used Maniatis.  Maniatis explains that mRNA can be targeted for reverse transcription using a poly-T sequence that is complementary to the poly-A tail on mRNA.  Ex. I (Maniatis) at 188 ("[V]irtually all mammalian mRNAs carry at their 3' ends a poly(A) tract that is generally long enough to allow mRNAs to be purified by affinity chromatography on oligo(T) cellulose. The resulting, physically heterogeneous population of molecules collectively encodes all of the polypeptides synthesized by the cell.").

a.   Alberts illustrates the targeting of mRNA using reverse transcription with a poly-T primer that hybridizes to the poly-A tail of mRNA:



An alternative strategy, one that enriches for protein-coding genes, is to begin the cloning process by selecting only those DNA sequences that are transcribed into mRNA and thus correspond to protein-encoding genes. This is done by extracting the mRNA from cells and then making a DNA copy of each mRNA



molecule present—a so-called *complementary DNA*, or *cDNA*. The copying reaction is catalyzed by the reverse transcriptase enzyme of retroviruses, which synthesizes a complementary DNA chain on an RNA template. The single-stranded cDNA molecules synthesized by the reverse transcriptase are converted by DNA polymerase into double-stranded cDNA molecules, and these molecules are inserted into a plasmid or virus vector and cloned (**Figure 8-31**). Each clone obtained in this way is called a cDNA clone, and the entire collection of clones derived from one mRNA preparation constitutes a cDNA library.



**Figure 8–31 The synthesis of cDNA.** Total mRNA is extracted from a particular tissue, and the enzyme reverse transcriptase (see Figure 5–82) is used to produce DNA copies (cDNA) of the mRNA molecules. For simplicity, the copying of just one of these mRNAs into cDNA is illustrated. A short oligonucleotide complementary to the poly-A tail at the 3' end of the mRNA (discussed in Chapter 6) is first hybridized to the RNA to act as a primer for the reverse transcriptase, which then copies the RNA into a complementary DNA chain, thereby forming a DNA–RNA hybrid helix. Treating the DNA–RNA hybrid with a specialized nuclease (RNAse H) that attacks only the RNA produces nicks and gaps in the RNA strand. DNA polymerase then copies the remaining single-stranded cDNA into double-stranded cDNA. Because DNA polymerase can synthesize through the bound RNA molecules, the RNA fragment that is base-paired to the 3' end of the first DNA strand usually acts as the primer for the second strand synthesis, as shown. Any remaining RNA is eventually degraded during subsequent cloning steps. As a result, the nucleotide sequences at the extreme 5' ends of the original mRNA molecules are often absent from cDNA libraries.

Ex. H (Alberts) at 469-470.

     b.    In 2011, commercial products were available for selectively isolating mRNA using a repeating (T) sequence.  Product information sheet for Dynabeads® mRNA Purification Kit (Invitrogen Dynal, Oslo, Norway 2009).

     c.    Fuchou Tang et al., mRNA-Seq whole-transcriptome analysis of a single cell, *Nature Methods* 6(5):377-381 (2009) at 377 & 378, Fig. 1 (describing "a single-cell digital gene expression profiling assay" in which "mRNAs are reverse-transcribed into cDNAs by poly(T) primer").

52.    Further, the '442 and '256 Patents disclose by incorporation the technique of targeting mRNA using a poly-T sequence that hybridizes to a poly-A tail on the mRNA by incorporating U.S. Patent No. 6,582,938 ("the '938 Patent").  *E.g.*, Ex. 1 ('442 Patent) at 28:22-26 (citing the '938 Patent), 41:14-16 (same); *see also id.* at 13:16-20 ("All publications and patent applications mentioned in this specification are herein incorporated by reference to the same extent as if each individual publication or patent application was specifically and individually indicated to be incorporated by reference.").  The '938 Patent relates to "the amplification of nucleic acids, preferably from mRNA."  Ex. J ('938 Patent) at Abstract.  More specifically, the '938 Patent describes reverse transcription in which a poly-dT primer is hybridized to poly-A tailed mRNA targets and then extended to make cDNA. *See id.* at 1:61-67 ("More specifically, the method comprises contacting a mRNA having a poly dA tail with a primer comprising poly d(T) and a second sequence; generating a first cDNA strand from the mRNA strand by extending the primer by reverse transcriptase and the appropriate nucleotides under the appropriate conditions….").  This is depicted in Figure 1 of the '938 Patent, which I have reproduced in excerpted and annotated form below:



