**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCALE BIOSCIENCES, INC., <br><br> and <br><br> ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PARSE BIOSCIENCES, INC. <br><br> Defendant. | Civil Action No. 1:22-CV-01597-CJB <br><br><br> **REDACTED** <br> **PUBLIC VERSION** |
| PARSE BIOSCIENCES, INC., <br><br> and <br><br> UNIVERSITY OF WASHINGTON, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> Counterclaim Defendant. | |

**MARCH 24, 2025 DECLARATION OF EMMA L. FRANK IN SUPPORT OF
SCALE BIOSCIENCES, INC.'S OPPOSITION TO PARSE'S MOTIONS FOR
<u>SUMMARY JUDGMENT AND TO EXCLUDE EXPERT OPINIONS AND TESTIMONY</u>**

I, Emma L. Frank, declare:

1.     I am an attorney at law duly licensed to practice before the courts of the Commonwealth of Massachusetts (Mass. B.B.O. No. 703424), I am admitted *pro hac vice* in the above-captioned matter, and I am an Associate at the law firm Wolf, Greenfield and Sacks, P.C., which is counsel for the Plaintiff and Counterclaim-Defendant Scale Biosciences, Inc. in the above captioned matter.

2.     Exhibit C contains a true and correct copy of Excerpts of the Transcript of the Deposition of Lior S. Pachter, Ph.D., taken on February 10, 2025

3.     Exhibit D contains a true and correct copy of Excerpts of James Darnell et al., Molecular Cell Biology (1986).

4.     Exhibit E contains a true and correct copy of Excerpts of James Darnell et al., Molecular Cell Biology (2d 1990).

5.     Exhibit F contains a true and correct copy of Excerpts of Benjamin Lewin, Genes IV (4th 1990).

6.     Exhibit G contains a true and correct copy of Excerpts of Arthur Kornberg, DNA Replication (2d 1980).

7.     Exhibit H contains a true and correct copy of Excerpts of Bruce Alberts et al., Molecular Biology of the Cell (6th ed. 2015).

8.     Exhibit I contains a true and correct copy of Excerpts of T. Maniatis et al., Molecular Cloning, A Laboratory Manual (1982).

9.     Exhibit J contains a true and correct copy of U.S. Patent No. 6,582,938.

10.    Exhibit K contains a true and correct copy of U.S. Patent No. 5,162,504.

11. Exhibit L contains a true and correct copy of Julius S. Horoszewicz et al., Monoclonal Antibodies to a New Antigenic Marker in Epithelial Prostatic Cells and Serum of Prostatic Cancer Patients, *Anticancer Research* 7:927-926 (1987).

12. Exhibit M contains a true and correct copy of Sam S. Chang, Prostate-Specific Membrane Antigen: Present and Future Applications, *Urology* 5:622-629 (2000).

13. Exhibit N contains a true and correct copy of Teri G. Boulton et al., ERKs: A Family of Protein-Serine/Threonine Kinases That Are Activated and Tyrosine Phosphorylated in Response to Insulin and NGF, *Cell* 65: 663-675 (1991).

14. Exhibit O contains a true and correct copy of Product information sheet for "Anti-ERK-1 + ERK-2 antibody [EPR17526]" (Abcam Ltd., Cambridge).

15. Exhibit P contains a true and correct copy of Product information sheet for "Anti-ERK1 + ERK2 antibody [ERK-7D8]" (Abcam Ltd., Cambridge, UK).

16. Exhibit Q contains a true and correct copy of Excerpts of the Transcript of the Deposition of Robert DeForest McDuff, taken on January 28, 2025.

17. Exhibit R contains a true and correct copy of Excerpts of the Transcript of the Deposition of Sean Scott, taken on July 29, 2024.

18. Exhibit S contains a true and correct copy of Excerpts of the Transcript of Maria Fe Paz De Paz, taken on January 29, 2025.

19. Exhibit T contains a true and correct copy of Excerpts of the Transcript of Giovanna Prout, taken on July 22, 2024.

20. Exhibit U contains a true and correct copy of a July 2, 2024 email from Emma Frank regarding Parse Biosciences, Inc.'s Notice of 30(b)(6) Deposition of Scale Biosciences, Inc. and the aforementioned Notice.

21. Exhibit V contains a true and correct copy of the ███████████████████

███████████████████████████████████████████████.

22. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 24, 2025.

_____
Emma L. Frank

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, true and correct copies of the foregoing document were caused to be served on the following counsel of record as indicated:

| **BY ELECTRONIC MAIL** | **BY ELECTRONIC MAIL** |
|---|---|
| Karen L. Pascale | Byron L. Pickard |
| Robert M. Vrana | R. Wilson Powers III, Ph.D. |
| Young Conaway Stargatt & Taylor, LLP | Chandrika Vira |
| Rodney Square | Christopher M. Gallo, Ph.D. |
| 1000 North King Street | Brady P. Gleason |
| Wilmington, DE 19801 | David Y. Wang |
| | Louis P. Panzica, Jr. |
| | Jamie Dohopolski |
| | Ryan N. Kaiser |
| | Cristen A. Corry |
| | Sterne, Kessler, Goldstein & Fox, P.L.L.C. |
| | 1101 K Street, NW, 10th Floor |
| | Washington, DC 20005 |

                                                    */s/ Sara M. Metzler*
                                                  Sara M. Metzler (#6509)
                                                  metzler@rlf.com