**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCALE BIOSCIENCES, INC., <br><br> and <br><br> ROCHE SEQUENCING SOLUTIONS, INC., <br><br><br> Plaintiffs, <br> v. <br><br> PARSE BIOSCIENCES, INC. <br><br> Defendant. | <br><br><br><br><br> Civil Action No.  1:22-CV-01597-CJB <br><br> ███████████████████ <br> ██████████ |
| PARSE BIOSCIENCES, INC., <br><br> and <br><br> UNIVERSITY OF WASHINGTON, <br><br><br> Counterclaim Plaintiffs, <br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> Counterclaim Defendant. | |

**OCTOBER 10, 2024 OPENING EXPERT REPORT OF PETER A. SIMS, PH.D.**
**REGARDING PARSE'S INFRINGEMENT OF THE ASSERTED SCALEBIO CLAIMS**



PARSE0368938 (Single Cell Whole Transcriptome Kit user manual) at PARSE0368948-49.  See also the documents cited in Part III.E beginning on page 32 as containing substantially the same disclosures about other Accused Parse Products and testimony about those documents, which are all incorporated herein by reference.

110.    **"target molecules"** – As illustrated by the exemplary evidence cited below, use of the Accused Parse Products to perform "Evercode™ split pool combinatorial barcoding" targets the molecules in "the transcriptome of each fixed cell/nuclei."  *E.g.*, PARSE0703726 (Evercode WT v3 user manual) at PARSE0703730; *see also* PARSE0368938 (Single Cell Whole Transcriptome Kit user manual) at PARSE0368948-49.  The transcriptome of a cell (or nucleus) is the collection of transcribed mRNAs within the cell (or nucleus).  As discussed in paragraph 100 above, I am informed by counsel that the Court explained that the "target molecules" means at least "molecules of interest … that are being detected or quantified."  D.I. 119.

*E.g.,*



PARSE0001396 (⬛⬛⬛⬛⬛) at PARSE0001397; PARSE0703726 (Evercode WT v3 user manual) at PARSE0703730; PARSE0001762 (⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛) at PARSE0001822.



PARSE0001396 (⬛⬛⬛⬛⬛) at PARSE0001397.



PARSE0703726 (Evercode WT v3 user manual) at PARSE0703730-31, PARSE0703749-63 ("Section 1: In Situ Cell/Nuclei Barcoding"). See also the documents cited in Part III.E beginning on page 32 as containing substantially the same disclosures about other Accused Parse Products and testimony about those documents, which are all incorporated herein by reference.



██████████████████████████████████████████

PARSE0001762 (████████████████████████) at PARSE0001822-23.  See also the documents cited in Part III.E beginning on page 32 as containing substantially the same disclosures about other Accused Parse Products and testimony about those documents, which are all incorporated herein by reference.

111.    Even if the claim were construed as literally requiring that the target molecules must be specific RNAs, ███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

112.    **"within"** – As illustrated by the exemplary evidence cited below, use of the Accused Parse Products to perform "Evercode™ split pool combinatorial barcoding" uses "each cell or nucleus [as] an individual reaction compartment."  *E.g.*, PARSE0001396 (████████████) at PARSE0001397; *see also* PARSE0703726 (Evercode WT v3 user manual) at PARSE0703730.

████████████████████████████████████████████████

█████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████████████

███████████████████████████████████

███████████████████████████████████████████████

*E.g.*, PARSE0703726 (Evercode WT v3 user manual) at PARSE0703730; PARSE0368938

(Single Cell Whole Transcriptome Kit user manual) at PARSE0368948.  For the reasons

discussed in paragraph 265 above, █████████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████████

274.    █████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████

275.    **"a plurality of unique binding agent (UBA) nucleic acid tags"** – As illustrated

by the exemplary evidence cited below, use of the Accused Parse Products to perform

"Evercode™ split pool combinatorial barcoding" involves binding "oligo dT and random

hexamer primers with a well-specific barcode" to the target mRNA molecules.  PARSE0703726

(Evercode WT v3 user manual) at PARSE0703730; *see also* PARSE0368938 (Single Cell Whole

█████████████████████████████████████████

Transcriptome Kit user manual) at PARSE0368948 ("████████████████████");

PARSE0001762 (███████████████████████████████ ("████████████████

████████████████████████████████████████████████").

As discussed in paragraph 99 above, I am informed by counsel that the Court has construed the

terms "unique binding agent" or "UBA" to mean "a molecule or assembly that is designed to bind

with at least one target molecule, at least one target molecule surrogate, or both."  D.I. 118. ████

███████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████ *E.g.,*

PARSE0550012 (████████████████████████); PARSE0704049 (███████

████████████████████████████). ███████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████  E.g., PARSE0001396 (███████████) at PARSE0001397; PARSE0703726 (Evercode

WT v3 user manual) at PARSE0703730; PARSE0001762 (██████████████████████) at

PARSE0001822.

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████

*Highly Confidential – Outside Attorneys' Eyes Only*

PARSE0001396 at PARSE0001397.



Rosenberg Deposition Transcript at 79:24-80:1 (discussing ScaleBio Deposition Exhibit 1106, which is PARSE0001396 (▮▮▮▮▮▮▮▮▮)).



PARSE0703726 (Evercode WT v3 user manual) at PARSE0703730-31, PARSE0703749-63 ("1.2: Barcoding Round 1").  See also the documents cited in Part III.E beginning on page 32 as containing substantially the same disclosures about other Accused Parse Products and testimony about those documents, which are all incorporated herein by reference.



PARSE0368938 (Single Cell Whole Transcriptome Kit user manual) at PARSE0368948,

PARSE0368955-66 ("████████████████████").  See also the documents cited in

Part III.E beginning on page 32 as containing substantially the same disclosures about other

Accused Parse Products and testimony about those documents, which are all incorporated herein

by reference.



PARSE0001762 (████████████████████) at PARSE0001822 (████████████

████████████████████).  See also the documents cited in Part III.E

beginning on page 32 as containing substantially the same disclosures about other Accused Parse

Products and testimony about those documents, which are all incorporated herein by reference.



SCALEBIO0006582 (Rosenberg article) at SCALEBIO0006602-03 (Supplemental Materials at 13-14 with emphasis added to identify the "1st BC").

276. ████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
█████████████████████████████████████████████████████
████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████

277.   As depicted below ████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████ :



███████████████████

personnel required to profile during the trial, and there would be no risk that the cells would die in storage, ruining the entire study.

458.    In conclusion, single cell RNA sequencing has a tremendous impact on biological inquiry and medicine. The advantages presented by Dr. Nolan's invention are critical to realizing the most compelling applications of this technology.

## XII.    CONCLUSION AND SIGNATURE

459.    This report provides a summary of my opinions on the issues discussed above, my present bases for those opinions, and an identification of the facts or data I considered when forming those conclusions. To the extent that additional information relevant to my opinions is discovered or made aware to me in the future, I will be prepared to address such additional information. Further, I will be prepared to review any report provided by Parse or UW in this litigation addressing the issues discussed above and respond to that report.

460.    I understand that this report is to be used only for the purposes of this litigation and may not be used for any other purposes without prior written consent from ScaleBio. My opinions in this report concern the issues in this litigation and may not apply to issues in other litigations. For example, I may not have expressed nuances to my opinions here that are not relevant to this case, even if those nuances would be relevant in other circumstances.

October 10, 2024

Dated

Peter A. Sims, Ph.D.

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCALE BIOSCIENCES, INC., <br><br> and <br><br> ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br> v. <br><br> PARSE BIOSCIENCES, INC. <br><br> Defendant. | Civil Action No.  1:22-CV-01597-CJB |
| PARSE BIOSCIENCES, INC., <br><br> and <br><br> UNIVERSITY OF WASHINGTON, <br><br> Counterclaim Plaintiffs, <br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> Counterclaim Defendant. | |

**NOVEMBER 12, 2024 REBUTTAL EXPERT REPORT OF PETER A. SIMS, PH.D.
REGARDING VALIDITY OF THE ASSERTED SCALEBIO CLAIMS**

that a POSA would have needed to engage in undue experimentation in order to perform the method of claim 1 with RNA nucleic acid targets.

244.    Dr. Pachter alleges that Nolan 2012 "does not provide sufficient guidance for selecting a UBA from "the group consisting of antibody, peptide, aptamer, peptoid and nucleic acid" for the full scope of nucleic acid targets. ¶ 178 (citing '256 Patent, 7:28-29). I disagree with Dr. Pachter. The term "UBA" is not a technical term of art and a POSA would understand it as shorthand terminology used to identify the concepts that the term encompasses. For example, I understand that the term "UBA" has been construed to mean "a molecule or assembly that is designed to bind with at least one target molecule, at least one target molecule surrogate, or both." In claim 1 of the '256 Patent, the "target molecules" are the "nucleic acid targets." A POSA would understand that the selection of an appropriate UBA is dependent on what the target molecule is. When the target molecule is a nucleic acid, Nolan 2012 provides guidance on how to target those molecules using, for example, nucleic acids like antisense DNA and poly-dT primers. A POSA would also have knowledge of various methods to target nucleic acids akin to the methods described in Alon, for example. Dr. Pachter acknowledges that "the relative skill of those in the art may be relatively high, relating to *Wands* Factor 6," (¶ 179), and it is my opinion that a POSA would have within their knowledge at the time Nolan 2012 was filed several methods of targeting nucleic acids and would be able to select an appropriate UBA to use based on that knowledge.

245.    Given the disclosures of Nolan 2012 and the knowledge of a POSA at the time, I disagree that a POSA would have to engage in undue experimentation in order to perform this step, and I conclude that this limitation is enabled.

## XII.    CONCLUSION AND SIGNATURE

734.    This report provides a summary of my opinions on the issues discussed above, my present bases for those opinions, and an identification of the facts or data I considered when forming those conclusions.  To the extent that additional information relevant to my opinions is discovered or made aware to me in the future, I will be prepared to address such additional information.  Further, I will be prepared to review any report provided by Parse or UW in this litigation addressing the issues discussed above and respond to that report.

735.    I understand that this report is to be used only for the purposes of this litigation and may not be used for any other purposes without prior written consent from ScaleBio.  My opinions in this report concern the issues in this litigation and may not apply to issues in other litigations.  For example, I may not have expressed nuances to my opinions here that are not relevant to this case, even if those nuances would be relevant in other circumstances.

Dated: November 12, 2024

Peter A. Sims, Ph.D.

**EXHIBIT C**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SCALE BIOSCIENCES, INC.,

    and

ROCHE SEQUENCING SOLUTIONS, INC.,

    Plaintiffs,

v.

PARSE BIOSCIENCES, INC.

    Defendant.

PARSE BIOSCIENCES, INC.,

    and

UNIVERSITY OF WASHINGTON,

    Counterclaim Plaintiffs,

v.

SCALE BIOSCIENCES, INC.,

    Counterclaim Defendant.

Civil Action No.  1:22-CV-01597-CJB

**DECEMBER 13, 2024 REPLY EXPERT REPORT OF PETER A. SIMS, PH.D.**
**REGARDING PARSE'S INFRINGEMENT OF THE ASSERTED SCALEBIO CLAIMS**

███████████████████████████████

Part III.B.1 beginning on page 6 above, a nucleic acid UBA will hybridize by sequence-specific binding to the class of nucleic acid molecules that include a specific complementary sequence. The specification clarifies this by explaining that the "reaction portion" of a UBA can bind to "at least one part" of at least one target molecule in a sequence-specific manner. *Id.* In the case of a nucleic acid UBA and nucleic acid target, this interaction defines the class of target molecules to which that UBA will bind: any molecule that includes a sequence complementary to the "reaction portion" of the UBA. ███████████████████████████

███████████████████████████████████

███████████████████████████████████

████████████

129.    Because of how target molecules can be identified, it is impossible to know all of the individual molecules in the class of molecules that are targeted. For example, with a probe or primer with a specific sequence, the class of target molecules would include anything that is known to have the complementary sequence, plus anything else that was unknown but also has the complementary sequence. After the probe or primer is used, one would know only that whatever was targeted has the complementary sequence, but there is no way to know what has that complementary sequence beforehand ("*a priori*"). With an antibody or aptamer that binds in a conformation-specific manner, one would know only that the target molecules include a shape that the antibody or aptamer can bind to. But one would not necessarily know what structures or sequences of that target molecule or any portion of it. Thus, the specification explains that target molecules can have an "unknown structure or sequence" so long as a probe or primer can bind to them. '442 Patent, 33:66-67.

███████████████████████████████████████████████

257.    **Literal Infringement** – As discussed in paragraphs 275-277 of my Opening

Infringement Report, use of the Accused Parse Products involves ████████████████

███████████████████████████████████████████████. ████████████

███████████████████████ because they are each "designed to bind with at least one

target molecule," as the Court construed UBA to mean.  Oral Order on Claim Construction (D.I.

118).  For example, ████████████████████████████████████████

██████████████████████████. ████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████

258.    Consequently, I disagree with Dr. Pachter's assertion that ██████████████

████████████████████. ¶¶ 223.  And I disagree with Dr. Pachter's assertion that my

Opening Infringement Report "████████████████████████████████████

████████████████████████████."'  ¶ 225.  For example, paragraph 275 of my

Opening Infringement Report states: "████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████

██████████."

259.    Dr. Pachter asserts that "[u]nlike the teachings of the ScaleBio Asserted Patents

which seek to bias the methods to 'fish out' the specific target molecules desired by the

researcher, the Parse products perform in the opposite direction through an unbiased and

untargeted approach." ¶ 225.  I disagree with Dr. Pachter's assertion, at least because the Accused Parse Products are "biased" toward RNA in the transcriptome over other types of molecules, like proteins, lipids, carbohydrates, and double-stranded DNA.  But more to the point, claim 1 of the '256 Patent requires "binding to the nucleic acid targets in the plurality of cells a plurality of unique binding agent (UBA) nucleic acid tags," which is done during use of the Accused Parse Products.  Whether it is "unbiased" or not, or whether it is "targeted" or not, as Dr. Pachter understands those terms, is irrelevant to whether the claim is practiced.

260.    Dr. Pachter asserts that my Opening Infringement Report "███████████ ███████████████████████████." ¶ 233.  As discussed in Part IX.A.2 beginning on page 110 above, the nucleic acid tag need not be specific for an individual target molecule known *a priori* rather than a class of target molecules.

261.    Dr. Pachter asserts that my Opening Infringement Report "did not show any evidence to show █████████████████████████████████████ ███████.'" ¶ 234.  I disagree with Dr. Pachter's assertion because paragraph 307 of my Opening Infringement Report explains that the use of the Accused Parse Products ███████████ ████████████████████████████████████████████ ██████████.  '256 Patent, 21:31-32 ("Each COB provides a unique code that can be associated to a specific cell of origin.").  And further, as discussed in paragraph 260 above, ██ ████████████████████████████ of the Accused Parse Products.

262.    **Infringement Under the Doctrine of Equivalents** – As discussed in paragraph 278 of my Opening Infringement Report, even if the claim were construed as literally requiring that the nucleic acid targets must be specific nucleic acids, the Accused Parse Products satisfy this requirement under the doctrine of equivalents since ██████████████████████

████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████. Dr. Pachter does not address my

conclusions about infringement under the doctrine of equivalents. Consequently, I understand

that Dr. Pachter concedes that if use of the Accused Parse Products does not literally practice

"████████████████████████████████████████████

████████████████," then use of the Accused Parse Products practices that element under

the doctrine of equivalents.

263.    Consequently, I disagree with Dr. Pachter's assertion that my Opening

Infringement Report "did not show that any Parse product performs the "████████████

████████████████████████████████████████████,

as required by claim 1 of the '256 Patent." ¶ 235. For the reasons discussed in this subpart, my

conclusion that use of the Accused Parse Products involves "████████████████████

████████████████████████████████" has not

changed.

**B.    Use of the Accused Parse Products Involves ████████████████████**
**████████████████" Which Is Recited in Element (c) of Claim 1 of the**
**'256 Patent.**

264.    Dr. Pachter asserts that use of the Accused Parse Products does not involve

"████████████████████████████████████████████

████████████████████." ¶¶ 236-246. For the reasons discussed in this

subpart, I disagree with Dr. Pachter's assertion.

a.    **First**, for the reasons discussed in Part IX.B.1 beginning on page 118 below, Dr.

Pachter's construction of "successive rounds of split pool synthesis wherein the

███████████████████████████████

## X.    DR. PACHTER'S ASSERTIONS REGARDING THE '752 PATENT

282.    Dr. Pachter asserts that "Parse's products do not meet the limitations of claim 1 of the '752 Patent, and therefore, do not infringe any ScaleBio Asserted Claim of the '752 Patent." ¶ 284.  For the reasons discussed in this subpart, I disagree with Dr. Pachter's assertion.

### A.    The Accused Parse Products Are "kit[s] for split-pool barcoding target molecules," Which Is Recited in Claim 1 of the '752 Patent.

283.    Dr. Pachter asserts that "Parse's products are not used for '█████████ █████,' as required by claim 1 of the '752 Patent." ¶ 285. For the reasons discussed in this subpart, I disagree with Dr. Pachter's assertion.  First, as discussed in paragraph 116 above, Dr. Pachter has not asserted and has not provided any analysis for why the preamble of claim 1 of the '752 Patent is limiting.  Further, for the reasons discussed in Part VI.D.2 beginning on page 54 above, I conclude that the term "target molecules" is not limited as Dr. Pachter asserts and instead encompasses a class of molecules that are being detected or quantified.  And for the reasons discussed in Part VI.D.3 beginning on page 65 above, I conclude that use of the Accused Parse Products involves "█████████" because use of the Accused Parse Products involves █ ██████████████████████████████████.

284.    Dr. Pachter appears to take issue with paragraphs 337 and 338 of my Opening Infringement Report.  ¶ 286.  However, as discussed in paragraphs 143 and 144 above, █████ ████████████████████████████████████ ██████████████████████████████████████ ██████████████████████.

███████████████████████

kits for split-pool synthesis of barcodes on cDNA sequences that are reverse transcribed from RNA in each cell's transcriptome. And both can and are used with fixed cells or nuclei.

326.    Dr. Pachter asserts that "Parse's fixation kits are not designed to work with any of ScaleBio's sequencing kits, and not one of ScaleBio's fixation kits is designed to work with any of Parse's sequencing kits." ¶ 377. Dr. Pachter does not cite any evidence to support that assertion. Nevertheless, assuming his assertion is true, fixation is a necessary element for using the sequencing technology in question. Thus, the companies' fixation kits compete with each other via their essentiality to the sequencing products themselves (as opposed to as independent product offerings).

## XIII.    CONCLUSION AND SIGNATURE

327.    This report provides a summary of my opinions on the issues discussed above, my present bases for those opinions, and an identification of the facts or data I considered when forming those conclusions. To the extent that additional information relevant to my opinions is discovered or made aware to me in the future, I will be prepared to address such additional information. Further, I will be prepared to review any report provided by Parse or UW in this litigation addressing the issues discussed above and respond to that report.

328.    I understand that this report is to be used only for the purposes of this litigation and may not be used for any other purposes without prior written consent from ScaleBio. My opinions in this report concern the issues in this litigation and may not apply to issues in other litigations. For example, I may not have expressed nuances to my opinions here that are not relevant to this case, even if those nuances would be relevant in other circumstances.

Dated: December 13, 2024

Peter A. Sims, Ph.D.

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SCALE BIOSCIENCES, INC.,           )
                                   )
        and                        )
                                   )
ROCHE SEQUENCING SOLUTIONS, INC.   )
                                   )
        Plaintiffs,                )  Civil Action No.
                                   )
vs.                                )  1:22-CV-01597-CJB
                                   )
PARSE BIOSCIENCES, INC.,           )
                                   )
        Defendant.                 )
                                   )
PARSE BIOSCIENCES, INC.,           )
                                   )
        and                        )
                                   )
UNIVERSITY OF WASHINGTON,          )
                                   )
        Counterclaim Plaintiffs,   )
                                   )
vs.                                )
                                   )
SCALE BIOSCIENCES, INC.,           )
                                   )
        Counterclaim Defendant.    )

VIDEOTAPED DEPOSITION OF ALEX ROSENBERG
July 26, 2024
Seattle, Washington
*****  ▓▓▓▓▓▓▓▓▓▓  *****
Reporter: Teri Simons, CCR, RMR, CRR

---

**Page 2**

1       APPEARANCES
2
3    For Scale Biosciences, Inc.:
4        Stephen S. Rabinowitz
         Stuart V.C. Duncan Smith
5        Arden Bonzo (via Zoom)
         Wolf Greenfield
6        601 Massachusetts Avenue, NW
         Washington, DC 20001
7        212.849.3356
         stephen.rabinowitz@wolfgreenfield.com
8
9
10   For University of Washington, Parse Biosciences:
11       R. Wilson "Trey" Powers
         David Wang
12       Sterne Kessler
         1101 K Street
13       10th Floor
         Washington, DC 20005
14       202.722.8876
         Tpowers@sternekessler.com
15
16
17   For Roche Sequencing Solutions:
18       Vandana Apte
         Wilmer Hale
19       7 World Trade Center
         250 Greenwich Street
20       New York, NY 10007
         212.295.6550
21       Vandana.apte@wilmerhale.com
22
23
24   Also present: Steve Crandall, Videographer
25

---

**Page 3**

1           EXAMINATION INDEX
2    EXAMINATION BY:              PAGE NO.
3    MR. RABINOWITZ                  7
4
5             EXHIBIT INDEX
6    EXHIBIT NO.   DESCRIPTION        PAGE NO.
7
8    Exhibit 1097   "Completion of seed       24
                    financing."
9
     Exhibit 1098   "Split Biosciences awarded   27
10                  small business innovation
                    research (SBIR) grant from
11                  the National Science
                    Foundation."
12
     Exhibit 1099   "Split Bio brings total      31
13                  financing to over $2M."
14   Exhibit 1100   "Split Biosciences, now Parse  34
                    Biosciences, announces $7M in
15                  Series A funding to
                    democratize single-cell RNA
16                  sequencing."
17   Exhibit 1101   "Parse Biosciences raises     38
                    $41.5M Series B round to
18                  scale single-cell sequencing
                    products and expand product
19                  portfolio."
20   Exhibit 1102   "Parse Biosciences closes $50   40
                    million of financing to fuel
21                  continued worldwide growth."
22   Exhibit 1103   ▓▓▓▓▓▓▓▓▓    PARSE0274985   43
                    through 986.
23
     Exhibit 1104   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓         53
24                  ▓, PARSE0768723 through
25                  744.

---

**Page 4**

1        EXHIBIT INDEX (CONTINUED)
2
     Exhibit 1105   "Single-cell profiling of the  58
3                   developing mouse brain and
                    spinal cord with split-pool
4                   barcoding," SCALEBIO0006582
                    through 644.
5
     Exhibit 1106   ▓▓▓▓▓▓▓▓▓▓▓▓▓         67
6
                    PARSE0001396 through 403.
7
8    Exhibit 1107   "Evercode WT v2,"            97
                    PARSE0703645 through 725.
9
     Exhibit 1108   "Evercode WT v2,"           106
10                  PARSE0001762 through 830.
11   Exhibit 1109   LinkedIn profile for Alex    114
                    Rosenberg.
12
     Exhibit 1110   E-mail chain, UW0031216.    127
13
     Exhibit 1111   E-mail chain, UW0024218     161
14                  through 223.
15   Exhibit 1112   Documents around the filing  162
                    of the non-provisional
16                  patent, UW0000025 through
                    120.
17
     Exhibit 1113   E-mail chain,               165
18                  UW_TRAPNELL0014077.
19   Exhibit 1114   E-mail with attachment ▓▓▓▓  166
20                  PARSE0429006 through 008.
21   Exhibit 1115   E-mail chain, PARSE0429011  170
                    through 014.
22
     Exhibit 1116   E-mail chain, UW0043552     172
23                  through 554.
24   Exhibit 1117   E-mail chain, UW0084938     183
                    through 951.
25

Page 53

1    "yes" or a "no."
2              THE WITNESS:  No.
3              (Exhibit No. 1104 marked
4              for identification.)
5  Q  (By Mr. Rabinowitz)  I am showing you what's been marked
6     as Exhibit No. 1104.
7        It is a document entitled, "███████████
8     ███████████," bearing Production
9     Nos. Parse 0768723 through Parse 0768744.
10       Dr. Rosenberg, what is this document?
11 A  I believe this is a company overview and presentation.
12 Q  ██████████████████████████████████████
13 ██████████████
14 A  █████████████████████████
15 ███████████████████████████
16 ████████████████
17 Q  Can you look at Page 3, which has Production No. Parse
18    0768025.
19 A  Yeah, I see Page 3.
20 Q  It has-- it has pictures and some text about several
21    individuals associated with Parse, including yourself and
22    Charlie Roco, correct?
23 A  It does, yeah.
24 Q  Under Charlie Roco's entry, it says, "Co-invented the
25    core technology of Parse."

Page 54

1        Do you see that?
2  A  I do see it, yep.
3  Q  What core technology did Charlie Roco co-invent?
4  A  So Charlie helped ████████████████████████████
5     ████████████████, some of the key improvements
6     to the technology.
7        Charlie was an inventor on that.
8  Q  Which improvements to the technology was Charlie Roco an
9     inventor of?
10 A  I would say there's a wide variety.
11 Q  Can you identify any key improvements to technology of
12    which Charlie Roco was a co-inventor?
13             MR. POWERS:  Objection to the extent
14    it calls for a legal conclusion.
15             THE WITNESS:  Again, I can give you
16    kind of my opinion from a scientific perspective.
17       When-- I think some of the details around improving,
18    for example, ██████████████████████
19    █, he helped contribute to that and was an inventor on
20    some of those.
21 Q  (By Mr. Rabinowitz)  What technical contribution did
22    Charlie Roco make towards ████████████████████████
23    ████████████████████████?
24 A  We worked together on a lot of that and have patent
25    filings on that too.

Page 55

1  Q  Do those patent filings name Charlie Roco as a
2     co-inventor?
3  A  We do.
4  Q  What technical improvement results in █████████████████
5     ███████████████████ that Charlie Roco
6     helped co-invent?
7  A  I think there's a variety.
8  ████████████████████████████████████
9  ██████████████████████████████
10 █████████████████████████████
11 ████████████████████████████████
12       We-- yeah, so there was a variety of different
13    improvements.
14 Q  When did Charlie Roco make his first inventive
15    contribution to improving the core technology of Parse?
16             MR. POWERS:  Objection; legal
17    conclusion.
18             THE WITNESS:  █████████████████
19    █████████████████████████
20    ████████████████████████████████████
21    ████████████████████████████████████████
22    ██████████████
23       I think he actually worked on a different project
24    for a while and then switched to working on some of the
25    single cell aspects.

Page 56

1  Q  (By Mr. Rabinowitz)  Who owns the patents of which
2     Charlie Roco is a co-inventor that include key
3     improvements to the core technology of Parse?
4              MR. POWERS:  Objection; vague, legal
5     conclusion.
6              THE WITNESS:  The University of
7     Washington owns the patents, and ██████████████████
8     ██████████████████.
9  Q  (By Mr. Rabinowitz)  Do you see under your entry it
10    states you have a Ph.D. in electrical engineering?
11 A  I do see that.
12 Q  Is your Ph.D. in electrical engineering?
13 A  It is.
14 Q  You don't have a Ph.D. in molecular biology or genetics?
15 A  I do not.
16       I will add there, while my degree is in electrical
17    engineering, most of the research and work I did was in
18    synthetic biology, molecular biology, machine learning,
19    single cell.
20 Q  You don't have a Ph.D. in genetics?
21 A  I do not.
22 Q  You don't have a Ph.D. in synthetic biology?
23 A  Technically, no, although obviously I would say more
24    genomics and synthetic biology and machine learning,
25    those were the main things I actually worked on during my

Page  57

1    Ph.D.
2  Q  **But your Ph.D. was awarded in electrical engineering?**
3  A  That was the department I was in, yeah.
4  Q  **Does your diploma certificate identify what your Ph.D.**
5     **was in?**
6  A  In electrical engineering.
7  Q  **Can I ask you to turn to Page 10 of this presentation?**
8     **It has Production No. Parse 0768732.**
9     **It is a page entitled, "**████████████████████
10    ████████████████████**."**
11 Q  **Do you see that?**
12 A  I do.  I am just looking to see the context of this.
13    Yeah, I see that page.
14 Q  **Do you see the four boxes below?**
15    **The bottom says, "**████████████████████████
16    ████**," "**██████████████████████████████
17    ██**" "**████████████████████████████**,"**
18    **"**████████████████████████████**."**
19    **Do you see that?**
20 A  I see that.
21 Q  ████████████████████████████████████
22    ████████████████
23    MR. POWERS:  Object to form.
24    THE WITNESS:  ████████████████████
25    ████████████████

Page  58

1  Q  **(By Mr. Rabinowitz)** ████████████████████████
2  A  ████████████████████████
3    (Exhibit No. 1105 marked
4    for identification.)
5  Q  **(By Mr. Rabinowitz)  Dr. Roco, I am handing you what's**
6    **been marked as Exhibit No. 1105.**
7  A  "Dr. Rosenberg."  Thank you.
8  Q  **I beg your pardon, Dr. Rosenberg.**
9     **It is an article entitled, "Rosenberg, et al.,**
10    **Single cell profiling of the developing mouse brain and**
11    **spinal cord with split-pool barcoding," published in**
12    **Science, Volume 360, 176 to 182, 13 April 2018.**
13    **You are familiar with this document?**
14 A  I am familiar.
15 Q  **What is this document?**
16 A  This is our 2018 Science paper where we showed or
17    demonstrated an application of SPLiT-seq.
18 Q  **You are the first author?**
19 A  That's correct.
20 Q  **Charles Roco is the second author, correct?**
21 A  That's correct.
22 Q  **And Georg Seelig is the last author?**
23 A  Yeah, Georg Seelig is the last author.
24 Q  **And that's sometimes referred to as the senior author,**
25    **correct?**

Page  59

1  A  Yeah, I think senior.
2     There is also the idea of corresponding author,
3     yeah.
4  Q  **You and Georg Seelig are jointly identified as**
5     **corresponding authors for this publication, correct?**
6  A  That's correct, yeah.
7  Q  **Now, in the abstract, in the first sentence, it states,**
8     **"We developed split-pooled ligation-based transcriptome**
9     **sequencing (SPLiT-seq)."**
10    **Do you see that?**
11 A  I see that.
12 Q  **You called your assay SPLiT-seq?**
13 A  That's correct, yeah.
14 Q  **That was an abbreviation for "split-pool ligation-based**
15    **transcriptome sequencing," correct?**
16 A  That's correct.
17 Q  **Can I ask you to turn to Page 13 of the supplemental**
18    **materials?**
19    **It has Production No. Scale Bio 0006602.**
20    **Do you see that?**
21 A  You said Page 13?
22 Q  **Page 13, Figure S1.**
23 A  Yeah.
24    I am just looking-- yeah, I see that.
25 Q  **This shows the SPLiT-seq that was described in your**

Page  60

1    article, correct?
2  A  That's correct.
3  Q  **It shows four rounds of splitting with pooling after each**
4    **round?**
5    MR. POWERS:  Object to form.
6    THE WITNESS:  That's not correct.
7    There's-- it doesn't show a pool after the last
8    step.
9  Q  **(By Mr. Rabinowitz)  It shows four rounds of splitting**
10    **with poolings after the first, second, and third split,**
11    **correct?**
12 A  Sorry, can you clarify that?
13 Q  **This figure shows four rounds of splitting and shows**
14    **pooling after the first, second, and third split; is that**
15    **correct?**
16 A  That's correct.
17 Q  **And they're identified on the left as "First split"**
18    **followed by "Pool."**
19    **Do you see that?**
20    MR. POWERS:  Object to form.
21    THE WITNESS:  I see that.
22 Q  **(By Mr. Rabinowitz)  And then "Second split" followed by**
23    **"Pool," correct?**
24 A  Yes, there's words here, "Second split" and then "Pool"
25    beneath that.



Page 221

1    MR. POWERS:  Objection; vague.

2    THE WITNESS:  ███████████

3    ███████████████████

4 Q  (By Mr. Rabinowitz)  Okay.  How many shares of Parse do

5    you own?

6 A  ███████████████████

7    ███████████████████

8 Q  ███████████████████

9 A  ███████████████.

10 Q  Okay.  What was the value of your holding in Parse as of

11    the last funding round?

12    MR. POWERS:  Objection; vague.

13    THE WITNESS:  I guess can you clarify

14    what you mean by "value"?

15 Q  (By Mr. Rabinowitz)  At the price paid by the Series C

16    investors per share for Parse, what was the value of the

17    shares you owned in Parse?

18    MR. POWERS:  Objection; foundation.

19    THE WITNESS:  ███████████

20    ███████████████████████

21    ███████████████████████

22    ████████████

23 Q  (By Mr. Rabinowitz)  ██████████████

24    ████████████

25 A  I believe that's approximately correct.

Page 222

1 Q  What was the post-money valuation of Parse after the

2    Series C funding round?

3 A  ███████████████████

4    MR. RABINOWITZ:  No further questions

5    at this time.

6    MR. POWERS:  Thank you.

7    Let's take a quick break.

8    VIDEOGRAPHER:  Please stand by.  We

9    are going off the record.  The time is 5:54 p.m.

10    (Recess 5:54 to 5:55 p.m.)

11    VIDEOGRAPHER:  We are back on the

12    record.  The time is 5:55 p.m.

13    MR. POWERS:  We have no questions for

14    Dr. Rosenberg.

15    This concludes the deposition of Dr. Rosenberg.

16    Thank you.

17    VIDEOGRAPHER:  Okay.  Please stand by.

18    This concludes the video-recorded deposition of Alex

19    Rosenberg, taken on July 26th, 2024.

20    The time is 5:56 p.m., and we are off the record.

21    COURT REPORTER:  Off the video record,

22    but I know I have a standing order for the Wolf

23    Greenfield firm.

24    For Sterne Kessler--

25    MR. POWERS:  Do you have a standing

Page 223

1    order for us?

2    COURT REPORTER:  They didn't give me

3    one, but that doesn't mean anything.  I just need to find

4    out--

5    MR. POWERS:  No rush, with a rough.

6    Please mark this as highly confidential, outside

7    counsels' eyes only.

8    I assume there's no objection?

9    MR. RABINOWITZ:  No, there's no

10    objection.

11    (Deposition concluded at 5:57 p.m.)

12    (Signature reserved.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 224

C E R T I F I C A T E

STATE OF WASHINGTON )
                    ) ss.
COUNTY OF KING      )

    I, the undersigned Washington Certified Court
Reporter, pursuant to RCW 5.28.010, authorized to
administer oaths and affirmations in and for the State of
Washington, do hereby certify:  That the foregoing
deposition of the witness named herein was taken
stenographically before me and reduced to a typed format
under my direction;

    That, according to CR 30(e), the witness was
given the opportunity to examine, read, and sign the
deposition after same was transcribed, unless indicated in
the record that the review was waived;

    That I am not a relative or employee of any
attorney or counsel of participant and that I am not
financially or otherwise interested in the action or the
outcome herein;

    That the deposition as transcribed is a full,
true and correct transcript of the testimony, including
questions and answers and all objections, motions, and
examinations, and said transcript was prepared pursuant to
the Washington Administrative Code 308-14-135 preparation
guidelines.

                    Terilynn Simons

                    /S/TERILYNN SIMONS, CCR, RPR, RMR, CRR
                    State of Washington CCR #2047
                    My CCR certification expires on 7/7/25

**EXHIBIT E**

Transcript of Sean Scott
Conducted on July 29, 2024

1 (1 to 4)

**Page 1**

```
 1        IN THE UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF DELAWARE
 3   SCALE BIOSCIENCES, INC. and   )
 4   ROCHE SEQUENCING SOLUTIONS,    )
 5   INC.,                          )
 6        Plaintiffs,               )
 7        vs.                       ) Case No.  1:22-cv-01597-CJB
 8   PARSE BIOSCIENCES, INC.,       )
 9        Defendant.                )
10   ---------------------------- )
11   PARSE BIOSCIENCES, INC. and    )
12   UNIVERSITY OF WASHINGTON,      )
13        Counterclaim-Plaintiffs, )
14        vs.                       )
15   SCALE BIOSCIENCES, INC.,       )
16        Counterclaim-Defendant.   )
17   ---------------------------- )
18
19   ███████████████████████████████████
20       VIDEOTAPED DEPOSITION OF SEAN P. SCOTT
21          Palo Alto, California
22          Monday, July 29, 2024
23
24       REPORTED BY: Derek L. Hoagland
25          CSR No. 13445
```

**Page 2**

```
 1   VIDEOTAPED Deposition of SEAN P. SCOTT, taken before
 2   Derek L. Hoagland, a Certified Shorthand Reporter for
 3   the State of California, commencing at 9:18 a.m.,
 4   Monday, July 29, 2024, at Wilmer Hale, 2600 El Camino
 5   Real, Suite 400, Palo Alto, California 94306.
```

**Page 3**

```
 1   APPEARANCES:
 2
 3   COUNSEL FOR PLAINTIFF:
 4      WOLF, GREENFIELD & SACKS, PC
        605 3rd Avenue
 5      25th Floor
        New York, New York 10158
 6      212.697.7890
        BY:  STEPHEN RABINOWITZ, ESQ.
 7           EMMA FRANK, ESQ.
 8
 9   COUNSEL FOR DEFENDANT:
10      STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.
        1101 K Street, NW
11      Washington, DC 20005
        202.371.2600
12      BY:  BYRON L. PICKARD, ESQ.
             BRADY P. GLEASON, ESQ.
13
14
15   COUNSEL FOR ROCHE SEQUENCING:
16      WILMER CUTLER PICKERING HALE & DORR LLP
        7 World Trade Center
17      250 Greenwich Street
        45th Floor
18      New York, New York 10007
        212.230.8800
19      BY:  VANDANA APTE, ESQ. (Via Zoom)
20
21   ALSO PRESENT
        KEN LANGUICO, VIDEOGRAPHER
22
23
24
25
```

**Page 4**

```
 1                I N D E X
 2   WITNESS                              PAGE
 3   SEAN P. SCOTT
 4      Examination by Mr. Pickard          9
 5      Examination by Mr. Rabinowitz     287
 6
 7
 8                E X H I B I T S
 9      EXHIBIT       DESCRIPTION        MARKED
10      No. 2045   March 16, 2022 Email     96
11      No. 2046   Attachment               97
12      No. 2047   Attachment               97
13      No. 2048   Series of Email Exchanges 105
14      No. 2049   ██████████████████████
15                 █████████              119
16      No. 2050   Email                    49
17      No. 2051   Attachment              149
18      No. 2052   November 4th, 2020 Email 160
19      No. 2053   Attachment              160
20      No. 2054   Attachment ████████████ 160
21      No. 2055   Email Exchange With ██
22                 ██████████             175
23      No. 2056   ██████ Email            177
24      No. 2057   December 11th, 2020     179
25      No. 2058   Attachment              180
```

Transcript of Sean Scott
Conducted on July 29, 2024



Transcript of Sean Scott
Conducted on July 29, 2024



289
1    Do you see that?
2  **A.    Yes.**
3    Q.
4
5  **A.**
6
7
8
9
10
11    MR. RABINOWITZ:  Thank you.
12    I'm going to reserve the witness's rights under
13  Rule 30(e)(1) to review the transcript and make any
14  necessary changes or corrections.  No further questions
15  at this time.
16    THE VIDEOGRAPHER:  Okay.  This marks the end of
17  the deposition of Sean Scott.  We are going off the
18  record at 18:16.
19  (Proceeding Concludes at 6:16 p.m.)
20
21
22
23
24
25

290
1    REPORTER'S CERTIFICATE
2
3  STATE OF CALIFORNIA        )  ss.
4  I, DEREK L. HOAGLAND, CSR #13445, State of California,
5  do hereby certify:
6  That prior to being examined, the witness named in the
7  foregoing proceeding was by me sworn to testify to the
8  truth, the whole truth and nothing but the truth;
9  That said proceeding was taken down by me by stenotype
10  at the time and place therein stated and thereafter
11  transcribed under my direction into computerized
12  transcription.
13  I further certify that I am not of counsel nor attorney
14  for nor related to the parties hereto, nor am I in any
15  way interested in the outcome of this action.
16  In compliance with section 8016 of the Business and
17  Professions Code, I certify under penalty of perjury
18  that I am a certified shorthand reporter with license
19  number 13445 in full force and effect.
20  Witness my hand this 29th day of July, 2024.
21
22
23  _____
24  DEREK L. HOAGLAND, CSR #13445
25

**EXHIBIT F**

Page 3

```
 1      UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE
 2
 3      Civil Action No. 1:22-CV-01597-CJB
 4
 5   SCALE BIOSCIENCES, INC.,
 6      -and-
 7   ROCHE SEQUENCING SOLUTIONS, INC.,.
 8      Plaintiffs,
 9      -vs-
10   PARSE BIOSCIENCES, INC.,
11      Defendant.
        _____/
12
     PARSE BIOSCIENCES, INC.
13
        -and-
14
     UNIVERSITY OF WASHINGTON.
15
        Counterclaim Plaintiffs,.
16
        -vs-
17
     SCALE BIOSCIENCES, INC.
18
        Counterclaim Defendant.
19   _____/
20
21
22
23
24
25
```

```
 1      VIDEOTAPED REALTIME STENOGRAPHIC
 2   DEPOSITION of GEORG SEELIG, taken in the
 3   above-entitled matter before ERICA FIELD,
 4   RDR, CRR, California Certified Shorthand
 5   Reporter (License No. 14515), Texas
 6   Certified Shorthand Reporter (License No.
 7   12724), Oregon Certified Shorthand Reporter
 8   (License No. 240103), New Jersey Certified
 9   Court Reporter (License No. 30XI00244800),
10   New Mexico Certified Court Reporter (License
11   No. 575), Washington Certified Shorthand
12   Reporter (License No. 22020479), Illinois
13   Certified Shorthand Reporter (License No.
14   084004952), Georgia Certified Court Reporter
15   (License No. 5338-8044-2296-7296), Florida
16   Professional Reporter (License No. 1109),
17   New York Notary, Florida Notary, Alaska
18   Notary taken via remote videoconference on
19   Thursday, August 8, 2024, commencing at 9:03
20   a.m.
21
22
23
24
25
```

Page 2

```
 1      DEPOSITION OF
        GEORG SEELIG
 2
 3
 4
 5
 6
 7      Thursday, August 8, 2024
        9:03 a.m. - 3:47 p.m.
 8
 9
10
11      Remote Location
        Via Zoom Videoconference
12      All Parties Remote
13
14
15
16
17
18
19   Stenographically reported by:
     Erica Field, RDR, CRR, CA-CSR, TX-CSR,
20   GA-CSR, WA-CSR, NM-CCR, IL-CSR, NJ-CCR,
     FL-FPR, OR-CSR, NY Notary, FL Notary,
21      AK Notary
        Job No. 1186264
22
23
24
25
```

Page 4

```
 1   APPEARANCES:
 2
 3
 4   On behalf of the Plaintiff:
        WOLF GREENFIELD & SACKS
 5      600 Atlantic Avenue
        Boston, Massachusetts 02210
 6      (617) 646-8000
        BY: CHELSEA LOUGHRAN, ESQUIRE
 7      cloughran@wolfgreenfield.com
 8
 9
10   On behalf of the Defendant:
        STERNE KESSLER GOLDSTEIN & FOX
11      100 New York Avenue N.W.
        Suite 600
12      Washington, DC 20005
        (202) 371-2600
13      BY: BYRON PICKARD, ESQUIRE
        DAVID WANG, ESQUIRE
14      bpickard@sternekessler
        dwang@sternekessler.com
15
16
17
18   VIDEOGRAPHER:
        Albert Chavez
19
20
21
22
23
24
25
```

Page 17

1  company substantively?
2    A.   No.
3    Q. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
4  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
5  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
6  ▓▓▓▓▓▓▓▓▓
7    A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓
8  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
9  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
10 ▓
11   Q. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
14 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15   A. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
16 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
17 ▓▓▓▓▓▓▓▓▓▓▓▓
18 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
19 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20 ▓▓▓
21   Q.   In a very --
22   A. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23 ▓▓▓▓▓▓▓▓▓▓▓
24   Q. ▓▓▓▓▓▓▓▓▓▓▓
25 ▓▓▓▓▓▓▓▓▓▓▓▓▓



Page 18

1  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
2    A.  ▓▓▓▓▓▓▓▓▓
3    Q.   Okay.  I would like to -- Doctor,
4  I would like to understand a bit about your
5  academic and career history.
6        So you said that the University of
7  Washington is your current employer.  I would
8  like to sort of go all the way back starting
9  with your education and just get a sense for,
10 you know, your career as it's developed over
11 the years.
12       So do you have a bachelor's
13 degree?
14   A.   I have -- it's the equivalent of a
15 bachelor's degree, because I did my undergrad
16 studies in Switzerland, so my undergraduate
17 degree is called a diploma.
18   Q.   Okay.  And when did you receive
19 that diploma from?
20   A.   At the University of Basel.
21   Q.   And was there subject matter in
22 which you received that diploma?
23   A.   Yes, I was an undergraduate
24 physics student.
25   Q.   Okay.  And once you graduated as

Page 19

1  an undergrad from the University of Basel,
2  what did you do next in your academic career?
3    A.   I went to Geneva to do a PhD in
4  theoretical physics.
5    Q.   And Geneva, are you referring to
6  an institution or the town?
7    A.   The University of Geneva in the
8  town of Geneva.
9    Q.   Okay.  Got it.  And you said
10 theoretical physics?
11   A.   Yes.
12   Q.   And when did you get your PhD?
13   A.   I think that was at the end of,
14 like, October of 2003.
15   Q.   And then after you were awarded
16 your PhD, what was the next step in your
17 academic career?
18   A.   I went to do a post-doc at Caltech
19 with Erik Winfree.
20   Q.   Okay.  And was there a technical
21 focus for your post-doc?
22   A.   Yeah, I would say the field was,
23 you know, initially DNA nanotechnology and,
24 you know, towards the end, also synthetic
25 biology.

Page 20

1    Q.   And how long was your post-doc
2  with Dr. Winfree?
3    A.   Six years.  I was at Caltech until
4  2009.
5    Q.   Okay.  And then once you completed
6  your post-doc, what was the next step in your
7  career?
8    A.   I was hired as an assistant
9  professor at the University of Washington.
10   Q.   Okay.  And what department were
11 you hired into?
12   A.   There's two different departments
13 that are -- the first one is called now the
14 department of electrical and computer
15 engineering.  And the second one is the Paul
16 G. Allen School Of Computer Science and
17 Engineering.
18   Q.   Okay.  So you were hired as an
19 assistant professor in each of those
20 departments?
21   A.   Yes, it's a joint -- sort of a
22 joint hire.
23   Q.   And when you started at the
24 University of Washington as an assistant
25 professor, what was your research or

Page 21

1 technical focus?
2     A.   I would say it's synthetic
3 biology, so gene circuit engineering in
4 mammalian cells was sort of my main interest,
5 but we also did work still in DNA
6 nanotechnology, sort of adjacent fields.
7     Q.   And it sounds -- and I'm no expert
8 in this, but was there -- did you have an
9 appointment or any sort of collaboration
10 outside of the electrical engineering/CS
11 departments that were more bio related?
12     A.   Yes.  Also pretty early on, I
13 mean, maybe from the beginning, I was an
14 adjunct professor in the bioengineering
15 department.  And then later -- several years
16 later when they built the molecular
17 engineering building, I also became a member
18 of the molecular engineering institute.
19     Q.   Do you have a rough date as to
20 when that was?
21     A.   I would say it's at least five
22 years, so maybe 2000 -- well, maybe 2013,
23 something like that, but -- it's a few years
24 after I started there that they built the
25 building, but I would have to look it up.

Page 22

1     Q.   Okay.  So you started as an
2 assistant professor at the University of
3 Washington in 2009 or 2010?
4     A.   2009.
5     Q.   Okay.  And were you at some point
6 promoted from assistant professor to some
7 more senior position?
8     A.   Yeah, I was promoted twice.  I
9 think the first time, probably in 2016, to,
10 like, an associate professor, and then --
11 when was that -- two, three years ago to full
12 professor.
13     Q.   And are you still -- through those
14 promotions, are you still affiliated with
15 both the electrical engineering and computer
16 science departments?
17     A.   Yes, I am.
18     Q.   And so today, you are a -- is your
19 title full professor?  What's your current
20 title?
21     A.   Yeah, it's professor.
22     Q.   Professor.  And are you tenured?
23     A.   Yes.  Yes, I am.
24     Q.   When did you receive tenure?
25     A.   That was together with the

Page 23

1 promotion to associate.
2     Q.   Okay.  And I'm a lawyer, so no
3 familiarity with these things, but what does
4 tenure signify in an academic career?
5     A.   Well, I would put it this way.
6 You know, if you're in the career and you
7 don't get tenure, you essentially have to
8 leave the institution and find a different
9 job.  And so by getting tenure, I can
10 essentially remain in this -- you know,
11 continue to do my work at the University of
12 Washington.
13     Q.   Okay.  And tenure is awarded by
14 the university to professors who they want to
15 remain at the institute or the university?
16     A.   Yes, exactly.
17     Q.   All right.  I would like to show
18 you a new exhibit.  I'm going to mark this
19 one as 1130.
20     (Exhibit 1130 was marked for
21     identification.)
22 BY MS. LOUGHRAN:
23     Q.   See that one?  You can open it up.
24 Great.
25         Do you see what's been marked as

Page 24

1 Exhibit 1130 in front of you?
2     A.   Yes.
3     Q.   Do you recognize this document?
4     A.   Yes.  It looks like ███
5 ████████████████.
6     Q.   Is this something that you would
7 have written yourself?
8     A.   Yes.
9     Q.   Okay.  And what is the purpose of
10 ████████████████████?
11     A.   ████████████████████
12 ████████████████████████
13 ██████████████████████████
14 ████████████████████████████
15 ████████████████████████
16     Q.   So this --
17     A.   ██████████████████████
18 ████████████████████████████
19 ████████████████████████
20     Q.   Okay.  I was going to ask you, who
21 is the audience for this type of document?
22     A.   Yes, it's really external experts.
23     Q.   External to the university?
24     A.   University of Washington.
25     Q.   And would these people be



Page 221

1  concluded at 3:47 p.m.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 223

1        ERRATA SHEET
          DO NOT WRITE ON TRANSCRIPT -
2        ENTER CHANGES HERE
          IN RE: SCALE BIOSCIENCES v. PARSE
3        BIOSCIENCES
          CASE NO. 1:22-CV-01597-CJB
4        WITNESS:  GEORG SEELIG
          TAKEN:  08/08/2024
5
    PAGE    LINE    CHANGE    REASON FOR CHANGE
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23    Under penalties of perjury, I declare
      that I have read the foregoing document and
24   that the facts stated in it are true.
25   _____   _____
     Date         Georg Seelig

Page 222

1        CERTIFICATE OF REPORTER
2
3  UNITED STATES DISTRICT COURT )
4  DISTRICT OF DELAWARE )
5
6    I, ERICA FIELD, RDR, CRR, certify that I
7  was authorized to and did stenographically
8  report the deposition of GEORG SEELIG, pages
9  1 through 221; that a review of the
10  transcript was requested; and that the
11  transcript is a true and complete record of
12  my stenographic notes.
13    I further certify that I am not a
14  relative, employee, attorney, or counsel of
15  any of the parties, nor am I a relative or
16  employee of any of the parties' attorney or
17  counsel connected with the action, nor am I
18  financially interested in the action.
19
20    DATED this 19th day of August, 2024.
21
22  *Erica Field*
     _____
     Erica Field, RDR, CRR
23
24
25

**EXHIBIT G**

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SCALE BIOSCIENCES,          ) Civil Action No.
INC.,                       ) 1:22-CV-01597-CJB
                            )
        and                 )
                            )
                            ) REMOTE VIDEO DEPOSITION
ROCHE SEQUENCING            ) OF DR. RICHARD MUSCAT
SOLUTIONS, INC.,            )
                            )
        Plaintiffs,         )
                            )
v.                          )
                            )
PARSE BIOSCIENCES,          )
INC.,                       )
                            )
        Defendant.          )
-----------------------
PARSE BIOSCIENCES,
INC.,

        and

UNIVERSITY OF
WASHINGTON,
        Counterclaim
        Plaintiffs,

v.

SCALE BIOSCIENCES,
INC.,
        Counterclaim
        Defendant.


  REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
WITHOUT AUTHORIZATION FROM THE CERTIFYING
AGENCY



Page 14

1  Ph.D.
2     Q.   Of course.  Of course.  I do
3  understand that.
4          And you studied physics at the
5  University of Oxford?
6     A.   At the University of Nottingham for
7  my undergraduate and Master's, I studied
8  physics.  At the University of Oxford, I was in
9  a physics department, but what I was working on
10 was an area called biophysics.  I was very
11 multidisciplinary.
12         As a foundation, I took something
13 called life sciences interface doctoral
14 training.  That was -- the idea was to take
15 undergraduate master students and teach
16 them about -- who are coming from engineering
17 and physical science and teach them about
18 biology and life sciences.
19         And then after that year, I went
20 into the physics department, into the
21 biophysics subdepartment, condensed matter
22 physics but, yeah, the group was like referred
23 to as biophysics.  And, yeah, worked on
24 biophysics in an area called DNA
25 nanotechnology, so lots of other groups with

Page 15

1  working interface of physical life sciences.
2  So I wouldn't say it's just physics.  It was
3  multidisciplinary.
4     Q.   I understand that.  It does make
5  sense.
6          In the course of your work at the
7  University of Oxford, did you do any work on
8  single-cell sequencing?
9     A.   No, I didn't do single-cell
10 sequencing.  I did do some standard sequencing
11 or looked at sequencing as part of some
12 projects I was working on with nucleic acids.
13    Q.   But that sequencing wasn't
14 single-cell sequencing?
15    A.   No.
16    Q.   And in the course of your work at
17 the University of Oxford, did you do any
18 split-pool barcoding work?
19         ATTORNEY VIRA:  Objection,
20 foundation, vague.
21         THE WITNESS:  Not in -- no.
22 BY ATTORNEY DUNCAN SMITH:
23    Q.   And at the University of Nottingham,
24 did you do any single-cell sequencing?
25    A.   No.  As stated, I was doing straight

Page 16

1  up physics, so yeah.
2     Q.   And the same answer for split-pool
3  barcoding at the University of Nottingham?
4          ATTORNEY VIRA:  Objection --
5  sorry, Dr. Muscat.  Give me a moment to
6  respond.  Objection, foundation, vague.  Go
7  ahead.
8          THE WITNESS:  I wasn't doing
9  research of that nature at the University of
10 Nottingham, no.
11 BY ATTORNEY DUNCAN SMITH:
12    Q.   And just to complete -- just to get
13 the complete picture, I understand you spent
14 some time at Fudan University?
15    A.   Uh-huh.
16    Q.   Is that in China or Japan?
17    A.   China.
18    Q.   And you studied physics there as
19 well?
20    A.   Physics-related project as part of
21 my Master's, undergraduate Master's degree.
22    Q.   Now, subsequent to getting your
23 Doctorate of Philosophy at the University of
24 Oxford, I understand that you did a
25 post-doctoral research associateship at the

Page 17

1  University of Washington; is that correct?
2     A.   Correct, yeah.
3     Q.   And was that, roughly, from
4  September 2011 to November 2014?
5     A.   Correct.
6     Q.   And at the University of Washington,
7  were you in Dr. Georg Seelig's lab the entire
8  time?
9     A.   Correct.
10    Q.   And can you describe for me the work
11 that you were doing in the Seelig lab?
12    A.   I worked in a few different areas.
13 It might be a little of a longer answer.
14    Q.   Can you give me some of them?
15    A.   Yeah.  It is quite a range of
16 projects.  Initially I worked on more DNA
17 nanotechnology and that was DNA logic gates, so
18 that was sort of a similar area to what I was
19 doing during my Ph.D., but then I was also
20 working in another area, synthetic biology and
21 mammalian cells, so that's moving a lot more
22 into mammalian -- yeah, working with mammalian
23 cells, and some of those projects were like
24 characterizing mRNA expression in single
25 mammalian cells.  So there's a synthetic



Page 166

```
 1              ATTORNEY DUNCAN SMITH:  Okay.
 2   I believe we're done, then.
 3              THE COURT REPORTER:  Before we
 4   go off the record, could I just get the
 5   transcript orders?
 6              ATTORNEY DUNCAN SMITH:  I'm
 7   sure on our end we have a standing order with
 8   you, so I won't disturb that.
 9              ATTORNEY VIRA:  Same with us.
10              THE COURT REPORTER:  Is there
11   any rush on the transcript or is that part of
12   the standing order?
13              ATTORNEY DUNCAN SMITH:  That
14   would be part of our standing order.
15              ATTORNEY VIRA:  Same.
16              THE VIDEOGRAPHER:  This
17   concludes the deposition of Richard Muscat.  We
18   are going off the record at 12:32 p.m.
19              (At 12:32 p.m., the deposition was
20   concluded.  Signature was waived.)
21
22
23
24
25
```

Page 167

```
 1   COMMONWEALTH OF PENNSYLVANIA    )
                                    ) SS
 2   COUNTY OF ALLEGHENY            )
 3              CERTIFICATE
 4      I, Karen A. Nickel, a notary public in and
     for the Commonwealth of Pennsylvania, do hereby
 5   certify that the witness, TOM ULRICH, was by me
     first duly sworn to testify the truth, the
 6   whole truth, and nothing but the truth; that
     the foregoing deposition was taken at the time
 7   and place stated herein; and that the said
     deposition was recorded stenographically by me
 8   and then reduced to typewriting under my
     direction, and constitutes a true record of the
 9   testimony given by said witness.
10      I further certify that the inspection,
     reading and signing of said deposition were
11   waived by counsel for the respective parties
     and by the witness.
12
        I further certify that I am not a
13   relative, employee or attorney of any of the
     parties, or a relative or employee of either
14   counsel, and that I am in no way interested
     directly or indirectly in this action.
15
        IN WITNESS WHEREOF, I have hereunto set my
16   hand and affixed my seal of office this 25th
     day of August, 2024.
17
18
             /S/ Karen A. Nickel
19           Notary Public
             Registered Professional Reporter
20           Certified Realtime Reporter
21           My Commission Expires:
             March 19, 2028
22           Commission No. 1120579
23
24
25
```

43 (Pages 166 to 167)




**EXHIBIT H**

**1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------x
SCALE BIOSCIENCES, INC. and ROCHE
SEQUENCING SOLUTIONS, INC.,
                Plaintiffs,
   v.                 C.A. No.
                  1:22-cv-01597-CJB
PARSE BIOSCIENCES, INC.,
            Defendant.
--------------------------------x
PARSE BIOSCIENCES, INC. and
UNIVERSITY OF WASHINGTON,
      Counterclaim-Plaintiffs,
   v.
SCALE BIOSCIENCES, INC.,
      Counterclaim-Defendant.
--------------------------------x

VIDEOTAPED DEPOSITION of
ALEXANDER K. SHALEK, Ph.D.
Boston, Massachusetts
Friday, January 17, 2025
9:23 a.m.

Reporter: Michael D. O'Connor, RMR, CRR, CRC

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

**2**

```
 1          Friday, January 17, 2025
 2                  9:23 a.m.
 3
 4
 5          VIDEOTAPED DEPOSITION of ALEXANDER
 6  K. SHALEK, Ph.D., held at the Offices of
 7  Wolf, Greenfield & Sacks, P.C., 600 Atlantic
 8  Avenue, Boston, Massachusetts, pursuant to
 9  notice, before Michael D. O'Connor,
10  Registered Merit Reporter, Certified
11  Realtime Reporter, Certified Realtime
12  Captioner.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**3**

```
 1  A P P E A R A N C E S:
 2
 3  ATTORNEYS FOR PARSE BIOSCIENCES, INC. and
 4  UNIVERSITY OF WASHINGTON:
 5     STERNE, KESSLER, GOLDSTEIN & FOX, PLLC
 6     1101 K Street, NW, 10th Floor
 7     Washington, D.C. 20005
 8     (202) 371-2600
 9     BY:   BYRON PICKARD, ESQ.
10            bpickard@sternekessler.com
11            LOUIS P. PANZICA, JR., ESQ.
12            lpanzica@sternekessler.com
13            R. WILSON POWERS, III, Ph.D.
14            tpowers@sternekessler.com
15
16  ATTORNEYS FOR SCALE BIO AND THE WITNESS:
17     WOLF, GREENFIELD & SACKS, P.C.
18     600 Atlantic Avenue
19     Boston, Massachusetts 02210
20     (617) 646-8000
21     BY:   STUART V.C. DUNCAN SMITH, ESQ.
22            sduncansmith@wolfgreenfield.com
23
24  Also Present:  Gayle Ashton, Videographer
25
```

**4**

```
 1              I N D E X
 2  Deposition of:              Page
 3  ALEXANDER K. SHALEK, Ph.D.
 4    By Mr. Pickard             7
 5
 6
 7            E X H I B I T S
 8  No.                        Page
 9  Exhibit 1   October 10, 2024 Opening
10            Expert Report of Alex K.
11            Shalek, Ph.D. Regarding
12            Invalidity of the
13            Challenged Parse Claims    56
14  Exhibit 2   December 13, 2024 Reply
15            Expert Report of Alex K.
16            Shalek, Ph.D. Regarding
17            Invalidity of the
18            Challenged Parse Claims    56
19  Exhibit 3   November 12, 2024 Rebuttal
20            Expert Report of Alex K.
21            Shalek, Ph.D. Regarding
22            Invalidity Non-Infringement
23            of the Asserted Parse
24            Claims                     56
25
```

1 (Pages 1 to 4)



245

1  was communicated between you and the Scale
2  attorneys; is that your position?
3      A.    Can you repeat the previous
4  question?
5      Q.    Yes.  Do you know how it is that
6  ███████████████████████████████████████
7  ███████████████████████████████? It's a
8  yes or no question.
9          MR. DUNCAN SMITH:  I'll have the
10  same objection and caution.  Doctor, is
11  this a question that would be of benefit
12  if we spoke about on the issue of
13  privilege?
14          THE WITNESS:  Let's have a
15  sidebar.
16          MR. PICKARD:  That's fine.
17          THE VIDEOGRAPHER:  The time is
18  5:21.  We're going off the record.
19          (Off the record at 5:21 p.m. and
20  reconvening at 5:27 p.m.)
21          THE VIDEOGRAPHER:  We are back on
22  the record.  The time is 5:27.
23  BY MR. PICKARD:
24      Q.    Do you know how it is the █████
25  ███████████████████████████████████████

246

1  ███████████████████████████?
2      A.    I do not know how it is that ████
3  ███████████████████████████████████████
4  ███████████████████████████████████████
5  ████████████████████, just to clarify.
6      Q.    I'm sorry.  It's getting late.
7  Why don't I repose the question.
8      A.    I'll say it the way that I
9  understand it and you tell me if it's wrong.  I
10  do not know how ████████████████████████
11  ███████████████████████████████████████.
12      Q.    All right.  Let's kind of circle
13  back.  At the beginning of the day you and I
14  explored how cDNA is typically created, and
15  we've got the RT transcriptase, reverse
16  transcriptase, and it creates a complement to a
17  RNA to generate the cDNA, right, at a high
18  level, obviously?
19      A.    At a high level, reverse
20  transcriptase will append nucleotides to a
21  primer to create a cDNA molecule bound to that
22  mRNA.
23      Q.    And the way that it -- does that
24  happen one nucleotide at a time?
25          MR. DUNCAN SMITH:  Objection.

247

1      Vague.
2      A.    Can you clarify what the question
3  is?
4      Q.    I think you said that the
5  transcriptase will create the complement by the
6  addition of the nucleotide, the appending of
7  the nucleotides.  The way that the enzyme, the
8  transcriptase works, does it add those one at a
9  time?
10          MR. DUNCAN SMITH:  Objection.
11  Mischaracterization.  Vague.
12      A.    A reverse transcriptase will
13  append one nucleotide at a time to a -- to the
14  existing cDNA strand as it goes through the
15  process of reverse transcription.
16      Q.    Okay.  If you could look at Shalek
17  3, which is your rebuttal report on
18  infringement.  I'd like you to turn to
19  Paragraph 401, please.  Are you there?
20      A.    I see Paragraph 401 on Page 234 of
21  my rebuttal report.
22      Q.    Okay.  There you stated,
23  "███████████████████████████████████████
24  ███████████████████████████████████████
25  ████████████████████████████████████."

248

1      Do you see that?
2          MR. DUNCAN SMITH:  Objection.
3  Mischaracterization.
4      A.    I see the statement at the start
5  of Paragraph 401, which is part of a longer
6  phrase that says, "████████████████████████
7  ███████████████████████████████████████
8  ███████████████████████████████████████
9  ███████████████████████████████████████
10  ████████████████," which additional text that
11  follows.
12      Q.    All right.  Did you perform any
13  investigation to make yourself able to state
14  that fact?  That's a yes or no question.
15          MR. DUNCAN SMITH:  Objection.
16  Vague.
17      A.    Can you repeat the question one
18  more time now that I found it?
19      Q.    Yes.  Did you do any investigation
20  to provide a basis for the statement that I've
21  just read to you?
22          MR. DUNCAN SMITH:  Objection.
23  Vague.
24      A.    The answer to your question is,
25  yes, I have done some investigation to support

62 (Pages 245 to 248)

1/17/2025                Scale Biosciences, Inc. et al. v. Parse Biosciences, Inc.          Alexander K. Shalek, Ph.D.

285

1                    C E R T I F I C A T E

2

3             I, Michael O'Connor, Registered

4    Merit Reporter/Certified Realtime Reporter,

5    do hereby certify:

6             That ALEXANDER K. SHALEK, Ph.D.,

7    the witness whose testimony is hereinbefore

8    set forth, was duly sworn by me and that

9    such testimony is a true and accurate record

10   of my stenotype notes taken in the foregoing

11   matter to the best of my knowledge, skill

12   and ability.

13             IN WITNESS WHEREOF, I have hereunto

14   set my hand and Notarial Seal this 17th day

15   of January 2025.

16

17

18             *Michael O'Connor*

19

20        MICHAEL O'CONNOR, RMR, CRR, CRC

21                  Notary Public

22

23

24   My Commission expires:

25   November 9, 2029

# EXHIBIT I

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
- - - - - - - - - - - - - - - - - - - - x
SCALE BIOSCIENCES, INC. and
ROCHE SEQUENCING SOLUTIONS, INC.,

       Plaintiffs,

                 Civil Action No.:
   -against-         1:22-cv-01597-CJB

PARSE BIOSCIENCES, INC.,

       Defendant.

- - - - - - - - - - - - - - - - - - - - x
PARSE BIOSCIENCES, INC., and
UNIVERSITY OF WASHINGTON,

       Counterclaim-Plaintiffs,

   -against-

SCALE BIOSCIENCES, INC.,

       Counterclaim-Defendant.

- - - - - - - - - - - - - - - - - - - - x


       Deposition of RAHUL SATIJA, PH.D.,
taken pursuant to notice, was held at
the law offices of KILPATRICK TOWNSEND &
STOCKTON LLP, 3 Times Square, New York,
New York, commencing January 22, 2025,
9:05 a.m., on the above date, before
Leslie Fagin, a Court Reporter and
Notary Public in the State of New York.

            - - -


  MAGNA LEGAL SERVICES - (866) 624-6221



Page 22

1              R. Satija
2    meeting.
3         Q.   Did anyone participate in the
4    meeting remotely?
5         A.   No, nobody participated in the
6    meeting remotely.
7         Q.   Now, referring to the meeting you
8    mentioned yesterday, when did that meeting
9    begin?
10        A.   I can't remember exactly what time,
11   but again, it was in the morning.
12        Q.   When did the meeting end?
13        A.   In the late afternoon.
14        Q.   Who was present at that meeting?
15        A.   So there were two attorneys in
16   addition to myself present at that meeting,
17   Trey Powers and Chris Gallo.
18        Q.   Did anyone participate in that
19   meeting remotely?
20        A.   Nobody participated in that meeting
21   remotely.
22        Q.   During either of those meetings,
23   did you make any calls to anyone or receive
24   calls from anyone?
25        A.   I talked to my wife over the course

Page 23

1              R. Satija
2    of the day, but I don't think that would be
3    part of the meeting, if that's what you are
4    asking.
5         Q.   Besides your wife, did you speak
6    with anyone who was not present at the
7    meeting as part of your preparation?
8         A.   As part of my preparation, no.  I
9    did speak to other people over the course of
10   the day, but I wouldn't consider that to be
11   part of the meeting or part of my preparation
12   for this deposition.
13        Q.   Have you discussed this case with
14   any of the other experts in this matter?
15        A.   No, I have not.
16        Q.   You have not discussed this case
17   with Dr. Lior Pachter?
18        A.   I have not discussed this case with
19   Dr. Lior Pachter.
20        Q.   Have you discussed this case with
21   anyone at Parse Biosciences?
22        A.   I have not discussed this case with
23   anyone at Parse Biosciences.
24        Q.   Did you take any notes during your
25   preparation for this deposition, whether at

Page 24

1              R. Satija
2    the meeting or outside those meetings?
3         A.   No, I didn't take any notes.
4         Q.   Did you make any annotations on
5    your expert reports during your preparation
6    for this deposition?
7         A.   No, I didn't make any annotations
8    on my reports.
9         Q.   So I would like to discuss your
10   educational background.
11        A.   Of course.
12        Q.   Is it correct that you have a
13   bachelor's degree, a BAC in biology, music
14   and mathematics?
15        A.   Yes, that's correct.
16        Q.   From Duke University?
17        A.   Yes, that's correct.
18        Q.   And did you receive your BSE in
19   2006?
20        A.   I did.
21             I'm just going to turn to my
22   section of my report while you are going
23   through this while we discuss my background,
24   but as I say in my reports, I assume I say in
25   my report, I did receive by BSE from Duke

Page 25

1              R. Satija
2    University in biology, mathematics and music.
3         Q.   That was in 2006, right?
4         A.   That was in 2006.
5         Q.   And then you have a DPhil in
6    statistics from the University of Oxford, is
7    that correct?
8         A.   Yes, in 2010 I received my DPhil
9    statistics at the University of Oxford which
10   I attended on a rowing scholarship.
11        Q.   DPhil is the abbreviation that
12   Oxford uses for a Ph.D., is that correct?
13        A.   That's correct, DPhil stands for
14   doctor of philosophy.
15        Q.   Was that degree conferred on you in
16   2010?
17        A.   Yes, I received my DPhil in 2010.
18   I'm not sure this is exactly what you are
19   asking, but there is a very -- Oxford,
20   actually I think we both know, is a very
21   formal place and they have a graduation
22   ceremony which may be the official moment
23   when your degree is actually conferred and I
24   have not actually gone to that graduation
25   ceremony.  That doesn't mean I don't have my

R. Satija

1
2    to be awarded my DPhil degree which might be
3    what you are about to ask me about.
4        Q.   So is the exam you have just been
5    talking about, you are referring to your Viva
6    exam?
7        A.   No, I was not referring to my Viva
8    exam.
9        Q.   What exam other than your Viva were
10   you referring to?
11       A.   So I was referring to my qualifying
12   exam and it might have a slightly different
13   name.  In the U.S., it's typically called a
14   qualifying exam, I think in Oxford, it has
15   the same name, but they have many formal
16   titles for things and it might be slightly
17   different.  Certainly it's not conducted in
18   Latin.
19           And I think that's at the end of my
20   first year that I would have taken that exam
21   and that is a required exam that you have to
22   pass in order to proceed with your degree and
23   they do cover topics related to your thesis
24   proposal, but they also cover your background
25   and key technical and foundational ideas and

R. Satija

1
2    aspects in your field of interest.  So they
3    ask a number of broad questions and so I had
4    to pass that exam as well.
5        Q.   That exam which you refer to as the
6    qualifying exam, was conducted about one year
7    into your DPhil studies, is that correct?
8        A.   Approximately, there is some
9    flexibility, but I believe it's conducted at
10   some point around the one-year mark.
11       Q.   Apart from that qualifying exam, is
12   it correct the only other exam you had to
13   pass was an oral exam called a Viva on your
14   thesis?
15       A.   I believe that's right, and I think
16   that's quite standard in a Ph.D. degree.
17   Obviously, there are quite a number of
18   requirements and paper that I published in
19   the areas that I developed expertise in.
20           And then in my undergraduate degree
21   where I took a variety of graduate level
22   coursework, I had many exams that I had to
23   pass, both oral and written exams which were
24   relevant for my admission into the DPhil
25   degree, but I think as part of the DPhil,

R. Satija

1
2    it's standard for there to be two exams that
3    have to be passed.  One would be a qualifying
4    exam and one would be a final Ph.D. exam
5    known as the Viva or the Defense and I
6    believe that's standard in both the U.S. and
7    Britain.
8        Q.   Is it accurate that the focus of
9    your doctoral thesis was on statistical
10   analysis of DNA sequencing data?
11       A.   Yes, that's correct.  The focus of
12   my analysis was on DNA sequencing data and I
13   worked and learned an enormous amount about
14   how to generate, analyze and interpret DNA
15   sequencing data.
16       Q.   What was the title of your thesis?
17       A.   It was 15 years ago and I'm not
18   sure I can remember the exact title.  I can
19   tell you, I'm very happy to discuss the
20   papers and subject matter I covered.  I just
21   don't think I can remember the exact title
22   sitting here today.
23       Q.   Was your thesis entitled
24   Identifying Cis Regulatory Sequences With
25   Statistical Alignment?

R. Satija

1
2        A.   It's certainly possible.  I just
3    honestly can't remember the exact title.  I
4    think what you just said identifying cis
5    regulatory sequences for statistical
6    alignment does certainly pertain and would be
7    a reasonable summary of my graduate work in
8    general.
9            Some of the things I worked on were
10   identifying and understanding and utilizing
11   technologies to generate high throughput DNA
12   sequencing data and then after generating
13   that data, learning how to analyze and
14   interpret it with the goal, for example, of
15   identifying cis regulatory elements.
16           So that's a reasonable summary of
17   my Ph.D. work and that may be the exact title
18   of my thesis.  I don't think I listed the
19   title of my thesis in my report and if I do,
20   please point me to that and I can confirm it.
21   I just can't remember the exact title.
22       Q.   Your DPhil thesis included analysis
23   and interpretation of DNA sequencing data, is
24   that correct?
25       A.   So my DPhil thesis included a

MAGNA
LEGAL SERVICES

1            R. Satija
2  number of elements, as I said, including how
3  to generate high throughputs DNA sequencing
4  data, but also how to analyze and how to
5  interpret.
6       Q.  Did you yourself generate the
7  sequencing data that you interpreted and
8  analyzed in your DPhil thesis?
9       A.  I generated DNA sequencing data,
10  but not all of the DNA sequencing data that I
11  utilized in my thesis.  I think many
12  scientists, if not all scientists, utilize
13  additional data that they themselves did not
14  generate.
15       Q.  How did you generate the DNA
16  sequencing data that you analyzed in your
17  DPhil thesis?
18       A.  So I performed experimental
19  techniques that are used and being able to
20  generate DNA sequencing data.  I started
21  training on those techniques as a Ph.D.
22  student and that training in both
23  experimental and computational biology
24  continued as I progressed as a training
25  fellow at the medical research council, as a

1            R. Satija
2  post-doctoral fellow at the Broad Institute
3  of Harvard and MIT and as an independent
4  group leader and faculty member and professor
5  at the New York Genome Center and at New York
6  University.  And in each of those roles, I
7  have generated both personally and in my lab,
8  extensive DNA sequencing data.
9       Q.  What experimental techniques did
10  you use to generate sequencing data as part
11  of your thesis work?
12       A.  So I used quite a variety of
13  experimental techniques, both during my
14  thesis, but also, as I said, as I continued
15  my training as a post-doctoral fellow as a
16  medical research council training fellow as a
17  professor, but in particular, I utilized
18  next-generation sequencing technologies.
19       Q.  Any other techniques that you used
20  as part of your Ph.D. thesis work to generate
21  data?
22       A.  Certainly.  I used a wide variety
23  of experimental techniques.  I don't think I
24  form -- I'm happy to give you a broad list of
25  techniques that I have detailed familiarity

1            R. Satija
2  with.
3       I would be hesitant to say with
4  certainty exactly what experiment I performed
5  at which stage of my career, but certainly as
6  a Ph.D. student, I used an extensive set of
7  experimental techniques related to next-
8  generation sequencing and throughout my
9  career I've utilized quite a variety of both
10  experimental and computational techniques.
11       Q.  Please list the experimental
12  techniques that you used as part of your
13  Ph.D. thesis work while you were at the
14  University of Oxford?
15       And by experimental techniques, I'm
16  referring to the ones that you used at the
17  University of Oxford to generate sequencing
18  data.
19       A.  So my research when I was in
20  Britain utilized a variety of techniques.  It
21  was 15 years ago so I cannot give you a
22  comprehensive list of every technique that I
23  used.  I simply can't do that 15 years ago.
24       I'm happy to give you some
25  representative examples of techniques that I

1            R. Satija
2  used, if that would answer your question, but
3  I can't give you a comprehensive list.
4       Q.  Please name the experimental
5  techniques that you can recall using at the
6  University of Oxford to generate sequencing
7  data?
8       A.  So for example, again, this is not
9  a comprehensive list, but I'm happy to list
10  experimental techniques that I used.
11       I used PCR, I used a technology
12  known as RNA-Seq which I discuss in my
13  report.  I use a technology known as
14  CHIP-Seq, which I discuss, that's spelled
15  C-H-I-P, hyphen, S-E-Q.  So that is a subset
16  of overall experimental techniques that I've
17  used, that I used as a Ph.D. student.
18       Over the course of my career, I've
19  used dozens of experimental techniques and
20  developed many experimental techniques
21  related to next-generation sequencing
22  analysis, including at the single-cell level,
23  including at the spacial level and to measure
24  a variety of molecular modalities, including
25  RNA and DNA and protein.  So I think that

Page 38

```
 1              R. Satija
 2   answers your question.
 3        Q.   What experimental techniques have
 4   you developed to generate sequencing data as
 5   opposed to interpreting sequencing data?
 6        A.   You would like a list, is that
 7   correct?
 8        Q.   A list, yes.
 9        A.   All right.  So I will give you a
10   long list.  Again, I apologize if it's not
11   every single experimental technique that I
12   have developed, but you asked me to list them
13   for you.
14        So in my report, for example, in
15   appendix A, I list a variety of publications
16   that my lab has authored describing the
17   research that we do and that includes the
18   development of new experimental techniques
19   that can be used to generate, not only to
20   analyze, but to generate next-generation
21   sequencing data and for the purposes of your
22   question, I will discuss new techniques that
23   we pioneered.
24        So one example, and I will just
25   list them, it may take some time, but you
```

Page 39

```
 1              R. Satija
 2   asked me to do that, is listed in my report
 3   in appendix A and it was a paper that appears
 4   in the second page called Phospho-Seq and it
 5   says -- the title is Phospho-Seq Integrated
 6   Multimodal Profiling of Intracellular Protein
 7   Dynamics In Single Cells.
 8        So to briefly summarize, this is a
 9   single-cell next-generation sequencing
10   technology that was developed in my lab that
11   is utilized to measure intracellular protein
12   dynamics along with additional molecular
13   modalities such as DNA and RNA single cells
14   and that technique generates next-generation
15   sequencing data.
16        I will give you another example
17   which is the next publication that's listed
18   there.  That publication is titled Efficient
19   Combinatorial Targeting of RNA Transcripts In
20   Single Cells With KAS 13 RNA Perturb-Seq.
21        That publication describes a
22   technology developed in my lab where we
23   develop a strategy to be able to
24   combinatorially perturb multiple RNA
25   transcripts and to sequence the results of
```

Page 40

```
 1              R. Satija
 2   those preservations in a massively multiplex
 3   manner using single-cell RNA sequencing.
 4   That is a new technology that we have
 5   developed to generate next-generation
 6   sequencing data.
 7        Since you asked me for a list, I
 8   will continue.  One technology that we
 9   developed is a paper titled Cell Hashing With
10   Barcoded Antibodies Enables Multiplexing and
11   Double Protection For Single-Cell Genomics.
12        You can see that that paper
13   describes a new technology known as cell
14   hashing and briefly what that technology does
15   is it enables the multiplexing of different
16   samples together followed by profiling with
17   single-cell sequencing using barcoded
18   antibodies.
19        That's a technology we developed in
20   my lab that generates next-generation
21   sequencing data and is very widely used in
22   the community and, in fact, I think actually
23   Dr. Shalek routinely uses this technology in
24   his laboratory.
25        Q.   Which publication are you referring
```

Page 41

```
 1              R. Satija
 2   to now?
 3        A.   That was the publication titled
 4   Cell Hashing.
 5        Q.   Which page of your CV?
 6        A.   That's on the fourth page.
 7        Another experimental technology
 8   that we have developed is titled
 9   Characterizing Cellular Heterogeneity In
10   Chromatin States with SC Cut and Tag Pro.
11        That manuscript describes a
12   technology which was developed in my lab for
13   being able to measure the chromatin state of
14   single cells alongside additional molecular
15   modalities such as proteins.
16        That's a technology that we
17   developed and is used to generate
18   next-generation sequencing data.
19        There are many other examples in
20   the CV and I'm very happy to go through those
21   with you if you would like of experimental
22   technologies that we have developed.
23        Actually, the technologies that I
24   just listed now are a subset of the ones that
25   we have published and where my name on the
```

1        R. Satija
2   publication is listed as the last or senior
3   author indicating I took primary
4   responsibility for the development of those
5   technologies.
6        But your question wasn't limited to
7   those cases, you asked generally, what
8   technologies I developed and so there are
9   others and I will just list one more which is
10  a technology described in the paper titled
11  Large Scale Simultaneous Measurements of
12  Epitope and Transcriptomes In Single Cells.
13  That's a technology that is called CITE-Seq,
14  spelled C-I-T-E, hyphen, S-E-Q, and describes
15  a technology for simultaneously profiling RNA
16  and protein molecules and single cells and
17  that technology generates next-generation
18  sequencing data and is also a technology that
19  actually both Dr. Shalek and Dr. Sims use and
20  Dr. Pachter use routinely in their labs.
21      Q.  Have you personally performed any
22  experiments in which you made cDNA by reverse
23  transcription in fixed cells?
24      A.  Yes, I have personally performed
25  experiments -- do you mind just making sure I

1        R. Satija
2   heard the question precisely, do you mind
3   repeating the question.
4       Q.  Have you personally performed
5   experiments in which you made cDNA by reverse
6   transcription inside fixed cells?
7       A.  So I have supervised experiments in
8   my lab where we have -- where my, for
9   example, my Ph.D. students who I supervise or
10  my post-doctoral fellows who I supervise have
11  done those experiments.
12      Q.  Is it accurate that you have never
13  personally performed those experiments?
14      A.  You know, I just can't say with
15  certainty categorically, one way or another.
16      I have certainly generated reverse
17  -- I have certainly generated cDNA.  I just
18  can't say categorically whether I have done
19  that in fixed cells.  I can say with
20  certainty of a large experimental team, we
21  have, you know, I think close to 20 people on
22  our team and so it's my job as a professor to
23  supervise the work of those students and
24  post-doctoral fellows and I'm certain they
25  have, under my supervision, performed

1        R. Satija
2   experiments which have generated cDNA using
3   reverse transcription from fixed cells.
4       I also do experimental work, even
5   on a routine basis, but I just can't say with
6   certainty whether I did that experiment.
7       Q.  Have you personally performed any
8   experiments in which you performed split pool
9   synthesis of cell origin barcodes?
10      MR. GALLO:  Objection, form.
11      A.  So I think that's -- I would
12  appreciate if you can clarify the question.
13  I'm not sure that's like a precisely defined
14  term in the field, split pool synthesis of
15  cell origin barcodes, if you can clarify what
16  you mean by that.
17      Q.  Do you have an understanding of
18  what split pool synthesis is?
19      A.  I am certainly aware of the term,
20  but also, it does have multiple meanings
21  depending on different contexts and it is
22  used by different people in different ways.
23      I've been working in the
24  single-cell field for quite a while now and
25  I've heard that term been used in different

1        R. Satija
2   ways and different contexts so I'm not sure
3   exactly what you mean when you say split pool
4   synthesis.
5       Q.  Have you performed any experiments
6   in which components of barcodes were added
7   during successive rounds of splitting and
8   pooling in fixed cells?
9       MR. GALLO:  Objection, form.
10      A.  Do you mind repeating the question.
11      Q.  Have you performed any experiments
12  in which components of barcodes were added
13  during successive rounds of splitting and
14  pooling fixed cells?
15      MR. GALLO:  Objection, vague.
16      A.  I'm just not sure exactly what you
17  mean.  As I said, I'm not even sure exactly
18  what you mean by split and pool synthesis,
19  I'm not sure what you mean by components of
20  barcodes.  I just, I'm not sure I completely
21  understand your question.
22      Q.  Have you ever performed experiments
23  in which you extracted nuclei from cells?
24      MR. GALLO:  Objection, form.
25      A.  So I don't believe I personally

MAGNA
LEGAL SERVICES

Page 46

1                R. Satija
2   performed those experiments.
3        Q.   Have you personally performed any
4   experiments in which you barcoded target
5   molecules in fixed cells?
6             MR. GALLO:  Objection, vague.
7        A.   Yeah, I'm not sure I can completely
8   understand the question or the context in
9   which you are asking it, especially what you
10  mean by barcoding and especially what you
11  mean by target molecules.
12            Certainly I have an understanding
13  -- I'm aware of those terms, but they are
14  used quite widely and in different ways and
15  different contexts in the field so I don't
16  think I fully understand your question.
17       Q.   Have you personally performed any
18  experiments in which you added cell origin
19  barcodes to cDNA molecules in fixed cells?
20            MR. GALLO:  Objection, vague.
21       A.   So I'm not entirely sure.  Again, I
22  understand exactly what your question is
23  asking.  I'm familiar with many of these
24  terms in isolation, of course I know what the
25  definition of added is in a general context,

Page 47

1                R. Satija
2   but I'm not sure exactly how you mean it
3   here.  And I also am aware that people use
4   barcodes to denote cell of origin, but I'm
5   not exactly sure how that relates to your
6   question.  So I think it's a broad question
7   and I'm not quite sure exactly what you mean.
8        Q.   Have you ever personally used any
9   of the kits that Parse sells?
10       A.   So I have supervised -- let me slow
11  down.  I have not personally used any of the
12  experimental kits that Parse sells.
13       Q.   Have you ever personally used any
14  of the kits that Scale Biosciences sells?
15       A.   I have not personally used any of
16  the kits that Scale Biosciences sells.
17       Q.   Now, you've testified that you have
18  a bachelor of science degree in biology and
19  music and mathematics, correct?
20       A.   Yes, that's correct.
21       Q.   You also have a DPhil degree in
22  statistics, correct?
23       A.   Yes, that's correct.
24       Q.   Is it accurate that you have no
25  other degrees besides your bachelor of

Page 48

1                R. Satija
2   science and your DPhil degree?
3        A.   Yes, I believe that's correct.
4        Q.   You do not have a master's degree,
5   is that correct?
6        A.   I have a bachelor's degree and a
7   Ph.D.  I did not pursue a separate master's
8   degree.
9        Q.   Is it accurate that you do not have
10  a Ph.D. or a master's degree in molecular
11  biology?
12       A.   So my Ph.D., the title of the
13  degree originates from the department where
14  it was located which is statistics, but as I
15  discussed, I have extensive training and
16  utilized extensive cutting-edge techniques in
17  molecular biology during my Ph.D. degree, but
18  the official title of my Ph.D. degree is in
19  statistics.
20       Q.   Your Ph.D. degree was not awarded
21  in molecular biology, correct?
22       A.   I actually don't believe it was
23  possible for there to be a Ph.D. degree at
24  Oxford awarded in molecular biology.  I don't
25  think that was an option.  I don't think

Page 49

1                R. Satija
2   anyone has a Ph.D. degree in molecular
3   biology to my knowledge at the time that I
4   was there.
5        Q.   It's accurate that you don't have
6   such a degree, correct?
7        A.   So as I said, my Ph.D. degree is in
8   statistics, but I utilized extensive
9   molecular biology techniques and cutting-edge
10  molecular biology techniques during my
11  training.
12       Q.   Is it accurate that you don't have
13  a Ph.D. degree in genetics?
14       A.   So again, my Ph.D. degree is --
15  comes from the departments -- the name of the
16  department where my supervisor was employed,
17  but for example, I worked extensively in
18  genetic analysis.  The building in which my
19  office was located was titled the Oxford
20  Center for Gene Function so I did extensive
21  work in genetics, but my Ph.D. degree is
22  formally in statistics.
23       Q.   And not in genetics, correct?
24       A.   I think I answered your question.
25  I will say it again.  I did extensive work in

MAGNA
LEGAL SERVICES

Page 50

R. Satija

1    genetics during my Ph.D. degree.  My office
2    was located in a building called the Oxford
3    Center For Gene Function.
4        I pursued advanced training and
5    utilized advance techniques in genetics, but
6    my Ph.D. is not formally listed in genetics,
7    it is listed as in statistics because that is
8    the name of the department in which my
9    supervisor was employed.
10       Q.   Is it accurate that you do you not
11   have a Ph.D. degree in biochemistry?
12       A.   So again, my Ph.D. degree is
13   formally in statistics.  I do have extensive
14   training and experience that I developed
15   during my Ph.D. using both molecular biology,
16   genetics and biochemical approaches, but my
17   Ph.D. formally is in statistics.
18       Q.   Is it accurate that you do not have
19   a Ph.D. in biophysics?
20       MR. GALLO:  Asked and answered.
21       A.   So I think I've answered your
22   question.  You can go through this and list
23   every possible other discipline -- other word
24   that is relevant to this case, but I think

Page 51

R. Satija

1    the -- what I've been trying to say is that
2    my Ph.D. involved advanced training in a
3    number of fields, but you typically, when you
4    are awarded a Ph.D., that is in one area
5    which is related to the department that you
6    are employed in.
7        So I did receive extensive training
8    in molecular biology, biochemistry and
9    genetics and advanced techniques in those
10   fields, but my Ph.D. degree is in statistics.
11       Q.   Is it accurate that you do not have
12   a Ph.D. degree in chemistry?
13       MR. GALLO:  Objection, asked and
14   answered.
15       A.   I think I answered your question.
16       Q.   I have not asked that question
17   before so I'm asking it now.
18       Is it accurate that you do not have
19   a Ph.D. degree in chemistry?
20       MR. GALLO:  Same objection.
21       A.   So during my Ph.D., I did perform
22   extensive multidisciplinary work, I trained
23   and performed in advanced techniques from
24   multiple fields including the molecular

Page 52

R. Satija

1    biology, genetics, chemistry and biochemistry
2    and my Ph.D. degree is formally in
3    statistics.
4        Q.   When did you first become aware of
5    Parse Biosciences?
6        A.   I can't remember exactly when I
7    first became aware of the company.
8        I also know that -- I think they
9    changed their name maybe at some point so I
10   couldn't give you an exact answer, but I
11   certainly am aware of them now and I was
12   aware of them before I was retained in this
13   case.
14       Q.   Were you aware of Parse when their
15   name was Split Bio?
16       A.   I can't say for certain, it was a
17   while ago and I just can't remember exactly
18   when I became aware of them.
19       Q.   How did you first become aware of
20   Parse, whether under its present name or when
21   it was called Split Bio?
22       A.   So as I say in my reports, you
23   know, I am a core faculty member at the New
24   York Genome Center and a professor of biology

Page 53

R. Satija

1    at New York University and I have a
2    particular familiarity and expertise with
3    genomic technologies for the analysis of
4    nucleic acids present in minuscule samples
5    and that includes, for example, technologies
6    that allow for the analysis of nucleic acids
7    present in single cells.
8        So this is a field that I have
9    worked in since the creation of my lab in
10   2014 and so I'm generally familiar with
11   developments in this field and keep up to
12   date with new advances, both commercially and
13   academically in this field so that's probably
14   how I became aware of Parse Biosciences.
15       Q.   What do you mean by minuscule
16   samples?
17       A.   So what I was referring to is DNA
18   sequencing has been around now for quite a
19   while, and actually I'm just going to turn to
20   a section of my report where I discuss this
21   in a little bit more detail.
22       All right.  So I actually discuss
23   this in my rebuttal report.  For example,
24   starting on page 17 in paragraph 61, and I

MAGNA
LEGAL SERVICES

Page 94

R. Satija

1         R. Satija
2       MR. GALLO: Do you want to take a
3 break?
4       THE WITNESS: I do.
5       THE VIDEOGRAPHER: The time is
6 11:33 a.m. and we are going off the
7 record.
8       (Recess.)
9       THE VIDEOGRAPHER: The time is
10 11:47 and we are back on the record.
11     A. Would it be possible for me to
12 clarify one of my previous answers you asked
13 me about?
14 BY MR. RABINOWITZ:
15     Q. Go ahead.
16     A. You asked me, I can't remember the
17 exact question, in general, about my
18 collaborations with Dr. Shalek and whether,
19 in general, sort of he took the lead on
20 experimental data generation and I took the
21 lead on data analysis. I think that's
22 generally accurate. I did collaborate with
23 quite a number of people at the Broad
24 Institute and throughout my career and in a
25 number of those collaborations, I took a

Page 95

1         R. Satija
2 greater lead in experimental data generation
3 and certainly in my own lab, we have, as I
4 discussed, developed quite a number of new
5 experimental technologies and it's always
6 gratifying to see anyone in the community,
7 but certainly my old lab mates, including Dr.
8 Shalek, use some of the technologies we
9 developed in my lab.
10     Q. During your breaks, have you
11 discussed the subject matter of your
12 testimony with anyone?
13     A. No.
14     Q. You testify in your rebuttal report
15 that blunt-end ligation is up to 100 times
16 less efficient than sticky-end ligation, is
17 that correct?
18     A. That's correct.
19     Q. Do you agree that if you used
20 blunt-end ligation, at least some of the time
21 nucleic acid tags will attach to the 5-prime
22 end of the reverse transcription primer
23 without an overhang?
24       MR. GALLO: Objection, vague.
25     A. Not necessarily, no.

Page 96

1         R. Satija
2     Q. You don't testify that blunt-end
3 ligation is completely ineffective, you say
4 it's up to 100 times less efficient, correct?
5     A. So I say in my report that
6 blunt-end ligation can be up to 100 times
7 less efficient than sticky-end ligation and I
8 also say it does not ensure that the
9 molecules will be combined in the intended
10 manner and I supply a citation for that
11 statement.
12     Q. Is it your testimony that blunt-end
13 ligation would never succeed in attaching a
14 nucleic acid tag to the 5-prime end of a
15 reverse -- a 5-prime end of cDNA made using a
16 reverse transcription primer without a
17 5-prime overhang?
18       MR. GALLO: Objection, form.
19     A. I think it's certainly possible
20 that blunt-end ligation can fail entirely to
21 attach a tag to a cDNA molecule.
22       One example of a case where this
23 would be a particular concern is when there
24 were a very small number of molecules, cDNA
25 molecules available to even participate in

Page 97

1         R. Satija
2 the blunt-end ligation procedure and as I
3 have testified, a single-cell analysis is an
4 example of this, where there is a minuscule
5 amount or a minute amount of molecular
6 content present in an individual cell,
7 especially when compared to an organ or
8 tissue sample and, of course, I am providing
9 these opinions in the context of the asserted
10 Parse patents which are specifically directed
11 towards single-cell analysis.
12     Q. Have you personally performed
13 blunt-end ligation?
14       MR. GALLO: Objection, vague.
15     A. At any point in my career, I have
16 performed blunt-end ligation, yes.
17     Q. Have you measured the relative
18 efficiency of blunt-end ligation and
19 sticky-end ligation?
20       MR. GALLO: Objection, valuation.
21     A. I have not personally measured the
22 relative efficiency, but certainly it's
23 well-known in the field and, again, I provide
24 a citation for my statement that blunt-end
25 ligation is substantially less efficient than

Page 106

R. Satija

██████████████████████
██████████████████████
██████████████████████

5   Q.  Do you agree that using a reverse
6  transcription primer without a 5-prime
7  overhang would not require the secondary
8  nucleic acid tags to be coupled to the
9  primary nucleic acid tags by blunt-end
10  ligation?
11      A.  So I think you are asking me about
12  a hypothetical question that's impossible to
13  answer.
14      I think if you were to use the
15  reverse transcription primer without a
16  5-prime overhang, it would not be operable to
17  couple the primary nucleic acid tags to the
18  cDNA molecules so I think -- I don't think I
19  can answer your question.
20      Q.  If you don't succeed in coupling
21  the primary nucleic acid tags to the cDNA,
22  then you agree you could not have a
23  subsequent round of coupling secondary
24  nucleic acid tags?
25      A.  I think the best way to say this is

Page 107

R. Satija

2  just all of this would be inoperable.  I'm
3  highlighting challenges that could be avoided
4  by using a reverse transcription primer with
5  a 5-prime overhang, that's what the focus of
6  this section is about.
7      Q.  I'm showing you as Exhibit 1186,
8  the reply expert report of Alex K. Shalek
9  dated December 13, 2024.
10      (Exhibit 1186, reply expert report
11      of Alex K. Shalek dated December 13,
12      2024, marked for identification.)
13      Q.  Have you seen this document before?
14      A.  I will just take a second to review
15  it.
16      Thank you.  Yes, I have seen this
17  document before.
18      Q.  When is the last time you saw this
19  report?
20      A.  I can't remember the exact last
21  time I saw it, but I believe I've seen it
22  over the last -- while I was preparing for
23  this deposition.
24      Q.  Let me direct your attention to
25  paragraph 29 of Dr. Shalek's reply report.

Page 108

R. Satija

2      A.  Okay.
3      Q.  Do you see he says, ████████████
████████████████████████
████████████████████████
████████████████████████
7      Do you see that?
8      A.  I see that sentence.  I would
9  disagree with Dr. Shalek, but I see that
10  sentence.
11      Q.  Do you see that in paragraph 29 and
12  in the figure included in paragraph 29, Dr.
13  Shalek explains ██████████████████
██████████████████████████
██████████████████████████
17  ?
18      A.  I can see the figure and I
19  understand that is Dr. Shalek's opinion, but
20  I disagree with him.
21      Q.  Why do you disagree that the method
22  Dr. Shalek describes in paragraph 29 and the
23  figure of his reply report would ████████
████████████████████████████
████████████████████████████

Page 109

R. Satija

2  ██████████████████████████ ?
3      A.  Just so I can answer precisely, do
4  you mind repeating the question.
5      Q.  I will make it simpler.  Why do you
6  agree with the opinion that Dr. Shalek
7  provides in paragraph 29 of his reply expert
8  report?
9      MR. GALLO:  Objection.
10      A.  You may have accidently used the
11  word agree.  I certainly disagree with Dr.
12  Shalek's opinion in paragraph 29.
13      Q.  Okay.  Why do you disagree with the
14  opinion that Dr. Shalek provides in paragraph
15  29 of his reply expert report?
16      A.  So Dr. Shalek, for example, in the
17  image in paragraph 29, is attempting to
██████████████████████████████
██████████████████████████████
20  .
21      And you can see, for example, in
22  his image, ████████████████████████
██████████████████████████████
██████████████████████████████
25  .

MAGNA ▶
LEGAL SERVICES



Page 110

```
1              R. Satija
2         I disagree with Dr. Shalek because
3
4
5
6
7                        .
8         I believe this because I discuss
9    this, for example, on paragraph 93 of my
10   report and I say that as discussed in certain
11   claims, for example, claim 25 of the '065
12   patent, claim 1 of the '355 patent and claim
13   1 of the '856 patent, that those claims
14   recite a reverse transcription primer with a
15   barcode sequence.
16        And I note that
17
18
19            .
20
21
22
23                       and I would happy
24   to discuss why I disagree with those opinions
25   if you would like.
```

Page 111

```
1              R. Satija
2    Q.   Do you have any other bases for
3    disagreeing with the opinion Dr. Shalek
4    provides in paragraph 29 of his reply report?
5    A.   I do believe that the answer that I
6    just gave is a strong reason why I disagree
7    with Dr. Shalek, but I disagree with Dr.
8    Shalek for additional reasons.
9         Dr. Shalek in this paragraph is
10
11
12
13                            and I
14   disagree, so Dr. Shalek here presents a
15   convoluted, but creative strategy for how to
16
17                    .
18        Again, I would like to highlight
19   that I don't believe this strategy would be
20   successful for a number of reasons, including
21   the fact that
22
23
24
25
```

Page 112

```
1              R. Satija
2
3                    .
4         So for example, Dr. Shalek is
5    arguing that
6                              , then Dr.
7    Shalek is arguing that
8
9
10                     , then Dr. Shalek is
11   suggesting that,
12                        and then Dr.
13   Shalek is arguing that
14                  .
15        So it is a very creative strategy
16   that Dr. Shalek has suggested here and at the
17   end of the strategy, the end result is
18   exactly what you would have gotten if you had
19   just used our reverse transcription primer
20   with the 5-prime overhang in the first place.
21        I don't believe that a person of
22   ordinary skill in the art would understand
23   this to be an operable embodiment, every step
24   that Dr. Shalek has described
25                   that would introduce
```

Page 113

```
1              R. Satija
2    inefficiencies into the protocol.  Every step
3    that Dr. Shalek describes would reduce the
4    quality of data and the likelihood of
5    obtaining useful data when there were minimal
6    amounts of molecules to begin with and Dr.
7    Shalek doesn't identify any reason or purpose
8    or advantage to performing this, again,
9    convoluted, but creative set of steps just to
10   get back to where you would have been in the
11   first place.
12        I don't believe a person of
13   ordinary skill in the art would understand
14   that this would be operable and I certainly
15   don't believe a person of ordinary skill in
16   the art, in contrast to Dr. Shalek who is
17   certainly an expert in technology
18   developments, would have viewed this as an
19   operable embodiment.
20   Q.   Let's go back to the various
21   components of what you've said.  The first
22   thing you said was that the -- that certain
23   claims of the asserted Parse patents require
24   a barcode in the primer and that the example
25   described in paragraphs 29 and 30 of Dr.
```

MAGNA
LEGAL SERVICES

Page 126

```
 1              R. Satija
 2    ████████████████████████
 3    ███████████████████████████
 4    ██████████████████████████
 5    █████████████████████
 6         Q.  He is ██████
 7    ████, correct?
 8         A.  You would have to ask Dr. Shalek,
 9    it's his report, but he does refer to it as a
10    ██████████████████.
11         Q.  Do you agree that ██████████
12    ███████████████████████████████
13    ██████████████████████████████
14    █████████████████████████
15    █████████████████████████████
16    ████████████████████?
17         A.  So I can see that that's how Dr.
18    Shalek has drawn this in his figure in his
19    report.
20         As I've said, I don't believe that
21    this method would be operable so I don't
22    believe that a person of ordinary skill in
23    the art would understand Dr. Shalek's
24    proposed strategy to be an operable
25    embodiment of ████████████████████
```

Page 127

```
 1              R. Satija
 2    █████████████████  as the Parse claims
 3    require, but I can see what he has drawn in
 4    his figure, I just don't think that is an
 5    operable embodiment for these patent claims.
 6         Q.  Is it your testimony that the
 7    method depicted in Dr. Shalek's figure,
 8    paragraph 29 figure and described in
 9    paragraphs 29 and 30 of his reply report
10    would not succeed in attaching the primary
11    nucleic acid tag to the cDNA by sticky-end
12    ligation?
13         MR. GALLO:  Objection, vague.
14         A.  So I think in the abstract
15    theoretical context of Dr. Shalek's report, I
16    can see that ████████████████████████
17    ████████████████████████████████
18    ████████████████████████████████
19    ████████████████████████████████.
20         I'm saying that I disagree with Dr.
21    Shalek, that this embodiment would be
22    inoperable in the context of the Parse claim.
23         I will just ask for a lunch break.
24         Q.  Let's just conclude this issue and
25    then we can take a lunch break.
```

Page 128

```
 1              R. Satija
 2         A.  Sure.
 3         Q.  My question specifically is, is it
 4    your opinion that ████████████████████
 5    ████████████████████████████████████
 6    █████████████████████████  in the example
 7    described in paragraphs 29 and 30 of Dr.
 8    Shalek's reply report?
 9         MR. GALLO:  Objection, vague and to
10    the extent it mischaracterizes
11    testimony.
12         A.  So I think this is an area where
13    Dr. Shalek and I disagree.  I can see that ██
14    ████████████████████, as I said, a
15    creative, but -- convoluted, but creative
16    strategy to, in his opinion, ████████████
17    ████████████████████  in the context of
18    the Parse patents.
19         I disagree with his strategy for
20    all the reasons that I've said and I don't
21    believe this would be an operable embodiments
22    and I don't believe that a person of ordinary
23    skill in the art would view it as an operable
24    embodiment.
25         Q.  You understand that I'm entitled to
```

Page 129

```
 1              R. Satija
 2    ask you about specific aspects of Dr.
 3    Shalek's example, not only the overall method
 4    described.
 5         Do you understand that?
 6         A.  I do.
 7         Q.  Do you understand, I'm now focusing
 8    on the issue of whether following the method
 9    described by Dr. Shalek in his reply report,
10    paragraphs 29 and 30, that method would
11    ████████████████████████████████████
12    ████████████████████████████████?
13         MR. GALLO:  Objecting, asked and
14    answered, argumentative.
15         Q.  Do you agree that ████████████████
16    ████████████████████████████████████
17    ███████████████████  following the approach
18    described by Dr. Shalek in paragraphs 29 and
19    30 of his reply report?
20         MR. GALLO:  Objection, asked and
21    answered.
22         A.  Yeah, I think I've answered your
23    question.  I don't believe this method would
24    be operable or this embodiment would be
25    operable or a person of ordinary skill in the
```



Page 130

1          R. Satija
2    art would view it as operable.
3          I understand that Dr. Shalek
4    disagrees, he has drawn this and in his
5    opinion, it is a successful and operable
6    embodiment.  I just disagree with Dr. Shalek.
7       Q.  Can you identify --
8          MR. GALLO:  The witness asked for a
9    break.
10      Q.  Can you identify all the reasons
11   why Dr. Shalek's method in paragraphs 29 and
12   30 would not succeed in █████████████████████
13   ████████████████████████████████████████████
14   ████████?
15      A.  I have answered that, but I'm happy
16   to go over my answer again if that would be
17   helpful.
18      Q.  Focusing on that aspect of the
19   method, what are the reasons?
20      A.  So Dr. Shalek isn't proposing only
21   using that step.  Dr. Shalek proposes a
22   series of steps in his reply reports.
23          That first step involves████████
24   ████████████████████████████████████████████
25   ████████████████████████████████

Page 131

1          R. Satija
2    ████████████████████████████.
3          A second additional step would be
4    ████████████████████████████████████████████
5    ████████████████████████.
6          A third additional step would be
7    ████████████████████████████████████████████
8    ████████████████████████████████████████████
9    ████████████████████████████████████████████
10   ████████████████████████████████████.
11          As I have mentioned, each of these
12   steps is not perfectly efficient.  Each of
13   these steps would reduce the likelihood of
14   being able to generate usable data,
15   particularly when ████████████████████████████
16   ████████████████████████ in the context of
17   single-cell analysis as the Parse claims is
18   directed towards.
19          Each of these steps, while
20   creatively posed by Dr. Shalek, would only
21   get you back to the same starting point you
22   would have gotten to if you had simply
23   utilized a reverse transcription primer with
24   a 5-prime overhang.
25          Dr. Shalek doesn't provide or

Page 132

1          R. Satija
2    suggest any reasons why this would be any
3    benefit to going through this convoluted, but
4    creative series of steps to get back to the
5    same starting point.
6          I don't believe -- I think a
7    talented and clearly expert technology
8    developer like Dr. Shalek could imagine such
9    a method, but I don't think that's how a
10   person of ordinary skill in the art would
11   view this.
12          And then lastly, Dr. Shalek's
13   ████████████████████████████████████████████
14   ████████████ as the asserted Parse claims at
15   least some of them recite.
16          So those are a long list of reasons
17   why I disagree with Dr. Shalek and believe
18   that his proposed method would be inoperable.
19          MR. RABINOWITZ:  Let's take a break
20   now.
21          THE VIDEOGRAPHER:  We are going off
22   the record at 12:52 p.m.
23          (Luncheon recess taken at 12:52
24   p.m.)
25

Page 133

1          R. Satija
2    A F T E R N O O N   S E S S I O N
3       (Time noted:  1:35 p.m.)
4    R A H U L   S A T I J A,  resumed and
5      testified as follows:
6          THE VIDEOGRAPHER:  The time is 1:35
7      p.m. and we are back on the record.
8    EXAMINATION BY (Cont'd.)
9    MR. RABINOWITZ:
10      Q.  Dr. Satija, before we broke, you
11   identified four additional steps that were
12   required by the method set forth in paragraph
13   29 and 30 of Dr. Shalek's reply report;
14   namely, ██████████████████████████████████████
15   ████████████████████████████████████████████
16   ████████████████████████████████████████████
17   ████████.
18          Are those the extra steps required
19   in Dr. Shalek's method?
20          MR. GALLO:  Objection, vague.
21      A.  So I think those are four of the
22   steps that Dr. Shalek's method encompasses.
23   It's possible to describe those steps and
24   including multiple parts, for example, ████████
25   ████████████████████████████████████████████

MAGNA ◆
LEGAL SERVICES

Page 134

```
1              R. Satija
2  ████████████████████████████
3  ████████████████████. He also has some
4  additional components to this figure.
5         So I think he is best suited to say
6  exactly how many steps are required, but
7  certainly there are -- the opinion I gave was
8  that there are four steps that I highlighted
9  this are in his method that you would use to
10 get back to where you would have started
11 simply by using a reverse transcription
12 primer with a 5-prime overhang and, again, I
13 disagree with Dr. Shalek that his method
14 would be considered operable.
15     Q.  What do you mean by operable?
16     A.  So I define this from the context
17 of a perspective of a person of ordinary
18 skill in the art and I think if a person of
19 ordinary skill in the art could recognize
20 that there was an embodiment within the scope
21 of a claim, but wouldn't think that that
22 embodiment would work or function as
23 required, that would be an example of an
24 inoperable embodiment.
25     Q.  If an embodiment functioned, but
```

Page 135

```
1         R. Satija
2  less efficiently, would you record it as
3  operable?
4         MR. GALLO:  Objection, to the
5     extent it calls for a legal conclusion,
6     vague.
7     A.  I think it would depend on the
8  context in a broad discussion of all possible
9  patents and all possible embodiments of them
10 and in this context, it's not that I believe
11 that Dr. Shalek's method is functional, but
12 less efficient, I believe his method would
13 not function.
14     Q.  Why do you believe Dr. Shalek's
15 method would not function?
16     A.  So I described this, a number of
17 reasons why I believe that Dr. Shalek's
18 proposed method would not be viewed by a
19 person of ordinary skill in the arts as
20 operable.  I'm happy to go through those
21 again.  I think that's what you are asking me
22 to do.
23         One of these reasons is that Dr.
24 Shalek's method requires the use of multiple
25 new steps.  One of these steps is the
```

Page 136

```
1              R. Satija
2  ████████████████████████████████████
3  ████████████████. Another of these steps is to
4  █████████████████████████████████
5  ███████████████████████████████
6  ████████████████████████████████████.
7  Another step would be to ████████████
8  ███████████████████████████████
9  ███████████████████████████████
10 ██████████████████████ as recited in the
11 Parse claims.  And then a fourth step would
12 be to ██████████████████████████
13         All of this would simply get you
14 back to where you were when you started, but
15 every one of these steps would have sub 100
16 percent inefficiency or would introduce
17 inefficiencies into the reaction.
18         That is particularly concerning
19 when you are dealing with protocols that
20 start with minute amounts of material as is
21 the context of protocols directed towards
22 single-cell analysis as is true in the Parse
23 claims.
24         And then on top of that, Dr.
25 Shalek's method ██████████████████████
```

Page 137

```
1              R. Satija
2  ████████████████████████████████████
3  which is recited in claim 25 of the '065
4  patent, claim 1 of the '355 patent and claim
5  1 of the '856 patent.  So those are a lot of
6  reasons why I believe one of ordinary skill
7  in the art would not view Dr. Shalek's
8  proposed method as operable.
9      Q.  What is the percentage efficiency
10 of RNase H in removing RNA from an mRNA/cDNA
11 hybrid?
12         MR. GALLO:  Objection, vague.
13     A.  So I certainly don't believe there
14 is a single number that would apply in all
15 contexts, but I could say it was less than
16 100 percent.
17     Q.  How much less than 100 percent?
18     A.  So it could be substantially less
19 than 100 percent, but it depends on the
20 contexts.
21         So for example, there can be RNase
22 H inhibitors that are added to the reaction
23 prior to the introduction of RNase H, so
24 those inhibitors could weaken the efficiency
25 of RNase H's ability to remove RNA molecules
```



**Page 162**

```
1              R. Satija
2    Sanchez published in current issues of
3    Molecular Biology 2000, volume 2, pages
4    1 through 7, marked for identification.)
5        A.  Okay, I am ready to answer your
6    question if you like.
7        Q.  What is the basis for your opinion
8    that the method described in paragraph 31 of
9    Dr. Shalek's reply report would not work?
10       A.  So Dr. Shalek in paragraph 31 of
11   his reply report opines that ████████████
12   █████████████████████████████████████
13   █████████████████████████████████████
14   █████████████████ using a different
15   implementation than what we previously have
16   been discussing in paragraph 29.
17           This time, Dr. Shalek suggests that
18   █████████████████████████████████████
19   █████████████████████████████████████
20   █████████████████████████████████████
21   █████████████████████████████████████
22   █████████████████████████████████████
23   ██████████████████████████████████.
24           And Dr. Shalek highlights that this
25   approach is similar to TA cloning and, in
```

**Page 163**

```
1              R. Satija
2    fact, argues that ████████████████████████
3    ███████ because TA cloning is a technique
4    that was well-established in 2014 and is
5    still used today for making NGS libraries.
6           Now, Dr. Shalek's opinion is
7    particularly relevant or my disagreement with
8    Dr. Shalek is in the context of the asserted
9    Parse claims and as I've discussed, the
10   asserted Parse claims are specifically
11   directed to the context of single-cell
12   analysis and a person of ordinary skill in
13   the art would recognize that one of the
14   challenges in working with single-cell
15   analysis is the minuscule amount of material,
16   for example, amount of cDNA that would be
17   present in any individual cell.
18          Now, in making his argument for TA
19   cloning, Dr. Shalek says, well, this was
20   well-established and used still today for
21   making libraries and he cites this particular
22   reference which I think you've introduced as
23   Exhibit 1189 to discuss the approach for TA
24   cloning.
25          So I'm looking at page 5 of this
```

**Page 164**

```
1              R. Satija
2    reference which on the bottom, has the page
3    number Scale Bio 0341698 and I'm looking at
4    protocol 2, TA cloning procedure and I'm
5    looking at that component of the reference
6    because Dr. Shalek is specifically
7    highlighting the similarity to TA cloning
8    which is described here in this procedure.
9           Looking at the right-hand column of
10   this reference in paragraph B, it states, DNA
11   fragments amplified by PCR, and it states
12   that large amounts of DNA can be obtained by
13   PCR.  And then at the end of the paragraph,
14   it describes -- the paragraph describes how
15   PCR amplification can be used to generate
16   large amounts of DNA.
17          The paragraph concludes by saying,
18   After successful PCR amplification, proceed
19   to the next stage to clone the amplified DNA
20   product.
21          So what this paragraph means is
22   that large amounts of DNA which can be
23   obtained by PCR will be the input to clone or
24   perform the TA cloning procedure that Dr.
25   Shalek is referencing, that large amounts of
```

**Page 165**

```
1              R. Satija
2    DNA, for example, as obtained by PCR would be
3    the input to that.
4           So this is why I disagree with Dr.
5    Shalek.  Even if TA cloning was well
6    established in 2014, that was in a context
7    where large amounts of DNA were obtained, for
8    example, perhaps in a bulk reaction
9    consisting of millions of cells, but this is
10   not in that context, this is specifically in
11   the context of single-cell analysis where, as
12   I previously testified, minuscule amounts of
13   material would be obtained and that would be
14   incompatible with the TA cloning procedure.
15          So that's why I disagree with Dr.
16   Shalek that this procedure would ██████████
17   █████████████████████████████████████
18   █████████████████████████████████████
19   ██████████████████.
20       Q.  So let's take it step by step.
21          The first step in Dr. Shalek's
22   procedure in paragraph 31 is ████████████████
23   ████████.
24          Do you see that?
25       A.  I can see that.
```

Page 170

```
 1              R. Satija
 2   has taken a technique that I don't think a
 3   person of ordinary skill in the art would
 4   have thought of because it had never been
 5   applied in this particular context.  The
 6   context of TA cloning is really something
 7   that's performed on very large numbers of
 8   molecules and he has creatively thought to
 9   apply it an entirely new context where I
10   have not -- I don't believe that I have seen
11   it applied before.
12              I don't believe Dr. Shalek provides
13   any citation or expectation that this would
14   be successful outside of the fact that TA
15   cloning was well-established in 2014 and is
16   still used today for making NGS libraries,
17   but the citation that Dr. Shalek himself
18   provides is very clear that the context in
19   which TA cloning is successful and routine is
20   very different than the context we are
21   referring to here.
22              So I think, you know, there are --
23   when you are working with minuscule amounts
24   of material in a fixed cell, the idea that
25   any sort of possible molecular reaction will
```

Page 171

```
 1              R. Satija
 2   be successful, there is certainly no
 3   expectation of that.
 4        Q.  Do you see that the next step
 5   identified in paragraph 31 of Dr. Shalek's
 6   reply report is [REDACTED]
 7   [REDACTED]
 8   [REDACTED].
 9        Do you see that?
10        A.  I do see that.
11        Q.  Do you agree that [REDACTED]
12   [REDACTED]
13   [REDACTED]
14   [REDACTED]
15   [REDACTED] of the kind that Dr. Shalek
16   identifies in this paragraph?
17        MR. GALLO:  Objection, vague.
18        A.  I think you are asking me, again, a
19   hypothetical question that I can't answer.
20   Certainly there are contexts where [REDACTED]
21   [REDACTED],
22   but I don't believe this is one of them
23   because I don't believe that performing this
24   procedure which is very similar to TA cloning
25   and would require large amounts of DNA could
```

Page 172

```
 1              R. Satija
 2   even get to this stage successfully and Dr.
 3   Shalek doesn't provide -- it's a creative
 4   idea.  I don't think it's something a person
 5   of ordinary skill would have thought of, but
 6   I certainly credit Dr. Shalek's creativity as
 7   an expert in technology development, but I
 8   don't think it's an operable embodiment.
 9        Q.  Have you performed any experiments
10   to determine whether the method described in
11   paragraph 31 of Dr. Shalek's reply report
12   would work?
13        A.  I have not personally performed
14   experiments, but I have reviewed the
15   citations that Dr. Shalek himself provides in
16   support of his statement and as I mentioned,
17   those citations are very clear that the
18   context for TA cloning is very different than
19   the context required of the asserted Parse
20   patents and so that certainly informs my
21   opinion that the method would not be
22   successful.
23        Q.  Have you reviewed any
24   experiments performed by others to test
25   whether the method described in paragraph 31
```

Page 173

```
 1              R. Satija
 2   of Dr. Shalek's reply report would work?
 3        A.  I don't believe -- to my knowledge,
 4   I have never seen this type of protocol in a
 5   fixed cell proposed before.
 6        Again, I think that's a testament
 7   to Dr. Shalek's creativity, so as a result, I
 8   don't believe in this context, specific
 9   context, experimentally, this is -- Dr.
10   Shalek certainly doesn't provide any
11   experiments or support for it, however, the
12   citation that Dr. Shalek provides does say,
13   [REDACTED]
14   [REDACTED]
15   [REDACTED].  I read that statement and say that
16   you cannot [REDACTED]
17   [REDACTED]
18   [REDACTED]
19   [REDACTED].  So that informs my
20   opinion that Dr. Shalek's proposed method is
21   inoperable.
22        Q.  Does the Zhou, et al. publication
23   say that large amounts of DNA are necessary
24   in order to perform TA cloning?
25        A.  The Zhou, et al. publication says
```

MAGNA
LEGAL SERVICES

Page 178

1           R. Satija
2   experiments, we and many others in the field,
3   including, I imagine, Dr. Shalek and Dr. Sims
4   and Dr. Pachter typically add RNase H
5   inhibitor to their, for, example reverse
6   transcription mixture in order to
7   successfully perform reverse transcription
8   using an oligo DT primer.  So that would be
9   an example of an experiment that I reviewed
10  that would raise concerns about the success
11  of Dr. Shalek's proposed method.
12      Q.   That was not an experiment in which
13  anyone attempted to perform the method
14  described in paragraph 29 and 30 of Dr.
15  Shalek's reply report, correct?
16      A.   I don't believe that anyone has, to
17  my knowledge, including Dr. Shalek, tested
18  the approach that he suggests in paragraphs
19  29 and 30.
20      I, of course, don't know every
21  experiment that has been performed, but one
22  of the reasons I say that is there is really
23  no reason to go through these four molecular
24  steps just to get back to where you started
25  so I don't believe -- I have certainly not

Page 179

1           R. Satija
2   tested this method and I am not aware of
3   others who have and I don't see any evidence
4   from Dr. Shalek that he has tested this
5   method.
6       Q.   I would like to provide to you as
7   Exhibit 1190, the supplementary material for
8   the Quail article that we looked at earlier
9   today.
10      (Exhibit 1190, supplementary
11      material for the Quail article, marked
12      for identification.)
13      Q.   Do you still have the other part of
14  the Quail publication, Exhibit 1185?
15      A.   I do.
16      Q.   Can you review the complete Quail
17  publication and tell me whether it supports
18  or provides any support for your statement in
19  paragraph 91 of your rebuttal report that
20  blunt-end ligation is up to 100 times less
21  efficient than sticky-end ligation?
22      A.   All right.  So I have reviewed this
23  reference.  I can see that it does raise some
24  concerns that can occur during the library
25  preparation procedure with blunt-end

Page 180

1           R. Satija
2   ligation, but I actually believe I have
3   mistakenly cited the wrong reference in my
4   report.
5       I think it was very well-known in
6   the art that blunt-end ligation is
7   substantially less efficient than sticky-end
8   ligation, but I think the specific figure
9   that I cited in my report just comes from
10  another citation and I apologize, I think I
11  just cited the wrong article here in this
12  section.
13      It doesn't change my opinion in any
14  way or either on the inefficiency of
15  blunt-end ligation or Dr. Shalek's opinions
16  and my disagreement with him as a whole, but
17  I apologize for citing the wrong reference.
18      Q.   Then I would just like to draw your
19  attention to your rebuttal report, 1189.
20      A.   Okay.
21      Q.   You have a sentence there which
22  states, I understand if a POSA can recognize
23  that an inoperable embodiment is within the
24  scope of a claim, the inoperable embodiment
25  does not need to be described in this

Page 181

1           R. Satija
2   specification.
3       Do you see that?
4       A.   I do see that.
5       Q.   What is the basis for that
6   understanding that you recite there?
7       A.   So that basis, that was an
8   understanding that was provided to me by
9   counsel, but I also say that it would make
10  little sense to do so if a POSA recognizes
11  that something wouldn't work and would be
12  inoperable, it doesn't really make sense for
13  the inventors to describe how it would work
14  because it wouldn't, so I think both of those
15  are consistent with my understanding.
16      MR. RABINOWITZ:  Let's take a break
17  now.
18      THE VIDEOGRAPHER:  The time is 2:55
19  p.m. and we are going off the record.
20      (Recess.)
21      THE VIDEOGRAPHER:  The time is 3:26
22  p.m. and we are back on the record.
23  BY MR. RABINOWITZ:
24      Q.   Dr. Satija, would you please take
25  the Shalek reply report, 1186, and turn to

MAGNA
LEGAL SERVICES



Page 182

```
1                R. Satija
2    page 14.
3         Do you see example A on page 14?
4         A.  Yes.  Let me just take a second to
5    review this.
6         Q.  Have you looked at it?
7         A.  I have, yes.  Thank you.
8         Q.  Do you agree that example A on page
9    14 of the Shalek reply report depicts a
10   ███████████████████████████████████
11   ███████████████████████████████████?
12        A.  So I see that -- you asked me about
13   example A, is that correct?
14        Q.  Correct.
15        A.  I see that Dr. Shalek has titled
16   example A, ████████████████████████████
17   ██████████████████████████████.
18        I understand that Dr. Shalek is
19   arguing that ████████████████████████████
20   ███████████████████████████████████████
21   ███████████████████████████████████████
22   ████████████████████, however, I disagree with Dr.
23   Shalek that this construct that he has drawn
24   here represents ███████████████████████
25   █████████ that would function or be operable in
```

Page 183

```
1                R. Satija
2    the context of the asserted Parse claims.
3         Q.  Let's take it step by step.
4         Do you agree that ██████████████
5    ██████████████ depicted in example A ████
6    █████?
7         A.  I see that Dr. Shalek has ████████
8    ████████████████████████████████████████
9    ██████████
10        Q.  Do you agree that ██████████████
11   ██████████████ depicted in example A ████
12   █████?
13        A.  So I see that in the diagram that
14   Dr. Shalek has drawn, ████████████████████
15   ███████████████████████████████████████
16   ██████████████, but again, I disagree with Dr.
17   Shalek's statement that ████████████████
18   ████████████████████████████████████████
19   ██████████████ in the context of the Parse patents,
20   nor do I believe that such a method that he
21   describes in this paragraph would be
22   operable.
23        Q.  Well, I will come to the
24   operability of the matter separately.
```

Page 184

```
1                R. Satija
2         Are you saying that in the context
3    of the Parse patents, ██████████████████████
4    ████████████████?
5         MR. GALLO:  Objection,
6    mischaracterizes testimony.
7         Q.  I'm going to quote what you gave me
8    in your previous.  You said, quote, I
9    disagree with Dr. Shalek's statement that
10   ████████████████████████████████████████
11   ████████████████████████████████████████
12   ██████████████████████████ in the context of
13   the Parse patents.
14        So I would like to know, is it your
15   contention that ████████████ in the context of
16   the Parse patents ████████████████████████
17   ██████████, talking about example A?
18        MR. GALLO:  Objection, to the
19   extent it mischaracterizes testimony.
20        A.  Actually, I'm going to answer your
21   question and I will also clarify.  I didn't
22   misspeak, but I could have given more context
23   when you asked me if ██████████████████████
24   ████████████████████.  And I said that I see that
25   Dr. Shalek has ██████████████████████
```

Page 185

```
1                R. Satija
2    ████████████████████████████████████████
3    ████████████████████████████████████████
4    █████████ in the context of these asserted
5    patents and I'm just, to be very clear, I'm
6    going to refer to paragraph 159 of my opening
7    report where I say that I understand that the
8    parties have agreed to claim constructions
9    for certain terms and my understanding is
10   that the term barcode sequence is one of
11   those terms and the court's construction for
12   barcode sequence is that this needs to be a
13   sequence of nucleotides added to a molecule
14   that is capable of identifying or aiding an
15   identification of the cell from which the
16   molecule originated.
17        So I disagree with Dr. Shalek that
18   ████████████████████████ that he depicts in this
19   example could be used in the way that the
20   court's construction requires, and if you
21   like, I'm happy to go over those reasons with
22   you why I don't believe ████████████████████
23   can be used in that way and that's also why I
24   don't believe that this overall construct
25   corresponds to ██████████████████████████
```

MAGNA ▶
LEGAL SERVICES

Page 186

```
1              R. Satija
2  ████████████████████████
3  ████████████████████████
4  ████████
5       Q.  Do you agree that ████
6  depicted in Exhibit A ██████████
7  ████████?
8       A.  I agree that ████ depicted in
9  example A, ██████████
10 ████████████████████████
11 ████████████████████████
12 ████████████████████████
13         ████████ that would disclose what
14 was being discussed in the Parse patents.
15      Q.  Let me ask you about ████
16 depicted in example B.  Do you agree that
17 ████████████████████████
18 ████?
19      A.  So I agree that ████████
20 ████ depicted by Dr. Shalek in example
21 B ██████████████████
22 ████████████████████████
23 ████████████████████████
24         ████ in the context of the partition
25 patents, nor do I believe that the method
```

Page 188

```
1              R. Satija
2  in example B, do you agree that that ████
3  ████████████████████████
4  ████?
5       MR. GALLO:  Objection, vague.
6       A.  So I don't agree that ████
7  ████████████████████████
8         ████ in the Parse patents so I don't
9  believe that ████████.
10      A person of ordinary skill in the
11 art would understand that this can function
12 as a reverse transcription primer for the
13 asserted Parse claims.
14      Q.  Well, let's just take it step by
15 step.
16      Do you agree that ████████
17 depicted in example B ██████████
18 ████████████████████████
19 ████████████████?
20      MR. GALLO:  Objection, vague.
21      A.  My opinions and actually also Dr.
22 Shalek's are specifically in the context of
23 the Parse patents.  They're not general
24 opinions on any context whether ████████
25 ████████████████████████
```

Page 187

```
1              R. Satija
2  described by Dr. Shalek in paragraphs 35
3  would be operable.
4       Q.  Let me ask you about ████████
5  depicted on example C on page 15 of Dr.
6  Shalek's reply report.
7       Do you agree that ████████
8  depicted in example C ██████████
9  ████████████████?
10      A.  No, I don't agree with that.
11      Q.  Why is that?
12      A.  So in contrast to example A and
13 example B, ████████████████
14 ████████████████████████
15 ████████████████████████.
16      Q.  You agree that ████████
17 ████ in example C ██████████
18 ████?
19      A.  In Dr. Shalek's theoretical
20 diagram, I see that he has stated that that
21 is the case.  I don't know what ████████ he
22 is envisioning here and I can see how he
23 envisions this, but I don't agree that ████
24 ████████████████████.
25      Q.  Going back to ████████ depicted
```

Page 189

```
1              R. Satija
2  ████████, so I do want to answer in the
3  context of the claims and I do want to use
4  the court's construction when answering so
5  no, I don't believe that ████████ that Dr.
6  Shalek depicts in example B ██████████
7  ████████████ as recited in
8  the asserted Parse patents.
9       Q.  Why is that?
10      A.  So my opinion is that ████████
11 depicted by Dr. Shalek in example B ████
12 ████████████████████████
13 ████████████████ to be based
14 on the asserted Parse patents.
15      As I stated, certain claims of
16 asserted Parse patents require a barcode
17 sequence.  That specific term barcode
18 sequence has been construed by the court to
19 mean a sequence of nucleotides added to a
20 molecule that is capable of identifying or
21 aiding in identification of the cell from
22 which the molecule originated so it's key
23 that that barcode be capable of identifying
24 or aiding in the identification of the cell
25 of origin.
```



MAGNA
LEGAL SERVICES

Page 190

1           R. Satija
2           Now, a person of ordinary skill in
3   the art reading the asserted claims would
4   understand that the barcode sequence would be
5   decoded using, for example, next-generation
6   sequencing technology that's described
7   extensively in the specification and it's
8   clear that that's how a person of ordinary
9   skill in the art would envision utilizing
10  this invention and obtaining the barcode
11  sequence.
12          An example of a next-generation
13  sequencing technology that's described
14  extensively in the specification is the
15  Illumina next-generation sequencing
16  technology.
17          So in order for ▮▮▮▮▮ that Dr.
18  Shalek depicts to meet the definition of
19  barcode sequence as required by the claims,
20  that barcode sequence would need to be
21  successfully decoded using next-generation
22  sequencing technologies.
23          Now, Dr. Shalek has depicted
24  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25  ▮▮▮▮▮▮▮.

Page 191

1           R. Satija
2           First, again, I would like to
3   commend Dr. Shalek on his creativity and this
4   solution.  I have never seen a single cell
5   fixed method attempt to ▮▮▮▮▮▮▮▮▮▮
6   ▮▮▮▮▮ in this way.  It's certainly not
7   something a person of ordinary skill in the
8   art would think of, but Dr. Shalek is a
9   creative expert in technology development,
10  but it also wouldn't work.
11          And the reason is that Dr. Shalek
12  has very clearly depicted ▮▮▮▮▮▮▮▮
13  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25  ▮▮▮▮▮▮▮▮▮▮▮ as depicted by Dr.

Page 192

1           R. Satija
2   Shalek.
3   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
5   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
6   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
9           Now, a person of ordinary skill in
10  the art would recognize ▮▮▮▮▮▮▮▮▮▮
11  ▮▮▮▮▮▮▮▮▮▮ is known as a homopolymer
12  which refers to a repetitive sequence of the
13  same subunit or nucleotide over and over and
14  over again and a person of ordinary skill in
15  the art would also recognize that
16  next-generation sequencing methods, including
17  ▮▮▮▮▮▮▮, but not limited to ▮▮▮▮▮▮, have
18  very high error rates immediately after
19  sequencing, both during and after sequencing
20  homopolymer regions.
21          This would present a serious and
22  fatal technical challenge to Dr. Shalek's
23  proposed method because errors, especially
24  high error rates in the barcode sequence
25  would mean that it would no longer be

Page 193

1           R. Satija
2   possible to use that barcode to identify the
3   cell of origin so, therefore, ▮▮▮▮▮▮▮▮
4   ▮▮▮▮▮▮▮▮▮▮ that Dr. Shalek depicts,
5   a person of ordinary skill in the art would
6   recognize that the method he is describing
7   would be inoperable.
8       Q.  The specific reason is that it
9   would be inoperable because it couldn't be
10  ▮▮▮▮▮▮▮▮▮▮▮▮, is that right?
11          MR. GALLO:  Objection, to the
12      extent it mischaracterizes testimony.
13      A.  I gave a relatively detailed and
14  in-depth answer.  I don't want to repeat the
15  entire thing again, but certainly if ▮▮▮▮
16  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17  as I'm arguing that it could not be, ▮▮▮▮
18  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as
24  construed by the court and as required by the
25  claims of the asserted Parse patents.



MAGNA
LEGAL SERVICES



Page 194

```
1              R. Satija
2      Q.  So you've identified difficulty in
3  sequencing homopolymers with ████████
4  ████████████████████████, correct?
5      A.  So this is a widespread challenge
6  associated with next-generation sequencing,
7  is the challenge in sequencing homopolymer
8  regions.  It's not limited to ████████
9  ████████, although it has been
10 extensively characterized when using ████
11 ████████, but that is a general,
12 well-understood challenge sequencing
13 homopolymers and sequences following
14 homopolymers with next-generation sequencing.
15     Q.  Do you agree that homopolymers can
16 be sequenced using long-read sequencing
17 machines?
18         MR. GALLO:  Objection, vague.
19     A.  So I think even long-read
20 sequencing machines, and you haven't -- we
21 can discuss particular versions, but in
22 general, also can be examples of
23 next-generation sequencing, but suffered the
24 same challenge.
25     Sequencing homopolymer regions and
```

Page 195

```
1              R. Satija
2  the sequences directly following them is a
3  substantial challenge and associated with
4  very high error rates for next-generation
5  sequencing technologies and that is true for
6  both long-read sequencing technologies and
7  short-read sequencing technologies.
8      Q.  Do you agree that ████████████
9  ████████████████████████████████████ in
10 example B ████████████████████████████
11 ████████?
12
13         MR. GALLO:  Objection, vague.
14     A.  So certainly ████████████
15 ████████████████████████████████████
16 ████████████████████████████ as would be present in Dr.
17 Shalek's proposed method.
18 ████████████████████████████████████
19 ████████████████████████████████████████
20 ████████████████████████████████████████
21 ████████████████████████████████████████
22 ████████████████████████████████████████
23     Q.  Do you agree that ████████████
24 ████████████████████████████████████████
25 ████████████████████████████████████████
```

Page 196

```
1              R. Satija
2  ████████████████████████████████████████
3  ████████████████████ in example B?
4         MR. GALLO:  Objection, vague.
5      A.  I don't agree.  In fact, there are
6  well-known challenges associated with the
7  high error rate using ████████████
8  ████████████████████████████████████████
9  ████████████████████████████████████████
10 ████████████.
11     Q.  Do you agree that the accuracy of
12 ████████████████████████ could be improved
13 by circularizing the template and sequencing
14 it repeatedly?
15         MR. GALLO:  Objection, vague.
16     A.  No, I don't agree with that.
17     Q.  Do you agree that ████████████
18 ████████████████████████████████████████
19 ████████████████████████████████████████
20 ████████████████████ in example B --
21         MR. GALLO:  Objection, vague.
22     Q.  -- ████████████████████████████
23 ████████████████████?
24         MR. GALLO:  Objection.
25     A.  No, I don't agree with that.
```

Page 197

```
1              R. Satija
2      Q.  Why not?
3      A.  So based on the specific diagram
4  that Dr. Shalek has provided us here, ████
5  ████████████████████████████████████████
6  ████████████████████████.
7      I'm trying to -- I may not be as
8  creative as Dr. Shalek, but if, for example,
9  you wanted to try to use a custom sequencing
10 primer, that could anneal to multiple
11 different components of the molecule.
12 ████████████████████████████████████████
13 ████████████████████████████████████████
14 ████████████████████████████████████████
15 ████████████████████████████████████████
16 ████████████████████████████████████████
17 ████████████████████████████████████████
18 ████████.
19     In fact, typically, when designing
20 custom primers, it's important to make sure
21 that they would anneal to a single location
22 on a molecule to be sequenced, not to
23 multiple locations, so that -- I don't think
24 -- I don't see how one would design a custom
25 primer.
```

MAGNA ►
LEGAL SERVICES



Page 198

R. Satija

1  Q.  Let me ask my question more
2  clearly. ███████████ in example B
3  ████████████████████████████
4  ████████████████████████████
5  ████████████████████████████
6  ████████████████████████████
7  ████████████████████████████
8  ████████████████████████████
9  ████████████████████████████
10  ███████?
11       MR. GALLO:  Objection, vague.
12  A.  I don't see that disclosed here by
13  Dr. Shalek.
14       When I analyzed Dr. Shalek's reply
15  report, I considered the already creative and
16  innovative although, in my opinion,
17  unsuccessful methods that he has described
18  here.  I didn't envision further, even more
19  complex and creative strategies including the
20  one that you are suggesting.
21       I don't see any indication in Dr.
22  Shalek's examples here that ███████████
23  ████████████████████████████
24  ████████████████.
25  Q.  Are you able to identify any reason

Page 199

R. Satija

1       why ████████ depicted in example B would
2  not be operative in the methods of the Parse
3  patents ███████████████████████
4  ████████████████████████████
5  ████████████████████████████
6  ██████████?
7       MR. GALLO:  Objection, vague.
8  A.  I do think the question is vague.
9  I don't know what ███████████████ is
10  that you are suggesting, I don't know
11  ███████, I don't know whether that
12  ████████████████████████
13  ██████████, I don't know whether that
14  ████████████████████████████
15  ████████████████████████████
16  ████████████████████████████
17  ███████████. I don't know if that
18  ████████████████████████████
19  ████████████████████████████
20  ████████████ and Dr. Shalek never suggests
21  this anywhere in his report.
22       This is an even more creative
23  method than even he has described so I don't
24  think I can answer your question.
25

Page 200

R. Satija

1  Q.  Are you able to identify any reason
2  why ████████ depicted in example A of Dr.
3  Shalek's reply report would not be operative
4  in the methods of the Parse patents
5  ████████████████████████████
6  ████████████████████████████
7  ████████████████████████████
8  █████?
9       MR. GALLO:  Objection, vague.
10  A.  So I can think of a number of
11  possible reasons why there might be an issue,
12  but I can't answer that question completely
13  in the abstract.  I don't know what
14  ████████████ you are proposing to use
15  here.  I don't know what ████████████
16  Dr. Shalek is proposing to use here and
17  that's because he hasn't proposed to use █
18  ████████████ that's not present
19  anywhere in the examples that he provides
20  here.
21       I don't know if this hypothetical
22  █████████████████████████████
23  █████████.  I don't know why -- I
24  don't know what ████████████████, I
25  can't say if it would cause those issues or

Page 201

R. Satija

1  not.  I can't definitively exclude them.  I
2  don't know if it would cause issues with
3  ████████████████████████████
4  █████████, it's just -- it's not something
5  that Dr. Shalek even suggested and there is
6  certainly possible technical reasons, but
7  completely in the abstract, I can't answer
8  your question.
9  Q.  I'm showing to you what was
10  previously marked as Exhibit 1112 which is a
11  copy of application No. 14941433 bearing
12  production Nos. UW 0000025 through 119.
13       Do you have that in front of you,
14  Doctor?
15  A.  Yes, I have that in front of me.
16       Is it possible for me to, I just
17  forgot, it was a long answer, to finish my
18  previous answer.  I just wanted to say one
19  additional thing.
20  Q.  What do you want to say?
21  A.  I wanted to say that in addition to
22  me not being able to answer the question
23  about ████████████████████████
24  ████████████████████████, Dr. Shalek

Page 218

R. Satija

1
2     A.  I do see that there.  I will just
3 take a second to review this section.
4     Q.  Let me know when you are done
5 reviewing the section.
6     A.  All right.  So I see this paragraph
7 and it's a part of my reply report where I
8 argue that a person of ordinary skill in the
9 art would understand that a primer is
10 appended to cDNA through reverse
11 transcription.
12     Q.  The sentence that I'm referring to
13 states, As I explained in my opening report,
14 once the nucleotides hybridize to the RNA and
15 are attached to the adjacent nucleotide
16 through a phosphodiester bond via the
17 polymerase activity, they become cDNA.
18         Do you see that sentence?
19     A.  I do see that sentence.
20     Q.  Do you stand by that statement?
21     A.  I do stand by that statement.  I
22 could have made it even clearer to say that
23 once the nucleotides hybridize to the RNA and
24 attach to the adjacent nucleotide through a
25 phosphodiester bond via the polymerase

Page 219

R. Satija

1
2 activity, they become cDNA that is appended
3 to the RT primer.  I could have been even
4 clearer in my statement, but I certainly
5 stand by it.
6     Q.  Now, the polymerase activity that
7 you are referring to in this sentence is the
8 polymerase activity of the reverse
9 transcriptase enzyme, correct?
10     A.  So the reverse -- this part of my
11 report does discuss reverse transcription and
12 it discusses the activity of the reverse
13 transcription enzyme and how it generates
14 cDNA and the reverse transcription enzyme --
15 I could have clarified this more in my
16 report, but you were asking me about the
17 specific type of activity so I think it's
18 helpful since you have given me the
19 opportunity to talk about the different
20 functions that the reverse transcription
21 enzyme plays during the process of generating
22 cDNA.
23         So one function of the reverse
24 transcriptase enzyme is to help recruit and
25 stabilize the interaction of a nucleotide, a

Page 220

R. Satija

1
2 DNA nucleotide that is bound to an RNA
3 template.  So that effort of helping to
4 recruit that nucleotide and stabilize this
5 interaction with the template is part of the
6 process of synthesizing cDNA and when that
7 occurred and that nucleotide has bound to the
8 complimentary mRNA molecule, it is now a
9 double-stranded entity known as cDNA.  That's
10 one function of the reverse transcription
11 enzyme.
12         A second component of the reverse
13 transcriptase enzyme is to then synthesize a
14 phosphodiester bond between the reverse
15 transcription primer and that individual
16 nucleotide and so that's why I say that the
17 cDNA first exists independently of the
18 barcoded RT primer and then becomes appended
19 to the RT primer and this informs my opinion
20 that a POSA would understand that a primer is
21 appended to cDNA through reverse
22 transcription and I'm just pointing out in
23 this sentence that my opinion here is
24 relevant even if it was required to append
25 the cDNA that existed independently to the

Page 221

R. Satija

1
2 barcoded RT primer.
3         That's not actually a requirement,
4 ████████████████████████████████████████
5 ███, I'm explaining why my opinion still
6 holds.
7         MR. RABINOWITZ:  Move to strike as
8 nonresponsive.
9     Q.  In the previous sentence in
10 paragraph 60, you state, A preliminary start
11 at the RT primer and uses the nucleotides in
12 solution to synthesize cDNA by adding the
13 nucleotides to the 3-prime end of the RT
14 primer.
15         Do you see that sentence?
16     A.  I'm sorry, do you mind just saying
17 exactly where you are starting, I didn't
18 follow along with you.
19     Q.  In the sentence before the one that
20 begins, As I explained.
21     A.  Okay.
22     Q.  You state, A preliminary start at
23 the RT primer and uses the nucleotides in
24 solution to synthesize cDNA by adding the
25 nucleotides to the 3-prime end of the RT

MAGNA ▶
LEGAL SERVICES

Page 222

```
1                R. Satija
2   primer.
3            Do you see that?
4       A.  I do.
5       Q.  The nucleotides being referred to
6   in the sentence are DNTPs, is that correct?
7       A.  Yes.  So this sentence is
8   describing how the nucleotides in solution
9   which would be DNTPs are synthesized to
10  create cDNA using the RT preliminaries and as
11  I said in my previous answer, the RT
12  preliminaries has multiple functions.
13           One function is to recruit and
14  stabilize the interaction of that DNTP
15  nucleotide with the complimentary mRNA strand
16  that creates a cDNA molecule and the second
17  is to synthesize a continuous cDNA molecule
18  that also includes or appends the barcoded RT
19  primer.
20           MR. RABINOWITZ:  Move to strike
21  everything after yes as nonresponsive.
22      Q.  Do you agree that a DNTP does not
23  include a phosphodiester bond?
24      A.  So I agree that a free-floating
25  DNTP in solution does not include a
```

Page 223

```
1                R. Satija
2   phosphodiester bond.
3       Q.  Do you agree that a DNTP that is
4   hybridized to a complimentary nucleotide does
5   not include a phosphodiester bond -- let me
6   ask the question a bit better.
7            Do you agree that when a free DNTP
8   hybridizes to a complimentary nucleotide,
9   that DNTP does not include a phosphodiester
10  bond unless and until it is attached to an
11  adjacent nucleotide through a polymerase
12  activity?
13      A.  So I want to be clear that I'm
14  answering this question in the context of
15  reverse transcription.
16           So when using a reverse
17  transcription, as I said, and this perfectly
18  outlines your question, the reverse
19  transcription enzyme has multiple functions
20  and steps.
21           The first is to recruit and
22  stabilize that free-floating DNTP and to
23  hybridize it to the mRNA molecule, at which
24  point it is now a single-base pair cDNA
25  molecule.
```

Page 224

```
1                R. Satija
2            Subsequently, the reverse
3   transcriptase enzyme utilizes its polymerase
4   activity to synthesize a phosphodiester bond
5   and to append that cDNA molecule to the
6   barcoded RT primer.
7            MR. RABINOWITZ:  Move to strike as
8   nonresponsive.
9       Q.  Let me draw your attention to your
10  reply expert report, paragraph 46.
11      A.  My reply expert report?
12      Q.  Paragraph 46.
13      A.  Okay.  I will just take one quick
14  second to review.
15      Q.  Now, to your reply expert report,
16  paragraph 42.
17      A.  All right.
18      Q.  It is your position that ████████
19  ████ is representative of the Scale Bio
20  accused products and services for purposes of
21  your infringement analysis, is that correct?
22      A.  So just to be clear, I do, as I
23  explain in my opening report, believe that
24  ██████████████ is representative of the
25  Scale Bio accused products and services and I
```

Page 225

```
1                R. Satija
2   describe this extensively in my opening
3   report and I note that Dr. Shalek agrees,
4   appears to agree with me, but there are a
5   number of products that I discuss in the --
6   in my reports.
7            I list these products, for example,
8   in paragraph 40 and I believe that all of
9   these products do infringe.  It's not simply
10  that I believe that ████████████████
11  infringes and the rest are just sort of
12  representative similarities.  I believe each
13  of those products infringe, but I do devote a
14  significant amount of time in my analysis to
15  ██████████████ because I believe it is
16  representative of the Scale Bio accused
17  products and services.
18      Q.  In paragraph 46 of your reply
19  report, you say there are differences that
20  are minor between the Scale Bio accused products
21  and services that had or even potentially
22  have any bearing on infringement, correct?
23      A.  That is what I say in paragraph 46
24  and I am happy to go through any distinctions
25  that would be helpful to discuss between, for
```

Page 266

```
1
2            - - -
3      DEPOSITION SUPPORT INDEX
4            - - -
5    Request for Production of Documents
       Page Line    Page Line Page Line
6    None
7            - - -
8    Stipulations
       Page Line    Page Line Page Line
9    None
            - - -
10
     Questions Marked
11     Page Line    Page Line Page Line
       None
12           - - -
13   To Be Filled In
       Page Line    Page Line Page Line
14   None
            - - -
15
16
17
18
19
20
21
22
23
24
25
```

Page 268

```
1
2        ACKNOWLEDGMENT OF DEPONENT
3        I,              , do hereby
     certify that I have read the foregoing pages,
4    and that the same is a correct transcription
     of the answers given by me to the questions
5    therein propounded, except for the
     corrections or changes in form or substance,
6    if any, noted in the attached Errata Sheet.
7
8
9    RAHUL SATIJA              DATE
10
     Subscribed and sworn
11   to before me this
        day of            , 2025.
12
     My commission expires:
13
14   Notary Public
15
16
17
18
19
20
21
22
23
24
25
```

Page 267

```
1
2           CERTIFICATE
3
         I HEREBY CERTIFY that the witness,
4    RAHUL SATIJA, was duly sworn by me and that
     the deposition is a true record of the
5    testimony given by the witness.
6    _____
         Leslie Fagin,
7        Registered Professional Reporter
         Dated: January 22, 2025
8
9
10
         (The foregoing certification of
11   this transcript does not apply to any
     reproduction of the same by any means, unless
12   under the direct control and/or supervision
     of the certifying reporter.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 269

```
1
2           - - - - - -
              E R R A T A
3           - - - - - -
     PAGE  LINE  CHANGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

MAGNA
LEGAL SERVICES

**EXHIBIT J**

Case 1:22-cv-01597-CJB    Document 386-1    Filed 04/07/25    Page 73 of 479 PageID #: 22319

1/24/2025        Scale Biosciences, Inc. et al. v. Parse Biosciences, Inc.  Peter A. Sims, Ph.D.

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
SCALE BIOSCIENCES, INC. and ROCHE ) Civil Action No.
SEQUENCING SOLUTIONS, INC.,        )
                                   ) 1:22-cv-01597-CJB
              Plaintiffs,          )
                                   )
        v.                         )
                                   )
PARSE BIOSCIENCES, INC.,           )
                                   )
              Defendant,           )
_____)
PARSE BIOSCIENCES, INC. and        )
UNIVERSITY OF WASHINGTON,          )
                                   )
        Counterclaim-Plaintiffs,   )
                                   )
        v.                         )
                                   )
SCALE BIOSCIENCES, INC.,           )
                                   )
        Counterclaim-Defendant.    )
_____)

VIDEOTAPED DEPOSITION
OF
PETER A. SIMS, PH.D.
NEW YORK, NEW YORK
FRIDAY, JANUARY 24, 2025

Stenographically reported by:
ANNETTE ARLEQUIN, CCR, RPR, CRR

_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

## Page 2

1                    January 24, 2025
2                    9:00 a.m.
3
4          Videotaped deposition of PETER A. SIMS,
5   PH.D., held at the offices of WOLF, GREENFIELD &
6   SACKS, 605 Third Avenue, New York, New York,
7   pursuant to Notice, before Annette Arlequin, a
8   Certified Court Reporter, and a Notary Public of
9   the State of New York, New Jersey and Florida.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 3

1 A P P E A R A N C E S:
2
3 STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
4 Attorneys for Parse Biosciences, Inc. And
5    University of Washington
6      1101 K Street, NW, 10th Floor
7      Washington, D.C.  20005
8 BY: BYRON PICKARD, ESQ.
9      Email: bpickard@sternekessler.com
10     Phone: 202.371.2600
11 BY: R. WILSON "TREY" POWERS III, PH.D.
12     Email: Tpowers@sternekessler.com
13     Phone:  202.772.8876
14 BY: LOUIS P. PANZICA, JR., ESQ.
15     Email: Lpanzica@sternekessler.com
16
17 WOLF, GREENFIELD & SACKS, P.C.
18 Attorneys for Scale Bio and the witness
19     605 Third Avenue, 25th Floor
20     New York, New York  10158
21 BY: STUART V.C. DUNCAN SMITH, ESQ.
       Email: sduncansmith@wolfgreenfield.com
22 BY: STEPHEN RABINOWITZ, ESQ.
       Email: stephen.rabinowitz@wolfgreenfield.com
23     Phone: 212.697.7890
24 ALSO PRESENT:
25 KEVIN MARTH, Videographer

## Page 4

1              I N D E X
2 WITNESS                     PAGE
3 PETER A. SIMS, PH.D.
4    BY MR. PICKARD              9
5
6      I N D E X   O F   E X H I B I T S
7 DESCRIPTION                  PAGE
8
9 Sims Exhibit 1, Highly       13
10 Confidential Rebuttal Expert
11 Report of Peter A. Sims, Ph.D.,
12 Regarding Validity of the
13 Asserted ScaleBio Claims
14
15 Sims Exhibit 2, Highly       13
16 Confidential Opening Expert
17 Report of Peter A. Sims, Ph.D.
18 Regarding Parse's Infringement of
19 the Asserted ScaleBio Claims
20
21 Sims Exhibit 3, Highly       14
22 Confidential Reply Expert Report
23 of Peter A. Sims, Ph.D. Regarding
24 Parse's Infringement of the
25 Asserted ScaleBio Claims

1/24/2025        Scale Biosciences, Inc. et al. v. Parse Biosciences, Inc.  Peter A. Sims, Ph.D.

Page 33

1    MR. SMITH:  Objection.  Vague.
2    A.   I have read the specification
3  several times, and I understand many aspects of
4  it well.
5    Q.   Okay.  Here's what I would like to
6  know.
7         In your review of the specification
8  to the patents, did you see any description where
9  the methods are performed without using a UBA to
10 target a molecule?
11        MR. SMITH:  Objection.  Vague.
12   Legal conclusion.
13   A.   So this is -- this is from the reply
14 report regarding Parse's infringement of the
15 asserted ScaleBio claims, paragraph 27, which
16 just reflects the way in which the court has
17 construed UBA to mean, "A molecule or assembly
18 that is designed to bind with at least one target
19 molecule, at least one target molecule surrogate,
20 or both."
21        So the ability to bind with at least
22 one target molecule, at least one target molecule
23 surrogate, or both, is part of the definition of
24 a UBA throughout the specification examples in
25 the '256 patent.

Page 34

1    Q.   Okay.  And you're looking at
2  paragraph 27?
3    A.   Correct --
4    Q.   Just for the sake --
5    A.   -- paragraph 27.
6    Q.   -- of clarity on the record, we've
7  marked the reply as Exhibit 3.
8    A.   Sims 3, yeah.
9    Q.   Sims 3.  Thank you.
10        So what you read to me from
11 paragraph 27 is the court's construction of UBA.
12 Is that what your testimony is?
13        MR. SMITH:  Objection.
14 Mischaracterization.
15   A.   That is how I understand the court
16 to have construed the term "UBA."
17   Q.   All right.  And that phrase you just
18 read from paragraph 27, it's identical to the
19 language we read from the '256 patent at the --
20 column 17, right?
21        MR. SMITH:  Objection.
22 Mischaracterization.  Vague.
23   A.   Yeah, so the same paragraph in my
24 report states that the specification in
25 column 17, 18 through 22 states that UBA

Page 35

1  molecules are assemblies that are designed to
2  bind with at least one target molecule -- at
3  least one target molecule, surrogate or both.
4         So it's similar.
5    Q.   All right.  Let's go back to the
6  description of the patent, the description for
7  the patents.
8         I think we've established that the
9  patent describes that UBAs can be antibodies,
10 right?
11   A.   UBAs --
12        MR. SMITH:  Objection.
13   A.   UBAs can be antibodies.
14   Q.   Do you have any sense, sitting here
15 today, how many known antibodies there are?
16        MR. SMITH:  Objection.  Vague.
17   A.   I do not know how many known
18 antibodies there are.  There are a lot.
19   Q.   More than 1,000?
20   A.   There are more than 1,000
21 antibodies.
22   Q.   More than 100,000?
23        MR. SMITH:  Objection.  Vague.
24 Scope.
25   A.   All of us produce antibodies.  All

Page 36

1  of us produce different antibodies.  There are
2  more than 100,000.
3    Q.   When you say "all of us produce
4  antibodies," you mean our human bodies produce
5  antibodies?
6    A.   Our human bodies, animals.
7    Q.   If you take a given human, would a
8  given human have more than 100,000 antibodies?
9         MR. SMITH:  Objection.  Vague.
10 Scope.
11   A.   I don't know.  It's certainly
12 possible.
13   Q.   Okay.  And your statement that there
14 are more than 100,000 antibodies, that would be
15 true of other -- many other animals as well,
16 correct, not just humans?
17        MR. SMITH:  Objection.  Vague.
18 Scope.
19   A.   It would be true of many other
20 animals, that they can produce hundreds of
21 thousands of antibodies.
22   Q.   And the composition of the
23 antibodies one would find in humans would be
24 different than what you would expect to find in,
25 say, a reptile or a fish, right?

9  (Pages 33 to 36)

1/24/2025        Scale Biosciences, Inc. et al. v. Parse Biosciences, Inc.  Peter A. Sims, Ph.D.

Page 141

1    Q.   In reviewing the Scale patents, did
2  you see any description teaching one what
3  characteristics an aptamer should possess in
4  order to be useful in the claim methods?
5         MR. SMITH:  Objection.  Vague.
6  Legal conclusion.
7    A.   So I'm looking here at reply report
8  regarding Parse's infringement of the asserted
9  ScaleBio claims.  That's Sims 3, Exhibit 3.
10   Q.   Okay.
11   A.   And in paragraph 27, I have the
12  definition -- or I should say I have the
13  statement where the court construes the term
14  "UBA" to mean "a molecular assembly that's
15  designed to bind with at least one target
16  molecule, at least one target molecule surrogate,
17  or both."
18         An aptamer can be a UBA.  And so
19  this definition of a UBA informs some of its
20  properties.  It must be designed -- that aptamer
21  to function as a UBA must be designed to bind
22  with at least one target molecule, for example.
23   Q.   All right.  Other than being
24  designed to bind to at least one target or
25  surrogate and so on, as you have there in

Page 142

1  paragraph 27, does the patent anywhere teach what
2  would distinguish aptamers that are suitable for
3  use with the claimed methods versus those that
4  are not?
5         MR. SMITH:  Objection.  Vague.
6  Legal conclusion.  Scope.
7    A.   So, again, because a UBA can be an
8  aptamer, there are many features of a UBA that
9  are described in the specification that
10  facilitate its use in different aspects of the
11  invention.
12         So, for example, a UBA can include a
13  common linker that facilitates attachment of a
14  cell origination barcode.  And so if one used an
15  aptamer as a UBA, in that specific context, the
16  aptamer could also have a common linker to
17  facilitate attachment to a cell origination
18  barcode.
19         So that's one example of a property
20  in one context that an aptamer might have.
21   Q.   Okay.  So one quality is the ability
22  to couple with a common linker to facilitate
23  attachment of a cell origination barcode, right?
24         MR. SMITH:  Objection.  Vague.
25  Mischaracterization.  Legal conclusion.

Page 143

1    A.   An aptamer can include a common
2  linker in the context of this invention.
3    Q.   Does the patent teach anywhere that
4  the ability to couple with a common linker that
5  allows for attachment of a cell originated
6  barcode is something that distinguishes it as a
7  useful aptamer versus one that is not?
8         MR. SMITH:  Objection.  Vague.
9  Legal conclusion.  Foundation.
10   A.   So the cell origination barcode can
11  be attached to the UBA via a common linker.  This
12  is from the '442 specification.
13         So it's not -- it's optional.
14   Q.   Okay.
15   A.   That example is optional.
16   Q.   What I'm trying to understand is, if
17  a person of ordinary skill in the art were to
18  pick up the descriptions to the patent, what do
19  the patents teach that person of skill about how
20  to know what are suitable aptamers against those
21  that are not if you want to perform the claim
22  methods?
23         Can you point to anything other than
24  that language from paragraphs 27 and 28 from your
25  reply report on infringement?

Page 144

1         MR. SMITH:  Objection.  Vague.
2  Asked and answered.  Legal conclusion.
3  Foundation.
4    A.   The invention can be practiced in
5  many different ways, but a POSA would understand
6  that for some applications, an aptamer with high
7  binding affinity for one or more targets could be
8  desirable.
9    Q.   Okay.  Yeah, other than the binding
10  affinity, does the patent describe any way that a
11  person of ordinary skill in the art would
12  understand aptamers being suitable or not for use
13  in the invention?
14         MR. SMITH:  Objection.  Vague.
15  Asked and answered.  Foundation.  Legal
16  conclusion.
17   A.   So, for example, as I mentioned
18  earlier, cell origination barcodes could be
19  attached to a UBA.  A UBA can be an aptamer.
20         And one method of attachment is
21  ligation.  And ligation requires certain features
22  of the nucleic acids involved in the reaction in
23  order to -- in order to function --
24   Q.   Okay.
25   A.   -- in order to occur.

                            36  (Pages 141 to 144)

1/24/2025        Scale Biosciences, Inc. et al. v. Parse Biosciences, Inc.  Peter A. Sims, Ph.D.

Page 165

1    Scope.
2        A.   I have used antibodies from the
3    supernatant in cases where the antibody
4    concentration is so high, that for some
5    applications, purification isn't even necessary.
6    But you can purify antibodies from supernatants,
7    and that can be helpful for some applications.
8        Q.   And then to determine whether the
9    antibodies that had been generated by this
10   process had the desired specificity, there needs
11   to be some testing after you purify and isolate
12   them, correct?
13       MR. SMITH:  Objection.  Vague.
14   Scope.  Foundation.
15       A.   There are many applications where
16   one would use established methods to test the
17   antibody that you got from a hybridoma.  But,
18   again, the requirements for that antibody depend
19   on the application, as would the test that you
20   might perform.
21       Q.   All right.  Let's take the
22   application of Claim 1 of the '442 patent, okay?
23       What does the patent teach are the
24   requirements for the antibodies to be used in
25   that invention?

Page 166

1        MR. SMITH:  Objection.
2    BY MR. PICKARD:
3        Q.   I mean as the entity labeled the
4    target molecule.
5        MR. SMITH:  Objection.  Vague.
6    Legal conclusion.  Foundation.  Scope.
7        A.   So the patent contains many
8    teachings related to antibodies.  A UBA can be an
9    antibody.  And there are specific examples in the
10   specification of antibodies, for example, of
11   antibodies specific for a surface marker like CD8
12   or an intracellular epitope like phospho -- like
13   a phosphoepitope on a kinase such as Stat III.
14       So it gives some examples.  It
15   teaches that an antibody can be a UBA but it also
16   gives some use cases for an antibody in the
17   context of the invention.
18       Q.   Have you done the exercise of
19   actually counting how many use cases involving
20   antibodies are set forth in the specification of
21   any of these patents?
22       MR. SMITH:  Objection.  Vague.
23       A.   I have not counted the number of,
24   for example, antigens that are mentioned in the
25   specification.  I haven't counted the number of

Page 167

1    antibodies that are specifically mentioned in the
2    specification.
3        Q.   Do you know how many antibodies are
4    named in the common specifications to the Scale
5    patents?
6        MR. SMITH:  Objection.  Vague.
7        A.   I don't recall whether, for example,
8    you know, specific antibody product numbers were
9    named, for example.
10       I do know that specific antigens for
11   which there are known -- well-known,
12   well-established commercial antibodies are
13   available that are used as examples in the
14   specification.
15       Q.   Claim 1 of the '442 patent, would
16   any antibody work in that claim?
17       MR. SMITH:  Objection.  Legal
18   conclusion.  Vague.  Scope.  Foundation.
19       A.   I think it depends on the context in
20   which the claim is put into practice.  You know,
21   an antibody -- typically an antibody would be
22   included as perhaps one of many UBAs if the
23   inventor -- or, sorry, if the person practicing
24   the invention was interested in particular
25   antigens in the sample that the antibody might

Page 168

1    bind.
2        Q.   Given that, is it fair to say that
3    simply picking an antibody at random and using it
4    would not be thought to be a useful approach?
5        MR. SMITH:  Objection.  Vague.
6    Legal conclusion.  Scope.
7        A.   So this goes back to the definition
8    of a UBA or at least the way the court has
9    construed UBA.
10       UBAs are molecules or assemblies
11   that are designed to bind at least one target
12   molecule and at least one target molecule
13   surrogate and both and can, under appropriate
14   conditions, form a molecular complex comprising
15   the UBA and the target molecules.  This is from
16   the '442 patent.
17       An antibody would have to -- you
18   would want an antibody that satisfies this
19   definition of a UBA.
20       So, for example, an antibody that
21   could not under appropriate conditions form a
22   molecular complex comprising the UBA antibody and
23   the target molecule, might not be appropriate.
24       MR. PICKARD:  Would you like a short
25   break right now, Dr. Sims?

42  (Pages 165 to 168)

1/24/2025        Scale Biosciences, Inc. et al. v. Parse Biosciences, Inc.  Peter A. Sims, Ph.D.

Page 201

1 molecules. But a UBA is not a necessary feature
2 of the disclosed invention because of the phrase
3 "in some embodiments."
4        Q.   Okay. Thank you.
5        In light of the suggestion that UBAs
6 are not required, did you discern any example in
7 the specification showing how that could be done?
8        MR. SMITH: Objection. Vague.
9    Asked and answered.
10        (Document review.)
11        A.   So I guess in the context of the
12 '752 patent, which is for a kit, one could
13 practice the invention without the kit containing
14 a UBA.
15        Q.   My question wasn't about the '752
16 patent as such.
17        My question is much broader and that
18 is: In reading the specification, the comment
19 specification for the Scale patents, did you
20 discern anything in there that showed skilled
21 artisans how to perform the claimed methods or
22 kit without the use of a UBA?
23        MR. SMITH: Objection. Vague.
24    Asked and answered.
25        (Document review.)

Page 202

1        A.   There are examples of, for example,
2 adding APSs to cDNA without a UBA. So the
3 specification...
4        Q.   Where is that, Doctor?
5        (Document review.)
6        A.   So, for example, APSs can be
7 attached to a common linker. That common linker
8 does not necessarily need to be part of a UBA.
9 It doesn't have to be a UBA. So you could
10 practice, you know, the addition of those APS
11 tags without a UBA.
12        Q.   Where in the patent specification
13 are you referring to?
14        A.   So I have a reference in my report
15 to Nolan 2012, paragraph 99. I'd have to make
16 the correspondence to the '442 specification.
17        Q.   We'll do that for you.
18        Any other examples besides the one?
19        MR. SMITH: Objection. Vague.
20        A.   I would say that that example
21 encompasses many, many possible applications.
22 There are many ways you could execute that.
23        Q.   All right. I just have a few more
24 questions on '752 and then we can take a break.
25        Does that sound good?

Page 203

1        A.   Sure.
2        Q.   Look at the '752, please.
3        If one wanted to use the claimed kit
4 to barcode a target molecule, one way of doing
5 that would be to use an antibody, correct?
6        MR. SMITH: Objection. Vague.
7 Legal conclusion.
8        A.   In the context of the '752 patent,
9 you could use an antibody as a UBA, and you could
10 associate APS tags with the antibody.
11        MR. PICKARD: Why don't we take a
12 break now.
13        Thank you, Doctor.
14        THE VIDEOGRAPHER: The time is
15 4:04 p.m. We are off the record.
16        (Recess is taken.)
17        THE VIDEOGRAPHER: The time is
18 4:29 p.m. We are back on the record.
19        (Plaintiff's Exhibit 9, US PCT
20 Number: PCT/US12/23411, Filing date of
21 January 31, 2012, Bates-stamped
22 ScaleBio0011464 through 11660, marked for
23 identification, as of this date.)
24 BY MR. PICKARD:
25        Q.   Okay. Dr. Sims, we have marked Sims

Page 204

1 9 for you.
2        You recognize that as the so-called
3 Nolan 2012 application?
4        A.   This is Nolan 2012.
5        Q.   Great.
6        I'd like you to turn to paragraph 76
7 for a second. Let me know when you're there.
8        A.   Okay. Paragraph 76.
9        Q.   Yes. The beginning portion of it
10 states, "UBAs are molecules or assemblies that
11 are designed to bind with at least one target
12 molecule, at least one target molecule surrogate
13 or both."
14        Do you see that?
15        MR. SMITH: Objection.
16 Mischaracterization.
17 BY MR. PICKARD:
18        Q.   And I'd like to understand what a
19 target molecule surrogate is in the context of
20 Nolan 2012 and how it is distinctive at all from
21 a target molecule.
22        Are you able to answer that?
23        MR. SMITH: Objection. Vague.
24        (Document review.)
25        A.   I haven't formed a carefully

51 (Pages 201 to 204)

1/24/2025          Scale Biosciences, Inc. et al. v. Parse Biosciences, Inc.  Peter A. Sims, Ph.D.

Page 233

1     Q.   Okay.  And the hybridization
2  interaction, that's not a covalent bond, right?
3     A.   Annealing in the context of nucleic
4  acids does not require covalent interactions.
5     Q.   Let me see if I understand this
6  correctly.
7          In a nucleic acid, you've got the
8  nucleotides, and they're joined together along a
9  strand.
10         Is that approximately correct?
11         MR. SMITH:  Objection.  Vague.
12     A.   Nucleic acids can be comprised of
13  nucleotides joined together in a strand.
14     Q.   So if we look at the example of
15  Figure 6, and we'll take that first lower strand
16  which covers that random region to tag as well as
17  the flanking portions.
18     A.   Okay.
19         MR. SMITH:  Objection.  Vague.
20  BY MR. PICKARD:
21     Q.   That whole stretch, that strand,
22  that is joined together by a series of covalent
23  bonds, correct?
24         MR. SMITH:  Objection.  Vague.
25     A.   It's not entirely clear from looking

Page 234

1  at the figure that all of the nucleotides in that
2  strand are joined together by a covalent bond.
3     Q.   And what's missing that would
4  provide that clarity?
5     A.   Some depiction of the covalent
6  bonds.
7     Q.   Well, if you have a single-stranded
8  nucleic acid, the series of nucleotides in that
9  single strand, they're joined together by
10  covalent bonds, right?
11     A.   Single-stranded nucleic acids are
12  comprised of nucleotides joined together by
13  covalent bonds.  But this particular nucleic acid
14  could have a nick in it somewhere.
15     Q.   Sure.
16         And my question wasn't limited to
17  Figure 6.  Just in general --
18     A.   Okay.
19     Q.   -- for that.
20         Grab the '752 patent for a moment.
21     A.   Okay.
22     Q.   Let's take a look at Claim 1,
23  please.  I just want to see if I understand this
24  correctly.
25         Is it a case that for the kit to

Page 235

1  work, you need something to associate the
2  barcodes with the target molecules or the APS to
3  the target molecules, I should say?
4         MR. SMITH:  Objection.  Vague.
5  Legal conclusion.  Compound.  Asked and
6  answered.
7     A.   For the kit to function as a kit, it
8  can be missing components that are required for
9  its use in specific applications.  It's a kit.
10  It has some of the required components.
11     Q.   Do you agree that for the kit to
12  have a use, it needs to have a target, target
13  molecule?
14         MR. SMITH:  Objection.  Vague.
15  Legal conclusion.  Asked and answered.
16     A.   The kit is for split-pool barcoding
17  of target molecules.  So it would be used for
18  split-pool barcoding of target molecules.
19     Q.   All right.  Let's talk about ESBs
20  for a minute.
21     A.   Okay.
22     Q.   You know what ESBs are in the
23  context of the Scale patents, right?
24     A.   I'm familiar with the term "ESB."
25     Q.   Okay.  In your review of the

Page 236

1  patents, have you seen any description where an
2  ESB is generated within a cell?
3         MR. SMITH:  Objection.  Vague.
4     A.   My interpretation is that an ESB can
5  be a cDNA.  And so, for example, Nolan 2012
6  discloses that the reverse transcription reaction
7  that would generate cDNA as depicted, for
8  example, in the '938 patent, which is
9  incorporated into Nolan 2012 by reference, may be
10  performed inside a cell.  "Performed inside a
11  cell" is a direct quote from Nolan 2012.
12     Q.   Does Nolan 2012 ever refer to that
13  cDNA that you just referred to a moment ago as an
14  ESB?
15         MR. SMITH:  Objection.  Vague.
16     A.   Nolan 2012 states that an ESB can be
17  a nucleic acid, and it also states that a nucleic
18  acid can be a cDNA.
19     Q.   Why don't we go to the precise parts
20  of the spec that you were just referring to a
21  moment ago.
22     A.   Which document, the Nolan 2012 --
23     Q.   Whatever you're most comfortable
24  with.
25     A.   Okay.  I'm going to have to -- it

59  (Pages 233 to 236)

1/24/2025          Scale Biosciences, Inc. et al. v. Parse Biosciences, Inc.  Peter A. Sims, Ph.D.

Page 249

```
 1          C E R T I F I C A T E
 2   STATE OF NEW YORK      )
 3                 : ss.
 4   COUNTY OF NEW YORK     )
 5          I, ANNETTE ARLEQUIN, a Notary Public
 6   within and for the State of New York, do
 7   hereby certify:
 8          That PETER A. SIMS, PH.D., whose
 9   deposition is hereinbefore set forth, was
10   duly sworn by me, and that the transcript of
11   such depositions is a true record of the
12   testimony given by such witness.
13          I further certify that I am not
14   related to any of the parties to this action
15   by blood or marriage; and that I am in no
16   way interested in the outcome of this
17   matter.
18          IN WITNESS WHEREOF, I have hereunto
19   set my hand this 27th day of Jan. 2025.
20
21
22
23
24   _____
25     ANNETTE ARLEQUIN, CCR #30XI00145000
```

Page 250

```
 1   Peter A. Sims, Ph.D., c/o
     WOLF, GREENFIELD & SACKS, P.C.
 2   605 Third Avenue, 25th Floor
     New York, New York  10158
 3
 4   Case: Scale Biosciences, Inc. et al. v. Parse Biosciences, Inc.
     Date of deposition: January 24, 2025
 5   Deponent: Peter A. Sims, Ph.D.
 6
 7   Please be advised that the transcript in the above
 8   referenced matter is now complete and ready for signature.
 9   The deponent may come to this office to sign the transcript,
10   a copy may be purchased for the witness to review and sign,
11   or the deponent and/or counsel may waive the option of
12   signing. Please advise us of the option selected.
13   Please forward the errata sheet and the original signed
14   signature page to counsel noticing the deposition, noting the
15   applicable time period allowed for such by the governing
16   Rules of Procedure. If you have any questions, please do
17   not hesitate to call our office at (202)-232-0646.
18
19
20   Sincerely,
     Digital Evidence Group
21   Copyright 2025 Digital Evidence Group
     Copying is forbidden, including electronically, absent
22   express written consent.
23
24
25
```

Page 251

```
 1   Digital Evidence Group, L.L.C.
     1730 M Street, NW, Suite 812
 2   Washington, D.C. 20036
     (202) 232-0646
 3
 4   SIGNATURE PAGE
     Case: Scale Biosciences, Inc. et al. v. Parse Biosciences, Inc.
 5   Witness Name: Peter A. Sims, Ph.D.
     Deposition Date: January 24, 2025
 6
 7   I do hereby acknowledge that I have read
     and examined the foregoing pages
 8   of the transcript of my deposition and that:
 9
10   (Check appropriate box):
     ( ) The same is a true, correct and
11   complete transcription of the answers given by
     me to the questions therein recorded.
12   ( ) Except for the changes noted in the
     attached Errata Sheet, the same is a true,
13   correct and complete transcription of the
     answers given by me to the questions therein
14   recorded.
15
16   _____
17   DATE            WITNESS SIGNATURE
18
19
20
21   _____      _____
22   DATE             NOTARY
23
24
25
```

Page 252

```
 1   Digital Evidence Group, LLC
 2   1730 M Street, NW, Suite 812
 3   Washington, D.C.  20036
 4   (202)232-0646
 5
 6           ERRATA SHEET
 7
 8   Case: Scale Biosciences, Inc. et al. v. Parse Biosciences, Inc.
 9   Witness Name: Peter A. Sims, Ph.D.
10   Deposition Date: January 24, 2025
11   Page No.   Line No.    Change
12
13
14
15
16
17
18
19
20
21   _____      _____
22   Signature              Date
23
24
25
```

63  (Pages 249 to 252)

**EXHIBIT K**

FOR THE DISTRICT OF DELAWARE

```
---------------------------X
SCALE BIOSCIENCES, INC.,    )
                            )
   and                      )
                            )
ROCHE SEQUENCING SOLUTIONS, )
INC.,                       )
                            )   Civil Action No.
   Plaintiffs,             )
                            )   1:22-CV-01597-CJB
v.                          )
                            )
PARSE BIOSCIENCES, INC.,    )
                            )
   Defendant.               )
---------------------------X
PARSE BIOSCIENCES, INC.,    )
                            )
   and                      )
                            )
UNIVERSITY OF WASHINGTON,    )
                            )
   Counterclaim Plaintiffs,  )
                            )
v.                          )
                            )
SCALE BIOSCIENCES, INC.,    )
                            )
   Counterclaim Defendant.   )
---------------------------X
```

VIDEOTAPED DEPOSITION OF
ROBERT DEFOREST MCDUFF, PH.D.
Tuesday, January 28, 2025; 9:04 a.m. EST

Reported by: Cindy L. Sebo, RMR, CRR, CLR, RPR,
CCR, CSR, RSA, CA CSR 14409, NJ Certified CR
30XI0024460, NJ Certified RT 30XR00019500, NM CSR
589, NY Realtime Court Reporter, NY Association
Certified Reporter, OR CSR 230105, TN CSR 998, TX
CSR 12778, WA CSR 23005926, Remote Counsel
Reporter, LiveLitigation Authorized Reporter





44 (Pages 170 to 173)





45 (Pages 174 to 177)





47 (Pages 182 to 185)





48 (Pages 186 to 189)





49 (Pages 190 to 193)





Page 196

1    --oOo--
2    (Whereupon, at 12:32 p.m. EST, a
3    luncheon recess was taken.)
4    --oOo--
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Page 195

1    vague; compound; mischaracterizes the
2    testimony; and, again, asked and
3    answered.
4        This is now, I think, the fifth or
5    sixth time the question has been asked.
6        THE WITNESS:
7
8
9        .
10       ATTORNEY LOUGHRAN:  Should we take
11   a break?
12       ATTORNEY GLEASON:  Up to you.
13       THE WITNESS:  Sure.
14       ATTORNEY GLEASON:  I think we
15   have --
16       CERTIFIED STENOGRAPHER:  We're not
17   off the record yet.
18       THE VIDEOGRAPHER:  Going off the
19   record at 12:32.
20
21
22

Page 197

1    A F T E R N O O N     S E S S I O N
2        (1:15 p.m. EST.)
3        --oOo--
4        ROBERT DEFOREST MCDUFF, PH.D.,
5    called for continued examination and, after
6    having been previously duly sworn under penalty
7    of perjury by the certified stenographer to tell
8    the truth, the whole truth and nothing but the
9    truth, was examined and testified further as
10   follows:
11       --oOo--
12       THE VIDEOGRAPHER:  Back on the
13   record at 1315.
14       --oOo--
15   EXAMINATION (CONTINUED) BY COUNSEL FOR
16   PLAINTIFFS AND COUNTERCLAIM DEFENDANT
17       --oOo--
18   BY ATTORNEY LOUGHRAN:
19       Q.  Good afternoon, Dr. McDuff.  Hello
20   again.
21       A.  Hi.
22       Q.  How are you?

50  (Pages 194 to 197)





81 (Pages 318 to 321)





90 (Pages 354 to 357)



Page 398

```
 1        I, Cindy L. Sebo, Nationally Certified Court
 2   Reporter herein, do hereby certify that the
 3   foregoing deposition of ROBERT DEFOREST MCDUFF,
 4   PH.D. was taken before me pursuant to notice at
 5   the time and place indicated; that said witness
 6   duly swore to tell the truth, the whole truth, and
 7   nothing but the truth under penalties of perjury;
 8   that said testimony of witness was correctly
 9   recorded to the best of my abilities in machine
10   shorthand, thereafter transcribed under my
11   supervision with computer-aided transcription;
12   that deposition is a true and accurate record of
13   the testimony given by the witness; that I am
14   neither counsel, nor kin to any party in said
15   action, nor interested in the outcome; and that a
16   copy of this transcript obtained from a source
17   other than the court reporting firm, including an
18   adversary or cocounsel in the matter, is
19   uncertified and may not be used at trial.
20   CINDY L. SEBO, RMR, CRR, CLR, RPR, CCR, CSR, RSA,
     CA CSR 14409, NJ Certified CR 30XI0024460,
21   NJ Certified RT 30XR00019500, NM CSR 589,
     NY Realtime Court Reporter, NY Association
22   Certified Reporter, OR CSR 230105, TN CSR 998,
```

Page 399

```
                  INSTRUCTIONS TO WITNESS
 1            Please read your deposition over
 2   carefully and make any necessary corrections.
 3   You should state the reason in the appropriate
 4   space on the errata sheet for any corrections
 5   that are made.
 6            After doing so, please sign the
 7   errata sheet and date it.
 8            You are signing same subject to the
 9    changes you have noted on the errata sheet, which
10   will be attached to your deposition.
11            It is imperative that you return the
12   original errata sheet to the deposing attorney
13   within thirty (30) days of receipt of the
14   deposition transcript by you.  If you fail to do
15    so, the deposition transcript may be deemed to be
16   accurate and may be used in court.
17
18
19
20
21
22
```

Page 400

```
 1   ROBERT DEFOREST MCDUFF, PH.D.        NO. 1267910
 2      E R R A T A   S H E E T
 3   PAGE 172 LINE 7 CHANGE ___ "competing" to "computing"
 4
 5   REASON FOR CHANGE: Transcription error.
 6   PAGE 178 LINE 19 CHANGE  "would" to "wouldn't"
 7
 8   REASON FOR CHANGE: Transcription error.
 9   PAGE 228 LINE 22 CHANGE  "sew" to "show"
     REASON FOR CHANGE: Transcription error.
10
11   PAGE 233 LINE 2 CHANGE  "compete with" to "they compete for"
12
     REASON FOR CHANGE: Transcription error.
13   PAGE 235 LINE 6 CHANGE  "don't" to "do"
14   REASON FOR CHANGE: Transcription error.
15
16   PAGE 368 LINE 9 CHANGE  "that" to "as"
17
18   REASON FOR CHANGE: Clarity.
19   PAGE_____ LINE_____ CHANGE _____
     REASON FOR CHANGE:
20
21   PAGE_____ LINE_____ CHANGE _____
22   REASON FOR CHANGE:
```

Page 401

```
 1   ROBERT DEFOREST MCDUFF, PH.D.        NO. 1267910
 2      E R R A T A   S H E E T
 3   PAGE_____ LINE_____ CHANGE _____
 4   REASON FOR CHANGE:
 5
 6   PAGE_____ LINE_____ CHANGE _____
 7   REASON FOR CHANGE:
 8   PAGE_____ LINE_____ CHANGE _____
 9   REASON FOR CHANGE:
10
11   PAGE_____ LINE_____ CHANGE _____
12   REASON FOR CHANGE:
13   PAGE_____ LINE_____ CHANGE _____
14   REASON FOR CHANGE:
15
16   PAGE_____ LINE_____ CHANGE _____
17   REASON FOR CHANGE:
18   PAGE_____ LINE_____ CHANGE _____
19   REASON FOR CHANGE:
20
21   PAGE_____ LINE_____ CHANGE _____
22   REASON FOR CHANGE:
```



MAGNA
LEGAL SERVICES

Page 402

```
1
2          I, ROBERT DEFOREST MCDUFF, PH.D., do
3    hereby certify that I have read the foregoing
4    pages herein, and that the same is a correct
5    transcription of the answers given by me of the
6    proceedings taken remotely to the questions
7    therein propounded under penalty of perjury,
8    except for the corrections or changes in form or
9    substance, if any, noted in the attached errata
10   sheet.
11
12    2/18/2025            R. D. McDuff
13   DATE                  SIGNATURE
14
15   Subscribed and sworn to before me
     this _____ day of_____, 20____.
16
17
18      My Commission expires:
19
     _____
20
     _____
21
22      Notary Public
```





**EXHIBIT L**

**CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY MATERIAL**

**Page 3**

1  IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF DELAWARE
2  - - - - - - - - - - - - - - x
   SCALE BIOSCIENCES, INC.   :
3
        and              :
4
   ROCHE SEQUENCING         :
5  SOLUTIONS, INC.,
                            :
6    Plaintiffs,
                            :
7  v.              Civil Action No.
                            :
8  PARSE BIOSCIENCES, INC.,     1:22-CV-01597-CJB
                            :
9    Defendant.
   _____      :
10 PARSE BIOSCIENCES, INC.,
                            :
11     and
                            :
12 UNIVERSITY OF WASHINGTON,
                            :
13   Counterclaim Plaintiffs,
                            :
14 v.
                            :
15 SCALE BIOSCIENCES, INC.,
                            :
16   Counterclaim Defendant.
   - - - - - - - - - - - - - - x
17
18
19
20
21
22

**Page 2**

1          *****

2    Videotaped Deposition of LIOR S. PACHTER,

3  PH.D., held at Sterne, Kessler, Goldstein & Fox

4  PLLC, 1101 K Street NW, 10th Floor, Washington,

5  DC, commencing Monday, February 10, 2025, at 9:05

6  a.m. pursuant to notice, before Okeemah S.

7  Henderson, RPR, Notary Public in and for the

8  District of Columbia.

9

10

11

12

13

14

15

16

17

18

19

20

21  Job No. 1266345

22  Reported by:  Okeemah S. Henderson, RPR

**Page 3**

1  A P P E A R A N C E S

2    WOLF, GREENFIELD & SACKS

3    BY:  STEPHEN RABINOWITZ, ESQUIRE

4      STUART V.C. DUNCAN SMITH, ESQUIRE

5      605 Third Avenue, 25th Floor

6      New York City, New York 10158

7      212-849-3356

8      E-mail: Stephen.rabinowitz@wolfgreenfield.com

9      Representing Scale Biosciences, Inc.

10

11    STERNE, KESSLER, GOLDSTEIN & FOX PLLC

12    BY: CHRISTOPHER GALLO, ESQUIRE

13      RALPH WILSON POWERS, III, ESQUIRE

14      1101 K Street NW, 10th Floor

15      Washington, DC 20005

16      202-772-8618

17      E-mail: Cgallo@sternekessler.com

18      Representing Parse Biosciences and

19      University of Washington

20

21    ALSO PRESENT:

22      NORMAN REYNOLDS, VIDEOGRAPHER

**Page 4**

1          C O N T E N T S
2  EXAMINATION OF LIOR PACHTER, PH.D.    PAGE
3  By Mr. Rabinowitz         7, 251
4  By Mr. Gallo           244
5
6          E X H I B I T S
7    (ATTACHED TO THE TRANSCRIPT)
8  EXHIBITS               PAGE
9  Exhibit 1199  Opening expert report of Lior
              Pachter, Ph.D. dated 1/10/24   18
10
   Exhibit 1200  Rebuttal expert report of Lior
11            Pachter, Ph.D. on non-
              infringement dated 12/23/24   18
12
   Exhibit 1201  Reply expert report of Lior
13            Pachter, Ph.D. on validity
              dated 12/13/24         18
14
   Exhibit 1202  US Patent 2006/0177833 A1
15            dated 8/10/26       63
16 Exhibit 1203  Document         99
17 Exhibit 1204  US Patent 2009/0264300 A1
              dated 10/22/09      109
18
   Exhibit 1205  US Patent 2006/0099592 A1
19            dated 5/11/06      127
20 Exhibit 1206  Rebuttal expert report of Peter
              Sims, Ph.D. dated 11/12/24   134
21
   Exhibit 1207  Opening expert report of Peter
22            Sims, Ph.D.         150

Page 21

1 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
2 ▆▆▆▆▆▆▆
3 ▆▆▆▆▆▆▆▆▆▆▆
4 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
5 ▆▆▆▆▆▆▆▆▆▆
6 ▆▆
7      Q. I would like to briefly ask about your
8 educational background.
9      A. Yes.
10      Q. You have a Bachelor of Science degree in
11 mathematics; is that correct?
12      A. Yes, that's correct.
13      Q. That's from Caltech?
14      A. Yes, that's from the California institute
15 of Technology.
16      Q. That was granted in 1994, right?
17      A. Yes, it was.
18      Q. And then you have a Ph.D. in mathematics
19 as well, correct?
20      A. Yes, my Ph.D. is in applied mathematics,
21 from the Massachusetts Institute of Technology
22 which has a joint mathematics -- applied

Page 22

1 mathematics defendant.
2      Q. What year did you receive your Ph.D.
3 degree?
4      A. I received that in 1991.
5      Q. Apart from your Bachelor of Science and
6 Ph.D. degrees, do you have any other degrees?
7      A. No.
8      Q. Do you have a master's degree?
9      A. I do not.
10      Q. What was the title of your Ph.D. thesis?
11      A. I believe the title was Domino Tiling,
12 Gene Recognition, and Mice.
13      Q. And would it be accurate to say the focus
14 of your doctoral thesis was on statistical
15 analysis of DNA sequencing data?
16      A. Not quite. The thesis had two parts. The
17 first half or so was -- pertained more to
18 mathematics, in particular an area of -- the area
19 of combinatorics of discrete mathematics. And the
20 second half is focused on methods for analysis of
21 genome sequences.
22      Q. And when you say "methods," those are

Page 23

1 statistical methods, are they?
2      A. Yes, in part. The thesis included also
3 ideas in computer science and mathematics in the
4 second half, with, in fact, one explicit
5 connection to the first half of the thesis.
6      Q. Would it be fair to say that you have made
7 significant contributions to statistical and
8 mathematical methods for analyzing gene sequencing
9 data?
10      A. Yes, I think I have contributed quite
11 significantly to the field over my career.
12      Q. Do you perform a post-doc after your
13 Ph.D.?
14      A. Yes, after my Ph.D. I moved to the
15 University of California Berkley where my official
16 title was -- for two years was visiting assistant
17 professor. But that title, notwithstanding the
18 position, was effectively a postdoctoral position
19 in the math department.
20      Q. And what years did you conduct that
21 postdoctoral research?
22      A. That was between 1999 and 2001.

Page 24

1      Q. What was the subject of your work during
2 that period?
3      A. I continued the work I had started during
4 my Ph.D. on genomics, in particular studying
5 splicing variance of genes and the diversity of
6 transcripts in the genome. And in particular, a
7 focus on comparisons between the human -- between
8 a human and mice.
9      Q. And is it accurate to say that your work
10 during that period continued to be computational
11 and statistical analysis of gene sequences?
12      A. Yeah. I mean, that covers a large part
13 of what I did. I engaged in a variety of projects at
14 that time. I began several collaborations that
15 started to transcend the initial topic of my Ph.D.
16 work.
17      Q. Would you describe yourself as an
18 experimentalist in the sense of performing
19 experiments with biological materials?
20      A. My field is inherently interdisciplinary.
21 And I was saying, my official title at Caltech now
22 as a professor is the grand professor of

Scale Biosciences, Inc., Roche Sequencing Solutions,
Parse Biosciences

Lior S. Pachter, Ph.D.
February 10, 2025

Page 25

1  computational biology.  But that does encompass
2  some experimental work that I engaged in after my
3  post-doc when I became a professor.  So I have, at
4  times in my career, also led and guided
5  experimental work.
6      **Q. Have you performed the experimental work**
7  **yourself or have you relied on collaborators to do**
8  **the experimental work to generate data which you**
9  **then analyze?**
10      MR. GALLO:  Objection.  Vague.
11      A. I have operated in term of experiments in
12  several ways.  I have collaborated with other
13  scientists who performed experiments that my lab
14  has analyzed.  My lab has also both designed and
15  executed experiments within our lab.  I have
16  actually at Caltech now what's called a wet lab
17  where biological materials are handled and
18  experiments are performed.  And so I have worked
19  in a variety of modes in terms of performing
20  experiments.
21  BY MR. RABINOWITZ:
22      **Q. So I would like to ask about what you**

Page 26

1  **yourself have done personally in terms of wet lab**
2  **experiments with biological materials.  Have you**
3  **done such experiments yourself?**
4      A. Well, I was not trained in wet lab
5  experimental biology.  So as a student I did not
6  perform experiments myself.  By the time I
7  initiated an experimental wet laboratory as a
8  professor, I was quite intentional about being
9  personally very involved in the setup of the
10  laboratory, purchasing of reagents and materials,
11  and working with graduate students to perform the
12  experiments.  So that's kind of how I operated at
13  that time.
14      **Q. And that that would be natural, the graduate**
15  **students would perform the experiments and you**
16  **would have a supervisory role in leading the lab;**
17  **is that correct?**
18      A. Yes, that's correct.  However, I will say
19  that even the notion of a supervisory role can
20  vary in a biological laboratory.  We have settings
21  when there's a single professor managing an
22  experimental laboratory with maybe 20 or 30

Page 27

1  students who are even more -- or they really are
2  not very engaged at all in the actual experiments.
3  In any case, yes, the students performed
4  experiments, but I was in a setting with a very
5  small experimental lab.  So I was probably more
6  engaged than a typical supervisor might be.
7      **Q. I would just like to ask some specific**
8  **questions.  Have you performed any experiments in**
9  **which you personally made cDNA by reverse**
10  **transcription?**
11      A. No, I have not done that.
12      **Q. Have you performed any experiments in**
13  **which you fixed cells?**
14      A. Again, that experiment has been done in my
15  lab, actually also manufacturing of cDNA, but I
16  did not do it with my own hands.
17      **Q. Okay.  Have you performed any experiments**
18  **in which you performed split barcoding?**
19      A. Again, that experiment I have not worked
20  on, no, with my own hands.
21      **Q. Have you performed experiments in which**
22  **you have barcoded nucleic acids in cells?**

Page 28

1      MR. GALLO:  Objection.  Vague.
2      A. So again, I have actually supervised
3  directly, quite recently a chemistry grab student
4  in my lab who worked on doing exactly that.  I did
5  not perform the experiments with my own hands, but
6  in that particular case I was very involved and
7  often times was in the lab with the student while
8  the work was being performed.
9  BY MR. RABINOWITZ:
10      **Q. Have you yourself used any of Parse's**
11  **kits?**
12      A. So I have been involved for the past
13  several years in a very close collaboration in a
14  project jointly funded by myself in a lab at UC
15  Irvine in which the Parse technology is being
16  used.  And my role has been to process and analyze
17  the data from those experiments, so I have become
18  quite intimately involved in both discussions and
19  design of the experiments, decisions on the exact
20  kits that are ordered, and also the details of the
21  kits and the technology.
22      **Q. Would it be accurate to say that you have**

Page 37

1 **your collaboration with UC Irvine as part of the**
2 **IGVF listed in your publications list next to your**
3 **expert report?**
4    A. I don't recall.  I would have to check.
5    **Q. Could you do that, please?**
6    A. Yes.  So I believe it's the very end of
7 the report.  In appendix A there's a list of my
8 publications.  On Page 5 of my CV, to give an
9 example, the article No. 259, A machine-readable
10 specification for genomics assays is work arising
11 of this IGVF collaboration with the UC Irvine lab.
12 There may be some others as well.  I would have to
13 check more carefully also which of them exactly
14 reference the (inaudible).
15    **Q. And does this article that appears as**
16 **publication 259 on Page 5 of your CV in your**
17 **opening expert report, does that disclose**
18 **information that was generated through the use of**
19 **Parse kits?**
20        MR. GALLO:  Objection.  Vague.
21    A. Not quite sure what you mean by disclose
22 information generated through the use of Parse

Page 38

1 kits.  If you could explain what you mean, I can
2 answer your question.
3 BY MR. RABINOWITZ:
4    **Q. What is that article about --**
5    A. So that article --
6    **Q. -- article 259?**
7    A. I'm sorry.  That article is -- describes
8 an approach to creating a machine-readable
9 specification for genomics assays that describes
10 both -- it's known as the library structure, so
11 the structure of the -- contents of the CBNA
12 molecules present in a library that has been
13 generated by genomics technology that may be
14 sequenced.  As well as the read structure that
15 will emerge from a sequencer that was used to
16 sequence the data.  And its purpose is to be
17 versatile enough to describe a lot of different
18 kinds of libraries generated from technologies
19 ranging from ▓▓▓▓▓▓▓▓▓▓▓▓▓ to Parse as
20 well, as well as many others.
21        But a key reason this was developed was to
22 be able to -- for this consortium process, the

Page 39

1 Parse data, in a way that was compatible with
2 separate processing of ▓▓▓▓▓▓▓▓▓ also
3 generated for this consortium cell.  In that
4 sense, that we work quite carefully to make sure
5 that the specification is completely compatible
6 with the different like -- exceedingly libraries
7 generated by Parse -- Parse's different kits.
8    **Q. So is it accurate to say that Parse's kits**
9 **were used to generate cDNA libraries as part of**
10 **the work reported in this article under 259 in**
11 **your CV?**
12    A. Well, I don't believe the article cites to
13 any particular Parse dataset.  But in developing
14 the specification we did look at data that had
15 been generated by Parse kits.
16    **Q. And who generated the data using Parse**
17 **kits that you're referring to?**
18    A. So for this project, you know, certainly
19 some of the data from UC Irvine, from my
20 collaborators.  But also, believe me, we've looked
21 at other Parse data that is publicly available in
22 public domain databases.

Page 40

1    **Q. You consider data available in a public**
2 **domain as well as data developed by your**
3 **collaborators at Irvine?**
4    A. Yes, we did.
5    **Q. Do you know Dr. Alex Shalek?**
6    A. Yes, I know who he is and I have met him.
7    **Q. What is your opinion of Dr. Shalek as a**
8 **scientist?**
9    A. I haven't worked with him directly, so I
10 don't know him professionally very well.  I have
11 read his articles.  He's a well known scientist at
12 MIT.  And, you know, (inaudible) articles and
13 published in excellent journals.
14    **Q. Would you say he's highly regarded as a**
15 **scientist?**
16    A. Yes.  I mean, he's well known in the field
17 and I think a very good scientist.
18    **Q. Do you know Dr. Peter Sims?**
19    A. I'm aware of who he is.  I don't recall if
20 I've met him personally.
21    **Q. What is your opinion of Dr. Peter Sims as**
22 **a scientist?**

Scale Biosciences, Inc., Roche Sequencing Solutions,
Parse Biosciences

Lior S. Pachter, Ph.D.
February 10, 2025

Page 237

1  many cells.

2      Also, in some of the cancer studies we
3  work on, the number of cells is not a key
4  determinant of -- or key aspect of attribute we're
5  particularly concerned about. As I said
6  previously, in some cases it is. In the mouse
7  experiment, that's the collaboration with UC
8  Irvine that I mentioned for IGVF there, we did
9  care somewhat about the total number of cells
10  because we're doing many, many samples in animals
11  and tissues where we want many cells. So it's
12  very dependent on the question as to what one does
13  or doesn't want, and particularly even in my own
14  lab

15      **Q. In the experiments in which your lab is**
16  **using the Parse kits, how many cells are you**
17  **processing in a single run?**

18      A. So we're processing many cells in that
19  experiment. We've done lots of runs so I don't
20  want to quote exact numbers. But yeah, the whole
21  experiment is processing many millions of cells.

22      **Q. Give me an order of magnitude.**

Page 238

1      A. It's changing all the time. But I think
2  we have processed orders of many millions, maybe
3  even tens of millions of cells by now.

4      **Q. Is that per run?**

5      A. Not per run. In aggregate in the work we
6  have been doing over the last few years.

7      **Q. So what is the order of magnitude of the**
8  **number of cells that your group is processing per**
9  **run using the Parse kits?**

10      A. Yeah, I'm very hesitant to give you an
11  exact number without checking because there's the
12  number of cells that the kit is targeted towards,
13  but it depends a lot on how many cells we loaded
14  in a given run. How many cells we end up using
15  after running the instrument based on their
16  quality and other attributes. So I don't want to
17  quote you an exact number. But it's very high.
18  It's also been different kits we have used. I
19  think in the initial kits it was tens of thousands
20  of cells. And now it's maybe hundreds of
21  thousands of cells in the latest one million kits
22  that we're using.

Page 239

1      **Q. And when you say tens of thousands and**
2  **hundreds of thousands, are you talking per run?**

3      A. Yes, I am.

4      **Q. Dr. Pachter, I just wanted to clarify a**
5  **couple of things in connection with your**
6  **background. Is it correct you do not have a Ph.D.**
7  **or master's degree in molecular biology?**

8      A. Well, my Ph.D. was in applied mathematics,
9  but within applied mathematics in computational
10  molecular biology. I'm not sure that was formally
11  written down anywhere on the diploma or on the
12  thesis. But my advisor was a computational
13  biologist in the math department at MIT. And I
14  worked in conjunction with Eric Lander who at the
15  time was a molecular biologist running the human
16  genome project.

17      And so I would say that if I'm asked what
18  my Ph.D. was in terms of department, it was in the
19  mathematic's department and applied math degree.
20  But it was in what you might call computational
21  molecular biology.

22      **Q. And what is the -- describe the field of**

Page 240

1  **computational molecular biology. What does the**
2  **computational refer to?**

3      A. It refers to designing algorithms and
4  implementing software to answer questions in
5  molecular biology using data generated and
6  biological experiments. In some cases, the field
7  focuses on methods for the data analysis, and in
8  other cases it focuses on actually building models
9  and developing an understanding of the core
10  molecular biology. And that was actually the case
11  in my thesis. I worked on splicing which is a
12  processing step that takes place in the cell where
13  RNA molecules have regions called introns that are
14  spliced out of them. So my thesis partly focused
15  on understanding that process.

16      **Q. Would its be accurate to say that your**
17  **thesis work concerned analysis of data and**
18  **interpretation of data?**

19      A. So it is true that that was the major
20  focus of my thesis, but there were aspects of my
21  thesis work that were actually focused not so much
22  on the data processing and analysis but on

Scale Biosciences, Inc., Roche Sequencing Solutions    Lior S. Pachter, Ph.D.
Parse Biosciences    February 10, 2025

---

Page 241

1  answering fundamental questions in molecular
2  biology pertaining to splicing.
3  **Q. And when you say answering "fundamental**
4  **questions," are you referring to answering**
5  **questions by interpreting data?**
6      MR. GALLO:  Objection.  Vague.
7      A. I mean, I'm talking about a process of
8  studying the literature, understanding the biology
9  that's understood, thinking about what biological
10  processes make sense or doesn't make sense,
11  looking at data as well as part of that
12  consideration.  Basically that's, you know, part
13  in parcel of the kinds of research modality that
14  is used by biologists to discovery molecular
15  biology.
16  BY MR. RABINOWITZ:
17  **Q. Do you have a Ph.D. or master's degree in**
18  **genetics?**
19      A. So again, my degree is not from a biology
20  department and it was not focused on genetics.
21  But I did actually study quite a lot of genetics
22  already as part of my Ph.D., and I continue to do

---

Page 242

1  so actually thereafter.
2      And now at Caltech where I'm a professor
3  in two departments actually, I'm in the division
4  of Biology and Biological Engineering and I'm also
5  in the department of Computing and Mathematical
6  Sciences, reflecting my background.  I actually
7  teach genetics and some molecular biology as part
8  of my duties.
9  **Q. Do you have a Ph.D. or master's degree in**
10  **biochemistry?**
11      A. No.  So my -- again, my degree was from
12  the math department and it didn't really pertain
13  much to biochemistry.  I did become interested in
14  some biochemistry later on.
15  **Q. Do you have a Ph.D. or master's degree in**
16  **biophysics?**
17      A. No.  I would say those degrees typically
18  are formally awarded within physics departments.
19  But in the case of biophysics, some of my training
20  and some of the work in my Ph.D. was very much in
21  the vein of thinking about physics models for
22  biological systems.  And actually, now that theme

---

Page 243

1  has continued since my Ph.D. and it's a really
2  major theme in my research group at this time.
3  **Q. Do you have a Ph.D. or master's degree in**
4  **chemistry?**
5      A. Again, no.  That kind of degree would
6  usually be grounded by a chemistry department.
7  That was not the case for me.  My Ph.D. really
8  wasn't focused on chemistry.  I have now in the
9  past few years advised a chemistry student and I
10  actually graduated a chemistry Ph.D. student for
11  whom I served as the primary advisor last year.
12  **Q. At any time since this deposition began,**
13  **did you discuss your testimony with anyone?**
14      A. No.  By testimony, you mean my reports?
15  **Q. No.  I mean, the testimony you gave or**
16  **might give during this deposition?**
17      A. No.  I mean, I have had conversation in
18  preparing for this deposition with my lawyers.
19  But other than that, I haven't discussed it.
20  **Q. No.  I'm asking, since we began your**
21  **deposition this morning, during a break have you**
22  **discussed with anyone the testimony that you have**

---

Page 244

1  **given or might give in this deposition?**
2      A. Not -- not at all.  We haven't talked
3  about anything at all in the breakout room and I
4  haven't talked to anybody else about it.
5      MR. RABINOWITZ:  No further questions for
6  Dr. Pachter at this time.
7      THE WITNESS:  Thank you.
8      MR. GALLO:  Take a five, 10 minute break.
9      THE VIDEOGRAPHER:  Going off the record at
10  18:47.
11      (Off the record.)
12      THE VIDEOGRAPHER:  Back on the record at
13  18:59 p.m.
14      EXAMINATION BY MR. GALLO
15  BY MR. GALLO:
16  **Q. Hi, Dr. Pachter.  Do you recall earlier**
17  **today that Counsel asked you about Paragraph 360**
18  **of your rebuttal report?**
19      A. I recall him asking about that, yes.
20  **Q. And can you please turn to Paragraph 360**
21  **of your rebuttal report?**
22      A. Yes.

---

Scale Biosciences, Inc., Roche Sequencing Solutions,                    Lior S. Pachter, Ph.D.
Parse Biosciences                                                       February 10, 2025

Page 249

1    Q. Is STAT3 a specific protein or a class of
2    protein?
3    A. STAT3 is a specific protein.
4    Q. If you turn to 57, Line 44 to 45.
5    A. Yes, I see that.
6    Q. It says, [As read] "Coexpression of each
7    to phospho P53"?
8    A. Yes.
9    Q. Is phospho p53 a specific protein or class
10   of protein?
11       MR. RABINOWITZ:  Objection.  Scope.
12   A. Specific protein.
13   BY MR. GALLO:
14   Q. And could you please just scan the
15   remainder of the '442 Patent and see if you see
16   any other mention of phosphoepitopes.
17   A. I haven't done a thorough reading from
18   beginning to end right now.  It will take a long
19   time.  Nor have I done a word search, but just
20   scanning through it, I don't see another mention
21   of the word "phosphoepitope."
22   Q. And do you recall the asserted Scale

Page 250

1    patents every disclosing specific antibody by
2    succession number or name?
3        MR. RABINOWITZ:  Objection.  Leading.
4    Scope.
5    A. I don't recall that.
6    BY MR. GALLO:
7    Q. How about a specific aptamer?
8        MR. RABINOWITZ:  Objection.  Scope.
9    Leading.
10   A. No, I was actually interested in the
11   aptamers because in the past, I've been -- I've
12   worked with them.  I didn't see a specific aptamer
13   mentioned.
14       MR. GALLO:  Thank you, Dr. Pachter.  We
15   have no further questions.
16       MR. RABINOWITZ:  We may have some recross.
17   Let's go off the record.
18       THE VIDEOGRAPHER:  Going off the record at
19   19:08.
20           (Off the record.)
21       THE VIDEOGRAPHER:  Back on the record at
22   19:20.

Page 251

1               EXAMINATION
2    BY MR. RABINOWITZ:
3    Q. Dr. Pachter, do you recall that your
4    counsel asked you whether STAT3 is a specific
5    protein or a class of proteins?
6    A. Correct.
7    Q. You said it was a specific protein?
8    A. Yes.
9    Q. What was your basis for that answer?
10   A. I believe that STAT3 is one of a number of
11   a family of proteins, and it's a specific one of
12   those.
13   Q. Have you researched the literature on
14   STAT3?
15   A. I'm not an expert on STAT3.  I don't
16   recall really much about the gene, but I have seen
17   it come up, you know, sometimes when I'm doing
18   analyses and looking for expressed genes.  STAT3
19   comes up.
20   Q. Can I ask you to look at the reply expert
21   of Dr. Sims.  You have it as Exhibit 1208.
22   A. Yes.

Page 252

1    Q. Please turn to Page 12, Paragraph 38.
2    A. Yes.
3    Q. Do you see there that Dr. Sims states,
4    quote, [As read] "It is well known that STAT3
5    refers to a family of proteins that includes STAT3
6    alpha, STAT3, beta, STAT3, gamma, and STAT3
7    delta."
8        Do you see that?
9    A. Yes, I do.
10   Q. And then you see for that proposition
11   Dr. Sims cites a paper by Kato, et al., published
12   in the Journal of Biological Chemistry?
13   A. Yes, I do.
14   Q. Do you stand by your statement that STAT3
15   alpha is a single protein, not a family of
16   proteins?
17   A. Yes, I do.  Dr. Sims mischaracterizes
18   STAT3 here.  You can actually see that in the Kato
19   citation.  So alpha, beta, gamma, and delta are
20   referring to four isoforms of the genes.
21       So genes can be alternatively spliced.
22   They can have slightly different variates among

Scale Biosciences, Inc., Roche Sequencing Solutions,
Parse Biosciences

Lior S. Pachter, Ph.D.
February 10, 2025

Page 253

1  them, but when it talks about the gene family, one
2  is talking about -- the word "family" in the
3  context of gene refers to genes that have
4  homologs, meaning similar genes in different
5  genomic locations.
6      These four isoforms are all in the same
7  genomic location.  They are just slightly
8  different variates of one gene called STAT3, so
9  that would be considered one gene.
10     **Q. Do you agree that STAT3 alpha, STAT3 beta,**
11  **STAT3 gamma, and STAT3 delta differ in their**
12  **aminoacid of sequence?**
13     A. Yes, they will have small variations in
14  the aminoacid sequences.  That's the case often of
15  isoforms of a single gene.
16     **Q. And do you see that Dr. Sims further**
17  **states citing literature that, [As read]**
18  **"Antibodies that are specific for a phosphoepitope**
19  **that is present on both STAT3 alpha and STAT3 beta**
20  **and that are designed to bind to both these**
21  **proteins in their phosphorylated state are**
22  **available as commercial products and are described**

Page 254

1  **in the scientific literature."**
2      **Do you see that?**
3      A. Yes, I do, sir.  Again, I think he's
4  correct that -- I mean, I haven't looked at the
5  literature, but maybe the case that there are
6  phosphoepitopes that are coming to these isoforms,
7  because they're very similar to each other.
8      But again, I disagree with Dr. Sims'
9  characterization that STAT3 refers to a family of
10  proteins.  It's not how the term would be used in
11  the art.
12     **Q. You accept that STAT3 refers to -- that --**
13  **that -- do you accept that STAT3 embraces multiple**
14  **isoforms of STAT3?**
15     A. I mean, this is true for -- I do.  And I
16  would just say that that is true for almost every
17  gene in the human genome or in any other genome
18  that is -- excuse me -- (inaudible) genome.
19     **Q. And do you agree that the different**
20  **isoforms of STAT3 differ in their aminoacid**
21  **sequence?**
22     MR. GALLO:  Objection.  Asked and

Page 255

1  answered.
2      A. Yes.  I think I've said before that there
3  are slight variations between different flavors of
4  a protein, the single gene.
5  BY MR. RABINOWITZ:
6      **Q. Do different isoforms of STAT3 differ in**
7  **their molecular weight?**
8      A. I don't know the answer to that question.
9  I haven't checked, but it's possible.
10     MR. RABINOWITZ:  No further questions.
11     MR. GALLO:  Thank you all.
12     A. Thank you.
13     THE VIDEOGRAPHER:  This concludes today's
14  deposition.  We're off the record at 19:25.
15     THE COURT REPORTER:  Could I get
16  transcript orders on the record and if the witness
17  will read and sign?
18     MR. GALLO:  Yeah, we'll read and sign.
19     THE COURT REPORTER:  Did you want a copy
20  of the transcript?
21     MR. GALLO:  Yes.
22     (Discussion off the record.)

Page 256

1      THE COURT REPORTER:  Are you doing regular
2  delivery or?
3      MR. POWERS:  Regular?  We're going to need
4  it a little faster than that.
5      THE COURT REPORTER:  I think they're doing
6  three days.
7      MR. GALLO:  Yeah, we'll take three.
8      MR. DUNCAN SMITH:  We'll take three as
9  well.
10     THE COURT REPORTER:  You are getting
11  three.  Did you all want a rough?
12     MR. GALLO:  Please.
13     MR. POWERS:  Yes, please.
14     (Deposition concluded at 7:27 p.m.)
15
16
17
18
19
20
21
22

Scale Biosciences, Inc., Roche Sequencing Solutions v.                          Lior S. Pachter, Ph.D.
Parse Biosciences                                                               February 10, 2025

Page 257

1               CERTIFICATE

2

3        I, Okeemah S. Henderson, RPR, the officer before

4    whom the foregoing deposition was taken, do hereby certify

5    that the foregoing transcript is a true and correct record

6    of the testimony given; that said testimony was taken by me

7    stenographically and thereafter reduced to typewriting

8    under my direction; that reading and signing was requested;

9    and that I am neither counsel for, related to, nor employed

10   by any of the parties to this case and have no interest,

11   financial or otherwise, in its outcome.

12       IN WITNESS WHEREOF, I have hereunto set my hand

13   and affixed my notarial seal this 13th day of February,

14   2025.

15   My commission expires:

16   DC September 30, 2029

17

18       *Okeemah S. Henderson*

         Okeemah S. Henderson, RPR

19        Official Court Reporter

20

21

22

**EXHIBIT M**



8348770

## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

*February 22, 2023*

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:**

**APPLICATION NUMBER:** *14/941,433*
**FILING DATE:** *November 13, 2015*
**PATENT NUMBER:** *10900065*
**ISSUE DATE:** *January 26, 2021*



Certified by

*Kathi*

Performing the Functions and Duties of the
Under Secretary of Commerce
for Intellectual Property
and Director of the United States
Patent and Trademark Office

| CERTIFICATE OF EFS TRANSMISSION | | | | |
|---|---|---|---|---|
| **Applicant: University of Washington** | | | | **Docket No.: 53433/600** |

| **Application No.:** | **Filed Date:** | **Examiner:** | **Group Art Unit:** | **Confirmation No.** |
|---|---|---|---|---|
| Not yet assigned | 11/13/2015 | Not yet assigned | Not yet assigned | Not yet assigned |

**Invention: METHODS AND KITS FOR LABELING CELLULAR MOLECULES**

I hereby certify that the following papers are being transmitted to the United States Patent and Trademark Office via the EFS-Web electronic filing system on the date set forth below:

- Application Data Sheet (7 pgs)
- Specification (52 pgs)
- Drawings (13 pgs)
- Preliminary Amendment (10 pgs)
- Sequence Listing Submission
  - Computer Readable Format
  - Specification Sequence Listing on: Paper (PDF)
  - Statement verifying identity of the above copies

The Director is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 502375:

☒ Any additional filing fees required under 37 CFR 1.16.
☒ Any patent application processing fees under 37 CFR 1.17.

**Signature: /Zhi-Xiang Oh/**                              **Dated:  November 13, 2015**
**Printed Name:  Zhi-Xiang (Alex) Oh**
**Registration No.: 67,520**

**Stoel Rives LLP**
**600 University Street, Suite 3600**
**Seattle, WA 98101**
**Phone:  (206) 624-0900**
**Facsimile:  (206) 386-7500**

<u>**Certificate of Mailing or Transmission**</u>

I hereby certify that this paper (along with any referred to as being attached or enclosed) is being transmitted to the USPTO via the EFS-Web electronic filing system or Facsimile (571-273-8300) on the date set forth below, or being deposited with the USPS as First Class Mail in an envelope addressed to Mail Stop _____, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on the date set forth below.

/Eve Logan/_____          Date:  November 13, 2015_____
Eve Logan

PARSE0000034

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 53433/600 |
|---|---|---|
| | Application Number | |

| Title of Invention | METHODS AND KITS FOR LABELING CELLULAR MOLECULES |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor    1**    [Remove]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Georg | | Seelig | |

**Residence Information (Select One)**  ◉ US Residency   ○ Non US Residency   ○ Active US Military Service

| City | Seattle | State/Province | WA | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | c/o University of Washington |
|---|---|
| Address 2 | 4311 11th Avenue NE, Suite 500 |

| City | Seattle | | State/Province | WA |
|---|---|---|---|---|
| Postal Code | 98105-4608 | Country i | US | |

**Inventor    2**    [Remove]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Richard | | Muscat | |

**Residence Information (Select One)**  ◉ US Residency   ○ Non US Residency   ○ Active US Military Service

| City | Seattle | State/Province | WA | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | c/o University of Washington |
|---|---|
| Address 2 | 4311 11th Avenue NE, Suite 500 |

| City | Seattle | | State/Province | WA |
|---|---|---|---|---|
| Postal Code | 98105-4608 | Country i | US | |

**Inventor    3**    [Remove]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Alexander | B. | Rosenberg | |

**Residence Information (Select One)**  ◉ US Residency   ○ Non US Residency   ○ Active US Military Service

PARSE0000035

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 53433/600 |
| | Application Number | |

| Title of Invention | METHODS AND KITS FOR LABELING CELLULAR MOLECULES |

| **City** | Seattle | **State/Province** | WA | **Country of Residence** i | US |

| Mailing Address of Inventor: | |
| --- | --- |
| **Address 1** | c/o University of Washington |
| **Address 2** | 4311 11th Avenue NE, Suite 500 |
| **City** | Seattle | **State/Province** | WA |
| **Postal Code** | 98105-4608 | **Country** i | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.  [Add]

## Correspondence Information:

Enter either Customer Number or complete the Correspondence Information section below.
For further information see 37 CFR 1.33(a).

☐ An Address is being provided for the correspondence Information of this application.

| **Customer Number** | 32642 | | |
| --- | --- | --- | --- |
| **Email Address** | PA-PDX@stoel.com | [Add Email] | [Remove Email] |
| **Email Address** | alex.oh@stoel.com | [Add Email] | [Remove Email] |

## Application Information:

| Title of the Invention | METHODS AND KITS FOR LABELING CELLULAR MOLECULES | |
| --- | --- | --- |
| Attorney Docket Number | 53433/600 | |
| | | **Small Entity Status Claimed** ☒ |
| Application Type | Nonprovisional | |
| Subject Matter | Utility | |
| Total Number of Drawing Sheets (if any) | 13 | **Suggested Figure for Publication (if any)** |

## Filing By Reference :

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a).  Do not complete this section if application papers including a specification and any drawings are being filed.  Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country i |
| --- | --- | --- |
| | | |

PARSE0000036

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 53433/600 |
| | Application Number | |

| Title of Invention | METHODS AND KITS FOR LABELING CELLULAR MOLECULES |

## Publication Information:

| | Request Early Publication (Fee required at time of Request 37 CFR 1.219) |
| | **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing. |

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
| Customer Number | 32642 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | Pending | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Claims benefit of provisional | 62080055 | 2014-11-14 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

Add

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX) the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
| Application Number | Country [i] | Filing Date (YYYY-MM-DD) | Access Code [i] (if applicable) |
| | | | |

PARSE0000037

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 53433/600 |
|---|---|---|
| | Application Number | |

| Title of Invention | METHODS AND KITS FOR LABELING CELLULAR MOLECULES |
|---|---|

| Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. | Add |
|---|---|

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

## Authorization to Permit Access:

☒ Authorization to Permit Access to the Instant Application by the Participating Offices

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PARSE0000038

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 53433/600 |
|---|---|---|
| | Application Number | |

| Title of Invention | METHODS AND KITS FOR LABELING CELLULAR MOLECULES |
|---|---|

---

**Applicant   1**    [Remove]

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.    [Clear]

| ◉ Assignee | ○ Legal Representative under 35 U.S.C. 117 | ○ Joint Inventor |
|---|---|---|
| ○ Person to whom the inventor is obligated to assign. | | ○ Person who shows sufficient proprietary interest |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here.    ☒

| Organization Name | University of Washington |
|---|---|

**Mailing Address Information For Applicant:**

| Address 1 | 4311 11th Avenue NE, Suite 500 | | |
|---|---|---|---|
| Address 2 | | | |
| **City** | Seattle | **State/Province** | WA |
| **Country** i | US | Postal Code | 98105-4608 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.    [Add]

---

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee   1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.    [Remove]

If the Assignee or Non-Applicant Assignee is an Organization check here.    ☒

PARSE0000039

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 53433/600 |
|---|---|---|
| | Application Number | |

| Title of Invention | METHODS AND KITS FOR LABELING CELLULAR MOLECULES |
|---|---|

| Organization Name | University of Washington |
|---|---|

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| **Address 1** | 4311 11th Avenue NE, Suite 500 | | |
|---|---|---|---|
| Address 2 | | | |
| **City** | Seattle | **State/Province** | WA |
| **Country** i | US | Postal Code | 98105-4608 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.    [ Add ]

## Signature:    [ Remove ]

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| **Signature** | /Zhi-Xiang Oh/ | | | Date (YYYY-MM-DD) | 2015-11-13 |
|---|---|---|---|---|---|
| First Name | Zhi-Xiang (Alex) | Last Name | Oh | Registration Number | 67520 |

Additional Signature may be generated within this form by selecting the Add button.    [ Add ]

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

PARSE0000040

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PARSE0000041

METHODS AND KITS FOR LABELING CELLULAR MOLECULES

CROSS-REFERENCE TO RELATED APPLICATIONS

**[0001]**    This application claims the benefit of United States Provisional Application No. 62/080,055, filed November 14, 2014, which is hereby incorporated by reference in its entirety.

TECHNICAL FIELD

**[0002]**    The present disclosure relates generally to methods of uniquely labeling or barcoding molecules within a cell, a plurality of cells, and/or a tissue.  The present disclosure also relates to kits for uniquely labeling molecules within a cell, a plurality of cells, and/or a tissue.  In particular, the methods and kits may relate to the labeling of RNAs, cDNAs, DNAs, proteins, peptides, and/or antigens.

BACKGROUND

**[0003]**    Next Generation Sequencing (NGS) can be used to identify and/or quantify individual transcripts from a sample of cells.  However, such techniques may be too complicated to perform on individual cells in large samples.  In such methods, RNA transcripts are generally purified from lysed cells (*i.e.*, cells that have been broken apart), followed by conversion of the RNA transcripts into complementary DNA (cDNA) using reverse transcription.  The cDNA sequences can then be sequenced using NGS. In such a procedure, all of the cDNA sequences are mixed together before sequencing, such that RNA expression is measured for a whole sample and individual sequences cannot be linked back to an individual cell.

**[0004]**    Methods for uniquely labeling or barcoding transcripts from individual cells can involve the manual separation of individual cells into separate reaction vessels and can require specialized equipment.  An alternative approach to sequencing individual transcripts in cells is to use microscopy to identify individual fluorescent bases.

80200471.3 0053433-00600

PARSE0000042

However, this technique can be difficult to implement and limited to sequencing a low number of cells.

BRIEF DESCRIPTION OF THE DRAWINGS

[0005]     The embodiments disclosed herein will become more fully apparent from the following description and appended claims, taken in conjunction with the accompanying drawings.

[0006]     FIG. 1 depicts ligation of nucleic acid tags to form a label or barcode.

[0007]     FIG. 2 is a schematic representation of the formation of cDNA by *in situ* reverse transcription.  Panel A depicts a cell that is fixed and permeabilized.  Panel B depicts addition of a poly(T) primer, which can template the reverse transcription of polyadenylated transcripts.  Panel C depicts addition of a random hexamer, which can template the reverse transcription of substantially any transcript.  Panel D depicts the addition of a primer that is designed to target a specific transcript such that only a subset of transcripts may be amplified.  Panel E depicts the cell of Panel A after reverse transcription, illustrating a cDNA hybridized to an RNA.

[0008]     FIG. 3A depicts non-templated ligation of a single-stranded adapter to an RNA fragment.

[0009]     FIG. 3B depicts ligation of a single-stranded adapter using a partial duplex with random hexamer primers.

[0010]     FIG. 4 depicts primer binding.

[0011]     FIG. 5 depicts primer binding followed by reverse transcription.

[0012]     FIG. 6 depicts DNA-tagged antibodies for use in labeling cellular proteins.

[0013]     FIG. 7 depicts aptamers for use in labeling cellular proteins.

[0014]     FIG. 8 is a schematic representation of the dividing, tagging, and pooling of cells, according to an embodiment of the present disclosure.  As depicted, cells can be divided between a plurality of reaction vessels.  One cell is highlighted to show its path through the illustrated process.

80200471.3 0053433-00600

PARSE0000043

[0015]    FIG. 9A depicts an exemplary workflow, according to an embodiment of the present disclosure.

[0016]    FIG. 9B depicts an exemplary workflow, according to another embodiment of the present disclosure.

[0017]    FIG. 10 depicts a reverse transcription primer (BC_0055), according to an embodiment of the present disclosure.

[0018]    FIG. 11 depicts an annealed, first-round barcode oligo, according to an embodiment of the present disclosure.

[0019]    FIG. 12 depicts an annealed, second-round barcode oligo, according to an embodiment of the present disclosure.

[0020]    FIG. 13 depicts an annealed, third-round barcode oligo, according to an embodiment of the present disclosure.

[0021]    FIG. 14 depicts ligation stop oligos, according to an embodiment of the present disclosure.

[0022]    FIG. 15 depicts a single-stranded DNA adapter oligo (BC_0047) ligated to the 3' end of a cDNA, according to an embodiment of the present disclosure.

[0023]    FIG. 16 depicts a PCR product formed using primers BC_0051 and BC_0062 and the 3' adapter oligo (BC_0047) after it has been ligated to barcoded cDNA.

[0024]    FIG. 17 depicts BC_0027, which includes the flow cell binding sequence and the binding site for the TRUSEQ™ read 1 primer and BC_0063, which includes the flow cell binding sequence and the TruSeq multiplex read 2 and index binding sequence. FIG. 17 also illustrates a region for a sample index, which is GATCTG in this embodiment.

[0025]    FIG. 18 is a scatter plot, wherein for each unique barcode combination the number of reads aligning to the human genome (x-axis) and the mouse genome (y-axis) are plotted.

PARSE0000044

DETAILED DESCRIPTION

**[0026]**     The present disclosure relates generally to methods of uniquely labeling or barcoding molecules within a cell, a plurality of cells, and/or a tissue.  The present disclosure also relates to kits for uniquely labeling or barcoding molecules within a cell, a plurality of cells, and/or a tissue.  The molecules to be labeled may include, but are not limited to, RNAs, cDNAs, DNAs, proteins, peptides, and/or antigens.

**[0027]**     It will be readily understood that the embodiments, as generally described herein, are exemplary.  The following more detailed description of various embodiments is not intended to limit the scope of the present disclosure, but is merely representative of various embodiments.  Moreover, the order of the steps or actions of the methods disclosed herein may be changed by those skilled in the art without departing from the scope of the present disclosure.  In other words, unless a specific order of steps or actions is required for proper operation of the embodiment, the order or use of specific steps or actions may be modified.

**[0028]**     The term "binding" is used broadly throughout this disclosure to refer to any form of attaching or coupling two or more components, entities, or objects.  For example, two or more components may be bound to each other via chemical bonds, covalent bonds, ionic bonds, hydrogen bonds, electrostatic forces, Watson-Crick hybridization, etc.

**[0029]**     A first aspect of the disclosure relates to methods of labeling nucleic acids.  In some embodiments, the methods may comprise labeling nucleic acids in a first cell.  The methods may comprise:  (a) generating complementary DNAs (cDNAs) within a plurality of cells comprising the first cell by reverse transcribing RNAs using a reverse transcription primer comprising a 5' overhang sequence; (b) dividing the plurality of cells into a number (n) of aliquots; (c) providing a plurality of nucleic acid tags to each of the n aliquots, wherein each labeling sequence of the plurality of nucleic acid tags provided into a given aliquot is the same, and wherein a different labeling sequence is provided into each of the n aliquots; (d) binding at least one of the cDNAs in each of the n aliquots to the nucleic acid tags; (e) combining the n aliquots; and (f) repeating steps

PARSE0000045

(b), (c), (d), and (e) with the combined aliquot. In various embodiments, the plurality of cells may be selected from eukaryotic cells and prokaryotic cells. In various other embodiments, the plurality of cells may be selected from, but not limited to, at least one of mammalian cells, yeast cells, and/or bacterial cells.

[0030]    In certain embodiments, each nucleic acid tag may comprise a first strand including a 3' hybridization sequence extending from a 3' end of a labeling sequence and a 5' hybridization sequence extending from a 5' end of the labeling sequence. Each nucleic acid tag may also comprise a second strand including an overhang sequence. The overhang sequence may include (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence and (ii) a second portion complementary to the 3' hybridization sequence. In some embodiments, the nucleic acid tag (*e.g.*, the final nucleic acid tag) may comprise a capture agent such as, but not limited to, a 5' biotin. A cDNA labeled with a 5' biotin-comprising nucleic acid tag may allow or permit the attachment or coupling of the cDNA to a streptavidin-coated magnetic bead. In some other embodiments, a plurality of beads may be coated with a capture strand (*i.e.*, a nucleic acid sequence) that is configured to hybridize to a final sequence overhang of a barcode. In yet some other embodiments, cDNA may be purified or isolated by use of a commercially available kit (*e.g.*, an RNEASY™ kit).

[0031]    In various embodiments, step (f) (*i.e.*, steps (b), (c), (d), and (e)) may be repeated a number of times sufficient to generate a unique series of labeling sequences for the cDNAs in the first cell. Stated another way, step (f) may be repeated a number of times such that the cDNAs in the first cell may have a first unique series of labeling sequences, the cDNAs in a second cell may have a second unique series of labeling sequences, the cDNAs in a third cell may have a third unique series of labeling sequences, and so on. The methods of the present disclosure may provide for the labeling of cDNA sequences from single cells with unique barcodes, wherein the unique barcodes may identify or aid in identifying the cell from which the cDNA originated. In other words, a portion, a majority, or substantially all of the cDNA from a single cell may have the same barcode, and that barcode may not be repeated in cDNA originating

PARSE0000046

from one or more other cells in a sample (*e.g.*, from a second cell, a third cell, a fourth cell, etc.).

[0032]    In some embodiments, barcoded cDNA can be mixed together and sequenced (*e.g.*, using NGS), such that data can be gathered regarding RNA expression at the level of a single cell.  For example, certain embodiments of the methods of the present disclosure may be useful in assessing, analyzing, or studying the transcriptome (*i.e.*, the different RNA species transcribed from the genome of a given cell) of one or more individual cells.

[0033]    As discussed above, an aliquot or group of cells can be separated into different reaction vessels or containers and a first set of nucleic acid tags can be added to the plurality of cDNA transcripts.  The aliquots of cells can then be regrouped, mixed, and separated again and a second set of nucleic acid tags can be added to the first set of nucleic acid tags.  In various embodiments, the same nucleic acid tag may be added to more than one aliquot of cells in a single or given round of labeling.  However, after repeated rounds of separating, tagging, and repooling, the cDNAs of each cell may be bound to a unique combination or sequence of nucleic acid tags that form a barcode.  In some embodiments, cells in a single sample may be separated into a number of different reaction vessels.  For example, the number of reaction vessels may include four 1.5 ml microcentrifuge tubes, a plurality of wells of a 96-well plate, or another suitable number and type of reaction vessels.

[0034]    In certain embodiments, step (f) (*i.e.*, steps (b), (c), (d), and (e)) may be repeated a number of times wherein the number of times is selected from 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 30, 35, 40, 45, 50, 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, etc.  In certain other embodiments, step (f) may be repeated a sufficient number of times such that the cDNAs of each cell would be likely to be bound to a unique barcode.  The number of times may be selected to provide a greater than 50% likelihood, greater than 90% likelihood, greater than 95% likelihood, greater than 99% likelihood, or some other probability that the cDNAs in each

PARSE0000047

cell are bound to a unique barcode. In yet other embodiments, step (f) may be repeated some other suitable number of times.

[0035]    In some embodiments, the methods of labeling nucleic acids in the first cell may comprise fixing the plurality of cells prior to step (a).  For example, components of a cell may be fixed or cross-linked such that the components are immobilized or held in place.  The plurality of cells may be fixed using formaldehyde in phosphate buffered saline (PBS).  The plurality of cells may be fixed, for example, in about 4% formaldehyde in PBS.  In various embodiments, the plurality of cells may be fixed using methanol (*e.g.*, 100% methanol) at about -20 °C or at about 25 °C.  In various other embodiments, the plurality of cells may be fixed using methanol (*e.g.*, 100% methanol), at between about -20 °C and about 25 °C.  In yet various other embodiments, the plurality of cells may be fixed using ethanol (*e.g.*, about 70-100% ethanol) at about -20 °C or at room temperature.  In yet various other embodiments, the plurality of cells may be fixed using ethanol (*e.g.*, about 70-100% ethanol) at between about -20 °C and room temperature.  In still various other embodiments, the plurality of cells may be fixed using acetic acid, for example, at about -20 °C.  In still various other embodiments, the plurality of cells may be fixed using acetone, for example, at about -20 °C.  Other suitable methods of fixing the plurality of cells are also within the scope of this disclosure.

[0036]    In certain embodiments, the methods of labeling nucleic acids in the first cell may comprise permeabilizing the plurality of cells prior to step (a).  For example, holes or openings may be formed in outer membranes of the plurality of cells.  TRITON™ X-100 may be added to the plurality of cells, followed by the addition of HCl to form the one or more holes.  About 0.2% TRITON™ X-100 may be added to the plurality of cells, for example, followed by the addition of about 0.1 N HCl.  In certain other embodiments, the plurality of cells may be permeabilized using ethanol (*e.g.*, about 70% ethanol), methanol (*e.g.*, about 100% methanol), Tween 20 (*e.g.*, about 0.2% Tween 20), and/or NP-40 (*e.g.*, about 0.1% NP-40).  In various embodiments, the methods of labeling

PARSE0000048

nucleic acids in the first cell may comprise fixing and permeabilizing the plurality of cells prior to step (a).

[0037]    In some embodiments, the cells may be adherent cells (*e.g.*, adherent mammalian cells).    Fixing, permeabilizing, and/or reverse transcription may be conducted or performed on adherent cells (*e.g.*, on cells that are adhered to a plate). For example, adherent cells may be fixed, permeabilized, and/or undergo reverse transcription followed by trypsinization to detach the cells from a surface.    Alternatively, the adherent cells may be detached prior to the separation and/or tagging steps.    In some other embodiments, the adherent cells may be trypsinized prior to the fixing and/or permeabilizing steps.

[0038]    In some embodiments, the methods of labeling nucleic acids in the first cell may comprise ligating at least two of the nucleic acid tags that are bound to the cDNAs. Ligation may be conducted before or after the lysing and/or the cDNA purification steps. Ligation can comprise covalently linking the 5' phosphate sequences on the nucleic acid tags to the 3' end of an adjacent strand or nucleic acid tag such that individual tags are formed into a continuous, or substantially continuous, barcode sequence that is bound to the 3' end of the cDNA sequence.    In various embodiments, a double-stranded DNA or RNA ligase may be used with an additional linker strand that is configured to hold a nucleic acid tag together with an adjacent nucleic acid in a "nicked" double-stranded conformation.    The double-stranded DNA or RNA ligase can then be used to seal the "nick."    In various other embodiments, a single-stranded DNA or RNA ligase may be used without an additional linker.    In certain embodiments, the ligation may be performed within the plurality of cells

[0039]    FIG. 1 illustrates ligation of a plurality of nucleic acid tags to form a substantially continuous label or barcode.  For example, after a plurality of nucleic acid tag additions, each cDNA transcript may be bound or linked to series of nucleic acid tags.  Use of a ligase may ligate or covalently link a portion of the nucleic acid tags to form a substantially continuous label or barcode that is bound or attached to a cDNA transcript.

80200471.3 0053433-00600

8

[0040]    In certain other embodiments, the methods may comprise lysing the plurality of cells (*i.e.*, breaking down the cell structure) to release the cDNAs from within the plurality of cells, for example, after step (f).  In some embodiments, the plurality of cells may be lysed in a lysis solution (*e.g.*, 10 mM Tris-HCl (pH 7.9), 50 mM EDTA (pH 7.9), 0.2 M NaCl, 2.2% SDS, 0.5 mg/ml ANTI-RNase (a protein ribonuclease inhibitor; AMBION®) and 1000 mg/ml proteinase K (AMBION®)), for example, at about 55 °C for about 3 hours with shaking (*e.g.*, vigorous shaking).  In some other embodiments, the plurality of cells may be lysed using ultrasonication and/or by being passed through an 18-25 gauge syringe needle at least once. In yet some other embodiments, the plurality of cells may be lysed by being heated to about 70-90 °C.  For example, the plurality of cells may be lysed by being heated to about 70-90 °C for about one or more hours.  The cDNAs may then be isolated from the lysed cells.  In some embodiments, RNase H may be added to the cDNA to remove RNA.  The methods may further comprise ligating at least two of the nucleic acid tags that are bound to the released cDNAs.  In some other embodiments, the methods of labeling nucleic acids in the first cell may comprise ligating at least 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 30, 35, 40, 45, 50, etc. of the nucleic acid tags that are bound to the cDNAs.

[0041]    In various embodiments, the methods of labeling nucleic acids in the first cell may comprise removing one or more unbound nucleic acid tags (*e.g.*, washing the plurality of cells).  For example, the methods may comprise removing a portion, a majority, or substantially all of the unbound nucleic acid tags.  Unbound nucleic acid tags may be removed such that further rounds of the disclosed methods are not contaminated with one or more unbound nucleic acid tags from a previous round of a given method.  In some embodiments, unbound nucleic acid tags may be removed via centrifugation.  For example, the plurality of cells can be centrifuged such that a pellet of cells is formed at the bottom of a centrifuge tube.  The supernatant (*i.e.*, liquid containing the unbound nucleic acid tags) can be removed from the centrifuged cells.  The cells may then be resuspended in a buffer (*e.g.*, a fresh buffer that is free or substantially free of unbound nucleic acid tags).  In another example, the plurality of

PARSE0000050

cells may be coupled or linked to magnetic beads that are coated with an antibody that is configured to bind the cell membrane. The plurality of cells can then be pelleted using a magnet to draw them to one side of the reaction vessel. In some other embodiments, the plurality of cells may be placed in a cell strainer (*e.g.*, a PLURISTRAINER® cell strainer) and washed with a wash buffer. For example, the plurality of cells may remain in the cell strainer while the wash buffer passes through the cell strainer. Wash buffer may include a surfactant, a detergent, and/or about 5-60% formamide.

[0042]    As discussed above, the plurality of cells can be repooled and the method can be repeated any number of times, adding more tags to the cDNAs creating a set of nucleic acid tags that can act as a barcode. As more and more rounds are added, the number of paths that a cell can take increases and consequently the number of possible barcodes that can be created also increases. Given enough rounds and divisions, the number of possible barcodes will be much higher than the number of cells, resulting in each cell likely having a unique barcode. For example, if the division took place in a 96-well plate, after 4 divisions there would be $96^4$= 84,934,656 possible barcodes.

[0043]    In some embodiments, the reverse transcription primer may be configured to reverse transcribe all, or substantially all, RNA in a cell (*e.g.*, a random hexamer with a 5' overhang). In some other embodiments, the reverse transcription primer may be configured to reverse transcribe RNA having a poly(A) tail (*e.g.*, a poly(dT) primer, such as a dT(15) primer, with a 5' overhang). In yet some other embodiments, the reverse transcription primer may be configured to reverse transcribe predetermined RNAs (*e.g.*, a transcript-specific primer). For example, the reverse transcription primer may be configured to barcode specific transcripts such that fewer transcripts may be profiled per cell, but such that each of the transcripts may be profiled over a greater number of cells.

[0044]    FIG. 2 illustrates the formation of cDNA by *in situ* reverse transcription. Panel A depicts a cell that is fixed and permeabilized. Panel B depicts addition of a poly(T) primer, as discussed above, which can template the reverse transcription of polyadenylated transcripts. Panel C depicts addition of a random hexamer, as

PARSE0000051

discussed above, which can template the reverse transcription of substantially any transcript.  Panel D depicts the addition of a primer that is designed to target a specific transcript, as discussed above, such that only a subset of transcripts may be amplified.  Panel E depicts the cell of Panel A after reverse transcription, illustrating a cDNA hybridized to an RNA.

[0045]     Reverse transcription may be conducted or performed on the plurality of cells.  In certain embodiments, reverse transcription may be conducted on a fixed and/or permeabilized plurality of cells.  In some embodiments, M-MuLV reverse transcriptase (ENZYMATICS™) may be used in the reverse transcription.  Any suitable method of reverse transcription is within the scope of this disclosure.  For example, a reverse transcription mix may include a reverse transcription primer including a 5' overhang and the reverse transcription primer may be configured to initiate reverse transcription and/or to act as a binding sequence for nucleic acid tags.  In some other embodiments, a portion of a reverse transcription primer that is configured to bind to RNA and/or initiate reverse transcription may comprise one or more of the following: a random hexamer, a septamer, an octomer, a nonamer, a decamer, a poly(T) stretch of nucleotides, and/or one or more gene specific primers.

[0046]     Another aspect of the disclosure relates to methods of uniquely labeling molecules within a cell or within a plurality of cells.  In some embodiments, the method may comprise:  (a) binding an adapter sequence, or universal adapter, to molecules within the plurality of cells; (b) dividing the plurality of cells into at least two primary aliquots, wherein the at least two primary aliquots comprise at least a first primary aliquot and a second primary aliquot; (c) providing primary nucleic acid tags to the at least two primary aliquots, wherein the primary nucleic acid tags provided to the first primary aliquot are different from the primary nucleic acid tags provided to the second primary aliquot; (d) binding the adapter sequences within each of the at least two primary aliquots with the provided primary nucleic acid tags; (e) combining the at least two primary aliquots; (f) dividing the combined primary aliquots into at least two secondary aliquots, the at least two secondary aliquots comprising at least a first

PARSE0000052

secondary aliquot and a second secondary aliquot; (g) providing secondary nucleic acid tags to the at least two secondary aliquots, wherein the secondary nucleic acid tags provided to the first secondary aliquot are different from the secondary nucleic acid tags provided to the second secondary aliquot; and (h) binding the molecules within each of the at least two secondary aliquots with the provided secondary nucleic acid tags.

[0047]    In certain embodiments, the method may further comprise step (i), *i.e.*, repeating steps (e), (f), (g), and (h) with subsequent aliquots.  Step (i) can be repeated a number of times sufficient to generate a unique series of nucleic acid tags for the molecules in a single cell.  In various embodiments, the number of times may be selected from 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 30, 35, 40, 45, 50, 55, 60, 65, 70, 75, 80, 85, 90, 95, 100, etc.  In certain other embodiments, step (i) may be repeated another suitable number of times.

[0048]    In some embodiments, the molecules may be disposed within the cell or within the plurality of cells.  In some other embodiments, the molecules may be coupled to the cell or to the plurality of cells.  For example, the molecules may be cell-surface molecules.  In yet some other embodiments, the molecules may be disposed within and/or coupled to the cell or the plurality of cells.

[0049]    As discussed above, the method may comprise fixing and/or permeabilizing the plurality of cells prior to step (a).  In various embodiments, each of the nucleic acid tags may comprise a first strand.  The first strand may comprise a barcode sequence including a 3' end and a 5' end.  The first strand may further comprise a 3' hybridization sequence and a 5' hybridization sequence flanking the 3' end and the 5' end of the barcode sequence, respectively.  In some embodiments, each of the nucleic acid tags may comprise a second strand.  The second strand may comprise a first portion complementary to at least one of the 5' hybridization sequence and the adapter sequence and a second portion complementary to the 3' hybridization sequence.

[0050]    In certain embodiments, the molecules are macromolecules.  In various embodiments, the molecules are selected from at least one of RNA, cDNA, DNA, protein, peptides, and/or antigens.

PARSE0000053

**[0051]**    In some embodiments, the molecules are RNA and the adapter sequence may be single-stranded.  Furthermore, step (a) may comprise one of ligating a 5' end of the single-stranded adapter sequence to a 3' end of the RNA and/or ligating a 3' end of the single-stranded adapter sequence to a 5' end of the RNA.  In some other embodiments, the molecules are RNA and step (a) may comprise hybridizing the adapter sequence to the RNA.

**[0052]**    Methods related to binding or coupling an adapter sequence to an RNA can be used, for example, in RNA transcriptome sequencing, ribosome profiling, small RNA sequencing, non-coding RNA sequencing, and/or RNA structure profiling.  In some embodiments, the plurality of cells may be fixed and/or permeabilized.  The 5' end of a single-stranded adapter sequence may be ligated to the 3' end of an RNA (*see* FIGS. 3A and 3B).  In certain embodiments, the ligation may be conducted or performed by T4 RNA Ligase 1.  In certain other embodiments, the ligation may be conducted by T4 RNA Ligase 1 with a single-stranded adapter sequence including a 5' phosphate.  In various embodiments, the ligation may be conducted by THERMOSTABLE 5´ APPDNA/RNA LIGASE™ (NEW ENGLAND BIOLABS®).  In various other embodiments, the ligation may be conducted by THERMOSTABLE 5´ APPDNA/RNA LIGASE™ with a 5´ pre-adenylated  single-stranded adapter sequence.  Other suitable ligases and adapter sequences are also within the scope of this disclosure.

**[0053]**    In some embodiments, the RNA can be labeled with adapter sequence using hybridization, for example, via Watson-Crick base-pairing (*see* FIG. 4).  After the labeling steps and/or cell lysis, as discussed above, the adapter sequence may be configured to prime reverse transcription to form or generate cDNA (*see* FIG. 5).

**[0054]**    The 3' end of a single-stranded adapter sequence may be ligated to the 5' end of an RNA.  In certain embodiments, the ligation may be conducted or performed by T4 RNA Ligase 1.  In certain other embodiments, the ligation may be conducted by T4 RNA Ligase 1 with an RNA including a 5' phosphate.  In various embodiments, the ligation may be conducted by THERMOSTABLE 5´ APPDNA/RNA LIGASE™ (NEW ENGLAND BIOLABS®).  In various other embodiments, the ligation may be conducted

PARSE0000054

by THERMOSTABLE 5′ APPDNA/RNA LIGASE™ with a 5′ pre-adenylated RNA. As stated above, other suitable ligases and adapter sequences are also within the scope of this disclosure.

[0055]    In some embodiments, the molecules may be cDNA. Methods related to binding or coupling an adapter sequence to a cDNA can be used, for example, in RNA transcriptome sequencing. In certain embodiments, the plurality of cells may be fixed and/or permeabilized. Reverse transcription may be performed on the plurality of fixed and/or permeabilized cells with a primer that includes the adapter sequence on the 5' end. As discussed above, the 3' end of the primer may be gene-specific, a random hexamer, or a poly(T) sequence. The resulting cDNA may include the adapter sequence on its 5' end (*see* FIG. 5).

[0056]    In some embodiments, wherein the molecules are DNA (*e.g.*, genomic DNA), the method may further comprise digesting the DNA with a restriction enzyme prior to step (a). Furthermore, step (a) may comprise ligating the adapter sequence to the digested DNA.

[0057]    Methods related to binding or coupling an adapter sequence to a DNA may be used, for example, in whole genome sequencing, targeted genome sequencing, DNase-Seq, ChIP-sequencing, and/or ATAC-seq. In certain embodiments, one or more restriction enzymes may be used to digest DNA into at least one of blunt end fragments and/or fragments having overhang sequences. A partial double-stranded sequence with the single-stranded universal adapter or adapter sequence protruding on one end can be ligated to the digested genomic DNA. For example, a partial double-stranded sequence with the single-stranded adapter sequence having an overhang, wherein the overhang is compatible with the overhang generated by the one or more restriction enzymes, may be ligated to the digested genomic DNA.

[0058]    In various embodiments, adapter sequences can be integrated (*e.g.*, directly integrated) into genomic DNA using Tn5 transposase and the transposase can be released to expose the adapter sequences by addition of sodium dodecyl sulfate (SDS).

14

PARSE0000055

Other transposases and methods of integrating the adapter sequences into genomic DNA are also within the scope of this disclosure.

[0059]    In certain embodiments, the molecules are protein, peptide, and/or antigen, and the adapter sequence may be bound to a unique identifier sequence (*e.g.*, comprising nucleic acids) that is coupled to an antibody. The unique identifier sequence may be configured to uniquely identify the antibody to which the unique identifier sequence is bound. Furthermore, step (a) may comprise binding the antibodies, which comprise each of the adapter sequence and the unique identifier sequence, to the protein, peptide, and/or antigen. In certain other embodiments, the molecules are protein, peptide, and/or antigen, and the adapter sequence may be integrated in an aptamer. Furthermore, step (a) may comprise binding the aptamer to the protein, peptide, and/or antigen.

[0060]    Methods related to binding or coupling an adapter sequence to a protein, a peptide, and/or an antigen may be used, for example, in protein quantification, peptide quantification, and/or antigen quantification. In various embodiments, the adapter sequence can be attached (*e.g.*, chemically attached) to an antibody. For example, the adapter sequence can be attached to an antibody using chemistry known to the skilled artisan for mediating DNA-protein bonds. Antibodies for different proteins can be labeled with nucleic acid sequences or strands that include a unique identifier sequence in addition to the adapter sequence. The antibody, or set of antibodies, may then be used in an immunostaining experiment to label a protein, or set of proteins, in fixed and/or permeabilized cells or tissue (*see* FIG. 6). Subsequently, the cells may undergo a labeling or barcoding procedure as disclosed herein.

[0061]    In some embodiments, the nucleic acid sequences (*e.g.*, the DNA molecules) attached or bound to the antibodies can be released from the antibodies and/or adapter sequences. A sequencing reaction can reveal a unique identifier sequence associated with a given protein as well as the label or barcode associated with a unique cell or cells. In certain embodiments, such a method may reveal or identify the number and/or type of proteins present in one or more cells.

80200471.3 0053433-00600

15

[0062]    In various embodiments, a DNA aptamer and/or an RNA aptamer can be used instead of, or in addition to, a nucleic acid-modified (or DNA-modified) antibody as described above (*see* FIG. 7).   The adapter sequence (and target protein-specific antibody) may be integrated (*e.g.*, directly integrated) into the sequence of a given aptamer.

[0063]    Another aspect of the disclosure relates to methods of barcoding nucleic acids within a cell.   In some embodiments, the methods of barcoding nucleic acids within a cell may comprise:  (a) generating cDNAs within a plurality of cells by reverse transcribing RNAs using a reverse transcription primer comprising a 5' overhang sequence; (b) dividing the plurality of cells into at least two aliquots; (c) providing a plurality of nucleic acid tags to each of the at least two aliquots, wherein each barcode sequence of the plurality of nucleic acid tags introduced into a given aliquot is the same, and wherein a different barcode sequence is introduced into each aliquot; (d) binding at least one of the cDNAs in each of the at least two aliquots to the nucleic acid tags; (e) combining the at least two aliquots; and (f) repeating steps (b), (c), (d), and (e) at least once with the combined aliquot.

[0064]    In certain embodiments, each nucleic acid tag may comprise a first strand comprising a 3' hybridization sequence extending from a 3' end of a barcode sequence and a 5' hybridization sequence extending from a 5' end of the barcode sequence. Each nucleic acid tag may also comprise a second strand comprising an overhang sequence, wherein the overhang sequence comprises (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence and (ii) a second portion complementary to the 3' hybridization sequence.

[0065]    FIG. 8 depicts dividing, tagging, and pooling of cells, according to an embodiment of the present disclosure.  Cells that have been reverse transcribed can be divided between reaction vessels or wells.  In FIG. 8, 4 wells are shown.  As discussed above, however, any suitable number of reaction vessels or wells may be used.  One cell is highlighted to show its path through the process.  As depicted, the highlighted cell first ends up in well 'a', wherein it is the 1st tag added to it that hybridizes to the

PARSE0000057

overhang of all the cDNA transcripts (shown in the box).  The tag carries a unique barcode region 'a', identifying the well that the cell was in.  After hybridization, all cells are washed to remove excess tags, regrouped, and then split again between the same number of wells.  The highlighted cell then ends up in well 'c' and has a 2nd tag added to it identifying the well it was in.  After the second round, the cells could have taken $4^2=16$ possible paths through the tubes.  The process can be repeated, adding more tags to the cDNA transcripts and increasing the number of possible paths the cells can take. FIGS. 9A and 9B depict two exemplary workflows, according to embodiments of the present disclosure.

[0066]     Another aspect of the disclosure relates to kits for labeling nucleic acids within at least a first cell.  In some embodiments, the kit may comprise at least one reverse transcription primer comprising a 5' overhang sequence.  The kit may also comprise a plurality of first nucleic acid tags.  Each first nucleic acid tag may comprise a first strand. The first strand may include a 3' hybridization sequence extending from a 3' end of a first labeling sequence and a 5' hybridization sequence extending from a 5' end of the first labeling sequence.  Each first nucleic acid tag may further comprise a second strand.  The second strand may include an overhang sequence, wherein the overhang sequence may comprise (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence of the reverse transcription primer and (ii) a second portion complementary to the 3' hybridization sequence.

[0067]     The kit may further comprise a plurality of second nucleic acid tags.  Each second nucleic acid tag may comprise a first strand.  The first strand may include a 3' hybridization sequence extending from a 3' end of a second labeling sequence and a 5' hybridization sequence extending from a 5' end of the second labeling sequence.  Each second nucleic acid tag may further comprise a second strand.  The second strand may comprise an overhang sequence, wherein the overhang sequence may comprise (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence of the reverse transcription primer and (ii) a second portion

PARSE0000058

complementary to the 3' hybridization sequence. In some embodiments, the first labeling sequence may be different from the second labeling sequence.

[0068]    In some embodiments, the kit may also comprise one or more additional pluralities of nucleic acid tags. Each nucleic acid tag of the one or more additional pluralities of nucleic acid tags may comprise a first strand. The first strand may include a 3' hybridization sequence extending from a 3' end of a labeling sequence and a 5' hybridization sequence extending from a 5' end of the labeling sequence. Each nucleic acid tag of the one or more additional pluralities of nucleic acid tags may also comprise a second strand. The second strand may include an overhang sequence, wherein the overhang sequence comprises (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence of the reverse transcription primer and (ii) a second portion complementary to the 3' hybridization sequence. In some embodiments, the labeling sequence may be different in each given additional plurality of nucleic acid tags.

[0069]    In various embodiments, the kit may further comprise at least one of a reverse transcriptase, a fixation agent, a permeabilization agent, a ligation agent, and/or a lysis agent.

[0070]    Another aspect of the disclosure relates to kits for labeling molecules within at least a first cell. For example, the kits as disclosed above may be adapted to label one or more of RNA, cDNA, DNA, protein, peptides, or antigens within at least a first cell.

[0071]    As will be understood by one of ordinary skill in the art, each embodiment disclosed herein can comprise, consist essentially of, or consist of its particular stated element, step, ingredient, or component. As used herein, the transition term "comprise" or "comprises" means includes, but is not limited to, and allows for the inclusion of unspecified elements, steps, ingredients, or components, even in major amounts. The transitional phrase "consisting of" excludes any element, step, ingredient or component not specified. The transition phrase "consisting essentially of" limits the scope of the embodiment to the specified elements, steps, ingredients or components, and to those that do not materially affect the embodiment.

80200471.3 0053433-00600

18

PARSE0000059

[0072]    Unless otherwise indicated, all numbers expressing quantities of ingredients, properties such as molecular weight, reaction conditions, and so forth used in the specification and claims are to be understood as being modified in all instances by the term "about."  Accordingly, unless indicated to the contrary, the numerical parameters set forth in the specification and attached claims are approximations that may vary depending upon the desired properties sought to be obtained by the present disclosure. At the very least, and not as an attempt to limit the application of the doctrine of equivalents to the scope of the claims, each numerical parameter should at least be construed in light of the number of reported significant digits and by applying ordinary rounding techniques.  When further clarity is required, the term "about" has the meaning reasonably ascribed to it by a person skilled in the art when used in conjunction with a stated numerical value or range, *i.e.*, denoting somewhat more or somewhat less than the stated value or range, to within a range of ±20% of the stated value; ±19% of the stated value; ±18% of the stated value; ±17% of the stated value; ±16% of the stated value; ±15% of the stated value; ±14% of the stated value; ±13% of the stated value; ±12% of the stated value; ±11% of the stated value; ±10% of the stated value; ±9% of the stated value; ±8% of the stated value; ±7% of the stated value; ±6% of the stated value; ±5% of the stated value; ±4% of the stated value; ±3% of the stated value; ±2% of the stated value; or ±1% of the stated value.

[0073]    Notwithstanding that the numerical ranges and parameters setting forth the broad scope of the disclosure are approximations, the numerical values set forth in the specific examples are reported as precisely as possible.  Any numerical value, however, inherently contains certain errors necessarily resulting from the standard deviation found in their respective testing measurements.

[0074]    The terms "a," "an," "the" and similar referents used in the context of describing the disclosure (especially in the context of the following claims) are to be construed to cover both the singular and the plural, unless otherwise indicated herein or clearly contradicted by context.  Recitation of ranges of values herein is merely intended to serve as a shorthand method of referring individually to each separate value falling

80200471.3 0053433-00600

19

PARSE0000060

within the range. Unless otherwise indicated herein, each individual value is incorporated into the specification as if it were individually recited herein. All methods described herein can be performed in any suitable order unless otherwise indicated herein or otherwise clearly contradicted by context. The use of any and all examples, or exemplary language (*e.g.*, "such as") provided herein is intended merely to better illuminate the disclosure and does not pose a limitation on the scope of the disclosure otherwise claimed. No language in the specification should be construed as indicating any non-claimed element essential to the practice of the disclosure.

[0075]    Groupings of alternative elements or embodiments of the disclosure disclosed herein are not to be construed as limitations. Each group member may be referred to and claimed individually or in any combination with other members of the group or other elements found herein. It is anticipated that one or more members of a group may be included in, or deleted from, a group for reasons of convenience and/or patentability. When any such inclusion or deletion occurs, the specification is deemed to contain the group as modified thus fulfilling the written description of all Markush groups used in the appended claims.

[0076]    Definitions and explanations used in the present disclosure are meant and intended to be controlling in any future construction unless clearly and unambiguously modified in the following examples or when application of the meaning renders any construction meaningless or essentially meaningless in cases where the construction of the term would render it meaningless or essentially meaningless, the definition should be taken from Webster's Dictionary, 3rd Edition or a dictionary known to those of ordinary skill in the art, such as the Oxford Dictionary of Biochemistry and Molecular Biology (Ed. Anthony Smith, Oxford University Press, Oxford, 2004).

<u>EXAMPLES</u>

[0077]    The following examples are illustrative of disclosed methods and compositions. In light of this disclosure, those of skill in the art will recognize that

PARSE0000061

variations of these examples and other examples of the disclosed methods and compositions would be possible without undue experimentation.

<u>Example 1 - Fixation and Reverse Transcription</u>

**[0078]**     NIH/3T3 (mouse) and Hela-S3 (human) cells can be grown to confluence on two separate 10 cm cell culture plates.  The cells can be rinsed twice with 10 ml 1X phosphate buffered saline (PBS), 1 ml of 0.05% trypsin can be added to each plate, and the plates can be incubated at 37 °C for 5 minutes.  The cells can be detached by tilting each plate at a 45° angle while pipetting trypsin across the plates, which can be continued until all, or substantially all, of the cells are detached.  Each cell line can be transferred into its own 15 ml conical centrifuge tube (FALCON™).  2 ml of Dulbecco's Modified Eagle Medium (DMEM) with 10% fetal bovine serum (FBS) can be added to each tube.   The number of cells in each tube can be calculated (*e.g.*, with a hemocytometer or on a flow cytometer).  For example, 200 µl of the sample can be transferred from each tube into separate 1.7 ml microcentrifuge tubes (EPPENDORF®) and 100 µl of the sample can be run on an ACCURI™ Flow Cytometer to calculate the cell concentration.

**[0079]**     The same number of cells from each tube can be combined into a new single 15 ml conical centrifuge tube (FALCON™), using as many cells as possible.  A 5 minute spin can be conducted at 500 × g in a 15 ml conical centrifuge tube (FALCON™).  It may be helpful to use a bucket centrifuge so that the cells are pelleted at the bottom of the tube rather than on the side of the tube.  The liquid can be aspirated without disturbing the cell pellet and the cells can be resuspended in 500 µl of 4% formaldehyde.  The cells can then be left at room temperature (*i.e.*, 20-25 °C) for 10 minutes.  1.5 ml of 0.5% TRITON™ X-100 can be added to the tube and mixed gently with a pipette.  The tube can them be spun at 500 × g for 5 minutes.  Again, the liquid can be aspirated without disturbing the pellet and the pellet can be washed twice with 1 ml PBS without resuspending the pellet. If washing disturbs the pellet, the second wash

PARSE0000062

can be skipped.  The pellet can then be resuspended in 1 ml 0.1N HCl and incubated at room temperature for 5 minutes.

[0080]    2 ml of Tris-HCl (pH 8.0) can be added to a new 15 ml conical centrifuge tube (FALCON™).  The fixed cells in HCl, from above, can be transferred to the tube with Tris-HCl so as to neutralize the HCl.  The number of cells in the tube can then be calculated as discussed above (*e.g.*, with a hemocytometer or on a flow cytometer). The fixed cells in Tris-HCl can be spun down at 500 × g for 5 minutes and the liquid can be aspirated without disturbing the pellet.  The pellet can be washed twice with 1 ml RNase-free molecular grade water, without disturbing the pellet.  The cells can then be resuspended to a concentration of 2.5 million cells/ml (to do this, the concentration calculated before the last spin step can be used).

[0081]    A reverse transcription mix can be made (55 µl M-MuLV reverse transcriptase buffer (ENZYMATICS™), 55 µl M-MuLV reverse transcriptase (ENZYMATICS™), 5.5 µl dNTPs (25 mM per base), 3.44 µl RNase inhibitor (ENZYMATICS™, 40 units/µl), 210.4 µl nuclease-free water, and 2.75 µl RT Primer (BC_0055, 100 µM)).  In a well of a 24-well cell culture plate, 300 µl of the reverse transcription mix can be combined with 200 µl of the fixed cells (~500,000 cells) and mixed gently by pipetting.  The mixture can then be incubated at room temperature for 10 minutes to allow the reverse transcription primer to anneal and the mixture can then be incubated at 37 °C in a humidified incubator overnight (*i.e.*, ~16 hours).

[0082]    A primer that can be used for reverse transcription (BC_0055) is depicted in FIG. 10.  This is an anchored primer, designed to bind the start of a poly(A) tail of a messenger RNA.  The primer may be synthesized with all 4 bases at the 3' end (N) and every base except T at the second-most 3' position (V).  The primer can also include 15 consecutive dTs.  In some embodiments, the primer may include more than 15 dTs. In some other embodiments, the primer may include fewer than 15 dTs.  In embodiments wherein the primer includes fewer than 15 dTs, the melting temperature of the primer may be lowered.  The domain s0 may not hybridize to messenger RNAs, but may instead provide an accessible binding domain for a linker oligo.  The primer also

80200471.3 0053433-00600

22

PARSE0000063

includes includes a 5' phosphate that can allow ligation of the primer to another oligo by T4 DNA ligase.

<u>Example 2 - Preparation of Barcodes</u>

[0083]     The barcodes were ordered in 96-well plates at 100 µM concentrations.  Each barcode was annealed with its corresponding linker oligo (*see* FIGS. 10-12).

[0084]     FIG. 11 depicts an annealed, first-round barcode oligo. 96 first-round barcode oligos with unique sequences in domain i8a were used.  In the first round, the unique sequence in domain i8a is the region of the sequence that is used as a barcode.  By varying 8 nucleotides, there are 65,536 possible unique sequences.  In some embodiments, more than 8 nucleotides may be present in domain i8a.  In some other embodiments, fewer than 8 nucleotides may be present in domain i8a.  The first-round barcodes were preannealed to a linker strand (BC_0056) through complementary sequences in domain s1.  The linker strand can include complementary sequence to part of the reverse transcription primer (domain s0) that can allow it to hybridize and bring the 3' end of the first-round barcodes in close proximity to the 5' end of the reverse transcription primer. The phosphate of the reverse transcription primer can then be ligated to the 3' end of the first-round barcodes by T4 DNA ligase.  The domain s2 can provide an accessible binding domain for a linker oligo to be used in another round of barcoding.  The first-round barcode oligos can include a 5' phosphate that can allow ligation to the 3' end of another oligo by T4 DNA ligase.

[0085]     FIG. 12 depicts an annealed, second-round barcode oligo.  96 second-round barcode oligos with unique sequences in domain i8b were used.  In the second round, the unique sequence in domain i8b is the region of the sequence that is used as a barcode.  By varying 8 nucleotides, there are 65,536 possible unique sequences.  In some embodiments, more than 8 nucleotides may be present in domain i8b.  In some embodiments, less than 8 nucleotides may be present in domain i8b.  The second-round barcodes can be preannealed to a linker strand (BC_0058) through complementary sequences in domain s3.  The linker strand can include complementary

PARSE0000064

sequence to part of the first-round barcode oligo (domain s2) that can allow it to hybridize and bring the 3' end of the first-round barcodes in close proximity to the 5' end of the second-round barcode oligo. The phosphate of the first-round barcode oligo can then be ligated to the 3' end of the second-round barcodes by T4 DNA ligase. The domain s4 can provide an accessible binding domain for a linker oligo to be used in another round of barcoding. The second-round barcode oligos can include a 5' phosphate that can allow ligation to the 3' end of another oligo by T4 DNA ligase.

[0086]    FIG. 13 depicts an annealed, third-round barcode oligo.  96 third-round barcode oligos with unique sequences in domain i8c were used.  In the third round, the unique sequence in domain i8c is the region of the sequence that is used as a barcode. By varying 8 nucleotides, there are 65,536 possible unique sequences.  In some embodiments, more than 8 nucleotides may be present in domain i8c.  In some other embodiments, less than 8 nucleotides may be present in domain i8c.  The third round of barcodes can be preannealed to a linker strand (BC_0060) through complementary sequences in domain s5.  The linker strand can include complementary sequence to part of the second-round barcode oligo (domain s4) that can allow it to hybridize and bring the 3' end of the second-round barcodes in close proximity to the 5' end of the third-round barcode oligo.  The phosphate of the second-round barcode oligo can then be ligated to the 3' end of the third-round barcodes by T4 DNA ligase. The third-round barcode oligos can be synthesized with unique molecular identifiers (UMI; *see* Islam, *et. al.* Nature Methods, 2014) consisting of 10 random nucleotides (domain UMI: NNNNNNNNNN).  Due to PCR amplification bias, multiple sequencing reads can originate from the cDNA.  Using a UMI, each cDNA may be counted only once.  The third-round barcodes can also include a domain corresponding to part of the ILLUMINA[®] TruSeq adapter.  The third-round barcodes can be synthesized with a biotin molecule at the 5' end so that fully barcoded cDNA can be isolated with streptavidin coated magnetic beads.

[0087]    Starting from a 100 µM stock of each barcode oligo (*i.e.*, in 96-well plates, one for each round), 11 µl of barcode oligo were transferred to 96-well PCR plates.  To

PARSE0000065

the plate with the round 1 barcodes, 9 µl of BC_0056 (100 µM stock) were added to each well.  To the plate with the round 2 barcodes, 9 µl of BC_0058 (100 µM stock) were added to each well.  To the plate with the round 3 barcodes, 9 µl of BC_0060 (100 µM stock) were added to each well.  Each plate was then placed in a thermocycler, with the following program, to anneal the barcodes with the corresponding linker oligo:  heat to 90 °C, reduce heat 0.1 °C/second, and stop when the temperature reaches 25 °C. 2.2 µl were transferred from each well having the round 1 barcodes into a new 96-well plate (referred to as plate L1).  3.8 µl were transferred from each well with the round 2 barcodes into a new 96-well plate (referred to as plate L2).  6.1 µl were transferred from each well with the round 3 barcodes into a new 96-well plate (referred to as plate L3).

### Example 3 - Preparation of Ligation Stop Oligos

[0088]     After each round of ligation, the ligation can be stopped by adding an excess of oligo that is complementary to the linker strands (*see* FIG. 14).  To stop each barcode ligation, oligo strands that are fully complementary to the linker oligos can be added. These oligos can bind the linker strands attached to unligated barcodes and displace the unligated barcodes through a strand displacement reaction.  The unligated barcodes can then be completely single-stranded.  As T4 DNA ligase is unable to ligate single-stranded DNA to other single-stranded DNA, the ligation reaction will stop progressing. To ensure that all linker oligos are bound by the complementary oligos, a molar excess of the complementary oligos (relative to the linker oligos) is added. To stop the first-round ligation, BC_0064 (complementary to BC_0056) is added. To stop the second-round ligation, BC_0065 (complementary to BC_0058) is added. To stop the third-round ligation, BC_0066 (complementary to BC_0060) is added.

[0089]     Dilutions can be prepared for each stop ligation strand (BC_0064, BC_0065, BC_0066) as follows: 264 µl stop ligation strand (BC_0064, BC_0065, BC_0066), 300 µl 10X T4 DNA Ligase Buffer, and 636 µl nuclease-free water.

### Example 4 - Ligation of Barcodes to cDNA

PARSE0000066

**[0090]**     5 µl 10% TRITON™ X-100 can be added to the reverse transcription reaction (to a final concentration of 0.1%) in the above-described 24-well plate.  The reverse transcription (RT) reaction with cells can be transferred to a 15 ml conical centrifuge tube (FALCON™).  The RT reactions can be spun for 10 minutes at 500 × g and resuspended in 2 ml nuclease-free water.  The cells can be combined with ligase mix (600 µl 10X T4 ligase buffer, 2040 µl of nuclease-free water, all of the resuspended cells (2000 µl), 100 µl of T4 DNA Ligase (NEW ENGLAND BIOLABS®, 400,000 units/ml), and 60 µl of 10% TRITON™ X-100) in a disposable pipetting reservoir (10 ml)).  The cells and ligase mix can be mixed by gently tilting the reservoir back and forth several times.  Using a multichannel pipette, 40 µl of the cells in the ligase mix can be added to each well of annealed round 1 barcodes (plate L1).  Each well can be mixed by pipetting up and down gently 2-3 times. The cells in the ligase mix can be incubated at 37 °C for 60 minutes.

**[0091]**     10 µl of the diluted BC_0064 can be added to each well to stop the ligation. The samples can then be incubated at 37 °C for 30 minutes.  All of the cells can be collected in a new disposable pipetting reservoir (10 ml).  The cells can be passed through a 40 µM strainer into a new disposable pipetting reservoir (10 ml) using a 1 ml pipette.  100 µl of T4 DNA ligase (NEW ENGLAND BIOLABS®, 400,000 units/ml) can be added to the cells in reservoir.  The cells and ligase mix can be mixed by gently tilting the reservoir back and forth several times and using a multichannel pipette, 40 µl of the cells in the ligase mix can be added to each well of annealed round 2 barcodes (plate L2).  Each well can be mixed by pipetting up and down gently 2-3 times and the samples can then be incubated at 37 °C for 60 minutes.

**[0092]**     10 µl of the diluted BC_0065 can be added to each well to stop the ligation. The samples can be incubated at 37 °C for 30 minutes and the cells can then be collected in a new disposable pipetting reservoir (10 ml).  The cells can be passed through a 40 µM strainer into a new disposable pipetting reservoir (10 ml) using a 1 ml pipette.  100 µl of T4 DNA ligase (NEW ENGLAND BIOLABS®, 400,000 units/ml) can be added to the cells in the reservoir.  The cells and ligase mix can be mixed by gently

PARSE0000067

tilting the reservoir back and forth several times. Using a multichannel pipette, 40 µl of the cells in the ligase mix can be added to each well of annealed round 3 barcodes (plate L3). Each well can then be mixed by pipetting up and down gently 2-3 times and the samples can be incubated at 37 °C for 60 minutes.

[0093]    10 µl of the diluted BC_0066 can be added to each well to stop the ligation. The samples can be incubated at 37 °C for 30 minutes. All the cells can be collected in a new disposable pipetting reservoir (10 ml). The cells can be transferred to a 15 ml conical centrifuge tube (FALCON™) and the tube can be filled with wash buffer (nuclease-free water, 0.05% Tween 20, and 25% formamide) to 15 ml. The samples can be incubated for 15 minutes at room temperature. The cells can then be pelleted at $500 \times g$ for 10 minutes and the liquid can be removed without disturbing the pellet. Each tube of cells can be resuspended in 100 µl PBS and the cells can be counted (*e.g.*, on a hemocytometer or on a flow cytometer). In one example, 57,000 cells were retained. The number of cells to be sequenced can be chosen. In one example, the cells were split into 25 cell, 250 cell, 2,500 cell, and 25,000 cell aliquots. 300 µl of lysis buffer (10 mM NaF, 1 mM $Na_3VO_4$, 0.5% DOC buffer, and 0.5% TRITON™ X-100) can be added to each of the cell aliquots and each of the cell aliquots can be passed through a 25 gauge needle eight times.

Example 5 - Binding Barcoded cDNA to Streptavidin Coated Beads

[0094]    First, DYNABEADS® MYONE™ Streptavidin C1 beads can be resuspended. 20 µl of resuspended DYNABEADS® MYONE™ Streptavidin C1 beads (for each aliquot of cells) can be added to a 1.7 ml microcentrifuge tube (EPPENDORF®). The beads can be washed 3 times with 1X phosphate buffered saline Tween 20 (PBST) and resuspended in 20 µl PBST. 900 µl PBST can be added to the cell aliquot and 20 µl of washed C1 beads can be added to the aliquot of lysed cells. The samples can be placed on a gentle roller for 15 minutes at room temperature and then washed 3 times with 800 µl PBST using a magnetic tube rack (EPPENDORF®). The beads can then be resuspended in 100 µl PBS.

80200471.3 0053433-00600

27

PARSE0000068

Example 6 - RNase Treatment of Beads

**[0095]**    A microcentrifuge tube (EPPENDORF®) comprising a sample can be placed against a magnetic tube rack (EPPENDORF®) for 2 minutes and then the liquid can be aspirated.  The beads can be resuspended in an RNase reaction (3 µl RNase Mix (ROCHE™), 1 µl RNase H (NEW ENGLAND BIOLABS®), 5 µl RNase H 10X Buffer (NEW ENGLAND BIOLABS®), and 41 µl nuclease-free water).  The sample can be incubated at 37 °C for 1 hour, removed from 37 °C, and placed against a magnetic tube rack (EPPENDORF®) for 2 minutes.  The sample can be washed with 750 µl of nuclease-free water + 0.01% Tween 20 ($H_2O$-T), without resuspending the beads and keeping the tube disposed against the magnetic tube rack.  The liquid can then be aspirated.  The sample can be washed with 750 µl $H_2O$-T without resuspending the beads and while keeping the tube disposed against the magnetic tube rack.  Next, the liquid can be aspirated while keeping the tube disposed against the magnetic tube rack.  The tube can then be removed from the magnetic tube rack and the sample can be resuspended in 40 µl of nuclease-free water.

Example 7 - 3' Adapter Ligation

**[0096]**    With reference to FIG. 15, to facilitate PCR amplification, a single-stranded DNA adapter oligo (BC_0047) can be ligated to the 3' end of cDNA. To prevent concatemers of the adapter oligo,  dideoxycytidine (ddC) can be included at the 3' end of the adapter oligo.  BC_0047 was generated with a phosphate at the 5' end and ddC at the 3' end.  Several enzymes are capable of ligating single-stranded oligo to the 3' end of single-stranded DNA.  Herein, T4 RNA ligase 1 (NEW ENGLAND BIOLABS®) was used. Thermostable 5' AppDNA/RNA Ligase (NEW ENGLAND BIOLABS®) can also be used with a preadenylated adaptor oligo.

**[0097]**    Specifically, 20 µl of the RNase-treated beads can be added to a single PCR tube.  80 µl of ligase mix (5 µl T4 RNA Ligase 1 (NEW ENGLAND BIOLABS®), 10 µl 10X T4 RNA ligase buffer, 5 µl BC_0047 oligo at 50 µM, 50 µl 50% PEG 8000, and 10

28

PARSE0000069

μl 10 mM ATP) can be added to the 20 μl of beads in the PCR tube.  50 μl of the ligase mixed with the beads can be transferred into a new PCR tube to prevent too many beads from settling to the bottom of a single tube and the sample can be incubated at 25 °C for 16 hours.

Example 8 - Generating ILLUMINA® Compatible Sequencing Products

[0098]    Ligation reactions from both PCR tubes can be combined into a single 1.7 ml microcentrifuge tube (EPPENDORF®).  750 μl of $H_2O$-T can be added to each sample. Each of the tubes can be placed on a magnetic tube rack (EPPENDORF®) for 2 minutes, the liquid can be aspirated, and the samples can be resuspended in 40 μl water.  The samples can be transferred to PCR tubes.  60 μl of PCR mix can be added to each tube (50 μl 2X PHUSION® DNA Polymerase Master Mix (THERMO FISHER™ Scientific), 5 μl BC_0051 (10 μM), and 5 μl BC_0062 (10 μM)).  10 cycles of PCR can be run (98 °C for 3 minutes, repeat 10 times (98 °C for 10 seconds, 65 °C for 15 seconds, and 72 °C for 60 seconds), and 72 °C for 5 minutes).  FIG. 16 depicts the PCR product.  After the 3' adapter oligo (BC_0047) has been ligated to barcoded cDNA, the cDNA can be amplified using PCR.  As shown in FIG. 16, the primers BC_0051 and BC_0062 were used.

[0099]    The PCR samples from the previous step can be procured and the magnetic beads can be displaced to the bottom of each tube with a magnet.  90 μl of PCR reaction can be transferred to a new 1.7 ml without transferring any of the magnetic beads.  10 μl of nuclease-free water can be added to each of the 1.7 ml tubes to a total volume of 100 μl.  60 μl of AMPURE™ beads can be added to the 100 μl of PCR reaction (0.6X SPRI) and bound for 5 minutes.  The tubes can be placed against a magnet for 2 minutes and the samples can be washed with 200 μl of 70% ethanol (30 second wait) without resupending the beads.  The samples can be washed again with 200 μl of 70% ethanol (30 second wait) without resupending the beads and then the samples can be air dried for 5-10 minutes until the ethanol has evaporated.

PARSE0000070

[00100]    Each of the samples can be resuspended in 40 µl of nuclease-free water. The tubes can be placed against a magnetic rack for 2 minutes.  While the microcentrifuge tubes (EPPENDORF®) are still disposed against the magnetic rack, 38 µl of solution can be transferred to a new 1.7 ml tube, without transferring beads.  62 µl of nuclease-free water can be added to the samples to a total volume of 100 µl.  60 µl of AMPURE™ beads can then be added to 100 µl of the PCR reaction (0.6X SPRI) and bound for 5 minutes.  The tubes can be placed against a magnet for 2 minutes and then the samples can be washed with 200 µl of 70% ethanol (30 second wait) without resupending the beads.  The samples can be washed again with 200 µl 70% ethanol (30 second wait) without resupending the beads and then the samples can be air dried for 5-10 minutes until the ethanol has evaporated.

[00101]    The samples can be resuspended in 40 µl of nuclease-free water and each tube can be placed against a magnetic rack for 2 minutes.  While the tube is still disposed against the magnetic rack, 38 µl of solution to a new 1.7 ml tube, without transferring any beads.  20 µl of the 38 µl elution can be added to an optical PCR tube.  Furthermore, a PCR mix can be added to the tube (25 µl PHUSION® DNA Polymerase Master Mix (THERMO FISHER™ Scientific), 2.5 µl BC_0027 (10 µM), 2.5 µl BC_0063 (10 µM), and 2.5 µl 20X EVAGREEN® (Biotium)).  Following the PCR depicted in FIG. 16, the full ILLUMINA® adapter sequences can be introduced through another round of PCR. As depicted in FIG. 17, BC_0027 includes the flow cell binding sequence and the binding site for the TRUSEQ™ read 1 primer. BC_0063 includes the flow cell binding sequence and the TruSeq multiplex read 2 and index binding sequence.  There is also a region for the sample index, which is GATCTG in this example.

[00102]    The above samples can be run on a qPCR machine with the following cycling conditions: 1) 98 °C for 3 minutes, 2) 98 °C for 10 seconds, 3) 65 °C for 15 seconds, 4) 72 °C for 60 seconds, and 5) repeat steps 2-4 (e.g., 10-40 times, depending on when fluorescence stops increasing exponentially).  The tube can be transferred to a thermocycler set to 72 °C for 5 minutes.  The qPCR reaction can be run on a 1.5% agarose gel for 40 minutes and a 450-550 bp band can be removed and gel extracted

80200471.3 0053433-00600

30

PARSE0000071

(QIAQUICK® Gel Extraction Kit).  The products can be sequenced on an ILLUMINA®
MISEQ™ using paired end sequencing. The sequencing primers can be the standard
TRUSEQ™ multiplex primers.  Read 1 can sequence the cDNA sequence, while read 2
can cover the unique molecular identifier as well as the 3 barcode sequences (8
nucleotides each).  Index read 1 can be used to sequence sample barcodes, so multiple
samples may be sequenced together.

Example 9 - Data Analysis

**[00103]**    Sequencing reads were grouped by cell barcodes (three barcodes of eight
nucleotides each, 96×96×96 = 884,736 total combinations). Each barcode combination
should correspond to the cDNA from a single cell. Only reads with valid barcodes were
retained. The sequencing reads with each barcode combination were aligned to both
the human genome and the mouse genome. Reads aligning to both genomes were
discarded. Multiple reads with the same unique molecular identifier were counted as a
single read. Reads with unique molecular identifiers with two or less mismatches were
assumed to be generated by sequencing errors and were counted as a single read.  For
each unique barcode combination the number of reads aligning to the human genome
(x-axis) and the mouse genome (y-axis) were plotted (*see* FIG. 18). As each cell is
either mouse or human, it should ideally include only one type of RNA. So an ideal plot
would have every point along the x- or y-axis. The fact that most points in the plot of
FIG. 18 are near an axis indicates that the method is viable.

**[00104]**    Each point in the plot corresponds to cDNA with the same combination of
barcodes and should represent the cDNA from a single cell. For each point, the number
of reads that map uniquely to the mouse genome are plotted on the y-axis, while the
number of reads that map uniquely to the human genome are plotted on the x-axis. If
cDNAs with a specific combination of barcodes came from a single cell, all of the cDNA
with the specific combination of barcodes should map completely to the human genome
or completely to the mouse genome. As stated above, the fact that most barcode

PARSE0000072

combinations map close to either the x-axis (human cells) or the y-axis (mouse cells) indicates that the method can indeed produce single-cell RNA sequencing data.

[00105]   Certain embodiments of this disclosure are described herein, including the best mode known to the inventors for carrying out the disclosure.  Of course, variations on these described embodiments will become apparent to those of ordinary skill in the art upon reading the foregoing description.  The applicants expect skilled artisans to employ such variations as appropriate, and the applicants intend for the various embodiments of the disclosure to be practiced otherwise than specifically described herein.  Accordingly, this disclosure includes all modifications and equivalents of the subject matter recited in the claims appended hereto as permitted by applicable law. Moreover, any combination of the above-described elements in all possible variations thereof is encompassed by the disclosure unless otherwise indicated herein or otherwise clearly contradicted by context.

[00106]   Furthermore, numerous references have been made to patents and printed publications throughout this specification.  Each of the above-cited references and printed publications are individually incorporated herein by reference in their entirety.

[00107]   It is to be understood that the embodiments of the present disclosure are illustrative of the principles of the present disclosure.  Other modifications that may be employed are within the scope of the disclosure.  Thus, by way of example, but not of limitation, alternative configurations of the present disclosure may be utilized in accordance with the teachings herein.  Accordingly, the present disclosure is not limited to that precisely as shown and described.

[00108]   The particulars shown herein are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present disclosure only and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of various embodiments of the disclosure.

[00109]   It will be apparent to those having skill in the art that many changes may be made to the details of the above-described embodiments without departing from the

80200471.3 0053433-00600

32

PARSE0000073

underlying principles of the disclosure.  The scope of the present invention should, therefore, be determined only by the following claims.

PARSE0000074

**Claims:**

1.     A method of uniquely labeling molecules within a plurality of cells, the method comprising:

(a)     coupling an adapter sequence to molecules within the plurality of cells;

(b)     dividing the plurality of cells into at least two primary aliquots, the at least two primary aliquots comprising a first primary aliquot and a second primary aliquot;

(c)     providing primary nucleic acid tags to the at least two primary aliquots, wherein the primary nucleic acid tags provided to the first primary aliquot are different from the primary nucleic acid tags provided to the second primary aliquot;

(d)     coupling the adapter sequences within each of the at least two primary aliquots with the provided primary nucleic acid tags;

(e)     combining the at least two primary aliquots;

(f)     dividing the combined primary aliquots into at least two secondary aliquots, the at least two secondary aliquots comprising a first secondary aliquot and a second secondary aliquot;

(g)     providing secondary nucleic acid tags to the at least two secondary aliquots, wherein the secondary nucleic acid tags provided to the first secondary aliquot are different from the secondary nucleic acid tags provided to the second secondary aliquot; and

(h)     coupling the molecules within each of the at least two secondary aliquots with the provided secondary nucleic acid tags.

2.     The method of claim 1, wherein the molecules are cell-surface molecules.

3.     The method of claim 1, further comprising:

(i)     repeating steps (e), (f), (g), and (h) with subsequent aliquots.

PARSE0000075

4.      The method of claim 3, wherein step (i) is repeated a number of times sufficient to generate a unique series of nucleic acid tags for the molecules in a single cell.

5.      The method of claim 4, wherein the number of times is selected from 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 30, 35, 40, 45, 50, 55, 60, 65, 70, 75, 80, 85, 90, 95 and 100.

6.      The method of claim 1, further comprising:
fixing and permeabilizing the plurality of cells prior to step (a).

7.      The method of claim 1, wherein each of the nucleic acid tags comprises:
a first strand comprising:
        a barcode sequence comprising a 3' end and a 5' end; and
        a 3' hybridization sequence and a 5' hybridization sequence flanking the 3' end and the 5' end of the barcode sequence, respectively; and
a second strand comprising:
        a first portion complementary to at least one of the 5' hybridization sequence and the adapter sequence; and
        a second portion complementary to the 3' hybridization sequence.

8.      The method of claim 1, further comprising generating complementary DNAs (cDNAs) within the plurality of cells.

9.      The method of claim 1, wherein the molecules are selected from at least one of RNA, cDNA, DNA, protein, peptide, and antigen.

PARSE0000076

10.    The method of claim 9, wherein the molecules are RNA, wherein the adapter sequence is a single-stranded nucleic acid molecule, and wherein step (a) comprises one of ligating a 5' end of the single-stranded adapter sequence to a 3' end of the RNA or ligating a 3' end of the single-stranded adapter sequence to a 5' end of the RNA.

11.    The method of claim 9, wherein the molecules are RNA and wherein step (a) comprises hybridizing the adapter sequence to the RNA.

12.    The method of claim 9, wherein the molecules are DNA, the method further comprising digesting the DNA prior to step (a), and wherein step (a) comprises ligating the adapter sequence to the digested DNA.

13.    The method of claim 9, wherein the molecules are DNA, and wherein step (a) comprises coupling the adapter sequence to the DNA by integrating the adapter sequence into the DNA using a transposase, and releasing the transposase to expose the adapter sequence.

14.    The method of claim 9, wherein the molecules are protein, peptide, or antigen, wherein the adapter sequence is coupled to a unique identifier sequence that is coupled to an antibody, the unique identifier sequence configured to uniquely identify the antibody, and wherein step (a) comprises coupling the antibodies comprising the adapter sequence and the unique identifier sequence to the protein, peptide, or antigen.

15.    The method of claim 9, wherein the molecules are protein, peptide, or antigen, wherein the adapter sequence is integrated in an aptamer, and wherein step (a) comprises coupling the aptamer to the protein, peptide, or antigen.

80200471.3 0053433-00600

36

PARSE0000077

16.     The method of claim 1, further comprising:

ligating at least two of the nucleic acid tags that are bound to the molecules.

17.     The method of claim 16, wherein the ligation is performed within the plurality of cells.

18.     The method of claim 1, further comprising:

removing unbound nucleic acid tags.

19.     The method of claim 1, wherein the final nucleic acid tag comprises a capture agent.

20.     The method of claim 1, further comprising:

lysing the plurality of cells to release the molecules from within the plurality of cells.

21.     The method of claim 20, further comprising:

ligating at least two of the nucleic acid tags that are bound to the released molecules.

22.     The method of claim 20, wherein the majority of the nucleic acid tag-bound nucleic acids from a single cell comprise the same series of bound nucleic acid tags.

23.     The method of claim 1, wherein the plurality of cells is selected from at least one of mammalian cells, yeast cells, and bacterial cells.

PARSE0000078

24.    A method of labeling nucleic acids within a first cell, the method comprising:

(a)    generating complementary DNAs (cDNAs) within a plurality of cells comprising the first cell by reverse transcribing RNAs using a reverse transcription primer comprising a 5' overhang sequence;

(b)    dividing the plurality of cells into a number (n) of aliquots;

(c)    providing a plurality of nucleic acid tags to each of the n aliquots, each nucleic acid tag comprising:

a first strand comprising a 3' hybridization sequence extending from a 3' end of a labeling sequence and a 5' hybridization sequence extending from a 5' end of the labeling sequence, and

a second strand comprising an overhang sequence, the overhang sequence comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence, and (ii) a second portion complementary to the 3' hybridization sequence,

wherein each labeling sequence of the plurality of nucleic acid tags provided into a given aliquot is the same, and wherein a different labeling sequence is provided into each of the n aliquots;

(d)    binding at least one of the cDNAs in each of the n aliquots to the nucleic acid tags;

(e)    combining the n aliquots; and

(f)    repeating steps (b), (c), (d), and (e) with the combined aliquot.


25.    The method of claim 24, wherein step (f) is repeated a number of times sufficient to generate a unique series of labeling sequences for the cDNAs in the first cell.

PARSE0000079

26.    The method of claim 25, wherein the number of times is selected from 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 30, 35, 40, 45, 50, 55, 60, 65, 70, 75, 80, 85, 90, 95 and 100.

27.    The method of claim 24, further comprising:

fixing the plurality of cells prior to step (a).

28.    The method of claim 24, further comprising:

permeabilizing the plurality of cells prior to step (a).

29.    The method of claim 24, further comprising:

ligating at least two of the nucleic acid tags that are bound to the cDNAs.

30.    The method of claim 29, wherein the ligation is performed within the plurality of cells.

31.    The method of claim 24, further comprising:

removing unbound nucleic acid tags.

32.    The method of claim 24, wherein the reverse transcription primer is configured to reverse transcribe RNA having a poly(A) tail.

33.    The method of claim 24, wherein the reverse transcription primer is configured to reverse transcribe predetermined RNAs.

34.    The method of claim 24, wherein the final nucleic acid tag comprises a capture agent.

PARSE0000080

35.     The method of claim 24, further comprising:

lysing the plurality of cells to release the cDNAs from within the plurality of cells after step (f).

36.     The method of claim 35, further comprising:

ligating at least two of the nucleic acid tags that are bound to the released cDNAs.

37.     The method of claim 24, wherein the plurality of cells is selected from at least one of mammalian cells, yeast cells, and bacterial cells.

PARSE0000081

38.     A method of barcoding nucleic acids within a cell, the method comprising:

(a)     generating complementary DNAs (cDNAs) within a plurality of cells by reverse transcribing RNAs using a reverse transcription primer comprising a 5' overhang sequence;

(b)     dividing the plurality of cells into at least two aliquots;

(c)     providing a plurality of nucleic acid tags to each of the at least two aliquots, each nucleic acid tag comprising:

a first strand comprising a 3' hybridization sequence extending from a 3' end of a barcode sequence and a 5' hybridization sequence extending from a 5' end of the barcode sequence, and

a second strand comprising an overhang sequence, the overhang sequence comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence, and (ii) a second portion complementary to the 3' hybridization sequence,

wherein each barcode sequence of the plurality of nucleic acid tags introduced into a given aliquot is the same, and wherein a different barcode sequence is introduced into each aliquot;

(d)     binding at least one of the cDNAs in each of the at least two aliquots to the nucleic acid tags;

(e)     combining the at least two aliquots; and

(f)     repeating steps (b), (c), (d), and (e) at least once with the combined aliquot.

39.     The method of claim 38, wherein step (f) is repeated a number of times sufficient to generate a unique series of barcode sequences for the cDNAs in a single cell.

PARSE0000082

40.    The method of claim 39, wherein the number of times is selected from 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 30, 35, 40, 45, 50, 55, 60, 65, 70, 75, 80, 85, 90, 95 and 100.

41.    The method of claim 38, further comprising:

fixing the plurality of cells prior to step (a).

42.    The method of claim 38, further comprising:

permeabilizing the plurality of cells prior to step (a).

43.    The method of claim 38, further comprising:

ligating at least two of the nucleic acid tags that are bound to the cDNAs.

44.    The method of claim 43, wherein the ligation is performed within the plurality of cells.

45.    The method of claim 38, further comprising:

removing unbound nucleic acid tags.

46.    The method of claim 38, wherein the reverse transcription primer is configured to reverse transcribe RNA having a poly(A) tail.

47.    The method of claim 38, wherein the reverse transcription primer is configured to reverse transcribe predetermined RNAs.

48.    The method of claim 38, wherein the final nucleic acid tag comprises a capture agent.

PARSE0000083

49.    The method of claim 38, further comprising:

lysing the plurality of cells to release the cDNAs from within the plurality of cells after step (f).

50.    The method of claim 49, further comprising:

ligating at least two of the nucleic acid tags that are bound to the released cDNAs.

51.    The method of claim 49, wherein the majority of the nucleic acid tag-bound cDNAs from a single cell comprise the same series of bound nucleic acid tags.

52.    The method of claim 38, wherein the plurality of cells is selected from at least one of mammalian cells, yeast cells, and bacterial cells.

PARSE0000084

53.    A kit for labeling nucleic acids within a first cell, the kit comprising:

at least one reverse transcription primer comprising a 5' overhang sequence;

a plurality of first nucleic acid tags, wherein each first nucleic acid tag comprises:

a first strand comprising a 3' hybridization sequence extending from a 3' end of a first labeling sequence and a 5' hybridization sequence extending from a 5' end of the first labeling sequence, and

a second strand comprising an overhang sequence, the overhang sequence comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence of the reverse transcription primer, and (ii) a second portion complementary to the 3' hybridization sequence; and

a plurality of second nucleic acid tags, wherein each second nucleic acid tag comprises:

a first strand comprising a 3' hybridization sequence extending from a 3' end of a second labeling sequence and a 5' hybridization sequence extending from a 5' end of the second labeling sequence, and

a second strand comprising an overhang sequence, the overhang sequence comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence of the reverse transcription primer, and (ii) a second portion complementary to the 3' hybridization sequence,

wherein the first labeling sequence is different from the second labeling sequence.

54.    The kit of claim 53, further comprising at least one of a reverse transcriptase, a fixation agent, a permeabilization agent, a ligation agent, and a lysis agent.

80200471.3 0053433-00600

44

PARSE0000085

55.     The kit of claim 53, further comprising:

one or more additional pluralities of nucleic acid tags, wherein each nucleic acid tag comprises:

a first strand comprising a 3' hybridization sequence extending from a 3' end of a labeling sequence and a 5' hybridization sequence extending from a 5' end of the labeling sequence, and

a second strand comprising an overhang sequence, the overhang sequence comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence of the reverse transcription primer, and (ii) a second portion complementary to the 3' hybridization sequence,

wherein the labeling sequence is different in each given additional plurality of nucleic acid tags.

PARSE0000086

56.    A method of uniquely labeling cell-surface molecules, the method comprising:

(a)    coupling an adapter sequence to cell-surface molecules in a plurality of cells;

(b)    dividing the plurality of cells into at least two primary aliquots, the at least two primary aliquots comprising a first primary aliquot and a second primary aliquot;

(c)    providing primary nucleic acid tags to the at least two primary aliquots, wherein the primary nucleic acid tags provided to the first primary aliquot are different from the primary nucleic acid tags provided to the second primary aliquot;

(d)    coupling the adapter sequences within each of the at least two primary aliquots with the provided primary nucleic acid tags;

(e)    combining the at least two primary aliquots;

(f)    dividing the combined primary aliquots into at least two secondary aliquots, the at least two secondary aliquots comprising a first secondary aliquot and a second secondary aliquot;

(g)    providing secondary nucleic acid tags to the at least two secondary aliquots, wherein the secondary nucleic acid tags provided to the first secondary aliquot are different from the secondary nucleic acid tags provided to the second secondary aliquot; and

(h)    coupling the cell-surface molecules within each of the at least two secondary aliquots with the provided secondary nucleic acid tags.

57.    The method of claim 56, further comprising:

(i)    repeating steps (e), (f), (g), and (h) with subsequent aliquots.

58.    The method of claim 57, wherein step (i) is repeated a number of times sufficient to generate a unique series of nucleic acid tags for the cell-surface molecules in a single cell.

PARSE0000087

59.    The method of claim 58, wherein the number of times is selected from 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 30, 35, 40, 45, 50, 55, 60, 65, 70, 75, 80, 85, 90, 95 and 100.

60.    The method of claim 56, further comprising:

fixing and permeabilizing the plurality of cells prior to step (a).

61.    The method of claim 56, wherein each of the nucleic acid tags comprises:

a first strand comprising:

a barcode sequence comprising a 3' end and a 5' end; and

a 3' hybridization sequence and a 5' hybridization sequence flanking the 3' end and the 5' end of the barcode sequence, respectively; and

a second strand comprising:

a first portion complementary to at least one of the 5' hybridization sequence and the adapter sequence; and

a second portion complementary to the 3' hybridization sequence.

62.    The method of claim 56, further comprising generating complementary DNAs (cDNAs) in the plurality of cells.

63.    The method of claim 56, wherein the cell-surface molecules are selected from at least one of RNA, cDNA, DNA, protein, peptide, and antigen.

64.    The method of claim 63, wherein the cell-surface molecules are RNA, wherein the adapter sequence is a single-stranded nucleic acid molecule, and wherein step (a) comprises one of ligating a 5' end of the single-stranded adapter sequence to a 3' end of the RNA or ligating a 3' end of the single-stranded adapter sequence to a 5' end of the RNA.

PARSE0000088

65.     The method of claim 63, wherein the cell-surface molecules are RNA and wherein step (a) comprises hybridizing the adapter sequence to the RNA.

66.     The method of claim 63, wherein the cell-surface molecules are DNA, the method further comprising digesting the DNA prior to step (a), and wherein step (a) comprises ligating the adapter sequence to the digested DNA.

67.     The method of claim 63, wherein the cell-surface molecules are DNA, and wherein step (a) comprises coupling the adapter sequence to the DNA by integrating the adapter sequence into the DNA using a transposase, and releasing the transposase to expose the adapter sequence.

68.     The method of claim 63, wherein the cell-surface molecules are protein, peptide, or antigen, wherein the adapter sequence is coupled to a unique identifier sequence that is coupled to an antibody, the unique identifier sequence configured to uniquely identify the antibody, and wherein step (a) comprises coupling the antibodies comprising the adapter sequence and the unique identifier sequence to the protein, peptide, or antigen.

69.     The method of claim 63, wherein the cell-surface molecules are protein, peptide, or antigen, wherein the adapter sequence is integrated in an aptamer, and wherein step (a) comprises coupling the aptamer to the protein, peptide, or antigen.

70.     The method of claim 56, further comprising:

ligating at least two of the nucleic acid tags that are bound to the cell-surface molecules.

71.     The method of claim 70, wherein the ligation is performed within the plurality of cells.

80200471.3 0053433-00600

48

PARSE0000089

72.    The method of claim 56, further comprising:

removing unbound nucleic acid tags.

73.    The method of claim 56, wherein the final nucleic acid tag comprises a capture agent.

74.    The method of claim 56, further comprising:

lysing the plurality of cells to release the cell-surface molecules from the plurality of cells.

75.    The method of claim 74, further comprising:

ligating at least two of the nucleic acid tags that are bound to the released cell-surface molecules.

76.    The method of claim 74, wherein the majority of the nucleic acid tag-bound nucleic acids from a single cell comprise the same series of bound nucleic acid tags.

80200471.3 0053433-00600

PARSE0000090

77.    A method of uniquely labeling molecules of a plurality of cells, the method comprising:

(a)    fixing and permeabilizing the plurality of cells;

(b)    coupling an adapter sequence to molecules of the plurality of cells;

(c)    dividing the plurality of cells into at least two primary aliquots, the at least two primary aliquots comprising a first primary aliquot and a second primary aliquot;

(d)    providing primary nucleic acid tags to the at least two primary aliquots, wherein the primary nucleic acid tags provided to the first primary aliquot are different from the primary nucleic acid tags provided to the second primary aliquot;

(e)    coupling the adapter sequences within each of the at least two primary aliquots with the provided primary nucleic acid tags;

(f)    combining the at least two primary aliquots;

(g)    dividing the combined primary aliquots into at least two secondary aliquots, the at least two secondary aliquots comprising a first secondary aliquot and a second secondary aliquot;

(h)    providing secondary nucleic acid tags to the at least two secondary aliquots, wherein the secondary nucleic acid tags provided to the first secondary aliquot are different from the secondary nucleic acid tags provided to the second secondary aliquot; and

(i)    coupling the molecules within each of the at least two secondary aliquots with the provided secondary nucleic acid tags.

78.    The method of claim 77, further comprising:

(j)    repeating steps (f), (g), (h), and (i) with subsequent aliquots.

79.    The method of claim 77, wherein the molecules are cell-surface molecules.

PARSE0000091

80.     The method of claim 77, wherein the molecules are within the fixed and
permeabilized cells.

PARSE0000092

ABSTRACT

Methods of uniquely labeling or barcoding molecules within a cell, a plurality of cells, and/or a tissue are provided.  Kits for uniquely labeling or barcoding molecules within a cell, a plurality of cells, and/or a tissue are also provided.  The molecules to be labeled may include, but are not limited to, RNAs, cDNAs, DNAs, proteins, peptides, and/or antigens.

PARSE0000093



FIG. 1

PARSE0000094

2/13



FIG. 2

3/13



u: universal adapter sequence
r: RNA fragment

FIG. 3A



u: universal adapter sequence
r: RNA fragment
N6: random hexamer domain
r:u: universal adapter ligated to RNA fragment

FIG. 3B



u: universal adapter sequence
h: hybridization domain

FIG. 4



u: universal adapter sequence
h: hybridization domain
e: primer extension

FIG. 5



u: universal adapter sequence
pi: unique protein id

Antibody for protein 1

Antibody for protein 2

FIG. 6

u: universal adapter sequence
ai: aptamer sequence

Aptamer for protein 1

Aptamer for protein 2

FIG. 7

PARSE0000097

5/13



FIG. 8

6/13



FIG. 9B



FIG. 9A

PARSE0000099

7/13

NBAAAAAAAAAAAAAAAACGAATGCTCTGGCCT  (SEQ ID NO:1)

NVTTTTTTTTTTTTTTTGCTTACGAGACCGGA  (SEQ ID NO:2)



FIG. 10



CGAATGCTCTGGCCTTCGGACGATCATGGG   (SEQ ID NO:3)

(SEQ ID NO:4)  AGCCTGCTAGTACCCNNNNNNNNGTTCATACGTCGCGC

FIG. 11

PARSE0000100

8/13



CAAGTATGCAGCGCGGGGAAGCACGTGGAT    (SEQ ID NO:5)

(SEQ ID NO:6) CCCTTCGTGCACCTANNNNNNNNTCAGCATGCGGCTAC



FIG. 12



AGTCGTACGCCGATGCGAAACATCGGCCAC    (SEQ ID NO:7)

(SEQ ID NO:8)    GCTTTGTAGCCGGTGNNNNNNNNNNNNNNNNNNTCTAGCCTTCTCGTGTGCAGAC



FIG. 13

PARSE0000101

9/13



FIG. 14

(SEQ ID NO:9)
(SEQ ID NO:10)



FIG. 15



FIG. 16

12/13



FIG. 17

13/13



FIG. 18

PARSE0000106

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Appl. No. | : | Not Yet Assigned | Confirmation No.  TBD |
| Applicant | : | University of Washington | |
| Title | : | METHODS AND KITS FOR LABELING CELLULAR MOLECULES | |
| Filed | : | November 13, 2015 | |
| TC/A.U. | : | Not Yet Assigned | |
| Examiner | : | Not Yet Assigned | |
| Docket No. | : | 53433/600 | |
| Customer No. | : | 32642 | |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

**PRELIMINARY AMENDMENT**

Dear Commissioner:

Please amend the above-identified application as follows:

**Amendments to the Claims** are reflected in the Listing of Claims that begins on page 2 of this paper.

**Remarks** follow on page 10 of this paper.

80602984.1 0053433-00600

PARSE0000107

**Amendments to the Claims**

The Listing of Claims will replace all prior versions and listings of claims in the application:

**Listing of Claims:**

1.     (Original)     A method of uniquely labeling molecules within a plurality of cells, the method comprising:

(a)     coupling an adapter sequence to molecules within the plurality of cells;

(b)     dividing the plurality of cells into at least two primary aliquots, the at least two primary aliquots comprising a first primary aliquot and a second primary aliquot;

(c)     providing primary nucleic acid tags to the at least two primary aliquots, wherein the primary nucleic acid tags provided to the first primary aliquot are different from the primary nucleic acid tags provided to the second primary aliquot;

(d)     coupling the adapter sequences within each of the at least two primary aliquots with the provided primary nucleic acid tags;

(e)     combining the at least two primary aliquots;

(f)     dividing the combined primary aliquots into at least two secondary aliquots, the at least two secondary aliquots comprising a first secondary aliquot and a second secondary aliquot;

(g)     providing secondary nucleic acid tags to the at least two secondary aliquots, wherein the secondary nucleic acid tags provided to the first secondary aliquot are different from the secondary nucleic acid tags provided to the second secondary aliquot; and

(h)     coupling the molecules within each of the at least two secondary aliquots with the provided secondary nucleic acid tags.

2.     (Original)     The method of claim 1, wherein the molecules are cell-surface molecules.

3.     (Original)     The method of claim 1, further comprising:

(i)     repeating steps (e), (f), (g), and (h) with subsequent aliquots.

80602984.1 0053433-00600                                 2

4.    (Original)    The method of claim 3, wherein step (i) is repeated a number of times sufficient to generate a unique series of nucleic acid tags for the molecules in a single cell.

5.    (Original)    The method of claim 4, wherein the number of times is selected from 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 30, 35, 40, 45, 50, 55, 60, 65, 70, 75, 80, 85, 90, 95 and 100.

6.    (Original)    The method of claim 1, further comprising:
fixing and permeabilizing the plurality of cells prior to step (a).

7.    (Original)    The method of claim 1, wherein each of the nucleic acid tags comprises:
a first strand comprising:
a barcode sequence comprising a 3' end and a 5' end; and
a 3' hybridization sequence and a 5' hybridization sequence flanking the 3' end and the 5' end of the barcode sequence, respectively; and
a second strand comprising:
a first portion complementary to at least one of the 5' hybridization sequence and the adapter sequence; and
a second portion complementary to the 3' hybridization sequence.

8.    (Original)    The method of claim 1, further comprising generating complementary DNAs (cDNAs) within the plurality of cells.

9.    (Original)    The method of claim 1, wherein the molecules are selected from at least one of RNA, cDNA, DNA, protein, peptide, and antigen.

PARSE0000109

10. (Original)     The method of claim 9, wherein the molecules are RNA, wherein the adapter sequence is a single-stranded nucleic acid molecule, and wherein step (a) comprises one of ligating a 5' end of the single-stranded adapter sequence to a 3' end of the RNA or ligating a 3' end of the single-stranded adapter sequence to a 5' end of the RNA.

11. (Original)     The method of claim 9, wherein the molecules are RNA and wherein step (a) comprises hybridizing the adapter sequence to the RNA.

12. (Original)     The method of claim 9, wherein the molecules are DNA, the method further comprising digesting the DNA prior to step (a), and wherein step (a) comprises ligating the adapter sequence to the digested DNA.

13. (Original)     The method of claim 9, wherein the molecules are DNA, and wherein step (a) comprises coupling the adapter sequence to the DNA by integrating the adapter sequence into the DNA using a transposase, and releasing the transposase to expose the adapter sequence.

14. (Original)     The method of claim 9, wherein the molecules are protein, peptide, or antigen, wherein the adapter sequence is coupled to a unique identifier sequence that is coupled to an antibody, the unique identifier sequence configured to uniquely identify the antibody, and wherein step (a) comprises coupling the antibodies comprising the adapter sequence and the unique identifier sequence to the protein, peptide, or antigen.

15. (Original)     The method of claim 9, wherein the molecules are protein, peptide, or antigen, wherein the adapter sequence is integrated in an aptamer, and wherein step (a) comprises coupling the aptamer to the protein, peptide, or antigen.

PARSE0000110

16.    (Original)    The method of claim 1, further comprising:

ligating at least two of the nucleic acid tags that are bound to the molecules.

17.    (Original)    The method of claim 16, wherein the ligation is performed within the plurality of cells.

18.    (Original)    The method of claim 1, further comprising:

removing unbound nucleic acid tags.

19.    (Original)    The method of claim 1, wherein the final nucleic acid tag comprises a capture agent.

20.    (Original)    The method of claim 1, further comprising:

lysing the plurality of cells to release the molecules from within the plurality of cells.

21.    (Original)    The method of claim 20, further comprising:

ligating at least two of the nucleic acid tags that are bound to the released molecules.

22.    (Original)    The method of claim 20, wherein the majority of the nucleic acid tag-bound nucleic acids from a single cell comprise the same series of bound nucleic acid tags.

23.    (Original)    The method of claim 1, wherein the plurality of cells is selected from at least one of mammalian cells, yeast cells, and bacterial cells.

PARSE0000111

24.    (Original)    A method of labeling nucleic acids within a first cell, the method comprising:

(a)    generating complementary DNAs (cDNAs) within a plurality of cells comprising the first cell by reverse transcribing RNAs using a reverse transcription primer comprising a 5' overhang sequence;

(b)    dividing the plurality of cells into a number (n) of aliquots;

(c)    providing a plurality of nucleic acid tags to each of the n aliquots, each nucleic acid tag comprising:

a first strand comprising a 3' hybridization sequence extending from a 3' end of a labeling sequence and a 5' hybridization sequence extending from a 5' end of the labeling sequence, and

a second strand comprising an overhang sequence, the overhang sequence comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence, and (ii) a second portion complementary to the 3' hybridization sequence,

wherein each labeling sequence of the plurality of nucleic acid tags provided into a given aliquot is the same, and wherein a different labeling sequence is provided into each of the n aliquots;

(d)    binding at least one of the cDNAs in each of the n aliquots to the nucleic acid tags;

(e)    combining the n aliquots; and

(f)    repeating steps (b), (c), (d), and (e) with the combined aliquot.


25-37.  (Canceled).

PARSE0000112

38.    (Original)      A method of barcoding nucleic acids within a cell, the method comprising:

(a)     generating complementary DNAs (cDNAs) within a plurality of cells by reverse transcribing RNAs using a reverse transcription primer comprising a 5' overhang sequence;

(b)     dividing the plurality of cells into at least two aliquots;

(c)     providing a plurality of nucleic acid tags to each of the at least two aliquots, each nucleic acid tag comprising:

a first strand comprising a 3' hybridization sequence extending from a 3' end of a barcode sequence and a 5' hybridization sequence extending from a 5' end of the barcode sequence, and

a second strand comprising an overhang sequence, the overhang sequence comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence, and (ii) a second portion complementary to the 3' hybridization sequence,

wherein each barcode sequence of the plurality of nucleic acid tags introduced into a given aliquot is the same, and wherein a different barcode sequence is introduced into each aliquot;

(d)     binding at least one of the cDNAs in each of the at least two aliquots to the nucleic acid tags;

(e)     combining the at least two aliquots; and

(f)     repeating steps (b), (c), (d), and (e) at least once with the combined aliquot.

39-52.  (Canceled).

PARSE0000113

53.     (Original)     A kit for labeling nucleic acids within a first cell, the kit comprising:

at least one reverse transcription primer comprising a 5' overhang sequence;

a plurality of first nucleic acid tags, wherein each first nucleic acid tag comprises:

a first strand comprising a 3' hybridization sequence extending from a 3' end of a first labeling sequence and a 5' hybridization sequence extending from a 5' end of the first labeling sequence, and

a second strand comprising an overhang sequence, the overhang sequence comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence of the reverse transcription primer, and (ii) a second portion complementary to the 3' hybridization sequence; and

a plurality of second nucleic acid tags, wherein each second nucleic acid tag comprises:

a first strand comprising a 3' hybridization sequence extending from a 3' end of a second labeling sequence and a 5' hybridization sequence extending from a 5' end of the second labeling sequence, and

a second strand comprising an overhang sequence, the overhang sequence comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence of the reverse transcription primer, and (ii) a second portion complementary to the 3' hybridization sequence,

wherein the first labeling sequence is different from the second labeling sequence.


54.     (Original)     The kit of claim 53, further comprising at least one of a reverse transcriptase, a fixation agent, a permeabilization agent, a ligation agent, and a lysis agent.

PARSE0000114

55.     (Original)      The kit of claim 53, further comprising:

one or more additional pluralities of nucleic acid tags, wherein each nucleic acid tag comprises:

a first strand comprising a 3' hybridization sequence extending from a 3' end of a labeling sequence and a 5' hybridization sequence extending from a 5' end of the labeling sequence, and

a second strand comprising an overhang sequence, the overhang sequence comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence of the reverse transcription primer, and (ii) a second portion complementary to the 3' hybridization sequence,

wherein the labeling sequence is different in each given additional plurality of nucleic acid tags.


56-80.     (Canceled).

PARSE0000115

## Remarks

Claims 25-37, 39-52, and 56-80 have been canceled herein.  No new matter has been presented.

## Conclusion

In the event the Examiner has any questions or comments regarding the foregoing remarks, or any remaining impediment to the prompt allowance of this application, which could be resolved through a telephonic interview, please contact the Applicant's undersigned attorney.

Respectfully submitted,

/Zhi-Xiang Oh/

_____
Zhi-Xiang (Alex) Oh
Reg. No. 67,520
Attorney for Applicant

Date: November 13, 2015

STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 386-7590

PARSE0000116

```
                            53433-600_ST25.txt
                            SEQUENCE LISTING

<110>   Seelig, Georg
        Muscat, Richard
        Rosenberg, Alex

<120>   METHODS AND KITS FOR LABELING CELLULAR MOLECULES

<130>   53433/600

<160>   15

<170>   PatentIn version 3.5

<210>   1
<211>   32
<212>   DNA
<213>   Artificial Sequence

<220>
<223>   Reverse transcription primer, top strand


<220>
<221>   misc_feature
<222>   (1)..(1)
<223>   n is a, c, g, or t

<400>   1
nbaaaaaaaa aaaaaaacga atgctctggc ct                              32


<210>   2
<211>   32
<212>   DNA
<213>   Artificial Sequence

<220>
<223>   Reverse transcription primer, bottom strand


<220>
<221>   misc_feature
<222>   (32)..(32)
<223>   n is a, c, g, or t

<400>   2
aggccagagc attcgttttt tttttttttt vn                              32


<210>   3
<211>   30
<212>   DNA
<213>   Artificial Sequence

<220>
<223>   BC_0056_S0-S1

<400>   3
cgaatgctct ggccttcgga cgatcatggg                                30


<210>   4
```

PARSE0000117

```
                            53433-600_ST25.txt
<211>  38
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  Round 1 barcodes


<220>
<221>  misc_feature
<222>  (16)..(23)
<223>  n is a, c, g, or t

<400>  4
cgcgctgcat acttgnnnnn nnncccatga tcgtccga                        38


<210>  5
<211>  30
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  BC_0058_S2-S3

<400>  5
caagtatgca gcgcggggaa gcacgtggat                                 30


<210>  6
<211>  38
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  Round 2 barcodes


<220>
<221>  misc_feature
<222>  (16)..(23)
<223>  n is a, c, g, or t

<400>  6
catcggcgta cgactnnnnn nnnatccacg tgcttccc                        38


<210>  7
<211>  30
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  BC_0060_S4-S5

<400>  7
agtcgtacgc cgatgcgaaa catcggccac                                 30


<210>  8
<211>  55
<212>  DNA
<213>  Artificial Sequence
                            Page 2
```

PARSE0000118

53433-600_ST25.txt

```
<220>
<223>  Round 3 barcodes


<220>
<221>  misc_feature
<222>  (23)..(40)
<223>  n is a, c, g, or t

<400>  8
cagacgtgtg ctcttccgat ctnnnnnnnn nnnnnnnnnn gtggccgatg tttcg          55


<210>  9
<211>  191
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  Stop ligation oligos, top strand


<220>
<221>  misc_feature
<222>  (1)..(29)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (76)..(83)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (114)..(121)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (152)..(169)
<223>  n is a, c, g, or t

<400>  9
nnnnnnnnnn nnnnnnnnnn nnnnnnnnnb aaaaaaaaaa aaaaacgaat gctctggcct          60

tcggacgatc atgggnnnnn nnncaagtat gcagcgcggg gaagcacgtg gatnnnnnnn          120

nagtcgtacg ccgatgcgaa acatcggcca cnnnnnnnnn nnnnnnnnna gatcggaaga          180

gcacacgtct g                                                              191


<210>  10
<211>  191
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  Stop ligation oligos, bottom strand


<220>
```

Page 3

PARSE0000119

```
                          53433-600_ST25.txt
<221>  misc_feature
<222>  (23)..(40)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
<222>  (71)..(78)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
<222>  (109)..(116)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
<222>  (163)..(191)
<223>  n is a, c, g, or t

<400>  10
cagacgtgtg ctcttccgat ctnnnnnnnn nnnnnnnnnn gtggccgatg tttcgcatcg          60

gcgtacgact nnnnnnnnat ccacgtgctt ccccgcgctg catacttgnn nnnnnncccca        120

tgatcgtccg aaggccagag cattcgtttt tttttttttt tvnnnnnnnn nnnnnnnnnn        180

nnnnnnnnnn n                                                             191


<210>  11
<211>  214
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  3' adapter ligation


<220>
<221>  misc_feature
<222>  (24)..(52)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (99)..(106)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (137)..(144)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (175)..(192)
<223>  n is a, c, g, or t

<400>  11
ggatgtgctg cgagaaggct agannnnnnn nnnnnnnnnn nnnnnnnnnn nnvtttttttt          60

tttttttgc ttacgagacc ggaagcctgc tagtacccnn nnnnnngttc atacgtcgcg         120
```

PARSE0000120

```
                              53433-600_ST25.txt
cccttcgtg cacctannnn nnnntcagca tgcggctacg ctttgtagcc ggtgnnnnnn        180

nnnnnnnnnn nntctagcct tctcgtgtgc agac                                   214


<210>  12
<211>  214
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  PCR #1, top strand


<220>
<221>  misc_feature
<222>  (24)..(52)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (99)..(106)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (137)..(144)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (175)..(192)
<223>  n is a, c, g, or t

<400>  12
cctacacgac gctcttccga tctnnnnnnn nnnnnnnnnn nnnnnnnnnn nnbaaaaaaa        60

aaaaaaaacg aatgctctgg ccttcggacg atcatgggnn nnnnnncaag tatgcagcgc       120

ggggaagcac gtggatnnnn nnnnagtcgt acgccgatgc gaaacatcgg ccacnnnnnn       180

nnnnnnnnnn nnagatcgga agagcacacg tctg                                   214


<210>  13
<211>  214
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  PCR #1, bottom strand


<220>
<221>  misc_feature
<222>  (23)..(40)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (71)..(78)
<223>  n is a, c, g, or t
```

PARSE0000121

53433-600_ST25.txt

```
<220>
<221>  misc_feature
<222>  (109)..(116)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (163)..(191)
<223>  n is a, c, g, or t

<400>  13
cagacgtgtg ctcttccgat ctnnnnnnnn nnnnnnnnnn gtggccgatg tttcgcatcg       60

gcgtacgact nnnnnnnnat ccacgtgctt ccccgcgctg catacttgnn nnnnnnccca      120

tgatcgtccg aaggccagag cattcgtttt ttttttttt tvnnnnnnnn nnnnnnnnnn      180

nnnnnnnnnn nagatcggaa gagcgtcgtg tagg                                 214


<210>  14
<211>  292
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  PCR #1, top strand


<220>
<221>  misc_feature
<222>  (59)..(88)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (135)..(142)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (173)..(180)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (211)..(228)
<223>  n is a, c, g, or t

<400>  14
aatgatacgg cgaccaccga gatctacact ctttccctac acgacgctct tccgatctnn       60

nnnnnnnnnn nnnnnnnnnn nnnnnnnnba aaaaaaaaaa aaaacgaatg ctctggcctt      120

cggacgatca tgggnnnnnn nncaagtatg cagcgcgggg aagcacgtgg atnnnnnnnn      180

agtcgtacgc cgatgcgaaa catcggccac nnnnnnnnnn nnnnnnnnag atcggaagag      240

cacacgtctg aactccagtc acgatctgat ctcgtatgcc gtcttctgct tg             292


<210>  15
<211>  292
```

PARSE0000122

```
                            53433-600_ST25.txt
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  PCR #2, bottom strand


<220>
<221>  misc_feature
<222>  (65)..(82)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (113)..(120)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (151)..(158)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (205)..(234)
<223>  n is a, c, g, or t

<400>  15
caagcagaag acggcatacg agatcagatc gtgactggag ttcagacgtg tgctcttccg        60

atctnnnnnn nnnnnnnnnn nngtggccga tgtttcgcat cggcgtacga ctnnnnnnnn       120

atccacgtgc ttccccgcgc tgcatacttg nnnnnnnncc catgatcgtc cgaaggccag       180

agcattcgtt tttttttttt tttvnnnnnn nnnnnnnnnn nnnnnnnnnn nnnnagatcg       240

gaagagcgtc gtgtagggaa agagtgtaga tctcggtggt cgccgtatca tt             292
```

Page  7

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Appl. No. | : | Not Yet Assigned | Confirmation No.  TBD |
| Applicant | : | University of Washington | |
| Title | : | METHODS AND KITS FOR LABELING CELLULAR MOLECULES | |
| Filed | : | November 13, 2015 | |
| TC/A.U. | : | Not Yet Assigned | |
| Examiner | : | Not Yet Assigned | |
| Docket No. | : | 53433/600 | |
| Customer No. | : | 32642 | |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## STATEMENT REGARDING SEQUENCE LISTING

Dear Sir or Madam:

The content of the sequence listing information recorded in computer readable form is identical to the written sequence listing.

Respectfully submitted,


/Zhi-Xiang Oh/

Zhi-Xiang (Alex) Oh
Reg. No. 67,520
Attorney for Applicant

Date: November 13, 2015

STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500

80603755.1 0053433-00600

PARSE0000124

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | METHODS AND KITS FOR LABELING CELLULAR MOLECULES |
| **First Named Inventor/Applicant Name:** | Georg Seelig |
| **Filer:** | Zhi Xiang Oh |
| **Attorney Docket Number:** | 53433/600 |

Filed as Small Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Utility filing Fee (Electronic filing) | 4011 | 1 | 70 | 70 |
| Utility Search Fee | 2111 | 1 | 300 | 300 |
| Utility Examination Fee | 2311 | 1 | 360 | 360 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| Claims in excess of 20 | 2202 | 8 | 40 | 320 |
| Independent Claims in Excess of 3 | 2201 | 1 | 210 | 210 |
| **Miscellaneous-Filing:** | | | | |

PARSE0000125

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Late Filing Fee for Oath or Declaration | 2051 | 1 | 70 | 70 |

**Petition:**

**Patent-Appeals-and-Interference:**

**Post-Allowance-and-Post-Issuance:**

**Extension-of-Time:**

**Miscellaneous:**

| | Total in USD ($) | 1330 |
|---|---|---|

PARSE0000126

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 24083622 |
| **Application Number:** | 14941433 |
| **International Application Number:** | |
| **Confirmation Number:** | 8295 |
| **Title of Invention:** | METHODS AND KITS FOR LABELING CELLULAR MOLECULES |
| **First Named Inventor/Applicant Name:** | Georg Seelig |
| **Customer Number:** | 32642 |
| **Filer:** | Zhi Xiang Oh/Eve Logan |
| **Filer Authorized By:** | Zhi Xiang Oh |
| **Attorney Docket Number:** | 53433/600 |
| **Receipt Date:** | 13-NOV-2015 |
| **Filing Date:** | |
| **Time Stamp:** | 19:41:08 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $1330 |
| RAM confirmation Number | 6215 |
| Deposit Account | 502375 |
| Authorized User | OH, ALEX |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

    Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

    Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

PARSE0000127

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal of New Application | 2015-11-13_Transmittal.pdf | 285849<br>1d03b324aefd2385e2be973d9b4591ffa1820950 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Application Data Sheet | 2015-11-13_ADS.pdf | 1819219<br>f0a5518f974047b42c874e689a62f1064db29b99 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | | 2015-11-13_Specification.pdf | 378311<br>526fd5060c6f8dd44fa85983244fdf25b18f5389 | yes | 52 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Specification | 1 | 33 |
| Claims | 34 | 51 |
| Abstract | 52 | 52 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Drawings-only black and white line drawings | 2015-11-13_Drawings.pdf | 1757179<br>a91f47116ea38753ecf822a9e6ff141c131927f9 | no | 13 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | | 2015-11-13_PreliminaryAmendment.pdf | 169364<br>59b21bbe4c3e59df986c6b650d54920ef2fb6f2d | yes | 10 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Preliminary Amendment | 1 | 1 |

| | Claims | 2 | 9 |
|---|---|---|---|
| | Applicant Arguments/Remarks Made in an Amendment | 10 | 10 |

**Warnings:**

**Information:**

| 6 | Sequence Listing | 53433-600_ST25-2.pdf | 988890 343847d6ce0b3b066b50975dca7b81c1cbd8c9bd | no | 7 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 7 | Sequence Listing (Text File) | 53433-600_ST25.txt | 7520 | no | 0 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 8 | Miscellaneous Incoming Letter | 2015-11-13_Statement.pdf | 166548 31f756a66ff95e9d28ec72a00cc4febb94472851 | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 9 | Fee Worksheet (SB06) | fee-info.pdf | 39811 7150aa075d174a9a5cd4db423c30c569edcf2fd5 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | | | **Total Files Size (in bytes):** | | 5612691 |
|---|---|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

DocCode – SEQ.TXT

# SCORE Placeholder Sheet for IFW Content

**Application Number:** 14941433          **Document Date:** 11/13/2015

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above.  This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist.  The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Sequence Listing

At the time of document entry (noted above):
- USPTO employees may access SCORE content via eDAN using the Supplemental Content tab, or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.

Form Revision Date:  August 26, 2013

PARSE0000130

```
============================================================
Sequence Listing was accepted.
See attached Validation Report.
If you need help call the Patent Electronic Business Center at (866)
217-9197 (toll free).
Reviewer: Anjum, Durreshwar (CGI Federal)
Timestamp: [year=2015; month=11; day=25; hr=10; min=7; sec=40; ms=964; ]
============================================================
```

PARSE0000131

Validated By CRFValidator v 1.0.0

Application No:    14941433    Version No:    1.0

Input Set:

Output Set:

| | |
|---|---|
| Started: | 2015-11-13 19:42:58.855 |
| Finished: | 2015-11-13 19:43:01.413 |
| Elapsed: | 0 hr(s) 0 min(s) 2 sec(s) 558 ms |
| Total Warnings: | 494 |
| Total Errors: | 1 |
| No. of SeqIDs Defined: | 15 |
| Actual SeqID Count: | 15 |

| Error code | | Error Description |
|---|---|---|
| E | 201 | Mandatory field data missing   in <140> |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (1) |
| W | 447 | n or Xaa used, for:  SEQID(1) on line number 30 |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (2) |
| W | 447 | n or Xaa used, for:  SEQID(2) on line number 48 |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (3) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (4) |
| W | 447 | n or Xaa used, for:  SEQID(4) on line number 78 |
| W | 447 | n or Xaa used, for:  SEQID(4) on line number 78 |
| W | 447 | n or Xaa used, for:  SEQID(4) on line number 78 |
| W | 447 | n or Xaa used, for:  SEQID(4) on line number 78 |
| W | 447 | n or Xaa used, for:  SEQID(4) on line number 78 |
| W | 447 | n or Xaa used, for:  SEQID(4) on line number 78 |
| W | 447 | n or Xaa used, for:  SEQID(4) on line number 78 |
| W | 447 | n or Xaa used, for:  SEQID(4) on line number 78 |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (5) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (6) |
| W | 447 | n or Xaa used, for:  SEQID(6) on line number 108 |
| W | 447 | n or Xaa used, for:  SEQID(6) on line number 108 |
| W | 447 | n or Xaa used, for:  SEQID(6) on line number 108 |

PARSE0000132

```
                    Input Set:


                   Output Set:



              Started:    2015-11-13 19:42:58.855
              Finished:   2015-11-13 19:43:01.413
              Elapsed:    0 hr(s) 0 min(s) 2 sec(s) 558 ms
        Total Warnings:   494
          Total Errors:   1
  No. of SeqIDs Defined:  15
     Actual SeqID Count:  15
```

| Error code | Error Description |
|---|---|
| W   447 | n or Xaa used, for:  SEQID(6) on line number 108 |
| W   447 | n or Xaa used, for:  SEQID(6) on line number 108 |
| W   447 | n or Xaa used, for:  SEQID(6) on line number 108 |
| W   447 | n or Xaa used, for:  SEQID(6) on line number 108 |
| W   447 | n or Xaa used, for:  SEQID(6) on line number 108 |
| W   213 | Artificial or Unknown found in <213> in SEQ ID (7) |
| W   213 | Artificial or Unknown found in <213> in SEQ ID (8) |
| W   447 | n or Xaa used, for:  SEQID(8) on line number 138 |
| W   447 | n or Xaa used, for:  SEQID(8) on line number 138 |

This error has occured more than 20 times, will not be displayed

| | |
|---|---|
| W   213 | Artificial or Unknown found in <213> in SEQ ID (9) |
| W   213 | Artificial or Unknown found in <213> in SEQ ID (10) |
| W   213 | Artificial or Unknown found in <213> in SEQ ID (11) |
| W   213 | Artificial or Unknown found in <213> in SEQ ID (12) |
| W   213 | Artificial or Unknown found in <213> in SEQ ID (13) |
| W   213 | Artificial or Unknown found in <213> in SEQ ID (14) |
| W   213 | Artificial or Unknown found in <213> in SEQ ID (15) |

PARSE0000133

SEQUENCE LISTING

<110>  Seelig, Georg
       Muscat, Richard
       Rosenberg, Alex

<120>  METHODS AND KITS FOR LABELING CELLULAR MOLECULES

<130>  53433/600
<140>  US 14/941,433
<141>  2015-11-13

<160>  15

<170>  PatentIn version 3.5

<210>  1
<211>  32
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  Reverse transcription primer, top strand

<220>
<221>  misc_feature
<222>  (1)..(1)
<223>  n is a, c, g, or t

<400>  1
nbaaaaaaaa aaaaaaacga atgctctggc ct                                      32

<210>  2
<211>  32
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  Reverse transcription primer, bottom strand

<220>
<221>  misc_feature
<222>  (32)..(32)
<223>  n is a, c, g, or t

<400>  2
aggccagagc attcgttttt tttttttttt vn                                      32

<210>  3
<211>  30
<212>  DNA
<213>  Artificial Sequence

```
<220>
<223>  BC_0056_S0-S1


<400>  3
cgaatgctct ggccttcgga cgatcatggg                                          30



<210>  4
<211>  38
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  Round 1 barcodes



<220>
<221>  misc_feature
<222>  (16)..(23)
<223>  n is a, c, g, or t

<400>  4
cgcgctgcat acttgnnnnn nnnccatga tcgtccga                                  38



<210>  5
<211>  30
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  BC_0058_S2-S3

<400>  5
caagtatgca gcgcggggaa gcacgtggat                                          30



<210>  6
<211>  38
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  Round 2 barcodes



<220>
<221>  misc_feature
<222>  (16)..(23)
<223>  n is a, c, g, or t

<400>  6
catcggcgta cgactnnnnn nnnatccacg tgcttccc                                 38



<210>  7
<211>  30
```

```
<212>  DNA
<213>  Artificial Sequence


<220>
<223>  BC_0060_S4-S5


<400>  7
agtcgtacgc cgatgcgaaa catcggccac                                       30



<210>  8
<211>  55
<212>  DNA
<213>  Artificial Sequence


<220>
<223>  Round 3 barcodes



<220>
<221>  misc_feature
<222>  (23)..(40)
<223>  n is a, c, g, or t


<400>  8
cagacgtgtg ctcttccgat ctnnnnnnnn nnnnnnnnnn gtggccgatg tttcg          55



<210>  9
<211>  191
<212>  DNA
<213>  Artificial Sequence


<220>
<223>  Stop ligation oligos, top strand



<220>
<221>  misc_feature
<222>  (1)..(29)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
<222>  (76)..(83)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
<222>  (114)..(121)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
<222>  (152)..(169)
<223>  n is a, c, g, or t
```

PARSE0000136

```
<400>  9
nnnnnnnnnn nnnnnnnnnn nnnnnnnnnb aaaaaaaaaa aaaaacgaat gctctggcct        60

tcggacgatc atgggnnnnn nnncaagtat gcagcgcggg gaagcacgtg gatnnnnnnn        120

nagtcgtacg ccgatgcgaa acatcggcca cnnnnnnnnn nnnnnnnnna gatcggaaga        180

gcacacgtct g                                                            191
```

```
<210>  10
<211>  191
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  Stop ligation oligos, bottom strand


<220>
<221>  misc_feature
<222>  (23)..(40)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (71)..(78)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (109)..(116)
<223>  n is a, c, g, or t

<220>
<221>  misc_feature
<222>  (163)..(191)
<223>  n is a, c, g, or t
```

```
<400>  10
cagacgtgtg ctcttccgat ctnnnnnnnn nnnnnnnnnn gtggccgatg tttcgcatcg        60

gcgtacgact nnnnnnnnat ccacgtgctt ccccgcgctg catacttgnn nnnnnncccca        120

tgatcgtccg aaggccagag cattcgtttt tttttttttt tvnnnnnnnn nnnnnnnnnn        180

nnnnnnnnnn n                                                            191
```

```
<210>  11
<211>  214
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  3' adapter ligation
```

PARSE0000137

```
<220>
<221>  misc_feature
<222>  (24)..(52)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
<222>  (99)..(106)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
<222>  (137)..(144)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
<222>  (175)..(192)
<223>  n is a, c, g, or t


<400>  11
ggatgtgctg cgagaaggct agannnnnnn nnnnnnnnnn nnvttttttt          60

tttttttgc ttacgagacc ggaagcctgc tagtacccnn nnnnnngttc atacgtcgcg   120

ccccttcgtg cacctannnn nnnntcagca tgcggctacg ctttgtagcc ggtgnnnnnn   180

nnnnnnnnnn nntctagcct tctcgtgtgc agac                             214



<210>  12
<211>  214
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  PCR #1, top strand


<220>
<221>  misc_feature
<222>  (24)..(52)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
<222>  (99)..(106)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
<222>  (137)..(144)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
```

```
<222>  (175)..(192)
<223>  n is a, c, g, or t


<400>  12
cctacacgac gctcttccga tctnnnnnnn nnnnnnnnnn nnnnnnnnnn nnbaaaaaaa        60

aaaaaaaacg aatgctctgg ccttcggacg atcatgggnn nnnnnnncaag tatgcagcgc       120

ggggaagcac gtggatnnnn nnnnagtcgt acgccgatgc gaaacatcgg ccacnnnnnn       180

nnnnnnnnnn nnagatcgga agagcacacg tctg                                    214


<210>  13
<211>  214
<212>  DNA
<213>  Artificial Sequence

<220>
<223>  PCR #1, bottom strand


<220>
<221>  misc_feature
<222>  (23)..(40)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
<222>  (71)..(78)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
<222>  (109)..(116)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
<222>  (163)..(191)
<223>  n is a, c, g, or t


<400>  13
cagacgtgtg ctcttccgat ctnnnnnnnn nnnnnnnnnn gtggccgatg tttcgcatcg        60

gcgtacgact nnnnnnnnat ccacgtgctt ccccgcgctg catacttgnn nnnnnncccca      120

tgatcgtccg aaggccagag cattcgtttt tttttttttt tvnnnnnnnn nnnnnnnnnn       180

nnnnnnnnnn nagatcggaa gagcgtcgtg tagg                                    214


<210>  14
<211>  292
<212>  DNA
<213>  Artificial Sequence
```

PARSE0000139

```
<220>
<223>  PCR #1, top strand


<220>
<221>  misc_feature
<222>  (59)..(88)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
<222>  (135)..(142)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
<222>  (173)..(180)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
<222>  (211)..(228)
<223>  n is a, c, g, or t

<400>  14
aatgatacgg cgaccaccga gatctacact ctttccctac acgacgctct tccgatctnn      60

nnnnnnnnnn nnnnnnnnnn nnnnnnnnba aaaaaaaaaa aaaacgaatg ctctggcctt     120

cggacgatca tgggnnnnnn nncaagtatg cagcgcgggg aagcacgtgg atnnnnnnnn     180

agtcgtacgc cgatgcgaaa catcggccac nnnnnnnnnn nnnnnnnnag atcggaagag     240

cacacgtctg aactccagtc acgatctgat ctcgtatgcc gtcttctgct tg            292



<210>  15
<211>  292
<212>  DNA
<213>  Artificial Sequence


<220>
<223>  PCR #2, bottom strand


<220>
<221>  misc_feature
<222>  (65)..(82)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
<222>  (113)..(120)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
```

```
<222>  (151)..(158)
<223>  n is a, c, g, or t


<220>
<221>  misc_feature
<222>  (205)..(234)
<223>  n is a, c, g, or t


<400>  15
caagcagaag acggcatacg agatcagatc gtgactggag ttcagacgtg tgctcttccg        60

atctnnnnnn nnnnnnnnnn nngtggccga tgtttcgcat cggcgtacga ctnnnnnnnn       120

atccacgtgc ttccccgcgc tgcatacttg nnnnnnnncc catgatcgtc cgaaggccag       180

agcattcgtt tttttttttt tttvnnnnnn nnnnnnnnnn nnnnnnnnnn nnnnagatcg       240

gaagagcgtc gtgtagggaa agagtgtaga tctcggtggt cgccgtatca tt              292
```

PARSE0000141



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/941,433 | 11/13/2015 | Georg Seelig | 53433/600 |

**CONFIRMATION NO. 8295**

32642
STOEL RIVES LLP - SLC
201 SOUTH MAIN STREET, SUITE 1100
ONE UTAH CENTER
SALT LAKE CITY, UT 84111

**IMPROPER LETTER**


*OC000000078951428*

Date Mailed: 12/01/2015

## NOTICE OF ACCEPTANCE OF AUTHORIZATION TO PERMIT ACCESS TO APPLICATION VIA PRIORITY DOCUMENT EXCHANGE

This is in response to the applicant's authorization to permit access to the application-as-filed by participating offices under 37 CFR 1.14(h)(1) submitted on 11/13/2015.

The authorization to permit access to the application under 37 CFR 1.14(h)(1) is accepted.

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/afessehaye/

_____

page 1 of 1

PARSE0000142

## PATENT APPLICATION FEE DETERMINATION RECORD
### Substitute for Form PTO-875

| Application or Docket Number |
|---|
| 14/941,433 |

### APPLICATION AS FILED - PART I

| | (Column 1) | (Column 2) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE($) | FEE($) | | RATE($) | FEE($) |
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 70 | | N/A | |
| SEARCH FEE (37 CFR 1.16(k), i), or (m)) | N/A | N/A | N/A | 300 | | N/A | |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | 360 | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 28 | minus 20 = * 8 | x 40 | = 320 | OR | | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 4 | minus 3 = * 1 | x 210 | = 210 | | | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | 0.00 | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | 0.00 | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | 1260 | | TOTAL | |

### APPLICATION AS AMENDED - PART II

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE($) | ADDITIONAL FEE($) | | RATE($) | ADDITIONAL FEE($) |
| **AMENDMENT A** | Total (37 CFR 1.16(i)) | * | Minus ** | = | x | = | OR | x | = |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x | = | OR | x | = |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE($) | ADDITIONAL FEE($) | | RATE($) | ADDITIONAL FEE($) |
| **AMENDMENT B** | Total (37 CFR 1.16(i)) | * | Minus ** | = | x | = | OR | x | = |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x | = | OR | x | = |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

PARSE0000143



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/941,433 | 11/13/2015 | Georg Seelig | 53433/600 |

**CONFIRMATION NO. 8295**

32642
STOEL RIVES LLP - SLC
201 SOUTH MAIN STREET, SUITE 1100
ONE UTAH CENTER
SALT LAKE CITY, UT 84111

**INFORMAL NOTICE**

*OC000000078951425*

Date Mailed: 12/01/2015

## INFORMATIONAL NOTICE TO APPLICANT

Applicant is notified that the above-identified application contains the deficiencies noted below. No period for reply is set forth in this notice for correction of these deficiencies. However, if a deficiency relates to the inventor's oath or declaration, the applicant must file an oath or declaration in compliance with 37 CFR 1.63, or a substitute statement in compliance with 37 CFR 1.64, executed by or with respect to each actual inventor no later than the expiration of the time period set in the "Notice of Allowability" to avoid abandonment. See 37 CFR 1.53(f).

The item(s) indicated below are also required and should be submitted with any reply to this notice to avoid further processing delays.

• A properly executed inventor's oath or declaration has not been received for the following inventor(s):
Georg Seelig
Richard Muscat
Alexander B. Rosenberg

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/afessehaye/

_____

page 1 of 1

PARSE0000144



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 14/941,433 | 11/13/2015 | 1634 | 1330 | 53433/600 | 28 | 4 |

**CONFIRMATION NO. 8295**

32642
STOEL RIVES LLP - SLC
201 SOUTH MAIN STREET, SUITE 1100
ONE UTAH CENTER
SALT LAKE CITY, UT 84111

**FILING RECEIPT**

Date Mailed: 12/01/2015

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Georg Seelig, Seattle, WA;
Richard Muscat, Seattle, WA;
Alexander B. Rosenberg, Seattle, WA;

**Applicant(s)**

UNIVERSITY OF WASHINGTON, Seattle, WA;

**Assignment For Published Patent Application**

UNIVERSITY OF WASHINGTON, Seattle, WA

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**

This appln claims benefit of 62/080,055 11/14/2014

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** No

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

page 1 of 3

PARSE0000145

**If Required, Foreign Filing License Granted:** 11/30/2015

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 14/941,433**

**Projected Publication Date:** 05/19/2016

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***
**Title**

      METHODS AND KITS FOR LABELING CELLULAR MOLECULES

**Preliminary Class**

      435

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

PARSE0000146

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

### NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

PARSE0000147

| | |
|---|---|
| **To:** | slcpatent@stoel.com,patlaw@stoel.com, |
| **From:** | PAIR_eOfficeAction@uspto.gov |
| **Cc:** | PAIR_eOfficeAction@uspto.gov |
| **Subject:** | Private PAIR Correspondence Notification for Customer Number 32642 |

Dec 01, 2015 06:26:30 AM

Dear PAIR Customer:

STOEL RIVES LLP - SLC
201 SOUTH MAIN STREET, SUITE 1100
ONE UTAH CENTER
SALT LAKE CITY, UT 84111
UNITED STATES

The following USPTO patent application(s) associated with your Customer Number, 32642 , have new outgoing correspondence. This correspondence is now available for viewing in Private PAIR.

The official date of notification of the outgoing correspondence will be indicated on the form PTOL-90 accompanying the correspondence.

Disclaimer:
The list of documents shown below is provided as a courtesy and is not part of the official file wrapper. The content of the images shown in PAIR is the official record.

| Application | Document | Mailroom Date | Attorney Docket No. |
|---|---|---|---|
| 14941433 | PD.AUTH.G | 12/01/2015 | 53433/600 |
| | M327 | 12/01/2015 | 53433/600 |
| | APP.FILE.REC | 12/01/2015 | 53433/600 |

To view your correspondence online or update your email addresses, please visit us anytime at https://sportal.uspto.gov/secure/myportal/privatepair.

If you have any questions, please email the Electronic Business Center (EBC) at EBC@uspto.gov with 'e-Office Action' on the subject line or call 1-866-217-9197 during the following hours:

    Monday - Friday 6:00 a.m. to 12:00 a.m.

Thank you for prompt attention to this notice,

UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT APPLICATION INFORMATION RETRIEVAL SYSTEM

PARSE0000148

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 14/941,433 | Filing Date 11/13/2015 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☐ LARGE ☒ SMALL ☐ MICRO

## APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | colspan: If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| | **11/13/2015** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| AMENDMENT | Total (37 CFR 1.16(i)) | * 28 | Minus | ** 20 | = 8 | x $40 = | 320 |
| | Independent (37 CFR 1.16(h)) | * 4 | Minus | *** 3 | = 1 | x $210 = | 210 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **530** |

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| AMENDMENT | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/ALA HUNTER/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/941,433 | 11/13/2015 | Georg Seelig | 53433/600 | 8295 |

| | | |
|---|---|---|
| 32642        7590        05/14/2018 | | |
| STOEL RIVES LLP - SLC | | |
| 201 SOUTH MAIN STREET, SUITE 1100 | | |
| ONE UTAH CENTER | | |
| SALT LAKE CITY, UTAH 84111 | | |
| UNITED STATES OF AMERICA | | |

| EXAMINER |
|---|
| WEILER, KAREN S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1639 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 05/14/2018 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patlaw@stoel.com

PTOL-90A (Rev. 04/07)

| **Office Action Summary** | **Application No.** 14/941,433 | **Applicant(s)** Seelig et al. |
|---|---|---|
| | **Examiner** Karen S Weiler | **Art Unit** 1639 | **AIA Status** Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

   A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE **3** MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☑ Responsive to communication(s) filed on <u>04-02-2018</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☐ This action is **FINAL.**     2b) ☑ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) <u>1-24,38 and 53-55</u> is/are pending in the application.
   5a) Of the above claim(s) <u>2,10-15 and 53-55</u> is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☑ Claim(s) <u>1,3-9,16-24 and 38</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov**.

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or  b) ☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
      a) ☐ All    b) ☐ Some**    c) ☐ None of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____.
      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)

2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
   Paper No(s)/Mail Date _____.

3) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date _____.

4) ☐ Other: _____.

Application/Control Number: 14/941,433                                                    Page 2
Art Unit: 1639

## DETAILED ACTION

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file

provisions of the AIA.

### *Election/Restrictions*

1.      Applicant's election **without traverse** of Group I and the following species in the reply filed on 04-

02-2018 is acknowledged: cell location species of intracellular molecules; intracellular molecule

subspecies of cDNA.

Claims 2, 10-15 and 53-55 are withdrawn from further consideration pursuant to 37 CFR

1.142(b), as being drawn to a nonelected invention or species, there being no allowable generic or linking

claim.

Claims 1, 3-9, 16-24 and 38 of the instant application are under examination under the AIA first

inventor to file provisions.

### *Claim Rejections - 35 USC § 112*

The following is a quotation of 35 U.S.C. 112(b):

> (b) CONCLUSION.—The specification shall conclude with one or more claims particularly
> pointing out and distinctly claiming the subject matter which the inventor or a joint inventor
> regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:

> The specification shall conclude with one or more claims particularly pointing out and distinctly
> claiming the subject matter which the applicant regards as his invention.

2.      Claims 1, 3-9 and 16-23 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second

paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter

which the inventor or a joint inventor, or for pre-AIA the applicant regards as the invention.

**Claim 1** is directed to a method of uniquely labeling *cellular molecules*, wherein primary nucleic

acid tags are coupled to *the molecules* via adapter sequences at step (d), and secondary nucleic acid

tags are coupled to *the molecules*, presumably via coupling to the primary nucleic acid tags, at step (h).

Dependent **claim 9** recites species of the molecules, and includes the species of cDNA, which is

Applicants' elected species.  Reference to "molecules" step (a) of claim 1, which recites "coupling an

adapter sequence to molecules", renders the claim indefinite with respect to the species of cDNA, at

least.  A review of the instant Specification failed to find description of coupling adapter sequences to

cDNAs (with the exception of the adapter embodiment illustrated in Figure 15, which relates to PCR

amplification following labeling).  Rather, adapter sequences may be ligated to RNA, or attached to

genomic DNA or proteins (e.g. antibodies) etc.  With respect to cDNAs, the instant Specification discloses

that the process of synthesizing a cDNA (i.e. reverse transcription) incorporates an adapter sequence,

frequently referred to as a 5'overhang (e.g. paragraphs [0029], [0044]-[0045] and [0063], and Figures 2

and 4).  There is not a separate coupling step.  Therefore, with respect to labeling cDNA molecules, step

(a) of claim 1 should either recite "coupling an adapter sequence to RNA" or "generating molecules

coupled to adapter sequences".  In view of dependent claim 8 (see below), the Examiner is interpreting

step (a) as "coupling an adapter sequence to RNA"

    **Claim 8** recites a step of generating complementary DNAs (cDNAs), i.e. reverse transcription.

The claim does not indicate when this step is incorporated into the method of parent claim 1.  Applicants

indicate in their Reply to the Restriction/Election Requirement that this claim is readable upon the elected

(sub)species of labeling cDNA molecules.  Throughout the instant Specification (e.g. paragraphs [0029],

[0045], [0053], [0055] and [0063]; e.g. Figures 2, 4, 5, 8 and 10; e.g. Example 1), reverse transcription is

described as generating a cDNA having a 5' adaptor or overhang sequence.  In order that dependent

claim 8 can be viewed as further limiting parent claim 1 by adding a reverse transcription step, step (a) of

claim 1 is being interpreted as "coupling an adapter sequence to RNA molecules", wherein the reverse

transcription step of claim 8 follows step (a) of the method of claim 1.

    **Claim 19** recites the limitation "the final nucleic acid tag" in line 1.  There is insufficient

antecedent basis for this limitation in the claim.  The claim is being interpreted as if it recited --the

secondary nucleic acid tag--.

    **Claim 22** recites the limitation "the nucleic acid tag-bound nucleic acids" in line 1.  There is

insufficient antecedent basis for this limitation in the claim.  The claim is being interpreted as if it recited --

the nucleic acid tag-bound molecules--.

*Claim Rejections - 35 USC § 102*

In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and the rationale supporting the rejection, would be the same under either status.

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (a)(2) the claimed invention was described in a patent issued under section 151, or in an application for patent published or deemed published under section 122(b), in which the patent or application, as the case may be, names another inventor and was effectively filed before the effective filing date of the claimed invention.

3.    Claims 1, 3-9, 16-24 and 38 are rejected under 35 U.S.C. 102(a)(2) as being anticipated by Nolan et al. (US PGPub 2015/0329852 A1, published 11-19-2015, effectively filed 08-08-2012).

Nolan teaches instant **claims 1 and 9**, a method of uniquely labeling cDNA molecules within a plurality of cells (e.g. methods of imparting a particle (i.e. cell) specific code to a component of a particle (i.e. cell) of a population of particles (i.e. cells); e.g. paragraph [0027]), the method comprising:

(a) coupling an adapter sequence to molecules within the plurality of cells (e.g. unique binding agents (UBAs) bind to at least one target molecule, such as nucleic acids, such as target mRNA; e.g. paragraph [0088]; e.g. the UBA is a nucleic acid sequence, such as an antisense DNA for a target mRNA; e.g. paragraphs [0098] and [0193]; e.g. examples of polynucleotides, also referred to as nucleic acids, include mRNA and cDNA obtained by reverse transcription of mRNA; e.g. paragraph [0071]);

(b) dividing the plurality of cells into at least two primary aliquots, the at least two primary aliquots comprising a first primary aliquot and a second primary aliquot (e.g. split pool synthesis comprising a population of cells and a plurality of assayable polymer subunit (APS) sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. splitting the population of cells into m reaction volumes; e.g. paragraph [0029]);

(c) providing primary nucleic acid tags to the at least two primary aliquots, wherein the primary nucleic acid tags provided to the first primary aliquot are different from the primary nucleic acid tags provided to the second primary aliquot (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets, each set containing a plurality of APSs that are detectably distinct from each other; e.g.

PARSE0000208

paragraphs [0029]-[0031] and [0187]; e.g. each of the reaction volumes created by the most recent splitting receives a different APS from the APS set; e.g. paragraph [0031]);

(d) coupling the adapter sequences within each of the at least two primary aliquots with the provided primary nucleic acid tags (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. the APS added on each round is linked to the first (target molecule-UBA-ESB (epitope specific barcode)) complex; e.g. paragraph [0031]);

(e) combining the at least two primary aliquots (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. pooling two or more reaction volumes; e.g. paragraph [0029]);

(f) dividing the combined primary aliquots into at least two secondary aliquots, the at least two secondary aliquots comprising a first secondary aliquot and a second secondary aliquot (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. performing n rounds of split pool synthesis; e.g. paragraph [0029], as described above for steps (b)-(e));

(g) providing secondary nucleic acid tags to the at least two secondary aliquots, wherein the secondary nucleic acid tags provided to the first secondary aliquot are different from the secondary nucleic acid tags provided to the second secondary aliquot (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. performing n rounds of split pool synthesis; e.g. paragraph [0029], as described above for steps (b)-(e)); and

(h) coupling the cDNA molecules within each of the at least two secondary aliquots with the provided secondary nucleic acid tags (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. performing n rounds of split pool synthesis; e.g. paragraph [0029], as described above for steps (b)-(e)).

Nolan teaches instant **claim 3**, further comprising: (i) repeating steps (e), (f), (g), and (h) with subsequent aliquots (e.g. paragraph [0031]).

Nolan teaches instant **claims 4 and 5**, wherein step (i) is repeated a number of times sufficient to generate a unique series of nucleic acid tags for the molecules in a single cell, wherein the number of times is selected from 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,

PARSE0000209

30, 35, 40, 45, 50, 55, 60, 65, 70, 75, 80, 85, 90, 95 and 100 (e.g. paragraphs [0026], [0031] and [0188]-[0192]).

Nolan teaches instant **claim 6**, further comprising: fixing and permeabilizing the plurality of cells prior to step (a) (e.g. paragraphs [0012], [0137] and [0366]).

Nolan teaches instant **claim 7**, wherein each of the nucleic acid tags comprises: a first strand comprising: a barcode sequence comprising a 3' end and a 5' end; and a 3' hybridization sequence and a 5' hybridization sequence flanking the 3' end and the 5' end of the barcode sequence, respectively; and a second strand comprising: a first portion complementary to at least one of the 5' hybridization sequence and the adapter sequence; and a second portion complementary to the 3' hybridization sequence (e.g. the APS has a subcode encoding the origin of the APS; e.g. paragraph [0019]; e.g. an APS is linked using a linking oligonucleotide comprising the first and the second complementary region to two components selected from a UBA, an APS, and an ESB (epitope specific barcode); e.g. paragraph [0019]; e.g. the ESB comprises a common linker oligonucleotide; e.g. paragraph [0019]; e.g. Figures 7 and 8).

Nolan teaches instant **claim 8**, further comprising generating complementary DNAs (cDNAs) within the plurality of cells (e.g. the nucleic acid(s) can be derived from reverse transcription; e.g. paragraph [0075]; e.g. in some embodiments, the ESB (epitope specific barcode) is an antisense nucleic acid for a complementary target nucleic acid sequence; e.g. paragraph [0109]).

Nolan teaches instant **claim 16**, further comprising: ligating at least two of the nucleic acid tags that are bound to the molecules (e.g. paragraphs [0005], [0016], [0019] and throughout document).

Nolan teaches instant **claim 17**, wherein the ligation is performed within the plurality of cells (e.g. paragraph [0145]).

Nolan teaches instant **claim 18**, further comprising: removing unbound nucleic acid tags (e.g. affinity purification of COB (cell origination barcode)-ESB-UBA complexes; e.g. paragraph [0119]).

Nolan teaches instant **claim 19**, wherein the final nucleic acid tag comprises a capture agent (e.g. the APSs in the final round comprise an amplification complementary primer region, for example an Illumina primer sequence; e.g. paragraph [0046]; e.g. the COB can comprise an affinity tag; e.g. paragraph [0120]).

Nolan teaches instant **claim 20**, further comprising: lysing the plurality of cells to release the molecules from within the plurality of cells (e.g. paragraph [0012]).

Nolan teaches instant **claim 21**, further comprising: ligating at least two of the nucleic acid tags that are bound to the released molecules (e.g. paragraph [0145]).

Nolan teaches instant **claim 22**, wherein the majority of the nucleic acid tag-bound nucleic acids from a single cell comprise the same series of bound nucleic acid tags (e.g. identifying target molecules sharing a common particle (i.e. cell) origin; e.g. paragraph [0024]; e.g. the ordered sets of APSs linked to the first and second components of the cell are the same; e.g. paragraph [0027]; e.g. a high certainty of tag uniqueness provides for a high likelihood that two identical COB labels originated from the same cell; e.g. paragraph [0189]).

Nolan teaches instant **claim 23**, wherein the plurality of cells is selected from at least one of mammalian cells, yeast cells, and bacterial cells (e.g. paragraph [0215]).

Nolan teaches instant **claim 24**, a method of labeling nucleic acids within a first cell (e.g. methods of imparting a particle (i.e. cell) specific code to a component of a particle (i.e. cell) of a population of particles (i.e. cells); e.g. paragraph [0027]), the method comprising:

(a) generating complementary DNAs (cDNAs) within a plurality of cells comprising the first cell by reverse transcribing RNAs using a reverse transcription primer comprising a 5' overhang sequence (e.g. the nucleic acid(s) can be derived from reverse transcription; e.g. paragraph [0075]; e.g. in some embodiments, the ESB (epitope specific barcode) is an antisense nucleic acid for a complementary target nucleic acid sequence; e.g. paragraph [0109]; e.g. unique binding agents (UBAs) bind to at least one target molecule, such as nucleic acids, such as target mRNA; e.g. paragraph [0088]; e.g. the ESB comprises a first common linker (CL) or linking oligonucleotide; e.g. paragraph [0027]; e.g. the ESBs comprise a common linker oligo that is complementary to the common linker oligo of the APSs (assayable polymer subunits); e.g. paragraphs [0104] and [0185]);

(b) dividing the plurality of cells into a number (n) of aliquots (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. splitting the population of cells into m reaction volumes; e.g. paragraph [0029]);

PARSE0000211

Application/Control Number: 14/941,433                                                    Page 8
Art Unit: 1639

(c) providing a plurality of nucleic acid tags to each of the n aliquots, each nucleic acid tag comprising: a first strand comprising a 3' hybridization sequence extending from a 3' end of a labeling sequence and a 5' hybridization sequence extending from a 5' end of the labeling sequence, and a second strand comprising an overhang sequence, the overhang sequence comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence, and (ii) a second portion complementary to the 3' hybridization sequence (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. an APS is linked using a linking oligonucleotide comprising the first and the second complementary region to two components selected from a UBA, an APS, and an ESB; e.g. paragraph [0019]; e.g. the ESB comprises a common linker oligonucleotide; e.g. paragraph [0019]; e.g. Figures 7 and 8),

wherein each labeling sequence of the plurality of nucleic acid tags provided into a given aliquot is the same, and wherein a different labeling sequence is provided into each of the n aliquots (e.g. adding one APS from the population of APSs per sample to the two or more samples; e.g. paragraph [0033]; e.g. each of the reaction volumes created by the most recent splitting receives a different APS from the APS set; e.g. paragraph [0031]; e.g. a unique COB (cell origination barcode) is associated to the UBAs in a specific cell such that each COB can be associated to the target molecules bound to the UBAs in that cell; e.g. paragraph [0086]);

(d) binding at least one of the cDNAs in each of the n aliquots to the nucleic acid tags (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. the APS added on each round is linked to the first (target molecule-UBA-ESB) complex; e.g. paragraph [0031]);

(e) combining the n aliquots (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. pooling two or more reaction volumes; e.g. paragraph [0029]); and

(f) repeating steps (b), (c), (d), and (e) with the combined aliquot (e.g. performing n rounds of split pool synthesis; e.g. paragraph [0029]).

PARSE0000212

Nolan teaches instant **claim 38**, a method of barcoding nucleic acids within a cell (e.g. methods of imparting a particle (i.e. cell) specific code to a component of a particle (i.e. cell) of a population of particles (i.e. cells); e.g. paragraph [0027]), the method comprising:

(a)  generating complementary DNAs (cDNAs) within a plurality of cells by reverse transcribing RNAs using a reverse transcription primer comprising a 5' overhang sequence (e.g. the nucleic acid(s) can be derived from reverse transcription; e.g. paragraph [0075]; e.g. in some embodiments, the ESB (epitope specific barcode) is an antisense nucleic acid for a complementary target nucleic acid sequence; e.g. paragraph [0109]; e.g. unique binding agents (UBAs) bind to at least one target molecule, such as nucleic acids, such as target mRNA; e.g. paragraph [0088]; e.g. the ESB comprises a first common linker (CL) or linking oligonucleotide; e.g. paragraph [0027]; e.g. the ESBs comprise a common linker oligo that is complementary to the common linker oligo of the APSs (assayable polymer subunits); e.g. paragraphs [0104] and [0185]);

(b) dividing the plurality of cells into at least two aliquots (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. splitting the population of cells into m reaction volumes; e.g. paragraph [0029]);

(c) providing a plurality of nucleic acid tags to each of the at least two aliquots, each nucleic acid tag comprising: a first strand comprising a 3' hybridization sequence extending from a 3' end of a barcode sequence and a 5' hybridization sequence extending from a 5' end of the barcode sequence, and a second strand comprising an overhang sequence, the overhang sequence comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence, and (ii) a second portion complementary to the 3' hybridization sequence (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. an APS is linked using a linking oligonucleotide comprising the first and the second complementary region to two components selected from a UBA, an APS, and an ESB; e.g. paragraph [0019]; e.g. the ESB comprises a common linker oligonucleotide; e.g. paragraph [0019]; e.g. Figures 7 and 8),

wherein each barcode sequence of the plurality of nucleic acid tags introduced into a given aliquot is the same, and wherein a different barcode sequence is introduced into each aliquot (e.g. adding one APS from the population of APSs per sample to the two or more samples; e.g. paragraph [0033]; e.g. each of

PARSE0000213

the reaction volumes created by the most recent splitting receives a different APS from the APS set; e.g. paragraph [0031]; e.g. a unique COB (cell origination barcode) is associated to the UBAs in a specific cell such that each COB can be associated to the target molecules bound to the UBAs in that cell; e.g. paragraph [0086]);

(d) binding at least one of the cDNAs in each of the at least two aliquots to the nucleic acid tags (e.g. split pool synthesis comprising a population of cells and a plurality of assayable polymer subunit (APS) sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. the APS added on each round is linked to the first (target molecule-UBA-ESB) complex; e.g. paragraph [0031]);

(e) combining the at least two aliquots (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. pooling two or more reaction volumes; e.g. paragraph [0029]); and

(f) repeating steps (b), (c), (d), and (e) at least once with the combined aliquot (e.g. performing n rounds of split pool synthesis; e.g. paragraph [0029]).


4.      Claims 1, 3-9, 16, 17, 19-24 and 38 are rejected under 35 U.S.C. 102(a)(2) as being anticipated by Nolan et al. (US PGPub 2017/0321251 A1, published 11-09-2017, effectively filed 01-31-2011).

Nolan teaches instant **claim 1**, a method of uniquely labeling molecules within a plurality of cells (e.g. methods of imparting a particle (i.e. cell) specific code to a component of a particle (i.e. cell) of a population of particles (i.e. cells); e.g. paragraph [0021]), the method comprising:

(a) coupling an adapter sequence to molecules within the plurality of cells;

(b) dividing the plurality of cells into at least two primary aliquots, the at least two primary aliquots comprising a first primary aliquot and a second primary aliquot;

(c) providing primary nucleic acid tags to the at least two primary aliquots, wherein the primary nucleic acid tags provided to the first primary aliquot are different from the primary nucleic acid tags provided to the second primary aliquot;

(d) coupling the adapter sequences within each of the at least two primary aliquots with the provided primary nucleic acid tags;

(e) combining the at least two primary aliquots;

(f) dividing the combined primary aliquots into at least two secondary aliquots, the at least two secondary aliquots comprising a first secondary aliquot and a second secondary aliquot;

(g) providing secondary nucleic acid tags to the at least two secondary aliquots, wherein the secondary nucleic acid tags provided to the first secondary aliquot are different from the secondary nucleic acid tags provided to the second secondary aliquot; and

(h) coupling the cDNA molecules within each of the at least two secondary aliquots with the provided secondary nucleic acid tags (e.g. claim 313).

Nolan teaches instant **claim 3**, further comprising: (i) repeating steps (e), (f), (g), and (h) with subsequent aliquots (e.g. claim 315).

Nolan teaches instant **claim 4**, wherein step (i) is repeated a number of times sufficient to generate a unique series of nucleic acid tags for the molecules in a single cell (e.g. claim 316).

Nolan teaches instant **claim 5**, wherein the number of times is selected from 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 30, 35, 40, 45, 50, 55, 60, 65, 70, 75, 80, 85, 90, 95 and 100 (e.g. claim 317).

Nolan teaches instant **claim 6**, further comprising: fixing and permeabilizing the plurality of cells prior to step (a) (e.g. claim 318).

Nolan teaches instant **claim 7**, wherein each of the nucleic acid tags comprises: a first strand comprising: a barcode sequence comprising a 3' end and a 5' end; and a 3' hybridization sequence and a 5' hybridization sequence flanking the 3' end and the 5' end of the barcode sequence, respectively; and a second strand comprising: a first portion complementary to at least one of the 5' hybridization sequence and the adapter sequence; and a second portion complementary to the 3' hybridization sequence (e.g. claim 319).

Nolan teaches instant **claim 8**, further comprising generating complementary DNAs (cDNAs) within the plurality of cells (e.g. claim 320).

Nolan teaches instant **claim 9**, wherein the molecules are selected from at least one of RNA, cDNA, DNA, protein, peptide, and antigen (e.g. claim 321).

Nolan teaches instant **claim 16**, further comprising: ligating at least two of the nucleic acid tags that are bound to the molecules (e.g. claim 327).

Nolan teaches instant **claim 17**, wherein the ligation is performed within the plurality of cells (e.g. claim 328).

Nolan teaches instant **claim 19**, wherein the final nucleic acid tag comprises a capture agent (e.g. claim 329).

Nolan teaches instant **claim 20**, further comprising: lysing the plurality of cells to release the molecules from within the plurality of cells (e.g. claim 330).

Nolan teaches instant **claim 21**, further comprising: ligating at least two of the nucleic acid tags that are bound to the released molecules (e.g. claim 331).

Nolan teaches instant **claim 22**, wherein the majority of the nucleic acid tag-bound nucleic acids from a single cell comprise the same series of bound nucleic acid tags (e.g. claim 332).

Nolan teaches instant **claim 23**, wherein the plurality of cells is selected from at least one of mammalian cells, yeast cells, and bacterial cells (e.g. claim 333).

Nolan teaches instant **claim 24**, a method of labeling nucleic acids within a first cell (e.g. methods of imparting a particle (i.e. cell) specific code to a component of a particle (i.e. cell) of a population of particles (i.e. cells); e.g. paragraph [0021]), the method comprising:

(a) generating complementary DNAs (cDNAs) within a plurality of cells comprising the first cell by reverse transcribing RNAs using a reverse transcription primer comprising a 5' overhang sequence;

(b) dividing the plurality of cells into a number (n) of aliquots;

(c) providing a plurality of nucleic acid tags to each of the n aliquots, each nucleic acid tag comprising: a first strand comprising a 3' hybridization sequence extending from a 3' end of a labeling sequence and a 5' hybridization sequence extending from a 5' end of the labeling sequence, and a second strand comprising an overhang sequence, the overhang sequence comprising (i) first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence, and (ii) a second portion complementary to the 3' hybridization sequence, wherein each labeling sequence of the plurality of nucleic acid tags provided into a given aliquot is the same, and wherein a different labeling sequence is provided into each of the n aliquots;

(d) binding at least one of the cDNAs in each of the n aliquots to the nucleic acid tags;

(e) combining the n aliquots; and

PARSE0000216

(f) repeating steps (b), (c), (d), and (e) with the combined aliquot (e.g. claim 334).

Nolan teaches instant **claim 38**, a method of barcoding nucleic acids within a cell (e.g. methods of imparting a particle (i.e. cell) specific code to a component of a particle (i.e. cell) of a population of particles (i.e. cells); e.g. paragraph [0021]), the method comprising:

(a) generating complementary DNAs (cDNAs) within a plurality of cells by reverse transcribing RNAs using a reverse transcription primer comprising a 5' overhang sequence;

(b) dividing the plurality of cells into at least two aliquots;

(c) providing a plurality of nucleic acid tags to each of the at least two aliquots, each nucleic acid tag comprising: a first strand comprising a 3' hybridization sequence extending from a 3' end of a barcode sequence and a 5' hybridization sequence extending from a 5' end of the barcode sequence, and a second strand comprising an overhang sequence, the overhang sequence comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence, and (ii) a second portion complementary to the 3' hybridization sequence, wherein each barcode sequence of the plurality of nucleic acid tags introduced into a given aliquot is the same, and wherein a different barcode sequence is introduced into each aliquot;

(d) binding at least one of the cDNAs in each of the at least two aliquots to the nucleic acid tags;

(e) combining the at least two aliquots; and

(f) repeating steps (b), (c), (d), and (e) at least once with the combined aliquot (e.g. performing n rounds of split pool synthesis; e.g. claim 335).

### Conclusion

5.      Claims 1, 3-9, 16-24 and 38 are rejected.


Any inquiry concerning this communication or earlier communications from the examiner should be directed to Karen S Weiler whose telephone number is (571)270-5322. The examiner can normally be reached on M-F, ~8:00 - ~ 4:30 EST.

Application/Control Number: 14/941,433                                                    Page 14
Art Unit: 1639

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Heather Calamita can be reached on (571)272-2876.  The fax phone number for the organization where

this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application

Information Retrieval (PAIR) system.  Status information for published applications may be obtained from

either Private PAIR or Public PAIR.  Status information for unpublished applications is available through

Private PAIR only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC)

at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative

or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-

1000.

Karen S. Weiler
Primary Examiner
Art Unit 1639

/KAREN S WEILER/
Primary Examiner, Art Unit 1639

PARSE0000218

| | | | | |
|---|---|---|---|---|
| ***Notice of References Cited*** | Application/Control No. 14/941,433 | | Applicant(s)/Patent Under Reexamination Seelig et al. | |
| | Examiner Karen S Weiler | | Art Unit 1639 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20150329852-A1 | 11-2015 | NOLAN; Garry P. | C12N15/1065 | 506/4 |
| * | B | US-20170321251-A1 | 11-2017 | Nolan; Garry P. | C12Q1/6806 | 1/1 |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PARSE0000219

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14/941,433 | Seelig et al. |
| | **Examiner** | **Art Unit** |
| | Karen S Weiler | 1639 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

\* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| Google search | 05/03,04/2018 | KW |
| EAST keyword search | 05/04/2018 | KW |
| inventor search - PALM | 05/07/2018 | KW |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| | | | |

| | |
|---|---|
| | |

PARSE0000220

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 12863 | (divide or split$3) near2 (mix$3 or pool$3) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2018/05/04 15:09 |
| L2 | 636463 | (barcode or (bar adj code) or ((unique or identifying or identification or index or identifier or address) adj2 (sequence or oligonucleotide or tag or element)) or (zip adj code) or zipcode) or ((DNA or oligonucleotide or sequence or random) adj tag) or ((molecular or sequence) adj identifier) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2018/05/04 15:11 |
| L3 | 322 | L1 same L2 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2018/05/04 15:12 |
| L4 | 471 | L1 with cell | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2018/05/04 15:12 |
| L5 | 37 | L3 and L4 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2018/05/04 15:13 |

**EAST Search History (Interference)**

< This search history is empty>

**5/4/2018 6:28:15 PM**
**C:\Users\kweiler\Documents\EAST\Workspaces\14941433.wsp**

## CERTIFICATE OF EFS TRANSMISSION

| | |
|---|---|
| Applicant:  University of Washington | Docket No.: 53433/600 |

| Application No.: 14/941,433 | Filed Date: 2015-11-13 | Examiner: Karen S. Weiler | Group Art Unit: 1639 | Confirmation No. 8295 |
|---|---|---|---|---|

Title: METHODS AND KITS FOR LABELING CELLULAR MOLECULES

I hereby certify that the following papers are being transmitted to the United States Patent and Trademark Office via the EFS-Web electronic filing system on the date set forth below:

- Amendment (19 pages)

The Director is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 502375:

☒    Any additional filing fees required under 37 CFR 1.16.
☒    Any patent application processing fees under 37 CFR 1.17.

Signature:  /Ted O. Ririe/
Printed Name:  Ted O. Ririe
Registration No. 72,919                    Dated:  October 23, 2018

STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, UT  84111

---

Certificate of Mailing or Transmission

I hereby certify that this paper (along with any referred to as being attached or enclosed) is being transmitted to the USPTO via the EFS-Web electronic filing system or Facsimile (571-273-8300) on the date set forth below, or being deposited with the USPS as First Class Mail in an envelope addressed to Mail Stop _____, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on the date set forth below.

/Tonya E. Tetzl/ _____        Date:  October 23, 2018 _____
Tonya E. Tetzl

98966467.1 0053433-00600

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 14941433 |
| **Filing Date:** | 13-Nov-2015 |
| **Title of Invention:** | METHODS AND KITS FOR LABELING CELLULAR MOLECULES |
| **First Named Inventor/Applicant Name:** | Georg Seelig |
| **Filer:** | Ted O. Ririe/Tonya Tetzl |
| **Attorney Docket Number:** | 53433/600 |

Filed as Small Entity

Filing Fees for   Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

PARSE0000224

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension - 3 months with $0 paid | 2253 | 1 | 700 | 700 |
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | | | **700** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 34084909 |
| **Application Number:** | 14941433 |
| **International Application Number:** | |
| **Confirmation Number:** | 8295 |
| **Title of Invention:** | METHODS AND KITS FOR LABELING CELLULAR MOLECULES |
| **First Named Inventor/Applicant Name:** | Georg Seelig |
| **Customer Number:** | 32642 |
| **Filer:** | Ted O. Ririe/Tonya Tetzl |
| **Filer Authorized By:** | Ted O. Ririe |
| **Attorney Docket Number:** | 53433/600 |
| **Receipt Date:** | 23-OCT-2018 |
| **Filing Date:** | 13-NOV-2015 |
| **Time Stamp:** | 13:52:55 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $700 |
| RAM confirmation Number | 102418INTEFSW14010700 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

**File Listing:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Amendment/Req. Reconsideration-After Non-Final Reject | 53433_600_Response.pdf | 131221 <br> dd30aa7ac247459990ba7cfaf8af3eb794cb3882 | no | 19 |

**Warnings:**

**Information:**

| 2 | Transmittal Letter | 53433_600_CertTransmission.pdf | 70344 <br> 45bff792c680fd4e8b48a5c63993404342 9e2ea6 | no | 1 |

**Warnings:**

**Information:**

| 3 | Fee Worksheet (SB06) | fee-info.pdf | 30640 <br> 4ffd9ad1ec9961c071083173c1a174dbe56fd951 | no | 2 |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 232205 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PARSE0000227

I hereby certify that this correspondence is being filed via EFS-Web with the United States Patent and Trademark Office on _____ October 23, 2018 _____

Attorney Docket No.: 53433/600

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

    Georg Seelig et al.

Application No.: 14/941,433

Filed: November 13, 2015

For:   METHODS AND KITS FOR LABELING CELLULAR MOLECULES

Customer No. 32642

Confirmation No. 8295

Examiner: Karen S. Weiler

Art Unit: 1639

<u>AMENDMENT</u>

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Commissioner:

    In response to the Office Action mailed May 14, 2018, please enter the following amendments and remarks.

    **Amendments to the Claims** are reflected in the listing of claims, which begins on page 2 of this paper.

    **Remarks** begin on page 11 of this paper.

98901453.2 0053433-00600

PARSE0000228

Appl. No. 14/941,433
Amdt. dated October 23, 2018
Reply to Office Action of May 14, 2018

Attorney Docket No.: 53433/600

**Amendments to the Claims:**

This listing of claims will replace all prior versions, and listings of claims in the application:

**Listing of Claims:**

1.      (Currently Amended) A method of uniquely labeling <u>nucleic acid</u> molecules within a plurality of cells, the method comprising:

(a)      ~~coupling an adapter sequence to molecules within the~~ <u>providing the</u> plurality of cells<u>, wherein the plurality of cells comprises ribonucleic acid (RNA) molecules;</u>

(b)      <u>reverse transcribing the RNA molecules within the plurality of cells, thereby generating complementary deoxyribonucleic acid (cDNA) molecules within the plurality of cells, wherein reverse transcribing the RNA molecules comprises attaching primers to the RNA molecules, wherein the primers comprise a poly(T) sequence, a random sequence, or both a poly(T) sequence and a random sequence;</u>

<u>(c)</u>      dividing the plurality of cells <u>comprising the cDNA molecules</u> into ~~at least two~~ <u>a plurality of</u> primary aliquots, <u>wherein the</u> ~~at least two~~ <u>plurality of</u> primary aliquots ~~comprising~~ <u>comprises</u> a first primary aliquot and a second primary aliquot;

[[(c)]]<u>(d)</u> providing primary nucleic acid tags to the ~~at least two~~ <u>plurality of</u> primary aliquots, wherein the primary nucleic acid tags provided to the first primary aliquot are different from the primary nucleic acid tags provided to the second primary aliquot;

[[(d)]]<u>(e)</u> coupling the ~~adapter sequences within each~~ <u>cDNA molecules from each</u> of the ~~at least two~~ <u>plurality of</u> primary aliquots with the provided primary nucleic acid tags <u>of (d), thereby tagging the cDNA molecules with the primary nucleic acid tags and producing primary nucleic acid-tagged cDNA molecules, and wherein the cDNA molecules of the first primary aliquot are tagged with a different primary nucleic acid tag than cDNA molecules of the second primary aliquot;</u>

[[(e)]]<u>(f)</u> combining the ~~at least two~~ <u>plurality of</u> primary aliquots;

Page 2 of 19

PARSE0000229

Appl. No. 14/941,433
Amdt. dated October 23, 2018
Reply to Office Action of May 14, 2018

Attorney Docket No.: 53433/600

[[(f)]](g) dividing the combined primary aliquots of (f) into at least two a plurality of secondary aliquots, wherein the at least two plurality of secondary aliquots comprising comprises a first secondary aliquot and a second secondary aliquot;

[[(g)]](h) providing secondary nucleic acid tags to the at least two plurality of secondary aliquots, wherein the secondary nucleic acid tags provided to the first secondary aliquot are different from the secondary nucleic acid tags provided to the second secondary aliquot[[s]]; and

[[(h)]](i) coupling the primary nucleic acid-tagged cDNA molecules of (e) within from each of the at least two plurality of secondary aliquots with the provided secondary nucleic acid tags of (h), thereby tagging the primary nucleic acid-tagged cDNA molecules with the secondary nucleic acid tags and producing secondary nucleic acid-tagged cDNA molecules, and wherein the secondary nucleic acid-tagged cDNA molecules of the first secondary aliquot are tagged with a different secondary nucleic acid tag than the secondary nucleic acid-tagged cDNA molecules of the second secondary aliquot.

2.      (Canceled).

3.      (Currently Amended) The method of claim 1, further comprising[[: (i)]] (j) repeating steps (e), (f), (g), [[and]] (h), and (i) with subsequent aliquots.

4.      (Currently Amended) The method of claim 3, wherein [[step (i)]](j) is repeated a number of times sufficient to generate a unique series of nucleic acid tags for the cDNA molecules in a single cell of the plurality of cells.

5.      (Currently Amended) The method of claim 4, wherein the number of times is selected from 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 30, 35, 40, 45, 50, 55, 60, 65, 70, 75, 80, 85, 90, 95 and 1001, 2, 3, 4, or 5.

6.      (Currently Amended) The method of claim 1, further comprising[[:]], prior to (a), fixing and permeabilizing the plurality of cells prior to step (a).

Page 3 of 19

Appl. No. 14/941,433                                         Attorney Docket No.: 53433/600
Amdt. dated October 23, 2018
Reply to Office Action of May 14, 2018

7.    (Currently Amended)  The method of claim 1, wherein each of the <u>primary nucleic acid</u> <u>tags and secondary</u> nucleic acid tags comprises:

  a first strand comprising:

  a ~~barcode~~ <u>primary tag</u> sequence ~~comprising a 3' end and a 5' end; and~~<u>,</u>

  a 3' hybridization sequence ~~and a 5' hybridization sequence~~ flanking the 3' end <u>of</u> <u>the primary tag sequence,</u> and <u>a 5' hybridization sequence flanking</u> the 5' end of the ~~barcode~~ <u>primary tag</u> sequence~~, respectively~~; and

  a second strand comprising:

  a first portion complementary to ~~at least one of~~ the 5' hybridization sequence ~~and~~ ~~the adapter sequence~~ <u>or a sequence of the cDNA molecules,</u>[[;]] and

  a second portion complementary to the 3' hybridization sequence <u>or a sequence of</u> <u>the cDNA molecules</u>

8-10.    (Canceled).

11.    (Currently Amended) The method of claim [[9]]<u>1</u>, ~~wherein the molecules are RNA and~~ ~~wherein step (a) comprises~~ <u>further comprising, prior to (a),</u> hybridizing [[the]]<u>a single-stranded</u> adapter sequence to <u>each of</u> the RNA <u>molecules</u>.

12.    (Withdrawn – Currently Amended)    The method of claim [[9]]<u>1</u>, ~~wherein the molecules~~ ~~are DNA, the method further comprising digesting the DNA prior to step (a), and wherein step~~ ~~(a) comprises~~ <u>further comprising, subsequent to (b),</u> ligating [[the]]<u>an</u> adapter sequence to <u>each</u> <u>of</u> the ~~digested~~ <u>c</u>DNA <u>molecules</u>.

13.    (Withdrawn – Currently Amended)    The method of claim [[9]]<u>1</u>, ~~wherein the molecules~~ ~~are DNA, and wherein step (a) comprises~~ <u>further comprising, subsequent to (b),</u> coupling [[the]]<u>an</u> adapter sequence to <u>each of</u> the <u>c</u>DNA <u>molecules</u> by integrating the adapter sequence

Page 4 of 19

PARSE0000231

Appl. No. 14/941,433                                                          Attorney Docket No.: 53433/600
Amdt. dated October 23, 2018
Reply to Office Action of May 14, 2018

into the cDNA molecules using a transposase[[,]] and releasing the transposase to expose the

adapter sequence.

14.     (Canceled).

15.     (Canceled).

16.     (Currently Amended) The method of claim 1, further comprising[[:]] ligating ~~at least two of the nucleic acid tags that are bound to the molecules~~ the primary nucleic acid tag of a primary nucleic acid-tagged cDNA molecule to the secondary nucleic acid tag.

17.     (Original) The method of claim 16, wherein the ligation is performed within the plurality of cells.

18.     (Currently Amended) The method of claim 1, further comprising[[:]] removing ~~unbound~~ primary nucleic acid tags or secondary nucleic acid tags that are unbound to the cDNA molecules.

19.     (Currently Amended) The method of claim [[1]]3, wherein [[the]]a final nucleic acid tag coupled to the cDNA molecules comprises a capture agent.

20.     (Currently Amended) The method of claim 1, further comprising[[:]] lysing the plurality of cells to release the cDNA molecules from within the plurality of cells.

21.     (Currently Amended) The method of claim [[20]]16, further comprising ~~ligating at least two of the nucleic acid tags that are bound to the released molecules~~ lysing the plurality of cells to release the cDNA molecules from within the plurality of cells prior to the ligation.

Page 5 of 19

PARSE0000232

Appl. No. 14/941,433
Amdt. dated October 23, 2018
Reply to Office Action of May 14, 2018

Attorney Docket No.: 53433/600

22.      (Currently Amended)  The method of claim 20, wherein the <u>lysing is subsequent to (i),</u> <u>and wherein a</u> majority of the nucleic acid<u>-tagged</u> ~~bound nucleic acids~~ <u>cDNA molecules</u> from a single cell comprises the same ~~series~~ <u>plurality</u> of ~~bound~~ nucleic acid tags <u>coupled thereto</u>.


23.      (Currently Amended)  The method of claim 1, wherein the plurality of cells is selected from <u>the group consisting</u> ~~at least one~~ of mammalian cells, yeast cells, [[and]] bacterial cells<u>, and</u> <u>combinations thereof</u>.


24.      (Currently Amended) A method of labeling nucleic acid[[s]] <u>molecules</u> within a first cell, the method comprising:

(a)      <u>providing a plurality of cells comprising the first cell, wherein the plurality of</u> <u>cells comprises ribonucleic acid (RNA) molecules;</u>

(b)      generating complementary [[DNAs]] <u>deoxyribonucleic acid (cDNA[[s]])</u> molecules within [[a]]<u>the</u> plurality of cells ~~comprising the first cell~~ by reverse transcribing <u>the</u> RNA <u>molecules</u> using a reverse transcription primer comprising a 5' overhang sequence;

[[(b)]]<u>(c)</u>      dividing the plurality of cells into a number (n) of aliquots;

[[(c)]]<u>(d)</u>      providing a plurality of nucleic acid tags to each of the n aliquots, each <u>of</u> <u>the</u> nucleic acid ta<u>g</u>s comprising:

a first st<u>r</u>and comprising <u>a labeling sequence,</u> a 3' hybridization sequence extending from a 3' end of [[a]]<u>the</u> labeling sequence<u>,</u> and a 5' hybridization sequence extending from a 5' end of the labeling sequence[[,]]<u>;</u> and

a second strand comprising an overhang sequence, the overhang sequence comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence <u>of the reverse</u> <u>transcription primer;</u>[[,]] and (ii) a second portion complementary to the 3' hybridization sequence,

Page 6 of 19

PARSE0000233

Appl. No. 14/941,433                                    Attorney Docket No.: 53433/600
Amdt. dated October 23, 2018
Reply to Office Action of May 14, 2018

wherein each labeling sequence of the plurality of nucleic acid tags provided [[in]]to a given aliquot is the same, and wherein a different labeling sequence is provided [[in]]to each of the n aliquots;

[[(d)]](e)        binding at least one of the cDNA molecules in each of the n aliquots to the nucleic acid tags in each of the n aliquots provided in (d);

[[(e)]](f)        combining the n aliquots; and

[[(f)]](g)        repeating (c)-(f)steps (b), (c), (d), and (e) with the combined aliquot, thereby labeling nucleic acid molecules within the first cell with two or more labeling sequences, wherein the 3' hybridization sequence is the same for each of the plurality of nucleic acid tags, and

wherein the 5' hybridization sequence is the same for each of the plurality of nucleic acid tags.

25-37. (Canceled).

38.    (Currently Amended) A method of barcoding nucleic acids within a plurality of cells, the method comprising:

(a)        providing the plurality of cells, wherein the plurality of cells comprise ribonucleic acid (RNA) molecules;

(b)        generating complementary DNA[[s]] (cDNA[[s]]) molecules within [[a]]the plurality of cells by reverse transcribing RNA[[s]] molecules using a reverse transcription primer comprising a 5' overhang sequence;

[[(b)]](c)        dividing the plurality of cells into at least two aliquots;

[[(c)]](d)        providing a plurality of nucleic acid tags to each of the at least two aliquots, each of the nucleic acid tags comprising:

a first strand comprising a barcode sequence, a 3' hybridization sequence extending from a 3' end of [[a]]the barcode sequence, and a 5' hybridization sequence extending from a 5' end of the barcode sequence[[,]]; and

PARSE0000234

Appl. No. 14/941,433
Amdt. dated October 23, 2018
Reply to Office Action of May 14, 2018

Attorney Docket No.: 53433/600

a second strand comprising an overhang sequence, the overhang sequence

comprising (i) a first portion complementary to at least one of the 5'

hybridization sequence and the 5' overhang sequence of the reverse

transcription primer;[[,]] and (ii) a second portion complementary to the 3'

hybridization sequence,

wherein each barcode sequence of the plurality of nucleic acid tags introduced into a given

aliquot is the same, and wherein a different barcode sequence is introduced into each aliquot;

[[(d)]](e)    binding at least one of the cDNA molecules in each of the at least two

aliquots to the nucleic acid tags;

[[(e)]](f)    combining the at least two aliquots; and

[[(f)]](g)    repeating steps (c)-(f)(b), (c), (d), and (e) at least once with the combined

aliquot,

wherein the 3' hybridization sequence is the same for each of the plurality of nucleic acid tags,

and

wherein the 5' hybridization sequence is the same for each of the plurality of nucleic acid tags.


39-52.  (Canceled).


53.    (Withdrawn – Currently Amended)    A kit for labeling nucleic acids within a first cell,

the kit comprising:

at least one reverse transcription primer comprising a 5' overhang sequence;

a plurality of first nucleic acid tags, wherein each of the plurality first nucleic acid tag

comprises:

a first strand comprising a first labeling sequence, a 3' hybridization sequence

extending from a 3' end of [[a]]the first labeling sequence and a 5' hybridization

sequence extending from a 5' end of the first labeling sequence[[,]]; and

a second strand comprising an overhang sequence, the overhang sequence

comprising (i) a first portion complementary to at least one of the 5' hybridization

Page 8 of 19

PARSE0000235

Appl. No. 14/941,433
Amdt. dated October 23, 2018
Reply to Office Action of May 14, 2018

Attorney Docket No.: 53433/600

sequence and the 5' overhang sequence of the reverse transcription primer[[,]];

and (ii) a second portion complementary to the 3' hybridization sequence; and

a plurality of second nucleic acid tags, wherein each second nucleic acid tag comprises:

a first strand comprising a second labeling sequence, a 3' hybridization sequence

extending from a 3' end of [[a]]the second labeling sequence, and a 5'

hybridization sequence extending from a 5' end of the second labeling

sequence[[,]]; and

a second strand comprising an overhang sequence, the overhang sequence

comprising (i) a first portion complementary to at least one of the 5' hybridization

sequence and the 5' overhang sequence of the reverse transcription primer[[,]];

and (ii) a second portion complementary to the 3' hybridization sequence,

wherein the first labeling sequence is different from the second labeling sequence,

wherein the 3' hybridization sequence is the same for each of the plurality of first nucleic acid

tags and the plurality of second nucleic acid tags, and

wherein the 5' hybridization sequence is the same for each of the plurality of first nucleic acid

tags and the plurality of second nucleic acid tags.

54.     (Withdrawn) The kit of claim 53, further comprising at least one of a reverse

transcriptase, a fixation agent, a permeabilization agent, a ligation agent, and a lysis

agent.

55.     (Withdrawn – Currently Amended)    The kit of claim 53, further comprising:

one or more additional pluralities of nucleic acid tags, wherein each nucleic acid tag

comprises:

a first strand comprising a labeling sequence, a 3' hybridization sequence

extending from a 3' end of [[a]]the labeling sequence and a 5' hybridization

sequence extending from a 5' end of the labeling sequence[[,]]; and

a second strand comprising an overhang sequence, the overhang sequence

comprising (i) a first portion complementary to at least one of the 5' hybridization

Page 9 of 19

PARSE0000236

Appl. No. 14/941,433                                          Attorney Docket No.: 53433/600
Amdt. dated October 23, 2018
Reply to Office Action of May 14, 2018

sequence of the first strand and the 5' overhang sequence of the reverse

transcription primer[[,]]; and (ii) a second portion complementary to the 3'

hybridization sequence of the first strand,

wherein the labeling sequence is different in each given additional plurality of nucleic acid tags.


56-80.  (Canceled).


81.     (New) The method of claim 1, further comprising, prior to (a), ligating a single-stranded

adapter sequence to each of the RNA molecules.


82.     (New) The method of claim 81, wherein a 5' end of the single-stranded adapter sequence

is ligated to a 3' end of an RNA molecule or a 3' end of the single-stranded adapter sequence is

ligated to a 5' end of an RNA molecule.


83.     (New) The method of claim 1, wherein the primers comprise a poly(T) sequence.


84.     (New) The method of claim 1, wherein the primers comprise a random hexamer

sequence.


85.     (New) The method of claim 3, further comprising coupling the cDNA molecules with a

plurality of ligation stop oligos after each iteration of tagging of the cDNA molecules.


86.     (New) The method of claim 6, wherein the plurality of cells is fixed using formaldehyde.

98901453.2 0053433-00600

PARSE0000237

Appl. No. 14/941,433                                    Attorney Docket No.: 53433/600
Amdt. dated October 23, 2018
Reply to Office Action of May 14, 2018

## REMARKS

Upon entry of this Amendment, claims 1, 3-7, 11-13, 16-24, 38, 53-55, and 81-86 will be pending in the present application. Claims 2, 10-15, and 53-55 have been previously withdrawn from examination. Claims 25-37, 39-52, and 56-80 have been previously canceled without prejudice or disclaimer. Claims 1, 3-7, 11-13, 16, 18-24, 38, 53, and 55 have been amended. Claims 2, 8-10, 14, and 15 have been canceled herewith this Amendment. Applicant reserves the right to pursue any canceled or withdrawn subject matter in a related, future application.

### Support for Claim Amendments and New Claims

Support for any claim amendments and new claims can be found in the specification and claims as originally filed.

Independent claims 1, 24, 38, and 53 have been amended. Exemplary support for the independent claims can be found at least at paragraphs [0029], [0043]-[0046], and FIG. 2 of the application as filed.

Dependent claim 3 is amended to recite "(j) repeating (f), (g), (h), and (i) with subsequent aliquots." Exemplary support for this claim can be found at least at paragraph [0029] of the application as filed.

Dependent claim 4 is amended to recite "(j) is repeated a number of times sufficient to generate a unique series of nucleic acid tags for the cDNA molecules in a single cell of the plurality of cells." Exemplary support for this claim can be found at least at paragraph [0031] of the application as filed.

Dependent claim 5 is amended to recite "wherein the number of times is 1, 2, 3, 4, or 5." Exemplary support for this claim can be found at least at paragraph [0034] of the application as filed.

Dependent claim 6 is amended to recite "prior to (a), fixing and permeabilizing the plurality of cells." Exemplary support for this claim can be found at least at paragraph [0036] of the application as filed.

Dependent claim 7 is amended. Exemplary support for this claim can be found at least at paragraph [0049] of the application as filed.

Page 11 of 19

PARSE0000238

Appl. No. 14/941,433                                        Attorney Docket No.: 53433/600
Amdt. dated October 23, 2018
Reply to Office Action of May 14, 2018

Dependent claim 11 is amended to recite "prior to (a), hybridizing a single-stranded adapter sequence to each of the RNA molecules." Exemplary support for this claim can be found at least at paragraphs [0008] and [0051]-[0054] and FIG. 3A of the application as filed.

Dependent claim 12 is amended to recite "further comprising, subsequent to (b), ligating an adapter sequence to each of the cDNA molecules." Exemplary support for this claim can be found at least at paragraph [0009] and FIG. 3B of the application as filed.

Dependent claim 13 is amended to recite "further comprising, subsequent to (b), coupling an adapter sequence to each of the cDNA molecules by integrating the adapter sequence into the cDNA molecules using a transposase and releasing the transposase to expose the adapter sequence." Exemplary support for this claim can be found at paragraph [0058] of the application as filed.

Dependent claim 16 is amended to recite "ligating the primary nucleic acid tags of a primary nucleic acid-tagged cDNA molecule to the secondary nucleic acid tags." Exemplary support for this claim can be found at least at paragraph [0038] of the application as filed.

Dependent claim 18 is amended to recite "further comprising removing primary nucleic acid tags or secondary nucleic acid tags that are unbound to the cDNA molecules." Exemplary support for this claim can be found at least at paragraph [0041] of the application as filed.

Dependent claim 19 is amended to recite "wherein a final nucleic acid tag coupled to the cDNA molecules comprises a capture agent." Exemplary support for this claim can be found at least at paragraph [0030] of the application as filed.

Dependent claim 20 is amended to recite "further comprising lysing the plurality of cells to release the cDNA molecules from within the plurality of cells." Exemplary support for this claim can be found at least at paragraph [0040] of the application as filed.

Dependent claim 21 is amended to recite "lysing the plurality of cells to release the cDNA molecules from within the plurality of cells prior to the ligation." Exemplary support for this claim can be found at least at paragraph [0040] of the application as filed.

Dependent claim 22 is amended to recite "wherein the lysing is subsequent to (i), and wherein a majority of the nucleic acid-tagged cDNA molecules from a single cell comprises the

PARSE0000239

same plurality of nucleic acid tags coupled thereto." Exemplary support for this claim can be found at least at paragraph [0040] of the application as filed.

Dependent claim 23 is amended to recite "wherein the plurality of cells is selected from the group consisting of mammalian cells, yeast cells, bacterial cells, and combinations thereof." Exemplary support for this claim can be found at least at paragraph [0029] of the application as filed.

Dependent claim 55 is amended. Exemplary support for this claim can be found at least at paragraphs [0030]-[0031] of the application as filed.

Support for new dependent claims 81 and 82 can be found at least at paragraphs [0008] and [0051]-[0054] and FIG. 3A of the application as filed.

Support for new dependent claim 83 can be found at least at paragraph [0043] of the application as filed.

Support for new dependent claim 84 can be found at least at paragraph [0043] of the application as filed.

Support for new dependent claim 85 can be found at least at paragraph [0021] and FIG. 14 of the application as filed.

Support for new dependent claim 86 can be found at least at paragraph [0035] of the application as filed.

Accordingly, no new matter is added by way of these amendments.

## Claim Rejections – 35 USC § 112

### Indefiniteness

Claims 1, 3-9, and 16-23 stand rejected under 35 U.S.C. § 112(b) as allegedly being indefinite.

The Examiner alleges that "Reference to 'molecules' in step (a) of claim 1, which recites 'coupling an adapter sequence to molecules', renders the claim indefinite with respect to the species of cDNA, at least." *Office Action,* pages 2-3. Without conceding to the merits of the rejections, Applicant has amended independent claim 1 to recite "providing a plurality of cells,

Appl. No. 14/941,433                                    Attorney Docket No.: 53433/600
Amdt. dated October 23, 2018
Reply to Office Action of May 14, 2018

wherein the plurality of cells comprises ribonucleic acid (RNA) molecules." Applicant submits
that amended claim 1 is definite and clear.

Claims 3-7, 9, 16-18, 20, 21, and 23 each depend from independent claim 1 or a claim
depending therefrom. For the reasons set forth above for claim 1, claims 3-7, 9, 16-18, 20, 21,
and 23 are definite and clear.

The Examiner alleges that "[c]laim 8 recites a step of generating complementary DNAs
(cDNAs), i.e. reverse transcription. The claim does not indicate when this step is incorporated
into the method of parent claim 1." *Office Action,* page 3. Without conceding to the merits of this
rejection, Applicant has canceled claim 8, thereby rendering its rejection moot.

The Examiner alleges that "[c]laim 19 recites the limitation 'the final nucleic acid tag' in
line 1. There is insufficient antecedent basis for this limitation in the claim. The claim is being
interpreted as if it recited –the secondary nucleic acid tag--." *Office Action,* page 3. Without
conceding to the merits of the rejections, Applicant has amended claim 19 to recite "a final
nucleic acid tag coupled to the cDNA molecules" and further to depend from claim 3.
Accordingly, Applicant submits that amended claim 19 is definite and clear.

The Examiner alleges that "[c]laim 22 recites the limitation 'the nucleic acid tag-bound
nucleic acids' in line 1. There is insufficient antecedent basis for this limitation in the claim. The
claim is being interpreted as if it recited --the nucleic acid tag-bound molecules--." *Office Action,*
page 3. Without conceding to the merits of this rejection, Applicant has amended claim 22 to
recite "the nucleic acid-tagged cDNA molecules." Accordingly, Applicant submits that amended
claim 22 is definite and clear.

For the reasons set forth above, withdrawal of the rejection of claims 1, 3-9, and 16-23
under 35 U.S.C. § 112(b) is respectfully requested.

**Claim Rejections – 35 USC § 102**

**Nolan I**

Claims 1, 3-9, 16, 24, and 38 stand rejected under 35 U.S.C. § 102(a)(2) as allegedly
being anticipated by US 2015/0329852 (hereinafter "Nolan I"). The Examiner alleges that Nolan
I teaches the methods of "labeling cDNA molecules," "labeling nucleic acids," and "barcoding

Page 14 of 19

PARSE0000241

Appl. No. 14/941,433                                                    Attorney Docket No.: 53433/600
Amdt. dated October 23, 2018
Reply to Office Action of May 14, 2018

nucleic acids" as recited in independent claims 1, 24, and 38, respectively. *See Office Action*,

pages 4, 7, and 9. Applicant respectfully disagrees with respect to the claims as amended.

Amended independent claim 1 now recites a method of uniquely labeling nucleic acid

molecules within a plurality of cells, the method comprising "reverse transcribing the RNA

molecules within the plurality of cells, thereby generating complementary deoxyribonucleic acid

(cDNA) molecules within the plurality of cells, wherein reverse transcribing the RNA molecules

comprises attaching primers to the RNA molecules, wherein the primers comprise a poly(T)

sequence, a random sequence, or both a poly(T) sequence and a random sequence."

Amended independent claim 24 now recites a method of labeling nucleic acid molecules

within a first cell, the method comprising "generating complementary deoxyribonucleic acid

(cDNA) molecules within the plurality of cells by reverse transcribing the RNA molecules using

a reverse transcription primer comprising a 5' overhang sequence."

Amended independent claim 38 now recites a method of barcoding nucleic acids within a

plurality of cells, the method comprising "generating complementary DNA (cDNA) molecules

within the plurality of cells by reverse transcribing ribonucleic acid (RNA) molecules using a

reverse transcription primer comprising a 5' overhang sequence."

Applicant respectfully disagrees with the rejections under 35 U.S.C. § 102(a)(2) over

Nolan I at least because Nolan I fails to disclose each and every element of the amended claims.

For example, Nolan I fails to disclose at least a method of uniquely labeling nucleic acid

molecules within a plurality of cells, the method comprising "reverse transcribing the RNA

molecules within the plurality of cells, thereby generating complementary deoxyribonucleic acid

(cDNA) molecules within the plurality of cells, wherein reverse transcribing the RNA molecules

comprises attaching primers to the RNA molecules, wherein the primers comprise a poly(T)

sequence, a random sequence, or both a poly(T) sequence and a random sequence" as recited in

amended independent claim 1. Additionally, Nolan I fails to disclose at least a method of

labeling nucleic acid molecules within a first cell, the method comprising "generating

complementary deoxyribonucleic acid (cDNA) molecules within the plurality of cells by reverse

transcribing the RNA molecules using a reverse transcription primer comprising a 5' overhang

sequence" as recited in amended independent claim 24. Further, Nolan I fails to disclose at least

Page 15 of 19

PARSE0000242

Appl. No. 14/941,433                                              Attorney Docket No.: 53433/600
Amdt. dated October 23, 2018
Reply to Office Action of May 14, 2018

a method of barcoding nucleic acids within a plurality of cells, the method comprising "generating complementary DNA (cDNA) molecules within the plurality of cells by reverse transcribing ribonucleic acid (RNA) molecules using a reverse transcription primer comprising a 5' overhang sequence" as recited in amended independent claim 38.

Furthermore, Applicant respectfully disagrees with the rejections under 35 U.S.C. § 102(a)(2) over Nolan I at least because Nolan I does not teach or suggest "reverse transcribing the RNA molecules within the plurality of cells, thereby generating complementary deoxyribonucleic acid (cDNA) molecules within the plurality of cells" as recited in amended independent claims 1, 24, and 38 of the present disclosure because the specification of Nolan I does not in any way teach or suggest such method step. For example, the specification of Nolan I merely defines the term "polynucleotide" and states that it may encompass "complementary DNA (cDNA), which is a DNA representation of mRNA, usually obtained by reverse transcription of messenger RNA (mRNA) or by amplification[.]" (See e.g., specification of Nolan I at paragraph [0071]). The mere observation that cDNA may be generated from mRNA by reverse transcription does not, however, in any way teach or suggest reverse transcribing mRNA within a cell or a plurality of cells to obtain intracellular cDNA for combinatorial barcoding using the methods and compositions as described in the present disclosure.

For at least these reasons, Nolan I fails to teach each and every element of amended independent claims 1, 24, and 38, and the claims depending therefrom. Thus, Nolan I does not anticipate amended claims 1, 3-9, 16, 24, and 38.

Accordingly, Applicant respectfully requests withdrawal of the rejection of claims 1, 3-9, 16, 24, and 38 under 35 U.S.C. § 102(a)(2) over Nolan I.

**Nolan II**

Claims 1, 3-9, 16, 17, 19-24, and 38 stand rejected under 35 U.S.C. § 102(a)(2) as allegedly being anticipated by US 2017/0321251 (hereinafter "Nolan II"). The Examiner alleges that Nolan II teaches the methods of "labeling molecules," "labeling nucleic acids," and "barcoding nucleic acids" as recited in independent claims 1, 24, and 38, respectively. *See Office*

Page 16 of 19

PARSE0000243

Appl. No. 14/941,433                                         Attorney Docket No.: 53433/600
Amdt. dated October 23, 2018
Reply to Office Action of May 14, 2018

*Action*, pages 10, 12, and 13. Applicant respectfully disagrees with respect to the claims as amended.

Amended independent claim 1 now recites a method of uniquely labeling nucleic acid molecules within a plurality of cells, the method comprising "reverse transcribing the RNA molecules within the plurality of cells, thereby generating complementary deoxyribonucleic acid (cDNA) molecules within the plurality of cells, wherein reverse transcribing the RNA molecules comprises attaching primers to the RNA molecules, wherein the primers comprise a poly(T) sequence, a random sequence, or both a poly(T) sequence and a random sequence."

Amended independent claim 24 now recites a method of labeling nucleic acid molecules within a first cell, the method comprising "generating complementary deoxyribonucleic acid (cDNA) molecules within the plurality of cells by reverse transcribing the RNA molecules using a reverse transcription primer comprising a 5' overhang sequence."

Amended independent claim 38 now recites a method of barcoding nucleic acids within a plurality of cells, the method comprising "generating complementary DNA (cDNA) molecules within the plurality of cells by reverse transcribing ribonucleic acid (RNA) molecules using a reverse transcription primer comprising a 5' overhang sequence."

Applicant respectfully disagrees with the rejections under 35 U.S.C. § 102(a)(2) over Nolan II at least because Nolan II fails to disclose each and every element of the amended claims. For example, Nolan II fails to disclose at least a method of uniquely labeling nucleic acid molecules within a plurality of cells, the method comprising "reverse transcribing the RNA molecules within the plurality of cells, thereby generating complementary deoxyribonucleic acid (cDNA) molecules within the plurality of cells, wherein reverse transcribing the RNA molecules comprises attaching primers to the RNA molecules, wherein the primers comprise a poly(T) sequence, a random sequence, or both a poly(T) sequence and a random sequence" as recited in amended independent claim 1. Additionally, Nolan II fails to disclose at least a method of labeling nucleic acid molecules within a first cell, the method comprising "generating complementary deoxyribonucleic acid (cDNA) molecules within the plurality of cells by reverse transcribing the RNA molecules using a reverse transcription primer comprising a 5' overhang sequence" as recited in amended independent claim 24. Further, Nolan II fails to disclose at least

Page 17 of 19

98901453.2 0053433-00600

Appl. No. 14/941,433
Amdt. dated October 23, 2018
Reply to Office Action of May 14, 2018

Attorney Docket No.: 53433/600

a method of barcoding nucleic acids within a plurality of cells, the method comprising "generating complementary DNA (cDNA) molecules within the plurality of cells by reverse transcribing ribonucleic acid (RNA) molecules using a reverse transcription primer comprising a 5' overhang sequence" as recited in amended independent claim 38.

Furthermore, Applicant respectfully disagrees with the rejections under 35 U.S.C. § 102(a)(2) over Nolan II at least because Nolan II does not teach or suggest "reverse transcribing the RNA molecules within the plurality of cells, thereby generating complementary deoxyribonucleic acid (cDNA) molecules within the plurality of cells" as recited in amended independent claims 1, 24, and 38 of the present disclosure because the specification of Nolan II does not in any way teach or suggest such method step. For example, the specification of Nolan II merely defines the term "polynucleotide" and states that it may encompass "complementary DNA (cDNA), which is a DNA representation of mRNA, usually obtained by reverse transcription of messenger RNA (mRNA) or by amplification[.]" (See e.g., specification of Nolan II at paragraph [0059]). However, the mere observation that cDNA may be generated from mRNA by reverse transcription does not teach or suggest in any way reverse transcribing mRNA within a cell or a plurality of cells to obtain intracellular cDNA for combinatorial barcoding using the methods and compositions as described in the present disclosure.

For at least these reasons, Nolan II fails to teach each and every element of amended independent claims 1, 24, and 38, and the claims depending therefrom. Thus, Nolan II does not anticipate amended claims 1, 3-9, 16, 24, and 38.

Accordingly, Applicant respectfully requests withdrawal of the rejection of claims 1, 3-9, 16, 24, and 38 under 35 U.S.C. § 102(a)(2) over Nolan II is respectfully requested.

98901453.2 0053433-00600

PARSE0000245

Appl. No. 14/941,433                                              Attorney Docket No.: 53433/600
Amdt. dated October 23, 2018
Reply to Office Action of May 14, 2018

## CONCLUSION

In view of the foregoing, Applicant believes all claims now pending in this Application are in condition for allowance.  The issuance of a formal Notice of Allowance at an early date is respectfully requested.

Further, the Commissioner is hereby authorized to charge any additional fees or credit any overpayment in connection with this paper to Deposit Account No. 502375.

If the Examiner believes a telephone conference would expedite prosecution of this application, please telephone the undersigned at 801-578-6933.

Respectfully submitted,

Dated: October 23, 2018                    / Ted Olin Ririe /

Ted Olin Ririe
Reg. No. 72,919
STOEL RIVES LLP

Attorney for Applicant

Page 19 of 19

98901453.2 0053433-00600

PARSE0000246

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 14/941,433 | Filing Date 11/13/2015 | ☑ To be Mailed |
|---|---|---|---|

**ENTITY:** ☐ LARGE  ☑ SMALL  ☐ MICRO

## APPLICATION AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | x $40 = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | x $210 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED - PART II

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | 10/23/2018 | | | | | | |
| | Total (37 CFR 1.16(i)) | * 28 | Minus | ** 28 | = 0 | x $50 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 4 | Minus | *** 4 | = 0 | x $230 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | 0 |

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | | | | | | | |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $0 = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $0 = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | |

| | |
|---|---|
| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | LIE |
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | ANGELA D JOHNSON |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |
| The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1. | |

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PARSE0000247

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/941,433 | 11/13/2015 | Georg Seelig | 53433/600 | 8295 |

32642      7590      06/06/2019
STOEL RIVES LLP - SLC
201 SOUTH MAIN STREET, SUITE 1100
ONE UTAH CENTER
SALT LAKE CITY, UT 84111

| EXAMINER |
|---|
| WEILER, KAREN S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1639 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 06/06/2019 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patlaw@stoel.com

PTOL-90A (Rev. 04/07)

| **Office Action Summary** | **Application No.** 14/941,433 | **Applicant(s)** Seelig et al. | |
|---|---|---|---|
| | **Examiner** Karen S Weiler | **Art Unit** 1639 | **AIA (FITF) Status** Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☑ Responsive to communication(s) filed on <u>10-23-2018</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☑ This action is **FINAL.**     2b) ☐ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) <u>1,3-7,11-13,16-24,38,53-55 and 81-86</u> is/are pending in the application.
    5a) Of the above claim(s) <u>11-13,53-55 and 81-82</u> is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☑ Claim(s) <u>1,3-7,16-24,38 and 83-86</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
       a) ☐ All    b) ☐ Some**    c) ☐ None of the:
       1. ☐ Certified copies of the priority documents have been received.
       2. ☐ Certified copies of the priority documents have been received in Application No. _____.
       3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____.

4) ☐ Other: _____.

PARSE0000813

Application/Control Number: 14/941,433                                                    Page 2
Art Unit: 1639

### DETAILED ACTION

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.


#### Status of Claims

1.        This action is in reply to the Applicant's amendments and request for reconsideration on the merits, filed on 10-23-2018.

Claims 11-13 and 53-55 remain withdrawn.

It is noted that Applicants have designated the status of previously withdrawn claim 11 as "Currently Amended", as opposed to "Withdrawn - Currently Amended". Applicants' designation of claim 11 as *not* withdrawn is being interpreted as an inadvertent error. Claim 11 remains withdrawn, even in view of Applicants' amendment. As indicated in the Support section of Applicants' REMARKS, support for a single stranded adaptor that hybridizes to RNA (i.e. paragraphs [0008] and [0051]-[0054], and Figure 3A) relate to non-elected embodiment of RNA labeling. In addition, a cursory search of the Specification failed to identify support for hybridization of a single-stranded adapter sequence followed by hybridization of a reverse transcription primer comprising oligo(dT) or a random sequence, to the cellular RNA molecules. As well, the support cited by Applicants for the invention of parent claim 1 describes reverse transcription using a reverse transcription primer having a 5' overhang that is used for labeling the cDNA molecules.

Analogously, new claims 81 and 82 are withdrawn as being drawn to nonelected species. As indicated in the Support section of Applicants' REMARKS, support for a single stranded adaptor that is ligated to RNA (i.e. paragraphs [0008] and [0051]-[0054], and Figure 3A) relate to the non-elected embodiment of RNA labeling.

Claims 1, 3-7, 16-24, 38 and 83-86 of the instant application are under examination under the first inventor to file provisions of the AIA.


#### Claim Interpretation

Application/Control Number: 14/941,433                                                    Page 3
Art Unit: 1639

2.    **Claim 20** recites at line 2, "the cDNA molecules".  In view of the instant disclosure, especially the paragraphs of the Specification that Applicants cited as support for the amendment of claim 20, the phrase "the cDNA molecules" is being interpreted as "the secondary nucleic acid-tagged cDNA molecules".

3.    **Claims 24 and 38** conclude with two new wherein clauses: wherein the 3' hybridization sequence is the same for each of the plurality of nucleic acid tags, and wherein the 5' hybridization sequence is the same for each of the plurality of nucleic acid tags.  The antecedent basis for "the plurality of nucleic acid tags" is not entirely clear, as step (d) indicates that there are multiple pluralities of nucleic acid tags, one plurality per aliquot.  As well, step (g) recites repeating steps (c)-(f), which has the effect of there being additional pluralities.  One interpretation of the wherein clauses is that there is a common hybridization sequence (for the 5' and for the 3') for each nucleic acid tag of a plurality.  It could *additionally* be true that each plurality of the multiple pluralities in a round of tag addition has a common 3' hybridization sequence and a common 5' hybridization sequence.  It could *additionally* be true that each plurality of all of the pluralities used in all rounds of tag addition have a common 3' hybridization sequence and a common 5' hybridization sequence.  The claims are being interpreted, in view of the Examiner's understanding of the disclosure, as reciting that each nucleic acid tag in the pluralities of nucleic acid tags provided to the plurality of aliquots during a single performance of step (d) shares a common 3' hybridization sequence and a common 5' hybridization sequence.

### *Claim Rejections - 35 USC § 112 - New Grounds*

The following is a quotation of 35 U.S.C. 112(a):

> (a) IN GENERAL.—The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor or joint inventor of carrying out the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), first paragraph:

> The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make

Application/Control Number: 14/941,433                                    Page 4
Art Unit: 1639

and use the same and shall set forth the best mode contemplated by the inventor of carrying out his invention.

4.      Claim 7 and 85 are rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first paragraph, as failing to comply with the written description requirement. The claim(s) contains subject matter which was not described in the specification in such a way as to reasonably convey to one skilled in the relevant art that the inventor or a joint inventor, or for pre-AIA the inventor(s), at the time the application was filed, had possession of the claimed invention. **This is a new matter rejection.**

Amended **claim 7** is directed to features of primary and secondary nucleic acid tags. Applicants cite support for the claim amendment at paragraph [0049]. Inspection of the cited paragraph, as well as a cursory review of the entire Specification as filed, failed to reveal support for two newly claimed tag features. Firstly, no support is found for secondary nucleic acid tags comprising a primary tag sequence. Indeed, such a feature appears contradictory to the limitations of parent claim 1. Secondly, no support is found for the second strand as broadly claimed, in particular "a sequence of the cDNA molecules". Rather, paragraph [0059] describes the second strand of the primary and secondary nucleic acid tags of the invention as comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence and (ii) a second portion complementary to the 3' hybridization sequence. Accordingly, amended claim 7 appears to recite new matter.

New **claim 85** recites a method step of coupling the cDNA molecules with a plurality of "ligation stop oligos". Applicants cite support for the new claim at paragraph [0021] and Figure 14. However, paragraph [0021] is the legend of Figure 14, which merely states that ligation stop oligos are depicted in the figure, and Figure 14 does not depict a method step. A cursory search of the instant Specification only revealed paragraph [0088], corresponding to Example 3, which describes a use of "ligation stop oligos". This use does not include coupling the cDNA molecules with a plurality of ligation stop oligos, as presently recited.

The following is a quotation of 35 U.S.C. 112(b):

    (B) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:

Application/Control Number: 14/941,433                                          Page 5
Art Unit: 1639

> The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

5.      Claims 6, 7 and 85 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the invention.

Amended **claim 6** modifies the method of claim 1 to recite a first step of fixing and permeabilizing the plurality of cells. However, the plurality of cells is not provided until the subsequent step of the method. Are the provided plurality of cells different from the plurality of cells that are fixed and permeabilized? The metes and bounds of the claim would not be clear to the person of ordinary skill in the art.

Amended **claim 7** is directed to features of primary and secondary nucleic acid tags wherein the first strand of said tags comprises a "primary tag sequence". The term "primary tag sequence" has replaced the term "barcode sequence" recited in the original claim, via amendment. The term "primary tag sequence" is not explicitly disclosed within the instant Specification. As presently written, the claim appears to describe a universal feature of all (primary <u>and secondary</u>) nucleic acid tags of the invention, which is a common "primary tag sequence". In contrast to the term "barcode", the plain and ordinary meaning of "primary tag sequence" does not suggest any variation or multiple, different sequences. Accordingly, it is not clear how the nucleic acid tags recited in amended claim 7 relate to the method purpose of "uniquely labeling nucleic acid molecules", or to the claimed difference between nucleic acid tags of a first aliquot and a second aliquot, as per steps (d) and (h) of parent claim 1. For the purpose of the present examination, the "primary tag sequence" of the first strand is being interpreted as a barcode sequence.

New **claim 85** recites a step of coupling cDNA molecules with "ligation stop oligos". It would not be clear to the person of ordinary skill in the art, in view of Applicants' disclosure, what process step is intended. For example, the name "ligation stop oligo" implies a ligation step, but none is recited in the claims from which claim 85 depends. Similarly, it is not clear what is encompassed by the phrase "iteration of tagging". Although parent claim 3 recites repeating a series of steps, which is reasonably interpreted as a second iteration of steps, it is not clear to what step(s) "tagging" refers. Is "tagging" equivalent to "coupling"? The claim appears to be missing steps or elements (e.g. ligation, at least) that

PARSE0000817

are essential for interrelating "ligation stop oligos" with the claimed process steps.  In addition, the term "the cDNA molecules" finds antecedent basis in steps (b) and (c) of claim 1, but following step (e) is no longer applicable.  The metes and bounds of the claim would not be clear to the person of ordinary skill in the art.


### Claim Rejections - 35 USC § 102 - Maintained

In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and the rationale supporting the rejection, would be the same under either status.

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
>  (a)(2) the claimed invention was described in a patent issued under section 151, or in an application for patent published or deemed published under section 122(b), in which the patent or application, as the case may be, names another inventor and was effectively filed before the effective filing date of the claimed invention.


6.      Claims 24 and 38 are rejected under 35 U.S.C. 102(a)(2) as being anticipated by Nolan et al. (US PGPub 2015/0329852 A1, published 11-19-2015, effectively filed 08-08-2012; of record).

Nolan teaches instant **claim 24**, a method of labeling nucleic acid molecules within a first cell (e.g. methods of imparting a particle (i.e. cell) specific code to a component of a particle (i.e. cell) of a population of particles (i.e. cells); e.g. paragraph [0027]), the method comprising:

(a) providing a plurality of cells comprising the first cell, wherein the plurality of cells comprises ribonucleic acid (RNA) molecules (e.g. paragraphs [0004]-[0005], [0029], and [0031]-[0033], wherein cells inherently have RNA molecules; see also paragraph [0187]);

(b) generating complementary deoxyribonucleic acid (cDNA) molecules within the plurality of cells by reverse transcribing the RNA molecules using a reverse transcription primer comprising a 5' overhang sequence (e.g. the nucleic acid(s) can be derived from reverse transcription; e.g. paragraph [0075]; e.g. in some embodiments, the ESB (epitope specific barcode) is an antisense nucleic acid for a

complementary target nucleic acid sequence; e.g. paragraph [0109]; e.g. unique binding agents (UBAs)

bind to at least one target molecule, such as nucleic acids, such as target mRNA; e.g. paragraph [0088];

e.g. the ESBs are attached to the UBAs; e.g. paragraph [0102]; e.g. the ESB comprises a first common

linker (CL) or linking oligonucleotide; e.g. paragraphs [0027], [0104] and [0181]; e.g. the ESBs comprise a

common linker oligo that is complementary to the common linker oligo of the APSs (assayable polymer

subunits); e.g. paragraphs [0104] and [0185]);

    (c) dividing the plurality of cells into a number (n) of aliquots (e.g. split pool synthesis comprising a

population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. splitting the

population of cells into m reaction volumes; e.g. paragraph [0029]);

    (d) providing a plurality of nucleic acid tags to each of the n aliquots, each of the nucleic acid tags

comprising: a first strand comprising a labeling sequence, a 3' hybridization sequence extending from a 3'

end of the labeling sequence and a 5' hybridization sequence extending from a 5' end of the labeling

sequence; and a second strand comprising an overhang sequence, the overhang sequence comprising

(i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang

sequence of the reverse transcription primer; and (ii) a second portion complementary to the 3'

hybridization sequence (e.g. split pool synthesis comprising a population of cells and a plurality of APS

sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. an APS is linked using a linking oligonucleotide

comprising the first and the second complementary region to two components selected from a UBA, an

APS, and an ESB; e.g. paragraph [0019]; e.g. the ESB comprises a common linker oligonucleotide; e.g.

paragraph [0019]; e.g. Figures 7 and 8),

    wherein each labeling sequence of the plurality of nucleic acid tags provided into a given aliquot is the

same, and wherein a different labeling sequence is provided into each of the n aliquots (e.g. adding one

APS from the population of APSs per sample to the two or more samples; e.g. paragraph [0033]; e.g.

each of the reaction volumes created by the most recent splitting receives a different APS from the APS

set; e.g. paragraph [0031]; e.g. a unique COB (cell origination barcode) is associated to the UBAs in a

specific cell such that each COB can be associated to the target molecules bound to the UBAs in that

cell; e.g. paragraph [0086]);

PARSE0000819

Application/Control Number: 14/941,433                                                     Page 8
Art Unit: 1639

(e) binding at least one of the cDNA molecules in each of the n aliquots to the nucleic acid tags in each of the n aliquots provided in (d) (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. the APS added on each round is linked to the first (target molecule-UBA-ESB) complex; e.g. paragraph [0031]);

(e) combining the n aliquots (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. pooling two or more reaction volumes; e.g. paragraph [0029]); and

(f) repeating (c)-(f) with the combined aliquot, thereby labeling nucleic acid molecules within the first cell with two or more labeling sequences (e.g. performing n rounds of split pool synthesis; e.g. paragraph [0029]),

wherein the 3' hybridization sequence is the same for each of the plurality of nucleic acid tags, and wherein the 5' hybridization sequence is the same for each of the plurality of nucleic acid tags (e.g. the complementary regions of the annealing primer (i.e. first and second portions of the instant second strand) are specific to each round; e.g. paragraph [0312] and Figure 7, wherein "are specific to" is interpreted as indicating that all of the annealing primers of a round have specified, common complementary regions (first and second portions), and wherein the sequences of the 3' and 5' hybridization sequences are complementary to the first and second portions, and thus are also specified, common sequences; e.g. APS's (i.e. instant first strands) have a pair of round-specific annealing regions (i.e. instant 5' and 3' hybridization regions); e.g. paragraphs {0129], [0315] and [0321], wherein "round specific" is interpreted as indicating a specified, common sequence for each annealing region of the APS's used in a round of labeling).

Nolan teaches instant **claim 38**, a method of barcoding nucleic acids within a plurality of cells (e.g. methods of imparting a particle (i.e. cell) specific code to a component of a particle (i.e. cell) of a population of particles (i.e. cells); e.g. paragraph [0027]), the method comprising:

(a) providing the plurality of cells, wherein the plurality of cells comprise ribonucleic acid (RNA) molecules (e.g. paragraphs [0004]-[0005], [0029], and [0031]-[0033], wherein cells inherently have RNA molecules; see also paragraph [0187]);

PARSE0000820

(b) generating complementary DNA (cDNA) molecules within the plurality of cells by reverse transcribing RNA molecules using a reverse transcription primer comprising a 5' overhang sequence (e.g. the nucleic acid(s) can be derived from reverse transcription; e.g. paragraph [0075]; e.g. in some embodiments, the ESB (epitope specific barcode) is an antisense nucleic acid for a complementary target nucleic acid sequence; e.g. paragraph [0109]; e.g. unique binding agents (UBAs) bind to at least one target molecule, such as nucleic acids, such as target mRNA; e.g. paragraph [0088]; e.g. the ESBs are attached to the UBAs; e.g. paragraph [0102]; e.g. the ESB comprises a first common linker (CL) or linking oligonucleotide; e.g. paragraphs [0027], [0104] and [0181]; e.g. the ESBs comprise a common linker oligo that is complementary to the common linker oligo of the APSs (assayable polymer subunits); e.g. paragraphs [0104] and [0185]);

(c) dividing the plurality of cells into at least two aliquots (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. splitting the population of cells into m reaction volumes; e.g. paragraph [0029]);

(d) providing a plurality of nucleic acid tags to each of the at least two aliquots, each of the nucleic acid tags comprising: a first strand comprising a 3' hybridization sequence extending from a 3' end of a barcode sequence and a 5' hybridization sequence extending from a 5' end of the barcode sequence, and a second strand comprising an overhang sequence, the overhang sequence comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence of the reverse transcription primer; and (ii) a second portion complementary to the 3' hybridization sequence (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. an APS is linked using a linking oligonucleotide comprising the first and the second complementary region to two components selected from a UBA, an APS, and an ESB; e.g. paragraph [0019]; e.g. the ESB comprises a common linker oligonucleotide; e.g. paragraph [0019]; e.g. Figures 7 and 8),

wherein each barcode sequence of the plurality of nucleic acid tags introduced into a given aliquot is the same, and wherein a different barcode sequence is introduced into each aliquot (e.g. adding one APS from the population of APSs per sample to the two or more samples; e.g. paragraph [0033]; e.g. each of the reaction volumes created by the most recent splitting receives a different APS from the APS set; e.g.

PARSE0000821

paragraph [0031]; e.g. a unique COB (cell origination barcode) is associated to the UBAs in a specific cell such that each COB can be associated to the target molecules bound to the UBAs in that cell; e.g. paragraph [0086]);

(e) binding at least one of the cDNA molecules in each of the at least two aliquots to the nucleic acid tags (e.g. split pool synthesis comprising a population of cells and a plurality of assayable polymer subunit (APS) sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. the APS added on each round is linked to the first (target molecule-UBA-ESB) complex; e.g. paragraph [0031]);

(f) combining the at least two aliquots (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. pooling two or more reaction volumes; e.g. paragraph [0029]); and

(g) repeating (c)-(f) at least once with the combined aliquot (e.g. performing n rounds of split pool synthesis; e.g. paragraph [0029]),

wherein the 3' hybridization sequence is the same for each of the plurality of nucleic acid tags, and wherein the 5' hybridization sequence is the same for each of the plurality of nucleic acid tags. (e.g. the complementary regions of the annealing primer (i.e. first and second portions of the instant second strand) are specific to each round; e.g. paragraph [0312] and Figure 7, wherein "are specific to" is interpreted as indicating that all of the annealing primers of a round have specified, common complementary regions (first and second portions), and wherein the sequences of the 3' and 5' hybridization sequences are complementary to the first and second portions, and thus are also specified, common sequences; e.g. APS's (i.e. instant first strands) have a pair of round-specific annealing regions (i.e. instant 5' and 3' hybridization regions); e.g. paragraphs {0129], [0315] and [0321], wherein "round specific" is interpreted as indicating a specified, common sequence for each annealing region of the APS's used in a round of labeling).

### *Claim Rejections - 35 USC § 103 – New Grounds*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed
> invention is not identically disclosed as set forth in section 102 of this title, if the differences

between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains. Patentability shall not be negated by the manner in which the invention was made.

This application currently names joint inventors. In considering patentability of the claims the examiner presumes that the subject matter of the various claims was commonly owned as of the effective filing date of the claimed invention(s) absent any evidence to the contrary. Applicant is advised of the obligation under 37 CFR 1.56 to point out the inventor and effective filing dates of each claim that was not commonly owned as of the effective filing date of the later invention in order for the examiner to consider the applicability of 35 U.S.C. 102(b)(2)(C) for any potential 35 U.S.C. 102(a)(2) prior art against the later invention.

7.       Claims 1, 3-7, 16-23 and 83-85 are rejected under 35 U.S.C. 103(a) as being unpatentable over Jaitin et al. (Science 343(6172):776-779, including online Supplement; as cited in the IDS), in view of Nolan et al. (US PGPub 2015/0329852 A1, published 11-19-2015, effectively filed 08-08-2012; of record).

With regard to instant **claims 1, 83 and 84**, Jaitin et al. teach a method of uniquely labeling molecules within a plurality of cells (e.g. molecular and cellular labeling of RNA molecules from single cells in a population of cells; e.g. p. 778, 3rd column, 2nd paragraph, Figure S1 and entire document), the method comprising:

(a) providing the plurality of cells, wherein the plurality of cells comprises ribonucleic acid (RNA) molecules (e.g. sampling of thousands of cells; e.g. abstract, p. 778, 1st column, 1st paragraph, e.g. p. 2 of Supplement, and Figure S1);

(b) reverse transcribing the RNA molecules within the plurality of cells, thereby generating complementary deoxyribonucleic acid (cDNA) molecules within the plurality of cells (e.g. p. 3 of Supplement at "Barcoding and Reverse Transcription (RT) reaction" and Figures S1 and S2; see also Table S7),

wherein reverse transcribing the RNA molecules comprises attaching primers to the RNA molecules, wherein the primers comprise a poly(T) sequence, a random sequence, or both a poly(T) sequence and a random sequence (i.e. poly(T) sequence and a random sequence of six nucleotides; e.g. p. 8, 2nd paragraph of Supplement, Figures S1 and S2, and Table S7, wherein the teaching of a random molecular

tag (RMT) of 4-8 nucleotides reads on a 6 nucleotide RMT (i.e. hexamer), given the small size of the genus of RMTs of 4-8 nucleotides, as per MPEP 2131.02).

Jaitin et al teach instant **claim 23**, wherein the plurality of cells is selected from at least one of mammalian cells, yeast cells, and bacterial cells (i.e. mammalian cells; e.g. p. 778, 3rd column, 1st paragraph).

Although Jaitin et al. teach dividing a plurality of cells into a plurality of aliquots and providing nucleic acid tags to each of said aliquots as well as pooling aliquots (e.g. Figure S1), Jaitin et al. do not teach these steps in the order instantly claimed, nor the sequential coupling of distinct primary and secondary nucleic acid tags to the cDNA molecules in each aliquot in order to construct a cell labelling sequence. Rather, the 5' overhang of each reverse transcription primer comprises a labelling sequence (e.g. Figures S1 and S2).

With further regard to instant **claim 1**, Nolan et al. teach a method of labeling target molecules in single cells of a complex cell population with tags that retain cell-specific information (e.g. paragraphs [0004]-[0005] and [0024]) comprising

(c) dividing the plurality of cells comprising the cDNA molecules into a plurality of primary aliquots, wherein the plurality of primary aliquots comprises a first primary aliquot and a second primary aliquot (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. for each round of split-pool synthesis, splitting the population of cells into m reaction volumes; e.g. paragraph [0029], wherein m is 2, 3, 4,5,6, 7,8,9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20 or more than 20; e.g. paragraph [0031]);

(d) providing primary nucleic acid tags to the plurality of primary aliquots, wherein the primary nucleic acid tags provided to the first primary aliquot are different from the primary nucleic acid tags provided to the second primary aliquot (e.g. contacting one or more reaction volumes (i.e. instant aliquots) with an APS (assayable polymer subunit; i.e. instant nucleic acid tag) from an APS set of APSs that are detectably distinct from each other; e.g. paragraph [0029]; e.g. each reaction volume receives a different APS from the APS set; e.g. paragraphs [0031] and [0045]-[0046]);

(e) coupling the cDNA molecules from each of the plurality of primary aliquots with the provided primary nucleic acid tags of (d), thereby tagging the cDNA molecules with the primary nucleic acid tags

PARSE0000824

Application/Control Number: 14/941,433                                                    Page 13
Art Unit: 1639

and producing primary nucleic acid-tagged cDNA molecules, and wherein the cDNA molecules of the first primary aliquot are tagged with a different primary nucleic acid tag than cDNA molecules of the second primary aliquot (e.g. the APS added on each round is linked to the first complex (i.e. instant RNA-cDNA molecule); e.g. paragraph [0031]; e.g. each reaction volume receives a different APS from the APS set; e.g. paragraphs [0031] and [0045]-[0046]);

(f) combining the plurality of primary aliquots (e.g. pooling two or more reaction volumes; e.g. paragraph [0029]);

(g) dividing the combined primary aliquots of (f) into a plurality of secondary aliquots, wherein the plurality of secondary aliquots comprises a first secondary aliquot and a second secondary aliquot (e.g. performing another round of split-pool synthesis comprising splitting the population of cells into m reaction volumes; e.g. paragraph [0029], as described for instant step (c));

(h) providing secondary nucleic acid tags to the plurality of secondary aliquots, wherein the secondary nucleic acid tags provided to the first secondary aliquot are different from the secondary nucleic acid tags provided to the second secondary aliquot (e.g. performing another round of split-pool synthesis comprising contacting one or more reaction volumes with an APS from a round-specific APS set; e.g. paragraph [0029], as described for instant step (d)); and

(i) coupling the primary nucleic acid-tagged cDNA molecules of (e) from each of the plurality of secondary aliquots with the provided secondary nucleic acid tags of (h), thereby tagging the primary nucleic acid-tagged cDNA molecules with the secondary nucleic acid tags and producing secondary nucleic acid-tagged cDNA molecules, and wherein the secondary nucleic acid-tagged cDNA molecules of the first secondary aliquot are tagged with a different secondary nucleic acid tag than the secondary nucleic acid-tagged cDNA molecules of the second secondary aliquot (e.g. performing another round of split-pool synthesis; e.g. paragraph [0029], wherein "synthesis" is understood as the linkage of an APS, as described for instant step (e); e.g. the APS added on each round is linked to the first complex and the linking is in order of rounds; e.g. paragraph [0031]; e.g. each reaction volume receives a different APS from the APS set; e.g. paragraphs [0031] and [0045]-[0046]) .

Nolan et al. teach instant **claim 3**, further comprising: (j) repeating (f), (g), (h), and (i) with subsequent aliquots (e.g. paragraphs [0029] and [0031]).

PARSE0000825

Nolan et al. teach instant **claims 4 and 5**, wherein step (j) is repeated a number of times

sufficient to generate a unique series of nucleic acid tags for the cDNA molecules in a single cell of the

plurality of cells, wherein the number of times is 1, 2, 3, 4, or 5 (e.g. n rounds of split-pool synthesis,

wherein an appropriate n is selected based on a desired certainty level given a number of cells, x; e.g.

paragraphs [0026] and [0029]; e.g. n is 2, 3, 4,5,6, 7,8,9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20 or more

than 20; e.g. paragraph [0031]; see also paragraphs [0188]-[0192]).

Nolan et al. teach instant **claim 6**, further comprising, prior to (a), fixing and permeabilizing the

plurality of cells (e.g. paragraphs [0137] and [0187]).

Nolan et al. teach instant **claim 7**, wherein each of the primary nucleic acid tags and secondary

nucleic acid tags comprises:

a first strand comprising:

a primary tag sequence,

a 3' hybridization sequence flanking the 3' end of the primary tag sequence, and a 5' hybridization

sequence flanking the 5' end of the primary tag sequence; and

a second strand comprising:

a first portion complementary to the 5' hybridization sequence or a sequence of the cDNA

molecules, and a second portion complementary to the 3' hybridization sequence or a sequence of

the cDNA molecules

(e.g. an APS (i.e. instant first strand) is linked using a linking oligonucleotide (i.e. instant second

strand) comprising the first and the second complementary regions to two components selected from a

UBA, an APS, and an ESB (i.e. instant first and second portions); e.g. paragraph [0019]; e.g. the

annealing primer (i.e. instant second strand) may comprise a first complementary region (i.e. instant first

portion) to the CL (i.e. analogous to instant cDNA primer) or an APS (i.e. instant first strand) added during

the previous round of a stepwise synthesis, and may also comprise a second complementary region (i.e.

instant second portion) to the APS being added during a current round; e.g. paragraph [0130] and Figures

7 and 8).

PARSE0000826

Nolan et al. teach instant **claim 16**, further comprising ligating the primary nucleic acid tag of a primary nucleic acid-tagged cDNA molecule to the secondary nucleic acid tag (e.g. paragraphs [0005], [0016], [0019], [0031] and throughout document).

Nolan et al. teach instant **claim 17**, wherein the ligation is performed within the plurality of cells (e.g. paragraph [0145]).

Nolan et al. teach instant **claim 18**, further comprising removing primary nucleic acid tags or secondary nucleic acid tags that are unbound to the cDNA molecules (e.g. immobilization and/or purification of COB (cell origination barcode)-ESB-UBA-target complexes from unbound material; e.g. paragraphs [0119]-[0121]).

Nolan et al. teach instant **claim 19**, wherein a final nucleic acid tag coupled to the cDNA molecules comprises a capture agent (e.g. the APSs in the final round comprise an amplification complementary primer region, for example an Illumina primer sequence; e.g. paragraph [0046]; e.g. the COB can comprise an affinity tag; e.g. paragraph [0120]; see also paragraph [0333]).

Nolan et al. teach instant **claim 20**, further comprising lysing the plurality of cells to release the cDNA molecules from within the plurality of cells (e.g. cells may be lysed; e.g. paragraph [0012]; e.g. the COB-ESB-UBA-target complexes may be purified and/or immobilized, which implicitly teaches lysing of the cells; e.g. paragraph [0119]).

Nolan et al. teach instant **claim 21**, further comprising lysing the plurality of cells to release the cDNA molecules from within the plurality of cells prior to the ligation (e.g. the APSs are first assembled inside a cell, and are linked outside a cell; e.g. paragraph [0145], wherein it would be understood by the person of ordinary skill that the transition from inside of the cell (assembly) to outside of the cell (ligation) reflects lysing of the cell).

Nolan et al. teach instant **claim 22**, wherein the lysing is subsequent to (i) (e.g. paragraphs [0119] and [0145], as described in the rejection of claims 20 and 21), and wherein a majority of the nucleic acid tagged cDNA molecules from a single cell comprises the same plurality of nucleic acid tags coupled thereto (i.e. an intended result inherent to performance of the tagging steps of claim 1, which are taught by the prior art, as described above; see also paragraph [0189]).

PARSE0000827

Nolan et al. teach instant **claim 85**, further comprising coupling the cDNA molecules with a plurality of ligation stop oligos after each iteration of tagging of the cDNA molecules (e.g. methods to stall the synthesis of COBs missing one or more APSs; e.g. paragraph [0127]).

It would have been *prima facie* obvious to one of ordinary skill in the art before the effective filing date of the claimed invention to modify the single-cell RNA-Seq method of Jaitin et al. by adding a cell barcode (label) to cDNA molecules of each cell by a split-pool synthesis approach using a pool of individual cells, as taught by Nolan et al., thus obtaining Applicants' invention without any surprising or unexpected results.  One would have been motivated to do so because separating individual cells into separate compartments, with one cell per compartment, so that individual enzymatic reactions (e.g. cell labeling) can be performed, as taught by Jaitin et al., is laborious and uses significant amounts of reagents.  In contrast, the split-pool labeling approach of Nolan et al. treats a population of cells as a single sample, and enzymatic steps are performed on a small number of sample aliquots.  Nolan et al. teach that multiplexing within one sample saves significant labor, reduces sample quantity requirements proportional to the number of measurements, and improves accuracy by elimination of errors compounded by separate sample handling and measurement steps (e.g. paragraph [0084]).  As noted by Nolan et al., the split-pool labeling approach offers "throughput advantages" (e.g. paragraph [0084]), whereas the use of multiwell plates to contain individual cells practically limits the number of cells for analysis.  One of ordinary skill in the art would have had a reasonable expectation of success in so modifying the method since split-pool synthesis of biomolecules is well-known in the art, and does not require additional reagents or expensive equipment.


8.      Claims 1, 3-7, 16-23 and 83-86 are rejected under 35 U.S.C. 103(a) as being unpatentable over Jaitin et al. (Science 343(6172):776-779, including online Supplement; as cited in the IDS), in view of Nolan et al. (US PGPub 2015/0329852 A1, published 11-19-2015, effectively filed 08-08-2012; of record), as applied to claims 1, 3-7, 16-23 and 83-85, in further view of Matsuda et al. (Journal of Histochemistry & Cytochemistry 59(1) 68–75, published 02-23-2011).

The teachings of Jaitin et al. in view of Nolan et al. are described above.

Nolan et al. are silent with respect to the type of fixative, such as formaldehyde, used to preserve the cells, as per instant claim 86.

With regard to instant **claim 86**, Matsuda et al. teach wherein the plurality of cells is fixed using formaldehyde (e.g. abstract and entire document).

It would have been *prima facie* obvious to one of ordinary skill in the art before the effective filing date of the claimed invention to modify the single-cell RNA-Seq method of Jaitin et al. in view of Nolan et al. by employing formaldehyde as the cell fixative, as taught by Matsuda et al., thus obtaining Applicants' invention without any surprising or unexpected results. One would have been motivated to do so because formaldehyde is a commonly used cell fixative, and preserves a high quality of cellular RNA (e.g. abstract, p. 69, 1st column, 4th paragraph, p. 73, 2nd column, 1st paragraph and Figure 2). One of ordinary skill in the art would have had a reasonable expectation of success in so modifying the method since formaldehyde is inexpensive and readily available.

9.      Claims 24 and 38 are rejected under 35 U.S.C. 103(a) as being unpatentable over Jaitin et al. (Science 343(6172):776-779, including online Supplement; as cited in the IDS), in view of Nolan et al. (US PGPub 2015/0329852 A1, published 11-19-2015, effectively filed 08-08-2012; of record).

With regard to instant **claim 24**, Jaitin et al. teach a method of labeling nucleic acid molecules within a first cell (e.g. labeling RNA molecules from each cell; e.g. p. 778, 3rd column, 2nd paragraph and Figure S1), the method comprising:

(a) providing a plurality of cells comprising the first cell, wherein the plurality of cells comprises ribonucleic acid (RNA) molecules (e.g. sampling of thousands of cells; e.g. abstract, p. 778, 1st column, 1st paragraph, e.g. p. 2 of Supplement, and Figure S1);

(b) generating complementary deoxyribonucleic acid (cDNA) molecules within the plurality of cells by reverse transcribing the RNA molecules using a reverse transcription primer comprising a 5' overhang sequence (e.g. p. 3 of Supplement and Figures S1 and S2; see also Table S7);

thereby labeling nucleic acid molecules within the first cell with two or more labeling sequences (e.g. molecular and cellular tags; e.g. p. 778, 3rd column, 2nd paragraph and Figure S1).

With regard to instant **claim 38**, Jaitin et al. teach a method of barcoding nucleic acids within a plurality of cells (e.g. labeling RNA molecules from each cell of a population of cells using barcoding (i.e. tags); e.g. p. 778, 3rd column, 2nd paragraph and Figure S1), the method comprising:

(a) providing the plurality of cells, wherein the plurality of cells comprise ribonucleic acid (RNA) molecules (e.g. sampling of thousands of cells; e.g. abstract, p. 778, 1st column, 1st paragraph, e.g. p. 2 of Supplement, and Figure S1);

(b) generating complementary DNA (cDNA) molecules within the plurality of cells by reverse transcribing RNA molecules using a reverse transcription primer comprising a 5' overhang sequence (e.g. barcoding and reverse transcription reaction; e.g. p. 3 of Supplement and Figures S1 and S2; see also Table S7);

Although Jaitin et al. teach dividing a plurality of cells into a plurality of aliquots and providing nucleic acid tags to each of said aliquots as well as pooling aliquots (e.g. Figure S1), Jaitin et al. do not teach these steps in the order recited in instant claims 24 and 38, nor the step of binding of nucleic acid tags comprising a first barcode/label strand and a second strand to the cDNA molecules in each aliquot in order to construct a cell barcode or label.  Rather, the 5' overhang of each reverse transcription primer comprises a barcode/label sequence (e.g. Figures S1 and S2).

With further regard to instant **claims 24 and 38**, Nolan et al. teach a method of labeling target molecules in single cells of a complex cell population with tags that retain cell-specific information (e.g. paragraphs [0004]-[0005] and [0024]) comprising

(c) dividing the plurality of cells into at least two or (n) aliquots (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. splitting the population of cells into m reaction volumes; e.g. paragraph [0029], wherein m is 2, 3, 4,5,6, 7,8,9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20 or more than 20; e.g. paragraph [0031]);

(d) providing a plurality of nucleic acid tags to each of the aliquots, each of the nucleic acid tags comprising:

a first strand comprising a labeling/barcode sequence, a 3' hybridization sequence extending from a 3' end of the labeling/barcode sequence, and a 5' hybridization sequence extending from a 5' end of the labeling/barcode sequence; and

a second strand comprising an overhang sequence, the overhang sequence comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence of the reverse transcription primer; and (ii) a second portion complementary to the 3' hybridization sequence

(e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. an APS is linked using a linking oligonucleotide comprising the first and the second complementary region to two components selected from a UBA, an APS, and an ESB; e.g. paragraph [0019]; e.g. the ESB comprises a common linker oligonucleotide; e.g. paragraph [0019]; e.g. the annealing primer (i.e. instant second strand) may comprise a first complementary region (i.e. instant first portion) to the CL (i.e. instant 5' overhang sequence) or an APS (i.e. instant first strand) added during the previous round of a stepwise synthesis, and may also comprise a second complementary region (i.e. instant second portion) to the APS being added during a current round; e.g. paragraph [0130] and Figures 7 and 8),

wherein each labeling/barcode sequence of the plurality of nucleic acid tags introduced into a given aliquot is the same, and wherein a different labeling/barcode sequence is introduced into each aliquot  (e.g. adding one APS from the population of APSs per sample to the two or more samples; e.g. paragraph [0033]; e.g. each of the reaction volumes created by the most recent splitting receives a different APS from the APS set; e.g. paragraphs [0031] and [0132]; e.g. a unique COB (cell origination barcode) is associated to the UBAs in a specific cell such that each COB can be associated to the target molecules bound to the UBAs in that cell; e.g. paragraph [0086]);

(e) binding at least one of the cDNA molecules in each of the aliquots to the nucleic acid tags of (d) (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. the APS added on each round is linked to the first (target molecule-UBA-ESB) complex; e.g. paragraph [0031]);

(f) combining the aliquots (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. pooling two or more reaction volumes; e.g. paragraph [0029]); and

(g) repeating (c)-(f) at least once with the combined aliquot (e.g. performing n rounds of split pool synthesis; e.g. paragraph [0029]),

wherein the 3' hybridization sequence is the same for each of the plurality of nucleic acid tags, and wherein the 5' hybridization sequence is the same for each of the plurality of nucleic acid tags (e.g. the complementary regions of the annealing primer (i.e. first and second portions of the instant second strand) are specific to each round; e.g. paragraph [0312] and Figure 7, wherein "are specific to" is interpreted as indicating that all of the annealing primers of a round have specified, common complementary regions (first and second portions), and wherein the sequences of the 3' and 5' hybridization sequences are complementary to the first and second portions, and thus are also specified, common sequences; e.g. APS's (i.e. instant first strands) have a pair of round-specific annealing regions (i.e. instant 5' and 3' hybridization regions); e.g. paragraphs {0129], [0315] and [0321], wherein "round specific" is interpreted as indicating a specified, common sequence for each annealing region of the APS's used in a round of labeling).

It would have been *prima facie* obvious to one of ordinary skill in the art before the effective filing date of the claimed invention to modify the single-cell RNA-Seq method of Jaitin et al. by adding a cell barcode (label) to cDNA molecules of each cell by a split-pool synthesis approach using a pool of individual cells, as taught by Nolan et al., thus obtaining Applicants' invention without any surprising or unexpected results.  One would have been motivated to do so because separating individual cells into separate compartments, with one cell per compartment, so that individual enzymatic reactions (e.g. cell labeling) can be performed, as taught by Jaitin et al., is laborious and uses significant amounts of reagents.  In contrast, the split-pool labeling approach of Nolan et al. treats a population of cells as a single sample, and enzymatic steps are performed on a small number of sample aliquots. Nolan et al. teach that multiplexing within one sample saves significant labor, reduces sample quantity requirements proportional to the number of measurements, and improves accuracy by elimination of errors compounded by separate sample handling and measurement steps (e.g. paragraph [0084]).  As noted by Nolan et al., the split-pool labeling approach offers "throughput advantages" (e.g. paragraph [0084]), whereas the use of multiwell plates to contain individual cells practically limits the number of cells for analysis.  One of ordinary skill in the art would have had a reasonable expectation of success in so

PARSE0000832

modifying the method since split-pool synthesis of biomolecules is well-known in the art, and does not

require additional reagents or expensive equipment.


### *Response to Arguments*

10.     RE: 35 U.S.C. § 112(b) rejection of claims 1, 3-7 and 16-23

        This rejection is withdrawn in view of the Applicants' claim amendments.


11.     RE: 35 U.S.C. § 102 rejection of claims 1, 3-7, 16-24 and 38

        Applicants submit that neither Nolan et al. (US PGPub 2015/0329852 A1; referred to as Nolan I

by Applicants) nor Nolan et al. (US PGPub 2015/0329852 A1; referred to as Nolan II by Applicants)

"teach or suggest "reverse transcribing the RNA molecules within the plurality of cells, thereby generating

complementary deoxyribonucleic acid (cDNA) molecules within the plurality of cells" as recited in

amended independent claims 1, 24, and 38", and that " The mere observation that cDNA may be

generated from mRNA by reverse transcription does not, however, in any way teach or suggest reverse

transcribing mRNA within a cell or a plurality of cells to obtain intracellular cDNA".  This argument was

carefully considered, but was not found to be persuasive.  Firstly, for the sake of clarity, it is noted that

Applicants are challenging the sufficiency of support in the Detailed Description of the Specification of

Nolan II, for the published set of claims, as the Nolan II claims clearly recite reverse transcribing RNAs to

generate cDNAs using a UBA reverse transcription primer (e.g. claims 334, 335).  Regarding reverse

transcription (i.e. cDNA synthesis), the teachings of Nolan I and Nolan II are not limited to the description

of the scope of polynucleotide target molecules of their invention (i.e. paragraphs [0071] and [0057],

respectively), as Applicants suggest.  The teachings of Nolan I and Nolan II include embodiments in

which the UBA (or ESB) is an antisense DNA that binds to target RNAs (e.g. paragraphs [0098], [0187]

and [0193], and paragraphs [0086], [0165] and [0170], respectively) and the teaching that target nucleic

acids may be derived from processes including reverse transcription (e.g. paragraphs [0075] and [0063],

respectively).  A reasonable interpretation of these teachings, in the context of the entirety of Nolan I and

Nolan II, is that reverse transcription using UBA nucleic acids bound to target RNAs was contemplated as

an embodiment of the invention.  In other words, although reverse transcription is not explicitly disclosed

as a method step of the methods of Nolan I, this embodiment of the methods is implicit in the disclosure. As would be understood by one of ordinary skill in the art, reverse transcription is a means of stabilizing or "fixing" a UBA with its target (e.g. paragraph [0133] of Nolan I).

In view of the aligned (duplicative) relevant subject matter of Nolan I and Nolan II, and that the priority entitlement of the claims of Nolan II has yet to be established during prosecution of the corresponding Nolan II application, the rejection of the previous claim set over Nolan II is presently withdrawn.

With respect to claim 1 as amended, Nolan I (and Nolan II) are silent with regard to molecular elements of a UBA reverse transcription primer, such as a poly(T) or random hexamer sequence for hybridization. Accordingly, the rejection(s) are withdrawn. As well, it would not have been *prima facie* obvious to modify the UBA of Nolan I to comprise a poly(T) or random sequence as the hybridization sequence in the UBA, since a primary aim of these inventions is the detection, identification, and quantification of particular target molecules in single cells, whereas employing 'non-specific' UBAs (i.e. having poly(T) or a random sequence that does not distinguish between distinct RNA targets) would not achieve this goal.

### Conclusion

12.     Claims 1, 3-7, 16-24, 38 and 83-86 are rejected.

Applicant's amendment necessitated the new ground(s) of rejection for claims 1, 3-7, 16-23 and 83-86 presented in this Office action. See MPEP § 706.07(a).

Applicant's submission of an information disclosure statement under 37 CFR 1.97(c) with the fee set forth in 37 CFR 1.17(p) on 01-04-2019 prompted the new ground(s) of rejection for claims 24 and 38 presented in this Office action. See MPEP § 609.04(b).

Accordingly, **THIS ACTION IS MADE FINAL**. Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

Application/Control Number: 14/941,433                                                    Page 23
Art Unit: 1639

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from

the mailing date of this action.  In the event a first reply is filed within TWO MONTHS of the mailing date

of this final action and the advisory action is not mailed until after the end of the THREE-MONTH

shortened statutory period, then the shortened statutory period will expire on the date the advisory action

is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

the advisory action.  In no event, however, will the statutory period for reply expire later than SIX

MONTHS from the date of this final action.


Any inquiry concerning this communication or earlier communications from the examiner should

be directed to Karen S Weiler whose telephone number is (571)270-5322.  The examiner can normally be

reached on M-F, ~7:00 - ~ 3:30 EST.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Heather Calamita can be reached on ((571) 272-2876.  The fax phone number for the organization where

this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application

Information Retrieval (PAIR) system.  Status information for published applications may be obtained from

either Private PAIR or Public PAIR.  Status information for unpublished applications is available through

Private PAIR only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC)

at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative

or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-

1000.


/Karen S. Weiler/                                        Karen S. Weiler
Primary Examiner, Art Unit 1639                          Primary Examiner, AU 1639
                                                         PH: (571)270-5322
                                                         FAX: (571)270-6322

| *Notice of References Cited* | Application/Control No. 14/941,433 | Applicant(s)/Patent Under Reexamination Seelig et al. | |
|---|---|---|---|
| | Examiner Karen S Weiler | Art Unit 1639 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| | A | | | | | |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | Jaitin et al. (2014) "Massively Parallel Single-Cell RNA-Seq for Marker-Free Decomposition of Tissues into Cell Types" Science 343 (6172):776-779 online Supplement |
| | V | Matsuda et al. (2011) "Comparison of Fixation Methods for Preservation of Morphology, RNAs, and Proteins From Paraffin-Embedded Human Cancer Cell-Implanted Mouse Models" Journal of Histochemistry & Cytochemistry 59(1) 68–75 |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14/941,433 | Seelig et al. |
| | **Examiner** | **Art Unit** |
| | Karen S Weiler | 1639 |

**CPC - Searched\***

| Symbol | Date | Examiner |
|---|---|---|
| | | |

**CPC Combination Sets - Searched\***

| Symbol | Date | Examiner |
|---|---|---|
| | | |

**US Classification - Searched\***

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

\* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

**Search Notes**

| Search Notes | Date | Examiner |
|---|---|---|
| Google search | 05/03,04/2018 | KW |
| EAST keyword search | 05/04/2018 | KW |
| inventor search - PALM | 05/07/2018 | KW |
| IDS review | 03/15/2019 | KW |
| Google search (e.g. single fixed cell RNA analysis; RNA-Seq; combinatorial labeling; combinatorial indexing; reverse transcription; single cell; split-pool; barcode; virtual partition; permeabilized cell; intact cell | 03/24/19, 05/17,20,21/19 | KW |
| EAST keyword search | 05/29/2019 | KW |
| inventor search update | 05/31/2019 | KW |

| | |
|---|---|
| | |

PARSE0000837

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14/941,433 | Seelig et al. |
| | **Examiner** | **Art Unit** |
| | Karen S Weiler | 1639 |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| | | | |

| | |
|---|---|
| | |

PARSE0000838



www.sciencemag.org/content/343/6172/776/suppl/DC1

# Supplementary Material for

## Massively Parallel Single-Cell RNA-Seq for Marker-Free Decomposition of Tissues into Cell Types

Diego Adhemar Jaitin, Ephraim Kenigsberg, Hadas Keren-Shaul, Naama Elefant, Franziska Paul, Irina Zaretsky, Alexander Mildner, Nadav Cohen, Steffen Jung, Amos Tanay,* Ido Amit*

‡Corresponding author. E-mail: amos.tanay@weizmann.ac.il (AT); ido.amit@weizmann.ac.il (IA)

Published 14 February 2014, *Science* **343**, 776 (2014)
DOI: 10.1126/science.1247651

**This PDF file includes:**

Materials and Methods

Figs. S1 to S17

Tables S7 to S9

Full Reference List

**Other Supplementary Material for this manuscript includes the following:**
(available at www.sciencemag.org/content/343/6172/776/suppl/DC1)

Tables S1 to S6 as separate Excel files

PARSE0000839

**MATERIALS AND METHODS**

**Isolation of splenic CD11c+ cell suspension**

Spleens were extracted from C57BL/6J female mice (8 to 12 weeks old), dissociated into single splenocytes with a gentleMACS Dissociator (Miltenyi Biotec, Germany) and incubated 5 min in red blood cell lysis solution (Sigma). Cells were then washed and resuspended in MACS buffer (0.5% BSA and 2 mM EDTA in phosphate-buffered saline), and filtered through a 70-μm strainer. A CD11c$^+$ fraction was obtained through two rounds (double-enrichment) of separation with monoclonal anti-mouse CD11c antibodies coupled to magnetic beads using a MACS cell separator system (Miltenyi Biotec).

**Single cell capture**

Single cells were sorted into cell capture plates, containing 2 μl of cell lysis solution in 384-well PCR plates. Capture plates were prepared with a Bravo automated liquid handling platform (Agilent). Sorting was performed using a FACSAria III cell sorter (BD Biosciences) and gating in SSC-A vs. FSC-A to collect live cells, and then in FSC-W vs. FSC-A to sort only singlets. Two empty wells were kept in each 384-well plate, as a no-cell control during data analysis. Immediately after sorting, plates were spun down to ensure cell immersion into the lysis solution, snap frozen on dry ice and stored at -80°C until further processing.

**MARS-Seq: 384-well plates automation setup and library construction**

Automated single-cell RNA-Seq library production was performed on the Bravo robot station using 384-filtered tip (Axygen, catalog # 302-82-101). The Bravo Single-cell RNA-Seq scripts are available upon request. The samples were processed as described in the following steps:

**1. 384-well cell-capture plate preparation protocol**

Preparation of 384-well single-cell capture plates included the addition of 2 μl of a hypotonic cell lysis solution (a robust splenic lysis solution compatible with a cell direct RT reaction) supplemented with RNase inhibitor and a barcoded RT primer. The RT primer included a T7 RNA polymerase promoter, a partial Illumina paired-end primer sequence, a cell barcode followed by a unique molecular identifier (*23*), and an anchored polydT (see table S7):

1. 96-well master mix plates contain lysis solution (triton 0.2% in molecular biology-grade water) supplemented with 0.4 U/μl RNase inhibitor and 400 nM of indexed RT primer from group 1 (1-96 barcodes) or group 2 (97-192 barcodes). To prepare 12 384-

2

PARSE0000840

well plates, 57.5 µl lysis buffer were mixed with 5 µl of 5 µM indexed RT primer stock per well.

2. The cell capture plate preparation script mixes group 1 master mix plate (barcodes 1-96), aspirates 2 µl from it and dispenses it in destination 384-well plate-1 in two adjacent positions (see below). Then, 2 µl are again aspirated from master mix plate 1-96 to be dispensed in the other destination 384-well plates. If more than four cell capture plates are needed, filled destination plates should be replaced with new plates. Once all desired plates are added with group 1 master mix, tips are replaced and the cell capture plate preparation script mixes group 2 master plate (barcode 97-192), aspirates 2 µl from it and dispenses it in the destination 384-well plates. The entire process takes about 30 min per 12 plates. A single cell is then sorted into each well as described above.



## 2. Barcoding and Reverse Transcription (RT) reaction

1. Pre-incubation: To open secondary RNA structures and allow annealing of the RT primer, the 384-well cell capture plate was incubated at 72˚C for 3 min and immediately transferred to 384-well Inheco thermal block integrated to Bravo and set at 4˚C (see position 4 at Bravo RT protocol scheme below).

2. An RT reaction mix (10 mM DTT, 4 mM dNTP, 2.5 U/µl Superscript III RT enzyme in 50 mM Tris-HCl (pH 8.3), 75 mM KCl, 3 mM $MgCl_2$, ERCC RNA Spike-In mix) was prepared as a master mix for 440 reactions (sufficient for 384 wells and the required void volume for automatic pipetting), dispensed into two 8-well strips, 54 µl per well, and then placed in a 96-well Inheco thermal block set at 4˚C (position 6 in Bravo RT scheme below). The RT reaction mix was supplemented with ERCC (*24*) RNA Spike-In mix

3

(Ambion), containing polyadenylated RNA molecules of known length and concentration, at a final 1:40x10$^7$ dilution per cell, to yield ~ 5% of the single-cell mRNA content.

3. According to the RT reaction mix addition script, 2 μl of RT reaction mix were added into each well of the 384-well plate (described in step 1) and the reaction was mixed one time. Tips were replaced and the process repeated to all wells.

4. The 384-well plate was then spun down and moved into a 384 cycler (Eppendorf) for the RT program: 2 min at 42˚C, 50 min at 50˚C, 5 min at 85˚C. The entire process takes 23 min per 384-well plate.



## 3. **Pooling of barcoded 384 single cell samples**

1. Tips pre-wash and blocking: 50 μl of triton 0.2% containing 40 pg/μl of yeast tRNA were dispensed in each well of row D of a clean 96-well plate (destination plate for pooling).

2. The 4 μl of barcoded cDNA sample from the 384-well plate (placed on the 384-well Inheco block set at 4˚C) were pooled into two rows (24 wells) of the 96-well destination plate (placed on the 96-well Inheco block set at 4˚C). The entire process takes 9 min per plate.

3. To remove RT primer leftovers, 1 μl of exonuclease I (NEB) was added into each of the 24 wells and the plate incubated at 37˚C for 30 min and then 10 min at 80˚C for exonuclease I inactivation.

4. A second and final pooling was achieved through sample cleanup, consisting of addition of 1.2x volumes of SPRI magnetic beads into each well (low SPRI to sample ratio further removes primer traces) to bind the cDNA, and the contents of each row

4

PARSE0000842

(containing 192 barcoded single cells) are pooled into one 1.7 mL DNA low-bind Eppendorf tube, washed and eluted in 17 μl 10 mM Tris HCl pH 7.5. These two groups of 192 samples will be pooled together (along with cells from three other 384-well plates) after addition of a pool barcode (plate level tag; see S8) in the RNA-DNA ligation step (see below).



### 4. Second strand synthesis and IVT amplification

1. The pooled cDNA was converted to double-stranded DNA with a second strand synthesis kit (NEB) in a 20 μl reaction, incubating for 2.5 h at 16°C.
2. The product was purified with 1.4x volumes of SPRI beads, eluted in 8 μl and in-vitro transcribed (with the beads) at 37°C overnight for linear amplification using the T7 High Yield RNA polymerase IVT kit (NEB).
3. Following IVT, the DNA template was removed with Turbo DNase I (Ambion) 15 min at 37°C and the amplified RNA (aRNA) purified with 1.2x volumes of SPRI beads.

### 5. Single-cell library preparation for high-throughput sequencing

1. The aRNA was chemically fragmented into short molecules (median size ~200 nucleotides) by incubating 3 min at 70°C in $Zn^{2+}$ RNA fragmentation solution (Ambion) and purified with two volumes of SPRI beads.
2. Next, a partial Illumina Read1 sequencing adapter that includes a pool barcode (see table S8) was single strand ligated (ligation adapter sequence is in table S7) to the

5

PARSE0000843

fragmented RNA using a T4 RNA ligase I (New England Biolabs). The aRNA (5 μl) was preincubated 3 min at 70°C with 1 μl of 100 μM ligation adapter; then, 14 μl of a mix containing 9.5% DMSO, 1 mM ATP, 20% PEG8000 and 1 U/μl T4 ligase in 50 mM Tris HCl pH7.5, 10 mM MgCl$_2$ and 1mM DTT was added. The reaction was incubated at 22°C for 2 h.

3. The ligated product was reverse transcribed using Affinity Script RT enzyme (Agilent; reaction mix contains Affinity Script RT buffer, 10 mM DTT, 4 mM dNTP, 2.5 U/μl RT enzyme) and a primer complementary to the ligated adapter (see table S7). The reaction was incubated for 2 min at 42°C, 45 min at 50°C, 5 min at 85°C.  The cDNA was purified with 1.5x volumes of SPRI beads.

4. The library was completed and amplified through a nested PCR reaction with 0.5 μM of each primer and PCR ready mix (Kapa Biosystems). The forward primer contains the Illumina P5-Read1 sequences and the reverse primer contains the P7-Read2 sequences (see table S7). The amplified pooled single-cell library was purified with 0.7x volumes of SPRI beads to remove primer leftovers. Library Concentration is measured with a Qubit fluorometer (Life Technologies) and mean molecule size is determined with a 2200 TapeStation instrument (Agilent Technologies). MARS-Seq libraries were paired-end sequenced using an Illumina HiSeq 2500. We sequenced from 192 to 1,536 cells per lane.


**Single cell sorting efficiency assessment**

To test single cell sorting efficiency we used two parallel approaches. First, we directly sorted single cells and measured cell frequency using a semi-automated image analysis software (fig. S3). Second, during single-cell sorting we designated one well to remain empty to be used for no-cell background signal during analysis.

For image analysis, cells were stained with carboxyfluorescein succinimidyl ester (CFSE; eBioscience, San Diego, CA) and sorted into two 96-well plates and scanned using a fluorescence microscope. Briefly, HEK 293T cells from an exponential culture were harvested and stained with 2.5 μM CFSE in PBS for 10 min, then washed three times with seven volumes of complete medium (10% serum; no phenol red). After sorting single cells into wells containing 100 μl of culture medium, the plates were spun down and scanned using a Ti-eclipse microscope (Nikon Instruments, Melville, NY) equipped with an automated stage, an incubator, and a closed chamber that allows for CO$_2$ flow over the 96-well plate. For cell detection calibration, we sorted 10 or 100 cells into the wells of column 1 of each plate. Cells were imaged using a 10X objective and monitored using bright field illumination and fluorescence channel FITC. Pictures were collected using the NIS-elements software (Nikon Instruments). For quantitative analysis, images from the fluorescence channel were analyzed using a semi-automated ImageJ (National Institutes of Health, Bethesda, MD; available at http://rsb.info.nih.gov/ij/index.html) based custom code. Wells that were not properly scanned by the microscope were excluded from the analysis.

We observed that 2.3% of wells contained no cells, 2.3% of wells contained 2 cells, and more than 95% with one single cell. We did not detect any well with more than two cells. Of note, in all wells with two cells, these cells were always next to each other, raising the possibility that they originated from one dividing cell that continued to divide

6

PARSE0000844

after having been sorted into culture medium. Since in the single-cell RNA-Seq process cells are sorted into a hypotonic solution, these numbers probably represent an overestimation of the true doublets we have in our data.

### Isolation of DC subpopulations by Fluorescence-activated cell sorting

For sorting DC subpopulations, MACS-based CD11c enriched mouse splenocytes were stained and sorted on a FACSAria III cell sorter (BD Biosciences) in two rounds, using fluorophore-conjugated antibodies (BioLegend). First, cells were stained with FITC-conjugated anti-CD8a antibodies (clone 53-6.7) and sorted into CD8a positive and negative fractions. The CD8$^+$ fraction was then stained with APC anti-CD11c (clone N418), Pacific Blue anti-MHCII (clone AF6-120.1), Alexa 700 anti-CD4 (clone GK1.5), PE-Cy7 anti-CD86 (clone GL-1), and PE-conjugated anti-PDCA1. The CD8$^-$ fraction was stained for CD11c, MHCII, and with PerCP-Cy5.5 anti-CD11b, PE-Cy7 anti-CD4, FITC anti-PDCA1, and PE-conjugated anti-ESAM (clone 1G8). The DC cells were identified as: cDC CD8$^+$ (CD11c$^{high}$ MHCII$^+$ CD8a$^{high}$ CD86$^+$); cDC CD86$^-$ (CD11c$^{high}$ MHCII$^+$ CD8a$^{inter}$ CD86$^-$); CD8$^+$ pDC (CD11c$^{inter}$ CD8a$^+$ PDCA1$^+$); cDC CD4$^+$ ESAM$^+$ (CD8$^-$ MHCII$^+$ CB11b$^+$ CD4$^+$ ESAM$^+$); CD8$^-$ pDC (CD11c$^{inter}$ CD8a$^-$ PDCA1$^+$). For single-cell sequencing, single cells were sorted into 96/384 well single-cell capture plates as described above.

### Isolation of hematopoietic cell types

To obtain B cells, NK cells and monocytes, a splenocyte suspension was stained with, PE-Cy7-conjugated CD19, eFluor 450-conjugated NK-1.1, PerCP Cy5.5 Gr1, FITC TCR-β, APC CD11b and PE B220 (CD45R). B220$^+$ and B220$^{neg}$ (germinal center) B cells were collected by gating for CD19$^+$ (TCR-β$^{neg}$) cells and then by B220 against the CD19 marker. NK single cells were collected from the CD19neg/TCR-β$^{neg}$ events by gating for NK-1.1 positive events in NK-1.1 vs. Gr1. Finally single monocytes were collected by gating for Gr1$^+$ CD11b$^+$ events. The B cell and pDC content in the CD11c-enriched sample was estimated by staining with PE-Cy7 CD19, PE PDCA-1 (CD317, Bst2) and APC CD11c and gating in CD19 vs. CD11c and PDCA-1 vs. CD11c, respectively. For single-cell sequencing, single cells were sorted into 96/384-well single-cell capture plates as described above.

### Single-cell Real Time PCR

Single B cells, NK cells and monocytes were sorted by FACS into individual wells of a 96-well plate containing 5 μl of 0.2% Triton X-100 and RNase inhibitor as described above. RT pre-amplification was performed on 24 single cells of each type similarly to Dalerba, et al. (*25*). After thawing, each well was supplemented with 0.1 μl of SuperScript III RT/Platinum Taq (Invitrogen), 6 μl of 2x reaction mix and a mixture of primer pairs for *Cd37* (B cell marker), *Ly6A* (B cell marker), *NKg7* (NK marker) and

7

PARSE0000845

*Ccl4* (NK cell marker) genes (100 nM final concentration; see table S9 for sequences). Single-cell mRNA was directly reverse transcribed into cDNA (50°C for 15 min, 95°C for 2 min), preamplified for 14 cycles (each cycle 95°C for 15 sec, 60°C for 1 min) and cooled at 4°C for 15 min. Samples were then diluted 1:40 with 10 mM Tris-HCl, pH 8. Real- Time PCR analysis was performed for each gene separately with the same set of primers used in the RT pre-amplification stage (400 nM final concentration) using SYBR green Master (Roche) on a LightCycler 480 System instrument (Roche). Quantification was performed as relative to the average of all cells for a given gene (n = 72), using the formula 2(Ct − mean (Ct)), where Ct is the mean qPCR cycle threshold signal of two replicate qPCR reactions per cell.

### Structure of valid library products and their expected distributions

Following the final amplification, single-cell RNA-seq sequenced product information was structured in two parts. At one end (Read 1) we read a 56-57 bp sequence that included a 6 bp pool barcode prefix (table S8) followed by a sequence expected to map within a polyadenylated transcript. For valid library products, this fragment is expected to map at some typical (short) offset from the gene's 3' UTR, depending on the randomized fragmentation of the IVT-amplified RNA (library construction protocol; see above). The other sequence end (Read 2) contains a 10-14 bp tag that was engineered to include a 6 bp cell-specific (or well-specific) label, followed by a 4-8 bp random molecular tag (RMT).

Importantly:
1. Groups of reads that share a pool-barcode, cellular tag and RMT were assumed to represent the same initial RNA molecule and were counted only once. Such reads typically map to several positions around the 3'UTR of the gene, since multiple IVT products sharing the same tag are fragmented at different offsets.
2. Our pool barcodes and cell-specific labels are designed to be distinct enough (in terms of edit distance) so to reduce the probability of inter-cell contamination through sequencing error. RMTs, on the other hand, are distributed randomly (and unevenly) over all possible DNA k-mers, making sequencing errors difficult to detect or correct (see below).
3. When deep-sequencing a single-cell library, we expect a variable number of reads to cover each RMT. The sequencing depth per molecule mostly depends on its ligation yield and PCR efficiency, which are expected to be similar between molecules that map to the same genomic position. We therefore expect molecules representing the same gene and same 3' UTR offset to be covered relatively uniformly and can use such uniformity assumption for normalization.
4. RMTs mark unique molecules with high probability. However the probability of observing two distinct molecules labeled by the same RMT is not zero, especially for genes that are highly expressed. RMTs of 8bp reduce this effect considerably, but our current dataset include almost only experiments using 4bp RMTs.

8

PARSE0000846

**Initial filtering, tag extraction and mRNA sequence mapping**

Given raw sequenced reads, we first extract pool barcode, cell-specific tags and RMTs, and eliminate reads with ambiguous plate/cell-specific tags or RMT sequence with low quality (Phred<27). We filtered potentially bacterially originated molecules by mapping R1 reads to e-coli using bowtie with parameters "-M 1 -t --best --chunkmbs 64 –strata". Following this initial filtering, we mapped R1 reads (trimmed of pool barcode) to the mouse mm9 genome assembly combined with ERCC spike-in pseudo-assembly using the Bowtie program and the standard parameters "-m 1 -t --best --chunkmbs 64 –strata".

We define a set of transcription termination sites (TTS) based on the UCSC genome browser tables (mm9). Sequence reads mapping to a range of -1000 to +200 bp from a known TTS were considered for further analysis. This leaves out of the analysis less than 20% of the sequenced products, likely representing non-classical genes, alternative 3'UTRs, or spurious transcripts. Following this procedure, we generated a matrix containing the number of reads covering each of the RMTs in each of the observed mapping offsets for each cell and each gene. In ambiguous cases, when reads could be mapped by this procedure to multiple genes, we added a new gene-like record, defined as an underscore delimited list of all these genes. This matrix is then further processed to eliminate biases and errors.

**Filtering RMT sequencing errors**

As outlined above, sequencing errors introduced within random Molecular Tags (RMT) in our library products may undermine the tag-counting approach by creating spuriously identified molecules from real molecules. The number of such spurious RMTs is expected to scale linearly with the number of times each real RMT is sequenced. However, RMT sequencing errors are incapable of changing the offset of the mapped read relative to the TTS, and for each spurious RMT we expect to identify the *source* RMT as a highly covered tag sharing all the offsets of the spurious RMT (see examples in fig. S4).

Based on these assumptions we implemented the following greedy filtering procedure, applied separately for the set of reads assigned to a certain gene/cell pair:
* Sort the RMTs given their number of unique mapping offsets
* Repeatedly selecting the RMT **T** observed at the fewest offsets, and testing if there exist a *source RMT* **S**, which is a) observed at all the offsets of **T** and b) has an edit distance of 1 from **T**. If such a source RMT exists, we eliminate T and its associated reads.

While cell-barcodes are generally more robust to sequencing errors (given their design), we are identifying potential sequencing errors leading to cell-barcode mismatch using an approach similar to the one described above for RMTs by analyzing sets of molecules with the same RMT but different cell-barcodes and testing if the molecules within one cell are dominated by molecules in another cell with a poorly separated barcode.

9

PARSE0000847

**Identifying and filtering skewed offsets and cross-cell contaminations**

Minimizing cross-cell contamination is important for any single-cell RNA-seq pipeline, but it becomes particularly critical when scaling up the protocol to a large number of cells or when applying it to a heterogeneous sample. Even relatively small levels of read to cell association errors can create a strong background and batch effect, increase spurious correlations between cells and reduce the capability of the approach to detect small coherent subpopulations. In theory, contamination is prevented by well-specific labeling, since the label is retained after pooling the tagged cDNA from all cells and the subsequent stages in the pipeline. Nevertheless, the extensive PCR amplification performed during library construction, and the existence of common (poly-dT) sequences at one end of the library products may give rise to unexpected scenarios of "tag-switching" and read mislabeling. We therefore studied the complex distributions of reads over cells, genes, 3'UTR offsets, and RMTs in our data, aiming to identify and eliminate such potential noise factors. We discovered that there exist certain genomic positions that show statistically unexpected high frequency of low coverage molecules, which should be preferably filtered to minimize different biases.

We implement a filtering of such problematic genomic positions in the following way. Given a set of reads that map onto a given gene, we first define the set of $U$ triplets $(c,o,T)$ with c being the cell, $o$ being the genomic position and $T$ being the RMT. We define the set of *lonely* triplets $U_l$ as all $(c,o,T)$ such that there does not exist o' with $(c,o',T)$ in U other than o. The *friendly* triplets $U_f$ are defined as $U-U_l$. We also define the sets $U(o)$ as the triplets in a given position o. We can now compute how statistically unlikely is it to find many lonely triplets at a certain position by commuting the hyper-geometric p-value:

$$H(|U|, |U_l|, |U(o)|, intersect(|U_l|, U(o)))$$

We perform Benjamini-Hochberg FDR correction on these p-values and exclude all triplets at offsets that obtain FDR<0.25. Further filtering is done using the same procedure, but defining the set of lonely triplets as those covered by only one read.

We reasoned that genomic positions with significant hyper-geometric p-value are likely to be prone to barcode-switching effects, and case-by-case analysis confirmed that many of these are giving rise to batch-specific effects and are important to eliminate. Thus we recommend diagnosing and filtering such effects in single-cell RNA-seq studies.

**Down-sampling normalization**

Unlike any other gene expression datasets, single-cell mRNA profiles are inherently discrete, representing limited sampling from the initially limited pool of mRNA molecules within each cell. The number of trustworthy sampled molecules per cell is

10

PARSE0000848

variable and in order to compare profiles between cells, normalization is sometime desirable. Since we demonstrated our samples can be considered as sparse multinomial samples of mRNAs from each cell (e.g., Figure 1), the only appropriate normalization scheme is probabilistic: we define a target number of molecules N, and then sample from each cell having m>=N molecules precisely $N$ molecules without replacement. Cells with m<N are not used for analysis at this level. This down-sampling approach ensures that all normalized cells should reflect the same family of multinomial distributions and can be robustly compared. We note that common practices in normalization of gene expression data (e.g. dividing by mean or median) must be avoided in single-cell RNA-seq datasets as they introduce severe coverage biases to the analysis.

**A multinomial mixture model for single-cell RNA-seq data**

A typical single-cell mRNA sample is defined by a vector $n_j$ (number of molecules observed for gene j), measured of a set of cells K. We assume this vector represents the results of sampling from a pool of few hundred thousands mRNAs within each cell, and that this original pool is different from cell to cell depending on the cell type or regulatory state. To model the sampling and cell-type component of the cell-to-cell variability (but not the cell state component) we introduce the following simple multinomial mixture model. The model probabilistically generates vectors of mRNA molecule counts over some space of genes $G$. We assume some number of classes $K$ where each class defines a different multinomial distribution over the genes $G$, denoted $p_{ij}=Pr(g_j \mid class=i)$ (the probability of sampling gene j given that we are in mixture i). We also define for each class a mixture coefficient $a_i$. Given a single-cell data vector $n_j$ we can compute the log probability of the data given each of the class by simple summation: $log(Pr(n_j \mid class \ i)) = \Sigma_j \ n_j \ log(p_{ij})$. Classification of a cell can now be done by comparing these log likelihoods (either choosing the maximum *a posteriori* class, or computing posterior probabilities).

**Inference of the mixture model parameters – non-iterative and iterative approaches**

We used the following simple, non-iterative approach to infer model parameters in highly heterogeneous, multi-type populations such as those studied in Figure 2 of the main text:

Algorithm 1:
1. We down-sample all data to N=600
2. We compute the mean and variance for all genes in the dataset, and select the 100 genes with the highest variance/mean ratio, considering only genes with mean expression within the range (1e-4, 0.014).
3. We perform hierarchical clustering on the single-cell profiles, using the high variance genes.
4. High correlation sub-trees are identified as *seed*s and sets of cells within each seed are extracted (denoted $E_i$). In Figure 2, Seed 7 was defined as union of several poorly separated seeds.

11

PARSE0000849

5. We pool together all molecules from cells in the seed $E_i$, generating a seed count vector $m^{s_i}_j$. Next we normalize this vector by down-sampling a fixed number of molecules $N_{seed}$ without replacement to create $m^i_j$. The multinomial parameters are now estimated as:

$$p_{ij} = (m^i_j + k_{reg})/(N_{seed} + k_{reg} \, |G|)$$

where $k_{reg}$ is a regularization constant, $|G|$, is the number of genes. In the analysis described by Figure 2, $N_{seed}$=13800 and $k_{reg}$ was set to 1.

We used this simple, non-iterative approach in our initial proof of concept experiments, in which clear cell type hierarchy is evident and require little computational fine-tuning to substantiate. We suggest this approach is relatively easy to understand and interpret, even by non-experts. Analysis of more challenging cell populations can be problematic using this scheme, and may require more sensitive methods that can identify structure in the data even when individual gene count vectors are very sparse. We approach this (**Fig S17**) using an EM-like approach consisting of a greedy initialization step followed by model update iterations:

Algorithm 2:
Preprocess: we used here all cells with a minimal number of molecules (N>400) and all genes with a minimal number of total molecules across all cells (N>40). We did not down-sample the data.
1. We select a first seed cell randomly (denoted $k_1$)
2. We initialize a multinomial model from the new seed (as discussed above: $p_{ij} = (n^{k_1}_j + k_{reg})/(\, (\Sigma_j \, n^{k_1}_j + k_{reg} \, |G|)$, and compute the likelihood of all cells given the new model ($\Sigma_j \, n_j \, log(p_{ij})$), divided by the number of molecules ($\Sigma_j \, n_j$) (since data is not down-sampled normalized in this algorithm).
3. We join the D cells with the highest normalized likelihood for the seed model (D=20) and reinitialize the seed model using data from these D cells.
4. We now re-compute the likelihood of each cell to the current model (which include all seeds selected so far).
5. We sample a new seed cell randomly from the set of cells whose likelihoods for the current model are within the bottom 20 percentiles.
6. We continue with steps 2-5 until we have a model with K seeds. We are assuming uniform mixture coefficient throughout this process.
7. Given the now complete model, we recomputed likelihoods of each cell to each seed
8. We determine the maximum *a posteriori* (MAP) class for each cell (again assuming uniform mixture coefficients), and reinitialize the multinomial parameters of each class given the MAP cell-to-class assignment.
9. We terminate iterations on 7-8 once the MAP assignment converges, or once a maximal number of iterations were performed.

**Circular *a posteriori* projection (CAP-) visualization**

12

Given a mixture model (as constructed by algorithm 1 or algorithm 2), and a collection of (non down-sampled) single-cell profiles $n_j^k$ (specifying the number of molecules for gene j in cell k), we can compute the probability of the data for each class

$U_{ik} = Pr(n^k \mid class=i).$

We standardize these values given the total molecules in each sample in order to avoid introducing a coverage bias and normalize over all classes i to generate a corrected "posterior" probability:

$u'_{ik} = exp((100/sum_j(n_j^k) * log(u_{ik}))/Z_k$

Here $Z_k$ is a normalization factor computed so that the values for cell k sum up to 1. To visualize this high dimensional data we define a *circular projection* by assigning each class with a radial position $a_i$ on the unit circle, and assigning each cell with the coordinates:

$x_k = sum_i (u'_{ik} cos(a_i)), y_k = sum_j (u'_{ik} sin(a_i)).$

Radial positions are selected to minimize the inconsistencies for cells with ambiguous class posteriors $u'_{ik}$. Specifically, pairs of classes with many cells mapping ambiguously to them should be positioned on proximal radial positions. To find an assignment of radial positions given these goals we construct a complete graph over the classes, and solve a traveling salesman problem over this graph with distances that represent the inverse number of cells with strong joint posterior probability for each pair of classes. Specifically we compute the joint posterior matrix by multiplying the matrices U' (as defined above):

$V = U'U'^T$

We normalize the product:

$v'_{ii'} = v_{ii'} * (1/sum_l(u_{il}) * sum_l(u_{i'l}))$

and generate a distance matrix:

$d_{ii'} = exp(-10v'_{ii'}).$

Solving the TSP problem for small graphs such as ours is easy to achieve by exhaustive enumeration over all permutations or using one of the standard R packages for TSP. Given an optimal tour on the graph, we assign the radial positions proportionally give the distances on the tour.

**Pooling subpopulations for gene clustering**
Given a mixture model we classify cells based on their likelihood scores as described above, and associate each cell with its maximum *a posteriory* class. We then pool

13

together all cells associated with a class and generate a combined vector of RNA counts. We normalize this vector by simple scaling and regularization: $E_j = log(0.0001 + n_j/\Sigma_j\, n_j)$ (note that here we are not down-sampling the data anymore). We use the resulting gene expression estimation to cluster genes as shown in e.g., Figure 3 and Figure S12.

**Testing subpopulation differential expression and comparison to ImmGen**

To test differential gene expression between groups of single cells, we performed a standard chi-square-based proportion test on genes with overall mean expression generating at least 7 expected molecules per class. We corrected p-values for multiple testing using Benjamini Hochberg procedure (FDR<0.05). For genes with lower mean expression values, we used a fisher exact test for comparing each of the groups to the complement set.

To compare our data to previously established microarray-based gene expression signatures from the ImmGen project, we quantile-normalized each microarray profile to the distribution of overall molecule counts on the pool of all Cd11c$^+$ single-cell profiles. We then computed the likelihood of the normalized ImmGen profile to each of the mixture model classes, and reported the highest likelihood matches in Figure 2. In figure 2C we include only data on ImmGen profiles that were ranked among the three highest likelihood matches for at least one of the mixture classes.

14

PARSE0000852

**S1**



**Figure S1. Massively parallel RNA single-cell sequencing framework (MARS-Seq).** Schematic diagram of the massively parallel approach to single-cell RNA-seq, involving the use of randomized molecular tags to initially label poly-A tailed RNA molecules, followed by pooling labeled samples and performing two rounds of amplification, generating sequencing ready material (see fig. S2 and methods for an expanded version).

PARSE0000853

**S2**



**Figure S2. Experimental procedure.** Schematic diagram presenting the process of converting single-cell RNA samples to sequencing-ready DNA libraries. Shown are ten experimental steps describing how RNA is tagged, pooled, amplified, fragmented, and how library construction is being performed. Colored lines represent RNA (blue) or DNA (black) molecules, or oligos and primers (see methods for a detailed description).

S3



A

| 1 cell | 2 cells |



B

# wells

**Figure S3. Single-cell sorting assessment. (A) Automated microscope scanning of CFSE-stained cells single cell-sorted into 96-well plates.** Representative pictures and software-generated magnifications of wells containing one or two cells. **(B) Single-cell sorting quantification.** We sorted two 96-well plates in single-cell mode into all wells of columns 2 to 12 of each plate (column 1 was used for calibration; see Materials and Methods). The histogram shows the number of wells in which no cell (4 wells), one cell (162 wells), two cells (4 wells) or more than two cells (0) were detected (six wells were not properly scanned by the microscope and excluded from the analysis).

PARSE0000855



S4



**Figure S4. Sequence mapping and tag filtering. (A) TTS mapping efficiency.** Cumulative distribution of the fraction of reads that were mapped to mouse TTS (x-axis, see methods) across 1528 multiplexed cells (y-axis show the cumulative cell fraction). Median mapping percentage is ~25%. **(B) Distribution of mapping loci around TTS.** Shown is the spatial distribution of mapped molecules (Cell/RMT) around TTS. Dashed red lines demarcate the (-1000, 200) range in which we consider a molecule as associated with a TTS. **(C) Read saturation.** Distribution of number of sequencing products per inferred molecule (unique and valid RMT) before (dashed red curve) and after (black solid curve) barcode and RMT filtering (see methods) for two amplification batches (i.e. batches sharing the same pool barcode). These data show that the majority of the molecules were excessively sequenced. **(D) RMT yield.** Shown are a distribution of RMTs after filtering (x-axis) and the fraction of cells (y-axis).

PARSE0000856

S5



**Figure S5. Filtering RMT sequencing errors.** Shown are full sequencing and labeling data for 4 gene/cell examples. For each offset (x-axis) the number of reads of each color coded RMTs is shown. These profiles exemplify RMTs with multiple offsets (black dots, panels **A-C**) that undergo sequencing errors and create spurious RMT with edit distance of one (colored dots). Specifically in the Xpo6 example **(A)**, the GGTT RMT (black) is mapped to multiple positions with high read counts, but the GGAT is mapped to a single loci which is shared with GGTT. In some cases poorly mapped molecules undergo RMT sequencing errors (as shown in **(D)**). Detection and filtering of RMT sequence errors is described in the methods section.

PARSE0000857

S6



**Figure S6. Technical variance. (A) ERCC RNA recovery of over four orders of magnitude.** Shown is the average detection rate of ERCC spike-in molecules (y-axis) vs. the number of ERCC molecules added to each single cell (log scale) across 1536 CD11c+ cells. The value for undetected molecule was set to (-3). The data reflect robust estimation of concentrations over ~4 orders of magnitudes, with some technical variability and provide bounds on the expected technical sequence specific recovery and sequencing bias in the protocol. Overall, following extensive filtering, we estimate recovery rate of 2-3% of the spiked-in molecules. **(B-C) Association between standard deviation and average of detected molecule counts.** Shown are coefficients of variance (CV, y-axis) vs. the average cellular mRNA (gray dots) and ERCC spike-in (red dots) molecule counts across 1536 Cd11c+ cells (**B**) and 95 Cd8+ pDCs (**C**). This analysis shows low technical variance between cellular mRNA and spike-in molecules compared to recently published methods (Wu et al. (*21*)). As expected, spike-in molecules have lower variability than cellular mRNA molecules, as their variance is only technical and does not involve a biological component. pDCs also show relatively homogeneous expression, especially compared to the heterogeneous CD11c+ dataset. Spike-in controls were processed using the same pipeline used for mouse sequences. (**D**) Similar to Fig 1C, but using 10, 30 cells.

We note that we recommend assessing technical variance in single-cell RNA-seq by plotting variance/mean against the mean, rather than the CV (as done in Fig. 1). This reflects the desire to see only technical binomial variance (that scale with the mean) in the data.



**Figure S7. Gene-cell covariation structure over splenic cell population.** Shown are color-coded (logarithmic scale) down-sampled molecular counts for selected genes (rows) over 1040 single cells (columns; ordering is identical to the clustered correlation map map of figure 2A). Groups of strongly correlated cells (as in figure 2A) are marked by black lines on top. This direct visualization of the dataset demonstrates how the correlation between cell type-specific gene-expression profiles combine to generate effective and usually unambiguous classification of cells into types. Once cell classes are identified, a much large number of cell-type specific genes are characterized through pooling together single cells.

PARSE0000859

**S8** 



**Figure S8. Mixture model for the CD11c+ enriched splenic cell population. (A) Selected cell-type specific genes for the spleen CD11c+ model.** The color coded matrix depict class-specific mean expression for the CD11c$^+$ model shown in Figure 2. Complete data for this model is provided in Table S2. **(B) Coverage varies among cell types.** Shown are the distributions pre-downsampled RMT coverage (Y axis) for over 2000 splenic cells, organized according to the inferred maximum *a posteriori* group (x-axis). While the model is inferred from uniform coverage data, different cell types are likely to provide markedly different numbers of recovered mRNAs.

PARSE0000860

**S9**



**Figure S9. Non-DC frequency-estimation validation.** FACS analysis was used to validate the estimated frequencies of B cells **(A)** and pDCs **(B)** in the CD11c$^+$ pool. Shown are independent experiments analyzing CD11c vs. CD19, a B cell marker, and PDCA-1 (Bst2), a pDC marker. B and pDC subpopulation frequencies are shown above the gating frame (gray).

PARSE0000861

**S10**



**Figure S10. Expression distribution of representative genes shows variability between single-cell classes.** Three strong "marker" genes were selected for each single-cell class. Shown here is their RMT coverage distribution in each of the seven classes (using downsampled data to eliminate coverage difference between cell types).

PARSE0000862

**S11**



**Figure S11. Single-cell gene expression validation by real-time PCR.** Shown are four genes differentially expressed among three identified CD11c⁺ subpopulations (scatter plots) validated by single-cell RT pre-amplification real time qPCR. Error bars represent mean ± s.e.m. (n = 23 single cells); AU, arbitrary units; asterisks indicates ANOVA Bonferroni's Multiple Comparison test: *** *P* value < 0.001; * *P* value < 0.05

PARSE0000863



**Figure S12. Clustering the spleen response to LPS by cell types.** We pooled single-cell RNA-seq profiles for the seven splenic types, measured before and 2h after LPS treatment. We then computed the difference in mean expression for each gene and each class, and selected 2065 variably expressed genes for k-means clustering. The color-coded matrix indicates differential expression (blue-repressed, red – induced, yellow-highly induced) where genes are depicted in rows, and each column represent response in a different cell type. Complete data is available in Table S4.



**Figure S13. Marker-sorted DCs. (A)** Comparison of FACS and single-cell RNA-based sorting was facilitated by FACS sorting and sequencing RNA from three DC subpopulations: CD8[high] CD86[+], CD8[inter] CD86[-] and CD4[+] ESAM[+]. Gating is shown by gray boxes in the corresponding FACS plot. These sorted population were analyzed by single-cell RNA-seq and compared to the DC mixture model as shown in Fig 4B. **(B)** Shown are pooled single-cell mRNA mean counts (left) side by side with ImmGen gene expression data for three sorted DC classes (right). DC. 8+.SP, splenic CD8a+ DCs; DC.4+.SP, splenic CD4+ DCs; DC.8-4-11B-.SP, splenic CD8a- CD4- CD11b- (double negative) DCs. Genes that were specifically enriched in at least one of the three classes were selected for presentation. For the complete table of differentially expressed genes see table S5.

**S14**



**Figure S14.** Shown is a gene correlation matrix depicting Pearson correlations between the single-cell RNA-seq profiles within 595 cells classified as DCs by our model. Only genes with at least 4 pairing with R > 0.14 are shown.

**S15**



**Figure S15.** Shown is a gene correlation matrix depicting Pearson correlations between the *in vivo* LPS-treated single-cell RNA-seq profiles within 403 cells classified as DCs by our model. Only genes with at least 4 pairing with R > 0.15 are shown.

PARSE0000867

**S16**



**Figure S16.** The heat map depicts mRNA counts in 476 single cells that were classified into class VII following *in vivo* LPS treatment. Cells were clusters using our EM-like iterative approach as described in the Methods. Genes are grouped according to the class in which they are mostly enriched. Complete data is available in Table S6.

PARSE0000868



**Figure S17.** For each of the seven splenic cell classes, we show the mean and variance of all genes, before and after LPS treatment. Genes showing high variance indicate potential further organization of these populations into subtypes. Genes affected following LPS treatment indicate potential re-organization of the cell population into specific response classes, as outlined above in more detail for CD4+ DCs (Fig S16).

PARSE0000869

**Supplementary Tables**

**Table S7. Primers used during MARS-seq library construction**

| Primer name | Sequence and modifications |
|---|---|
| barcoded RT primer | CGATTGAGGCCGGTAATACGACTCACTATAGGGGCGACGTGT GCTCTTCCGATCTXXXXXXNNNNTTTTTTTTTTTTTTTTTTN, where XXXXXX is the cell barcode and NNNN is the RMT |
| ligation adapter | AGATCGGAAGAGCGTCGTGTAG, modified with a phosphate group at 5' and a C3 spacer (blocker) at the 3' |
| Second RT primer | TCTAGCCTTCTCGCAGCACATC |
| P5_Rd1 PCR forward | AATGATACGGCGACCACCGAGATCTACACTCTTTCCCTACAC GACGCTCTTCCGATCT |
| P7_Rd2 PCR reverse | CAAGCAGAAGACGGCATACGAGATGTGACTGGAGTTCAGAC GTGTGCTCTTCCGATCT |

**Table S8. Indexed ligation adapters for 384-well plates**

| Primer name | Sequence and modifications |
|---|---|
| lig_NNNX4_ix1 | /5Phos/GACTNNNAGATCGGAAGAGCGTCGTGTAG/3SpC3/ |
| lig_NNNX4_ix2 | /5Phos/CATGNNNAGATCGGAAGAGCGTCGTGTAG/3SpC3/ |
| lig_NNNX4_ix3 | /5Phos/CCAANNNAGATCGGAAGAGCGTCGTGTAG/3SpC3/ |
| lig_NNNX4_ix4 | /5Phos/CTGTNNNAGATCGGAAGAGCGTCGTGTAG/3SpC3/ |
| lig_NNNX4_ix5 | /5Phos/GTAGNNNAGATCGGAAGAGCGTCGTGTAG/3SpC3/ |
| lig_NNNX4_ix6 | /5Phos/TGATNNNAGATCGGAAGAGCGTCGTGTAG/3SpC3/ |
| lig_NNNX4_ix7 | /5Phos/ATCANNNAGATCGGAAGAGCGTCGTGTAG/3SpC3/ |
| lig_NNNX4_ix8 | /5Phos/TAGANNNAGATCGGAAGAGCGTCGTGTAG/3SpC3/ |

**Table S9. RT-preamplification primers**

| Primer name | Sequence |
|---|---|
| CD37-F | CTGTCTCCTGGGCCTGTATT |
| CD37-R | CACCAATTCCTGCACCCTTC |
| NKg7-F | GTTCTGTCTTGCATCCCAGC |
| NKg7-R | CTGGCTCCATCTCATACTGGT |
| Ly6A-F | AATTACCTGCCCCTACCCTG |
| Ly6A-R | GCAGATGGGTAAGCAAAGATTG |
| Ccl4-F | TGTGCTCCAGGGTTCTCAG |
| Ccl4-R | AATCCATCACAAAGCTTCTGTG |

19

PARSE0000870

## References and Notes

1. M. Acar, J. T. Mettetal, A. van Oudenaarden, Stochastic switching as a survival strategy in fluctuating environments. *Nat. Genet.* **40**, 471–475 (2008). doi:10.1038/ng.110  Medline

2. M. B. Elowitz, A. J. Levine, E. D. Siggia, P. S. Swain, Stochastic gene expression in a single cell. *Science* **297**, 1183–1186 (2002). doi:10.1126/science.1070919

3. R. N. Germain, Maintaining system homeostasis: The third law of Newtonian immunology. *Nat. Immunol.* **13**, 902–906 (2012). doi:10.1038/ni.2404  Medline

4. S. C. Bendall, E. F. Simonds, P. Qiu, A. D. Amir, P. O. Krutzik, R. Finck, R. V. Bruggner, R. Melamed, A. Trejo, O. I. Ornatsky, R. S. Balderas, S. K. Plevritis, K. Sachs, D. Pe'er, S. D. Tanner, G. P. Nolan, Single-cell mass cytometry of differential immune and drug responses across a human hematopoietic continuum. *Science* **332**, 687–696 (2011). doi:10.1126/science.1198704

5. B. M. Bradford, D. P. Sester, D. A. Hume, N. A. Mabbott, Defining the anatomical localisation of subsets of the murine mononuclear phagocyte system using integrin alpha X (Itgax, CD11c) and colony stimulating factor 1 receptor (Csf1r, CD115) expression fails to discriminate dendritic cells from macrophages. *Immunobiology* **216**, 1228–1237 (2011). doi:10.1016/j.imbio.2011.08.006  Medline

6. F. Geissmann, S. Gordon, D. A. Hume, A. M. Mowat, G. J. Randolph, Unravelling mononuclear phagocyte heterogeneity. *Nat. Rev. Immunol.* **10**, 453–460 (2010). doi:10.1038/nri2784  Medline

7. D. A. Hume, Applications of myeloid-specific promoters in transgenic mice support in vivo imaging and functional genomics but do not support the concept of distinct macrophage and dendritic cell lineages or roles in immunity. *J. Leukoc. Biol.* **89**, 525–538 (2011). doi:10.1189/jlb.0810472  Medline

8. M. C. Nussenzweig, R. M. Steinman, M. D. Witmer, B. Gutchinov, A monoclonal antibody specific for mouse dendritic cells. *Proc. Natl. Acad. Sci. U.S.A.* **79**, 161–165 (1982). doi:10.1073/pnas.79.1.161  Medline

9. R. M. Steinman, Z. A. Cohn, Identification of a novel cell type in peripheral lymphoid organs of mice. I. Morphology, quantitation, tissue distribution. *J. Exp. Med.* **137**, 1142–1162 (1973). doi:10.1084/jem.137.5.1142  Medline

10. L. Bar-On, T. Birnberg, K. L. Lewis, B. T. Edelson, D. Bruder, K. Hildner, J. Buer, K. M. Murphy, B. Reizis, S. Jung, CX3CR1$^+$ CD8$\alpha^+$ dendritic cells are a steady-state population related to plasmacytoid dendritic cells. *Proc. Natl. Acad. Sci. U.S.A.* **107**, 14745–14750 (2010). doi:10.1073/pnas.1001562107  Medline

11. D. Hashimoto, J. Miller, M. Merad, Dendritic cell and macrophage heterogeneity in vivo. *Immunity* **35**, 323–335 (2011). doi:10.1016/j.immuni.2011.09.007  Medline

12. T. Hashimshony, F. Wagner, N. Sher, I. Yanai, CEL-Seq: Single-cell RNA-Seq by multiplexed linear amplification. *Cell Rep.* **2**, 666–673 (2012). doi:10.1016/j.celrep.2012.08.003  Medline

PARSE0000871

13. S. Islam, U. Kjällquist, A. Moliner, P. Zajac, J. B. Fan, P. Lönnerberg, S. Linnarsson, Highly
    multiplexed and strand-specific single-cell RNA 5′ end sequencing. *Nat. Protoc.* **7**, 813–
    828 (2012). doi:10.1038/nprot.2012.022  Medline

14. D. Ramsköld, S. Luo, Y. C. Wang, R. Li, Q. Deng, O. R. Faridani, G. A. Daniels, I.
    Khrebtukova, J. F. Loring, L. C. Laurent, G. P. Schroth, R. Sandberg, Full-length
    mRNA-Seq from single-cell levels of RNA and individual circulating tumor cells. *Nat.
    Biotechnol.* **30**, 777–782 (2012). doi:10.1038/nbt.2282  Medline

15. Y. Sasagawa, I. Nikaido, T. Hayashi, H. Danno, K. D. Uno, T. Imai, H. R. Ueda, Quartz-Seq:
    a highly reproducible and sensitive single-cell RNA sequencing method, reveals non-
    genetic gene-expression heterogeneity. *Genome Biol.* **14**, R31 (2013). doi:10.1186/gb-
    2013-14-4-r31  Medline

16. A. K. Shalek, R. Satija, X. Adiconis, R. S. Gertner, J. T. Gaublomme, R. Raychowdhury, S.
    Schwartz, N. Yosef, C. Malboeuf, D. Lu, J. J. Trombetta, D. Gennert, A. Gnirke, A.
    Goren, N. Hacohen, J. Z. Levin, H. Park, A. Regev, Single-cell transcriptomics reveals
    bimodality in expression and splicing in immune cells. *Nature* **498**, 236–240 (2013).
    doi:10.1038/nature12172  Medline

17. F. Tang, K. Lao, M. A. Surani, Development and applications of single-cell transcriptome
    analysis. *Nat. Methods* **8**, (Suppl), S6–S11 (2011). Medline

18. A. R. Wu, N. F. Neff, T. Kalisky, P. Dalerba, B. Treutlein, M. E. Rothenberg, F. M. Mburu,
    G. L. Mantalas, S. Sim, M. F. Clarke, S. R. Quake, Quantitative assessment of single-cell
    RNA-sequencing methods. *Nat. Methods* **11**, 41–46 (2014). doi:10.1038/nmeth.2694
    Medline

19. Q. Deng, D. Ramsköld, B. Reinius, R. Sandberg, Single-cell RNA-seq reveals dynamic,
    random monoallelic gene expression in mammalian cells. *Science* **343**, 193–196 (2014).
    doi:10.1126/science.1245316

20. S. Islam *et al.*, *Nat. Methods*, published online 22 December 2013 (10.1038/nmeth.2772).

21. Materials and methods are available as supplementary materials on *Science* Online.

22. I. Amit, M. Garber, N. Chevrier, A. P. Leite, Y. Donner, T. Eisenhaure, M. Guttman, J. K.
    Grenier, W. Li, O. Zuk, L. A. Schubert, B. Birditt, T. Shay, A. Goren, X. Zhang, Z.
    Smith, R. Deering, R. C. McDonald, M. Cabili, B. E. Bernstein, J. L. Rinn, A. Meissner,
    D. E. Root, N. Hacohen, A. Regev, Unbiased reconstruction of a mammalian
    transcriptional network mediating pathogen responses. *Science* **326**, 257–263 (2009).
    doi:10.1126/science.1179050

23. T. Kivioja, A. Vähärautio, K. Karlsson, M. Bonke, M. Enge, S. Linnarsson, J. Taipale,
    Counting absolute numbers of molecules using unique molecular identifiers. *Nat.
    Methods* **9**, 72–74 (2012). doi:10.1038/nmeth.1778  Medline

24. S. C. Baker, S. R. Bauer, R. P. Beyer, J. D. Brenton, B. Bromley, J. Burrill, H. Causton, M.
    P. Conley, R. Elespuru, M. Fero, C. Foy, J. Fuscoe, X. Gao, D. L. Gerhold, P. Gilles, F.
    Goodsaid, X. Guo, J. Hackett, R. D. Hockett, P. Ikonomi, R. A. Irizarry, E. S. Kawasaki,
    T. Kaysser-Kranich, K. Kerr, G. Kiser, W. H. Koch, K. Y. Lee, C. Liu, Z. L. Liu, A.
    Lucas, C. F. Manohar, G. Miyada, Z. Modrusan, H. Parkes, R. K. Puri, L. Reid, T. B.
    Ryder, M. Salit, R. R. Samaha, U. Scherf, T. J. Sendera, R. A. Setterquist, L. Shi, R.

PARSE0000872

Shippy, J. V. Soriano, E. A. Wagar, J. A. Warrington, M. Williams, F. Wilmer, M. Wilson, P. K. Wolber, X. Wu, R. Zadro, External RNA Controls Consortium, a progress report. *Nat. Methods* **2**, 731–734 (2005). doi:10.1038/nmeth1005-731  Medline

25. P. Dalerba, T. Kalisky, D. Sahoo, P. S. Rajendran, M. E. Rothenberg, A. A. Leyrat, S. Sim, J. Okamoto, D. M. Johnston, D. Qian, M. Zabala, J. Bueno, N. F. Neff, J. Wang, A. A. Shelton, B. Visser, S. Hisamori, Y. Shimono, M. van de Wetering, H. Clevers, M. F. Clarke, S. R. Quake, Single-cell dissection of transcriptional heterogeneity in human colon tumors. *Nat. Biotechnol.* **29**, 1120–1127 (2011). doi:10.1038/nbt.2038  Medline

PARSE0000873

EAST Search History

EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S6 | 17 | ("10002316" \| "20140256597" \| "20140309118" \| "20140309119" \| "20160194699" \| "20160251697" \| "20160378916" \| "20170009274" \| "20170362642" \| "20180135042" \| "8673562" \| "8771957" \| "8871686" \| "9074204" \| "9506918" \| "9637784" \| "9727810").PN. | US-PGPUB; USPAT | OR | ON | 2019/03/15 10:16 |
| S7 | 17 | ("10002316" \| "20140256597" \| "20140309118" \| "20140309119" \| "20160194699" \| "20160251697" \| "20160378916" \| "20170009274" \| "20170362642" \| "20180135042" \| "8673562" \| "8771957" \| "8871686" \| "9074204" \| "9506918" \| "9637784" \| "9727810").PN. | US-PGPUB; USPAT | OR | ON | 2019/03/15 10:16 |
| S8 | 17 | ("10002316" \| "20140256597" \| "20140309118" \| "20140309119" \| "20160194699" \| "20160251697" \| "20160378916" \| "20170009274" \| "20170362642" \| "20180135042" \| "8673562" \| "8771957" \| "8871686" \| "9074204" \| "9506918" \| "9637784" \| "9727810").PN. | US-PGPUB; USPAT | OR | ON | 2019/03/15 10:16 |
| S9 | 17 | ("10002316" \| "20140256597" \| "20140309118" \| "20140309119" \| "20160194699" \| "20160251697" \| "20160378916" \| "20170009274" \| "20170362642" \| "20180135042" \| "8673562" \| "8771957" \| "8871686" \| "9074204" \| "9506918" \| "9637784" \| "9727810").PN. | US-PGPUB; USPAT | OR | ON | 2019/03/15 10:16 |
| S10 | 17 | ("10002316" \| "20140256597" \| "20140309118" \| "20140309119" \| "20160194699" \| "20160251697" \| "20160378916" \| "20170009274" \| "20170362642" \| "20180135042" \| "8673562" \| "8771957" \| "8871686" \| "9074204" \| "9506918" \| "9637784" \| "9727810").PN. | US-PGPUB; USPAT | OR | ON | 2019/03/15 10:16 |
| S11 | 17 | ("10002316" \| "20140256597" \| "20140309118" \| "20140309119" \| "20160194699" \| "20160251697" \| "20160378916" \| "20170009274" \| "20170362642" \| "20180135042" \| "8673562" \| "8771957" \| "8871686" \| "9074204" \| "9506918" \| "9637784" \| "9727810").PN. | US-PGPUB; USPAT | OR | ON | 2019/03/15 10:16 |
| S12 | 17 | ("10002316" \| "20140256597" \| "20140309118" \| "20140309119" \| "20160194699" \| "20160251697" | US-PGPUB; USPAT | OR | ON | 2019/03/15 10:16 |

PARSE0000874

| | | "20160378916" \| "20170009274" \| "20170362642" \| "20180135042" \| "8673562" \| "8771957" \| "8871686" \| "9074204" \| "9506918" \| "9637784" \| "9727810").PN. | | | | |
|---|---|---|---|---|---|---|
| S13 | 17 | ("10002316" \| "20140256597" \| "20140309118" \| "20140309119" \| "20160194699" \| "20160251697" \| "20160378916" \| "20170009274" \| "20170362642" \| "20180135042" \| "8673562" \| "8771957" \| "8871686" \| "9074204" \| "9506918" \| "9637784" \| "9727810").PN. | US-PGPUB; USPAT | OR | ON | 2019/03/15 10:16 |
| S14 | 17 | ("10002316" \| "20140256597" \| "20140309118" \| "20140309119" \| "20160194699" \| "20160251697" \| "20160378916" \| "20170009274" \| "20170362642" \| "20180135042" \| "8673562" \| "8771957" \| "8871686" \| "9074204" \| "9506918" \| "9637784" \| "9727810").PN. | US-PGPUB; USPAT | OR | ON | 2019/03/15 10:16 |
| S15 | 15 | S6 and ((single or one or individual or isolated) adj2 cell) | US-PGPUB; USPAT | OR | ON | 2019/03/15 10:24 |
| S16 | 678799 | (barcode or (bar adj code) or ((unique or identifying or identification or index or identifier or address) adj2 (sequence or oligonucleotide or tag or element)) or (zip adj code) or zipcode) or ((DNA or oligonucleotide or sequence or random) adj tag) or ((molecular or sequence) adj identifier) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2019/03/15 10:25 |
| S17 | 6 | S6 and (((single or one or individual or isolated) adj2 cell) same S16) | US-PGPUB; USPAT | OR | ON | 2019/03/15 10:25 |
| S18 | 707 | (fix$5 or (cross adj link$4) or formaldehyde or methanol) same permeabiliz$6 same ((reverse adj transcri$6) or cDNA) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT | OR | ON | 2019/03/15 11:30 |
| S19 | 540 | S18 and ((single or one or individual or isolated) adj2 cell) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT | OR | ON | 2019/03/15 11:37 |
| S20 | 70 | S18 same ((single or one or individual or isolated) adj2 cell) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT | OR | ON | 2019/03/15 11:37 |
| S21 | 4 | (fix$5 or (cross adj link$4) or $4formaldehyde or methanol) same permeabiliz$6 same (reverse adj transcri$6) same (random adj primer) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT | OR | ON | 2019/03/15 15:05 |
| S22 | 12 | (fix$5 or (cross adj link$4) or $4formaldehyde or methanol) same permeabiliz$6 same (reverse adj | US-PGPUB; USPAT; USOCR; | OR | ON | 2019/03/15 17:19 |

file:///C/Users/kweiler/Documents/e-Red%20Folder/14941433/EASTSearchHistory.14941433_AccessibleVersion.htm[5/29/2019 3:17:28 PM]

PARSE0000875

| | | | | | | |
|---|---|---|---|---|---|---|
| | | transcri$6) same (polyT or (poly adj "T") or (oligo adj "T") or oligoT or (oligo adj "dT") or oligo-dT) | FPRS; EPO; JPO; DERWENT | | | |
| S23 | 829704 | (single or one or individual or isolated) adj2 cell | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT | OR | ON | 2019/05/29 10:30 |
| S24 | 49459 | (fixative or fixation or fixing or fixed or (cross adj link$4) or formaldehyde or glutaraldehyde or aldehyde or methanol or ethanol or acetone or formalin) same S23 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT | OR | ON | 2019/05/29 10:37 |
| S25 | 52406 | permeabil$6 near3 (cell or nuclei or nucleus) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT | OR | ON | 2019/05/29 10:38 |
| S26 | 2556 | S23 same S25 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT | OR | ON | 2019/05/29 10:38 |
| S27 | 13136 | S23 same ((reverse adj transcri$6) or (cDNA near synthesi$4) or (RT adj primer) or (first adj strand adj synthesis)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT | OR | ON | 2019/05/29 10:42 |
| S28 | 1877 | (S24 or S26) and S27 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT | OR | ON | 2019/05/29 10:43 |
| S29 | 4790 | S23 with ((reverse adj transcri$6) or (cDNA near synthesi$4) or (RT adj primer) or (first adj strand adj synthesis)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT | OR | ON | 2019/05/29 10:45 |
| S30 | 678 | (S24 or S26) and S29 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT | OR | ON | 2019/05/29 10:46 |
| S31 | 689585 | (barcode or bar adj code) or ((unique or identifying or identification or index or identifier or address) adj2 (sequence or oligonucleotide or tag or element)) or (zip adj code) or zipcode) or ((DNA or oligonucleotide or sequence or random) adj tag) or ((molecular or sequence) adj identifier) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2019/05/29 10:47 |
| S32 | 1665 | S31 with ((reverse adj transcri$6) or | US-PGPUB; | OR | ON | 2019/05/29 |

PARSE0000876

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | (cDNA near synthesi$4) or (RT adj primer) or (first adj strand adj synthesis)) | USPAT; USOCR; FPRS; EPO; JPO; DERWENT | | | | 10:47 |
| S33 | 120 | (S24 or S26) and S27 and S32 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT | OR | ON | 2019/05/29 10:48 |

**5/29/2019 3:17:25 PM**
**C:\Users\kweiler\Documents\EAST\Workspaces\14941433.wsp**

PARSE0000877

*Article*

Journal of Histochemistry & Cytochemistry 59(1) 68–75
© The Author(s) 2011
Reprints and permission:
sagepub.com/journalsPermissions.nav
DOI: 10.1369/jhc.2010.957217
http://jhc.sagepub.com
SAGE



# Comparison of Fixation Methods for Preservation of Morphology, RNAs, and Proteins From Paraffin-Embedded Human Cancer Cell-Implanted Mouse Models

**Yoko Matsuda, Takenori Fujii, Taeko Suzuki, Kazuya Yamahatsu, Kiyoko Kawahara, Kiyoshi Teduka, Yoko Kawamoto, Tetsushi Yamamoto, Toshiyuki Ishiwata, and Zenya Naito**

Department of Pathology, Integrative Oncological Pathology (YM,TF,TS,KY,KK, KT,YK,TY,TI,ZN), and Surgery for Organ and Biological Regulation, Graduate, School of Medicine (KY), Nippon Medical School, Tokyo, Japan.

## Summary

Xenograft transplantation of human tumor cells into immunodeficient mice is an important method to clarify the roles of specific molecules or chemicals in vivo. Recently, this method has been reported as a definitive examination to identify tumor stem cells. In this study, the authors compared the morphology and the quality and quantity of ribonucleic acid (RNA) and protein in paraffin-embedded tissues of nude mice implanted with human uterine cervical cancer cells, followed by fixation with commonly used fixatives, including 4% paraformaldehyde (PFA), 10% neutral buffered formalin (NBF), 20% NBF, and 99% ethanol (EtOH). The quality of the isolated RNA from PFA- and NBF-fixed paraffin-embedded tissues was high, while EtOH-fixed tissues showed degradation of RNA. NBF-fixed tissues showed excellent quality of morphology, but EtOH-fixed tissues showed contraction of cells. Immunohistochemical results showed differences depending on fixations. The 99% EtOH-fixed samples showed decreases of Ki-67 and VEGF-A immunoreactivities, but improved cytokeratin immunoreactivity. This study indicated that formalin fixation is better than alcohol fixation for RNA preservation in paraffin-embedded cancer cell implantation models. Immunohistochemical results differed markedly depending on fixation materials and antibodies; therefore, suitable fixations are needed to quantify and compare the results of immunohistochemical staining on cancer cell implanted nude mice tissues. (J Histochem Cytochem 59:68–75, 2011)

## Keywords

formalin, paraformaldehyde, ethanol, subcutaneously implanted tumor, PCR, immunohistochemistry

Paraffin-embedded tissues, after various fixations have been performed, are commonly used for histological analysis and pathological diagnosis worldwide, and they are suitable for storage for long periods. For the molecular biological analysis of human tissues, the fixed paraffin-embedded tissues are one of the most valuable resources. A number of reports have indicated that formalin-fixed paraffin-embedded tissue can be used for the analysis of ribonucleic acid (RNA) and protein expressions, in addition to morphological analysis (Chung et al. 2008; Lehmann and Kreipe 2001; Matsuda et al. 2010; von Smolinski et al. 2005). The extracted RNA from formalin-fixed paraffin-embedded tissue is used for quantitative real-time reverse-transcriptase polymerase chain reaction (qRT-PCR) (Castiglione et al. 2007), DNA array technologies (Lehmann and Kreipe 2001), and mRNA copy number analysis (von

Smolinski et al. 2005). Protein expression in formalin-fixed paraffin-embedded tissue has been analyzed by immunohistochemistry, western blot analysis and mass spectrometry (Crockett et al. 2005; Ostasiewicz et al. 2010; Sciechitano et al. 2009). Gene and protein expression profiles of formalin-fixed paraffin-embedded tissue can provide insights into molecular mechanisms of diseases, but there are difficulties because of the marked degradation and cross-linking of biomolecules by

Received for publication August 9, 2010; accepted September 21, 2010

**Corresponding Author:**
Toshiyuki Ishiwata, Department of Pathology, Integrative Oncological Pathology, Nippon Medical School, 1-1-5 Sendagi, Bunkyo-ku, Tokyo 113-8602, Japan.
E-mail: ishiwata@nms.ac.jp

PARSE0000878

fixation. Therefore, despite advances in molecular technologies, the quality of RNA and protein from fixed paraffin-embedded tissue remains variable.

The processing parameters that affect the quality of RNAs and proteins in fixed paraffin-embedded tissues have been established. There are three important factors that are involved in RNA and protein preservation: methods of fixations, time before fixation, and length of fixation (Gruber et al. 1994; Pikkarainen et al. 2010). The most widely used fixative to preserve human tissue is 10% neutral buffered formalin (NBF), also known as 3.7% formaldehyde solution. Formalin fixation is a complex process in which formaldehyde forms covalent bands and produces protein–protein and protein–nucleic acid cross-links (Fraenkel-Conrat and Olcott 1948; Shi et al. 1991). Thus, this fixation may affect the preservative conditions of RNAs and proteins owing to alteration of their structures (Allen et al. 2004). Other fixatives including coagulant fixatives such as alcohol, alcohol-based fixatives, and acetone have been reported to be superior to formaldehyde with respect to retaining RNAs and proteins, but to be inferior in morphological quality to formaldehyde (Arnold et al. 1996; Su et al. 2004). There have been no reports on excellent fixative methods for the preservation of morphology, RNAs, and proteins; therefore, researchers use different fixatives at present.

Xenograft transplantation of human tumor cells into immunodeficient mice has been widely used in the field of cancer research, and it is known to be an important method to clarify the effects of specific molecules or chemicals on tumor cells. It is incredibly effective to assess morphological changes, as well as RNA and protein expression, with xenograft tumor tissues. Xenograft tumor tissues can provide a lot of information, such as localization, alteration of quantity, and relation to morphological changes of several proteins and RNAs. Recent studies have shown that a xenograft transplantation model is the most reliable method to identify cancer stem cells in various kinds of cancer cells. It is controversial which fixation is best for RNA and protein expression analysis, as well as morphological analysis.

In this study, we compared the morphology and the quality and quantity of RNA and protein in xenograft tissues fixed with commonly used fixatives, including 4% paraformaldehyde (PFA), 10% NBF, 20% NBF, and 99% ethanol (EtOH) and then paraffin-embedded.

## Materials and Methods

### Materials

The following were purchased: RNAlater, High Capacity cDNA Reverse Transcription Kit, TaqMan Gene Expression Assays for β-actin (Hs99999903_m1), and TaqMan Fast Universal PCR Master Mix from Applied Biosystems, Inc. (Carlsbad, CA); formaldehyde and paraformaldehyde from Wako Pure Chemical Industries, Ltd. (Osaka, Japan); 99%

EtOH from Japan Alcohol Trading Co., Ltd. (Tokyo, Japan); rabbit polyclonal anti-vascular endothelial growth factor-A (VEGF-A) antibody from Santa Cruz Biotechnology, Inc. (Santa Cruz, CA); mouse monoclonal anti-AE-1/AE-3 antibody, anti-Ki67 antibody, and anti-E-cadherin antibody from Dako Cytomation (Kyoto, Japan); mouse monoclonal anti-human leukocyte antigen (HLA) class I-A, B, C antibody from Hokudo Co., Ltd. (Sapporo, Japan); Histofine Simple Stain MAX PO (R) or (M) kits from Nichirei (Tokyo, Japan); and New Silane II slide glass and malinol mounting medium from Mutoh Chemical Co., Ltd. (Tokyo, Japan). All other chemicals and reagents were purchased from Sigma-Aldrich Corporation (St. Louis, MO).

### Subcutaneous Tumor Tissues

Human uterine cervical squamous cell carcinoma cell line, CaSki cells, were obtained from RIKEN BioResource Center (Ibaraki, Japan) and were grown in RPMI-1640 medium containing 10% heat-inactivated fetal bovine serum (FBS) at 37C under a humidified 5% $CO_2$ atmosphere. Six-week-old male nude mice (N = 2, BALB/cA Jcl-nu/nu; CLEA Japan Inc., Tokyo, Japan) were subcutaneously injected in both sides of their back with $3 \times 10^6$ CaSki cells/mouse. After 4 weeks, mice were euthanized and tumors were excised. Animal experiments were carried out according to the institutional animal care guidelines of the Nippon Medical School Animal Ethical Committee.

### Tissue Fixation

The fresh tumor specimens were cut into 2 pieces, macroscopically (Fig. 1), and the long axes of all tissue pieces were less than 5 mm. To eliminate contamination, a new surgical blade was used for each specimen. Portions from one half were fixed in one of the following fixatives: 4% PFA, 10% NBF, 20% NBF, or 99% EtOH for 24 hr. The 4% PFA was prepared 1 day before use. Fixed tissues were paraffin-embedded routinely with Vacuum Rotary VRX-23 (Sakura Finetek Japan Co., Ltd., Tokyo, Japan).

### RNA Isolation

Paraffin-embedded tissues were sliced using a microtome at a thickness of 10 μm. Paraffin was removed by xylene treatment, and then tissues were washed with EtOH twice to remove xylene. Then, the tissues were treated with proteinase K at 37C overnight. After centrifugation, the supernatant was processed with silica-based spin column to obtain purified total RNA. On the other hand, the samples treated with RNAlater were cut into small pieces and homogenized. Total RNA from all samples was extracted and purified with FastPure RNA Kit. The quantity of RNA

PARSE0000879



**Figure 1.** Tissue fixations and subsequent procedures. Nude mice were subcutaneously injected with CaSki cells. After 4 weeks, half of the tumor was immersed in ribonucleic acid (RNA)later, and total RNA was isolated. Portions from the other tumor half were fixed in the respective fixatives, paraffin-embedded, and used for RNA isolation and histological examinations.

was measured using a spectrophotometer (Gene Spec V, Hitachi High-Tech Fielding Corporation, Tokyo, Japan), quantifying single-strand nucleic acid. RNAs were quantified using a spectrophotometer at an OD of 260 nm, and A260/A280 ratios >1.8 were considered to indicate high purity. RNA fragmentation state was evaluated by electrophoresis using the Agilent RNA 6000 Nano kit (Agilent Technologies, Santa Clara, CA) following the manufacturer's protocol.

## qRT-PCR

All RNA samples (1 μg) were reverse-transcribed to cDNA using High Capacity cDNA Reverse Transcription Kit following the manufacturer's protocol. qRT-PCR for housekeeping genes, β-actin, were performed with the StepOnePlus real-time PCR system (Applied Biosystems, Inc., Carlsbad, CA) using specific primers and a TaqMan probe. The amplified size of the β-actin was 171 bp and corresponded to nucleotides 71 to 219 (NM_001101.3). PCR was carried out in 20 μl reaction mixtures containing 10 μl of 2 × TaqMan Fast Universal PCR Master Mix, 2 μl of template cDNA, and 1 μl of TaqMan Gene Expression Assays. Cycling conditions were 20 sec at 95C and then 40 cycles of 1 sec at 95C followed by 20 sec at 60C. Gene expression levels were measured in triplicate.

*Morphological Analysis.* Paraffin-embedded sections (3 μm) of each fixation protocol were subjected to hematoxylin and eosin (H&E) staining. The morphological changes of H&E-stained tissue with each fixation were analyzed at magnification ×200. The H&E staining was evaluated independently by two of the authors (TF and YM).

*Immunohistochemistry.* Paraffin-embedded sections (3 μm) were subjected to immunostaining using a Histofine Simple Stain MAX PO (R) or (M) kit. After deparaffinization, the tissue sections for AE-1/AE-3, Ki-67, and E-cadherin immunostaining were preheated in 10 mM citrate buffer (pH 6.0) for 15 min at 121C in an autoclave oven. Then, endogenous peroxidase activity was blocked by incubation for 30 min with

0.3% hydrogen peroxide in methanol. The tissue sections were then incubated with the anti-AE-1/AE-3 antibody (1:200 in dilution), anti-Ki-67 antibody (1:100 in dilution), anti-HLA-class I antibody (1:1000 in dilution), anti-E-cadherin antibody (1:200 in dilution), and anti-VEGF-A antibody (1:200 in dilution) in phosphate-buffered saline (PBS) containing 1% bovine serum albumin (BSA) overnight at 4C. Bound antibodies were detected with the Simple Stain MAX PO (R) or (M) reagent, using diaminobenzidine tetrahydrochloride as the substrate. The sections were then counterstained with Mayer's hematoxylin. Negative control tissue sections were prepared by omitting the primary antibody. As for the evaluation of immunostaining, intensity and proportion of positively stained cancer cells were analyzed at magnification ×200 by two of the authors (TF and YM). As for the evaluation of immunostaining for Ki-67, eight images of ×200 magnification were obtained and then Ki-67-positive nuclei were counted using WinROOF version 6.1.3 (Mitani Corporation, Tokyo, Japan) (Hatanaka et al. 2003).

## Statistical Analysis

Quantitative data are presented as mean ± SE values, and were assessed using the Tukey-Kramer test. *P*<0.05 was taken as statistically significant. Computations were performed using the Stat View J version 5.0 software package (SAS Institute, Inc., Cary, NC).

## Results

### Quantitative and Qualitative Analyses of Total RNA

RNA was isolated from RNAlater samples and paraffin-embedded samples fixed with 4% PFA, 10% NBF, 20% NBF, or 99% EtOH. The absorbance of each sample was measured, and the quantity of RNA yield was determined (Table 1). A sufficient volume of total RNA for the following experiments was obtained from all samples. OD 260/280 ratio of all samples was more than 1.8; therefore, all samples were considered to be of high purity. Furthermore, the quality

*Comparison of Fixation Methods for Preservation of Morphology, RNAs*                                                                     71

**Table 1.** The Quantity and Quality of Total RNA From Paraffin-Embedded Tissues

|                     | RNAlater      | 4% PFA | 10% NBF | 20% NBF | 99% EtOH |
|---------------------|---------------|--------|---------|---------|----------|
| Yield (µg/10 slides) | 323.2 µg/ml   | 10.5   | 2.9     | 2.5     | 21.0     |
| 260/280 ratio       | 2.10          | 2.05   | 2.02    | 2.08    | 1.99     |

Enough total RNA was obtained from all tissue samples. 260/280 ratio of all samples was >1.8, which were considered to be of high purity. RNA, ribonucleic acid; PFA, paraformaldehyde; NBF, neutral buffered formalin; EtOH, ethanol.



**Figure 2.** Analysis of quantity and quality of ribonucleic acid (RNA). (A) Levels of RNA degradation were evaluated by electrophoresis. RNAlater samples exhibited clear bands corresponding to 18S rRNA and 28S rRNA, while the samples from 4% paraformaldehyde (PFA), 10% PFA, and 20% neutral buffered formalin (NBF) showed no 28S rRNA band. Neither band was detected in the 99% EtOH sample. (B) Initial cycle number of β-actin in qRT-PCR. The RNAlater sample exhibited the most rapid amplification and the 99% ethanol (EtOH) sample exhibited the slowest amplification for β-actin mRNA (B).
* $P<0.05$ versus 4% PFA sample.
# $P<0.05$ versus RNAlater sample.
$ $P<0.05$ versus RNAlater, 4% PFA, 10%, and 20% NBF.

of RNA was determined by gel electrophoresis (Fig. 2A). Total RNA from samples treated with RNAlater, exhibited two clear bands at 1800 nucleotides (nts) corresponding to 18S rRNA and 2800 nts corresponding to 28S rRNA. 18S rRNA was detected at high levels in the samples of 4% PFA and 20% NBF, but it was weak in the 10% NBF sample and undetectable in the 99% EtOH sample. In all paraffin-embedded samples, 28S rRNA was undetectable. In contrast to the RNAlater sample, paraffin-embedded samples exhibited many small-size bands (<200 nts). The total RNA sample fixed by 99% EtOH exhibited only small size bands, which were considered as degraded RNAs.

To further examine the state of preservation of RNA, qRT-PCR amplification plot of β-actin mRNA was measured in RNAlater, 4% PFA, 10% NBF, 20% NBF, and 99% EtOH samples. RNA-specific signals were detectable in all 5 sample types. We analyzed the initial cycle number of qRT-PCR amplification plot of b-actin (Fig. 2B), because

the initial cycle number of qRT-PCR amplification plot reflects the total amount of target cDNA. A small initial cycle number indicates a large amount of target RNA and the RNAlater sample showed the smallest number of initial amplified cycles in β-actin mRNA. Among the paraffin-embedded samples, the 4% PFA sample showed the shortest initial amplified cycles, whereas the 99% EtOH sample showed the largest number of initial amplified cycles in β-actin mRNA (Fig. 2B).

## Morphological Analysis

Morphological changes with each fixation were determined by H&E staining. The 10% NBF sample showed similar morphology to the 20% NBF samples (Figs. 3B and 3C). Compared with the 20% NBF sample, the 4% PFA sample showed a distinct intercellular space, and an increase of nuclear staining (Fig. 3A). The 99% EtOH sample showed

PARSE0000881

*Matsuda et al.*



**Figure 3.** Morphological and immunohistochemical analysis. The resected tumors were fixed in 4% paraformaldehyde (PFA), 10% neutral buffered formalin (NBF), 20% NBF, or 99% ethanol (EtOH), and stained with hematoxylin and eosin (A–D). These tissue sections were immunostained with anti-VEGF-A (E–H), anti-AE-1/AE-3 (I–L), anti-E-cadherin (M–P), or anti-Ki-67 (Q–T) antibodies. Bars A to D = 50 μm, and E to T = 100 μm.

a distinct intercellular space (Fig. 3D), eosinophilic changes of cytoplasm, and a decrease of nuclear staining. In addition, the 99% EtOH sample exhibited contraction of the cells; therefore, cells looked smaller than those in other fixations.

## Preservation of Antigen in the Tissues

To analyze the preservation of antigen in paraffin-embedded tissue, we performed immunostaining for the proteins located in cytoplasm (VEGF-A and AE-1/AE-3), cell

PARSE0000882



**Figure 4.** Number of Ki-67-positive cells. The number of Ki-67-positive cells was counted using image analyzing software. The 4% paraformaldehyde (PFA) sample had the highest number of Ki-67-positive cells, and the 99% ethanol (EtOH) sample had the lowest number of Ki-67-positive cells.

**Table 2.** Intensity of Immunohistochemical Analysis

|  | 4% PFA | 10% NBF | 20% NBF | 99% EtOH |
|---|---|---|---|---|
| Ki-67 | 2+ | + | + | ± |
| VEGF-A | + | + | + | - |
| AE-1/AE-3 | + | + | + | 2+ |
| E-cadherin | 2+ | 2+ | 2+ | ± |
| HLA class I | 2+ | + | 2+ | + |

Intensity of immunostaining for Ki-67, VEGF-A, and E-cadherin was markedly decreased in 99% EtOH sample. Intensity of -; negative, ±; weak, +; moderate, 2+; strong. PFA, paraformaldehyde; NBF, neutral buffered formalin; EtOH, ethanol.

membrane (E-cadherin and HLA class I), and nuclei (Ki-67). In VEGF-A, similar immunoreactivities in the cytoplasm of cancer cells were observed in the 4% PFA, 10% NBF, and 20% NBF samples (Figs. 3E, 3F, and 3G). The 99% EtOH sample showed a marked decrease of VEGF-A immunoreactivity (Fig. 3H). By contrast, immunostaining for AE-1/AE-3 showed strong expression in the 99% EtOH sample compared with those in the 4% PFA, 10% NBF, and 20% NBF samples (Figs. 3I, 3J, 3K, and 3L). Immunostaining for E-cadherin showed similar expressions in the membrane of cancer cells in the 4% PFA, 10% NBF, and 20% NBF samples (Figs. 3M, 3N, and 3O), while the 99% EtOH sample showed a decrease of intensity of E-cadherin expression (Fig. 3P). In Ki-67, the 4% PFA sample exhibited slightly high expression of Ki-67 in the nuclei of cancer cells compared with the 10% and 20% NBF samples (Figs. 3Q, 3R, and 3S). Similar expression patterns of Ki-67 in the 10% NBF and 20% NBF samples (Figs. 3R and 3S) were observed. The 99% EtOH sample showed a marked decrease of Ki-67 expression (Fig. 3T). Furthermore, the number of Ki-67-positive cells was counted using image analyzing software WinROOF (Fig. 4). Ki-67-positive cells were 2.5-fold greater in number in 4% PFA samples than in 20% NBF samples. The numbers of Ki-67-positive cells were decreased in the 10% NBF and 99% EtOH samples, and Ki-67 was observed in approximately 6% of cells in the samples fixed with 99% EtOH compared with the level with 4% PFA. Tables 2 and 3 show summaries of the results of intensity and proportion of positive cells in immunohistochemical analyses for Ki-67, VEGF-A, AE-1/AE-3, E-cadherin, and HLA class I.

## Discussion

In the present study, the quality of all of the isolated RNA from PFA, NBF, and RNAlater tissues was high, and they could be analyzed by qRT-PCR. Among the formaldehyde fixations, mRNA was most preserved in 4% PFA. However, 99% EtOH tissue showed marked degradation of RNA. These results indicate that formaldehyde fixation is better than alcohol fixation to preserve RNA, and 4% PFA is best for RNA preservation in all fixation methods examined. The reason for the difference between formaldehyde fixations may be that the purity of formaldehyde freshly prepared from PFA is superior to that of commercial stock solutions. Furthermore, the present study showed that the initial cycle number of β-actin, a housekeeping gene, markedly altered with different fixations. The results of the qRT-PCR of β-actin mRNA indicate a similar tendency to those of total RNA in the fixations. The current results differ from those of previous studies reporting that better RNA preservation in tissues can be achieved by using alcohol as a fixative (Ben-Ezra et al. 1991; Goldsworthy et al. 1999; Su et al. 2004). In the present study, we analyzed the effects of various fixatives using a consistent fixation time of 24 hr, and this fixation time with alcohol might have had a deleterious effect on RNA preservation.

In morphological analysis, samples fixed with 4% PFA showed a distinct intercellular space, but sufficient quality was retained for morphological analysis. Ten percent and 20% NBF-fixed tissues showed excellent quality of morphology. Ninety-nine percent EtOH-fixed tissues showed contraction of cells because of dehydration changes. Therefore, 99% EtOH was inferior to formalin-based fixatives in morphological analysis, as previously reported (Su et al. 2004).

Immunohistochemical results showed marked differences depending on fixations. The 99% EtOH-fixed samples showed marked decreases of Ki-67 and VEGF-A immunoreactivities compared with those of formalin-fixed samples. On the other hand, immunoreactivities of HLA class I and E-cadherin showed no changes between the fixations. Immunostaining for AE-1/AE-3 showed the highest

**Table 3.** Proportion of Positive Cells of Immunohistochemical Analysis

|            | 4% PFA | 10% NBF | 20% NBF | 99% EtOH |
|------------|--------|---------|---------|----------|
| Ki-67      | 2+     | 2+      | 2+      | -        |
| VEGF-A     | 2+     | 3+      | 3+      | -        |
| AE-1/AE-3  | 3+     | 3+      | 3+      | 3+       |
| E-cadherin | 3+     | 3+      | 3+      | 3+       |
| HLA class I| 3+     | 3+      | 3+      | 3+       |

Proportion of positive cells of immunostaining for Ki-67 and VEGF-A was markedly decreased in 99% EtOH sample. -; 0-25%, +; 25-50%, 2+; 50-75%, 3+ 75-100%. PFA, paraformaldehyde; NBF, neutral buffered formalin; EtOH, ethanol.

expression in the 99% EtOH sample, which is consistent with previous reports that coagulant fixatives improved cytokeratin immunoreactivity (Arnold et al. 1996; Battifora and Kopinski 1986). The present study also indicated that differences of immunoreactivity depended on fixatives, but did not depend on antigen localization. Differences of masks of antigens or changes of epitopes because of fixations might cause alterations of immunoreactivity.

The results of Ki-67 staining with a microscope differed from the results obtained using automatic counting with image-analysis software. The image-analysis software automatically counts the nuclei of cells that have an intensity that exceeds the predetermined threshold level. Therefore, as Table 2 shows, the Ki-67 staining intensity might strongly affect outcomes with software analysis of Ki-67-positive cells. The number of Ki-67-positive cells, as determined using the software, markedly differed between the fixations, and 4% PFA showed the highest number of Ki-67-positive cells. Ki-67-positive index has been widely used in pathological diagnosis and cancer research to determine the proliferative activity or malignant potential of the tumors (Hendricks and Wilkinson 1994; Spyratos et al. 2002). Therefore, the results emphasize the need for careful standardization of immunocytochemical methods, particularly when performing quantitative analysis.

Xenograft transplantation of human tumor cells into immunodeficient mice has been widely used because it is known to be an effective method to clarify the effects of specific molecules or chemicals on tumor cells. Recently, this method has been reported as a definitive examination to identify tumor stem cells in various kinds of tumors. It is controversial which fixation is best for analysis; therefore, researchers usually use various fixations (Aikawa et al. 2008; Arumugam et al. 2005; Sasaki et al. 2008). The present study indicated that it is important to select proper fixations and fixation methods for assessment of expression levels of proteins and RNAs. Furthermore, xenograft transplantation of human cancer cell lines into nude mice is useful to assess proper fixation materials and fixation methods because the model permits us to examine the expression levels of proteins

and RNAs in human cancer cells, which originate from single clones of cancer and show a uniform pattern.

In conclusion, the present study indicated that formalin fixation is better than alcohol fixation for RNA preservation in paraffin-embedded cancer cell implantation models. Immunohistochemical results differed markedly depending on fixation materials and antibodies; therefore, suitable fixations and fixation methods are needed to quantify and compare the results of immunohistochemistry for cancer cell-implanted nude mice tissues.

## Acknowledgments

The authors thank Mr. Satoshi Takeshima (Mitani Corporation, Tokyo, Japan) for excellent technical assistance. Authors YM and TF are equally contributed to this study.

## Declaration of Conflicting Interests

The authors declared no potential conflicts of interest with respect to the authorship and/or publication of this article.

## Funding

The authors disclosed receipt of the following financial support for the research and/or authorship of this article: This work was supported by a Grant-in-Aid for Scientific Research (C, No. #22591531) to TI, and Grants-in-Aid for Young Scientists (A, No. #22689038) to YM and (B, No. #22790675) to TY, from the Japan Society for the Promotion of Science, a grant provided by Pancreas Research Foundation of Japan, a grant provided by the Ichiro Kanehara Foundation, and a grant provided by Daiwa Securities Health Foundation to YM.

## References

Aikawa T, Whipple CA, Lopez ME, Gunn J, Young A, Lander AD, Korc M. 2008. Glypican-1 modulates the angiogenic and metastatic potential of human and mouse cancer cells. J Clin Invest. 118:89-99.

Allen GM, Middleton J, Katrak PH, Lord SR, Gandevia SC. 2004. Prediction of voluntary activation, strength and endurance of elbow flexors in postpolio patients. Muscle Nerve. 30:172-181.

Arnold MM, Srivastava S, Fredenburgh J, Stockard CR, Myers RB, Grizzle WE. 1996. Effects of fixation and tissue processing on immunohistochemical demonstration of specific antigens. Biotech Histochem. 71:224-230.

Arumugam T, Simeone DM, Van Golen K, Logsdon CD. 2005. S100P promotes pancreatic cancer growth, survival, and invasion. Clin Cancer Res. 11:5356-5364.

Battifora H, Kopinski M. 1986. The influence of protease digestion and duration of fixation on the immunostaining of keratins. A comparison of formalin and ethanol fixation. J Histochem Cytochem. 34:1095-1100.

Ben-Ezra J, Johnson DA, Rossi J, Cook N, Wu A. 1991. Effect of fixation on the amplification of nucleic acids from paraffin-embedded material by the polymerase chain reaction. J Histochem Cytochem. 39:351-354.

PARSE0000884

Castiglione F, Degl'Innocenti DR, Taddei A, Garbini F, Buccoliero AM, Raspollini MR, Pepi M, Paglierani M, Asirelli G, Freschi G, Bechi P, Taddei GL. 2007. Real-time PCR analysis of RNA extracted from formalin-fixed and paraffin-embeded tissues: effects of the fixation on outcome reliability. Appl Immunohistochem Mol Morphol. 15:338-342.

Chung JY, Braunschweig T, Williams R, Guerrero N, Hoffmann KM, Kwon M, Song YK, Libutti SK, Hewitt SM. 2008. Factors in tissue handling and processing that impact RNA obtained from formalin-fixed, paraffin-embedded tissue. J Histochem Cytochem. 56:1033-1042.

Crockett DK, Lin Z, Vaughn CP, Lim MS, Elenitoba-Johnson KS. 2005. Identification of proteins from formalin-fixed paraffin-embedded cells by LC-MS/MS. Lab Invest. 85:1405-1415.

Fraenkel-Conrat H, Olcott HS. 1948. The reaction of formaldehyde with proteins; cross-linking between amino and primary amide or guanidyl groups. J Am Chem Soc. 70:2673-2684.

Goldsworthy SM, Stockton PS, Trempus CS, Foley JF, Maronpot RR. 1999. Effects of fixation on RNA extraction and amplification from laser capture microdissected tissue. Mol Carcinog. 25:86-91.

Gruber AD, Moennig V, Hewicker-Trautwein M, Trautwein G. 1994. Effect of formalin fixation and long-term storage on the detectability of bovine viral-diarrhoea-virus (BVDV) RNA in archival brain tissue using polymerase chain reaction. Zentralbl Veterinarmed B. 41:654-661.

Hatanaka Y, Hashizume K, Nitta K, Kato T, Itoh I, Tani Y. 2003. Cytometrical image analysis for immunohistochemical hormone receptor status in breast carcinomas. Pathol Int. 53:693-699.

Hendricks JB, Wilkinson EJ. 1994. Quality control considerations for Ki-67 detection and quantitation in paraffin-embedded tissue. J Cell Biochem Suppl. 19:105-110.

Lehmann U, Kreipe H. 2001. Real-time PCR analysis of DNA and RNA extracted from formalin-fixed and paraffin-embedded biopsies. Methods. 25:409-418.

Matsuda KM, Chung JY, Hewitt SM. 2010. Histo-proteomic profiling of formalin-fixed, paraffin-embedded tissue. Expert Rev Proteomics. 7:227-237.

Ostasiewicz P, Zielinska DF, Mann M, Wisniewski JR. 2010. Proteome, phosphoproteome, and n-glycoproteome are quantitatively preserved in formalin-fixed paraffin-embedded tissue and analyzable by high-resolution mass spectrometry. J Proteome Res. 9:3688-3700.

Pikkarainen M, Martikainen P, Alafuzoff I. 2010. The effect of prolonged fixation time on immunohistochemical staining of common neurodegenerative disease markers. J Neuropathol Exp Neurol. 69:40-52.

Sasaki H, Miura K, Horii A, Kaneko N, Fujibuchi W, Kiseleva L, Gu Z, Murata Y, Karasawa H, Mizoi T, Kobayashi T, Kinouchi M, Ohnuma S, Yazaki N, Unno M, Sasaki I. 2008. Orthotopic implantation mouse model and cDNA microarray analysis indicates several genes potentially involved in lymph node metastasis of colorectal cancer. Cancer Sci. 99:711-719.

Scicchitano MS, Dalmas DA, Boyce RW, Thomas HC, Frazier KS. 2009. Protein extraction of formalin-fixed, paraffin-embedded tissue enables robust proteomic profiles by mass spectrometry. J Histochem Cytochem. 57:849-860.

Shi SR, Key ME, Kalra KL. 1991. Antigen retrieval in formalin-fixed, paraffin-embedded tissues: an enhancement method for immunohistochemical staining based on microwave oven heating of tissue sections. J Histochem Cytochem. 39:741-748.

Spyratos F, Ferrero-Pous M, Trassard M, Hacene K, Phillips E, Tubiana-Hulin M, Le Doussal V. 2002. Correlation between MIB-1 and other proliferation markers: clinical implications of the MIB-1 cutoff value. Cancer. 94:2151-2159.

Su JM, Perlaky L, Li XN, Leung HC, Antalffy B, Armstrong D, Lau CC. 2004. Comparison of ethanol versus formalin fixation on preservation of histology and RNA in laser capture microdissected brain tissues. Brain Pathol. 14:175-182.

von Smolinski D, Leverkoehne I, von Samson-Himmelstjerna G, Gruber AD. 2005. Impact of formalin-fixation and paraffin-embedding on the ratio between mRNA copy numbers of differently expressed genes. Histochem Cell Biol. 124:177-188.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 14941433 |
|---|---|---|
| | Filing Date | 2015-11-13 |
| | First Named Inventor | GEORG SEELIG |
| | Art Unit | 1639 |
| | Examiner Name | KAREN S. WEILER |
| | Attorney Docket Number | 53433/600 |

**U.S.PATENTS**   Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 8673562 | | 2014-03-18 | DRMANAC | |
| | 2 | 8771957 | | 2014-07-08 | DRMANAC | |
| | 3 | 8871686 | | 2014-10-28 | GHADESSY, et al. | |
| | 4 | 9074204 | | 2015-07-07 | ANDERSON, et al. | |
| | 5 | 9506918 | | 2016-11-29 | FISCHER, et al. | |
| | 6 | 9637784 | | 2017-05-02 | DRMANAC | |
| | 7 | 9727810 | | 2017-08-08 | FODOR, et al. | |
| | 8 | 10002316 | | 2018-06-19 | FODOR, et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button.   Add

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /KSW/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|

| Application Number | 14941433 |
|---|---|
| Filing Date | 2015-11-13 |
| First Named Inventor | GEORG SEELIG |
| Art Unit | 1639 |
| Examiner Name | KAREN S. WEILER |
| Attorney Docket Number | 53433/600 |

## U.S.PATENT APPLICATION PUBLICATIONS    [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20140256597 | | 2014-09-11 | HE | |
| | 2 | 20140309118 | | 2014-10-16 | BANG, et al. | |
| | 3 | 20140309119 | | 2014-10-16 | JACOBSEN, et al. | |
| | 4 | 20160194699 | | 2016-07-07 | BORODINA, et al. | |
| | 5 | 20160251697 | | 2016-09-01 | NOLAN | |
| | 6 | 20160378916 | | 2016-12-29 | DRMANAC, et al. | |
| | 7 | 20170009274 | | 2017-01-12 | ABATE, et al. | |
| | 8 | 20170362642 | | 2017-12-21 | NOLAN, et al. | |
| | 9 | 20180135042 | | 2018-05-17 | ROKHSAR | |

| If you wish to add additional U.S. Published Application citation information please click the Add button. | Add |
|---|---|

| FOREIGN PATENT DOCUMENTS | Remove |
|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /KSW/

EFS Web 2.1.17

PARSE0000887

Receipt date: 05/04/2018

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 14941433 | |
| | Filing Date | 2015-11-13 | |
| | First Named Inventor | GEORG SEELIG | |
| | Art Unit | 1639 | |
| | Examiner Name | KAREN S. WEILER | |
| | Attorney Docket Number | 53433/600 | |

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| english abstract only | 1 | 2014137193 | WO | | 2014-09-12 | SNU R&DB Foundation | | |
| | 2 | 2014182528 | WO | | 2014-11-13 | California Institute of Technology | | |
| | 3 | 3234602 | EP | | 2017-10-25 | Apprise Bio, Inc. | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button    **Add**

**NON-PATENT LITERATURE DOCUMENTS**    **Remove**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | ADEY, et al.,"In vitro, long-range sequence information for de novo genome assembly via transposase contiguity, Genome Res. 24, 2041-2049, 2014 | |
| | 2 | ADEY, et al.,"Rapid, low-input, low-bias construction of shotgun fragment libraries by high-density in vitro transposition, Genome Biol. 11, R119, 2010 | |
| | 3 | AMINI, et al.,"Haplotype-resolved whole-genome sequencing by contiguity-preserving transposition and combinatorial indexing, Nat. Genet. 46, 1343-1349, December 2014 | |
| | 4 | BOYLE, et al.,"High-Resolution Mapping and Characterization of Open Chromatin Across the Genome, Cell 132, 3110-322, January 25, 2008 | |
| | 5 | BUENROSTRO, et al.,"Transposition of native chromatin for fast and sensitive epigenomic profiling of open chromatin, DNA-binding proteins and nucleosome position, Nat. Methods 10, 1213-1218, December 2013 | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /KSW/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 14941433 |
| | Filing Date | 2015-11-13 |
| | First Named Inventor | GEORG SEELIG |
| | Art Unit | 1639 |
| | Examiner Name | KAREN S. WEILER |
| | Attorney Docket Number | 53433/600 |

| | 6 | CASANOVICH, et al.,"Multiplex singe-cell profiling of chromatin accessibilty by combinatorial cellular indexing, Science, Vol. 348, Issue 6237, pp. 910-914, May 22, 2015 | |
| | 7 | DENG, et al.,"Single-Cell RNA-Seq Reveals Dynamic, Random Monoallelic Gene Expression in Mammalian Cells, Science, 343, 193-196, 10 January 2014 | |
| | 8 | FAN, et al.,"Combinatorial labeling of single cells for gene expression cytometry, Science, Vol. 347, Issue 6222, 1258367, February 6, 2015 | |
| | 9 | FU, et al.,"Counting individual DNA Molecules by the stochastic attachment of diverse labels, Proc Natl Acad Sci. 2011 May 31; 108(22): 9026-31 | |
| | 10 | FU, et al.,"Molecular Indexing Enables quantitative targeted RNA sequencing and reaveals poor efficiencies in standard library preparations, Proc Natl Acad Sci. February 4, 2014; 111(5); 1891-1896 | |
| | 11 | GOLE, et al.,"Massively Parallel Polymerase Cloning and Genome Sequencing of Single Cells Using Nanoliter Microwells, Nat. Biotechnol. 31, 1126-1132, December 2013 | |
| | 12 | JAITIN, et al.,"Massively Parallel Single-Cell RNA-Seq for Marker-Free Decomposition of Tissues into Cell Types, Science 343, 776-779, 14 February 2014 | |
| | 13 | KIVIOJA, et al.,"Counting absolute numbers of molecules using unique molecular identifiers, Nature Methods, January 2012, Vol. 9, No. 1, 72-74 | |
| | 14 | KLEIN, et al.,"Droplet Barcoding for Single-Cell Transcriptomics Applied to Embryonic Stem Cells, May 21, 2015, Cell 161, 1187-1201 | |
| | 15 | MACOSKO, et al.,"Highly Parallel Genome-Wide Expression Profiling of Individual Cells Using Nanoliter Droplets, Cell, 161, 1202-1214, May 21, 2015 | |
| | 16 | MORTAZAVI, et al.,"Mapping and quantifying mammalian transcriptomes by RNA-Seq, Nat Methods 5(7): 621-628, May 30, 2008 | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /KSW/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 14941433 |
|---|---|---|
| | Filing Date | 2015-11-13 |
| | First Named Inventor | GEORG SEELIG |
| | Art Unit | 1639 |
| | Examiner Name | KAREN S. WEILER |
| | Attorney Docket Number | 53433/600 |

| | | | |
|---|---|---|---|
| | 17 | NAGANO, et al.,"Single-Cell Hi-C Reveals Cell-to-Cell Variability in Chromosome Structure, Nature 502, 59-64, 3 October 2013 | |
| | 18 | NAVIN, et al.,"Tumour evolution inferred by single-cell sequencing, Nature 472, 90-94, 7 April 2011 | |
| | 19 | PAN, et al.,"Single Cell Analysis: from Technology to Biology and Medicine, Single Cell Biol. 3, 106, 2014 | |
| | 20 | REGEV, et al.,"The Human Cell Atlas, www.genome.gov/Multimedia/slides/GSPFuture2014/10_Regev.pdf | |
| | 21 | ROTEM, et al.,"High-Throughput Single-Cell Labeling (Hi-SCL) for RNA-Seq Using Drop-Based Microfluidics, PLoS ONE 10(5): e0116328, May 22, 2015 | |
| | 22 | SALIBA, et al.,"Single-cell RNA-seq: advances and future challenges, Nucleic Acids Res. 42, 8845-8860, 22 July 2014 | |
| | 23 | SHALEK, et al.,"Single-Cell transcriptomics reveals bimiodality in expression and splicing in immune cells, Nature 498, 236-240, 13 June 2013 | |
| | 24 | SHIROGUCHI, et al.,"Digital RNA sequencing minimizes sequence-dependent bias and amplification noise with optimized single-molecule barcodes, Proc Natl Acad Sci. 2012 Jan 24; 109(4): 1347-52 | |
| | 25 | SMALLWOOD, et al.,"Single-Cell Genome-Wide Bisulfite Sequencing for Assessing Epigenetic Heterogeneity, Nat. Methods 11, 817-820, August 2014 | |
| | 26 | STERGACHIS, et al.,"Developmental Fate and Cellular Maturity Encoded in Human Regulatory DNA Landscapes, Cell 154, 888-903 August 15, 2013 | |
| | 27 | THE ENCODE PROJECT CONSORTIUM, et al.,"An Integrated encyclopedia of DNA elements in the human genome, Nature 489, 57-74, 2012 | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /KSW/

PARSE0000890

| | | Application Number | 14941433 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | 2015-11-13 |
| | | First Named Inventor | GEORG SEELIG |
| | | Art Unit | 1639 |
| | | Examiner Name | KAREN S. WEILER |
| | | Attorney Docket Number | 53433/600 |

| | 28 | THURMAN, et al.,"The Accessible Chromatin Landscape of the Human Genome, Nature 489, 75-82, 6 September 2012 | |
|---|---|---|---|
| | 29 | TRAPNELL, et al.,"The Dynamics and Regulators of Cell Fate Decisions are Revealed by Pseudotemporal Ordering of Single Cells, Nat. Biotechnol. 32, 381-386, April 2014 | |
| | 30 | WU, et al.,"Quantitative Assessment of Single-Cell RNA-sequencing methods, Nat. Methods 11, 41-46, January 2014 | |
| | 31 | YANG, et al.,"Global survey of escape from X inactivation by RNA-sequencing in mouse, Genome Res. 20, 614-622, 2010 | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | /Karen S. Weiler/ | Date Considered | 03/15/2019 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /KSW/

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /KSW/

PARSE0000891

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 14941433 |
| | Filing Date | 2015-11-13 |
| | First Named Inventor | GEORG SEELIG |
| | Art Unit | 1639 |
| | Examiner Name | KAREN S. WEILER |
| | Attorney Docket Number | 53433/600 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

☒ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Zhi-Xiang Oh/ | Date (YYYY-MM-DD) | 2019-01-04 |
|---|---|---|---|
| Name/Print | Zhi-Xiang (Alex) Oh | Registration Number | 67,520 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /KSW/

PARSE0000892

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /KSW/

EFS Web 2.1.17

PARSE0000893

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/941,433 | 11/13/2015 | Georg Seelig | UWOTL169961 | 8295 |

95093          7590          02/10/2020
COJK/University of Washington
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029

| EXAMINER |
|---|
| HAVLIN, ROBERT H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1639 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 02/10/2020 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

efiling@cojk.com

PTOL-90A (Rev. 04/07)

| **Office Action Summary** | Application No. 14/941,433 | Applicant(s) Seelig et al. | |
|---|---|---|---|
| | Examiner ROBERT H HAVLIN | Art Unit 1639 | AIA (FITF) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

   A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE **3** MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on 9/5/19.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a)☐ This action is **FINAL.**     2b) ☑ This action is non-final.
3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☑ Claim(s)  1,3-7,11-13,16-23,53-55 and 81-86 is/are pending in the application.
   5a) Of the above claim(s) 11-13,53-55 and 81-82 is/are withdrawn from consideration.
6)☐ Claim(s) _____ is/are allowed.
7)☑ Claim(s) 1,3-7,16-23 and 83-86 is/are rejected.
8)☐ Claim(s) _____ is/are objected to.
9)☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10)☐ The specification is objected to by the Examiner.
11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
     a)☐ All   b)☐ Some**   c)☐ None of the:
       1.☐ Certified copies of the priority documents have been received.
       2.☐ Certified copies of the priority documents have been received in Application No. _____.
       3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)
2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.
3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____.
4) ☑ Other: search notes.

PARSE0000926

Application/Control Number: 14/941,433                                                          Page 2
Art Unit: 1639

## DETAILED ACTION

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

**RCE**:  A request for continued examination under 37 CFR 1.114, including the fee set forth in 37 CFR 1.17(e), was filed in this application after final rejection.  Since this application is eligible for continued examination under 37 CFR 1.114, and the fee set forth in 37 CFR 1.17(e) has been timely paid, the finality of the previous Office action has been withdrawn pursuant to 37 CFR 1.114.  Applicant's submission filed on 9/5/2019 has been entered.

**Status of the claims**:  Claims 1, 3-7, 11-13, 16-23, 53-55, 81-86 are currently pending.  Claims 11-13, 53-55, 81, 82 are withdrawn.  Claims 1, 3-7, 16-23, and 83-86 of the instant application are under examination.

**Priority:**  This application has PRO 62/080,055 (11/14/2014).

### *Election/Restrictions*

1.       Applicant previously elected without traverse the invention of Group I (previously indicated as claims 1-24, 38) and elected the species of cell location species of <u>intracellular molecules</u>; intracellular molecule subspecies of <u>cDNA</u> in the reply filed 4/2/2018.

### *Claim Interpretation*

2.       **Claim 20** recites at line 2, "the cDNA molecules".  In view of the instant disclosure, especially the paragraphs of the Specification that Applicants cited as support for the amendment of claim 20, the phrase "the cDNA molecules" is being interpreted as "the secondary nucleic acid-tagged cDNA molecules".


### *Claim Rejections - 35 USC § 112*

The following is a quotation of 35 U.S.C. 112(a):

> (a) IN GENERAL.—The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it

PARSE0000927

is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor or joint inventor of carrying out the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), first paragraph:

The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same and shall set forth the best mode contemplated by the inventor of carrying out his invention.

3.       Claim 7 is rejected under 35 U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first paragraph, as failing to comply with the written description requirement. The claim(s) contains subject matter which was not described in the specification in such a way as to reasonably convey to one skilled in the relevant art that the inventor or a joint inventor, or for pre-AIA the inventor(s), at the time the application was filed, had possession of the claimed invention. **This is a new matter rejection.**

**Claim 7** is directed to features of primary and secondary nucleic acid tags. Applicants cite support for the claim amendment at paragraph [0049]. Inspection of the cited paragraph, as well as a cursory review of the entire Specification as filed, failed to reveal support for two newly claimed tag features. Firstly, no support is found for secondary nucleic acid tags comprising a primary tag sequence. Indeed, such a feature appears contradictory to the limitations of parent claim 1. Secondly, no support is found for the second strand as broadly claimed, in particular "a sequence of the cDNA molecules". Rather, paragraph [0059] describes the second strand of the primary and secondary nucleic acid tags of the invention as comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence and (ii) a second portion complementary to the 3' hybridization sequence. Accordingly, amended claim 7 appears to recite new matter.

Applicant further amended claim 7, to change the "first strand comprising a" from "primary tag" to "barcode" sequence which addresses part of the rejection. However, the "second strand comprising" language continues to read broadly on "a sequence of the cDNA

molecules" in a manner that is not supported by the original disclosure. This part of the rejection of **claim 7 is maintained**.

Claim 85 recites a method step of coupling the cDNA molecules with a plurality of "ligation stop oligos". Applicants cite support for the new claim at paragraph [0021] and Figure 14. However, paragraph [0021] is the legend of Figure 14, which merely states that ligation stop oligos are depicted in the figure, and Figure 14 does not depict a method step. A cursory search of the instant Specification only revealed paragraph [0088], corresponding to Example 3, which describes a use of "ligation stop oligos". This use does not include coupling the cDNA molecules with a plurality of ligation stop oligos, as presently recited.

Applicant amended the claim to read:

85.    (Currently amended) The method of claim [[3]] 16, further comprising ~~coupling~~ providing the cDNA molecules with a plurality of ligation stop oligos complementary to the primary nucleic acid tags after ~~each iteration of tagging of the cDNA molecules~~ ligating the primary nucleic acid tag.

which is supported by paragraph [0088]. This part of the rejection of **claim 85 is withdrawn**.


The following is a quotation of 35 U.S.C. 112(b):

(B) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:

The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

4.    Claims 6, 7 and 85 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the invention.

PARSE0000929

Amended **claim 6** modifies the method of claim 1 to recite a first step of fixing and permeabilizing the plurality of cells. However, the plurality of cells is not provided until the subsequent step of the method. Are the provided plurality of cells different from the plurality of cells that are fixed and permeabilized? The metes and bounds of the claim would not be clear to the person of ordinary skill in the art. Applicant persuasively argued withdrawal of this part of the rejection.

Amended **claim 7** is directed to features of primary and secondary nucleic acid tags wherein the first strand of said tags comprises a "primary tag sequence". The term "primary tag sequence" has replaced the term "barcode sequence" recited in the original claim, via amendment. The term "primary tag sequence" is not explicitly disclosed within the instant Specification. As presently written, the claim appears to describe a universal feature of all (primary <u>and secondary</u>) nucleic acid tags of the invention, which is a common "primary tag sequence". In contrast to the term "barcode", the plain and ordinary meaning of "primary tag sequence" does not suggest any variation or multiple, different sequences. Accordingly, it is not clear how the nucleic acid tags recited in amended claim 7 relate to the method purpose of "uniquely labeling nucleic acid molecules", or to the claimed difference between nucleic acid tags of a first aliquot and a second aliquot, as per steps (d) and (h) of parent claim 1. For the purpose of the present examination, the "primary tag sequence" of the first strand is being interpreted as a barcode sequence. Applicant amended the claims persuasively argued withdrawal of this part of the rejection.

Amended **claim 85** recites a step of coupling cDNA molecules with "ligation stop oligos". It would not be clear to the person of ordinary skill in the art, in view of Applicants' disclosure, what process step is intended. Applicant amended the claim and persuasively argued withdrawal of this part of the rejection.

This rejection is **withdrawn**.

PARSE0000930

Application/Control Number: 14/941,433                                                    Page 6
Art Unit: 1639

### *Claim Rejections - 35 USC § 102*

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis

for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (a)(2) the claimed invention was described in a patent issued under section 151, or in an application for patent published or deemed published under section 122(b), in which the patent or application, as the case may be, names another inventor and was effectively filed before the effective filing date of the claimed invention.

5.      Claims 24 and 38 are rejected under 35 U.S.C. 102(a)(2) as being anticipated by Nolan

et al. (US PGPub 2015/0329852 A1, published 11-19-2015, effectively filed 08-08-2012; of

record).

        Applicant cancelled the claims thereby rendering the rejection **moot**.

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness

rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102 of this title, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains. Patentability shall not be negated by the manner in which the invention was made.

        This application currently names joint inventors.  In considering patentability of the

claims the examiner presumes that the subject matter of the various claims was commonly

owned as of the effective filing date of the claimed invention(s) absent any evidence to the

contrary.  Applicant is advised of the obligation under 37 CFR 1.56 to point out the inventor and

effective filing dates of each claim that was not commonly owned as of the effective filing date of

the later invention in order for the examiner to consider the applicability of 35 U.S.C.

102(b)(2)(C) for any potential 35 U.S.C. 102(a)(2) prior art against the later invention.

PARSE0000931

7.     Claims 1, 3-7, 16-23 and 83-85 are rejected under 35 U.S.C. 103(a) as being unpatentable over Jaitin et al. (Science 343(6172):776-779, including online Supplement; as cited in the IDS), in view of Nolan et al. (US PGPub 2015/0329852 A1, published 11-19-2015, effectively filed 08-08-2012; of record).

With regard to instant **claims 1, 83 and 84**, Jaitin et al. teach a method of uniquely labeling molecules within a plurality of cells (e.g. molecular and cellular labeling of RNA molecules from single cells in a population of cells; e.g. p. 778, 3rd column, 2nd paragraph, Figure S1 and entire document), the method comprising:

(a) providing the plurality of cells, wherein the plurality of cells comprises ribonucleic acid (RNA) molecules (e.g. sampling of thousands of cells; e.g. abstract, p. 778, 1st column, 1st paragraph, e.g. p. 2 of Supplement, and Figure S1);

(b) reverse transcribing the RNA molecules within the plurality of cells, thereby generating complementary deoxyribonucleic acid (cDNA) molecules within the plurality of cells (e.g.p. 3 of Supplement at "Barcoding and Reverse Transcription (RT) reaction" and Figures S1 and S2; see also Table S7),

wherein reverse transcribing the RNA molecules comprises attaching primers to the RNA molecules, wherein the primers comprise a poly(T) sequence, a random sequence, or both a poly(T) sequence and a random sequence (i.e. poly(T) sequence and a random sequence of six nucleotides; e.g. p. 8, 2nd paragraph of Supplement, Figures S1 and S2, and Table S7, wherein the teaching of a random molecular tag (RMT) of 4-8 nucleotides reads on a 6 nucleotide RMT (i.e. hexamer), given the small size of the genus of RMTs of 4-8 nucleotides, as per MPEP 2131.02).

Jaitin et al teach instant **claim 23**, wherein the plurality of cells is selected from at least one of mammalian cells, yeast cells, and bacterial cells (i.e. mammalian cells; e.g. p. 778, 3rd column, 1st paragraph).

Although Jaitin et al. teach dividing a plurality of cells into a plurality of aliquots and providing nucleic acid tags to each of said aliquots as well as pooling aliquots (e.g. Figure S1), Jaitin et al. do not teach these steps in the order instantly claimed, nor the sequential coupling

PARSE0000932

of distinct primary and secondary nucleic acid tags to the cDNA molecules in each aliquot in order to construct a cell labelling sequence. Rather, the 5' overhang of each reverse transcription primer comprises a labelling sequence (e.g. Figures S1 and S2).

With further regard to instant **claim 1**, Nolan et al. teach a method of labeling target molecules in single cells of a complex cell population with tags that retain cell-specific information (e.g. paragraphs [0004]-[0005] and [0024]) comprising

(c) dividing the plurality of cells comprising the cDNA molecules into a plurality of primary aliquots, wherein the plurality of primary aliquots comprises a first primary aliquot and a second primary aliquot (e.g. split pool synthesis comprising a population of cells and a plurality of APS sets; e.g. paragraphs [0029]-[0031] and [0187]; e.g. for each round of split-pool synthesis, splitting the population of cells into m reaction volumes; e.g. paragraph [0029], wherein m is 2, 3, 4,5,6, 7,8,9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20 or more than 20; e.g. paragraph [0031]);

(d) providing primary nucleic acid tags to the plurality of primary aliquots, wherein the primary nucleic acid tags provided to the first primary aliquot are different from the primary nucleic acid tags provided to the second primary aliquot (e.g. contacting one or more reaction volumes (i.e. instant aliquots) with an APS (assayable polymer subunit; i.e. instant nucleic acid tag) from an APS set of APSs that are detectably distinct from each other; e.g. paragraph [0029]; e.g. each reaction volume receives a different APS from the APS set; e.g. paragraphs [0031] and [0045]-[0046]);

(e) coupling the cDNA molecules from each of the plurality of primary aliquots with the provided primary nucleic acid tags of (d), thereby tagging the cDNA molecules with the primary nucleic acid tags and producing primary nucleic acid-tagged cDNA molecules, and wherein the cDNA molecules of the first primary aliquot are tagged with a different primary nucleic acid tag than cDNA molecules of the second primary aliquot (e.g. the APS added on each round is linked to the first complex (i.e. instant RNA-cDNA molecule); e.g. paragraph [0031]; e.g. each reaction volume receives a different APS from the APS set; e.g. paragraphs [0031] and [0045]-[0046]);

(f) combining the plurality of primary aliquots (e.g. pooling two or more reaction volumes; e.g. paragraph [0029]);

(g) dividing the combined primary aliquots of (f) into a plurality of secondary aliquots, wherein the plurality of secondary aliquots comprises a first secondary aliquot and a second secondary aliquot (e.g. performing another round of split-pool synthesis comprising splitting the population of cells into m reaction volumes; e.g. paragraph [0029], as described for instant step (c));

(h) providing secondary nucleic acid tags to the plurality of secondary aliquots, wherein the secondary nucleic acid tags provided to the first secondary aliquot are different from the secondary nucleic acid tags provided to the second secondary aliquot (e.g. performing another round of split-pool synthesis comprising contacting one or more reaction volumes with an APS from a round-specific APS set; e.g. paragraph [0029], as described for instant step (d)); and

(i) coupling the primary nucleic acid-tagged cDNA molecules of (e) from each of the plurality of secondary aliquots with the provided secondary nucleic acid tags of (h), thereby tagging the primary nucleic acid-tagged cDNA molecules with the secondary nucleic acid tags and producing secondary nucleic acid-tagged cDNA molecules, and wherein the secondary nucleic acid-tagged cDNA molecules of the first secondary aliquot are tagged with a different secondary nucleic acid tag than the secondary nucleic acid-tagged cDNA molecules of the second secondary aliquot (e.g. performing another round of split-pool synthesis; e.g. paragraph [0029], wherein "synthesis" is understood as the linkage of an APS, as described for instant step (e); e.g. the APS added on each round is linked to the first complex and the linking is in order of rounds; e.g. paragraph [0031]; e.g. each reaction volume receives a different APS from the APS set; e.g. paragraphs [0031] and [0045]-[0046]) .

Nolan et al. teach instant **claim 3**, further comprising: (j) repeating (f), (g), (h), and (i) with subsequent aliquots (e.g. paragraphs [0029] and [0031]).

Nolan et al. teach instant **claims 4 and 5**, wherein step (j) is repeated a number of times sufficient to generate a unique series of nucleic acid tags for the cDNA molecules in a single cell of the plurality of cells, wherein the number of times is 1, 2, 3, 4, or 5 (e.g. n rounds of split-pool synthesis, wherein an appropriate n is selected based on a desired certainty level given a number of cells, x; e.g. paragraphs [0026] and [0029]; e.g. n is 2, 3, 4,5,6, 7,8,9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20 or more than 20; e.g. paragraph [0031]; see also paragraphs [0188]-[0192]).

Nolan et al. teach instant **claim 6**, further comprising, prior to (a), fixing and permeabilizing the plurality of cells (e.g. paragraphs [0137] and [0187]).

Nolan et al. teach instant **claim 7**, wherein each of the primary nucleic acid tags and secondary nucleic acid tags comprises:

a first strand comprising:

a primary tag sequence,

a 3' hybridization sequence flanking the 3' end of the primary tag sequence, and a 5' hybridization sequence flanking the 5' end of the primary tag sequence; and

a second strand comprising:

a first portion complementary to the 5' hybridization sequence or a sequence of the cDNA molecules, and a second portion complementary to the 3' hybridization sequence or a sequence of the cDNA molecules

(e.g. an APS (i.e. instant first strand) is linked using a linking oligonucleotide (i.e. instant second strand) comprising the first and the second complementary regions to two components selected from a UBA, an APS, and an ESB (i.e. instant first and second portions); e.g. paragraph [0019]; e.g. the annealing primer (i.e. instant second strand) may comprise a first complementary region (i.e. instant first portion) to the CL (i.e. analogous to instant cDNA primer) or an APS (i.e. instant first strand) added during the previous round of a stepwise synthesis, and may also comprise a second complementary region (i.e. instant second portion) to the APS being added during a current round; e.g. paragraph [0130] and Figures 7 and 8).

PARSE0000935

Nolan et al. teach instant **claim 16**, further comprising ligating the primary nucleic acid tag of a primary nucleic acid-tagged cDNA molecule to the secondary nucleic acid tag (e.g. paragraphs [0005], [0016], [0019], [0031] and throughout document).

Nolan et al. teach instant **claim 17**, wherein the ligation is performed within the plurality of cells (e.g. paragraph [0145]).

Nolan et al. teach instant **claim 18**, further comprising removing primary nucleic acid tags or secondary nucleic acid tags that are unbound to the cDNA molecules (e.g. immobilization and/or purification of COB (cell origination barcode)-ESB-UBA-target complexes from unbound material; e.g. paragraphs [0119]-[0121]).

Nolan et al. teach instant **claim 19**, wherein a final nucleic acid tag coupled to the cDNA molecules comprises a capture agent (e.g. the APSs in the final round comprise an amplification complementary primer region, for example an Illumina primer sequence; e.g. paragraph [0046]; e.g. the COB can comprise an affinity tag; e.g. paragraph [0120]; see also paragraph [0333]).

Nolan et al. teach instant **claim 20**, further comprising lysing the plurality of cells to release the cDNA molecules from within the plurality of cells (e.g. cells may be lysed; e.g. paragraph [0012]; e.g. the COB-ESB-UBA-target complexes may be purified and/or immobilized, which implicitly teaches lysing of the cells; e.g. paragraph [0119]).

Nolan et al. teach instant **claim 21**, further comprising lysing the plurality of cells to release the cDNA molecules from within the plurality of cells prior to the ligation (e.g. the APSs are first assembled inside a cell, and are linked outside a cell; e.g. paragraph [0145], wherein it would be understood by the person of ordinary skill that the transition from inside of the cell (assembly) to outside of the cell (ligation) reflects lysing of the cell).

Nolan et al. teach instant **claim 22**, wherein the lysing is subsequent to (i) (e.g. paragraphs [0119] and [0145], as described in the rejection of claims 20 and 21), and wherein a majority of the nucleic acid tagged cDNA molecules from a single cell comprises the same plurality of nucleic acid tags coupled thereto (i.e. an intended result inherent to performance of the tagging steps of claim 1, which are taught by the prior art, as described above; see also paragraph [0189]).

PARSE0000936

Nolan et al. teach instant **claim 85**, further comprising coupling the cDNA molecules with

a plurality of ligation stop oligos after each iteration of tagging of the cDNA molecules (e.g. methods to

stall the synthesis of COBs missing one or more APSs; e.g. paragraph [0127]).

It would have been *prima facie* obvious to one of ordinary skill in the art before the

effective filing date of the claimed invention to modify the single-cell RNA-Seq method of Jaitin

et al. by adding a cell barcode (label) to cDNA molecules of each cell by a split-pool synthesis

approach using a pool of individual cells, as taught by Nolan et al., thus obtaining Applicants'

invention without any surprising or unexpected results. One would have been motivated to do

so because separating individual cells into separate compartments, with one cell per

compartment, so that individual enzymatic reactions (e.g. cell labeling) can be performed, as

taught by Jaitin et al., is laborious and uses significant amounts of reagents. In contrast, the

split-pool labeling approach of Nolan et al. treats a population of cells as a single sample, and

enzymatic steps are performed on a small number of sample aliquots. Nolan et al. teach that

multiplexing within one sample saves significant labor, reduces sample quantity requirements

proportional to the number of measurements, and improves accuracy by elimination of errors

compounded by separate sample handling and measurement steps (e.g. paragraph [0084]). As

noted by Nolan et al., the split-pool labeling approach offers "throughput advantages" (e.g.

paragraph [0084]), whereas the use of multiwell plates to contain individual cells practically

limits the number of cells for analysis. One of ordinary skill in the art would have had a

reasonable expectation of success in so modifying the method since split-pool synthesis of

biomolecules is well-known in the art, and does not require additional reagents or expensive

equipment.

<u>Response</u>

Applicant argues that modifying Jaitin according to the teachings of Nolan would change

the basic principle of operation and render the references inoperable for their intended purpose

(citing *In re Mouttet*, *In re Ratti*, etc.). Applicant points to Figure S1 of Jaitin and alleges that

lying cells prior to barcoding RNA which are then pooled and sequenced as per Nolan would

mix the complex sample, thus losing information regarding their cell of origin. This is not

persuasive because Jaitin's Figure S1 shows:



**Figure S1. Massively parallel RNA single-cell sequencing framework (MARS-Seq).** Schematic diagram of the massively parallel approach to single-cell RNA-seq, involving the use of randomized molecular tags to initially label poly-A tailed RNA molecules, followed by pooling labeled samples and performing two rounds of amplification, generating sequencing ready material (see fig. S2 and methods for an expanded version).

and Jaitin describes on page 778:

> "The method is based on fluorescence-activated cell sorting (FACS) of
> single cells into 384-well plates and subsequent automated processing that is
> done mostly on pooled and labeled material, leading to a dramatic increase in
> throughput and reproducibility. To explore the new technique, we sequenced
> RNA from more than 4000 mouse spleen single cells (table S1) … .
>      Our methodology uses three levels of barcoding (molecular-, cellular-,
> and plate-level tags) to facilitate molecule counting with a high degree of
> multiplexing."

Thus, Jaitin's teaching is to "sort single cells into 384-well plates" in a manner such that

information regarding cell origin is not lost and is entirely compatible with Nolan. Furthermore,

Nolan teaches that those in the art would appreciate utilizing any type of sampe ([0215]):

> "The UBA and ESB/COB systems of the invention can be used to detect target
> molecules in any biomolecular sample. As will be appreciated by those in the art,
> the sample may comprise any number of things, including, but not limited to:
> biological samples, such as cells (including both primary cells and cultured cell
> lines), cell lysates, or extracts, …"

PARSE0000938

Therefore, combining Jaitin and Nolan does not change the principle of operation and one of ordinary skill in the art would reasonably consider combining the teachings and arrive at the claimed invention.  This rejection is **maintained**.


8.      Claims 1, 3-7, 16-23 and 83-86 are rejected under 35 U.S.C. 103(a) as being unpatentable over Jaitin et al. (Science 343(6172):776-779, including online Supplement; as cited in the IDS), in view of Nolan et al. (US PGPub 2015/0329852 A1, published 11-19-2015, effectively filed 08-08-2012; of record), as applied to claims 1, 3-7, 16-23 and 83-85, in further view of Matsuda et al. (Journal of Histochemistry & Cytochemistry 59(1) 68–75, published 02-23-2011).

The teachings of Jaitin et al. in view of Nolan et al. are described above.

Nolan et al. are silent with respect to the type of fixative, such as formaldehyde, used to preserve the cells, as per instant claim 86.

With regard to instant **claim 86**, Matsuda et al. teach wherein the plurality of cells is fixed using formaldehyde (e.g. abstract and entire document).

It would have been *prima facie* obvious to one of ordinary skill in the art before the effective filing date of the claimed invention to modify the single-cell RNA-Seq method of Jaitin et al. in view of Nolan et al. by employing formaldehyde as the cell fixative, as taught by Matsuda et al., thus obtaining Applicants' invention without any surprising or unexpected results. One would have been motivated to do so because formaldehyde is a commonly used cell fixative, and preserves a high quality of cellular RNA (e.g. abstract, p. 69, 1st column, 4th paragraph, p. 73, 2nd column, 1st paragraph and Figure 2).  One of ordinary skill in the art would have had a reasonable expectation of success in so modifying the method since formaldehyde is inexpensive and readily available.

Response

Application/Control Number: 14/941,433                                          Page 15
Art Unit: 1639

    Applicant argues in the same manner as in the 35 USC 103 supra that one of skill in the

art would not be motivated to combine Jaitin and Nolan.  This argument is not persuasive as

detailed in the response supra.  Applicant further argues that Matsuda is silent with respect to

labelled and sequencing RNA.  This argument is not persuasive because one of ordinary skill in

the art would readily consider well-known fixation techniques in the art such as is taught by

Matsuda, entitled "Comparison of Fixation Methods for Preservation of Morphology, RNAs, and

Proteins …", and combine the technique with Jaitin and Nolan and arrive at the claimed

invention.  Applicant's argument is not persuasive and the rejection is **maintained**.


9.      Claims 24 and 38 are rejected under 35 U.S.C. 103(a) as being unpatentable over Jaitin

et al. (Science 343(6172):776-779, including online Supplement; as cited in the IDS), in view of

Nolan et al. (US PGPub 2015/0329852 A1, published 11-19-2015, effectively filed 08-08-2012;

of record).

    Applicant cancelled the claims thereby rendering the rejection **moot**.


### Conclusion

The claims are not in condition for allowance.


    A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within TWO

MONTHS of the mailing date of this final action and the advisory action is not mailed until after

the end of the THREE-MONTH shortened statutory period, then the shortened statutory period

will expire on the date the advisory action is mailed, and any extension fee pursuant to 37

CFR 1.136(a) will be calculated from the mailing date of the advisory action.  In no event,

however, will the statutory period for reply expire later than SIX MONTHS from the date of this

final action.

Application/Control Number: 14/941,433                                                                 Page 16
Art Unit: 1639

Any inquiry concerning this communication or earlier communications from the examiner should be directed to ROBERT H HAVLIN whose telephone number is (571) 272-9066. The examiner can normally be reached on 9am - 6pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Heather Calamita can be reached on 571-272-2876. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/ROBERT H HAVLIN/
Primary Examiner, Art Unit 1639

| *Search Notes* | Application/Control No.<br><br>14/941,433 | Applicant(s)/Patent Under Reexamination<br><br>Seelig et al. |
|---|---|---|
| | Examiner<br><br>ROBERT H HAVLIN | Art Unit<br><br>1639 |

| CPC - Searched* | | |
|---|---|---|
| Symbol | Date | Examiner |
| C12Q 1/6806C12Q 1/6855 | 02/04/2020 | RH |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| Symbol | Date | Examiner |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| Search Notes | Date | Examiner |
| EAST, PALM, Google search. | 02/04/2020 | RH |

| Interference Search | | | |
|---|---|---|---|
| US Class/CPC Symbol | US Subclass/CPC Group | Date | Examiner |
| | | | |

| | |
|---|---|
| | |

PARSE0000942

# EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 7685 | 506/013.000.ccls. (C12Q1/6806 C12Q1/6855).cpc. | US-PGPUB; USPAT; USOCR | OR | ON | 2020/02/04 17:02 |
| L2 | 1621 | ((("UNIVERSITY") near3 ("OF") near3 ("WASHINGTON"))).AS,AANM. | USPAT | OR | ON | 2020/02/04 17:03 |
| L3 | 38 | ((("SEELIG") near3 ("Georg")) OR (("MUSCAT") near3 ("Richard")) OR (("ROSENBERG") near3 ("Alexander"))).INV. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2020/02/04 17:03 |

PARSE0000943

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 40139141 |
| **Application Number:** | 14941433 |
| **International Application Number:** | |
| **Confirmation Number:** | 8295 |
| **Title of Invention:** | METHODS AND KITS FOR LABELING CELLULAR MOLECULES |
| **First Named Inventor/Applicant Name:** | Georg  Seelig |
| **Customer Number:** | 95093 |
| **Filer:** | Andrew L. Laughlin/Lauren Gilroy |
| **Filer Authorized By:** | Andrew L. Laughlin |
| **Attorney Docket Number:** | UWOTL169961 |
| **Receipt Date:** | 29-JUL-2020 |
| **Filing Date:** | 13-NOV-2015 |
| **Time Stamp:** | 15:10:53 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | no |
|---|---|

### File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Internet Communications Authorized | 69961_Authorization_for_Internet_Communications.pdf | 94143 <br> 05617e6c44bfef4c2042e957f83180b7ad21e2ba9 | no | 2 |

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 94143 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PARSE0000952

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Inventors: | G. Seelig et al. | Attorney Docket No.: | UWOTL169961 |
| Application No.: | 14/941433 | Art Unit: 1639 / Confirmation No.: 8295 | |
| Filed: | November 13, 2015 | Examiner: R.H. HAVLIN | |
| Title: | METHODS AND KITS FOR LABELING CELLULAR MOLECULES | | |

AMENDMENT AND RESPONSE TO NON-FINAL OFFICE ACTION

Seattle, Washington 98101

August 4, 2020

TO THE COMMISSIONER FOR PATENTS:

INTRODUCTORY COMMENTS

Please amend the above-identified application as follows:

**Amendments to the Claims** are reflected in the listing of the claims, which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 10 of this paper.

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington 98101-3029
206.682.8100

69961 Response to 10FEB2020 Non-Final OA FINAL.docx

PARSE0000953

<u>AMENDMENTS TO THE CLAIMS</u>

This listing of claims will replace all prior versions and listings of claims in the application:

**<u>Listing of Claims:</u>**

1.    (Currently amended)  A method of ~~uniquely~~ <u>cell-specifically</u> labeling ~~nucleic acid~~ RNA molecules within a plurality of cells, the method comprising:

(a)    providing [[the]] <u>a</u> plurality of permeabilized cells <u>in admixture</u>, wherein <u>each of</u> the plurality of cells comprises ribonucleic acid (RNA) molecules;

(b)    <u>without lysing the cells,</u> reverse transcribing the RNA molecules within the plurality of cells, thereby generating complementary deoxyribonucleic acid (cDNA) molecules within the plurality of cells, wherein [[the]] <u>primers used to</u> reverse <u>transcribe</u> ~~transcribing~~ the RNA molecules ~~comprises attaching primers to the RNA molecules, wherein the primers~~ comprise a poly(T) sequence, a <u>mix of</u> random ~~sequence~~ <u>sequences</u>, or both a poly(T) sequence and a <u>mix of</u> random [[sequence]] <u>sequences</u>;

(c)    dividing the plurality of cells comprising the cDNA molecules into a plurality of primary aliquots, wherein the plurality of primary aliquots comprises a first primary aliquot and a second primary aliquot;

(d)    providing primary nucleic acid tags to the plurality of primary aliquots, wherein the primary nucleic acid tags provided to the first primary aliquot are different <u>in sequence</u> from the primary nucleic acid tags provided to the second primary aliquot;

(e)    coupling the <u>provided primary nucleic acid tags of (d) to the</u> cDNA molecules from each of the plurality of primary aliquots ~~with the provided primary nucleic acid tags of (d)~~, thereby tagging the cDNA molecules with the primary nucleic acid tags and producing

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington  98101-3029
206.682.8100

PARSE0000954

primary nucleic acid-tagged cDNA molecules, ~~and wherein~~ <u>whereby</u> the <u>primary nucleic acid-tagged</u> cDNA molecules of the first primary aliquot are tagged with a different primary nucleic acid tag than <u>the primary nucleic acid-tagged</u> cDNA molecules of the second primary aliquot;

(f)     combining the plurality of primary aliquots;

(g)     dividing the combined primary aliquots of (f) into a plurality of secondary aliquots, wherein the plurality of secondary aliquots comprises a first secondary aliquot and a second secondary aliquot;

(h)     providing secondary nucleic acid tags to the plurality of secondary aliquots, wherein the secondary nucleic acid tags provided to the first secondary aliquot are different <u>in sequence</u> from the secondary nucleic acid tags provided to the second secondary aliquot; and

(i)     coupling <u>the provided secondary nucleic acid tags of (h) to</u> the primary nucleic acid-tagged cDNA molecules of (e) ~~from each of the plurality of secondary aliquots with the provided secondary nucleic acid tags of (h)~~, thereby tagging the primary nucleic acid-tagged cDNA molecules with the secondary nucleic acid tags and producing secondary nucleic acid-tagged cDNA molecules, ~~and wherein~~ <u>whereby</u> the secondary nucleic acid-tagged cDNA molecules of the first secondary aliquot are tagged with a different secondary nucleic acid tag than the secondary nucleic acid-tagged cDNA molecules of the second secondary aliquot.

2.     (Cancelled)

3.     (Previously presented)  The method of claim 1, further comprising (j) repeating (f), (g), (h), and (i) with subsequent aliquots.

4.     (Previously presented)  The method of claim 3, wherein (j) is repeated a number of times sufficient to generate a unique series of nucleic acid tags for the cDNA molecules in a single cell of the plurality of cells.

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington  98101-3029
206.682.8100

69961 Response to 10FEB2020 Non-Final OA FINAL.docx

PARSE0000955

5.      (Previously presented)  The method of claim 4, wherein the number of times is 1, 2, 3, 4, or 5.

6.      (Currently amended)  The method of claim 1, further comprising, prior to (a), fixing ~~and permeabilizing~~ the plurality of cells.

7.      (Currently amended)  The method of claim 1, wherein each of the ~~primary nucleic acid tags and~~ secondary nucleic acid tags comprises:

a first strand comprising:

a barcode sequence, and

a 3' hybridization sequence flanking the 3' end of the barcode sequence, and a 5' hybridization sequence flanking the 5' end of the barcode sequence~~; and~~

~~a second strand comprising:~~

~~a first portion complementary to at least one of the 5' hybridization sequence or a sequence of the cDNA molecules, and~~

~~a second portion complementary to the 3' hybridization sequence or a sequence of the cDNA molecules.~~

8-10.   (Cancelled)

11.     (Withdrawn)  The method of claim 1, further comprising, prior to (a), hybridizing a single-stranded adapter sequence to each of the RNA molecules.

12.     (Withdrawn)  The method of claim 1, further comprising, subsequent to (b), ligating an adapter sequence to each of the digested cDNA molecules.

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington  98101-3029
206.682.8100

PARSE0000956

13.     (Withdrawn)   The method of claim 1, further comprising, subsequent to (b), coupling an adapter sequence to each of the cDNA molecules by integrating the adapter sequence into the cDNA molecules using a transposase and releasing the transposase to expose the adapter sequence.

14-15.  (Cancelled)

16.     (Previously presented)   The method of claim 1, further comprising ligating the primary nucleic acid tag of a primary nucleic acid-tagged cDNA molecule to the secondary nucleic acid tag.

17.     (Original)   The method of claim 16, wherein the ligation is performed within the plurality of cells.

18.     (Previously presented)   The method of claim 1, further comprising removing primary nucleic acid tags or secondary nucleic acid tags that are unbound to the cDNA molecules.

19.     (Previously presented)   The method of claim 3, wherein a final nucleic acid tag coupled to the cDNA molecules comprises a capture agent.

20.     (Currently amended)  The method of claim 1, further comprising lysing the plurality of cells to release the cDNA molecules from within the plurality of cells wherein the lysing is subsequent to (i).

21.     (Previously presented)   The method of claim 16, further comprising lysing the plurality of cells to release the cDNA molecules from within the plurality of cells prior to the ligation.

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington  98101-3029
206.682.8100

PARSE0000957

22.      (Previously presented)  The method of claim 20, wherein the lysing is subsequent to (i), and wherein a majority of the nucleic acid-tagged cDNA molecules from a single cell comprises the same plurality of nucleic acid tags coupled thereto.

23.      (Previously presented)  The method of claim 1, wherein the plurality of cells is selected from the group consisting of mammalian cells, yeast cells, bacterial cells, and combinations thereof.

24-52. (Cancelled)

53.      (Withdrawn)  A kit for labeling nucleic acids within a first cell, the kit comprising:

at least one reverse transcription primer comprising a 5' overhang sequence;

a plurality of first nucleic acid tags, wherein each of the plurality first nucleic acid tag comprises:

a first strand comprising a first labeling sequence, a 3' hybridization sequence extending from a 3' end of the first labeling sequence and a 5' hybridization sequence extending from a 5' end of the first labeling sequence; and

a second strand comprising an overhang sequence, the overhang sequence comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence of the reverse transcription primer;

and (ii) a second portion complementary to the 3' hybridization sequence; and

a plurality of second nucleic acid tags, wherein each second nucleic acid tag comprises:

a first strand comprising a second labeling sequence, a 3' hybridization sequence extending from a 3' end of the second labeling sequence, and a 5' hybridization sequence extending from a 5' end of the second labeling sequence; and

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington  98101-3029
206.682.8100

PARSE0000958

a second strand comprising an overhang sequence, the overhang sequence comprising (i) a first portion complementary to at least one of the 5' hybridization sequence and the 5' overhang sequence of the reverse transcription primer;

and (ii) a second portion complementary to the 3' hybridization sequence,

wherein the first labeling sequence is different from the second labeling sequence,

wherein the 3' hybridization sequence is the same for each of the plurality of first nucleic acid tags and the plurality of second nucleic acid tags, and

wherein the 5' hybridization sequence is the same for each of the plurality of first nucleic acid tags and the plurality of second nucleic acid tags.

54.    (Withdrawn)  The kit of claim 53, further comprising at least one of a reverse transcriptase, a fixation agent, a permeabilization agent, a ligation agent, and a lysis agent.

55.    (Withdrawn)  The kit of claim 53, further comprising:

one or more additional pluralities of nucleic acid tags, wherein each nucleic acid tag comprises:

a first strand comprising a labeling sequence, a 3' hybridization sequence extending from a 3' end of the labeling sequence and a 5' hybridization sequence extending from a 5' end of the labeling sequence; and

a second strand comprising an overhang sequence, the overhang sequence comprising (i) a first portion complementary to at least one of the 5' hybridization sequence of the first strand and the 5' overhang sequence of the reverse transcription primer; and (ii) a second portion complementary to the 3' hybridization sequence of the first strand,

wherein the labeling sequence is different in each given additional plurality of nucleic acid tags.

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington  98101-3029
206.682.8100

PARSE0000959

56-80. (Cancelled)

81.     (Withdrawn) The method of claim 1, further comprising, prior to (a), ligating a single-stranded adapter sequence to each of the RNA molecules.

82.     (Withdrawn) The method of claim 81, wherein a 5' end of the single-stranded adapter sequence is ligated to a 3' end of an RNA molecule or a 3' end of the single-stranded adapter sequence is ligated to a 5' end of an RNA molecule.

83.     (Previously presented) The method of claim 1, wherein the primers comprise a poly(T) sequence.

84.     (Previously presented) The method of claim 1, wherein the primers comprise a random hexamer sequence.

85.     (Previously presented) The method of claim 16, further comprising providing the cDNA molecules with a plurality of ligation stop oligos complementary to the primary nucleic acid tags after ligating the primary nucleic acid tag.

86.     (Previously presented) The method of claim 6, wherein the plurality of cells is fixed using formaldehyde.

87.     (New)  The method of claim 1, wherein combining the plurality of primary aliquots includes combining cells of the plurality of primary aliquots; and wherein dividing the combined primary aliquots of (f) into a plurality of secondary aliquots includes dividing cells of the combined primary aliquots in the plurality of secondary aliquots.

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington  98101-3029
206.682.8100

PARSE0000960

88.    (New)  The method of claim 1, wherein the primers further comprise a barcode sequence.

89.    (New)  The method of claim 7, wherein each of the secondary nucleic acid tags further comprises a second strand comprising:

a first portion complementary to at least one of the 5' hybridization sequence, and

a second portion complementary to the 3' hybridization sequence.

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington  98101-3029
206.682.8100

69961 Response to 10FEB2020 Non-Final OA FINAL.docx

PARSE0000961

## REMARKS

The present amendment is in response to the Non-Final Office Action mailed February 10, 2020. Claims 1, 3-7, 11-13, 16-23, 53-55, and 81-86 were pending when the Office Action was mailed.  By the present amendment, Claims 1, 6-7, and 20 are amended and new Claims 87-89 are presented herewith. Support for the claim amendments can be found throughout the specification including in the originally filed claims, and in particular paragraphs 36-37, 43-45, and 55 and in Figures 2 and 3B.  Support for new Claim 87 can be found throughout the application and, for example, in paragraph [0065] of the published application and FIGURE 8.  No new matter is added.

Claims 2, 8-10, 14, 15, 24-52, and 56-80 were previously canceled. Claims 11-13, 53-55, 81, and 82 were previously withdrawn from consideration.

Reconsideration and allowance of the claims are respectfully requested in view of the below remarks.


### Applicant-Initiated Examiner Interview Summary

On March 4, 2020, Applicant's representative, Andrew L. Laughlin, and inventors, Prof. Georg Seelig and Dr. Alexander Rosenberg, telephonically interviewed Examiner Havlin. During the call, Applicant's representative and inventors Seelig and Rosenberg discussed with Examiner Havlin the obviousness rejections in the context of the cited references.  In particular, the inventors described the general incompatibility of the Jaitin and Nolan references as presented in the Office Action.

While no agreement was reached, the Examiner asked that Applicant prepare a written response for his consideration.  Applicant thanks the Examiner for the courtesy extended during

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington  98101-3029
206.682.8100

69961 Response to 10FEB2020 Non-Final OA FINAL.docx

PARSE0000962

the interview and has endeavored to prepare a written response in the form of the present amendment, as requested by the Examiner during the interview.

<u>Claim Rejections under 35 U.S.C. § 112</u>

Claim 7 stands rejected under 35 U.S.C. § 112(a) or 35 U.S.C. § 112 (pre-AIA), first paragraph, as failing to comply with the written description requirement. More particularly, the Office Action asserts that there is no support for the recitation of a second strand including a portion complementary to a sequence of the cDNA molecules.  Office Action, page 3.

Without conceding to the propriety of the rejection, and in an effort to advance prosecution, Claim 7 has been amended to cancel the rejected recitation.   In this regard, amended Claim 7 recites:

> 7.     The method of claim 1, wherein each of the ~~primary nucleic acid tags and~~ secondary nucleic acid tags comprises:
> a first strand comprising:
> a primary tag sequence, <u>and</u>
> a 3' hybridization sequence flanking the 3' end of the primary tag sequence, and a 5' hybridization sequence flanking the 5' end of the primary tag sequence~~; and~~
> ~~a second strand comprising:~~
> ~~a first portion complementary to at least one of the 5' hybridization sequence or a sequence of the cDNA molecules, and~~
> ~~a second portion complementary to the 3' hybridization sequence or a sequence of the cDNA molecules.~~

Support for amended Claim 7 can be found throughout the application as filed and, for example, in paragraph [0049] of the published application and FIGURE 1.  No new matter is added.

Applicant respectfully submits that the application as filed provides clear support for amended Claim 7 and that Claim 7 accordingly complies with the written description requirement. Reconsideration and withdrawal of this ground of rejection are respectfully requested.

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington  98101-3029
206.682.8100

69961 Response to 10FEB2020 Non-Final OA FINAL.docx

-11-

PARSE0000963

Claim Rejections under 35 U.S.C. § 103

Claims 1, 3-7, 16-23, and 83-85 stand rejected under 35 U.S.C. § 103(a) as being unpatentable over Jaitin[1] in view of Nolan[2].

Applicant respectfully asserts that the combination of Jaitin and Nolan fails to teach or suggest the presently claimed methods. Even if in combination they taught or suggested Applicant's claimed method, the references cannot properly be combined.

Because of the complexity of the subject matter, Applicant provides a brief overview of the key features of the claimed methods, the Jaitin method, and the Nolan method, below. Elements that are important to the analysis are underlined and in bold.

**The presently claimed method**

Applicant's claimed method commonly labels all of the mRNA transcripts in each individual cell in a mixture of cells, regardless of the transcript's sequence, with a cell-specific label. The cell specific label is the product of multiple rounds of appending well-specific tags to cDNAs within each cell as the cells are pooled and split.

As presently claimed, the method requires that a plurality of permeabilized cells be provided **in admixture**. The cells must be permeabilized, but they are not lysed. Next, **without lysing the cells**, RNA is reverse transcribed using primers that are not specific for a target; the primers comprise a poly(T) sequence, a mix of random sequences, or both, permitting reverse transcription regardless of mRNA coding sequence. Well-specific tags are appended to the cDNA in multiple rounds of split-pool synthesis.

---

[1]    Jaitin *et al.*, "Massively Parallel Single-Cell RNA-Seq for Marker-Free Decomposition of Tissues into Cell Types," *Science*, 343:776-779, February 14, 2014 ("Jaitin").

[2]    Nolan *et al.*, US PreGrant Publication No. 2015/0329852 (now U.S. Patent No. 10,174,310) ("Nolan").

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington 98101-3029
206.682.8100

-12-

69961 Response to 10FEB2020 Non-Final OA FINAL.docx

PARSE0000964

Cell-specific tags are achieved following multiple rounds of well-specific tagging of cells that have been randomly disposed in each split.  Critically, the initial reverse transcription reaction and all subsequent enzymatic reactions take place separately within each individual cell of the cell population; because the cells have been permeabilized without lysing, each cell can serve as a discrete reaction chamber for the enzymatic reactions.

A commercial embodiment of the claimed method, including subsequent sequencing and analysis steps, is illustrated in the figure below.

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington  98101-3029
206.682.8100

-13-

69961 Response to 10FEB2020 Non-Final OA FINAL.docx

PARSE0000965



Single cell suspension          Biochemical reactions occur inside cells

In the first round of barcoding, fixed cell samples are distributed into 48 wells, and cDNA is generated with an in-cell reverse transcription (RT) reaction using well-specific barcoded primers.

The third-round barcode is appended with another round of in-cell ligation.



**1 Split**
(Reverse transcription)

Cells from sample



**5 Split**
(Ligation)

Cells from each well are pooled back together.

**2 Pool**



**6 Pool**

Cells are then distributed into 96 wells, and an in-cell ligation reaction appends a second well-specific barcode to the cDNA.

After three rounds of barcoding, the cells are pooled and split into 8 distinct populations we term sublibraries. The user can choose the number of cells in each sublibrary to control the depth of sequencing. Cells will not be pooled again after this step. After this final split cells are lysed and the barcoded cDNA is isolated. A fourth sublibrary-specific barcode is introduced by PCR to each cDNA molecule.



**3 Split**
(Ligation)



**7 Split**
(Lysis + PCR)

**4 Pool**

After sequencing, each single cell transcriptome is assembled by combining reads containing the same four-barcode combination.



**8 Sequence**

|  | Barcodes 1 2 3 4 |  |
| --- | --- | --- |
| Genes | | |
| Gene A | | Cell 1 |
| Gene B | | |
| Gene C | | |
| Gene A | | Cell 2 |
| Gene B | | |
| Gene D | | |
| Gene E | | Cell 3 |
| Gene F | | |
| Gene G | | |

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington  98101-3029
206.682.8100

69961 Response to 10FEB2020 Non-Final OA FINAL.docx

PARSE0000966

**Jaitin uses isolated single cells, without multiple rounds of splitting and pooling, for sequencing (MARS-seq)**

The method described by Jaitin is known in the field as "MARS-seq."  In this single cell RNA sequencing (scRNA-seq) method, **cells from the target organ are individually sorted** into separate wells of a 384-well plate that contains **lysis buffer**.



Each cell is lysed in its own well.  Transcripts within the lysed cytosol in each well are reverse transcribed, adding a well-specific – and since there is a single cell per well, a thereby cell-specific – tag to the cDNA.  The cDNA from the reverse transcription reactions of all of the wells are then pooled and amplified.  Once molecules have been pooled, there is no further split.

**Nolan Utilizes a Unique Binding Agent (UBA) and Epitope-specific barcode (ESB) to tag transcripts**

As shown in Nolan Figure 3, reproduced below, Unique Binding Agents (UBAs) are used to tag predetermined cognate targets.  **"Each UBA in the population is specific for a target molecule. Thus, the UBA provides the specificity for the target molecule recognized in a cell."**[3]  Where the target is mRNA, the UBA is a nucleic acid primer that is complementary to the specific, unique, target transcript.  Next, an epitope-specific barcode (ESB) is appended.

---

[3]     US PreGrant Publication No. 2015/0329852

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington  98101-3029
206.682.8100

69961 Response to 10FEB2020 Non-Final OA FINAL.docx

PARSE0000967

"Each ESB comprises **a unique code that can be associated to a specific target molecule**."[4] Finally, a common linker is then appended to permit bulk processing.



Thereafter, well-specific tags are applied through multiple rounds of split pool synthesis, the concatenation of well-specific tags resulting in a cell origination barcode.

**Neither Jaitin and Nolan alone, nor the two in combination, discloses or suggests Applicant's claimed method**

In Applicant's presently claimed method, a plurality of permeabilized cells are provided **in admixture**. The cells are permeabilized, but they are **not lysed**, prior to reverse transcription and subsequent enzymatic reactions. In Jaitin, by contrast, cells are **individually** disposed into separate wells, **lysed**, and the transcripts then reverse-transcribed in solution. In Applicant's claimed method, cell-specific tagging is achieved by **multiple rounds** of well-specific tagging of intact cells randomly disposed in each split. In Jaitin, cell-specificity of tagging is accomplished by segregating individual cells prior to reverse transcription; there are no subsequent rounds of split pool synthesis.

It could not have been obvious to modify Jaitin as required to assemble Applicant's claimed method: to do so would require eliminating the single cell sorting critical to Jaitin's cell-

---

[4]     US PreGrant Publication No. 2015/0329852, at least paragraph 85.

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington 98101-3029
206.682.8100

69961 Response to 10FEB2020 Non-Final OA FINAL.docx

PARSE0000968

specific labeling, and eliminating the lysis of cells critical to Jaitin's reverse transcriptase reactions.  Both such modifications render Jaitin inoperable for its intended purpose.

Turning to Nolan, in Applicant's claimed method, RNA is reverse transcribed using primers that are **not specific for a target**.  In Nolan, transcripts are labeled using pools of Unique Binding Agents.  "**Each UBA in the population is specific for a target molecule. Thus, the UBA provides the specificity for the target molecule recognized in a cell.**"

Eliminating the transcript-identifying UBA tagging of transcripts defeats Nolan's ability to determine the identity of the transcripts that are tagged.  As already noted by Examiner Weiler in the final office action dated June 6, 2019, it would *not* have been obvious to modify the UBA of Nolan[5] to arrive at the presently claimed methods, which utilize primers that are not specific for a target.

With respect to claim 1 as amended, Nolan I (and Nolan II) are silent with regard to molecular elements of a UBA reverse transcription primer, such as a poly(T) or random hexamer sequence for hybridization.  Accordingly, the rejection(s) are withdrawn.  As well, it would not have been *prima facie* obvious to modify the UBA of Nolan I to comprise a poly(T) or random sequence as the hybridization sequence in the UBA, since a primary aim of these inventions is the detection, identification, and quantification of particular target molecules in single cells, whereas employing 'non-specific' UBAs (i.e. having poly(T) or a random sequence that does not distinguish between distinct RNA targets) would not achieve this goal.

---

[5]    Referred to in the final office action as "Nolan II".

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington  98101-3029
206.682.8100

-17-

PARSE0000969

Jaitin and Nolan *in combination* neither teach nor suggest cell-specifically labeling transcripts in a plurality of cells using a method in which:

- the cells are provided **in admixture**;

- the cells must be permeabilized, but **must not be lysed** prior to reverse transcription;

- reverse transcription is performed using primers that are **not specific for a target**; and

- cell-specificity of tagging is achieved through **multiple rounds** of well-specific tagging of **unlysed cells** randomly disposed in each split following pooling.

Finally, assuming *arguendo* that combining elements from Jaitin and Nolan could teach or suggest the presently claimed methods, Applicant respectfully submits that such a combination of Jaitin and Nolan would change the basic principles of operation of each of the cited references, and thereby render the prior art inoperable for its intended purpose. There would be no legally cognizable motivation to make such combination. MPEP § 2143.01.V ("If a proposed modification would render the prior art invention being modified unsatisfactory for its intended purpose, then there is no suggestion or motivation to make the proposed modification.")[6]

---

[6]      "[O]bviousness is a question of law based on several underlying factual findings," *In re Baxter,* 678 F.3d at 1361, including what a reference teaches, *Rapoport v. Dement,* 254 F.3d 1053, 1060-61 (Fed. Cir. 2001), and whether proposed modifications would change a reference's "principle of operation," *see In re Mouttet,* 686 F.3d 1322, 1332 (Fed. Cir. 2012) (finding "the Board's determination that eliminating the optical components of Falk would not destroy its principle of operation to be supported by substantial evidence"). Where "a patent claims a structure already known in the prior art that is altered by the mere substitution of one element for another known in the field, the combination must do more than yield predictable results." *KSR Int'l Co. v. Teleflex Inc.,* 550 U.S. 398, 416 (2007). However, combinations that change the "basic principles under which the [prior art] was designed to operate," *In re Ratti,* 270 F.2d 810, 813 (CCPA 1959), or that render the prior art "inoperable for its intended purpose," *In re Gordon,* 733 F.2d 900, 902 (Fed. Cir. 1984), may fail to support a conclusion of obviousness.

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington 98101-3029
206.682.8100

69961 Response to 10FEB2020 Non-Final OA FINAL.docx

-18-

PARSE0000970

Applicant respectfully submits that modifying Jaitin according to the teachings of Nolan, as suggested by the Office Action, would change the basic principles under which the cited references are designed to operate and render the methods of these references inoperable for their intended purposes. As shown in FIG. 4, Nolan describes contacting cells labelled with unique binding agents (UBAs) and epitope specific barcodes (ESBs) and conducting split pool synthesis using a plurality of round-specific assayable polymer subunits (APSs). As shown, the cells in FIG. 4 are intact through rounds of split pool synthesis. See, especially, FIG. 4 (cont.).

The approach described in Jaitin relies on using single cells, which are lysed at the first step, then generating cDNA, and finally pooling the cDNA molecules (as shown in Figure S1). Applicant respectfully submits that combining the Jaitin method where the cells are lysed prior to pooling, with the methods of Nolan, which method is applied to a cell mixture would produce a mixture of cDNA molecules from different cells during the pooling. Thus, subsequent rounds of split pool synthesis would randomly label molecules with APSs without providing information about the cell of origin. This is in contrast to the intended purpose of Nolan, in which the combination of APSs "provides a unique code that can be associated to a specific cell of origin." Paragraph [0112].

Accordingly, Applicant respectfully submits that combining Jaitin and Nolan as proposed in the Office Action would render the methods of Nolan inoperable for their intended purpose. Moreover, Applicant respectfully submits that one of skill in the art at the earliest effective filing date of the claimed subject matter would not be motivated to combine Jaitin and Nolan as the Office Action proposes because doing so would provide no additional or probative information. Therefore, reconsideration and withdrawal of these grounds of rejection are respectfully requested.

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington 98101-3029
206.682.8100

PARSE0000971

**Rejection under 35 U.S.C. § 103(a) as being unpatentable over Jaitin et al. in view of Nolan, as applied to claims 1, 3-7, 16-23, and 83-85 above, in further view of Matsuda *et al*.**

Claims 1, 3-7, 16-23, and 83-86 stand rejected under 35 U.S.C. § 103(a) as being unpatentable over Jaitin et al. in view of Nolan et al., as applied to claims 1, 3-7, 16-23, and 83-85 above, in further view of Matsuda et al. ("Comparison of Fixation Methods for Preservation of Morphology, RNAs, and Proteins From Paraffin-Embedded Human Cancer Cell-Implanted Mouse Models," Journal of Histochemistry and Cytochemistry, 59(1): 68-75, 2011). As discussed herein, claims 1, 3-7, 16-23, and 83-86 have been cancelled without prejudice or disclaimer.

As discussed further herein with respect to claims 1, 3-7, 16-23, and 83-85 above, it is asserted that these claims exhibit nonobviousness because the combination of Jaitin and Nolan do not teach or suggest the presently claimed methods, and furthermore that one of skill in the art would not be motivated to combine Jaitin and Nolan, because they are directed to incompatible methods, as discussed above. Applicant respectfully submits that Matsuda does not cure the noted deficiencies of Jaitin and Nolan. In this regard, Matsuda describes a comparison of the morphology and the quality and quantity of RNA and protein in xenograft tissues fixed with commonly used fixatives, see Matsuda, Summary, and is silent with respect to labelling and sequencing such RNA, as presently claimed.

Accordingly, Applicant respectfully submits that as amended, that Claims **1, 3-7, 16-23, and 83-87,** are patentable over Jaitin in view of Nolan further in view of Matsuda. Reconsideration and withdrawal of these grounds of rejection are respectfully requested.

<u>New Claims 87-89</u>

By the present amendment, Claim 87 is added, which clarifies additional embodiments of the claimed subject matter. More particularly, Claim 87 depends from independent Claim 1

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington 98101-3029
206.682.8100

-20-

69961 Response to 10FEB2020 Non-Final OA FINAL.docx

PARSE0000972

clarifies that combining the plurality of primary aliquots includes combining cells of the plurality of primary aliquots; and that dividing the combined primary aliquots of (f) into a plurality of secondary aliquots includes dividing cells of the combined primary aliquots in the plurality of secondary aliquots.

Support for new Claim 87 can be found throughout the application and, for example, in paragraph [0065] of the published application and FIGURE 8. No new matter is added.

By the present amendment, Claim 88 is added, which clarifies that the primers further comprise a barcode sequence.

Support for new Claim 88 can be found throughout the application and, for example, in paragraph [0049] of the published application. No new matter is added.

By the present amendment, Claim 89 is added, which clarifies that each of the secondary nucleic acid tags further comprises a second strand comprising: a first portion complementary to at least one of the 5' hybridization sequence, and a second portion complementary to the 3' hybridization sequence.

Support for Claim 89 can be found throughout the application and, for example, in original Claim 7. No new matter is added.

Applicant respectfully submits that Claim 87-89 are allowable due at least to their dependence on Claim 1 for the reasons discussed further herein with respect to the rejections under 35 U.S.C. 103. Accordingly, Applicant respectfully submits that Claim 87-89 are in condition for allowance.

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington 98101-3029
206.682.8100

PARSE0000973

<u>CONCLUSION</u>

In view of the above amendments and foregoing remarks, Applicant respectfully submits that the claims are in condition for allowance. If any issues remain that may be expeditiously addressed in a telephone interview, the Examiner is encouraged to telephone Applicant's attorney at 206-695-1752.

Respectfully submitted,

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS<sup>PLLC</sup>

/Andrew L. Laughlin/

Andrew L. Laughlin
Registration No. 70,991
Direct Dial No. 206.695.1752

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1201 Third Avenue
Suite 3600
Seattle, Washington 98101-3029
206.682.8100

69961 Response to 10FEB2020 Non-Final OA FINAL.docx

PARSE0000974

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 14941433 |
| **Filing Date:** | 13-Nov-2015 |
| **Title of Invention:** | METHODS AND KITS FOR LABELING CELLULAR MOLECULES |
| **First Named Inventor/Applicant Name:** | Georg Seelig |
| **Filer:** | Andrew L. Laughlin/Lauren Gilroy |
| **Attorney Docket Number:** | UWOTL169961 |

Filed as Small Entity

**Filing Fees for**   Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

PARSE0000975

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension - 3 months with $0 paid | 2253 | 1 | 700 | 700 |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **700** |

PARSE0000976

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 40193764 |
| **Application Number:** | 14941433 |
| **International Application Number:** | |
| **Confirmation Number:** | 8295 |
| **Title of Invention:** | METHODS AND KITS FOR LABELING CELLULAR MOLECULES |
| **First Named Inventor/Applicant Name:** | Georg  Seelig |
| **Customer Number:** | 95093 |
| **Filer:** | Andrew L. Laughlin/Lauren Gilroy |
| **Filer Authorized By:** | Andrew L. Laughlin |
| **Attorney Docket Number:** | UWOTL169961 |
| **Receipt Date:** | 04-AUG-2020 |
| **Filing Date:** | 13-NOV-2015 |
| **Time Stamp:** | 18:15:54 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $700 |
| RAM confirmation Number | E202084I16225981 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

PARSE0000977

**File Listing:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 69961_Response_to_10FEB2020_NonFinal_OA_FINAL.pdf | 1078384 <br> a8100676deaafd9d9856e5203e1112df85675460 | yes | 22 |

| | Multipart Description/PDF files in .zip description | | | | |
|---|---|---|---|---|---|
| | Document Description | | Start | | End |
| | Amendment/Req. Reconsideration-After Non-Final Reject | | 1 | | 1 |
| | Claims | | 2 | | 9 |
| | Applicant Arguments/Remarks Made in an Amendment | | 10 | | 22 |

| Warnings: |
|---|

| Information: |
|---|

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30770 <br> c1ba1f696b510d0c3c1ded5f4d709b9a7506afb3 | no | 2 |

| Warnings: |
|---|

| Information: |
|---|

| | Total Files Size (in bytes): | 1109154 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111

If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PARSE0000979

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **PATENT APPLICATION FEE DETERMINATION RECORD** Substitute for Form PTO-875 | Application or Docket Number 14/941,433 | Filing Date 11/13/2015 | ☐ To be Mailed |
|---|---|---|---|

ENTITY: ☐ LARGE ☑ SMALL ☐ MICRO

## APPLICATION AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | x $40 = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | x $210 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED - PART II

| | 08/04/2020 | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | Total (37 CFR 1.16(i)) | * 29 | Minus | ** 28 | = 1 | x $50 = | 50 |
| | Independent (37 CFR 1.16(h)) | * 2 | Minus | *** 4 | = 0 | x $230 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | 50 |

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $0 = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $0 = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | |

| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | SLIE |
|---|---|
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | /HELENA L PAYTON/ |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |
| The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1. | |

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PARSE0000980

**EXHIBIT N**



# Single Cell

# RNA Sequencing Kit v1.1

## Protocol

For Research Use Only.


SCALEBIO0160902

## Legal Notices

Document 1020796, Rev A, Nov 2023
© 2024 Scale Biosciences, Inc.

3210 Merryfield Row
San Diego, CA 92121, United States
https://scale.bio/
support@scale.bio

Scale Biosciences, Inc ("ScaleBio"). All rights reserved. No part of this document may be reproduced, distributed, or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without the prior written permission of ScaleBio. This document is provided for information purposes only and is subject to change or withdrawal by ScaleBio at any time.

Disclaimer of Warranty:
TO THE EXTENT PERMITTED BY APPLICABLE LAW, SCALEBIO PROVIDES THIS DOCUMENT "AS IS" WITHOUT WARRANTY OF ANY KIND, INCLUDING WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NONINFRINGEMENT. IN NO EVENT WILL SCALEBIO BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY LOSS OR DAMAGE, DIRECT OR INDIRECT, FROM THE USE OF THIS DOCUMENT, INCLUDING WITHOUT LIMITATION, LOST PROFITS, LOST INVESTMENT, BUSINESS INTERRUPTION, GOODWILL, OR LOST DATA, EVEN IF SCALEBIO IS EXPRESSLY ADVISED IN ADVANCE OF THE POSSIBILITY OF SUCH LOSS OR DAMAGE. Any warranties applicable to the ScaleBio products are set forth in the Terms and Conditions accompanying such product and such Terms and Conditions are not modified in any way by the terms of this notice.

Trademark Information:
ScaleBio may make reference to products or services provided by other companies using their brand names or company names solely for the purpose of clarity, and does not assert any ownership rights over those third-party marks or names. Images were created with BioRender.com

Patent Information:
ScaleBio products may be covered by one or more patents as indicated at: https://scale.bio/legal-notice/

Terms and Conditions:
The use of the ScaleBio products described herein is subject to ScaleBio's Terms and Conditions that accompany the product, or such other terms as have been agreed to in writing between ScaleBio and the user.

Intended Use:
All products and services described herein are intended FOR RESEARCH USE ONLY and NOT FOR USE IN DIAGNOSTIC PROCEDURES.


SCALEBIO0160903

## Table of Contents

Legal Notices........................................................................................................................2

Required Materials.............................................................................................................4

Best Practices......................................................................................................................6

Workflow Diagram.............................................................................................................7

Assay Introduction.............................................................................................................8

Step 1: Initial Distribution and Reverse Transcription......................................12

Step 2: Ligation................................................................................................................17

Step 3: Final Distribution..............................................................................................21

Step 4: Second Strand Synthesis and Cleanup Enzyme Digestion.............22

Step 5: Tagmentation and Index PCR.....................................................................24

Step 6: Index PCR Purification...................................................................................28

Step 7: Library Quality Control...................................................................................30

Step 8: Sequencing Parameters................................................................................31

Appendix A: RNA Purification of a Single Column from Final Distribution Plate.32

Document Revision History...........................................................................................34



## Required Materials

ScaleBio Single Cell RNA Sequencing Kit v1.1 (PN 950884) Consumables and Reagents:

| Kit Module | Consumable | Part Number | Qty | Cap Color | Storage Temp |
|---|---|---|---|---|---|
| RNA Kit RT Module (PN 2020004) | Wash Buffer | 202100002 | 1 | - | -20°C |
| | RT Barcode Plate | 202110002 | 1 | - | -20°C |
| | RT Enzyme Mix | 202110003 | 1 | Green | -20°C |
| | RT Buffer Conc. | 202110004 | 1 | Green | -20°C |
| | RT Additive | 202110005 | 1 | Green | -20°C |
| RNA Kit Ligation Module (PN 2020005) | Ligation Barcode Plate | 202110006 | 1 | - | -20°C |
| | Ligation Enzyme Mix | 202110007 | 1 | Blue | -20°C |
| | Ligation Buffer Conc. | 202110008 | 1 | Blue | -20°C |
| RNA Kit Tagment and i5 Index PCR Module (PN 935932) | Second Strand Buffer Conc. | 202110009 | 1 | Purple | -20°C |
| | Second Strand Enzyme Mix | 202110010 | 1 | Purple | -20°C |
| | Cleanup Enzyme v1.1 | 935999 | 1 | Brown | -20°C |
| | Tagment Buffer Conc. | 202100003 | 1 | Red | -20°C |
| | Tagment Enzyme Mix | 202100004 | 1 | Red | -20°C |
| | Index PCR Enzyme Mix | 202110012 | 2 | Orange | -20°C |
| | Adaptor Primer i7-1 Tube | 936006 | 1 | Orange | -20°C |
| | Adaptor Primer i5 Barcode Plate | 936013 | 1 | - | -20°C |
| | Elution Buffer | 202100014 | 1 | Clear | -20°C |
| RNA Kit Workflow Consumables Module (PN 2020007) | Index PCR Additive | 202110016 | 1 | Orange | 4°C |
| | Tagment Stop Solution | 202110017 | 1 | Black | 4°C |
| | Final Distribution Plate | 202110018 | 1 | - | 4°C |
| | ScaleBio Sample Collection Funnel | 202100005 | 2 | - | 4°C |

SCALEBIO0160905

Consumables and reagents manufactured by other vendors:

| Consumable or reagent | Supplier | Part Number |
|---|---|---|
| Nuclease-free water | Various | Various |
| Ethanol (pure) | Various | Various |
| SPRIselect | Beckman Coulter | B23317 |
| Cell counting dye | Various | Various |
| Pipette tips (nuclease-free, filtered, low retention for P1000, P200, P20) * | Various | Various |
| 0.2-mL PCR tube strips (nuclease-free) | Various | Various |
| 1.5-mL DNA LoBind tubes * | Eppendorf | 0030108418 |
| 5-mL DNA LoBind tubes * | Eppendorf | 0030108310 |
| Microseal 'B' PCR Plate Sealing Film | Bio-Rad | MSB1001 |
| Qubit dsDNA HS Assay Kit ** | Thermo Fisher | Q33230 |
| Agilent High Sensitivity DNA Kit for Bioanalyzer 2100 (or equivalent kit for alternative fragment analyzer) ** | Agilent | 5067-4626 |
| NEBNext Library Quant Kit for Illumina ** | NEB | E7630 |

\* Required for best assay performance.
\*\* Required for quality control of library.

Equipment List:

| Item | Supplier | Part Number |
|---|---|---|
| Pipettes (P1000, P200, P20, P10, P2) | Various | Various |
| Multi-channel pipettes (P100 or P200, P10) | Various | Various |
| Magnetic stand for 1.5-mL tubes | Various | Various |
| Magnetic stand for 0.2-mL strip tubes | Various | Various |
| 96-well aluminum cooler blocks | Various | Various |
| Vortex mixer | Various | Various |
| Shaker for semi-skirted 96-well plates (2000 rpm, e.g. ThermoMixer) * | Various | Various |
| Cell counter | Various | Various |
| Centrifuge with temperature control and swing-bucket rotor (1.5-mL tubes, 96-well deep well plates) | Various | Various |
| Thermocycler with lid temperature control (0-105°C) for semi-skirted 96-well plates | Various | Various |
| Qubit 4 Fluorometer ** | Thermo Fisher | Q33238 |
| 2100 Bioanalyzer Instrument (or equivalent system) ** | Agilent | G2939BA |
| qPCR machine ** | Various | Various |

\* We strongly recommend against the use of mixers with foam attachments. Foam particulates can break off, attach to the plates, and potentially interfere with the assay.
\*\* Required for quality control of library.



SCALEBIO0160906

## Best Practices

#### For general laboratory best practices:

- ☐ Calibrate and service pipettes every 12 months to ensure accurate sample volume transfer at each step.
- ☐ Store all reagents at the storage conditions recommended by the supplier.
- ☐ Thaw all reagents on ice, unless otherwise specified.
- ☐ Never reuse pipette tips or tubes.
- ☐ Keep pipette tip boxes, reagent containers, and sample tubes closed when not in use.
- ☐ Wear suitable protective clothing, eyewear, and gloves.
- ☐ Dedicate separate laboratory workspaces to pre-amplification process and post-amplification process.
- ☐ Routinely wipe work surfaces with a 10% bleach solution to remove DNA amplicon contaminants.
- ☐ We strongly recommend against the use of plate mixers with foam attachments. Foam particulates can break off, attach to well plates, and potentially interfere with the assay.

#### For RNase-free sample processing:

- ☐ Use low-retention, RNase-free pipette tips and low-binding reaction tubes to prevent adsorption to plastic surfaces.
- ☐ Routinely wipe work surfaces with RNase AWAY to remove RNases.
- ☐ Wear disposable gloves and change them frequently.

#### For prevention of amplicon cross-contamination in sequencing libraries:

- ☐ Thaw and prepare reagent mixes in pre-amplification workspaces.
- ☐ Perform amplification in post-amplification workspaces.
- ☐ Perform PCR purification steps in post-amplification workspace.
- ☐ Never bring material or equipment from post-amplification workspaces into pre-amplification workspaces.



SCALEBIO0160907

## Workflow Diagram



**Legend:**
- Split 1: RT Plate
- Split 2: Ligation Plate
- Split 3: Tagmentation & Indexing Plate

| Time | Step | |
|------|------|---|
| 3-4 hours | Sample Prep and Cell Fixation* | *ScaleBio Sample Fixation Kit Protocol |
| 2 hours | Indexed Reverse Transcription | STOP Safe stopping point: Samples can be stored up to 6 months at -80°C. |
| 2 hours | Indexed Ligation | |
| 2 hours | Final Distribution | STOP Safe stopping point: Samples can be stored up to 6 months at -80°C. |
| 1 hour | Second Strand Synthesis | STOP Safe stopping point: Samples can be stored overnight at 4°C. |
| 1.5 hours | Cleanup Enzyme Digestion | STOP Safe stopping point: Samples can be stored overnight at 4°C. |
| 30 minutes | Tagmentation | |
| 40 minutes | Indexed PCR | STOP Safe stopping point: Samples can be stored overnight at 4°C or up to 1 month at -20°C. |
| 40 minutes | SPRI Cleanup | STOP Safe stopping point: Purified library can be stored long term at -20°C. |



SCALEBIO0160908

## Assay Introduction

The ScaleBio™ Single Cell RNA Sequencing Kit v1.1 provides an instrument-free workflow for the analysis of gene expression at the single cell level. The assay utilizes fixed cells as the reaction compartment during a 3-level combinatorial indexing process, with a final output of 125,000 cells and a multiplet rate of less than 5%. It enables multiplexing of up to 96 samples from multiple sources and can be performed from start to finish in just two days.

Additional kits and protocols are needed for customizing the workflow (i.e. using custom primers), or for increasing the number of recovered cells (i.e. up to 500,000 cells) as shown in Figure 1. For assistance with these additional workflows, please contact your local Field Application Scientist or support@scale.bio.

Figure 1: Overview of Protocols



Figure 2: Overall procedure



SCALEBIO0160909

Upstream fixation of single cell suspensions with the ScaleBio Sample Fixation Kit accommodates an input of 400,000 to 2.5 million cells per sample. Fixed samples can be processed directly into the RNA assay or stored at -80°C for up to 6 months.

In the ScaleBio Single Cell RNA Sequencing Kit v1.1 protocol, fixed cells are distributed across the 96-well RT Barcode Plate, using 10,000 cells per well for cDNA synthesis and the addition of 96 unique RT Barcodes (one unique barcode per well).

Figure 3: Split 1 – Indexed Reverse Transcription



Cells are pooled by centrifugation using the provided ScaleBio Sample Collection Funnel. Pooled cells are then distributed across the 384-well Ligation Barcode Plate for addition of ligation adaptors containing the TruSeq Read 1 sequence as well as 384 unique Ligation Barcodes (one unique barcode per well).

Cells are pooled again with a ScaleBio Sample Collection Funnel and distributed across the 96-well Final Distribution Plate. Second strand synthesis is then performed, followed by a cleanup enzyme digestion step to break down cells.

SCALEBIO0160910

Figure 4: Split 2 – Indexed Ligation and Second Strand Synthesis



This is followed by tagmentation to attach the Nextera Read 2 sequence for subsequent amplification of the mRNA transcripts.

Figure 5: Split 3 – Tagmentation



An indexed PCR is performed to add 96 unique Index i5 Barcodes (one unique barcode per well). The i7 Index contains a pool of four different indices for increased nucleotide diversity and color balancing during sequencing.

SCALEBIO0160911

## Figure 6: Indexed PCR



ScaleBio single cell libraries are compatible with standard Illumina sequencing. The ScaleBio bioinformatics pipeline (ScaleBio Seq Suite) can be used to both demultiplex and assign reads to individual cells. The algorithm output includes basic single-cell RNA sequencing QC metrics and files required for further secondary and tertiary downstream analysis.

Please note that this protocol is to be performed with the ScaleBio Single Cell RNA Sequencing Kit v1.1 and must use the ScaleBio Seq Suite RNA Data Analysis Pipeline version 1.4 or later.

## Figure 7: Final RNA Library Structure



* orientation depends on sequencer and sequencing chemistry

Protocol
Single Cell RNA v1.1
Document 1020796, Rev A, Nov 2023

Page 11 of 34

SCALE biosciences

SCALEBIO0160912

## Step 1: Initial Distribution and Reverse Transcription

Please review the table below to prepare reagents before starting this protocol section:

| Source | Material | Cap Color | Take from: | Thaw at: | Brief Vortex | Brief Spin |
|---|---|---|---|---|---|---|
| ScaleBio Sample Fixation Kit | Fixed cell samples | - | -80°C | On ice | ❌ | ❌ |
| RT Module | RT Barcode Plate | - | -20°C | On ice | ❌ | ✔ |
| | RT Enzyme Mix | Green | -20°C | On ice | ❌ | ✔ |
| | RT Buffer Conc. | Green | -20°C | On ice | ✔ | ✔ |
| | RT Additive | Green | -20°C | On ice | ✔ | ✔ |
| | Wash Buffer * | - | -20°C | RT, then ice | - | - |
| Workflow Consumables Module | ScaleBio Sample Collection Funnel | - | 4°C | RT | - | - |
| Other Vendors | Cell counting dye | | | | | |
| | 5-mL DNA LoBind Eppendorf tubes | | | | | |
| | Microseal 'B' PCR Plate Sealing Film | | | | | |

\* Can be thawed at 4°C overnight prior to starting the workflow.

Before you begin:

☐ If frozen, thaw cells on ice. Do not vortex.
☐ Once thawed, invert the Wash Buffer to ensure it is fully mixed.
☐ Fully chill a 96-well metal block on ice.
☐ Bring centrifuges that accommodate 96-well plates and 5-mL Eppendorf tubes to 4°C.
☐ Start Program 1 on a thermocycler and hold at 55°C with a lid temperature of 65°C.

Procedure:

1. Briefly spin down the thawed RT Barcode Plate and place on a 96-well metal block on ice.
2. Determine the concentration of the cell suspension prepared with the ScaleBio Sample Fixation Kit using cell counting equipment. Keep the cell suspension on ice.

 Note: Fixed cells may settle at the bottom of the tube. To ensure even distribution of cells, flick the tube 10-15 times until pellet has dispersed before counting cell suspensions. For accurate cell counting, use ≥2 µL of cell suspensions and appropriate dilution factors recommended for your cell counting method. Perform cell counts in duplicate, adding additional cell counts if the measurements are >20% different.



SCALEBIO0160913

3. On ice, flick the cells gently and dilute with Wash Buffer to achieve a concentration of 2000 cells per µL. Gently pipette mix the cells and Wash Buffer.

 Note: 5 µL of diluted cell suspension (total of ~10,000 cells) will be distributed into each well of the RT Barcode Plate in the following step. Calculate the total volume of cell suspension to be distributed with ~20% overage. To prepare a full plate distribution, use Figure 8 as guidance for cell calculation and distribution.

Figure 8: Dispensing guidelines for distribution into RT Barcode Plate

| For distribution into columns, using a 12-channel multichannel pipette and a 12-tube strip |
| --- |

☐ Prepare cell suspension in a 12-tube strip by adding 50 µL of the diluted cell suspension to each tube (includes 25% overage). Distribute 5 µL of cells to each well from this stock by using a 12-channel pipette.



| For distribution into rows using an 8-channel multichannel pipette and an 8-tube strip |
| --- |

☐ Prepare cell suspension in an 8-tube strip by adding 75 µL of the diluted cell suspension to each tube (includes 25% overage). Distribute 5 µL of cells to each well from this stock by using an 8-channel pipette.



4. With the RT Barcode Plate on ice, immediately distribute 5 µL of cells to each well of the RT Barcode Plate.

 Caution: DO NOT pipette mix. Change pipette tips between wells to avoid cross-contamination.

5. Seal the RT Barcode Plate and place on a plate shaker.
6. Shake the plate at 2000 rpm for 30 seconds.
7. Briefly spin down the plate at 100 x g for 30 seconds at 4°C.


SCALEBIO0160914

8. Incubate the RT Barcode Plate in a pre-heated thermocycler according to Program 1.

Program 1: Annealing of RT Barcode

| Lid Temperature | Reaction Volume |
|---|---|
| 65°C | 7 µL |
| Temperature | Time |
| 55°C | ∞ |
| Skip the HOLD step after placing the plate in the thermocycler. | |
| 55°C | 5 min |

 Note: Annealing time is critical for this step. Pre-heat the thermocycler to 55°C in advance and set up a timer for 5 minutes. Place the plate into the pre-heated thermocycler, then start the timer immediately.

9. Remove the RT Barcode Plate from the thermocycler and immediately place on the pre-chilled metal block on ice.
10. Incubate on ice for 5 minutes or until the top of the RT Barcode Plate is fully chilled.
11. Start Program 2 on a thermocycler and hold at 4°C with a lid temperature of 65°C.
12. On ice, prepare the Reverse Transcription Master Mix according to Table 1.

Table 1: Reverse Transcription Master Mix

| Reagent | Volume (µL) |
|---|---|
| RT Buffer Conc. | 240 |
| RT Additive | 60 |
| RT Enzyme Mix | 60 |
| Total volume | 360 |

13. Gently pipette mix the RT Master Mix until the solution is homogeneous and briefly spin down.
14. On ice, aliquot the RT Master Mix into each tube of an 8- or 12-tube strip:
    a. For an 8-tube strip, aliquot 42 µL into each tube.
    b. For a 12-tube strip, aliquot 28 µL into each tube.
15. Unseal the RT Barcode Plate and use a multichannel pipette to distribute 3 µL of the RT Master Mix into each well of the plate, dispensing the master mix to the bottom of the well.

 Caution: DO NOT pipette mix. Change pipette tips between wells to avoid cross-contamination.

16. Seal the RT Barcode Plate and place on a plate shaker.
17. Shake the plate at 2000 rpm for 30 seconds.
18. Briefly spin down the plate at 100 x g for 30 seconds at 4°C and place on ice.
19. Incubate the RT Barcode Plate in a pre-cooled thermocycler according to Program 2.



SCALEBIO0160915

Program 2: Reverse Transcription

| Lid Temperature | Reaction Volume |
|---|---|
| 65°C | 10 µL |
| Temperature | Time |
| 4°C | ∞ |
| Skip the HOLD step after placing the plate in the thermocycler. ||
| 4°C | 2 min |
| 10°C | 2 min |
| 20°C | 2 min |
| 30°C | 2 min |
| 40°C | 2 min |
| 50°C | 2 min |
| 55°C | 10 min |
| 4°C | ∞ |

20. Once the thermocycler program is completed, check the bottom of the RT Barcode Plate for debris and moisture. If debris or moisture is present, wipe the bottom of the plate with a clean Kimwipe coated in 70% ethanol, followed by a dry Kimwipe until the plate bottom is fully dry.

21. Unpack the ScaleBio Sample Collection Funnel and place on ice. Do not touch the inside of the collection funnel.

22. Unseal the RT Barcode Plate, place the collection funnel on top, and quickly invert the assembly according to Figure 9.

Figure 9: ScaleBio Sample Collection Funnel and Plate Assembly



23. Centrifuge the collection funnel with an appropriately weighted balance at 300 x g for 3 minutes at 4°C.

 Caution: After centrifugation, a cell pellet may or may not be visible in the bottom of the funnel well. Resuspend the pooled material gently with a P1000 pipette before transfering the material.

24. Transfer pooled material (~1 mL) from the collection funnel into a 5-mL DNA LoBind Eppendorf tube and place on ice.



SCALEBIO0160916

25. Add 5 mL of Wash Buffer to the now empty collection funnel, rinsing the sides of the collection funnel 2-3 times to collect the residual liquid on the collection funnel into the center. Leave the Wash Buffer in the collection funnel on ice; this volume will be used in step 29.
26. Centrifuge the 5-mL tube containing the pooled material from the RT Barcode Plate at 500 x g for 5 minutes at 4°C.
27. Carefully remove supernatant without disturbing the pellet, leaving ~50 µL of residual volume as shown below:



 Note: After centrifugation, the pellet may be loose and more easily dislodged. Take extra precaution when removing supernatant to avoid cell loss.

28. Gently flick the tube several times to resuspend the pellet in the residual volume.
29. Collect the Wash Buffer from the collection funnel and add it to the loosened cell pellet.
30. Centrifuge the tube at 500 x g for 5 minutes at 4°C.
31. Carefully remove supernatant without disturbing the pellet, leaving ~50 µL of residual volume as shown above.
32. Gently flick the tube several times to resuspend the pellet in the residual volume.
33. Add 3082 µL of ice-cold Wash Buffer to the tube with pooled cells.
34. Proceed directly to Step 2: Ligation.


SCALEBIO0160917

## Step 2: Ligation

Please review the table below to prepare reagents before starting this protocol section:

| Source | Material | Cap Color | Take from: | Thaw at: | Brief Vortex | Brief Spin |
|---|---|---|---|---|---|---|
| Step 1: Initial Distribution and Reverse Transcription | Wash Buffer | - | On ice | On ice | - | - |
| Ligation Module | Ligation Barcode Plate | - | -20°C | On ice | ❌ | ✔ |
| | Ligation Buffer Conc. | Blue | -20°C | On ice | ✔ | ✔ |
| | Ligation Enzyme Mix | Blue | -20°C | On ice | ❌ | ✔ |
| Workflow Consumables Module | ScaleBio Sample Collection Funnel | - | 4°C | RT | - | - |
| Other Vendors | Microseal 'B' PCR Plate Sealing Film | | | | | |

Procedure:

1. Briefly spin down the thawed Ligation Barcode Plate and place on ice.
2. On ice, prepare the Ligation Master Mix by adding the components to the pooled and washed cells in the specified order according to Table 2.

Table 2: Ligation Master Mix

| Reagent | Volume (μL) |
|---|---|
| Pooled cells | 3082 |
| Ligation Buffer Conc. | 460 |
| Ligation Enzyme Mix | 138 |
| Total volume | 3680 |

3. Using a P1000 pipette tip, gently pipette mix the Ligation Master Mix until the solution is homogeneous and quickly proceed to the next step.
4. On a chilled metal block on ice, immediately distribute the Ligation Master Mix into each tube of an 8- or 12-tube strip, using the volumes below:
   a. For an 8-tube strip, aliquot 220 μL into each tube.
   b. For a 12-tube strip, aliquot 147 μL into each tube.

   This is enough volume for distribution for half of the Ligation Barcode Plate.



SCALEBIO0160918

Figure 10: Schematic for loading 384-well plate. The first half of the master mix can be used for Tip Boxes 1 & 2 (blue and yellow). The second half of the master mix can be used for Tip Boxes 3 & 4 (green and black).



5. Using a multichannel pipette, add 8 µL of Ligation Master Mix to each well of half of the Ligation Barcode Plate on ice.

> ⚠️ Caution: DO NOT pipette mix. Change pipette tips between wells to avoid cross-contamination.

6. Repeat steps 2-4, re-mixing and distributing the remaining Ligation Master Mix to the same 8- or 12-tube strip and dispensing 8 µL of the mix to the remaining half of the Ligation Barcode Plate.
7. Seal the Ligation Barcode Plate and place on a plate shaker.
8. Shake the plate at 2000 rpm for 30 seconds.
9. Briefly spin down the plate at 100 x g for 30 seconds at 4°C.
10. Incubate the Ligation Barcode Plate on the bench according to Program 3.

Program 3: Ligation

| Lid Temperature | Reaction Volume |
|---|---|
| OFF | 10 µL |
| Temperature | Time |
| Room temperature (18-25°C) | 30 min |



Note: The ligation time can be extended from 30 minutes up to 2 hours with no negative impact on the assay performance.

11. Place the Ligation Barcode Plate on ice and incubate until top of the plate is fully chilled. This may take up to 5 minutes.



SCALEBIO0160919

12. Check the bottom of the Ligation Barcode Plate for debris and moisture. If debris or moisture is present, wipe the bottom of the plate with a clean Kimwipe coated in 70% ethanol, followed by a dry Kimwipe until the plate bottom is fully dry.

13. Unpack a ScaleBio Sample Collection Funnel and place on ice. Do not touch the inside of the collection funnel.

14. Unseal the Ligation Barcode Plate, place the collection funnel on top, and quickly invert the assembly according to Figure 11.

Figure 11: ScaleBio Sample Collection Funnel and Plate Assembly



15. Centrifuge the collection funnel with an appropriately weighted balance at 300 x g for 3 minutes at 4°C.

 **Caution: After centrifugation, a cell pellet may or may not be visible in the bottom of the funnel well. Resuspend the pooled material gently with a P1000 pipette before transfering the material.**

16. Transfer pooled material (~4 mL) from collection funnel into a 5-mL DNA LoBind Eppendorf tube and place on ice.

17. Add 5 mL of cold Wash Buffer to the now empty collection funnel, rinsing the sides of the collection funnel 2-3 times to collect the residual liquid on the collection funnel into the center. Leave the Wash Buffer in the collection funnel on ice; this volume will be used in step 21.

18. Centrifuge the 5-mL tube containing the pooled material from the Ligation Barcode Plate at 500 x g for 5 minutes at 4°C.

19. Carefully remove supernatant without disturbing the pellet, leaving ~50 µL of residual volume as shown in the previous section.

 Note: After centrifugation, the pellet may be loose and more easily dislodged. Take extra precaution when removing supernatant to avoid cell loss.

20. Gently flick the tube several times to resuspend the pellet in the residual volume.

21. Collect the Wash Buffer from the collection funnel and add it to the loosened cell pellet.

22. Centrifuge the tube at 500 x g for 5 minutes at 4°C.

23. Carefully remove supernatant without disturbing the pellet, leaving ~50 µL of volume.

24. Gently flick the tube several times to resuspend the pellet in the residual volume.


SCALEBIO0160920

25. Resuspend pellet in 100 µL of Wash Buffer for a total volume of ~150 µL.
26. Proceed directly to Step 3: Final Distribution.


SCALEBIO0160921

## Step 3: Final Distribution

Please review the table below to prepare reagents before starting this protocol section:

| Source | Material | Cap Color | Take from: | Thaw at: | Brief Vortex | Brief Spin |
|---|---|---|---|---|---|---|
| Step 2: Ligation | Wash Buffer | - | On ice | On ice | - | - |
| Workflow Consumables Module | Final Distribution Plate | - | 4°C | On ice | - | - |
| Other Vendors | Cell counting dye<br>Microseal 'B' PCR Plate Sealing Film | | | | | |

Before you begin:

☐ Fully chill a 96-well metal block on ice.

Procedure:

1. Determine the concentration of the cell suspension using a cell counting equipment. For accurate cell counting, use ≥2 µL of cell suspensions and appropriate dilution factors recommended for your cell counting method. Perform cell counts in duplicate, adding additional cell counts if the measurements are >20% different.
2. Dilute all cells in Wash Buffer to achieve a final concentration of 400 cells per µL.
3. Gently pipette mix the tube of cells and aliquot the suspension into each tube of an 8- or 12-tube strip:
    a. For an 8-tube strip, aliquot 58 µL into each tube.
    b. For a 12-tube strip, aliquot 39 µL into each tube.
4. Use a multichannel pipette to distribute 4 µL of the suspension into the bottom of each well of the 96-well Final Distribution Plate, for a total of 1600 cells loaded per well.
5. Seal the Final Distribution Plate.
6. Briefly spin down the plate at 100 x g for 30 seconds at 4°C, and place on ice.
7. Store the Final Distribution Plate, or proceed to Step 4: Second Strand Synthesis and Cleanup Enzyme Digestion.



Note: For the remaining cells that are not distributed into the 96-well plate at this time, we recommend storing the cell suspension in Wash Buffer at 400 cells per µL at -80°C up to 6 months.



Safe stopping point. The Final Distribution Plate can be stored at -80°C overnight, or for up to 6 months, before proceeding with Second Strand Synthesis.


SCALEBIO0160922

## Step 4: Second Strand Synthesis and Cleanup Enzyme Digestion

Please review the table below to prepare reagents before starting this protocol section:

| Source | Material | Cap Color | Take from: | Thaw at: | Brief Vortex | Brief Spin |
|---|---|---|---|---|---|---|
| Tagment and i5 Index PCR Module | Second Strand Buffer Conc. | Purple | -20℃ | On ice | ✓ | ✓ |
| | Second Strand Enzyme Mix | Purple | -20℃ | On ice | ✗ | ✓ |
| | Cleanup Enzyme v1.1 | Brown | -20℃ | On ice | ✓ | ✓ |
| Other Vendors | Nuclease-free water | | | | | |
| | Microseal 'B' PCR Plate Sealing Film | | | | | |

Before you begin:

- ☐ If frozen, thaw Final Distribution Plate from Step 3: Final Distribution on ice and briefly spin down.
- ☐ Fully chill a 96-well metal block on ice.
- ☐ Set a thermocycler to 16°C (no heated lid).

Procedure:

1. On ice, prepare the Second Strand Synthesis Master Mix by combining the components in the order according to Table 3.

    Table 3: Second Strand Synthesis Master Mix

    | Reagent | Volume (µL) |
    |---|---|
    | Nuclease-free water | 161 |
    | Second Strand Buffer Conc. | 84 |
    | Second Strand Enzyme Mix | 35 |
    | Total volume | 280 |

2. Thoroughly and gently pipette mix the Second Strand Synthesis Master Mix until it is homogeneous, briefly spin down, and place on ice.
3. On a pre-chilled metal block on ice distribute prepared Second Strand Synthesis Master Mix into each tube of an 8- or 12-strip tube, using the volumes below:
    a. For an 8-tube strip, aliquot 32 µL into each tube.
    b. For a 12-tube strip, aliquot 22 µL into each tube.
4. Using a multichannel pipette add 2 µL of the Second Strand Synthesis Master Mix to each well of the Final Distribution Plate.

     Caution: DO NOT pipette mix. Change pipette tips between wells to avoid cross-contamination.

5. Seal the Final Distribution Plate and place on a plate shaker.
6. Shake the plate at 2000 rpm for 30 seconds.
7. Briefly spin down the plate at 100 x g for 30 seconds at 4°C.



SCALEBIO0160923

8. Incubate the Final Distribution Plate in a thermocycler according to Program 4.

Program 4: Second Strand Synthesis

| Lid Temperature | Reaction Volume |
|---|---|
| OFF | 6 µL |
| Temperature | Time |
| 16°C | 60 min |
| 4°C | ∞ |

 Safe stopping point. The plate can be stored overnight at 4°C after incubation.

9. Remove Final Distribution Plate from the thermocycler and place on ice.
10. Distribute Cleanup Enzyme v1.1 into each tube of an 8- or 12-strip tube, using the volumes below:
    a. For an 8-tube strip, aliquot 32 µL into each tube.
    b. For a 12-tube strip, aliquot 22 µL into each tube.
11. Using a multichannel pipette add 2 µL of Cleanup Enzyme v1.1 to each well of Final Distribution Plate.

 Caution: DO NOT pipette mix. Change pipette tips between wells to avoid cross-contamination.

12. Seal Final Distribution Plate and place on plate shaker.
13. Shake the plate at 2000 rpm for 30 seconds.
14. Briefly spin down the plate at 100 x g for 30 seconds at 4°C.
15. Incubate the Final Distribution Plate in a thermocycler according to Program 5.

Program 5: Cleanup Enzyme Digestion

| Lid Temperature | Reaction Volume |
|---|---|
| 85°C | 8 µL |
| Temperature | Time |
| 37°C | 60 min |
| 75°C | 20 min |
| 4°C | ∞ |

16. Briefly centrifuge the plate and place on a pre-chilled metal block on ice.
17. Store the plate, or proceed to Step 5: Tagmentation and Index PCR.

 Safe stopping point. The plate can be stored overnight at 4°C after incubation.



SCALEBIO0160924

## Step 5: Tagmentation and Index PCR

Please review the table below to prepare reagents before starting this protocol section:

| Source | Material | Cap Color | Take from: | Thaw at: | Brief Vortex | Brief Spin |
|---|---|---|---|---|---|---|
| Tagment and i5 Index PCR Module | Tagment Buffer Conc. | Red | -20ºC | On ice | 10 sec, max speed* | ✓ |
| | Tagment Enzyme Mix | Red | -20ºC | On ice | | ✓ |
| | Adaptor Primer i7-1 Tube | Orange | -20ºC | On ice | ✓ | ✓ |
| | Index PCR Enzyme Mix | Orange | -20ºC | On ice | ✗ | ✓ |
| | Adaptor Primer i5 Barcode Plate | - | -20ºC | On ice | ✗ | ✓ |
| Workflow Consumables Module | Tagment Stop Solution | Black | 4ºC | RT | ✓ | ✓ |
| | Index PCR Additive | Orange | 4ºC | On ice | ✗ | ✓ |
| Other Vendors | Nuclease-free water Microseal 'B' PCR Plate Sealing Film | | | | | |

\* Be sure to vortex for the full 10 seconds at maximum speed.

Before you begin:

☐ Set a thermocycler to 55°C with a 65°C heated lid.

Procedure:

1. On ice, prepare the Tagmentation Master Mix by combining the components in the order specified according to Table 4.

   Table 4: Tagmentation Master Mix

   | Reagent | Volume (µL) |
   |---|---|
   | Tagment Buffer Conc. | 444 |
   | Tagment Enzyme Mix | 156 |
   | Total volume | 600 |

2. Mix Tagmentation Master Mix by vortexing for 10 seconds at maximum speed, briefly spin down, and place tube on ice.

3. On ice, aliquot the Tagmentation Master Mix into each tube of an 8- or 12-tube strip, using the volumes below:
   a. For an 8-tube strip, aliquot 70 µL into each tube.
   b. For a 12-tube strip, aliquot 45 µL into each tube.

4. Using a multichannel pipette add 5 µL of the Tagmentation Master Mix to each well of the Cleanup Enzyme-digested Final Distribution Plate.

 Caution: DO NOT pipette mix. Change pipette tips between wells to avoid cross-contamination.


SCALEBIO0160925

5. Seal Final Distribution Plate and place on plate shaker.
6. Shake the plate at 2000 rpm for 30 seconds.
7. Briefly spin down the plate at 100 x g for 30 seconds at 4°C.
8. Incubate the Final Distribution Plate in a thermocycler according to Program 6.

Program 6: Tagmentation

| Lid Temperature | Reaction Volume |
|---|---|
| 65°C | 13 µL |
| Temperature | Time |
| 55°C | 10 min |

9. Place the plate on the benchtop and cool down to reach room temperature.
10. Vortex the Tagment Stop Solution for 10 seconds at maximum speed and briefly spin down.
11. Distribute Tagment Stop Solution into each tube of an 8- or 12-tube strip, using the volumes below:
    a. For an 8-tube strip, aliquot 45 µL into each tube.
    b. For a 12-tube strip, aliquot 30 µL into each tube.
12. Using a multichannel pipette add 2.6 µL of Tagment Stop Solution to each well of the tagmented Final Distribution Plate.

 **Caution: DO NOT pipette mix. Change pipette tips between wells to avoid cross-contamination.**

13. Seal Final Distribution Plate and place on plate shaker.
14. Shake the plate at 2000 rpm for 30 seconds.
15. Briefly spin down the plate at 100 x g for 30 seconds at 4°C.
16. Incubate the Final Distribution Plate in a thermocycler according to Program 7.

Program 7: Tagmentation Stop

| Lid Temperature | Reaction Volume |
|---|---|
| 65°C | 15.6 µL |
| Temperature | Time |
| 55°C | 15 min |

17. Place the plate on ice.


SCALEBIO0160926

18. On ice, prepare the Index PCR Master Mix in a 5-mL DNA LoBind tube by combining the components in the order specified according to Table 5.

Table 5: Index PCR Master Mix

| Reagent | Volume (μL) |
|---|---|
| Index PCR Additive | 240 |
| Adaptor Primer i7-1 | 48 |
| Index PCR Enzyme Mix | 2400 |
| Total Volume | 2688 |

19. Using a P1000, pipette mix the Index PCR Master Mix until the solution is homogeneous.

20. Distribute Index PCR Master Mix into each tube of an 8- or 12-tube strip, using the volumes below:

    a. For an 8-tube strip, aliquot 162 μL into each tube for distribution to half of the Final Distribution Plate. After the first distribution, add another 162 μL to each tube of the 8-tube strip for distribution to the second half of the Final Distribution Plate.

    b. For a 12-tube strip, aliquot 215 μL into each tube.

21. Using a multichannel pipette add 22.4 μL of Index PCR Master Mix to each well of the Final Distribution Plate.

 **Caution: DO NOT pipette mix. Change pipette tips between wells to avoid cross-contamination.**

22. Briefly spin down the thawed Adaptor Primer i5 Barcode Plate and place on ice.

23. Using a multichannel pipette, transfer 2 μL from the 96-well Adaptor Primer i5 Barcode Plate to the corresponding well of the Final Distribution Plate.

 **Caution: DO NOT pipette mix. Change pipette tips between wells to avoid cross-contamination.**

24. Seal the Final Distribution Plate and place on plate shaker.

25. Shake the plate at 2000 rpm for 30 seconds.

26. Briefly spin down the plate at 100 x g for 30 seconds at 4°C.

27. Incubate the Final Distribution Plate in a thermocycler according to Program 8.



SCALEBIO0160927

Program 8: Index PCR

| Lid Temperature | Reaction Volume | |
|---|---|---|
| 105°C | 40 µL | |
| Temperature | Time | Cycles |
| 70°C | 5 min | 1 |
| 98°C | 30 sec | 1 |
| 98°C | 10 sec | |
| 63°C | 30 sec | 14 cycles |
| 72°C | 1 min | |
| 72°C | 3 min | 1 |
| 4°C | ∞ | |

27. Store the plate or proceed to Step 6: Index PCR Purification.



Safe stopping point. The plate can be stored overnight at 4°C or up to 1 month at -20°C prior to purification.



## Step 6: Index PCR Purification

Instructions below are for purification of a single library pool from all wells from the Final Distribution Plate.

Users may wish to sequence a subset of wells of the 96-well Final Distribution plate (representing a proportion of the total recovered cells from the workflow) before proceeding to sequencing the entire plate. For purification of a subset of wells, follow the instructions in Appendix A: RNA Purification of a Single Column from Final Distribution Plate.

Please review the table below to prepare reagents for starting this section:

| Source | Material | Cap Color | Take from: | Thaw at: | Brief Vortex | Brief Spin |
|---|---|---|---|---|---|---|
| Tagment and i5 Index PCR Module | Elution Buffer | - | -20°C | RT | ✓ | ✓ |
| Other Vendors | Nuclease-free water<br>SPRIselect beads<br>Ethanol (pure)<br>0.2-mL PCR tube strips (nuclease-free)<br>1.5-mL DNA LoBind tubes<br>Qubit dsDNA HS Assay Kit<br>Agilent HS DNA Kit for Bioanalyzer (or similar fragment analyzer) | | | | | |

Before you begin:

☐ Prepare 3 mL fresh 80% ethanol.
☐ Perform the SPRIselect cleanup at room temperature.

Procedure:
First SPRIselect Cleanup

   Caution: Change pipette tips between wells to avoid cross-contamination.

1. Pool 5 µL from each well of the Final Distribution Plate into a 1.5-mL DNA LoBind tube (480 µL total volume) following the guidance below:
   a. For an 8-tube strip, transfer 5 µL with a multi-channel pipette from each plate column into the tube strip. Using a single channel pipette, pipette mix the pool and transfer 60 µL from each strip tube to the 1.5-mL tube.
   b. For a 12-tube strip, transfer 5 µL with a multi-channel pipette from each plate row into the tube strip. Using a single channel pipette, pipette mix the pool and transfer 40 µL from each strip tube to the 1.5-mL tube.
2. Vortex the SPRIselect beads at high speed for 1 minute. The beads should appear homogeneous and uniform in color.



SCALEBIO0160929

3. Transfer 384 µL of SPRIselect beads (0.8X) to the 1.5-mL tube containing Indexed PCR products.
4. Vortex to mix.
5. Incubate at room temperature for 5 minutes.
6. Briefly spin the tube and place on the magnetic stand for 5 minutes.
7. Once the solution is clear, carefully remove and discard the supernatant without disturbing the beads.
8. Keep the tube on the magnetic stand and add 1 mL of 80% ethanol to the beads.
9. Incubate on the magnetic stand for 30 seconds.
10. Once the solution is clear, carefully remove and discard the supernatant without disturbing the beads.
11. Repeat steps 8-10 for a total of two washes.
12. Briefly spin the tube and place on the magnetic stand.
13. Remove residual 80% ethanol without disturbing the beads.
14. Air dry the beads for 2 minutes.
15. Remove the tube from the magnetic stand and add 50 µL Elution Buffer.
16. Vortex to mix.
17. Incubate the tube off the magnetic stand for 5 minutes.
18. Briefly spin the tube and place on the magnetic stand until the solution is clear.
19. Transfer the supernatant to a new 0.2-mL PCR tube and discard the beads.

Second SPRIselect Cleanup

1. Vortex the SPRIselect beads at high speed for 1 minute. The beads should appear homogeneous and uniform in color.
2. Transfer 40 µL of SPRIselect beads (0.8X) to the 0.2-mL tube.
3. Vortex to mix.
4. Incubate at room temperature for 5 minutes.
5. Briefly spin the tube and place on the magnetic stand for 5 minutes.
6. Once the solution is clear, carefully remove and discard the supernatant without disturbing the beads.
7. Keep the tube on the magnetic stand and add 200 µL of 80% ethanol to the beads.
8. Incubate on the magnetic stand for 30 seconds.
9. Once the solution is clear, carefully remove and discard the supernatant without disturbing the beads.
10. Repeat steps 7-9 for a total of two washes.
11. Briefly spin the tube and place on the magnetic stand.
12. Remove residual 80% ethanol without disturbing the beads.
13. Air dry the beads for 2 minutes.
14. Remove the tube from the magnetic stand and add 30 µL Elution Buffer.
15. Vortex to mix.
16. Incubate the tube off the magnetic stand for 5 minutes.
17. Briefly spin the tube and place on the magnetic stand until the solution is clear.
18. Transfer the supernatant to a new tube and discard the beads.
19. Proceed directly to Step 7: Library Quality Control.



SCALEBIO0160930

## Step 7: Library Quality Control

1. Determine the average fragment size of the RNA Library using Agilent High Sensitivity DNA Kit for the 2100 Bioanalyzer instrument (or equivalent reagent kit for high sensitivity DNA fragment analysis for an alternative system). Example RNA Library traces are shown in Figure 12 (Bioanalyzer) and Figure 13 (Tapestation). The RNA Library was diluted to 1 ng/μL and loaded with 1 μL on each system; it represents a mixed experiment consisting of both PBMC and Barnyard samples.

Figure 12: Representative RNA Library Traces on Bioanalyzer



Figure 13: Representative RNA Library Traces on Tapestation



2. Optional: Quantify the RNA Library concentration using the Qubit dsDNA HS assay kit.
3. Determine RNA Library concentration for sequencing with NEBNext Library Quant Kit for Illumina according to manufacturer's protocol. Perform RNA Library dilution and clustering according to sequencing manufacturers parameters.
4. Store the RNA Library or proceed to Step 8: Sequencing Parameters.

  Safe Stopping Point. Purified library can be stored long term at -20°C.


SCALEBIO0160931

## Step 8: Sequencing Parameters



\* orientation depends on sequencer and sequencing chemistry

| Read | Length | Purpose |
|------|--------|---------|
| Read 1 | 34 cycles | RT Barcode (10 bp), UMI (8 bp) and Ligation Barcode (10 bp) |
| Read 2 | 76 cycles | Transcript |
| Index 1 | 10 cycles | Index i7 (pool of four different index sequences) |
| Index 2 | 10 cycles | Index i5 Barcode |

| Sequencing Depth |
|------------------|
| We recommend a minimum sequencing depth of 20,000 read pairs per cell. Expected cell recovery is ~125,000 cells for a full RT Barcode plate loaded with 10,000 cells per well. |

| Recommended Final Loading Concentrations | |
|------------------------------------------|---|
| NovaSeq 6000 | 200 pM |
| NextSeq 2000 | 0.9 nM (on-board denaturation) |
| NextSeq 550 | 1.4 pM |
| PhiX | 1% (optional) |

 **Caution: To ensure correct sample demultiplexing, libraries processed by multiple ScaleBio Single Cell RNA Sequencing Kits cannot be pooled nor sequenced together on the same lane of a flow cell.**

Please note that the ScaleBio Single Cell RNA Sequencing Kit v1.1 must use the ScaleBio Seq Suite RNA Data Analysis Pipeline version 1.4 or later for data analysis.

For implementation of the ScaleBio RNA Bioinformatics Pipeline (ScaleBio Seq Suite), please contact your local Field Application Scientist for more information.


SCALEBIO0160932

## Appendix A: RNA Purification of a Single Column from Final Distribution Plate

Instructions below are for purification of a single library from a single column of wells from the Final Distribution Plate.

Users may wish to sequence a single column of the 96-well Final Distribution plate (representing ~10,000 recovered cells) before proceeding to sequencing the entire plate.

Please review the table below to prepare reagents for starting this section:

| Source | Material |
|---|---|
| Other Vendors | Nuclease-free water |
| | SPRIselect beads |
| | Ethanol (pure) |
| | Qiagen EB Buffer (10 mM Tris-Cl, pH 8.5) |
| | 0.2-mL PCR tube strips (nuclease-free) |
| | 1.5-mL DNA LoBind tubes |
| | Qubit dsDNA HS Assay Kit |
| | Agilent HS DNA Kit for Bioanalyzer (or similar fragment analyzer) |

Before you begin:

☐ Prepare 1 mL of fresh 80% ethanol for each column that is purified.
☐ Perform the SPRIselect cleanup at room temperature.

Procedure:
First SPRIselect Cleanup

1. Transfer 5 µL from each well of a single column of the Final Distribution Plate into a new 0.2-mL PCR tube for cleanup (40 µL total volume), and record the column used.
2. Pipette mix the pool.
3. Vortex the SPRIselect beads at high speed for 1 minute. The beads should appear homogeneous and uniform in color.
4. Transfer 32 µL of SPRIselect beads (0.8X) to the 0.2-mL tube containing Index PCR products.
5. Vortex to mix.
6. Incubate at room temperature for 5 minutes.
7. Briefly spin the tube and place on the magnetic stand for 5 minutes.
8. Once the solution is clear, carefully remove and discard the supernatant without disturbing the beads.
9. Keep the tube on the magnetic stand and add 200 µL of 80% ethanol to the beads.
10. Incubate on the magnetic stand for 30 seconds.
11. Once the solution is clear, carefully remove and discard the supernatant without disturbing the beads.
12. Repeat steps 9-11 for a total of two washes.
13. Briefly spin the tube and place on the magnetic stand.



SCALEBIO0160933

14. Remove residual 80% ethanol without disturbing the beads.
15. Air dry the beads for 2 minutes.
16. Remove the tube from the magnetic stand and add 50 µL nuclease-free water.
17. Vortex to mix.
18. Incubate the tube off the magnetic stand for 5 minutes.
19. Briefly spin the tube and place on the magnetic stand until the solution is clear.
20. Transfer the supernatant to a new 0.2-mL PCR tube and discard the beads.

<u>Second SPRIselect Cleanup</u>

1. Vortex the SPRIselect beads at high speed for 1 minute. The beads should appear homogeneous and uniform in color.
2. Transfer 40 µL of SPRIselect beads (0.8X) to the 0.2-mL tube.
3. Vortex to mix.
4. Incubate at room temperature for 5 minutes.
5. Briefly spin the tube and place on the magnetic stand for 5 minutes.
6. Once the solution is clear, carefully remove and discard the supernatant without disturbing the beads.
7. Keep the tube on the magnetic stand and add 200 µL of 80% ethanol to the beads.
8. Incubate on the magnetic stand for 30 seconds.
9. Once the solution is clear, carefully remove and discard the supernatant without disturbing the beads.
10. Repeat steps 7-9 for a total of two washes.
11. Briefly spin the tube and place on the magnetic stand.
12. Remove residual 80% ethanol without disturbing the beads.
13. Air dry the beads for 2 minutes.
14. Remove the tube from the magnetic stand and add 15 µL Elution Buffer.
15. Vortex to mix.
16. Incubate the tube off the magnetic stand for 5 minutes.
17. Briefly spin the tube and place on the magnetic stand until the solution is clear.
18. Transfer the supernatant to a new tube and discard the beads.
19. Proceed to Step 7: Library Quality Control.



SCALEBIO0160934

## Document Revision History

| Revision | Revision Date | Document ID | Changes |
|---|---|---|---|
| Rev A | Nov 2023 | 1020796 | Initial release. |


SCALEBIO0160935

**EXHIBIT O**

**EXHIBIT P**

## NATIVE DOCUMENT PLACEHOLDER

**Please review the native document SCALEBIO0334742** ███████
███████████████████████████████████**xlsx**