IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC., <br><br> and <br><br> ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br> Defendant. | Civil Action No.  1:22-CV-01597-CJB <br><br> **REDACTED** <br> **PUBLIC VERSION** |
| PARSE BIOSCIENCES, INC., <br><br> and <br><br> UNIVERSITY OF WASHINGTON, <br><br> Counterclaim Plaintiffs, <br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> Counterclaim Defendant. | |

**SCALE BIOSCIENCES, INC.'S RESPONSE TO PARSE BIOSCIENCES, INC.'S COUNTER-STATEMENTS TO SCALE BIOSCIENCES, INC.'S CONCISE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENT NO. 11,634,752**

Pursuant to paragraph 17(d) of the Amended Scheduling Order (D.I. 52), Plaintiff Scale Biosciences, Inc. ("ScaleBio") hereby provides the following Response to Defendant Parse Biosciences, Inc.'s ("Parse") Counter-Statements to Scale Biosciences, Inc.'s Concise Statement of Undisputed Facts in Support of Its Motion For Summary Judgment of Infringement of U.S. Patent No. 11,634,752 ("Parse's Counter CSUF1").

ScaleBio objects to Parse's Counter CSUF1 on the basis that it is not permitted under paragraph 17 of the Amended Scheduling Order (D.I. 52). Rather, as the party opposing summary judgment, Parse is permitted only a counter-statement "which sets forth material facts as to which the opposing party contends *there is a genuine issue to be tried*." D.I. 52 ¶ 17.c (emphasis added). However, Parse appears to contend that the statements are material facts that are undisputed. Consequently, ScaleBio has no obligation to respond. Nevertheless, without waiving this objection, ScaleBio provides the following responses:



1.  Admitted that in the Round 1 Barcoding Plate of the Parse's accused products, each well contains ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Disputed that other aspects of Parse's accused products use ▬▬▬▬▬▬▬. D.I. 326, Ex. 12 (Sims Op. Rep.) ¶ 49.

2.  Admitted that a ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ D.I. 362, Ex. A (Sims Op. Rep.) ¶ 110.

3.  Admitted that each ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ D.I. 362, Ex. A (Sims Op. Rep.) ¶ 110.

4.  Disputed. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ D.I. 362, Ex. A (Sims Op. Rep.) ¶ 110. It is impossible to know in advance all of the individual molecules in the class of molecules that is targeted. D.I. 362, Ex. C (Sims. Reply Rep.) ¶ 129.

5. Disputed. Each ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ D.I. 362, Ex. A (Sims Op. Rep.) ¶ 110. It is impossible to know in advance all of the individual molecules in the class of molecules that is targeted. D.I. 362, Ex. C (Sims Reply Rep.) ¶ 129.

6. Disputed. The Round 3 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which Parse refers to as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" D.I. 326, Ex. 12 (Sims Op. Rep.) ¶ 372, Appendix F; D.I. 326, Ex. 14 (Sims Reply Rep.) ¶ 82, 309. *See also* D.I. 278 (Stipulation Regarding the Nucleic Acid Sequences Used in the Parties' Products); D.I. 319, Ex. 46 (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮); D.I. 319, Ex. 47 (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮); D.I. 319, Ex. 48 (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮).

OF COUNSEL:

Stephen S. Rabinowitz
srabinowitz@wolfgreenfield.com
WOLF, GREENFIELD, & SACKS, P.C.
605 Third Avenue
New York, NY 10158
212.697.7890

Chelsea A. Loughran
cloughran@wolfgreenfield.com
Stuart V.C. Duncan Smith
sduncansmith@wolfgreenfield.com
Emma L. Frank
efrank@wolfgreenfield.com
Arden E. Bonzo
abonzo@wolfgreenfield.com
WOLF, GREENFIELD, & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000

/s/ Sara M. Metzler
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
RICHARDS, LAYTON, & FINGER, P.A.
920 North King Street
One Rodney Square
Wilmington, DE 19801
302.651.7700
farnan@rlf.com
metzler@rlf.com

*Counsel for Plaintiffs and Counterclaim Defendant Scale Biosciences, Inc.*

Dated: April 17, 2025

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025, true and correct copies of the foregoing document were caused to be served on the following counsel of record as indicated:

**BY ELECTRONIC MAIL**
Karen L. Pascale
Robert M. Vrana
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Byron L. Pickard
R. Wilson Powers III, Ph.D.
Chandrika Vira
Christopher M. Gallo, Ph.D.
Brady P. Gleason
David Y. Wang
Louis P. Panzica, Jr.
Jamie Dohopolski
Ryan N. Kaiser
Cristen A. Corry
Sterne, Kessler, Goldstein & Fox, P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005

*/s/ Sara M. Metzler*
Sara M. Metzler (#6509)
metzler@rlf.com

3