**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCALE BIOSCIENCES, INC., <br><br> and <br><br> ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br> Defendant. | <br><br><br><br><br><br><br><br><br> Civil Action No.  1:22-CV-01597-CJB <br><br> **JURY TRIAL DEMANDED** |
| PARSE BIOSCIENCES, INC., <br><br> and <br><br> UNIVERSITY OF WASHINGTON, <br><br> Counterclaim Plaintiffs, <br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> Counterclaim Defendant. | |

**JOINT STATUS REPORT REGARDING SETTLEMENT DISCUSSIONS**

Scale Biosciences, Inc. ("ScaleBio") and Roche Sequencing Solutions, Inc. ("Roche") (collectively, "Plaintiffs"), and Parse Biosciences, Inc. ("Parse") and University of Washington ("UW") (collectively, "Parse/UW") (together with Plaintiffs, "the Parties") submit this joint report in response to the Court's Order dated August 19, 2025 (D.I. 430).

Pursuant to the Court's Order (D.I. 430), in an effort to resolve the case through settlement, the Parties' outside counsel met telephonically on September 11, 2025, and the Parties then conducted a private meeting over video conference on September 25, 2025, with principals and outside counsel present. The Parties were unable to reach resolution. The Parties do not anticipate engaging in further settlement discussions at this time, but will keep the Court informed should additional discussions occur.

Respectfully Submitted,

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Kelly E. Farnan | /s/ Karen L. Pascale |
| Frederick L. Cottrell III (#2555) | Karen L. Pascale (#2903) |
| Kelly E. Farnan (#4395) | Anne Shea Gaza (#4093) |
| Sara M. Metzler (#6509) | Samantha G. Wilson (#5816) |
| 920 North King Street | Robert M. Vrana (# 5666) |
| One Rodney Square | Rodney Square |
| Wilmington, DE 19801 | 1000 North King Street |
| (302) 651-7700 | Wilmington, Delaware 19801 |
| cottrell@rlf.com | (302) 571-6600 |
| Farnan@RLF.com | kpascale@ycst.com |
| Metzler@rlf.com | agaza@ycst.com |
| | swilson@ycst.com |
| *Attorneys for Plaintiffs Scale Biosciences, Inc and Roche Sequencing Solutions, Inc.* | rvrana@ycst.com |
| | *Attorneys for Defendants Parse Biosciences, Inc. and University of Washington* |

*Of Counsel:*

WOLF, GREENFIELD, & SACKS, P.C.

Stephen S. Rabinowitz
605 Third Avenue
New York, NY 10158
212.697.7890

Chelsea A. Loughran
Stuart V.C. Duncan Smith
Emma L. Frank
Arden E. Bonzo
600 Atlantic Avenue
Boston, MA 02210
617.646.8000

ScaleBiosciencesv.Parse@WolfGreenfield.com

TENSEGRITY LAW GROUP LLP

Matthew D. Powers
Paul T. Ehrlich
William P. Nelson
Daniel M. Radke
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Tel: (650) 802-6000

Azra M. Hadzimehmedovic
Aaron M. Nathan
Samantha A. Jameson
Daniel Kazhdan
Danielle C. Pfifferling
Nathaniel D. Cook
John C. Pierce
Richa B. Patel
Sidhi Gosain
1676 International Drive, Suite 910
McLean, VA 22102
Tel: (650) 802-6000

Scale_Parse_Service@tensegritylawgroup.com

*Counsel for Plaintiff Scale Biosciences, Inc*

*Of Counsel:*

STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.

Byron L. Pickard
R. Wilson Powers III, Ph.D.
Chandrika Vira
Anna G. Phillips
Christopher M. Gallo
Brady P. Gleason
Louis P. Panzica, Jr.
David Y. Wang
Paige E. Cloud
Ryan N. Kaiser
Cristen A. Corry
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600

ParseUW@sternekessler.com

*Counsel for Defendants Parse Biosciences, Inc. and University of Washington*

2

*Of Counsel*:

WILMER CUTLER PICKERING HALE AND DORR

Robert J. Gunther Jr.
Christopher R. Noyes
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212 230-8830

Madeleine C. Laupheimer
Kate Saxton
60 State Street
Boston, MA 02109
617-526-6107

WHRSS-ScaleLit@wilmerhale.com

*Counsel for Plaintiff Roche Sequencing Solutions, Inc.*


Dated: September 26, 2025