**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCALE BIOSCIENCES, INC. and ROCHE SEQUENCING SOLUTIONS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br> *Defendant*, <br><br> PARSE BIOSCIENCES, INC. and UNIVERSITY OF WASHINGTON, <br><br> *Counterclaim-Plaintiffs*, <br><br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> *Counterclaim-Defendant*. | Civil Action No. 1:22-cv-01597-CJB |

**PARSE'S MOTION TO STRIKE PORTIONS OF MR. MOONEY'S
SUPPLEMENTAL EXPERT REPORT AND THEORY OF § 271(F) INFRINGEMENT
(EXPEDITED CONSIDERATION REQUESTED)**

Defendant and Counterclaim-Plaintiff Parse Biosciences, Inc. ("Parse") respectfully

moves this Court for an order striking Mr. Mooney's Supplemental Expert Report, served on

September 9, 2025, to the extent it provides newly disclosed opinions regarding worldwide sales

and striking ScaleBio/Roche's § 271(f) infringement theory for failure to timely disclose such

theories. The grounds for this motion are set forth in the accompanying opening letter brief and

exhibits, filed concurrently with this motion.

WHEREFORE, Parse respectfully requests that this Court grant this motion and enter an

order substantially in the form attached as Exhibit A to the opening letter brief; and for such

other relief as the Court deems just and proper.

1

DATED:  October 1, 2025

*Of Counsel:*

Byron L. Pickard
R. Wilson Powers III, Ph.D.
Chandrika Vira
Anna G. Phillips
Christopher M. Gallo, Ph.D.
Brady P. Gleason
Louis P. Panzica, Jr.
David Y. Wang
Page E. Cloud
Ryan N. Kaiser
Cristen A. Corry
**STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600
bpickard@sternekessler.com
tpowers@sternekessler.com
cvira@sternekessler.com
aphillips@sternekessler.com
cgallo@sternekessler.com
bgleason@sternekessler.com
lpanzica@sternekessler.com
dwang@sternekessler.com
pcloud@sternekessler.com
rkaiser@sternekessler.com
ccorry@sternekessler.com

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

Karen L. Pascale (No. 2903)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com
agaza@ycst.com
swilson@ycst.com
rvrana@ycst.com

*Attorneys for Defendant/Counterclaim-Plaintiff Parse Biosciences, Inc. and Counterclaim-Plaintiff University of Washington*

2

## CERTIFICATION PURSUANT TO D. DEL. LOCAL RULE 7.1.1

Pursuant to D. Del. Local Rule 7.1.1, counsel for the moving party has made a reasonable effort to reach agreement with opposing counsel on the subject matter of "Parse's Motion to Strike Portions of Mr. Mooney's Supplemental Report and Theories of § 271(f) Infringement," including oral communication involving Delaware counsel for both sides.

October 1, 2025                    /s/ *Karen L. Pascale*

Karen L. Pascale (No. 2903)

33613214.1

## <u>CERTIFICATE OF SERVICE</u>

I, Karen L. Pascale, Esquire, hereby certify that on October 1, 2025, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by electronic mail:

---

***Attorneys for Plaintiff and Counterclaim Defendant, Scale Biosciences, Inc., and Plaintiff, Roche Sequencing Solutions, Inc.:***

Frederick L. Cottrell III ................................................................ cottrell@rlf.com
Kelly E. Farnan ............................................................................ farnan@rlf.com
Sara M. Metzler.............................................................................metzler@rlf.com
**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801

***Attorneys for Plaintiff and Counterclaim Defendant, Scale Biosciences, Inc.:***

**WOLF, GREENFIELD & SACKS, P.C.**    **wgs-scalebiosciencesv.parse@wolfgreenfield.com**

Stephen S. Rabinowitz ...................................... srabinowitz@wolfgreenfield.com
605 Third Avenue
New York, NY 10158

Chelsea A. Loughran ...........................................cloughran@wolfgreenfield.com
Emma L. Frank .......................................................efrank@wolfgreenfield.com
Stuart V. C. Duncan Smith ............................sduncansmith@wolfgreenfield.com
Arden Bonzo ...................................................... arden.bonzo@wolfgreenfield.com
600 Atlantic Avenue
Boston, MA 02210

**TENSEGRITY LAW GROUP LLP**        **Scale_Parse_Service@tensegritylawgroup.com**

Matthew D. Powers ............................. matthew.powers@tensegritylawgroup.com
Paul T. Ehrlich.............................................paul.ehrlich@tensegritylawgroup.com
William P. Nelson ...................................william.nelson@tensegritylawgroup.com
Daniel M. Radke .......................................daniel.radke@tensegritylawgroup.com
555 Twin Dolphin Drive
Suite 650
Redwood Shores, CA 94065

*(Continued . . . .)*

Azra M. Hadzimehmedovic ......................................azra@tensegritylawgroup.com
Aaron M. Nathan......................................aaron.nathan@tensegritylawgroup.com
Samantha A. Jameson ...................... samantha.jameson@tensegritylawgroup.com
Daniel Kazhdan .................................... daniel.kazhdan@tensegritylawgroup.com
Danielle C. Pfifferling ..................... danielle.pfifferling@tensegritylawgroup.com
Nathaniel D. Cook.................................nathaniel.cook@tensegritylawgroup.com
John C. Pierce..............................................john.pierce@tensegritylawgroup.com
Richa Patel.....................................................richa.patel@tensegritylawgroup.com
Sidhi Gosain .............................................. sidhi.gosain@tensegritylawgroup.com
1676 International Drive
Suite 910
McLean, VA 22102

*Attorneys for Plaintiff, Roche Sequencing Solutions, Inc.:*

**WILMERHALE**                                    **WHRSS-ScaleLit@wilmerhale.com**

Robert J. Gunther ............................................... Robert.Gunther@wilmerhale.com
Barish Ozdamar Ph.D....................................... Barish.Ozdamar@wilmerhale.com
Christopher R. Noyes ................................... Christopher.Noyes@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Madeleine C. Laupheimer ...................... Madeleine.Laupheimer@wilmerhale.com
Kate Saxton ............................................................Kate.Saxton@wilmerhale.com
60 State Street
Boston, MA 02109

October 1, 2025                         **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                                        */s/ Karen L. Pascale*

                                        Karen L. Pascale (#2903) [kpascale@ycst.com]
                                        Anne Shea Gaza (#4093) [agaza@ycst.com]
                                        Samantha G. Wilson (No. 5816) [swilson@ycst.com]
                                        Robert M. Vrana (#5666) [rvrana@ycst.com]
                                        Rodney Square
                                        1000 North King Street
                                        Wilmington, DE  19801
                                        Telephone: (302) 571-6600

                                        *Attorneys for Parse Biosciences, Inc.*

2