IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SCALE BIOSCIENCES, INC. and ROCHE SEQUENCING SOLUTIONS, INC., <br><br>*Plaintiffs*, <br><br>v. <br><br>PARSE BIOSCIENCES, INC., <br><br>*Defendant.* <br><br> PARSE BIOSCIENCES, INC. and UNIVERSITY OF WASHINGTON, <br><br>*Counterclaim-Plaintiffs*, <br><br>v. <br><br>SCALE BIOSCIENCES, INC., <br><br>*Counterclaim-Defendant*. | C.A. No. 22-1597-CJB |

**PARSE'S RESPONSE TO
PLAINTIFFS' NOTICE OF SUBSEQUENT AUTHORITY**

Defendant and Counterclaim-Plaintiff Parse Biosciences, Inc. ("Parse") responds to Scale Biosciences, Inc. and Roche Sequencing Solutions, Inc.'s (collectively, "Plaintiffs'") Notice of Supplemental Authority (D.I. 454, filed October 3, 2025) regarding *Rex Medical, L.P. v. Intuitive Surgical, Inc.*, No. 2024-1072, --- F.4th ----, Nos. 2024-1072, 2024-1125, 2025 WL 2799030 (Fed. Cir. Oct. 2, 2025). This case is inapposite to Parse's MSJ #1 (D.I. 314, D.I. 325). *Rex Medical* simply reaffirms decades-old case law that: "[t]he question[ ] ... is not whether the specification provides an adequate description of the Accused Products, but whether the specification provides an adequate description of the claimed invention." *Rex Med.,* 2025 WL 2799030, at *12. Parse's MSJ #1's § 112 arguments do not rely on the accused products at all, and *Rex Medical* does not address the critical issue presented by Parse's MSJ #1 (*see* D.I. 325 at 4–19; D.I. 419 at 97–159): that Plaintiffs' necessarily narrower dependent claims—*e.g.*, the '752 patent, claim 5—are neither described nor enabled and, logically, the independent claims

(*e.g.*, the '752 patent, claim 1) must also necessarily suffer the same flaws. D.I. 325 at 5; D.I. 419 at 97–159.

| | |
|---|---|
| DATED:  October 5, 2025 | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| *Of Counsel:* | */s/ Samantha G. Wilson* |
| Byron L. Pickard | Karen L. Pascale (#2903) |
| R. Wilson Powers III, Ph.D. | Anne Shea Gaza (#4093) |
| Chandrika Vira | Robert M. Vrana (#5666) |
| Anna G. Phillips | Samantha G. Wilson (#5816) |
| Christopher M. Gallo, Ph.D. | Rodney Square |
| Brady P. Gleason | 1000 North King Street |
| Louis P. Panzica, Jr. | Wilmington, Delaware 19801 |
| David Y. Wang | (302) 571-6600 |
| Page E. Cloud | kpascale@ycst.com |
| Ryan N. Kaiser | agaza@ycst.com |
| Cristen A. Corry | rvrana@ycst.com |
| **STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.** | swilson@ycst.com |
| 1101 K Street, NW, 10th Floor | *Attorneys for Defendant/Counterclaim-Plaintiff Parse Biosciences, Inc. and Counterclaim-Plaintiff University of Washington* |
| Washington, DC 20005 | |
| (202) 371-2600 | |
| bpickard@sternekessler.com | |
| tpowers@sternekessler.com | |
| cvira@sternekessler.com | |
| aphillips@sternekessler.com | |
| cgallo@sternekessler.com | |
| blgeason@sternekessler.com | |
| lpanzica@sternekessler.com | |
| dwang@sternekessler.com | |
| pcloud@sternekessler.com | |
| rkaiser@sternekessler.com | |
| ccorry@sternekessler.com | |

**CERTIFICATE OF SERVICE**

      I, Samantha G. Wilson, Esquire, hereby certify that on October 5, 2025, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by electronic mail:

*Attorneys for Plaintiff and Counterclaim Defendant, Scale Biosciences, Inc., and Plaintiff, Roche Sequencing Solutions, Inc.:*

Frederick L. Cottrell III .............................................................. cottrell@rlf.com
Kelly E. Farnan ............................................................................ farnan@rlf.com
Sara M. Metzler............................................................................metzler@rlf.com

**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Attorneys for Plaintiff and Counterclaim Defendant, Scale Biosciences, Inc.:*

**WOLF, GREENFIELD & SACKS, P.C.**     wgs-scalebiosciencesv.parse@wolfgreenfield.com

Stephen S. Rabinowitz ...................................... srabinowitz@wolfgreenfield.com
605 Third Avenue
New York, NY 10158

Chelsea A. Loughran ...........................................cloughran@wolfgreenfield.com
Emma L. Frank .........................................................efrank@wolfgreenfield.com
Stuart V. C. Duncan Smith .............................sduncansmith@wolfgreenfield.com
Arden Bonzo ..................................................... arden.bonzo@wolfgreenfield.com
600 Atlantic Avenue
Boston, MA 02210

**TENSEGRITY LAW GROUP LLP**          Scale_Parse_Service@tensegritylawgroup.com

Matthew D. Powers.............................. matthew.powers@tensegritylawgroup.com
Paul T. Ehrlich..............................................paul.ehrlich@tensegritylawgroup.com
William P. Nelson ..................................william.nelson@tensegritylawgroup.com
Daniel M. Radke .......................................daniel.radke@tensegritylawgroup.com
555 Twin Dolphin Drive
Suite 650
Redwood Shores, CA 94065

                                                                               *(Continued . . . .)*

| | |
|---|---|
| Azra M. Hadzimehmedovic | azra@tensegritylawgroup.com |
| Aaron M. Nathan | aaron.nathan@tensegritylawgroup.com |
| Samantha A. Jameson | samantha.jameson@tensegritylawgroup.com |
| Daniel Kazhdan | daniel.kazhdan@tensegritylawgroup.com |
| Danielle C. Pfifferling | danielle.pfifferling@tensegritylawgroup.com |
| Nathaniel D. Cook | nathaniel.cook@tensegritylawgroup.com |
| John C. Pierce | john.pierce@tensegritylawgroup.com |
| Richa Patel | richa.patel@tensegritylawgroup.com |
| Sidhi Gosain | sidhi.gosain@tensegritylawgroup.com |

1676 International Drive
Suite 910
McLean, VA 22102

*Attorneys for Plaintiff, Roche Sequencing Solutions, Inc.:*

**WILMERHALE**              **WHRSS-ScaleLit@wilmerhale.com**

| | |
|---|---|
| Robert J. Gunther | Robert.Gunther@wilmerhale.com |
| Barish Ozdamar Ph.D. | Barish.Ozdamar@wilmerhale.com |
| Christopher R. Noyes | Christopher.Noyes@wilmerhale.com |

7 World Trade Center
250 Greenwich Street
New York, NY 10007

| | |
|---|---|
| Madeleine C. Laupheimer | Madeleine.Laupheimer@wilmerhale.com |
| Kate Saxton | Kate.Saxton@wilmerhale.com |

60 State Street
Boston, MA 02109

---

October 5, 2025

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Samantha G. Wilson*

Karen L. Pascale (#2903) [kpascale@ycst.com]
Anne Shea Gaza (#4093) [agaza@ycst.com]
Samantha G. Wilson (#5816) [swilson@ycst.com]
Robert M. Vrana (#5666) [rvrana@ycst.com]
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600

*Attorneys for Parse Biosciences, Inc.*

2