IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC., <br><br> and <br><br> ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br> Defendant. | Civil Action No.  1:22-CV-01597-CJB <br><br> **JURY TRIAL DEMANDED** |
| PARSE BIOSCIENCES, INC., <br><br> and <br><br> UNIVERSITY OF WASHINGTON, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> Counterclaim Defendant. | |

**[PROPOSED] VERDICT FORM**[1,2]

---

[1] ScaleBio and Roche respectfully request bifurcation of the Asserted ScaleBio/Roche Claims from the Asserted Parse/UW Claims to minimize juror confusion, promote judicial economy, and avoid unfair prejudice. The submission of the draft verdict form that consolidates issues on both sets of patents is solely for the Court's convenience and does not waive, concede, or imply that a single consolidated trial is appropriate.

[2] Parse/UW oppose bifurcation for the reasons set forth in Exhibit 18 of the Proposed Final Pretrial Order.

1

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that you were given in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms and capitalized terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

**IT IS VERY IMPORTANT THAT YOU FOLLOW
THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**

**READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES
WITH THEM**

## JURY QUESTION NO. 1

### INFRINGEMENT OF THE ASSERTED SCALEBIO/ROCHE PATENTS

Did Scale Biosciences, Inc. and Roche Sequencing Solutions, Inc. (collectively "ScaleBio/Roche") prove, by a preponderance of the evidence, that Parse Biosciences, Inc. ("Parse") has infringed (directly or indirectly) any of the following asserted claims?

("YES" is a finding in favor of ScaleBio/Roche; "NO" is a finding in favor of Parse.)

U.S. Patent No. 10,626,442
    Claim 11:    Yes _____    No _____

U.S. Patent No. 10,982,256
    Claim 1:    Yes _____    No _____
    Claim 2:    Yes _____    No _____
    Claim 5:    Yes _____    No _____
    Claim 6:    Yes _____    No _____

U.S. Patent No. 11,512,341
    Claim 13:    Yes _____    No _____

U.S. Patent No. 11,634,752
    Claim 1:    Yes _____    No _____
    Claim 2:    Yes _____    No _____
    Claim 6:    Yes _____    No _____
    Claim 7:    Yes _____    No _____
    Claim 8:    Yes _____    No _____
    Claim 9:    Yes _____    No _____
    Claim 10:    Yes _____    No _____
    Claim 11:    Yes _____    No _____
    Claim 14:    Yes _____    No _____

*If you answered "No" to all of the claims of the '442, '256, '341, and '752 Patents, then skip Question No. 2 and proceed to Question No. 3.*

## JURY QUESTION NO. 2

### WILLFUL INFRINGEMENT OF THE ASSERTED SCALEBIO/ROCHE PATENTS

Did ScaleBio/Roche prove, by a preponderance of the evidence, that Parse has willfully infringed any of the Asserted ScaleBio/Roche Claims that you found were infringed in Question No. 1?

("YES" is a finding in favor of ScaleBio/Roche; "NO" is a finding in favor of Parse.)

U.S. Patent No. 10,626,442
    Claim 11:    Yes _____    No _____

U.S. Patent No. 10,982,256
    Claim 1:    Yes _____    No _____
    Claim 2:    Yes _____    No _____
    Claim 5:    Yes _____    No _____
    Claim 6:    Yes _____    No _____

U.S. Patent No. 11,512,341
    Claim 13:    Yes _____    No _____

U.S. Patent No. 11,634,752
    Claim 1:    Yes _____    No _____
    Claim 2:    Yes _____    No _____
    Claim 6:    Yes _____    No _____
    Claim 7:    Yes _____    No _____
    Claim 8:    Yes _____    No _____
    Claim 9:    Yes _____    No _____
    Claim 10:    Yes _____    No _____
    Claim 11:    Yes _____    No _____
    Claim 14:    Yes _____    No _____

*Proceed to Question No. 3.*

## JURY QUESTION NO. 3

### INVALIDITY OF THE ASSERTED SCALEBIO/ROCHE PATENTS

Did Parse prove by clear and convincing evidence that any of the Asserted ScaleBio/Roche Claims are invalid?

