# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC. and ROCHE SEQUENCING SOLUTIONS, INC., *Plaintiffs*, v. PARSE BIOSCIENCES, INC., *Defendant.* | No. 1:22-cv-01597-CJB |
| PARSE BIOSCIENCES, INC. and UNIVERSITY OF WASHINGTON, *Counterclaim-Plaintiffs*, v. SCALE BIOSCIENCES, INC., *Counterclaim-Defendant*. | |

## STIPULATION TO EXTEND TIME REGARDING PUBLIC VERSIONS OF SEALED PRETRIAL AND TRIAL FILINGS

WHEREAS, the parties have recently filed papers under seal as set forth below, and anticipate that additional filings will be made under seal prior to the conclusion of the trial scheduled to conclude on October 31, 2025;

WHEREAS, the parties propose, subject to the approval of the Court, to extend the deadline to submit redacted (public) versions of any such filings so that redactions to these sealed filings can be addressed at the same time after the completion of trial in the above-captioned case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that the deadline for the relevant parties to submit redacted (public) versions of the following sealed papers is extended to and including November 21, 2025:

| | | |
|---|---|---|
| 10/01/2025 | D.I. 447 | Letter to The Honorable Christopher J. Burke from Karen L. Pascale in Support of [D.I. 446] Parse's Motion to Strike Portions of Mr. Mooney's Supplemental Expert Report and Theory of Section 271(f) Infringement |
| 10/02/2025 | D.I. 448 | Parse's Motion for Trial Sanctions Under Fed. R. Civ. P. 37(e) |
| 10/03/2025 | D.I. 450 | Proposed Pretrial Order |
| 10/03/2025 | D.I. 451 | Exhibits 1 - 9 re [D.I.450] Proposed Pretrial Order Volume I |
| 10/03/2025 | D.I. 452 | Exhibits 10 - 15 re [D.I.450] Proposed Pretrial Order Volume II |

IT IS FURTHER STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that the deadlines for the relevant parties to submit redacted (public) versions of further filings filed up to and including October 31, 2025 are extended until November 21, 2025.

DATED: October 9, 2025

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| */s/ Kelly E. Farnan* | */s/ Samantha G. Wilson* |
| Frederick L. Cottrell, III (#2555) | Karen L. Pascale (#2903) |
| Kelly E. Farnan (#4395) | Anne Shea Gaza (#4093) |
| Sara M. Metzler (#6509) | Robert M. Vrana (#5666) |
| Danielle I. Bell (#7367) | Samantha G. Wilson (#5816) |
| One Rodney Square | Rodney Square |
| 920 North King Street | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 651-7700 | (302) 571-6600 |
| cottrrell@rlf.com | kpascale@ycst.com |
| farnan@rlf.com | agaza@ycst.com |
| metzler@rlf.com | rvrana@ycst.com |
| bell@rlf.com | swilson@ycst.com |
| *Attorneys for Plaintiff and Counterclaim-Defendant, Scale Biosciences, Inc., and Plaintiff, Roche Sequencing Solutions, Inc.* | *Attorneys for Defendant and Counterclaim-Plaintiff Parse Biosciences, Inc., and Counterclaim-Plaintiff University of Washington* |

SO ORDERED this _____ day of October, 2025.

_____
UNITED STATES MAGISTRATE JUDGE