IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC., <br><br> and <br><br> ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br> Defendant. <br><br> PARSE BIOSCIENCES, INC., <br><br> and <br><br> UNIVERSITY OF WASHINGTON, <br><br> Counterclaim Plaintiffs, <br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> Counterclaim Defendant. | Civil Action No. 22-1597-CJB <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING ROCHE SEQUENCING SOLUTIONS, INC. MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES FOR PRETRIAL CONFERENCE, COURTROOM TECHNOLOGY SET UP AND TRIAL**

The Court having considered Roche Sequencing Solutions, Inc.'s Motion for Exemption of Persons From The District Of Delaware's May 17, 2024 Standing Order On Personal Devices For the Pretrial Conference and Trial (the "Motion"),

IT IS SO ORDER this  9th  day of  October , 2025 that:

1. The Motion is GRANTED;

2. For purposes of the pretrial conference and trial in the above-captioned case, the following person is exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use his personal electronic devices:

>   Christopher Noyes

3. Such person listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE