# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC. and ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 22-1597-CJB ) ) ) ) ) ) |
| PARSE BIOSCIENCES, INC. and UNIVERSITY OF WASHINGTON, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> Counterclaim-Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

At Wilmington, Delaware this **4th day of November, 2025**;

For the reasons stated in the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED that the motion for summary judgment of non-infringement of U.S. Patent Nos. 10,900,065, 11,168,355, and 11,427,856 filed by Plaintiff Scale Biosciences, Inc. pursuant to Federal Rule of Civil Procedure 56, (D.I. 300), is GRANTED.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE