IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC.,<br><br>and<br><br>ROCHE SEQUENCING SOLUTIONS, INC.,<br><br>    Plaintiffs,<br>v.<br><br>PARSE BIOSCIENCES, INC.,<br><br>    Defendant. | Civil Action No. 1:22-CV-01597-CJB<br><br>**JURY TRIAL DEMANDED**<br><br>**REDACTED**<br>**PUBLIC VERSION** |
| PARSE BIOSCIENCES, INC.,<br><br>and<br><br>UNIVERSITY OF WASHINGTON,<br><br>    Counterclaim Plaintiffs,<br>v.<br><br>SCALE BIOSCIENCES, INC.,<br><br>    Counterclaim Defendant. | |

**JOINT [PROPOSED] FINAL PRETRIAL ORDER**

**VOLUME I**
**(Exhibits 1-9)**

Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
RICHARDS, LAYTON, & FINGER, P.A.
920 North King Street
One Rodney Square
Wilmington, DE 19801

*Counsel for Scale Biosciences, Inc. and Roche Sequencing Solutions, Inc.*

Matthew D. Powers
Paul T. Ehrlich
William P Nelson
Daniel M. Radke
TENSEGRITY LAW GROUP LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065

Azra M. Hadzimehmedovic
Aaron Nathan
Samantha A. Jameson
Daniel Kazhdan
Danielle C. Pfifferling
Nathaniel D. Cook
John C. Pierce
Richa B. Patel
Sidhi Gosain
TENSEGRITY LAW GROUP LLP
1676 International Drive, Suite 910
McLean, VA 22102

Stephen S. Rabinowitz
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue
New York, NY 10158

Chelsea A. Loughran
Stuart V. C. Duncan Smith
Emma L. Frank
Arden E. Bonzo
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210

*Counsel for Scale Biosciences, Inc.*

Karen L. Pascale (#2903)
Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
Samantha G. Wilson (#5816)
YOUNG CONAWAY STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

Byron L. Pickard
R. Wilson Powers III, Ph.D.
Chandrika Vira
Christopher M. Gallo, Ph.D.
Anna G. Phillips
Brady P. Gleason
Louis P. Panzica, Jr.
David Y. Wang
Paige E. Cloud
Ryan N. Kaiser
Cristen A. Corry
STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005

*Counsel for Parse Biosciences, Inc. and the University of Washington*

Robert J. Gunther, Jr.
Christopher Noyes
WILMER CUTLER PICKERING HALE & DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Madeleine C. Laupheimer
Kate Saxton
WILMER CUTLER PICKERING HALE & DORR, LLP
60 State Street
Boston, MA 02109

*Counsel for Roche Sequencing Solutions, Inc.*

    Dated:  October 3, 2025