IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC. and ROCHE SEQUENCING SOLUTIONS, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PARSE BIOSCIENCES, INC.,<br><br>*Defendant*,<br><br>PARSE BIOSCIENCES, INC. and UNIVERSITY OF WASHINGTON,<br><br>*Counterclaim-Plaintiffs*,<br><br>v.<br><br>SCALE BIOSCIENCES, INC.,<br><br>*Counterclaim-Defendant*. | C.A. No. 22-1597-CJB |

**PARSE BIOSCIENCES, INC.'S SUPPLEMENTAL
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant/Counterclaim-Plaintiff Parse Biosciences, Inc., by and through its attorneys, hereby makes the following supplemental disclosure statement:

1. Parse Biosciences, Inc. is a wholly owned subsidiary of QIAGEN North American Holdings, Inc.

2. QIAGEN North American Holdings, Inc. is a wholly owned subsidiary of QIAGEN Luxembourg SARL.

3. QIAGEN Luxembourg SARL is a wholly owned subsidiary of QIAGEN N.V.

4. QIAGEN N.V. is a public company traded on the NASDAQ (NYSE: QGEN) and Frankfurt Prime Standard stock exchanges.

Parse Biosciences, Inc. will report any changes in this information throughout the pendency of this case.

| | |
|---|---|
| Dated: December 18, 2025 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| *Of Counsel*:<br>Byron L. Pickard<br>R. Wilson Powers III, Ph.D.<br>Chandrika Vira<br>Anna G. Phillips<br>Christopher M. Gallo, Ph.D.<br>Brady P. Gleason<br>Louis P. Panzica, Jr.<br>David Y. Wang<br>Paige E. Cloud<br>Ryan N. Kaiser<br>Cristen A. Corry<br>**STERNE, KESSLER, GOLDSTEIN &<br>  FOX, P.L.L.C**<br>1101 K Street, NW, 10th Floor<br>Washington, DC 20005<br>(202) 371-2600<br>bpickard@sternekessler.com<br>tpowers@sternekessler.com<br>cvira@sternekessler.com<br>aphillips@sternekessler.com<br>cgallo@sternekessler.com<br>blgeason@sternekessler.com<br>lpanzica@sternekessler.com<br>dwang@sternekessler.com<br>pcloud@sternekessler.com<br>rkaiser@sternekessler.com<br>ccorry@sternekessler.com | */s/ Samantha G. Wilson*<br>Karen L. Pascale (No. 2903)<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>kpascale@ycst.com<br>agaza@ycst.com<br>rvrana@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendant/Counterclaim-Plaintiff Parse Biosciences, Inc. and Counterclaim-Plaintiff University of Washington* |

**CERTIFICATE OF SERVICE**

I, Samantha G. Wilson, Esquire, hereby certify that on December 18, 2025, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by electronic mail:

*Attorneys for Plaintiff and Counterclaim Defendant, Scale Biosciences, Inc., and Plaintiff, Roche Sequencing Solutions, Inc.:*

| | |
|---|---|
| Frederick L. Cottrell III | cottrell@rlf.com |
| Kelly E. Farnan | farnan@rlf.com |
| Sara M. Metzler | metzler@rlf.com |
| Danielle I. Bell | bell@rlf.com |

**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Attorneys for Plaintiff and Counterclaim Defendant, Scale Biosciences, Inc.:*

**WOLF, GREENFIELD & SACKS, P.C.**    wgs-scalebiosciencesv.parse@wolfgreenfield.com

Stephen S. Rabinowitz ...... srabinowitz@wolfgreenfield.com
605 Third Avenue
New York, NY 10158

Chelsea A. Loughran ...... cloughran@wolfgreenfield.com
Emma L. Frank ...... efrank@wolfgreenfield.com
Stuart V. C. Duncan Smith ...... sduncansmith@wolfgreenfield.com
Arden Bonzo ...... arden.bonzo@wolfgreenfield.com
600 Atlantic Avenue
Boston, MA 02210

**TENSEGRITY LAW GROUP LLP**          Scale_Parse_Service@tensegritylawgroup.com

Matthew D. Powers ...... matthew.powers@tensegritylawgroup.com
Paul T. Ehrlich ...... paul.ehrlich@tensegritylawgroup.com
William P. Nelson ...... william.nelson@tensegritylawgroup.com
Daniel M. Radke ...... daniel.radke@tensegritylawgroup.com
555 Twin Dolphin Drive
Suite 650
Redwood Shores, CA 94065

*(Continued . . . .)*

| | |
|---|---|
| Azra M. Hadzimehmedovic | azra@tensegritylawgroup.com |
| Aaron M. Nathan | aaron.nathan@tensegritylawgroup.com |
| Samantha A. Jameson | samantha.jameson@tensegritylawgroup.com |
| Daniel Kazhdan | daniel.kazhdan@tensegritylawgroup.com |
| Danielle C. Pfifferling | danielle.pfifferling@tensegritylawgroup.com |
| Nathaniel D. Cook | nathaniel.cook@tensegritylawgroup.com |
| John C. Pierce | john.pierce@tensegritylawgroup.com |
| Richa Patel | richa.patel@tensegritylawgroup.com |
| Sidhi Gosain | sidhi.gosain@tensegritylawgroup.com |

1676 International Drive
Suite 910
McLean, VA 22102

*Attorneys for Plaintiff, Roche Sequencing Solutions, Inc.:*

**WILMERHALE**     WHRSS-ScaleLit@wilmerhale.com

| | |
|---|---|
| Robert J. Gunther | Robert.Gunther@wilmerhale.com |
| Barish Ozdamar Ph.D. | Barish.Ozdamar@wilmerhale.com |
| Christopher R. Noyes | Christopher.Noyes@wilmerhale.com |

7 World Trade Center
250 Greenwich Street
New York, NY 10007

| | |
|---|---|
| Madeleine C. Laupheimer | Madeleine.Laupheimer@wilmerhale.com |
| Kate Saxton | Kate.Saxton@wilmerhale.com |

60 State Street
Boston, MA 02109

December 18, 2025

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Samantha G. Wilson*

Karen L. Pascale (#2903) [kpascale@ycst.com]
Anne Shea Gaza (#4093) [agaza@ycst.com]
Robert M. Vrana (#5666) [rvrana@ycst.com]
Samantha G. Wilson (No. 5816) [swilson@ycst.com]
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600

*Attorneys for Defendant/Counterclaim-Plaintiff Parse Biosciences, Inc. and Counterclaim-Plaintiff University of Washington*

2