

Kelly E. Farnan
(302) 651-7705
farnan@rlf.com

January 13, 2026

**BY CM/ECF**
The Honorable Christopher J. Burke
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    *Scale Biosciences, Inc. et al. v. Parse Biosciences, Inc.*,
              C.A. No. 22-1597-CJB

Dear Judge Burke:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in multiple written email exchanges, and a verbal meet-and-confer by telephone on the following date: January 5, 2026.

| | |
|---|---|
| Delaware Counsel: | Kelly Farnan (Richards Layton & Finger) for Plaintiff/Counterclaim Defendant Scale Biosciences, Inc. ("ScaleBio") |
| | Karen Pascale and Samantha Wilson (Young Conway Stargatt & Taylor LLP) for Defendant/Counterclaim Plaintiff Parse Biosciences, Inc. ("Parse") |
| Lead Counsel: | Azra Hadzimehmedovic, Daniel Kazhdan, Danielle Pfifferling, Nathaniel Cook, and John Pierce (Tensegrity Law Group LLP) for Plaintiff/Counterclaim Defendant Scale Biosciences, Inc. ("ScaleBio") |
| | Kate Saxton (Wilmer Cutler Pickering Hale and Dorr LLP) for Plaintiff Roche Sequencing Solutions, Inc. ("Roche") |
| | Chandrika Vira, Brady Gleason, and Ryan Kaiser for Defendant/Counterclaim Plaintiff Parse Biosciences, Inc. ("Parse") |

The disputes requiring judicial attention are listed below:

Whether Parse must comply with ScaleBio's request for discovery pertaining to Parse's recent acquisition by Qiagen.

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

RLF1 34553093v.1

The Honorable Christopher J. Burke
January 13, 2026
Page 2

Respectfully,

*/s/ Kelly E. Farnan*

Kelly E. Farnan (#4395)

cc: All Counsel of Record (Via CM/ECF)

RLF1 34553093v.1