## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC.,<br><br>and<br><br>ROCHE SEQUENCING SOLUTIONS, INC.,<br><br>    Plaintiffs,<br>v.<br><br>PARSE BIOSCIENCES, INC.,<br><br>    Defendant.<br><br>PARSE BIOSCIENCES, INC.,<br><br>and<br><br>UNIVERSITY OF WASHINGTON,<br><br>    Counterclaim Plaintiffs,<br>v.<br><br>SCALE BIOSCIENCES, INC.,<br><br>    Counterclaim Defendant. | Civil Action No. 22-1597-CJB |

**MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE**

Scale Biosciences, Inc. ("ScaleBio") respectfully moves this Court to schedule a teleconference to address an outstanding dispute regarding discovery matters. *See* D.I. 512.

The parties will provide submissions and present their respective positions, consistent with the Court's forthcoming Oral Order Setting Teleconference, during a teleconference on a date and time to be set by the Court, with counsel for ScaleBio to initiate the call.

| | |
|---|---|
| *Of Counsel:*<br>TENSEGRITY LAW GROUP LLP<br><br>Matthew D. Powers<br>Paul T. Ehrlich<br>William P. Nelson<br>Daniel M. Radke<br>555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA 94065<br>Tel: (650) 802-6000<br><br>Azra M. Hadzimehmedovic<br>Aaron M. Nathan<br>Samantha A. Jameson<br>Daniel Kazhdan<br>Danielle C. Pfifferling<br>Nathaniel D. Cook<br>John C. Pierce<br>Richa B. Patel<br>Sidhi Gosain<br>1676 International Drive, Suite 910<br>McLean, VA 22102<br>Tel: (650) 802-6000<br><br>Scale_Parse_Service@tensegritylawgroup.com<br><br>WOLF, GREENFIELD, & SACKS, P.C.<br><br>Stephen S. Rabinowitz<br>605 Third Avenue<br>New York, NY 10158<br>212.697.7890<br><br>Chelsea A. Loughran<br>Stuart V.C. Duncan Smith<br>Arden E. Bonzo<br>600 Atlantic Avenue<br>Boston, MA 02210<br>617.646.8000<br><br>ScaleBiosciencesv.Parse@WolfGreenfield.com<br><br>Dated: January 13, 2026 | RICHARDS, LAYTON & FINGER, P.A.<br><br> /s/ *Kelly E. Farnan*<br>Frederick L. Cottrell III (#2555)<br>Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>920 North King Street<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>Farnan@RLF.com<br>Metzler@rlf.com<br><br>*Attorneys for Plaintiff Scale Biosciences, Inc.* |

RLF1 34553298v.1