**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCALE BIOSCIENCES, INC. and ROCHE SEQUENCING SOLUTIONS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br> *Defendant*, <br><br><br> PARSE BIOSCIENCES, INC. and UNIVERSITY OF WASHINGTON, <br><br> *Counterclaim-Plaintiffs*, <br><br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> *Counterclaim-Defendant*. | C.A. No. 22-1597-CJB |

**STIPULATION TO EXTEND TIME TO FILE
DISCOVERY DISPUTE LETTERS**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for Parse Biosciences, Inc.'s discovery dispute letter in opposition is extended from 5:00 p.m. on January 29, 2026 (D.I. 514) to 8:00 p.m. on January 29, 2026, and the deadline for Scale Biosciences, Inc.'s discovery dispute letter in reply is extended from 5:00 p.m. on February 5, 2026 (*id.*) to 8:00 p.m. on February 5, 2026.

DATED: January 29, 2026

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| /s/ *Kelly E. Farnan* | /s/ *Samantha G. Wilson* |
| Kelly E. Farnan (#4395) | Karen L. Pascale (#2903) |
| Sara M. Metzler (#6509) | Anne Shea Gaza (#4093) |
| One Rodney Square | Robert M. Vrana (#5666) |
| 920 North King Street | Samantha G. Wilson (#5816) |
| Wilmington, DE 19801 | Rodney Square |
| (302) 651-7700 | 1000 North King Street |
| farnan@rlf.com | Wilmington, DE 19801 |
| metzler@rlf.com | (302) 571-6600 |
| *Attorneys for Plaintiff and Counterclaim-Defendant, Scale Biosciences, Inc.* | kpascale@ycst.com |
| | agaza@ycst.com |
| | rvrana@ycst.com |
| | swilson@ycst.com |
| | *Attorneys for Defendant and Counterclaim-Plaintiff Parse Biosciences, Inc.* |

SO ORDERED this _____ day of _____, 2026.

_____
UNITED STATES MAGISTRATE JUDGE