# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC., and ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PARSE BIOSCIENCES, INC. <br><br> Defendant. | Civil Action No. 1:22-CV-01597-CJB <br><br> ██████████████ |
| PARSE BIOSCIENCES, INC., and UNIVERSITY OF WASHINGTON, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> Counterclaim Defendant. | |

**DECLARATION OF DREW D. MOONEY
IN SUPPORT OF SCALEBIO'S REQUEST FOR DISCOVERY
PERTAINING TO PARSE'S RECENT ACQUISITION BY QIAGEN**

I, Drew Mooney, do hereby declare as follows:

1. I am a Senior Managing Director for FTI Consulting, Inc. ("FTI"), a financial consulting firm that provides valuation, financial consulting, forensic accounting, and dispute analysis services. I have consulted with a variety of companies regarding damages issues in litigation as well as various non-litigation financial issues. I have provided valuation, financial, economic, and accounting consulting services, including matters involving valuation claims, to counsel and client companies. This has included analyses of sales, costs, profits, and other related financial information. I have also prepared and analyzed business plans and financial projections for business units and product lines. I have been involved as a financial consultant for more than 20 years and have consulted with numerous publicly traded and closely held companies in a variety of industries. I am a Certified Public Accountant ("CPA") licensed in Texas. I am Accredited in Business Valuation ("ABV") and Certified in Financial Forensics ("CFF") through the American Institute of Certified Public Accountants ("AICPA").

2. I have been retained to conduct analyses and to provide expert testimony, if necessary, regarding injunctive relief and damages in this matter. On October 10, 2024, I issued an expert report (the "Mooney Report") containing my opinions in this matter based on the information available and the analyses I performed through the date of that report regarding injunctive relief factors and damages arising from Parse's alleged infringement of the asserted ScaleBio claims. On November 12, 2024, I issued a rebuttal expert report regarding damages arising from ScaleBio's alleged infringement of the asserted Parse claims (the "Rebuttal Mooney Report"). On December 13, 2024, I issued a reply expert report (the "Reply Mooney Report") regarding Dr. McDuff's rebuttal to my original

1

analyses of the injunctive relief factors and damages owed to ScaleBio in the Mooney Report, assuming infringement of the Asserted ScaleBio Patents by the Defendant. On September 9, 2025, I issued a supplemental expert report (the "Mooney Supplemental Report") to update my analysis and to incorporate recently produced financial information from Parse and ScaleBio.

3. I refer in the Reply Mooney Report to longstanding Federal Court precedent that says the parties at a hypothetical negotiation would be able to consider facts and evidence dated after the hypothetical negotiation. *Sinclair Ref. Co. v. Jenkins Petroleum Process Co.*, 289 U.S. 689, 698 (1933). Specifically, the Supreme Court held that "courts may not neglect" the "book of wisdom" that exists when time has passed between the hypothetical negotiation date and the damages calculation, as "experience is then available to correct uncertain prophecy." *Id*. This "Book of Wisdom" convention was later addressed by the Federal Circuit in *Fromson v. Western Litho Plate and Supply Co.*, in which the Court explained that the hypothetical negotiation methodology "permits and often requires a court to look to events and facts that occurred thereafter and that could not have been known to or predicted by the hypothesized negotiators." 853 F.2d 1568, 1575 (Fed. Cir. 1988). Evidence of Parse's acquisition price and corresponding valuation is relevant to the value of the hypothetical license although it occurred after the date of the hypothetical negotiation. In addition, to fully address the impact of the acquisition price on the reasonable royalty, financial information and other communications between and among management, investors, valuation analysts, bankers, and/or advisers that relate to valuation analyses, conclusions of value, and decisions made by the parties to the Merger Agreement are relevant so that I can fully assess the impact of the acquisition on the reasonable royalty.

███████████████████████████████████████████

4. I have reviewed the Agreement and Plan of Merger among Qiagen North American Holdings, Inc., ███████████ Parse Biosciences, Inc., and ███████ ███████████████ dated as of October 19, 2025 (the "Merger Agreement"), produced as PARSE0829223-PARSE0829357, and corresponding Schedules, produced as PARSE0829358–PARSE0829836.

5. The Merger Agreement states that ███████ consideration to be paid ███████████████ in respect of the Merger will be (a) $225,000,000 (the "Enterprise Value").[1] Enterprise Value represents a company's total value and includes the value of the company's equity and debt, less cash.[2] The Merger Agreement, while referencing the aggregate Enterprise Value of $225,000,000, does not ███████████████████ ████████████████████████████████████████.

