# EXHIBIT 11

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCALE BIOSCIENCES, INC.,<br><br>            and<br><br>ROCHE SEQUENCING SOLUTIONS, INC.,<br><br>            Plaintiffs,<br>v.<br><br>PARSE BIOSCIENCES, INC.<br><br>            Defendant. | Civil Action No.  1:22-CV-01597-CJB<br><br>████████████████████ |
| PARSE BIOSCIENCES, INC.,<br><br>            and<br><br>UNIVERSITY OF WASHINGTON,<br><br>            Counterclaim Plaintiffs,<br>v.<br><br>SCALE BIOSCIENCES, INC.,<br><br>            Counterclaim Defendant. | |

**DECLARATION OF AZRA M. HADZIMEHMEDOVIC**
**IN SUPPORT OF SCALEBIO'S REPLY LETTER BRIEF REGARDING**
**SCALEBIO'S REQUEST FOR DISCOVERY**
**PERTAINING TO PARSE'S RECENT ACQUISITION BY QIAGEN**

███████████████████████████████████████

.    I, Azra M. Hadzimehmedovic, do hereby declare as follows:

1.    I am an attorney at law duly licensed to practice before the courts of the States of Virginia and California and the District of Columbia. I am admitted *pro hac vice* in this action, and I am a Co-Managing Partner at Tensegrity Law Group, LLP, which is counsel for the Plaintiff and Counterclaim-Defendant Scale Biosciences, Inc. in this matter. I submit this declaration in support of Scale Biosciences, Inc.'s Reply Letter Brief Regarding ScaleBio's Request for Discovery Pertaining to Parse's Recent Acquisition by Qiagen.

2.    I searched the repository of parties' productions in this case. I selected only documents produced by Parse, which total ███ documents, and we exported the metadata of the search results, including file names and file sizes, into an Excel file. I used a SUM formula in Excel to generate the total file size for all the files Parse produced. I then converted the total file size into ████████ and determined that the total is ████, which is then the size of Parse's production in this case.

3.    Parse's declarant, Dr. Rosenberg, stated: "As part of the due-diligence process, ████████████████████████████████████████ ████." Ex. G, ¶5. Dr. Rosenberg also stated he was informed the cost of production would exceed ██████. Ex. G, ¶7. Assuming this estimate covers only the ████ of data and page count Dr. Rosenberg identified (the sole actual metrics Dr. Rosenberg provided), the estimated cost of production per ██ is approximately ████████. Extrapolating this cost, Parse's prior productions, totaling ████████, would have cost over ██████████. This cost would be even higher because Parse would have collected more data than it ultimately produced.

2



4.      As previously noted, Parse's declarant, Dr. Rosenberg, stated: "As part of the due-diligence process, ███████████████████████████████████████ ███████████████████ Ex. G, ¶5. I contacted Emily Font, Director of Business Development at Complete Discovery Source (CDS), ScaleBio's document production service provider in this case. I asked Ms. Font for an estimate to ingest into the review tool and produce ████████, representing █████ of data. This estimate assumes all data is produced and does not account for attorney review. Ms. Font confirmed that under ScaleBio's current agreement with CDS, the cost of ingestion, hosting, and production would be ███████████████████ for hosting with DISCO platform, which ScaleBio uses for this case.  Ms. Font also provided an estimate for ingestion, hosting and production on a Relativity platform, which is also a common platform, and the total is ████████ ████████████████████.  My correspondence with Ms. Font is Attachment A to my declaration.

5.      I searched the repository of parties' productions in this case. I confirmed that the earliest email Parse produced is dated ████████████, and the latest email is dated ████████. This period spans approximately ██████████████████.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

          Executed on February 5, 2026.


                                        _Azra Hadzimehmedovic_
                                        Azra M. Hadzimehmedovic

# ATTACHMENT A

**From:** **Emily G. Font** efont@cdslegal.com  
**Subject:** RE: ScaleBio/Parse: CDS DISCO Estimate
**Date:** February 4, 2026 at 12:37 PM
**To:** Azra Hadzimehmedovic azra@tensegritylawgroup.com, John Pierce john.pierce@tensegritylawgroup.com

Hello Azra,

Below is an estimate to ingest, host, and produce ███████ in the **DISCO platform**.

**Emily G. Font**
Director of Business Development





**Complete Discovery Source, Inc.**
250 Park Ave., 18th Floor
New York, NY 10177
United States
e: efont@cdslegal.com
m: (617) 596-4664

**www.cdslegal.com**

IMPORTANT NOTICE: Complete Discovery Source, Inc. is not a law firm and does not provide legal representation or advice to its clients. The transmission, receipt and/or display of this communication do not create, constitute or establish an attorney-client relationship with Complete Discovery Source, Inc. or any of the attorneys Complete Discovery Source, Inc. employs. We urge you to obtain legal representation in your particular jurisdiction before taking any actions which may have legal consequences. This communication is ▮▮▮▮▮ and intended solely for the named recipient. Nothing in this communication may be interpreted as a digital or electronic signature that can be used to authenticate a contract or other legal document.

---

**From:** Azra Hadzimehmedovic <azra@tensegritylawgroup.com>
**Sent:** Wednesday, February 4, 2026 11:37 AM
**To:** Emily G. Font <efont@cdslegal.com>; John Pierce <john.pierce@tensegritylawgroup.com>
**Subject:** ScaleBio/Parse: CDS DISCO Estimate

[EXTERNAL]

Dear Emily, we are working on a reply brief in our ScaleBio v. Parse case (Civil Action No. 1:22-cv-01597-CJB) and we would appreciate it if you could provide us with the following information.  If we assume that we have about ▮▮▮▮▮▮ pages of information, occupying approximately ▮▮ ▮▮ of data, how much would it cost under ScaleBio's contract for this litigation to ingest that volume and then produce every single page (the entire volume)?

Thank you.

Best, Azra

**AZRA HADZIMEHMEDOVIC**





**TENSEGRITY LAW GROUP LLP**
1676 International Dr., Suite 910
McLean, VA 22102
703-940-5031 (direct)
202-321-3879 (mobile)