

Kelly E. Farnan
(302) 651-7705
farnan@rlf.com

March 30, 2026

**BY CM/ECF**
The Honorable Christopher J. Burke
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re:  *Scale Biosciences, Inc. & Roche Sequencing Solutions, Inc. v. Parse Biosciences, Inc.*,
        **C.A. No. 22-1597-CJB**

Dear Judge Burke:

      Pursuant to the Court's March 23, 2026 Order (D.I. 524), requiring the parties to "meet and confer and submit a joint letter providing the Court with a list of all of the one-week periods from June 2026 through August 2026 in which they are jointly available to try the case as to any then-remaining claims and defenses," Scale Biosciences, Inc. and Roche Sequencing Solutions, Inc. (Plaintiffs) and Parse Biosciences, Inc. (Defendant) exchanged their respective availabilities. Both sides are available for trial the week of August 24 through August 28, 2026.

                  Respectfully,

                  */s/ Kelly E. Farnan*

                  Kelly E. Farnan (#4395)

cc: All Counsel of Record (Via CM/ECF)