# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

SCALE BIOSCIENCES, INC.,

and

ROCHE SEQUENCING SOLUTIONS, INC.,

Plaintiffs,

v.

PARSE BIOSCIENCES, INC.,

Defendant.

PARSE BIOSCIENCES, INC.,

and

UNIVERSITY OF WASHINGTON,

Counterclaim Plaintiffs,

v.

SCALE BIOSCIENCES, INC.,

Counterclaim Defendant.

C.A. No.  22-1597-CJB

**JURY TRIAL DEMANDED**

## SCALE BIOSCIENCES, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY

Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Danielle I. Bell (#7367)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
metzler@rlf.com
bell@rlf.com

*Attorneys for Plaintiff Scale Biosciences, Inc.*

Dated:  April 22, 2026

RLF1 35719616v.1

Presently pending before the Court is a motion for reargument brought by Scale Biosciences, Inc. and Roche Sequencing Solutions, Inc. ("Plaintiffs") regarding the Court's summary judgment decision that the asserted claims of US Patent No. 11,634,752 lack written description support and are not enabled. D.I. 473 (seeking reconsideration of D.I. 466). In its motion, Plaintiffs respectfully submitted that the Court's decision was based on a new claim construction that the Court adopted without briefing, and Plaintiffs asked the Court to either reconsider the construction or to deny summary judgment because there were genuine issues of material fact concerning the validity of the claims under the new construction. *Id.* at 3–4. Plaintiffs respectfully bring to the Court's attention last week's decision by the United States Court of Appeals for the Federal Circuit in *Teva Pharmaceuticals International GmbH v. Lilly*, No. 2024-1094, --- F.4th ----, 2026 WL 1025802 (Fed. Cir. Apr. 16, 2026) (Ex. A) as relevant to why the Court ought to reconsider its prior decision and deny Parse's motion for summary judgment.

At issue in *Teva* was a claim to treating headaches using a broad genus of humanized anti-CGRP antagonist antibodies. Ex. A at *1. The district court granted JMOL of invalidity for lack of (a) written description and (b) enablement because the genus of these antagonists was large and insufficiently described and enabled. On appeal, the Federal Circuit reversed both rulings. In terms of written description, the Federal Circuit explained that there is a fundamental distinction between claims to a novel genus and claims to a "*combination*" that involves a genus. Ex A at *5 (quoting *In re Fuetterer*, 319 F.2d 259, 265 (CCPA 1963) (plurality op.)). There is "nothing in patent law which requires" an inventor of a combination claim "to discover which" elements in a genus "will function properly in his combination." *Id.* (quoting *Fuetterer*, 319 F.2d at 265). As to enablement, the *Teva* court distinguished the claims of *Amgen Inc. v. Sanofi*, 598 U.S. 594 (2023), and *Baxalta Inc. v. Genentech, Inc.*, 81 F.4th 1362 (Fed. Cir. 2023)—the same two cases on which this Court

1

2

relied to find non-enablement of the claims of the 752 Patent. *See* D.I. 466 at 28. "[U]nlike the claims in *Amgen* and *Baxalta*," the claims at issue in *Teva* "do not claim humanized anti-CGRP antagonist antibodies *themselves*; instead, they claim only the use of such antibodies for the different, limited purpose of treating headache." Ex. A at *10. "In light of the well-known status of anti-CGRP antagonist antibodies and the routine nature of humanization," the specification was not required to enable each member of the genus of anti-CGRP antagonists. *Id.*

*Of Counsel:*
TENSEGRITY LAW GROUP LLP

Matthew D. Powers
Paul T. Ehrlich
William P. Nelson
Daniel M. Radke
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Tel: (650) 802-6000

Azra M. Hadzimehmedovic
Aaron M. Nathan
Samantha A. Jameson
Daniel Kazhdan
Danielle C. Pfifferling
Nathaniel D. Cook
John C. Pierce
Richa B. Patel
Sidhi Gosain
1676 International Drive, Suite 910
McLean, VA 22102
Tel: (650) 802-6000
Scale_Parse_Service@tensegritylawgroup.com

/s/ Kelly E. Farnan
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Danielle I. Bell (#7367)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
farnan@RLF.com
metzler@rlf.com
bell@rlf.com

*Attorneys for Plaintiff Scale Biosciences, Inc.*

RLF1 35719616v.1

WOLF, GREENFIELD, & SACKS, P.C.

Stephen S. Rabinowitz
605 Third Avenue
New York, NY 10158
212.697.7890

Chelsea A. Loughran
Stuart V.C. Duncan Smith
Arden E. Bonzo
600 Atlantic Avenue
Boston, MA 02210
617.646.8000
ScaleBiosciencesv.Parse@WolfGreenfield.com


Dated: April 22, 2026

3