**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCALE BIOSCIENCES, INC. and ROCHE SEQUENCING SOLUTIONS, INC., *Plaintiffs*, v. PARSE BIOSCIENCES, INC., *Defendant*, | C.A. No. 22-1597-CJB  |
| PARSE BIOSCIENCES, INC. and UNIVERSITY OF WASHINGTON, *Counterclaim-Plaintiffs*, v. SCALE BIOSCIENCES, INC., *Counterclaim-Defendant*. | REDACTED - PUBLIC VERSION Filed April 23, 2026 |

**DECLARATION OF ALEX ROSENBERG, PH.D. IN SUPPORT OF
PARSE BIOSCIENCES, INC.'S UNOPPOSED MOTION TO SEAL AND REDACT
LIMITED PORTIONS OF THE APRIL 13, 2026 MEMORANDUM ORDER (D.I. 529)**

I, Alex Rosenberg, Ph.D., declare as follows:

1. I am the Head of Single Cell Genomics Business and co-founder of Parse Biosciences, Inc. ("Parse"). I was the Chief Executive Officer of Parse from its founding until December 2, 2025.

2. I make this Declaration in support of Parse's Unopposed Motion to Seal and Redact Limited Portions of the April 13, 2026 Memorandum Order (D.I. 529) ("Motion to Seal").

3. I have personal knowledge of the facts contained in this Declaration and, if called upon to do so, I could and would testify competently to the matters set forth herein.

4. I have reviewed the proposed redacted version of the Court's April 13, 2026 Memorandum Order attached as Exhibit A to the Motion to Seal.

1

5. The proposed redaction on pages 1 and 2 of the Memorandum Order (D.I. 529) identify and describe terms of a confidential merger agreement between Parse and QIAGEN North American Holdings, Inc. ("QIAGEN") concerning QIAGEN's acquisition of Parse (the "Merger Agreement"). The Merger Agreement at issue states that its terms are confidential and must be kept confidential.

6. Section 5.2 of the Merger Agreement governs ▮▮▮▮▮▮ and states that:



7. Section 5.3 of the Merger Agreement governs ▮▮▮ and states that: ▮▮▮

8. The Exhibits attached to the Merger Agreement contain a number of agreements, all of which recite a "Confidentiality" clause, ▮▮▮▮▮▮

9. The proposed redactions identify and describe terms relating to ████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████ The manner in which Parse evaluates, considers, and addresses ██████████████

████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████, is confidential

and Parse considers this information to be business-sensitive.

10. If made public, the material proposed for redaction identified above and in the Motion to Seal would harm Parse at least in its ability to negotiate future agreements to acquire, or be acquired by, competitors and other companies. Disclosure of the material proposed for redaction would harm Parse because third parties with this information, including the details about specific terms of the Merger Agreement, may seek to use it to gain a commercial and competitive advantage. At minimum, disclosure of the material proposed for redaction would harm Parse by creating a disadvantageous asymmetry of information in future dealings.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed in Seattle, Washington this 16th day of April, 2026.


_____
Alex Rosenberg, Ph.D.

3

# CERTIFICATE OF SERVICE

I, Samantha G. Wilson, Esquire, hereby certify that on April 20, 2026, I caused to be

electronically filed a true and correct copy of the foregoing sealed document with the Clerk of

the Court using CM/ECF, and in addition caused true and correct copies of the foregoing sealed

document to be served upon the following counsel of record by electronic mail:

---

***Attorneys for Plaintiff and Counterclaim Defendant, Scale Biosciences, Inc.,
and Plaintiff, Roche Sequencing Solutions, Inc.:***

Frederick L. Cottrell III ................................................................ cottrell@rlf.com
Kelly E. Farnan ........................................................................ farnan@rlf.com
Sara M. Metzler........................................................................metzler@rlf.com
Danielle I. Bell ............................................................................bell@rlf.com
**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801

***Attorneys for Plaintiff and Counterclaim Defendant, Scale Biosciences, Inc.:***

**WOLF, GREENFIELD & SACKS, P.C.     wgs-scalebiosciencesv.parse@wolfgreenfield.com**

Stephen S. Rabinowitz ...................................... srabinowitz@wolfgreenfield.com
605 Third Avenue
New York, NY 10158

Chelsea A. Loughran ............................................cloughran@wolfgreenfield.com
Stuart V. C. Duncan Smith .............................sduncansmith@wolfgreenfield.com
Arden Bonzo ................................................... arden.bonzo@wolfgreenfield.com
600 Atlantic Avenue
Boston, MA 02210

**TENSEGRITY LAW GROUP LLP           Scale_Parse_Service@tensegritylawgroup.com**

Matthew D. Powers.............................. matthew.powers@tensegritylawgroup.com
Paul T. Ehrlich............................................ paul.ehrlich@tensegritylawgroup.com
William P. Nelson .................................william.nelson@tensegritylawgroup.com
Daniel M. Radke .......................................daniel.radke@tensegritylawgroup.com
555 Twin Dolphin Drive
Suite 650
Redwood Shores, CA 94065

*(Continued . . . .)*

Azra M. Hadzimehmedovic ....................................azra@tensegritylawgroup.com
Aaron M. Nathan.......................................aaron.nathan@tensegritylawgroup.com
Samantha A. Jameson ........................samantha.jameson@tensegritylawgroup.com
Daniel Kazhdan ....................................... daniel.kazhdan@tensegritylawgroup.com
Danielle C. Pfifferling...................... danielle.pfifferling@tensegritylawgroup.com
Nathaniel D. Cook...................................nathaniel.cook@tensegritylawgroup.com
John C. Pierce................................................john.pierce@tensegritylawgroup.com
Richa Patel.......................................................richa.patel@tensegritylawgroup.com
Sidhi Gosain .............................................. sidhi.gosain@tensegritylawgroup.com
1676 International Drive
Suite 910
McLean, VA 22102

**Attorneys for Plaintiff, Roche Sequencing Solutions, Inc.:**

**WILMERHALE**                    **WHRSS-ScaleLit@wilmerhale.com**

Robert J. Gunther ............................................... Robert.Gunther@wilmerhale.com
Barish Ozdamar Ph.D........................................ Barish.Ozdamar@wilmerhale.com
Christopher R. Noyes ................................... Christopher.Noyes@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Madeleine C. Laupheimer...................... Madeleine.Laupheimer@wilmerhale.com
Kate Saxton ............................................................Kate.Saxton@wilmerhale.com
60 State Street
Boston, MA 02109

April 20, 2026                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                                 */s/ Samantha G. Wilson*
                                 Karen L. Pascale (#2903) [kpascale@ycst.com]
                                 Anne Shea Gaza (#4093) [agaza@ycst.com]
                                 Robert M. Vrana (#5666) [rvrana@ycst.com]
                                 Samantha G. Wilson (No. 5816) [swilson@ycst.com]
                                 Rodney Square
                                 1000 North King Street
                                 Wilmington, DE  19801
                                 Telephone: (302) 571-6600

                                 *Attorneys for Parse Biosciences, Inc.*

2