**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| SCALE BIOSCIENCES, INC. and ROCHE SEQUENCING SOLUTIONS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br> *Defendant*. | C.A. No. 22-1597-CJB |
| PARSE BIOSCIENCES, INC. and UNIVERSITY OF WASHINGTON, <br><br> *Counterclaim-Plaintiffs*, <br><br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> *Counterclaim-Defendant*. | |

**PARSE BIOSCIENCES, INC.'S RESPONSE TO
SCALE BIOSCIENCES, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Parse Biosciences, Inc. responds to Scale Biosciences, Inc.'s Notice of Supplemental Authority (D.I. 534) regarding *Teva Pharms. Int'l GmbH v. Lilly*, No. 2024-1094, 2026 WL 1025802, at *6 (Fed. Cir. Apr. 16, 2026). D.I. 534-1 ("Ex. A"). This decision does not reflect a change in the law relevant to the Court's October 8, 2025 decision invalidating the asserted claims of U.S. Patent No. 11,634,752 for lack written description and enablement (D.I. 466), nor to Scale's motion for reargument regarding that decision (D.I. 473).

*Teva* aligns with a long line of cases analyzing written description and enablement in "circumstances … where a claim pertains to a well-known genus that is not, itself, the invention." Ex. A at *4. The "well-known genus" at issue in *Teva* was humanized anti-CGRP antagonist antibodies, and the Federal Circuit held that a reasonable jury could have found these "antibodies and methods of making [and humanizing] them [was] well known" and "routine,"

and "the specification [taught] that all humanized anti-CGRP antagonist antibodies treat headache." *Id.* at *6. In addition, the claimed invention used these well-known antibodies for "something different from the function that characterizes [them]," *i.e.*, the "limited purpose of treating headache[s]." *Id.* at *8, *10. The Federal Circuit therefore distinguished *Teva*'s claims from those invalidated in cases like *Ariad Pharms., Inc. v. Eli Lilly & Co.*, 598 F.3d 1336 (Fed. Cir. 2010), where claims required "doing X" and "'encompassed the use of all substances' that did X." *See id.* at *8. *See, e.g.,* D.I. 466 at 17–20, 27–28 (finding the claimed UBAs require labeling target molecules and encompass any "antibodies and aptamers that are capable of performing the requisite functionality").

*Teva* distinguished *Amgen Inc. v. Sanofi*, 598 U.S. 594 (2023), and *Baxalta Inc. v. Genentech, Inc.*, 81 F.4th 1362 (Fed. Cir. 2023), based on similar reasons and the resulting absence of "painstaking" "trial and error" research assignments that amounted to undue experimentation in those cases. The Federal Circuit held, "[i]n light of the well-known status of anti-CGRP antagonist antibodies and the routine nature of humanization, the more relevant 'research assignment' in [*Teva*] would have been determining which humanized anti-CGRP antagonist antibodies *treat headache*. That assignment was completed; the specification disclosed that all such antibodies work for that purpose … thereby obviating any extensive screening to determine which ones do." Ex. A at *10 (emphasis in original and internal citation omitted). Ultimately, there has been no change in the law, the legal principles underpinning *Teva* were before this Court when it rendered its decision last year, and the reasons why the patent in *Teva* was not invalidated does not support Scale's motion for reargument. More specifically, unlike in *Teva*, this Court invalidated the '752 patent after finding that the asserted claims covered "a vast number of antibodies and aptamers for targeting a vast number of target

molecules, but that the patent's disclosure [did] not indicate how to determine or predict the full

scope of which antibodies and aptamers will bind to which targets." D.I. 466 at 27.


