## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC.,<br><br>and<br><br>ROCHE SEQUENCING SOLUTIONS, INC.,<br><br>       Plaintiffs,<br>v.<br><br>PARSE BIOSCIENCES, INC.,<br><br>       Defendant. | Civil Action No.  1:22-CV-01597-CJB<br><br>**JURY TRIAL DEMANDED** |
| PARSE BIOSCIENCES, INC.,<br><br>       and<br><br>UNIVERSITY OF WASHINGTON,<br><br>       Counterclaim Plaintiffs,<br>v.<br><br>SCALE BIOSCIENCES, INC.,<br><br>       Counterclaim Defendant. | |

## REQUEST FOR ORAL ARGUMENT

Plaintiffs Scale Biosciences, Inc. and Roche Sequencing Solutions, Inc. respectfully request oral argument on two pending motions:

(1) Plaintiffs' Motion for Reargument, requesting that the Court reconsider and vacate the Memorandum Opinion (D.I. 466) granting summary judgment to Parse on validity of the 752 Patent (D.I. 473, D.I. 534); and

(2) Parse's Motion for Summary Judgment of Non-Infringement of the 442 and 256 Patents (D.I. 318).

2

The Court scheduled these motions for oral argument on October 20-22, 2025, but did not reach them. D.I. 475. The Court heard argument on the other summary judgment motions during those hearings and resolved all but one of the motions argued (Parse's Motion for Summary Judgment that the asserted claims are invalid under § 112 for failing to claim essential features, D.I. 316). Because the Court has not yet heard argument on the above two pending motions, Plaintiffs respectfully request that oral argument be scheduled at the Court's convenience.

<table>
<tr><td>

*Of Counsel:*
WOLF, GREENFIELD, & SACKS, P.C.

Stephen S. Rabinowitz
605 Third Avenue
New York, NY 10158
212.697.7890

Chelsea A. Loughran
Stuart V.C. Duncan Smith
Arden E. Bonzo
600 Atlantic Avenue
Boston, MA 02210
617.646.8000

TENSEGRITY LAW GROUP LLP

Matthew D. Powers
Paul T. Ehrlich
William P. Nelson
Daniel M. Radke
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Tel: (650) 802-6000

</td><td>

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Kelly E. Farnan*
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
920 North King Street
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
farnan@RLF.com
metzler@rlf.com

*Attorneys for Plaintiff Scale Biosciences, Inc.*

</td></tr>
</table>

Azra M. Hadzimehmedovic
Aaron M. Nathan
Samantha A. Jameson
Daniel Kazhdan
Danielle C. Pfifferling
Nathaniel D. Cook
John C. Pierce
Richa B. Patel
1676 International Drive, Suite 910
McLean, VA 22102
(650) 802-6000

Scale_Parse_Service@tensegritylawgroup.com

Dated: May 15, 2026

2