## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SCALE BIOSCIENCES, INC.,<br><br>and<br><br>ROCHE SEQUENCING SOLUTIONS, INC.,<br><br>Plaintiffs,<br>v.<br><br>PARSE BIOSCIENCES, INC.,<br><br>Defendant. | Civil Action No. 1:22-CV-01597-CJB<br><br>**JURY TRIAL DEMANDED** |
| PARSE BIOSCIENCES, INC.,<br><br>and<br><br>UNIVERSITY OF WASHINGTON,<br><br>Counterclaim Plaintiffs,<br>v.<br><br>SCALE BIOSCIENCES, INC.,<br><br>Counterclaim Defendant. |  |

## <u>NOTICE OF WITHDRAWAL</u>

Pursuant to Local Civil Rule 83.7, please take notice that Richa B. Patel is withdrawing as counsel of record for Plaintiff Scale Biosciences, Inc., in the above-captioned matter. As of June 1, 2026, Ms. Patel is no longer associated with the firm of Tensegrity Law Group LLP. Tensegrity Law Group LLP, Wolf, Greenfield, & Sacks, P.C., and Richards, Layton & Finger, P.A. will continue to represent Plaintiff Scale Biosciences, Inc.

1

*Of Counsel:*

TENSEGRITY LAW GROUP LLP

Matthew D. Powers
Paul T. Ehrlich
William P. Nelson
Daniel M. Radke
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Tel: (650) 802-6000

Azra M. Hadzimehmedovic
Aaron M. Nathan
Samantha A. Jameson
Daniel Kazhdan
Danielle C. Pfifferling
Nathaniel D. Cook
John C. Pierce
1676 International Drive, Suite 910
McLean, VA 22102
Tel: (650) 802-6000
Scale_Parse_Service@tensegritylawgroup.com

WOLF, GREENFIELD, & SACKS, P.C.

Stephen S. Rabinowitz
605 Third Avenue
New York, NY 10158
212.697.7890

Chelsea A. Loughran
Stuart V.C. Duncan Smith
Arden E. Bonzo
600 Atlantic Avenue
Boston, MA 02210
617.646.8000
ScaleBiosciencesv.Parse@WolfGreenfield.com

Dated: June 2, 2026

*/s/ Sara M. Metzler*
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
Farnan@RLF.com
Metzler@rlf.com

*Attorneys for Plaintiff Scale Biosciences, Inc.*

2