## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC., | ) |
| | ) |
| and | ) |
| | ) |
| ROCHE SEQUENCING SOLUTIONS, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 22-1597-CJB |
| PARSE BIOSCIENCES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| PARSE BIOSCIENCES, INC., | ) |
| | ) |
| and | ) |
| | ) |
| UNIVERSITY OF WASHINGTON, | ) |
| | ) |
| Counterclaim Plaintiffs, | ) |
| v. | ) |
| | ) |
| SCALE BIOSCIENCES, INC., | ) |
| | ) |
| Counterclaim Defendant. | ) |

### NOTICE OF LODGING

PLEASE TAKE NOTICE that on June 25, 2026, Plaintiff Scale Biosciences, Inc. caused to be

lodged with the Court the following demonstrative that was used during the June 24, 2026 Hearing:

      1.      ScaleBio's Motion for Reargument of Parse MSJ #1.

*Of Counsel:*
TENSEGRITY LAW GROUP LLP

Matthew D. Powers
Paul T. Ehrlich
William P. Nelson
Daniel M. Radke
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Tel: (650) 802-6000

Azra M. Hadzimehmedovic
Aaron M. Nathan
Samantha A. Jameson
Daniel Kazhdan
Danielle C. Pfifferling
Nathaniel D. Cook
John C. Pierce
Sidhi Gosain
1676 International Drive, Suite 910
McLean, VA 22102
Tel: (650) 802-6000

Scale_Parse_Service@tensegritylawgroup.com

WOLF, GREENFIELD, & SACKS, P.C.

Stephen S. Rabinowitz
605 Third Avenue
New York, NY 10158
212.697.7890

Chelsea A. Loughran
Stuart V.C. Duncan Smith
Arden E. Bonzo
600 Atlantic Avenue
Boston, MA 02210
617.646.8000

ScaleBiosciencesv.Parse@WolfGreenfield.com


Dated: June 25, 2026

*/s/ Sara M. Metzler*
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
920 North King Street
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
farnan@RLF.com
metzler@rlf.com

*Attorneys for Plaintiffs Scale Biosciences, Inc.*