**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| SCALE BIOSCIENCES, INC. and ROCHE SEQUENCING SOLUTIONS, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PARSE BIOSCIENCES, INC.,<br><br>*Defendant.* | C.A. No. 22-1597-CJB |

**PARSE BIOSCIENCES, INC.'S NOTICE OF DEPOSITION OF GIOVANNA PROUT
PURSUANT TO FED. R. CIV. P. 30(B)(1) AND 30(B)(6)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) and 30(b)(6) of the Federal Rules of Civil Procedure and District of Delaware Local Rule 30.1, Defendant Parse Biosciences, Inc. ("Parse"), by and through its undersigned attorneys, will take the deposition of **Giovanna Prout**. The deposition will commence on Thursday, July 9, 2026 at 10:00 a.m. (Pacific Time), and will be conducted remotely using video teleconferencing service(s) and/or telephony service(s) that provide remote access for authorized parties wishing to participate in the deposition via the Internet and/or telephonically, or it will commence at another mutually-agreeable date, time, and location, or conducted in a different manner (*i.e.*, in-person or remote), as may be agreed upon by counsel or ordered by the Court. The deposition will continue day-to-day until completed.

The remote deposition of Ms. Prout will take place in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Delaware, and will be conducted under oath and before a notary public or other officer authorized by law to administer oaths. The deposition will be recorded by stenographic, sound, video, audiovisual, and/or any other such appropriate means, as well as means for the instant

1

display of testimony on a computer. The arrangements for the deposition will be made by

counsel for Parse, and contact information for the service provider will be provided in advance of

the deposition. Counsel for Plaintiffs are encouraged to contact the service provider in advance

of an audio-video deposition, if held, in order to ensure technology compatibility and to complete

adequate testing in order to avoid delays. You are invited to attend.

Dated:  July 2, 2026

YOUNG CONAWAY STARGATT &
   TAYLOR, LLP

*/s/ Samantha G. Wilson*
Karen L. Pascale (No. 2903)
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Of Counsel*:
Byron L. Pickard
R. Wilson Powers III, Ph.D.
Chandrika Vira
Anna G. Phillips
Christopher M. Gallo, Ph.D.
Brady P. Gleason
Louis P. Panzica, Jr.
David Y. Wang
Paige E. Cloud
STERNE, KESSLER, GOLDSTEIN
   & FOX, P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600
bpickard@sternekessler.com
tpowers@sternekessler.com
cvira@sternekessler.com
aphillips@sternekessler.com
cgallo@sternekessler.com
blgeason@sternekessler.com
lpanzica@sternekessler.com
dwang@sternekessler.com
pcloud@sternekessler.com

***Attorneys for Defendant***
***Parse Biosciences, Inc.***

3

## <u>CERTIFICATE OF SERVICE</u>

I, Samantha G. Wilson, Esquire, hereby certify that on July 2, 2026, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by electronic mail:

*Attorneys for Plaintiff and Counterclaim Defendant, Scale Biosciences, Inc., and Plaintiff, Roche Sequencing Solutions, Inc.:*

Frederick L. Cottrell III ................................................................ cottrell@rlf.com
Kelly E. Farnan ............................................................................ farnan@rlf.com
Sara M. Metzler...........................................................................metzler@rlf.com
**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Attorneys for Plaintiff and Counterclaim Defendant, Scale Biosciences, Inc.:*

**WOLF, GREENFIELD & SACKS, P.C.    wgs-scalebiosciencesv.parse@wolfgreenfield.com**

Stephen S. Rabinowitz ...................................... srabinowitz@wolfgreenfield.com
605 Third Avenue
New York, NY 10158

Chelsea A. Loughran ...........................................cloughran@wolfgreenfield.com
Stuart V. C. Duncan Smith .............................sduncansmith@wolfgreenfield.com
Arden Bonzo .................................................... arden.bonzo@wolfgreenfield.com
600 Atlantic Avenue
Boston, MA 02210

**TENSEGRITY LAW GROUP LLP          Scale_Parse_Service@tensegritylawgroup.com**

Matthew D. Powers .............................. matthew.powers@tensegritylawgroup.com
Paul T. Ehrlich............................................ paul.ehrlich@tensegritylawgroup.com
William P. Nelson ..................................william.nelson@tensegritylawgroup.com
Daniel M. Radke ........................................daniel.radke@tensegritylawgroup.com
555 Twin Dolphin Drive
Suite 650
Redwood Shores, CA 94065

*(Continued . . . .)*

Azra M. Hadzimehmedovic ....................................azra@tensegritylawgroup.com
Aaron M. Nathan.......................................aaron.nathan@tensegritylawgroup.com
Samantha A. Jameson ...................... samantha.jameson@tensegritylawgroup.com
Daniel Kazhdan .................................... daniel.kazhdan@tensegritylawgroup.com
Danielle C. Pfifferling..................... danielle.pfifferling@tensegritylawgroup.com
Nathaniel D. Cook..................................nathaniel.cook@tensegritylawgroup.com
John C. Pierce................................................john.pierce@tensegritylawgroup.com
1676 International Drive
Suite 910
McLean, VA 22102

***Attorneys for Plaintiff, Roche Sequencing Solutions, Inc.:***

**WILMERHALE**                                    **WHRSS-ScaleLit@wilmerhale.com**

Robert J. Gunther .............................................. Robert.Gunther@wilmerhale.com
Barish Ozdamar Ph.D........................................ Barish.Ozdamar@wilmerhale.com
Christopher R. Noyes ................................... Christopher.Noyes@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Madeleine C. Laupheimer...................... Madeleine.Laupheimer@wilmerhale.com
Kate Saxton .............................................................Kate.Saxton@wilmerhale.com
60 State Street
Boston, MA 02109

July 2, 2026                                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Samantha G. Wilson*

Karen L. Pascale (#2903) [kpascale@ycst.com]
Anne Shea Gaza (#4093) [agaza@ycst.com]
Robert M. Vrana (#5666) [rvrana@ycst.com]
Samantha G. Wilson (No. 5816) [swilson@ycst.com]
Rodney Square
1000 North King Street
Wilmington, DE  19801
Telephone: (302) 571-6600

*Attorneys for Defendant Parse Biosciences, Inc.*