## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC., <br><br> and <br><br> ROCHE SEQUENCING SOLUTIONS, INC., <br><br> Plaintiffs, <br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br> Defendant. | Civil Action No. 1:22-CV-01597-CJB <br><br> **JURY TRIAL DEMANDED** |
| PARSE BIOSCIENCES, INC., <br><br> and <br><br> UNIVERSITY OF WASHINGTON, <br><br> Counterclaim Plaintiffs, <br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> Counterclaim Defendant. | |

**SCALE BIOSCIENCES, INC.'S NOTICE OF DEPOSITION OF MICHAEL YAMAMOTO PURSUANT TO FED. R. CIV. P. 30(b)(1) AND 30(b)(6)**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim Defendant Scale Biosciences, Inc. ("ScaleBio"), by and through its counsel of record, will take the deposition on oral examination of Michael "Mike" Yamamoto on Friday, July 10, 2026, at 8:00 a.m. Pacific Time remotely via Zoom. The deposition will take place before a certified reporter duly authorized to administer oaths and it will be recorded by stenographic and/or audiovisual means with real-time transcription. You are invited to attend.

1

*Of Counsel:*
WOLF, GREENFIELD, & SACKS, P.C.

Stephen S. Rabinowitz
605 Third Avenue
New York, NY 10158
212.697.7890

Chelsea A. Loughran
Stuart V.C. Duncan Smith
Arden E. Bonzo
600 Atlantic Avenue
Boston, MA 02210
617.646.8000

ScaleBiosciencesv.Parse@WolfGreenfield.com

TENSEGRITY LAW GROUP LLP

Matthew D. Powers
Paul T. Ehrlich
William P. Nelson
Daniel M. Radke
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Tel: (650) 802-6000

Azra M. Hadzimehmedovic
Aaron M. Nathan
Samantha A. Jameson
Daniel Kazhdan
Danielle C. Pfifferling
Nathaniel D. Cook
John C. Pierce
Richa B. Patel
1676 International Drive, Suite 910
McLean, VA 22102
Tel: (650) 802-6000

Scale_Parse_Service@tensegritylawgroup.com

Dated: July 6, 2026

*/s/ Sara M. Metzler*

Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiff ScaleBiosciences, Inc.*

2