**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCALE BIOSCIENCES, INC. and ROCHE SEQUENCING SOLUTIONS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> PARSE BIOSCIENCES, INC., <br><br> *Defendant.* | C.A. No. 22-1597-CJB |
| PARSE BIOSCIENCES, INC. and UNIVERSITY OF WASHINGTON, <br><br> *Counterclaim-Plaintiffs*, <br><br> v. <br><br> SCALE BIOSCIENCES, INC., <br><br> *Counterclaim-Defendant*. | |

**PARSE'S MOTION TO STRIKE DR. MICHAEL SCHNALL-LEVIN FROM SCALE'S SECOND SUPPLEMENTAL RULE 26 DISCLOSURES, TO PRECLUDE DR. SCHNALL-LEVIN FROM TESTIFYING AT TRIAL, AND TO STRIKE OPINIONS IN MR. DREW MOONEY'S SECOND SUPPLEMENTAL EXPERT REPORT THAT RELY ON INFORMATION FROM DR. SCHNALL-LEVIN**

Defendant Parse Biosciences, Inc. ("Parse") respectfully moves this Court for an order striking Dr. Michael Schnall-Levin from Plaintiff Scale Biosciences, Inc.'s ("Scale") Second Supplemental Rule 26 Disclosures, served on June 10, 2026, precluding Dr. Schnall-Levin from testifying at trial, and striking from Mr. Drew Mooney's Second Supplemental Expert Report, served on July 14, 2026, paragraphs 11, 14, 16, 31, 37, 43, 67, and 68, which rely on information from Dr. Schnall-Levin. The grounds for this motion are set forth in the accompanying opening letter brief and exhibits, filed concurrently with this motion.

WHEREFORE, Parse respectfully requests that this Court grant this motion and enter an order substantially in the form attached as Exhibit A to the opening letter brief; and for such other relief as the Court deems just and proper.

1

DATED: July 17, 2026

*Of Counsel:*

Byron L. Pickard
R. Wilson Powers III, Ph.D.
Chandrika Vira
Anna G. Phillips
Christopher M. Gallo, Ph.D.
Brady P. Gleason
David Y. Wang
Louis P. Panzica, Jr.
Paige E. Cloud
Ryan N. Kaiser
Cristen A. Corry
**STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600
bpickard@sternekessler.com
tpowers@sternekessler.com
cvira@sternekessler.com
aphillips@sternekessler.com
cgallo@sternekessler.com
bgleason@sternekessler.com
dwang@sternekessler.com
lpanzica@sternekessler.com
pcloud@sternekessler.com
rkaiser@sternekessler.com
ccorry@sternekessler.com

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

Karen L. Pascale (No. 2903)
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

**Attorneys for Defendant
Parse Biosciences, Inc.**

2

**CERTIFICATION PURSUANT TO D. DEL. LOCAL RULE 7.1.1**

Pursuant to D. Del. Local Rule 7.1.1, counsel for the moving party has made a reasonable effort to reach agreement with opposing counsel on the subject matter of "Parse's Motion to Strike Dr. Michael Schnall-Levin from Scale's Second Supplemental Rule 26 Disclosures, to Preclude Dr. Schnall-Levin from Testifying at Trial, and to Strike Opinions in Mr. Drew Mooney's Second Supplemental Expert Report That Rely on Information from Dr. Schnall-Levin," including oral communication involving Delaware counsel for both sides.

DATED: July 17, 2026

/s/ Karen L. Pascale
Karen L. Pascale (No. 2903)

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on July 17, 2026, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by electronic mail:

*Attorneys for Plaintiff and Counterclaim Defendant, Scale Biosciences, Inc., and Plaintiff, Roche Sequencing Solutions, Inc.:*

Frederick L. Cottrell III ................................................................ cottrell@rlf.com
Kelly E. Farnan .............................................................................. farnan@rlf.com
Sara M. Metzler...............................................................................metzler@rlf.com
**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Attorneys for Plaintiff and Counterclaim Defendant, Scale Biosciences, Inc.:*

**WOLF, GREENFIELD & SACKS, P.C.**    **wgs-scalebiosciencesv.parse@wolfgreenfield.com**

Stephen S. Rabinowitz ...................................... srabinowitz@wolfgreenfield.com
605 Third Avenue
New York, NY 10158

Chelsea A. Loughran ...........................................cloughran@wolfgreenfield.com
Stuart V. C. Duncan Smith .............................sduncansmith@wolfgreenfield.com
Arden Bonzo ................................................... arden.bonzo@wolfgreenfield.com
600 Atlantic Avenue
Boston, MA 02210

**TENSEGRITY LAW GROUP LLP**        **Scale_Parse_Service@tensegritylawgroup.com**

Matthew D. Powers ............................. matthew.powers@tensegritylawgroup.com
Paul T. Ehrlich..............................................paul.ehrlich@tensegritylawgroup.com
William P. Nelson ..................................william.nelson@tensegritylawgroup.com
Daniel M. Radke ........................................daniel.radke@tensegritylawgroup.com
555 Twin Dolphin Drive
Suite 650
Redwood Shores, CA 94065

*(Continued . . . .)*

Azra M. Hadzimehmedovic .....................................azra@tensegritylawgroup.com
Aaron M. Nathan.......................................aaron.nathan@tensegritylawgroup.com
Samantha A. Jameson ...................... samantha.jameson@tensegritylawgroup.com
Daniel Kazhdan ..................................... daniel.kazhdan@tensegritylawgroup.com
Danielle C. Pfifferling...................... danielle.pfifferling@tensegritylawgroup.com
Nathaniel D. Cook...................................nathaniel.cook@tensegritylawgroup.com
John C. Pierce................................................john.pierce@tensegritylawgroup.com
1676 International Drive
Suite 910
McLean, VA 22102

**Attorneys for Plaintiff, Roche Sequencing Solutions, Inc.:**

**WILMERHALE**                          **WHRSS-ScaleLit@wilmerhale.com**

Robert J. Gunther .............................................. Robert.Gunther@wilmerhale.com
Barish Ozdamar Ph.D....................................... Barish.Ozdamar@wilmerhale.com
Christopher R. Noyes ................................... Christopher.Noyes@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Madeleine C. Laupheimer ...................... Madeleine.Laupheimer@wilmerhale.com
Kate Saxton .............................................................Kate.Saxton@wilmerhale.com
60 State Street
Boston, MA 02109

July 17, 2026                          **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903) [kpascale@ycst.com]
Anne Shea Gaza (#4093) [agaza@ycst.com]
Samantha G. Wilson (No. 5816) [swilson@ycst.com]
Robert M. Vrana (#5666) [rvrana@ycst.com]
Rodney Square
1000 North King Street
Wilmington, DE  19801
Telephone: (302) 571-6600

*Attorneys for Parse Biosciences, Inc.*