## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCALE BIOSCIENCES, INC. and ROCHE SEQUENCING SOLUTIONS, INC., *Plaintiffs*, v. PARSE BIOSCIENCES, INC., *Defendant.* ——————————————— PARSE BIOSCIENCES, INC. and UNIVERSITY OF WASHINGTON, *Counterclaim-Plaintiffs*, v. SCALE BIOSCIENCES, INC., *Counterclaim-Defendant.* | C.A. No. 22-1597-CJB |

## [PROPOSED] ORDER

At Wilmington, Delaware this _____ day of _____, 2026,

WHEREAS, the Court having reviewed Parse Biosciences, Inc.'s ("Parse") Motion to Strike Dr. Michael Schnall-Levin from Scale's Second Supplemental Rule 26 Disclosures, to Preclude Dr. Schnall-Levin from Testifying at Trial, and to Strike Opinions in Mr. Drew Mooney's Second Supplemental Expert Report that Rely on Information from Dr. Schnall-Levin (D.I. ___) and the briefing related thereto (D.I. ___, D.I. ___, D.I. ___);

IT IS HEREBY ORDERED that the Motion is **GRANTED**, as follows:

1.      Dr. Michael Schall-Levin shall be stricken from Scale's Second Supplemental Rule 26 Disclosures, served June 10, 2026;

2.      Scale is precluded from calling Dr. Michael Schall-Levin as a witness at trial; and

1

2

3.      Mr. Mooney's opinions set forth in paragraphs 11, 14, 16, 31, 37, 43, 67, and 68 of his Second Supplemental Expert Report, served July 14, 2026, are stricken to the extent they rely on information from Dr. Schnall-Levin.

 

                                                          _____

The Honorable Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE