**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SCALE BIOSCIENCES, INC. and ROCHE SEQUENCING SOLUTIONS, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 22-1597-CJB |
| PARSE BIOSCIENCES, INC., | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington, Delaware this **4th day of August, 2026**;

For the reasons stated in the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED that Defendant Parse Biosciences, Inc.'s "Motion for Summary Judgment #3: Parse Does Not Literally Infringe the '442, '256, or '752 Patents[,]" (D.I. 318), filed pursuant to Federal Rule of Civil Procedure 56, is DENIED.

Christopher J. Burke
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE