# Exhibit 1

**From:** John Pierce <john.pierce@tensegritylawgroup.com>
**Sent:** Friday, August 14, 2026 6:59 PM
**To:** Brady Gleason; Anna Phillips; Samantha Jameson; Azra Hadzimehmedovic; Scale_Parse_Service; WH RSS-Scale Lit; WGS-Scale Biosciences v. Parse; Kelly Farnan; Sara Metzler; Frederick Cottrell
**Cc:** ParseUW; Pascale, Karen; Gaza, Anne Shea; Wilson, Samantha
**Subject:** Re: Scale v. Parse - Narrowing Issues for PTC
**Attachments:** TLG_2026-08-14_Joint-letter-re-MC-status-Represtative-Products.docx

**EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Brady,

Please find attached a joint letter to notify the Court that no agreement on representativeness has been reached.

Regards,
John
--
**John Pierce**
tensegrity LAW GROUP LLP
**Associate Attorney**
**TENSEGRITY LAW GROUP LLP**
1676 International Drive, Suite 910
McLean, VA 22102
571-545-7884 (office)
650-802-6001 (fax)

**From:** Brady Gleason <bgleason@sternekessler.com>
**Date:** Friday, August 14, 2026 at 5:42 PM
**To:** John Pierce <john.pierce@tensegritylawgroup.com>; Anna Phillips <aphillips@sternekessler.com>; Samantha Jameson <samantha.jameson@tensegritylawgroup.com>; Azra Hadzimehmedovic <azra@tensegritylawgroup.com>; Scale_Parse_Service <Scale_Parse_Service@tensegritylawgroup.com>; WH RSS-Scale Lit <whrss-scalelit@wilmerhale.com>; WGS-Scale Biosciences v. Parse <wgs-scalebiosciencesv.parse@wolfgreenfield.com>; Kelly Farnan <Farnan@RLF.com>; Sara Metzler <Metzler@rlf.com>; Frederick Cottrell <cottrell@rlf.com>
**Cc:** ParseUW <ParseUW@sternekessler.com>; Pascale, Karen <kpascale@ycst.com>; Gaza, Anne Shea <agaza@ycst.com>; Wilson, Samantha <swilson@ycst.com>
**Subject:** RE: Scale v. Parse - Narrowing Issues for PTC

John,

The parties are not in agreement regarding representative products if Plaintiffs maintain their “reservation of rights” in paragraph 3. Parse’s agreement to the proposed representative groupings is contingent upon agreement that Plaintiffs cannot (1) use product documents for a “Representative Parse Product” as evidence of infringement for “Represented Parse Product(s)” for which it is not grouped as representative; or (2) use “Represented Parse Product(s)” documents as

evidence of infringement of any other “Represented Parse Product(s)” within its grouping. Plaintiffs’ reservation of rights is directly contrary to Parse’s position.

We are amenable to filing the version of the joint letter we sent today at 4:27 pm ET indicating that the parties are continuing to discuss the issue. If, however, Plaintiffs will not agree to filing the 4:27 pm ET version of the joint letter, the letter should be revised to notify the Court that no agreement on representativeness has been reached. Please let us know what Plaintiffs decide.

Regards,
Brady

**Brady Gleason**
Director
bgleason@sternekessler.com
202-772-8638 direct
202-371-2600 main

Sterne, Kessler, Goldstein & Fox PLLC
1101 K Street NW, 10th Floor, Washington, DC 20005

**From:** John Pierce <john.pierce@tensegritylawgroup.com>
**Sent:** Friday, August 14, 2026 5:02 PM
**To:** Anna Phillips <aphillips@sternekessler.com>; Samantha Jameson <samantha.jameson@tensegritylawgroup.com>; Azra Hadzimehmedovic <azra@tensegritylawgroup.com>; Scale_Parse_Service <Scale_Parse_Service@tensegritylawgroup.com>; WH RSS-Scale Lit <whrss-scalelit@wilmerhale.com>; WGS-Scale Biosciences v. Parse <wgs-scalebiosciencesv.parse@wolfgreenfield.com>; Kelly Farnan <Farnan@RLF.com>; Sara Metzler <Metzler@rlf.com>; Frederick Cottrell <cottrell@rlf.com>
**Cc:** ParseUW <ParseUW@sternekessler.com>; Pascale, Karen <kpascale@ycst.com>; Gaza, Anne Shea <agaza@ycst.com>; Wilson, Samantha <swilson@ycst.com>
**Subject:** Re: Scale v. Parse - Narrowing Issues for PTC

**EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Anna,

Attached are our redlines to the joint letter you provided. Let us know if we can proceed to file.

