IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SCALE BIOSCIENCES, INC.,

and

ROCHE SEQUENCING SOLUTIONS, INC.,

Plaintiffs,

v.

PARSE BIOSCIENCES, INC.,

Defendant.

ORIGINAL

REDACTED VERSION

Civil Action No. 1:22-CV-01597-CJB

**JURY TRIAL DEMANDED**

**VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that you were given in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms and capitalized terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

**IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**

**READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM**

## *JURY QUESTION NO. 1*

## *DIRECT INFRINGEMENT OF THE ASSERTED PATENTS*

Did Scale Biosciences, Inc. and Roche Sequencing Solutions, Inc. (collectively "ScaleBio/Roche") prove, by a preponderance of the evidence, that Parse Biosciences, Inc. ("Parse") has directly infringed any of the following Asserted Claims?

("YES" is a finding in favor of ScaleBio/Roche; "NO" is a finding in favor of Parse.)

| | | |
|---|---|---|
| U.S. Patent No. 10,626,442<br>Claim 11: | Yes ✓ | No ____ |
| U.S. Patent No. 10,982,256<br>Claim 1: | Yes ✓ | No ____ |
| U.S. Patent No. 11,512,341<br>Claim 13: | Yes ✓ | No ____ |

*Please proceed to Question No. 2.*

## *JURY QUESTION NO. 2*

## *INDIRECT INFRINGEMENT OF THE ASSERTED PATENTS*

Did Scale Biosciences, Inc. and Roche Sequencing Solutions, Inc. (collectively "ScaleBio/Roche") prove, by a preponderance of the evidence, that Parse Biosciences, Inc. ("Parse") has indirectly infringed any of the following Asserted Claims?

("YES" is a finding in favor of ScaleBio/Roche; "NO" is a finding in favor of Parse.)

| | | |
|---|---|---|
| U.S. Patent No. 10,626,442<br>Claim 11: | Yes ✓ | No ______ |
| U.S. Patent No. 10,982,256<br>Claim 1: | Yes ✓ | No ______ |
| U.S. Patent No. 11,512,341<br>Claim 13: | Yes ✓ | No ______ |

*If you answered "No" to all of the claims of the '442, '256, and '341 Patents in both Question Nos. 1 and 2, then skip Questions Nos. 3–5 and proceed to the final page.*

***JURY QUESTION NO. 3***

***WILLFUL INFRINGEMENT OF THE ASSERTED PATENTS***

Did ScaleBio/Roche prove, by a preponderance of the evidence, that Parse has willfully infringed any of the Asserted Claims that you found were infringed in Question Nos. 1 and 2?

("YES" is a finding in favor of ScaleBio/Roche; "NO" is a finding in favor of Parse.)

| | | |
|---|---|---|
| U.S. Patent No. 10,626,442 Claim 11: | Yes ✓ | No ______ |
| U.S. Patent No. 10,982,256 Claim 1: | Yes ✓ | No ______ |
| U.S. Patent No. 11,512,341 Claim 13: | Yes ✓ | No ______ |

*Proceed to Question No. 4.*

***JURY QUESTION NO. 4***

***INVALIDITY OF THE ASSERTED PATENTS***

Did Parse prove by clear and convincing evidence that any of the Asserted Claims are invalid?

("YES" is a finding in favor of Parse; "NO" is a finding in favor of ScaleBio/Roche)

| | | |
|---|---|---|
| U.S. Patent No. 10,626,442<br>Claim 11: | Yes ________ | No ✓ |
| U.S. Patent No. 10,982,256<br>Claim 1: | Yes ________ | No ✓ |
| U.S. Patent No. 11,512,341<br>Claim 13: | Yes ________ | No ✓ |

*Proceed to Question No. 5 only if you found one or more claims infringed and not invalid (that is, if you answered "Yes" for one or more claims in Question Nos. 1 or 2, and for any claim answered "Yes" in Question Nos. 1 or 2, you answered "No" in Question No. 4 for the same claim). Otherwise, skip Question No. 5 and proceed to the final page.*

*If you answered "Yes" to all claims in Question No. 4, skip Question No. 5 and proceed to the final page.*

***JURY QUESTION NO. 5***

***DAMAGES FOR INFRINGEMENT OF THE ASSERTED PATENTS***

What is the amount of money that ScaleBio/Roche have proven by a preponderance of the evidence to be a reasonable royalty to compensate ScaleBio/Roche for Parse's infringement through June 30, 2026?

$ 4,862,000.00

***FINAL PAGE OF THE VERDICT FORM***

You have now reached the end of the verdict form and you should review it to ensure that it accurately reflects your unanimous determinations. The Foreperson should then sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

Date: 8|28|26

Signed: [redacted]

Foreperson