*Id.* at Fig. 1.  Above, I have highlighted in Figure 1 of the '938 Patent: (1) the poly-A tail of the mRNA and references thereto in yellow, (2) the poly-dT primer and references thereto in blue, and (3) the generated cDNA and references thereto in pink.  As the '938 Patent explains, "mRNA is contacted with a poly d(T) primer" and "the first DNA strand is synthesized."  *Id.* at 4:50-61; *see also id.*, 5:34-42 ("More specifically, the presently preferred invention is as follows: PolyA+ containing mRNA or total RNA is annealed with the single-stranded oligo d(T)-tailed primer, such as T20 or TxNx, creating a Primer-template mixture. First strand cDNA synthesis is accomplished by combining the first strand cDNA reagent mix (Superscript II buffer, DTT, and dNTPs) and enzyme mix (SuperScript, ThermoScriptase, and RNAout) with the Primer-template mixture and incubating at the appropriate time and temperature."), 11:30-58 ("EXAMPLE ONE cDNA Synthesis").  Ex. B (Sims Reb. Rep.) ¶¶ 122, 144, 242, 248, 338, 346, 469.

53.    As discussed in paragraphs 33 and 34 above, a POSA would have known from the specification how to design the oligonucleotides suitable for use in these methods and would have concluded that the inventor was in possession of such oligonucleotides.  As discussed in paragraph 34 above, a POSA would have known from the specification how to synthesize the oligonucleotides suitable for use in these methods and would have been able to do so without experimentation except for purposes of optimization.  *E.g.*, Ex. 1 ('442 Patent) at 50:60-64 ("Oligonucleotides can be synthesized according to standard techniques known in the art. For

instance, oligonucleotides can be synthesized on a 394A DNA Synthesizer (Applied Biosystems Division of Perkin-Elmer Corp., Foster City, Calif.).").  As discussed in paragraph 35 above, the specification discloses and depicts methods of using such sets of nucleotides.  *E.g.*, *id.* at 36:24-46.

54.    The breadth of potential nucleic acid targets is a feature of the method of the asserted claims of the '442 and '256 Patent, which can be used to identify "novel" (i.e., unknown) target molecules and those with an "unknown structure or sequence."  *E.g.*, Ex. 1 ('442 Patent) at 41:45-51 ("Quantification of the UBA, ESB, COB, UBA/ESB complexes, UBA/ESB/COB complexes COB/ESB complexes and/or a combination thereof can be used to determine gene/or allele copy number, gene or exon-level expression, methylation-state analysis, or detect a novel transcript in order to diagnose or condition, i.e. fetal abnormality or cancer."), 33:66-67 ("[T]arget molecule can have either a known or unknown structure or sequence.").  As discussed above, the specification teaches how to use the method with any nucleic acid target: selectively binding such targets with another nucleic acid that has a complementary sequence. *E.g.*, Ex. B (Sims Reb. Rep.) ¶¶ 116-140, 240-254, 333-343, 462-463

### 3.    Hybridization of Nucleic Acid Aptamers to Nucleic Acid Targets

55.    The specification explains that UBAs can be either nucleic acid or peptide aptamers that can bind to various types of targets:

> In some embodiments, the UBA is an aptamer. Aptamers include nucleic acid aptamers (i.e., single-stranded DNA molecules or single-stranded RNA molecules) and peptide aptamers. Aptamers bind target molecules in a highly specific, conformation-dependent manner, typically with very high affinity, although aptamers with lower binding affinity can be selected if desired. Aptamers have been shown to distinguish between targets based on very small structural differences such as the presence or absence of a methyl or hydroxyl group and certain aptamers can distinguish between D- and L-enantiomers. Aptamers have been obtained that bind small molecular targets, including drugs, metal ions, and organic dyes, peptides, biotin, and proteins, including but not limited to streptavidin, VEGF, and viral proteins. Aptamers have been shown to retain functional activity after

biotinylation, fluorescein labeling, and when attached to glass surfaces and microspheres.

*E.g.*, Ex. 1 ('442 Patent) at 19:18-34.