("YES" is a finding in favor of Parse; "NO" is a finding in favor of ScaleBio/Roche)

U.S. Patent No. 10,626,442
    Claim 11:    Yes _____    No _____

U.S. Patent No. 10,982,256
    Claim 1:    Yes _____    No _____
    Claim 2:    Yes _____    No _____
    Claim 5:    Yes _____    No _____
    Claim 6:    Yes _____    No _____

U.S. Patent No. 11,512,341
    Claim 13:    Yes _____    No _____

U.S. Patent No. 11,634,752
    Claim 1:    Yes _____    No _____
    Claim 2:    Yes _____    No _____
    Claim 6:    Yes _____    No _____
    Claim 7:    Yes _____    No _____
    Claim 8:    Yes _____    No _____
    Claim 9:    Yes _____    No _____
    Claim 10:    Yes _____    No _____
    Claim 11:    Yes _____    No _____
    Claim 14:    Yes _____    No _____

*Proceed to Question No. 4 only if you found one or more claims infringed and not invalid (that is, if you answered "Yes" for one or more claims in Question No. 1, and for any claim*

*answered "Yes" in Question No. 1, you answered "No" in Question No. 3 for the same claim). Otherwise, skip Question No. 4 and proceed to Question No. 5.*

*If you answered "Yes" to all claims in Question No. 3, skip Question No. 4 and proceed to Question No. 5.*

## JURY QUESTION NO. 4

### DAMAGES FOR INFRINGEMENT OF THE ASSERTED SCALEBIO/ROCHE PATENTS

What is the amount of money that ScaleBio/Roche have proven by a preponderance of the evidence to be a reasonable royalty to compensate ScaleBio/Roche for Parse's infringement through June 30, 2025?

$ _____

*Proceed to Question No. 5.*

## *JURY QUESTION NO. 5*

## *UNCLEAN HANDS DEFENSE FOR THE ASSERTED SCALEBIO/ROCHE PATENTS*[34]

Did Parse prove by clear and convincing evidence that the Asserted ScaleBio/Roche Claim of the '442 Patent is unenforceable because of unclean hands?

("YES" is a finding in favor of Parse; "NO" is a finding in favor of ScaleBio/Roche.)

Yes _____     No _____

*Proceed to Question No. 6.*

---

[3] ScaleBio/Roche are moving to exclude Parse's "unclean hands" defense and related evidence. *See* Plaintiffs' MIL #2. If the Court grants ScaleBio/Roche's motion, this issue will no longer be in the case and this question will not be presented to the jury. ScaleBio/Roche submit this draft verdict form for use only if the Court denies ScaleBio/Roche's motion *in limine* and permits Parse to present evidence on this defense to the jury. If the Court allows Parse to present such evidence, any resulting jury verdict can only be advisory.

[4] Parse/UW respectfully request that the Court allow their unclean hands defense to be presented to the jury and that the jury render an advisory verdict. Parse/UW contend that their unclean hands defense and related evidence are proper and probative to the issues in this case. *See* Parse/UW's response to Plaintiffs' *motion in limine* No. 2.

## JURY QUESTION NO. 6

### INFRINGEMENT OF THE ASSERTED PARSE/UW PATENTS

Did Parse Biosciences, Inc. and University of Washington (collectively "Parse/UW") prove, by a preponderance of the evidence, that ScaleBio has infringed (directly or indirectly) any of the following asserted claims?

("YES" is a finding in favor of Parse/UW; "NO" is a finding in favor of ScaleBio.)