6. Enterprise Value is different than a company's net asset value, also referred to as net worth. Net asset value, or net worth, uses balance sheet values, which are recorded at historical cost.[3] Balance sheets thus may not reflect the current market value. Enterprise Value "incorporates updated market perceptions of value."[4] Enterprise Value "also indirectly captures the value of a company's intangible assets, like brand strength and intellectual property, which are often not fully captured or excluded from the balance

---

[1] PARSE0829223-PARSE0829357 at PARSE0829257.
[2] https://imaa-institute.org/blog/enterprise-value-vs-equity-value-in-ma-deals-what-you-need-to-know/; https://www.netsuite.com/portal/resource/articles/financial-management/enterprise-value.shtml#:~:text=As%20its%20name%20implies%2C%20enterprise,debt%2C%20or%20debt%20minus%20cash).
[3] https://www.netsuite.com/portal/resource/articles/financial-management/enterprise-value.shtml#:~:text=As%20its%20name%20implies%2C%20enterprise,debt%2C%20or%20debt%20minus%20cash).
[4] https://www.netsuite.com/portal/resource/articles/financial-management/enterprise-value.shtml#:~:text=As%20its%20name%20implies%2C%20enterprise,debt%2C%20or%20debt%20minus%20cash).

sheet."[5]  "These factors can play a big role in a company's ability to generate profits."[6]  In addition, Enterprise Value "works by including market-based expectations, such as investors' outlook of the company's future earnings potential, and market dynamics, such as sector trajectory and competitive landscape, none of which are considered in historical financial statements."[7]

7. The updated market perceptions of value used in calculating Enterprise Value, such as investors' outlook of the company's future earnings potential, rely on "prospective financial information (for example, budgets, forecasts, and projections)."[8]  In my experience, these types of prospective financial information are routinely prepared and/or analyzed by management, investors, valuation analysts, bankers, and/or advisers who use this type of information to inform valuation analyses.  Other types of documents commonly prepared in support of a merger or acquisition include business cases, market assessments, and purchase price allocations.  This type of information is highly relevant to determining 1) the value of a company's own intangible assets, including its intellectual property and 2) anticipated future liabilities, including liabilities that could arise from ongoing litigation, such as royalty payments for infringement of intellectual properties.  A purchase price allocation, for example, "is a practice in which an acquirer allocates the

---

[5] https://www.netsuite.com/portal/resource/articles/financial-management/enterprise-value.shtml#:~:text=As%20its%20name%20implies%2C%20enterprise,debt%2C%20or%20debt%20minus%20cash).

[6] https://www.netsuite.com/portal/resource/articles/financial-management/enterprise-value.shtml#:~:text=As%20its%20name%20implies%2C%20enterprise,debt%2C%20or%20debt%20minus%20cash).

[7] https://www.netsuite.com/portal/resource/articles/financial-management/enterprise-value.shtml#:~:text=As%20its%20name%20implies%2C%20enterprise,debt%2C%20or%20debt%20minus%20cash).

[8] Statements on Standards for Valuation Services No. 1, American Institute of Certified Public Accountants, 2015, p. 10 (available at https://www.aicpa-cima.com/resources/download/statement-on-standards-for-valuation-services-vs-section-100).

purchase price into the assets and liabilities of the target company acquired in the transaction."[9] Accounting standards require performing a purchase price allocation in mergers and acquisitions.[10] As part of a purchase price allocation, identifiable assets, those assets "with a certain value at a given point in time and whose benefits can be recognized and reasonably quantified," are determined.[11] Qiagen specifically references Parse's accused Evercode line of products in the press release announcing its acquisition of Parse.[12] Evercode is the only line of products referenced in Qiagen's press release. The purchase price allocation containing valuation information for specific identifiable assets related to Evercode is relevant information. I have in fact used such acquisition-related evidence, including the types of information discussed herein, in other litigations as part of my reasonable royalty analysis.

8.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 22, 2026 at Dallas, Texas.

_____
DREW D. MOONEY

---

[9] https://corporatefinanceinstitute.com/resources/valuation/purchase-price-allocation/.
[10] https://corporatefinanceinstitute.com/resources/valuation/purchase-price-allocation/.
[11] https://corporatefinanceinstitute.com/resources/valuation/purchase-price-allocation/.
[12] https://corporate.qiagen.com/English/newsroom/press-releases/press-release-details/2025/QIAGEN-to-acquire-Parse-Biosciences-expanding-its-Sample-technologies-portfolio-into-highly-scalable-single-cell-solutions/default.aspx.

5