Dated: April 24, 2026

*Of Counsel*:
Byron L. Pickard
R. Wilson Powers III, Ph.D.
Chandrika Vira
Anna G. Phillips
Christopher M. Gallo, Ph.D.
Brady P. Gleason
**STERNE, KESSLER, GOLDSTEIN &**
  **FOX, P.L.L.C**
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600
bpickard@sternekessler.com
tpowers@sternekessler.com
cvira@sternekessler.com
aphillips@sternekessler.com
cgallo@sternekessler.com
blgeason@sternekessler.com

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Samantha G. Wilson*
Karen L. Pascale (No. 2903)
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com


*Attorneys for Defendant/Counterclaim-Plaintiff*
*Parse Biosciences, Inc.*

3

## CERTIFICATE OF SERVICE

I, Samantha G. Wilson, Esquire, hereby certify that on April 24, 2026, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by electronic mail:

---

***Attorneys for Plaintiff and Counterclaim Defendant, Scale Biosciences, Inc.,
and Plaintiff, Roche Sequencing Solutions, Inc.:***

Frederick L. Cottrell III ................................................................... cottrell@rlf.com
Kelly E. Farnan ............................................................................... farnan@rlf.com
Sara M. Metzler............................................................................metzler@rlf.com
Danielle I. Bell ....................................................................................bell@rlf.com
**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801

***Attorneys for Plaintiff and Counterclaim Defendant, Scale Biosciences, Inc.:***

**WOLF, GREENFIELD & SACKS, P.C.**    **wgs-scalebiosciencesv.parse@wolfgreenfield.com**

Stephen S. Rabinowitz ....................................... srabinowitz@wolfgreenfield.com
605 Third Avenue
New York, NY 10158

Chelsea A. Loughran .............................................cloughran@wolfgreenfield.com
Stuart V. C. Duncan Smith .............................sduncansmith@wolfgreenfield.com
Arden Bonzo ..................................................... arden.bonzo@wolfgreenfield.com
600 Atlantic Avenue
Boston, MA 02210

**TENSEGRITY LAW GROUP LLP**           **Scale_Parse_Service@tensegritylawgroup.com**

Matthew D. Powers.............................. matthew.powers@tensegritylawgroup.com
Paul T. Ehrlich............................................. paul.ehrlich@tensegritylawgroup.com
William P. Nelson ...................................william.nelson@tensegritylawgroup.com
Daniel M. Radke .......................................daniel.radke@tensegritylawgroup.com
555 Twin Dolphin Drive
Suite 650
Redwood Shores, CA 94065

*(Continued . . . .)*

Azra M. Hadzimehmedovic ....................................azra@tensegritylawgroup.com
Aaron M. Nathan......................................aaron.nathan@tensegritylawgroup.com
Samantha A. Jameson ......................samantha.jameson@tensegritylawgroup.com
Daniel Kazhdan .................................... daniel.kazhdan@tensegritylawgroup.com
Danielle C. Pfifferling..................... danielle.pfifferling@tensegritylawgroup.com
Nathaniel D. Cook..................................nathaniel.cook@tensegritylawgroup.com
John C. Pierce...............................................john.pierce@tensegritylawgroup.com
Richa Patel....................................................richa.patel@tensegritylawgroup.com
Sidhi Gosain .............................................. sidhi.gosain@tensegritylawgroup.com
1676 International Drive
Suite 910
McLean, VA 22102

*Attorneys for Plaintiff, Roche Sequencing Solutions, Inc.:*

**WILMERHALE**                                    **WHRSS-ScaleLit@wilmerhale.com**

Robert J. Gunther ............................................... Robert.Gunther@wilmerhale.com
Barish Ozdamar Ph.D........................................ Barish.Ozdamar@wilmerhale.com
Christopher R. Noyes .................................... Christopher.Noyes@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Madeleine C. Laupheimer ...................... Madeleine.Laupheimer@wilmerhale.com
Kate Saxton .............................................................Kate.Saxton@wilmerhale.com
60 State Street
Boston, MA 02109

April 24, 2026                                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Samantha G. Wilson*
Karen L. Pascale (#2903) [kpascale@ycst.com]
Anne Shea Gaza (#4093) [agaza@ycst.com]
Robert M. Vrana (#5666) [rvrana@ycst.com]
Samantha G. Wilson (No. 5816) [swilson@ycst.com]
Rodney Square
1000 North King Street
Wilmington, DE  19801
Telephone: (302) 571-6600

*Attorneys for Defendant/Counterclaim-Plaintiff
Parse Biosciences, Inc. and Counterclaim-Plaintiff
University of Washington*