Regards,
John
--
**John Pierce**
tensegrity LAW GROUP LLP
**Associate Attorney**
**TENSEGRITY LAW GROUP LLP**
1676 International Drive, Suite 910
McLean, VA 22102
571-545-7884 (office)
650-802-6001 (fax)

**From:** Anna Phillips <aphillips@sternekessler.com>
**Date:** Friday, August 14, 2026 at 4:27 PM
**To:** John Pierce <john.pierce@tensegritylawgroup.com>; Samantha Jameson <samantha.jameson@tensegritylawgroup.com>; Azra Hadzimehmedovic

<azra@tensegritylawgroup.com>; Scale_Parse_Service <Scale_Parse_Service@tensegritylawgroup.com>; WH RSS-Scale Lit <whrss-scalelit@wilmerhale.com>; WGS-Scale Biosciences v. Parse <wgs-scalebiosciencesv.parse@wolfgreenfield.com>; Kelly Farnan <Farnan@RLF.com>; Sara Metzler <Metzler@rlf.com>; Frederick Cottrell <cottrell@rlf.com>
**Cc:** ParseUW <ParseUW@sternekessler.com>; Pascale, Karen <kpascale@ycst.com>; Gaza, Anne Shea <agaza@ycst.com>; Wilson, Samantha <swilson@ycst.com>
**Subject:** RE: Scale v. Parse - Narrowing Issues for PTC

Hi John,

Attached are Parse's redlines to the joint letter.

Sincerely,

**Anna G. Phillips**
Director
aphillips@sternekessler.com
202-772-8550 direct
202-371-2600 main

Sterne, Kessler, Goldstein & Fox PLLC
1101 K Street NW, 10th Floor, Washington, DC 20005

---

**From:** John Pierce <john.pierce@tensegritylawgroup.com>
**Sent:** Friday, August 14, 2026 1:45 PM
**To:** Anna Phillips <aphillips@sternekessler.com>; Samantha Jameson <samantha.jameson@tensegritylawgroup.com>; Azra Hadzimehmedovic <azra@tensegritylawgroup.com>; Scale_Parse_Service <Scale_Parse_Service@tensegritylawgroup.com>; WH RSS-Scale Lit <whrss-scalelit@wilmerhale.com>; WGS-Scale Biosciences v. Parse <wgs-scalebiosciencesv.parse@wolfgreenfield.com>; Kelly Farnan <Farnan@RLF.com>; Sara Metzler <Metzler@rlf.com>; Frederick Cottrell <cottrell@rlf.com>
**Cc:** ParseUW <ParseUW@sternekessler.com>; Pascale, Karen <kpascale@ycst.com>; Gaza, Anne Shea <agaza@ycst.com>; Wilson, Samantha <swilson@ycst.com>
**Subject:** Re: Scale v. Parse - Narrowing Issues for PTC

**EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Anna,

Please find attached a draft joint letter to the Court reflecting the parties' agreement on representative products. Please provide any edits by 4:30 PM ET. We are available to discuss if needed.

Regards,
John
--
**John Pierce**
tensegrity LAW GROUP LLP
**Associate Attorney**
**TENSEGRITY LAW GROUP LLP**
1676 International Drive, Suite 910
McLean, VA 22102
571-545-7884 (office)
650-802-6001 (fax)

**From:** Anna Phillips <aphillips@sternekessler.com>
**Date:** Thursday, August 13, 2026 at 6:32 PM
**To:** Samantha Jameson <samantha.jameson@tensegritylawgroup.com>; Azra Hadzimehmedovic <azra@tensegritylawgroup.com>; Scale_Parse_Service <Scale_Parse_Service@tensegritylawgroup.com>; WH RSS-Scale Lit <whrss-scalelit@wilmerhale.com>; WGS-Scale Biosciences v. Parse <wgs-scalebiosciencesv.parse@wolfgreenfield.com>; Kelly Farnan <Farnan@RLF.com>; Sara Metzler <Metzler@rlf.com>; Frederick Cottrell <cottrell@rlf.com>
**Cc:** ParseUW <ParseUW@sternekessler.com>; Pascale, Karen <kpascale@ycst.com>; Gaza, Anne Shea <agaza@ycst.com>; Wilson, Samantha <swilson@ycst.com>
**Subject:** RE: Scale v. Parse - Narrowing Issues for PTC
Hi Samantha,

Thanks for your proposal. Parse can agree to group products in the way Scale's August 11, 2026 proposal has grouped products, but Parse's agreement shall in no way be construed as agreement (1) that Scale can use product documents for a "Representative Parse Product" as evidence of infringement for "Represented Parse Product(s)" for which it is not grouped as representative; or (2) that Scale can use "Represented Parse Product(s)" documents as evidence of infringement of any other "Represented Parse Product(s)" within its grouping. For example, Parse does not agree that its agreement to Scale's proposed representativeness permits Scale to use the Evercode WT v3 product manual as evidence of infringement for, for example, the Evercode Whole Transcriptome Mini v2 product. As another example, Scale cannot use the Evercode TCR v2 product manual as evidence of infringement of Evercode BCR.

| Representative Parse Product | Represented Parse Product(s) |
|---|---|
| Cell Fixation Kit (including as described in the Cell Fixation Kit manual PARSE0547781, PTX-0465)*<br><br>*(Plaintiffs do not accuse the Nuclei Fixation kit that is described in the same manual) | Evercode Fixation v2<br>Fixation Kit v2 |
| Evercode Cell Fixation v3 (including manual PARSE0702596, PTX-0220) | Evercode Cell Fixation v3 Mid-Throughput<br>Evercode Cell Fixation v3 High-Throughput<br>Evercode Cell Fixation (Mouse TCR)<br>Evercode Cell Fixation (Mouse TCR) Mid-Throughput<br>Evercode Cell Fixation (Mouse TCR) High-Throughput |
| Single Cell Whole Transcriptome Kit (including manual PARSE0368938, JTX-0080, and the sequences PARSE0550012, PTX-0466)<br><br>Plaintiffs also propose referring to this as the WT v1 product. | Evercode Whole Transcriptome Mini<br>Evercode Whole Transcriptome Mega<br>Evercode WT v2<br>Evercode WT Mini v2<br>Evercode WT Mega v2 |
| Evercode WT v3 (including manual PARSE0703726, PTX-0224, and the sequences PARSE0704049, PTX-0497) | Evercode WT Mini v3<br>Evercode WT Mega v3<br>Evercode WT Mega v3 with INTEGRA ASSIST PLUS Barcoding<br>Evercode TCR v2<br>Evercode TCR Mini v2<br>Evercode TCR Mega v2<br>Evercode TCR v3 |

| | |
|---|---|
| | Evercode TCR Mini v3<br>Evercode TCR Mega v3<br>Evercode BCR<br>Evercode BCR Mini<br>Evercode BCR Mega |
| CRISPR Detect for Evercode WT v2 (including manual PARSE0486022, PTX-0463) | CRISPR Detect for Evercode WT Mini v2<br>CRISPR Detect for Evercode WT Mega v2 |
| CRISPR Detect for Evercode WT v3 (including manual PARSE0702124, PTX-0218) | CRISPR Detect for Evercode WT Mini v3<br>CRISPR Detect for Evercode WT Mega v3 |

**Anna G. Phillips**
Director
aphillips@sternekessler.com
202-772-8550 direct
202-371-2600 main

Sterne, Kessler, Goldstein & Fox PLLC
1101 K Street NW, 10th Floor, Washington, DC 20005

---

**From:** Samantha Jameson <samantha.jameson@tensegritylawgroup.com>
**Sent:** Thursday, August 13, 2026 10:36 AM
**To:** Anna Phillips <aphillips@sternekessler.com>; Azra Hadzimehmedovic <azra@tensegritylawgroup.com>; Scale_Parse_Service <Scale_Parse_Service@tensegritylawgroup.com>; WH RSS-Scale Lit <whrss-scalelit@wilmerhale.com>; WGS-Scale Biosciences v. Parse <wgs-scalebiosciencesv.parse@wolfgreenfield.com>; Kelly Farnan <Farnan@RLF.com>; Sara Metzler <Metzler@rlf.com>; Frederick Cottrell <cottrell@rlf.com>
**Cc:** ParseUW <ParseUW@sternekessler.com>; Pascale, Karen <kpascale@ycst.com>; Gaza, Anne Shea <agaza@ycst.com>; Wilson, Samantha <swilson@ycst.com>
**Subject:** Re: Scale v. Parse - Narrowing Issues for PTC

**EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Anna,

Could you please provide your position on representative products today so that the parties can prepare the joint letter due to the court tomorrow? We are available to confer today if that would be productive.

Regards,
Samantha

**SAMANTHA A. JAMESON**
**TENSEGRITY LAW GROUP LLP**
1676 International Drive, Suite 910
McLean, VA 22102
703-940-5033 (phone)
919-724-1084 (mobile)

---

**From:** Samantha Jameson <samantha.jameson@tensegritylawgroup.com>
**Date:** Tuesday, August 11, 2026 at 3:29 PM
**To:** Anna Phillips <aphillips@sternekessler.com>; Azra Hadzimehmedovic

<azra@tensegritylawgroup.com>; Scale_Parse_Service <Scale_Parse_Service@tensegritylawgroup.com>; WH RSS-Scale Lit <whrss-scalelit@wilmerhale.com>; WGS-Scale Biosciences v. Parse <wgs-scalebiosciencesv.parse@wolfgreenfield.com>; Kelly Farnan <Farnan@RLF.com>; Sara Metzler <Metzler@rlf.com>; Frederick Cottrell <cottrell@rlf.com>
**Cc:** ParseUW <ParseUW@sternekessler.com>; Pascale, Karen <kpascale@ycst.com>; Gaza, Anne Shea <agaza@ycst.com>; Wilson, Samantha <swilson@ycst.com>
**Subject:** Re: Scale v. Parse - Narrowing Issues for PTC
Anna,

It is not the case that this is the first time that we raised Dr. Sims's report. We discussed Dr. Sims's report on our meet and confer. As one example, Dr. Sims confirms in section III(E) of his opening report that the represented products listed below have the same features and operation as the corresponding representative product. Also, we still have never received an explanation from Parse for the bases of the approach Parse is taking for representativeness.

Nevertheless, Plaintiffs propose the following compromise approach for representativeness. Given the additional categories of products Parse proposed, Plaintiffs reserve their rights to cite represented product documents. This proposal does not concede that differences between the accused products warrant these additional categories, but in the interest of compromise, Plaintiffs are willing to proceed with the categories stated below. If Parse does not agree with this approach, please let us know the basis for that disagreement so that we can fully confer on this issue as the Court required the parties to do.

As Plaintiffs previously proposed, these products would be representative only for this case and only in the context of the claims and infringement theories that are currently being asserted. Under this proposal, the issue of infringement of the represented products would rise or fall with the determination of infringement of the representative product.

| Representative Parse Product | Represented Parse Product(s) |
|---|---|
| Cell Fixation Kit (including as described in the Cell Fixation Kit manual PARSE0547781, PTX-0465)*<br><br>*(Plaintiffs do not accuse the Nuclei Fixation kit that is described in the same manual) | Evercode Fixation v2<br>Fixation Kit v2 |
| Evercode Cell Fixation v3 (including manual PARSE0702596, PTX-0220) | Evercode Cell Fixation v3 Mid-Throughput<br>Evercode Cell Fixation v3 High-Throughput<br>Evercode Cell Fixation (Mouse TCR)<br>Evercode Cell Fixation (Mouse TCR) Mid-Throughput<br>Evercode Cell Fixation (Mouse TCR) High-Throughput |
| Single Cell Whole Transcriptome Kit (including manual PARSE0368938, JTX-0080, and the sequences PARSE0550012, PTX-0466)<br><br>Plaintiffs also propose referring to this as the WT v1 product. | Evercode Whole Transcriptome Mini<br>Evercode Whole Transcriptome Mega<br>Evercode WT v2<br>Evercode WT Mini v2<br>Evercode WT Mega v2 |

| | |
|---|---|
| Evercode WT v3 (including manual PARSE0703726, PTX-0224, and the sequences PARSE0704049, PTX-0497) | Evercode WT Mini v3<br>Evercode WT Mega v3<br>Evercode WT Mega v3 with INTEGRA ASSIST PLUS Barcoding<br>Evercode TCR v2<br>Evercode TCR Mini v2<br>Evercode TCR Mega v2<br>Evercode TCR v3<br>Evercode TCR Mini v3<br>Evercode TCR Mega v3<br>Evercode BCR<br>Evercode BCR Mini<br>Evercode BCR Mega |
| CRISPR Detect for Evercode WT v2 (including manual PARSE0486022, PTX-0463) | CRISPR Detect for Evercode WT Mini v2<br>CRISPR Detect for Evercode WT Mega v2 |
| CRISPR Detect for Evercode WT v3 (including manual PARSE0702124, PTX-0218) | CRISPR Detect for Evercode WT Mini v3<br>CRISPR Detect for Evercode WT Mega v3 |

Regards,
Samantha

**SAMANTHA A. JAMESON**
**TENSEGRITY LAW GROUP LLP**
1676 International Drive, Suite 910
McLean, VA 22102
703-940-5033 (phone)
919-724-1084 (mobile)

---

**From:** Anna Phillips <aphillips@sternekessler.com>
**Date:** Tuesday, August 11, 2026 at 10:52 AM
**To:** Samantha Jameson <samantha.jameson@tensegritylawgroup.com>; Azra Hadzimehmedovic <azra@tensegritylawgroup.com>; Scale_Parse_Service <Scale_Parse_Service@tensegritylawgroup.com>; WH RSS-Scale Lit <whrss-scalelit@wilmerhale.com>; WGS-Scale Biosciences v. Parse <wgs-scalebiosciencesv.parse@wolfgreenfield.com>; Kelly Farnan <Farnan@RLF.com>; Sara Metzler <Metzler@rlf.com>; Frederick Cottrell <cottrell@rlf.com>
**Cc:** ParseUW <ParseUW@sternekessler.com>; Pascale, Karen <kpascale@ycst.com>; Gaza, Anne Shea <agaza@ycst.com>; Wilson, Samantha <swilson@ycst.com>
**Subject:** RE: Scale v. Parse - Narrowing Issues for PTC

Hi Samantha,

Following up on the discussion of “representativeness” at the pretrial conference, does Scale have a response to Parse’s proposal on “representativeness” below?

| Representative Product | Products |
|---|---|
| Single Cell Whole Transcriptome Kit | Evercode Whole Transcriptome Mini;<br>Evercode Whole Transcriptome Mega<br>Evercode WT Mini v2;<br>Evercode WT Mega v2 |

| | |
|---|---|
| | Evercode WT v2 |
| Evercode WT v3 | |
| Evercode WT Mini v3 | |
| Evercode WT Mega v3 | |
| Evercode WT Mega v3 with INTEGRA ASSIST PLUS Barcoding | |
| Evercode TCR v2 | Evercode TCR Mini v2;<br>Evercode TCR Mega v2 |
| Evercode TCR v3 | Evercode TCR Mini v3;<br>Evercode TCR Mega v3<br>Evercode BCR<br>Evercode BCR Mini;<br>Evercode BCR Mega |
| Fixation Kit v2 | Cell Fixation Kit<br>Evercode Fixation v2 |
| Evercode Cell Fixation v3 | Evercode Cell Fixation v3 Mid-Throughput;<br>Evercode Cell Fixation v3 High-Throughput<br>Evercode Cell Fixation (Mouse TCR);<br>Evercode Cell Fixation (Mouse TCR) Mid-Throughput;<br>Evercode Cell Fixation (Mouse TCR) High-Throughput |
| CRISPR Detect for Evercode WT v3 | CRISPR Detect for Evercode WT Mini v3;<br>CRISPR Detect for Evercode WT Mega v3 |
| CRISPR Detect for Evercode WT v2 | CRISPR Detect for Evercode WT Mini v2;<br>CRISPR Detect for Evercode WT Mega v2 |

**Anna G. Phillips**
Director
aphillips@sternekessler.com

202-772-8550 direct
202-371-2600 main

Sterne, Kessler, Goldstein & Fox PLLC
1101 K Street NW, 10th Floor, Washington, DC 20005

---

**From:** Anna Phillips
**Sent:** Thursday, August 6, 2026 3:32 PM
**To:** Samantha Jameson <samantha.jameson@tensegritylawgroup.com>; Azra Hadzimehmedovic <azra@tensegritylawgroup.com>; Scale_Parse_Service <Scale_Parse_Service@tensegritylawgroup.com>; WH RSS-Scale Lit <whrss-scalelit@wilmerhale.com>; WGS-Scale Biosciences v. Parse <wgs-scalebiosciencesv.parse@wolfgreenfield.com>; Kelly Farnan <Farnan@RLF.com>; Sara Metzler <Metzler@rlf.com>; Frederick Cottrell <cottrell@rlf.com>
**Cc:** ParseUW <ParseUW@sternekessler.com>; Pascale, Karen <kpascale@ycst.com>; Gaza, Anne Shea

<agaza@ycst.com>; Wilson, Samantha <swilson@ycst.com>
**Subject:** RE: Scale v. Parse - Narrowing Issues for PTC

Hi Samantha,

Your email today is the first time Scale has argued that Dr. Sims has an opinion on the representativeness of the accused products. Please provide a citation to Dr. Sims' reports opining on representativeness of the accused products for our consideration. We note that Dr. Sims has stated that some specific *sequences* are representative of others—he has not opined that any one *product* is representative of others. The issues of representativeness and infringement remain Plaintiffs' burden, including as to each version of each accused product, and Parse is entitled to test Dr. Sims' opinions and theories at trial. Parse's proposal on "representativeness" reflects that. Parse remains willing to discuss ways to streamline the presentation of issues for trial, but in a way that does not compromise or prejudice Parse's defenses or shift the burden to Parse of disproving infringement.

Regarding the other issue, it seems the parties can further simplify the issue for the Court—please confirm that Plaintiffs do not intend to affirmatively present a theory of divided infringement (or control) at trial. Parse does, however, intend to fully cross examine Dr. Sims as needed and within the scope of his direct examination, including to test Plaintiffs' failures of proof.

Sincerely,

**Anna G. Phillips**
Director
aphillips@sternekessler.com

202-772-8550 direct
202-371-2600 main

Sterne, Kessler, Goldstein & Fox PLLC
1101 K Street NW, 10th Floor, Washington, DC 20005

---

**From:** Samantha Jameson <samantha.jameson@tensegritylawgroup.com>
**Sent:** Thursday, August 6, 2026 9:49 AM
**To:** Anna Phillips <aphillips@sternekessler.com>; Azra Hadzimehmedovic <azra@tensegritylawgroup.com>; Scale_Parse_Service <Scale_Parse_Service@tensegritylawgroup.com>; WH RSS-Scale Lit <whrss-scalelit@wilmerhale.com>; WGS-Scale Biosciences v. Parse <wgs-scalebiosciencesv.parse@wolfgreenfield.com>; Kelly Farnan <Farnan@RLF.com>; Sara Metzler <Metzler@rlf.com>; Frederick Cottrell <cottrell@rlf.com>
**Cc:** ParseUW <ParseUW@sternekessler.com>; Pascale, Karen <kpascale@ycst.com>; Gaza, Anne Shea <agaza@ycst.com>; Wilson, Samantha <swilson@ycst.com>
**Subject:** Re: Scale v. Parse - Narrowing Issues for PTC

**EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Anna,

Regarding representative products, Dr. Sims's opinions as stated in his reports show representativeness, and Parse has never timely contended that there are differences between the products in Plaintiffs' representative categories. You also refuse to respond to my question and explain the basis for the approach that Parse is taking in its representative products proposal. We remain willing to confer to narrow this dispute if you point us to the contentions on which your proposal is based. Also, we disagree that Parse can introduce on cross examination theories it never timely raised, as your email appears to suggest.

Second, while we understand that Parse does not intend to affirmatively proffer evidence related to divided infringement, Parse's suggestion that it can present through cross-examination argument on divided infringement contentions Parse never timely raised is not appropriate. Please confirm that Parse does not intend to present evidence and argument of any kind (including on cross-examination) before the jury on divided infringement, so that we can remove this issue for the Court.

Regards,
Samantha

**SAMANTHA A. JAMESON**
**TENSEGRITY LAW GROUP LLP**
1676 International Drive, Suite 910
McLean, VA 22102
703-940-5033 (phone)
919-724-1084 (mobile)

---

**From:** Anna Phillips <aphillips@sternekessler.com>
**Date:** Wednesday, August 5, 2026 at 2:25 PM
**To:** Samantha Jameson <samantha.jameson@tensegritylawgroup.com>; Azra Hadzimehmedovic <azra@tensegritylawgroup.com>; Scale_Parse_Service <Scale_Parse_Service@tensegritylawgroup.com>; WH RSS-Scale Lit <whrss-scalelit@wilmerhale.com>; WGS-Scale Biosciences v. Parse <wgs-scalebiosciencesv.parse@wolfgreenfield.com>; Kelly Farnan <Farnan@RLF.com>; Sara Metzler <Metzler@rlf.com>; Frederick Cottrell <cottrell@rlf.com>
**Cc:** ParseUW <ParseUW@sternekessler.com>; Pascale, Karen <kpascale@ycst.com>; Gaza, Anne Shea <agaza@ycst.com>; Wilson, Samantha <swilson@ycst.com>
**Subject:** RE: Scale v. Parse - Narrowing Issues for PTC
Hi Samantha,

Thanks for your response. As we have repeatedly stated, establishing representativeness and infringement is Plaintiffs' burden. Moreover, there are differences in the chemistry and versions, depending on the intended use of the accused product. Dr. Sims did not undertake any analysis that any one accused product was representative of others. Our offer below is in the spirit of compromise to attempt to simplify the case presentation for the Court and jury without prejudicing Parse's rights to challenge Plaintiffs' proofs, including through cross examination. Please let us know if you accept.

As for the "divided infringement" dispute, it appears based on your response that Scale does not have a theory addressing divided infringement (new or otherwise), which was Parse's concern and reason for raising the dispute in the PTO. Parse inserted case law into its issues of law to address Scale's burden to prove all elements of infringement, including indirect infringement. That said, we understand that no party intends to affirmatively proffer "divided infringement" theories of infringement or noninfringement before the jury, although it may be fair fodder for cross examination. If Scale agrees with Parse's understanding, we can remove the issue for the Court.

Sincerely,

**Anna G. Phillips**
Director
aphillips@sternekessler.com
202-772-8550 direct
202-371-2600 main

Sterne, Kessler, Goldstein & Fox PLLC
1101 K Street NW, 10th Floor, Washington, DC 20005

---

**From:** Samantha Jameson <samantha.jameson@tensegritylawgroup.com>
**Sent:** Tuesday, August 4, 2026 9:50 PM
**To:** Anna Phillips <aphillips@sternekessler.com>; Azra Hadzimehmedovic <azra@tensegritylawgroup.com>; Scale_Parse_Service <Scale_Parse_Service@tensegritylawgroup.com>; WH RSS-Scale Lit <whrss-scalelit@wilmerhale.com>; WGS-Scale Biosciences v. Parse <wgs-scalebiosciencesv.parse@wolfgreenfield.com>; Kelly Farnan <Farnan@RLF.com>; Sara Metzler <Metzler@rlf.com>; Frederick Cottrell <cottrell@rlf.com>
**Cc:** ParseUW <ParseUW@sternekessler.com>; Pascale, Karen <kpascale@ycst.com>; Gaza, Anne Shea <agaza@ycst.com>; Wilson, Samantha <swilson@ycst.com>
**Subject:** Re: Scale v. Parse - Narrowing Issues for PTC

**EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Anna,

To better understand your representative products proposal, could you please explain the basis for separating the products as you have, including where in the record Parse timely contended that there are relevant differences between the products that you now propose separating, such as the Evercode WT Mini v3 and Evercode WT Mega v3, the Evercode WT v3 and the Evercode TCR v3, or the v2 and v3 kits?

Additionally, your email continues not to acknowledge Parse's attempt to again raise untimely contentions. As we explained in the Proposed Pretrial Order, ***Parse*** added an untimely *Akamai* contention less than forty-eight hours before the second filing of the Proposed Pretrial Order and contrary to Parse's prior stipulation. When Plaintiffs objected and added a more complete statement of the legal standard Parse untimely cited, Parse added a dispute to the Proposed Pretrial Order less than an hour before its filing. Please confirm that part of Parse's proposal is that Parse will not raise *Akamai*-related single person/divided infringement arguments.

Regards,
Samantha

**SAMANTHA A. JAMESON**
**TENSEGRITY LAW GROUP LLP**
1676 International Drive, Suite 910
McLean, VA 22102
703-940-5033 (phone)
919-724-1084 (mobile)

---

**From:** Anna Phillips <aphillips@sternekessler.com>
**Date:** Tuesday, August 4, 2026 at 7:37 PM
**To:** Azra Hadzimehmedovic <azra@tensegritylawgroup.com>; Samantha Jameson <samantha.jameson@tensegritylawgroup.com>; Scale_Parse_Service <Scale_Parse_Service@tensegritylawgroup.com>; WH RSS-Scale Lit <whrss-scalelit@wilmerhale.com>; WGS-Scale Biosciences v. Parse <wgs-scalebiosciencesv.parse@wolfgreenfield.com>; Kelly Farnan <Farnan@RLF.com>; Sara Metzler <Metzler@rlf.com>; Frederick Cottrell <cottrell@rlf.com>
**Cc:** ParseUW <ParseUW@sternekessler.com>; Pascale, Karen <kpascale@ycst.com>; Gaza, Anne Shea

<agaza@ycst.com>; Wilson, Samantha <swilson@ycst.com>
**Subject:** Scale v. Parse - Narrowing Issues for PTC

Hi Samantha,

In an effort to narrow the disputes for the pretrial conference, Parse proposes the groupings below to the extent Scale wishes to present "representative" products at trial. Please let us know if Scale agrees to these groupings. Further, if Scale provides citations to its "direction or control"/"joint enterprise" theories of infringement or confirms it does not plan to advance such a theory at trial, the parties may reach an accord regarding the issue set forth in paragraphs 150 and 151 of the PTO cover pleading. Please provide a response by Thursday at noon ET.

| Representative Product | Products |
|---|---|
| Single Cell Whole Transcriptome Kit | Evercode Whole Transcriptome Mini;<br>Evercode Whole Transcriptome Mega<br>Evercode WT Mini v2;<br>Evercode WT Mega v2<br>Evercode WT v2 |
| Evercode WT v3 | |
| Evercode WT Mini v3 | |
| Evercode WT Mega v3 | |
| Evercode WT Mega v3 with INTEGRA ASSIST PLUS Barcoding | |
| Evercode TCR v2 | Evercode TCR Mini v2;<br>Evercode TCR Mega v2 |
| Evercode TCR v3 | Evercode TCR Mini v3;<br>Evercode TCR Mega v3<br>Evercode BCR<br>Evercode BCR Mini;<br>Evercode BCR Mega |
| Fixation Kit v2 | Cell Fixation Kit<br>Evercode Fixation v2 |
| Evercode Cell Fixation v3 | Evercode Cell Fixation v3 Mid-Throughput;<br>Evercode Cell Fixation v3 High-Throughput<br>Evercode Cell Fixation (Mouse TCR);<br>Evercode Cell Fixation (Mouse TCR) Mid-Throughput;<br>Evercode Cell Fixation (Mouse TCR) High-Throughput |
| CRISPR Detect for Evercode WT v3 | CRISPR Detect for Evercode WT Mini v3;<br>CRISPR Detect for Evercode WT Mega v3 |
| CRISPR Detect for Evercode WT v2 | CRISPR Detect for Evercode WT Mini v2;<br>CRISPR Detect for Evercode WT Mega v2 |

**Anna G. Phillips**
Director
aphillips@sternekessler.com

Sterne Kessler
STERNE KESSLER GOLDSTEIN & FOX

202-772-8550 direct
202-371-2600 main

1101 K Street NW, 10th Floor, Washington, DC 20005

**Notice: The information in this electronic transmission (including any attachments) may contain confidential or legally privileged information and is intended solely for the individual(s) or entity(ies) named above. If you are not an intended recipient or an authorized agent, you are hereby notified that reading, distributing, or otherwise disseminating or copying, or taking any action based on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please immediately notify the sender by return email and then destroy all copies of the transmission.**