56.     However, as discussed in Part II.B above regarding the meaning of claim 11 of the '442 Patent, to the extent that "hybridizing the common linker to the RNA" includes using an aptamer, that aptamer must be a nucleic acid aptamer and not a peptide aptamer.  As discussed in Part II.C above regarding the meaning of claims 1, 2, 5, and 6 of the '256 Patent, to the extent that "binding to the nucleic acid targets in the plurality of cells a plurality of unique binding agent (UBA) nucleic acid tags" includes using an aptamer for the UBA, that aptamer must be a nucleic acid aptamer and not a peptide aptamer.  And as discussed in those Parts, the challenged claims of the '442 and '256 Patents concern nucleic acid targets.

57.     The manner in which nucleic acid aptamers can bind to nucleic acid targets is the same as the manner by which any other nucleic acids can bind to such targets—namely, hybridization.  The specification notes that, although there are other techniques for identifying aptamers, the "skilled artisan will understand that nucleic acid aptamers and peptide aptamers can be obtained following conventional procedures and without undue experimentation."  Ex. 1 ('442 Patent) at 19:48-51.  For nucleic acid aptamers that bind to nucleic acid targets, those "conventional procedures" include identifying complementary sequences using the Watson-Crick base-pairing rules in the same manner as the specification describes for any other nucleic acids:

> A nucleic acid "probe" is an oligonucleotide capable of binding to a target nucleic acid of complementary sequence through one or more types of chemical bonds, generally through complementary base pairing, usually through hydrogen bond formation, thus forming a duplex structure. The probe binds or hybridizes to a "probe binding site." … Probes can vary significantly in size. Generally, probes are at least 7 to 15 nucleotides in length. Other probes are at least 20, 30, or 40 nucleotides long. Still other probes are somewhat longer, being at least 50, 60, 70, 80, or 90 nucleotides long. Yet other probes are longer still, and are at least 100,

150, 200 or more nucleotides long. Probes can also be of any length that is within any range bounded by any of the above values (e.g., 15-20 nucleotides in length).

*E.g.*, Ex. 1 ('442 Patent) at 15:3-21.

58.    The specification identifies a technique called "SELEX" for identifying nucleic acid aptamers:

> Nucleic acid aptamers, including speigelmers, are identified by an in vitro selection process known as systematic evolution of ligands by exponential amplification (SELEX). In the SELEX process very large combinatorial libraries of oligonucleotides, for example 1014 to 1015 individual sequences, often as large as 60 -100 nucleotides long, are routinely screened by an iterative process of in vitro selection and amplification. Most targets are affinity enriched within 8-15 cycles and the process has been automated allowing for faster aptamer isolation.

Ex. 1 ('442 Patent) at 19:35-44.  The SELEX technique is useful for designing aptamers that bind to the range of potential targets, including "drugs, metal ions, and organic dyes, peptides, biotin, and proteins."  *E.g.*, Ex. 1 ('442 Patent) at 19:28-32.  SELEX allows for the identification of nucleic acid aptamers that are specific for non-nucleic acid targets.

59.    But again, as discussed above, SELEX is not required to identify nucleic acid aptamers that hybridize to nucleic acid targets since those aptamers can be designed directly using complementary sequences selected according to the Watson-Crick base pairing rules.  The same correlation between structure and function (hybridizing to a nucleic acid target) applies to nucleic acid aptamers in the same way as to other nucleic acids.  Thus, designing, synthesizing, and using a nucleic acid aptamer to bind a nucleic target is no different or more challenging than doing so for any other nucleic acid probe or primer and well within the skill of a POSA.

### 4.    Ligation of Nucleic Acids

60.    To the extent that Parse contends that "binding to the nucleic acid targets in the plurality of cells a plurality of unique binding agent (UBA) nucleic acid tags " in step a) of claim 1 of the '256 Patent can be accomplished by ligating the two nucleic acids, the manner of

performing ligation and the common structural features of nucleic acids required for ligation

were also well known: "a phosphate group on the 5' end" of one nucleic acid and a "3' OH

group" (i.e. hydroxyl group) on the other nucleic acid, as the specification states:

> The linking agent can be a ligase. In some embodiments the ligase is T4 DNA ligase, using well known procedures (Maniatis, T. in Molecular Cloning, Cold Spring Harbor Laboratory (1982)). Other DNA ligases may also be used. With regard to ligation, other ligases, such as those derived from thermophilic organisms may be used thus permitting ligation at higher temperatures allowing the use of longer oligonucleotides (with increased specificity) as ESBs, CLs or APSs, which could be annealed and ligated simultaneously under the higher temperatures normally permissible for annealing such oligonucleotides. The ligation, however, need not be by an enzyme and, accordingly, the linking agent may be a chemical agent which will cause the ESB and APSs to link unless there is a nucleotide base pair mismatching at the ane[]aling region. For simplicity, some embodiments of the invention will be described using T4 DNA ligase as the linking agent. ***This enzyme requires the presence of a phosphate group on the 5' end that is to be joined to a 3' OH group on a neighboring oligonucleotide***.

Ex. 1 ('442 Patent) at 27:29-47.

61.    Such ligation techniques can also be used with nucleic acid aptamers:

> In some embodiments the aptamer will be ligated or hybridized to nucleic acid such as a linker oligo or a nucleic acid ESB. The hybridization or ligation of aptamers can be done by any suitable method known in art. For example ligation can be performed enzymatically by at least one DNA ligase or at least one RNA ligase, for example but not limited to, T4 DNA ligase, T4 RNA ligase, *Thermus thermophilus* (Tth) ligase, *Thermus aquaticus* (Taq) DNA ligase, or *Pyrococcus furiosus* (Pfu) ligase. Ligation can also be performed by chemical ligation can, using activating and reducing agents such as carbodiimide, cyanogen bromide (BrCN), imidazole, 1-methylimidazole/carbodiimide/cystamine, N-cyanoimidazole, dithiothreitol (DTT) and ultraviolet light.

Ex. 1 ('442 Patent) at 19:61-20:7.

62.    Based on these examples and the disclosures in the specification of using nucleic

acids with a sequence that is complementary to the nucleic acid targets, and based on my other

analysis in my report, I conclude that the specification provides adequate written description and

enablement of the challenged claims of the '442 and '256 Patent.

35

## IV.    DESIGNING A UBA SPECIFIC FOR A TARGET

63.    I have been asked to explain whether, as of 2011-2012, a POSA would have needed to know at least an epitope on a target sufficient to distinguish it from all the others in order to design a UBA that is specific for that target.  The answer is "no," as illustrated by the well-known example of antibodies against PSMA, a prostate-specific membrane antigen.

64.    In the 1980s, scientists studying prostatic cancer were keen to discover antigens that distinguish prostate cells from other cell types.  This was achieved by scientists working in Buffalo, NY by using "hybridoma" technology, a technique for which César Milstein and Georges J.F. Köhler were (together with Niels K. Jerne) awarded the Nobel Prize for Physiology or Medicine in 1984.

65.    The Buffalo, NY researchers injected mice with whole cells from a prostatic cancer cell line called "LNCaP" and with plasma membranes prepared from LNCaP cells.  U.S. Patent No. 5,162,504 ("Horoszewicz Pat.," Ex. K) at 14:1-12.  This stimulated the immune systems of the recipient mice to make antibodies to components of the LNCaP cells and membranes.  The researchers then obtained spleen cells from the immunized mice and performed the cell fusion technique of Milstein and Köhler to create immortal hybrid cells that produce antibodies against antigens recognized by the immune systems of the mice.  *Id.* at 14:13-18.  The resulting hybridoma cells were distributed into 96-well tissue culture plates, and the supernatant from each well (the culture fluid in which the hybridoma cells were growing) was screened for the presence of antibodies produced by the cells that bound to LNCaP cells and membranes but not to irrelevant targets.  *Id.* at 14:18-47.  Hybridomas that produced antibodies with the desired specificity were identified and subjected to "cloning" to produce cell lines (clones) that each consisted of the progeny of a single hybridoma cell and that all produced the same "monoclonal"

36

antibody.  One of these monoclonal hybridoma cell lines was designated as "7E11-C5."  *Id*. at 16:65-17:9.

66.    The Buffalo NY researchers published their discovery of an "apparently new antigenic marker" with clinical potential in prostatic cancer.  Julius S. Horoszewicz et al., Monoclonal Antibodies to a New Antigenic Marker in Epithelial Prostatic Cells and Serum of Prostatic Cancer Patients, *Anticancer Research* 7:927-936 (1987) ("Horoszewicz 1987," Ex. L) at 927.  Their publication described "the isolation of two stable murine hybridomas secreting MoAb [monoclonal antibodies] directed against LNCaP cells which were used an immunogen." *Id*. at 933.  These researchers did not know the identity of the antigen recognized by their monoclonal antibody, nor the structure or sequence of the antigen or the portion of it (the "epitope") recognized by their monoclonal antibody.  *Id*. at 934 ("At present, we have no information on the molecular nature of the epitopes reactive with MoAb 7E11-C5.").

67.    The antigen recognized by this monoclonal antibody was given the functional name of "prostate-specific membrane antigen" (PSMA), reflecting what was known about it. *See* Sam S. Chang, Prostate-Specific Membrane Antigen: Present and Future Applications, *Urology* 55:622-629 (2000) ("Chang," Ex. M) at p. 622.  Even though the identity, structure, and sequence of this antigen and of the epitope bound by antibody 7E11-C5 were unknown, its discovery was a substantial advance in the study, diagnosis, and treatment of prostatic cancer.  *Id*.

68.    As this example shows, as early as the 1980s, even where the entire sequence, structure, and even the identity of a target antigen were unknown, scientists were able to design an antibody to bind it by harnessing the immune systems of animals such as mice, in conjunction with Nobel-Prize winning hybridoma technology.  Hybridoma technology made it possible to

design a target-specific antibody without knowing anything about an epitope on the target that distinguishes he target from all others.

## V.    CROSS-REACTING ANTIBODIES

69.    I am informed that at his deposition Dr. Pachter agreed that Stat-3 alpha, Stat-3 beta, Stat-3 gamma and Stat-3 delta differ in their amino acid sequences but took the position that they are isoforms of a single protein, rather than a family of proteins.  I consider them to be a family of proteins, but the precise terminology is irrelevant to the point I am making in paragraph 38 of my Reply Report.  Stat-3 alpha and Stat-3 beta are distinct molecular entities that differ in their structure (i.e. their amino acid sequences) but share a common phospho-epitope.  An antibody that recognizes that common epitope can bind to both these proteins in their phosphorylated state.  This is an example of cross-reactivity, which is a well-known phenomenon that is important not only in immunology and human health, but also for scientists who use antibodies as reagents.

70.    Stat-3 is not the only example of a cross-reacting antibody in the Nolan specification, which contains a prophetic example ("Prophetic Example 7") that uses an antibody against a target protein called "ERK-2."  Ex. 1 ('442 Patent) at 57:34.  But ERKs are a family of proteins that are encoded by distinct genes and differ in their amino acid sequences.  The ERK family includes at least ERK-1, ERK-2 and ERK-3.  Teri G. Boulton et al., ERKs: A Family of Protein-Serine/Threonine Kinases That Are Activated and Tyrosine Phosphorylated in Response to Insulin and NGF, *Cell* 65: 663-675 (1991) (Boulton, Ex. N). There are commercial monoclonal antibodies that recognize epitopes that are present on both ERK-1 and ERK-2 and that accordingly cross-react with both ERK-1 and ERK-2.  *See* Product information sheet for "Anti-ERK-1 + ERK-2 antibody [EPR17526]" (Abcam Ltd., Cambridge, UK, Ex. O); Product

information sheet for "Anti-ERK1 + ERK2 antibody [ERK-7D8]" (Abcam Ltd., Cambridge, UK, Ex. P).

## VI.    CONCLUSION AND SIGNATURE

71.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 24, 2025

Peter A. Sims, Ph.D.

39

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 24, 2025, true and correct copies of the foregoing document were caused to be served on the following counsel of record as indicated:

<table>
<tr>
<td>

**<u>BY ELECTRONIC MAIL</u>**
Karen L. Pascale
Robert M. Vrana
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

</td>
<td>

**<u>BY ELECTRONIC MAIL</u>**
Byron L. Pickard
R. Wilson Powers III, Ph.D.
Chandrika Vira
Christopher M. Gallo, Ph.D.
Brady P. Gleason
David Y. Wang
Louis P. Panzica, Jr.
Jamie Dohopolski
Ryan N. Kaiser
Cristen A. Corry
Sterne, Kessler, Goldstein & Fox, P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005

</td>
</tr>
</table>

*/s/ Sara M. Metzler*
Sara M. Metzler (#6509)
metzler@rlf.com

RLF1 32475055v.1