U.S. Patent No. 10,900,065
- Claim 1:   Yes _____   No _____
- Claim 12:  Yes _____   No _____
- Claim 20:  Yes _____   No _____

U.S. Patent No. 11,168,355
- Claim 1:   Yes _____   No _____
- Claim 5:   Yes _____   No _____
- Claim 6:   Yes _____   No _____
- Claim 22:  Yes _____   No _____

U.S. Patent No. 11,427,856
- Claim 1:   Yes _____   No _____
- Claim 5:   Yes _____   No _____
- Claim 6:   Yes _____   No _____
- Claim 7:   Yes _____   No _____
- Claim 22:  Yes _____   No _____

*If you answered "No" to all of the claims of the '065, '355, and '856 Patents, then skip Question No. 7 and proceed to Question No. 8.*

## JURY QUESTION NO. 7

### WILLFUL INFRINGMENT OF THE ASSERTED PARSE/UW PATENTS

Did Parse/UW prove, by a preponderance of the evidence, that ScaleBio has willfully infringed any of the Asserted Parse/UW Claims that you found were infringed in Question No. 6?

("YES" is a finding in favor of Parse/UW; "NO" is a finding in favor of ScaleBio.)

U.S. Patent No. 10,900,065
    Claim 1:    Yes _____    No _____
    Claim 12:    Yes _____    No _____
    Claim 20:    Yes _____    No _____

U.S. Patent No. 11,168,355
    Claim 1:    Yes _____    No _____
    Claim 5:    Yes _____    No _____
    Claim 6:    Yes _____    No _____
    Claim 22:    Yes _____    No _____

U.S. Patent No. 11,427,856
    Claim 1:    Yes _____    No _____
    Claim 5:    Yes _____    No _____
    Claim 6:    Yes _____    No _____
    Claim 7:    Yes _____    No _____
    Claim 22:    Yes _____    No _____

*Proceed to Question No. 8.*

## *JURY QUESTION NO. 8*

## *INVALIDITY OF THE ASSERTED PARSE/UW PATENTS*

Did ScaleBio prove by clear and convincing evidence that any of the Asserted Parse/UW Claims are invalid?

("YES" is a finding in favor of ScaleBio; "NO" is a finding in favor of Parse/UW.)

U.S. Patent No. 10,900,065
    Claim 1:    Yes _____    No _____
    Claim 12:    Yes _____    No _____
    Claim 20:    Yes _____    No _____

U.S. Patent No. 11,168,355
    Claim 1:    Yes _____    No _____
    Claim 5:    Yes _____    No _____
    Claim 6:    Yes _____    No _____
    Claim 22:    Yes _____    No _____

U.S. Patent No. 11,427,856
    Claim 1:    Yes _____    No _____
    Claim 5:    Yes _____    No _____
    Claim 6:    Yes _____    No _____
    Claim 7:    Yes _____    No _____
    Claim 22:    Yes _____    No _____

*Proceed to Question No. 9 only if you found one or more claims infringed and not invalid (that is, if you answered "Yes" for one or more claims in Question No. 6, and for any claim answered "Yes" in Question No. 6, you answered "No" in Question No. 8 for the same claim). Otherwise, skip Question No. 9 and proceed to Question No. 10.*

*If you answered "Yes" to all claims in Question No. 8, skip Question No. 9 and proceed to Question No. 10.*

## *JURY QUESTION NO. 9*

### *DAMAGES FOR INFRINGEMENT OF THE ASSERTED PARSE/UW PATENTS*

What is the amount of money that Parse/UW have proven by a preponderance of the evidence to be a reasonable royalty to compensate Parse/UW for ScaleBio's infringement through June 30, 2025?

$ _____

*Proceed to Question No. 10.*

## JURY QUESTION NO. 10[5]

### UNCLEAN HANDS DEFENSE FOR THE ASSERTED PARSE/UW PATENTS

Did ScaleBio prove by clear and convincing evidence that any of the Asserted Parse/UW Claims are unenforceable because of unclean hands?

("YES" is a finding in favor of ScaleBio; "NO" is a finding in favor of Parse/UW.)

Yes _____   No _____

---

[5] ScaleBio respectfully requests that the Court allow its unclean hands defense to be presented to the jury and that the jury render an advisory verdict.

## *FINAL PAGE OF THE VERDICT FORM*

You have now reached the end of the verdict form and you should review it to ensure that it accurately reflects your unanimous determinations. All jurors should then sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

Date: _____

Signed:

_____
Foreperson

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror